IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FCS CAPITAL LLC, et al** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA L. THOMAS** | : | NO.: 20-cv-05580 |
| *Esquire* | : | |

## O R D E R

**AND NOW**, this **17TH** day of **NOVEMBER 2020**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain istrict Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Richard A. Lloret.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*

**KATE BARKMAN**
Clerk of Court