IN THE FEDERAL DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FCS Capital, LLC | : |
| And Barry Shargel and Emil Yashayev | : Case No. 2:20-cv-5580 |
| | : |
| v. | : |
| | : |
| Joshua L. Thomas, Esquire | : |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff FCS Capital, LLC, declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Respectfully Submitted,

_____
LIONEL ARTOM-GINZBURG, ESQUIRE
PA ID#88644
834 Chestnut Street
Suite 206
Philadelphia, PA 19107-5100
(215) 925-2915
(267) 930-3934 FAX

November 20, 2020