IN THE FEDERAL DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FCS Capital, LLC<br>And Barry Shargel and Emil Yashayev<br><br>v.<br><br>Joshua L. Thomas, Esquire | :<br>: Case No. 2:20-cv-5580<br>:<br>:<br>:<br>:<br>: |

DIVERSITY STATEMENT

I, Lionel Artom-Ginzburg, Esquire, do certify that there are no other members of FCS Capital, LLC other than those listed in the caption of the case, and that therefore there is complete diversity pursuant to 28 U.S.C. §1332.

Respectfully Submitted,

_____/s_____
LIONEL ARTOM-GINZBURG, ESQUIRE
PA ID#88644
834 Chestnut Street
Suite 206
Philadelphia, PA 19107-5100
(215) 925-2915
(267) 930-3934 FAX

November 20, 2020