# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FCS CAPITAL, LLC,<br>BARRY SHARGEL and<br>EMIL YASHAYEV,<br>　　　*Plaintiffs*,<br><br>　　v.<br><br><br>JOSHUA L. THOMAS, ESQUIRE,<br>　　　*Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>Case No. 20-5580 |

## ORDER

AND NOW, this 20th day of November 2020, the Response to Fee Petition (ECF No. 6) having been erroneously filed to this docket, it is hereby **ORDEDED** that the Response to Fee Petition (ECF No. 6) be **STRICKEN**.

BY THE COURT

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**