AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   20-5580

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joshua L. Thomas, Esquire
was received by me on *(date)* 11-19-20 .

☑ I personally served the summons on the individual at *(place)* 225 Wilmington - West Chester Pike, Ste. 200 Chadds Ford Pa on *(date)* 11-25-20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11-30-20

*Server's signature*

James G. Robinson - Process Server
*Printed name and title*

235 S. 13th St. Philadelphia Pa 19107
*Server's address*

Additional information regarding attempted service, etc: