IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FCS CAPITAL, ET AL.,<br>　　　　　Plaintiff,<br><br>v.<br><br>JOSHUA L. THOMAS, ESQ.<br><br>　　　　　Defendants | DOCKET NO.: 2:20-cv-05580 |

**DEFENDANT'S APPLICATION FOR EXTENSION OF TIME PURSUANT TO F.R.C.P. 6**

1. Defendant hereby request a brief extension of time to respond to Complaint until December 30, 2020.

2. The Complaint was filed on November 9, 2020.

3. It was not served until November 25, 2020.

4. Soon after it was served, it was sent to my current insurance.

5. I have not received a message back yet if they want to handle it.

6. If not, I will prepare a motion to dismiss.

7. While I am asking for 2 more weeks, that would just be to have them give a response, otherwise I am prepared to submit a complete motion, if needed.

8. I appreciate the court's understanding in this matter.

As such, Plaintiffs request that an extension of time be granted for the opposition to the currently pending.

Dated: December 16, 2020　　　　　　　　　　　___/s/ Joshua Thomas_____

                                                      Joshua L. Thomas and Associates
Joshua Thomas Esq.
Supreme Court ID No. 003992012
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone: (215) 806-1733
Email: JoshuaLThomas@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FCS CAPITAL, ET AL.,<br>    Plaintiff,<br><br>v.<br><br>JOSHUA L. THOMAS, ESQ.<br><br>Defendants | DOCKET NO.: 2:20-cv-05580 |

## ORDER

It is hereby ordered by the court, that the opposition due date to the motion to dismiss currently pending is extend to _____.


_____

J.