# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FCS CAPITAL, LLC, | : | |
| BARRY SHARGEL and | : | |
| EMIL YASHAYEV, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | Case No. 20-5580 |
| | : | |
| JOSHUA L. THOMAS, ESQUIRE, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 17th day of December 2020, it is hereby **ORDEDED** that Defendant's Application for Extension of Time (ECF No. 9) is **GRANTED**. Defendant shall file a response to Plaintiff's Complaint on or by December 30, 2020.

BY THE COURT

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**