Exhibit "B"

(from the testimony of Joshua L. Thomas, Esquire, November 4, 2020)

1    HONOR.

2                    CROSS EXAMINATION

3    BY MR. ARTOM-GINZBURG:

4    Q.      WELL, MR. THOMAS, WE COME BACK TO THE SAME

5    QUESTION THAT WE HAD IN MY LETTER OF OCTOBER 2ND, 2020,

6    TO WHICH YOU MADE REFERENCE.  DO YOU HAVE MALPRACTICE

7    INSURANCE?

8    A.      MR. ARTOM-GINZBURG, IF YOU'D LIKE TO PURSUE

9    THAT, THE JUDGE HAS MADE VERY CLEAR HE IS NOT GOING TO

10   BE INCLUDING THAT IN THIS ISSUE.  SO IF YOU ARE GOING TO

11   PURSUE THAT, I WILL CERTAINLY RESPOND TO THAT IN TIME.

12                   MR. ARTOM-GINZBURG:  PERMISSION TO TREAT

13   THE WITNESS AS HOSTILE.

14                   THE COURT:  GO AHEAD.

15   BY MR. ARTOM-GINZBURG:

16   Q.      MR. THOMAS, YOU SWORE TO THE SUPREME COURT BAR

17   ON YOUR REGISTRATION IN JULY THAT YOU HAD MALPRACTICE

18   INSURANCE IN THE MINIMUM AMOUNT OF 100,000 PER INCIDENT,

19   300,000 PER SITUATION.  DO YOU IN FACT HAVE MALPRACTICE

20   IN THE STATE OF PENNSYLVANIA?

21   A.      TO ANSWER TO THAT QUESTION, THAT IF YOU ARE

22   ACTUALLY GOING TO REQUEST IT, THE JUDGE HAS MADE CLEAR

23   THIS IS NOT PART OF THIS HEARING.  SO THAT IS NOT PART

24   OF THE ISSUES HE BROUGHT UP FOR TODAY.  SO I'M GOING TO

25   STATE IF YOU ACTUALLY ASK THAT AS PART OF A SEPARATE

```
 1    HEARING OR AS PART OF ANY OTHER TYPE OF HEARING, I WILL

 2    ANSWER IT IN TIME.

 3                    MR. ARTOM-GINZBURG:  I WOULD REQUEST THE

 4    JUDGE ASK THE WITNESS TO ANSWER THE QUESTION.

 5                    THE COURT:  WELL, GETTING AHEAD OF

 6    OURSELVES A LITTLE BIT.  I WAS GOING TO HEAR ARGUMENT ON

 7    THIS AT THE END.  I KNEW YOU SUBMITTED SOMETHING ON

 8    THIS, MR. ARTOM-GINZBURG.  I UNDERSTAND THERE IS AN

 9    ETHICAL REQUIREMENT TO CARRY INSURANCE, BUT AS I SAID AT

10    THE START TODAY, I'M NOT A ROVING DISCIPLINARY TRIBUNAL.

11    I DON'T HAVE A BROAD DISCIPLINARY WRIT.  THE SCOPE OF MY

12    PROCEEDING HERE IS TO ENSURE THE INTEGRITY OF

13    PROCEEDINGS THAT HAVE TRANSPIRED IN FRONT OF ME.

14                    SO I GUESS WHAT I WOULD LIKE TO HEAR FROM

15    YOU IS WHY YOU THINK THE QUESTION OF MR. THOMAS'S

16    INSURANCE HAS ANY BEARING ON THE INTEGRITY OF THE

17    PROCEEDINGS IN EITHER OF THESE CASES THAT HAS OCCURRED

18    IN FRONT OF ME.  OBVIOUSLY, AT SOME ATMOSPHERIC LEVEL

19    INSURANCE HAS AN IMPACT ON EVERY PROCEEDING IN EVERY

20    COURT, BUT HOW DOES IT HAVE A DIRECT IMPACT ON THE

21    INTEGRITY OF THESE PROCEEDINGS?

22                    MR. ARTOM-GINZBURG:  WELL, YOUR HONOR,

23    LET ME CONTINUE TO CROSS THE WITNESS, AND I THINK IT

24    WILL BECOME APPARENT.

25                    THE COURT:  OKAY.
```