Exhibit "C"

(From the statement of Judge Joshua Wolson, November 4, 2020)

1       CAPABILITY TO DO THAT TODAY.

2                       MR. ARTOM-GINZBURG:  I HAVE NO FURTHER

3       QUESTIONS FOR THIS WITNESS.

4                       THE COURT:  MR. REO, DO YOU HAVE ANY

5       QUESTIONS?

6                       MR. REO:  I DO.  I HAVE SOME, YOUR HONOR.

7                       THE COURT:  AGAIN, I WANT TO KEEP US

8       FOCUSED ON THE ISSUES THAT ARE AT HAND, WHICH IS THE

9       INTEGRITY OF THE PROCEEDINGS IN FRONT OF ME.

10                      MR. REO:  I BELIEVE, THOUGH, THAT THE

11      ISSUE OF MALPRACTICE INSURANCE IS RELEVANT TO THE

12      INTEGRITY OF THE PROCEEDINGS BECAUSE IT GOES TO THE

13      CREDIBILITY OF THE WITNESS.

14                      IF HE MADE A MISREPRESENTATION TO THE

15      STATE SUPREME COURT THAT HE HAS MALPRACTICE INSURANCE

16      WHEN INDEED HE DOES NOT, IT GOES DIRECTLY TO HIS

17      CREDIBILITY AT THESE PROCEEDINGS RIGHT NOW.

18                      THE COURT:  NO.  WE ARE NOT DOING THAT.

19      I WILL TELL YOU NOW I DON'T THINK IT'S RELEVANT.  YOU

20      GUYS ARE JUST TRYING TO SHORT-CIRCUIT THE PROCESS OF A

21      MALPRACTICE CLAIM.  I UNDERSTAND WHY YOU WANT TO DO

22      THAT.  I DON'T THINK THAT HIS HAVING MALPRACTICE

23      INSURANCE IS -- I CERTAINLY THINK IT IS RELEVANT IF YOU

24      FILE A MALPRACTICE CLAIM.  IF YOU FILE A MALPRACTICE

25      CLAIM IN FEDERAL COURT, IT WILL BE PART OF THE MANDATORY

```
 1    DISCLOSURES UNDER RULE 26(A), BUT IT'S NOT RELEVANT TO
 2    THE MANDATE THAT I HAVE FOR TODAY.
 3                 MR. REO:  UNDERSTOOD, YOUR HONOR.
 4                 CROSS EXAMINATION
 5    BY MR. REO:
 6    Q.    MR. THOMAS, YOU SAID YOU HAD A PROBLEM PAYING
 7    THE $1,600 SANCTION IN THIS CASE, IS THAT CORRECT?
 8    A.    IT IS, ALTHOUGH I EVENTUALLY DID AND THERE IS A
 9    RECEIPT OF THAT AND IT IS NOW ON THE DOCKET.
10    Q.    SO IF WE CHECKED WITH YOUR BANK, WOULD THEY SAY
11    THAT YOU ISSUED A STOP PAYMENT SOMETIME IN APRIL OR DID
12    IT ONLY HAPPEN AFTER I BROUGHT THE ISSUE OF YOUR
13    NONPAYMENT TO THE ATTENTION OF THE COURT IN SEPTEMBER?
14    A.    THERE WAS NEVER A STOP PAYMENT.
15    Q.    SO YOU PREVIOUSLY PUT IN WRITING THAT THE COURT
16    REQUESTED A REDUCTION IN THE SANCTION FROM $8,000 TO
17    $1,600, IS THAT CORRECT?
18    A.    HONESTLY, I DON'T REMEMBER, BUT I BELIEVE SO,
19    YES.
20    Q.    YOU STATED THAT YOU ONLY MADE $4,000 A MONTH,
21    AND THAT $8,000 SANCTION WOULD REPRESENT TWO MONTHS OF
22    YOUR GROSS INCOME, IS THAT CORRECT, APPROXIMATELY?
23    A.    ON AVERAGE APPROXIMATELY.  FRANKLY NOW WITH
24    COVID, IT IS LESS.
25    Q.    RIGHT.
```