# EXHIBIT A



**Josh Thomas <joshualthomas@gmail.com>**

## Activity in Case 2:18-cv-03723-JDW SHELTON v. FCS CAPITAL LLC et al Order on Motion for Summary Judgment

**Josh Thomas** <joshualthomas@gmail.com>                    Mon, Oct 14, 2019 at 10:52 AM
To: Robert Jacovetti <rcjesq@jacovettilaw.com>, Robert Jacovetti <rcjesq@optonline.net>

Good morning,

He re-filed the MSJ, so I'll oppose that then update the complaint by Wednesday, thanks.

Joshua Thomas, Esq.

CONFIDENTIALITY NOTICE: UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic
Communication Privacy Act of 1986, 18 U. S. C. 2701(a) and 2702(a)]

> On Tue, Oct 8, 2019 at 4:07 PM Josh Thomas <joshualthomas@gmail.com> wrote:
>
>> Joshua Thomas, Esq.
>>
>> CONFIDENTIALITY NOTICE: UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic
>> Communication Privacy Act of 1986, 18 U. S. C. 2701(a) and 2702(a)]
>>
>>
>>
>>
>>
>>
>> ---------- Forwarded message ---------
>> From: <ecf_paed@paed.uscourts.gov>
>> Date: Tue, Oct 8, 2019 at 4:06 PM
>> Subject: Activity in Case 2:18-cv-03723-JDW SHELTON v. FCS CAPITAL LLC et al Order on Motion for Summary
>> Judgment
>> To: <paedmail@paed.uscourts.gov>
>>
>>
>> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this
>> e-mail because the mail box is unattended.**
>> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys

**of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Pennsylvania**

## Notice of Electronic Filing

The following transaction was entered on 10/8/2019 at 4:04 PM EDT and filed on 10/8/2019
**Case Name:**         SHELTON v. FCS CAPITAL LLC et al
**Case Number:**      2:18-cv-03723-JDW
**Filer:**
**Document Number:** 40

**Docket Text:**
**ORDERED THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IS STRICKEN FOR FAILURE TO INCLUDE A SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS AS REQUIRED IN SECTION II.B.4 OF JUDGE WOLSON'S POLICIES AND PROCEDURES. SIGNED BY HONORABLE JOSHUA D. WOLSON ON 10/8/19.10/8/19 ENTERED AND COPIES E-MAILED TO COUNSEL.(jaa, )**

**2:18-cv-03723-JDW Notice has been electronically mailed to:**

CLAYTON S. MORROW      csm@ConsumerLaw365.com, morrow.clayton@gmail.com

JOSHUA LOUIS THOMAS (Terminated)      joshualthomas@gmail.com

BRYAN ANTHONY REO    reo@reolaw.org

**2:18-cv-03723-JDW Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=10/8/2019] [FileNumber=16517446-0] [1b2cb44cb194491b16c11f3119cb0126ade735c947b5748881d2c507c73f27d92d5d8047f9199ad1b80d8e98beb4237c7484b511cf14446f3d1383ed3035a529]]



**Josh Thomas <joshualthomas@gmail.com>**

## Activity in Case 2:18-cv-03723-JDW SHELTON v. FCS CAPITAL LLC et al Order on Motion for Summary Judgment

**Robert Jacovetti** <rcjesq@optonline.net>                                    Mon, Oct 14, 2019 at 2:50 PM
To: Josh Thomas <joshualthomas@gmail.com>

Josh,

OK and thanks

Regards,
Bob
[Quoted text hidden]

Robert Jacovetti, Esq.
194 Old Country Road
Mineola, New York 11501
(516) 744-5454 Telephone
(877) 212-9156 Facsimile
rcjesq@optonline.net

# EXHIBIT B

                              **Josh Thomas <joshualthomas@gmail.com>**

---

## motion to reconsider

---

**Josh Thomas** <joshualthomas@gmail.com>                    Mon, Jan 27, 2020 at 3:19 PM
To: Robert Jacovetti <rcjesq@optonline.net>, Robert Jacovetti <rcjesq@jacovettilaw.com>
Cc: Barry Shargel <bshargel@gmail.com>

Here you go, as requested, thank you.

Joshua Thomas, Esq.

CONFIDENTIALITY NOTICE: UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic
Communication Privacy Act of 1986, 18 U. S. C. 2701(a) and 2702(a)]

On Fri, Jul 12, 2019 at 11:05 AM Josh Thomas <joshualthomas@gmail.com> wrote:
I agree, let's discuss today, no problem.

Joshua Thomas, Esq.

CONFIDENTIALITY NOTICE: UNAUTHORIZED INTERCEPTION IS PROHIBITED BY
FEDERAL LAW [Electronic
Communication Privacy Act of 1986, 18 U. S. C. 2701(a) and 2702(a)]

On Fri, Jul 12, 2019 at 10:14 AM Robert Jacovetti <rcjesq@optonline.net> wrote:
> 
> Josh,
> 
> Please respond that we need some time to confer with all parties.
> 
> Regards,
> Robert
> 
> 
> 
> Robert Jacovetti, Esq.
> 194 Old Country Road

> Mineola, New York 11501
> (516) 744-5454 Telephone
> (877) 212-9156 Facsimile
> rcjesq@optonline.net
>
>
>
>
>
>
>
>

 **RCS  MTR shelton.pdf**
141K

# TRANSCRIPT

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
      JAMES EVERETT SHELTON          :    CIVIL ACTION NUMBER
 3                  PLAINTIFF        :
             VERSUS                  :
 4                                   :
      FCS CAPITAL LLC, ET AL.        :
 5              DEFENDANTS           :    2:18-CV-03723
      _____
 6    JACOVETTI LAW P.C., ET AL      :    CIVIL ACTION NUMBER
                  PLAINTIFFS         :
 7                                   :
             VERSUS                  :
 8                                   :
      JAMES EVERETT SHELTON, ET AL   :
 9              DEFENDANTS           :
                                     :
10           VERSUS                  :
                                     :
11    JOSHUA L. THOMAS               :
                                     :
12              MOVANT               :    2:20-CV-00163

13    _____
                        JAMES A. BYRNE U.S. COURTHOUSE
14                      CONDUCTED VIA VIDEOCONFERENCE
                        WEDNESDAY, NOVEMBER 4, 2020
15                      PHILADELPHIA, PA 19106

16    _____
      BEFORE THE HONORABLE JOSHUA D. WOLSON, J.
17    _____

18                      EVIDENTIARY HEARING

19
                  SUZANNE R. WHITE, RPR, FCRR, CM
20                   OFFICIAL COURT REPORTER
                     2609 U. S. COURTHOUSE
21                      601 MARKET STREET
                     PHILADELPHIA, PA 19106
22                      (215)299-7252

23

24    PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
      TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
25
```

```
1      APPEARANCES:

2      BRYAN ANTHONY REO, ESQUIRE
       REO LAW, LLC
3      PO BOX 5100
       MENTOR, OH 44061
4      440-313-5893
       REO@REOLAW.ORG
5      JAMES EVERETT SHELTON
       AND FINAL VERDICT SOLUTIONS
6
       COUNSEL FOR DEFENDANTS
7

8      LIONEL CAMILLO ARTOM-GINZBURG, ESQUIRE
       THE FRANKLIN
9      834 CHESTNUT STREET
       SUITE 206
10     PHILADELPHIA, PA 19107
       215 925-2905
11     LIONEL@ARTOM-GINZBURG.COM

12     COUNSEL FOR FCS CAPITAL, LLC

13
       JOSEPH SYLVESTRO, ESQUIRE
14     MUTZEL & WESNER
       220 N. JACKSON STREET
15     MEDIA, PA 19063
       610-627-2300
16     JSJ@JOSEPHSILVESTROLAW.COM.

17     COUNSEL FOR PLAINTIFF
       JACOVETTI LAW, P.C
18

19     JOSHUA L. THOMAS AND ASSOCIATES
       JOSHUA THOMAS, ESQUIRE
20     225 WILMINGTON-WEST CHESTER PIKE
       SUITE 200
21     CHADDS FORD, PA 19317
       JOSHUALTHOMAS@GMAIL.COM
22
       COUNSEL FOR MOVANT
23

24

25
```

1                    THE COURT:  MS. BUENZLE, YOU WANT TO OPEN

2      UP.

3                    DEPUTY CLERK: LADIES AND GENTLEMEN, THIS

4      IS JUST A REMINDER THAT THIS HEARING IS BEING RECORDED.

5      WE DO HAVE A COURT REPORTER, MS. WHITE, WITH US TODAY.

6                    UNITED STATES DISTRICT COURT FOR THE

7      EASTERN DISTRICT OF PENNSYLVANIA IS NOW IN SESSION, THE

8      HONORABLE JOSHUA D. WOLSON PRESIDING.

9                    THE COURT:  GOOD MORNING, EVERYBODY.

10                    WE HAVE HAD SOME ADDITIONAL APPEARANCES

11     OF COUNSEL OVER THE LAST COUPLE OF WEEKS SINCE I

12     SCHEDULED THIS HEARING, SO WHY DON'T I, JUST SO WE HAVE

13     SOME CLARITY ON THE RECORD, TAKE APPEARANCES OF COUNSEL

14     TO START AND THEN I WANT TO COVER SOME HOUSEKEEPING.

15     THEN WE WILL GO FROM THERE.

16                    SO LET ME START WITH -- WE HAVE GOT TWO

17     DIFFERENT CASES HERE WITH -- PEOPLE ARE SORT OF

18     POSITIONED DIFFERENTLY.

19                    LET'S START WITH MR. SHELTON SINCE HE WAS

20     THE PLAINTIFF IN THE FIRST CASE.

21                    MR. REO:  BRYAN ANTHONY REO, ATTORNEY FOR

22     PLAINTIFF JAMES EVERETT SHELTON AND SHELTON FCS, NOTING

23     THAT HE IS THE DEFENDANT IN JACOVETTI LAW V. SHELTON.

24                    THE COURT:  OKAY.  AND THEN I HAVE GOT

25     THE DEFENDANTS IN THE SHELTON ACTION.  AND THAT WOULD BE

1      MR. -- WELL, I GUESS I WANT TO CLARIFY WHO IS

2      REPRESENTING WHOM.

3                     BUT MR. ARTOM-GINZBURG, I WILL START WITH

4      YOU, TAKE YOUR APPEARANCE AND WHO YOU ARE REPRESENTING.

5                     MR. ARTOM-GINZBURG:  GOOD MORNING, YOUR

6      HONOR, LIONEL ARTOM-GINZBURG, REPRESENTING BARRY

7      SHARGEL, EMIL YASHAYEV AND FCS CAPITAL LLC.

8                     THE COURT:  AND THEN WE HAVE, I GUESS,

9      JUST FROM THE JACOVETTI ACTION, MR. SILVESTRO, IS THAT

10     RIGHT?

11                    MR. SILVESTRO:  THAT IS CORRECT, YOUR

12     HONOR, AND I WILL BE REPRESENTING MR. JACOVETTI

13     INDIVIDUALLY AND ALSO JACOVETTI LAW.

14                    THE COURT:  ALL RIGHT.

15                    MR. THOMAS, GOOD MORNING.

16                    MR. THOMAS:  GOOD MORNING, YOUR HONOR.

17                    THE COURT:  I THINK THAT IS EVERYBODY.

18     DID I MISS ANYONE ON THE LINE WHO IS APPEARING AS

19     COUNSEL?  NO?

20                    OKAY.  SO LET ME START WITH A LITTLE BIT

21     OF HOUSEKEEPING, AND I THINK WE JUST KIND OF AT LEAST

22     IMPLICITLY TOUCHED ON THIS.  MR. THOMAS, I JUST WANT TO

23     BE CLEAR, YOU DON'T HAVE COUNSEL TODAY, IS THAT RIGHT?

24                    MR. THOMAS:  THAT'S CORRECT.  THERE WAS A

25     DISCUSSION WITH MR. WEISBERG.  HE CHOSE TO NOT CONTINUE

1    WITH HIS REPRESENTATION.  SO THAT'S CORRECT, YOUR HONOR.

2                    THE COURT:  AND SO YOU ARE GOING TO

3    REPRESENT YOURSELF, THAT IS YOUR PLAN?

4                    MR. THOMAS:  CORRECT, YOUR HONOR.

5                    THE COURT:  OKAY.  AND YOU UNDERSTAND

6    THAT -- I MEAN -- AND I WILL TALK ABOUT THE PURPOSE OF

7    THE HEARING SOME MORE IN A MOMENT, BUT THE PURPOSE OF

8    THE HEARING IS TO DEAL IN PART WITH A MOTION TO, I

9    GUESS, HOLD YOU IN CONTEMPT AND/OR SANCTION YOU THAT WAS

10   FILED IN THE SHELTON MATTER.  YOU UNDERSTAND THAT,

11   MR. THOMAS?

12                   MR. THOMAS:  I DO, YOUR HONOR.

13                   THE COURT:  OKAY.  ALL RIGHT.

14                   SO LET ME TALK A LITTLE BIT ABOUT THE

15   PURPOSE OF THE HEARING.  THE REASON I SCHEDULED IT IS

16   THAT THERE ARE FAIRLY SIGNIFICANT ALLEGATIONS THAT HAVE

17   BEEN MADE, IN MY VIEW, ABOUT MR. THOMAS'S CONDUCT IN

18   THESE TWO PROCEEDINGS, THE TWO PROCEEDINGS BEING THE

19   SHELTON MATTER WHICH IS -- WHEN I SAY THE SHELTON

20   MATTER, I'M REFERRING TO THE 18-3723 CASE AND THEN IN

21   THE JACOVETTI LAW MATTER, WHICH IS THE 20-163 CASE.

22                   AND IN PARTICULAR, IN THE SHELTON MATTER,

23   THERE IS A JOINT MOTION FOR AN ORDER TO SHOW CAUSE THAT

24   WAS FILED.  IT'S ECF NUMBER 103.  AND I MEAN THERE'S A

25   NUMBER OF ALLEGATIONS IN THERE, BUT IN PARTICULAR WHAT

1    JUMPED OUT AT ME IS IN PARAGRAPH 7 OF THAT MOTION THERE

2    IS AN ASSERTION THAT AS OF JULY OF 2020 MR. THOMAS HAD

3    NOT TOLD HIS CLIENTS ABOUT THE JUDGMENT THAT WAS ENTERED

4    AGAINST THEM IN THE SHELTON MATTER, THE APPEAL THAT HE

5    HAD FILED ON THEIR BEHALF, THE SANCTIONS THAT HAD BEEN

6    ISSUED AGAINST HIM IN THE JACOVETTI MATTER, AND ALSO, I

7    GUESS, SANCTIONS THAT HAD BEEN ISSUED IN THE SHELTON

8    MATTER AND CONTEMPT MOTIONS -- HE HAD TOLD THEM ABOUT

9    CONTEMPT MOTIONS THAT HAD BEEN FILED.

10              THEN IN THE JACOVETTI CASE THE DEFENDANTS

11   IN THAT ACTION, WHICH ARE MR. SHELTON AND I BELIEVE

12   FINAL VERDICT SOLUTIONS -- WHICH IT'S NOT CLEAR TO ME IF

13   THAT IS A LEGAL ENTITY OR NOT, BUT IT DOES NOT MATTER

14   MUCH FOR TODAY -- FILED A NOTICE, AND THAT IS ECF NUMBER

15   68 IN THAT CASE, THAT ASSERTS THAT MR. THOMAS DID NOT

16   COMPLY WITH A SANCTIONS ORDER THAT I ISSUED IN THAT

17   CASE, EVEN THOUGH HE CERTIFIED UNDER OATH THAT HE DID,

18   AND ALSO ASSERTS THAT MR. THOMAS DID NOT HAVE AT LEAST

19   SOME OF HIS CLIENTS CONSENT TO USE THEIR NAME AS

20   PLAINTIFFS IN A COMPLAINT.

21              SO MY GOAL HERE TODAY IN SCHEDULING THIS

22   HEARING IS TO INVESTIGATE CONDUCT THAT I THINK MAY HAVE

23   UNDERMINED THE PROCEEDINGS THAT HAVE BEEN IN FRONT OF ME

24   IN THESE TWO CASES.

25              I DON'T VIEW THIS AS A ROVING

1    DISCIPLINARY PROCEEDING.  I'M NOT A DISCIPLINARY COURT;

2    I'M NOT A DISCIPLINARY TRIBUNAL.  I AM FOCUSED VERY MUCH

3    ON CONDUCT THAT MAY HAVE IMPACTED THE PROCEEDINGS IN

4    FRONT OF ME ONLY.  THERE ARE OTHER TRIBUNALS THAT WILL

5    HAVE AN OPPORTUNITY TO TACKLE ANY OTHER DISCIPLINARY

6    ISSUES THAT MAY ARISE.  I DON'T KNOW IF THERE ARE

7    DISCIPLINARY ISSUES THAT WILL ARISE.  BUT SO THAT THAT

8    IS -- THAT IS MY FOCUS TODAY AND I HOPE EVERYONE WILL

9    FOCUS THEIR PRESENTATIONS ON ISSUES THAT RELATE TO THAT.

10                   TO THE EXTENT WE HAVE ARGUMENT ABOUT

11   REQUESTS FOR RELIEF, TOO, BEAR THAT IN MIND.  I WANT ANY

12   REQUESTS FOR RELIEF TO BE TIED TO THAT QUESTION AND THE

13   QUESTION -- SORT OF THE SANCTITY OF THE PROCEEDING IN

14   FRONT OF ME.

15                   BUT THERE WERE SOME EVIDENTIARY ISSUES

16   THAT THE PARTIES STARTED TO GET INTO BY E-MAIL LAST

17   WEEK.  I PUT A STOP TO THAT BECAUSE I DON'T THINK IT'S

18   THE APPROPRIATE WAY TO LITIGATE EVIDENTIARY QUESTIONS.

19   I THINK THAT NEEDS TO BE DONE IN PUBLIC VIEW AND ON THE

20   RECORD.  SO IN ORDER TO SIMPLIFY THINGS, WE DID NOT DO

21   IT WITH MOTIONS IN LIMINE OR PROTECTIVE ORDERS OR OTHER

22   MOTIONS PRACTICE.  I THINK THAT THERE ARE RELATIVELY

23   STRAIGHTFORWARD EVIDENTIARY ISSUES, AND I THINK WE CAN

24   JUST TACKLE THEM ON THE RECORD NOW.

25                   THERE ARE, AS I SEE IT, SORT OF THREE

```
 1    ISSUES THAT ARE FLOATING AROUND WITH RESPECT TO
 2    EVIDENTIARY ISSUES.  THE FIRST IS THIS.  MR. THOMAS, YOU
 3    HAD LISTED MR. ARTOM-GINZBURG AS A WITNESS ON THE
 4    WITNESS LIST THAT YOU SUBMITTED TO ME.  I GUESS I WOULD
 5    LIKE TO HEAR A LITTLE BIT ABOUT WHY YOU WANT TO CALL MR.
 6    ARTOM-GINZBURG.  HE HAS ONLY, I THINK, BEEN INVOLVED IN
 7    THIS ACTION SINCE -- WELL, I DON'T EVEN KNOW WHEN HE WAS
 8    FIRST ENGAGED BY HIS CLIENTS, BUT I FIRST SAW HIM
 9    SURFACE, I THINK, IN SEPTEMBER, MAYBE IT WAS EVEN
10    OCTOBER.  SO I WOULD LIKE TO KNOW WHY YOU INTEND TO CALL
11    HIM.
12              MR. THOMAS:  CERTAINLY, YOUR HONOR.
13    THANK YOU VERY MUCH.  THERE'S A FEW REASONS THAT I THINK
14    ARE -- INCLUDING ONE, THE FACT THAT IT WAS ACTUALLY
15    ATTACHED AS PART OF HIS PLEADINGS IN RESPONSE TO YOUR
16    REQUEST FOR EVIDENCE.  JUST TO BEAR OUT, NUMBER ONE
17    REGARDING THE DISCOVERY THAT MR. SHARGEL AND
18    MR. YASHAYEV ACTUALLY DISCUSSED WITH HIM AFTER I SENT
19    THEM THE DISCOVERY REQUESTS, WHETHER OR NOT I ACTUALLY
20    SENT THEM AND WHAT WAS ACTUALLY SENT.
21              NUMBER TWO IS IN REGARDS TO THE ALLEGED
22    CLAIM THAT THEY DID NOT KNOW ABOUT THE APPEAL BEING
23    FILED, THAT THEY NOT ONLY KNEW ABOUT IT, THAT THEY
24    CONFIRMED THEY WANTED IT FILED, THAT THEY ACTUALLY PAID
25    AT LEAST IN PART TO HAVE IT FILED, THAT THE ONLY REASON
```

1    THAT IT WAS WITHDRAWN AT ALL WAS BECAUSE MR.

2    ARTOM-GINZBURG ESSENTIALLY TOLD THEM TO.

3                    AND THEN NUMBER THREE, I ACTUALLY WANTED

4    TO DISCUSS WITH HIM HIS ALLEGATIONS REGARDING HIS

5    COMMUNICATIONS WITH MYSELF AS WELL BECAUSE I BELIEVE

6    THOSE COULD ACTUALLY COME IN PART AS TO THE EVIDENCE

7    BEING PRESENTED TODAY.

8                    ALL THAT, YOUR HONOR, I BELIEVE IS NOT

9    PROTECTED BY ATTORNEY/CLIENT PRIVILEGE AND IT'S

10   CERTAINLY RELEVANT TO MOST OF THE QUESTIONS THAT ARE

11   BEING PRESENTED.

12                    THE COURT:  WELL, MR. THOMAS, WHY CAN'T

13   YOU GET THAT INFORMATION FROM MR. SHARGEL AND

14   MR. YASHAYEV?  WHY DO YOU NEED TO PUT MR. ARTOM-GINZBURG

15   ON THE STAND TO GET THAT?  IT SOUNDS LIKE YOU ARE TRYING

16   TO INQUIRE OF HIM ABOUT COMMUNICATIONS HE HAD WITH THE

17   CLIENTS.  I TEND TO AGREE WITH YOU.  I MEAN, WITHHOLDING

18   JUDGMENT AS TO ANY SPECIFIC QUESTION, I TEND TO AGREE

19   WITH YOU THAT THE MOTION ITSELF PROBABLY PUT A LOT OF

20   THE ATTORNEY COMMUNICATIONS AT ISSUE AND THAT THERE IS

21   PROBABLY NOT A STRONG PRIVILEGE OBJECTION.  BUT, YOU

22   KNOW, IT'S GENERALLY DISFAVORED AND MAYBE LESS SO IN A

23   BENCH PROCEEDING THAN IN A JURY PROCEEDING.  IT'S

24   GENERALLY DISFAVORED TO PUT COUNSEL OF RECORD ON THE

25   STAND.  AND IF YOU CAN GET THE INFORMATION FROM MR.

1     SHARGEL AND MR. YASHAYEV, WHY NOT JUST DO THAT?

2                    MR. THOMAS:   I CERTAINLY COULD DO THAT IN

3     PART, YOUR HONOR.   I BELIEVE THEY MAY KNOW SOME OF THE

4     REASONS FOR ALL THAT INFORMATION, AND I MAY HONESTLY BE

5     ABLE TO GET ALL THAT INFORMATION FROM THEM.   BUT I DON'T

6     KNOW THAT FOR A FACT.   THAT'S WHY I WANTED TO RESERVE

7     THE RIGHT THAT IF I CAN'T ACTUALLY GET ALL THE TESTIMONY

8     FROM THEM THAT WOULD BE RELEVANT TO THOSE ANSWERS, TO

9     HAVE MR. ARTOM-GINZBURG ON THE STAND AS WELL TO ANSWER

10    ALL THOSE QUESTIONS IN FULL.

11                   THE COURT:   WELL, THEN WHAT WE ARE GOING

12    TO DO IS THIS.   I'M NOT -- I DISFAVOR THE IDEA OF YOU

13    CALLING MR. ARTOM-GINZBURG, BUT I'M NOT GOING TO TELL

14    YOU RIGHT NOW THAT YOU DEFINITELY CAN'T.   WE WILL SEE

15    HOW THINGS GO WITH MR. SHARGEL AND MR. YASHAYEV.   BUT IF

16    YOU ARE GOING TO -- AT THE CONCLUSION -- I EXPECT YOU TO

17    INQUIRE OF THEM OF ALL OF THE ISSUES THAT YOU WOULD

18    EXPECT TO OBTAIN FROM MR. ARTOM-GINZBURG, AND YOU ARE

19    GOING TO HAVE TO MAKE A SHOWING TO ME THAT THE

20    INFORMATION THAT YOU WANT IS NOT AVAILABLE TO YOU

21    THROUGH THEM BEFORE I AM GOING TO LET YOU CALL MR.

22    ARTOM-GINZBURG.   OKAY?

23                   MR. THOMAS:   UNDERSTOOD, YOUR HONOR.

24                   THE COURT:   ALL RIGHT.

25                   YES, MR. ARTOM-GINZBURG.

```
 1                    MR. ARTOM-GINZBURG:  I JUST WANTED TO

 2     NARROW DOWN ONE ISSUE THAT WAS RAISED BEFORE.  IN THE

 3     COURSE OF RECEIVING DISCOVERY FROM MY CLIENTS, IT IS

 4     CLEAR THAT THEY ASSENTED TO THE FILING OF THE APPEAL.  I

 5     THINK THERE ARE SOME VERY SERIOUS QUESTIONS TODAY

 6     WHETHER THEY KNEW WHAT THE APPEAL WAS FOR, BUT THEY DID

 7     ASSENT TO THE FILING OF THE APPEAL, AND I SUPPLIED

 8     EVIDENCE TO THAT EFFECT.  THERE WAS A REDACTED CREDIT

 9     CARD THAT THEY HAD TEXTED TO MR. THOMAS TO PAY FOR THE

10     FILING FEES.  SO THAT ISSUE, I THINK, IS PARTIALLY OFF

11     THE TABLE.

12                    THE COURT:  OKAY.  SO LET ME TURN TO SOME

13     OF THE EXHIBITS THAT WERE SUBMITTED TO ME.  AND JUST SO

14     YOU ALL KNOW, MY THOUGHT ON THE EXHIBITS -- I DID RUN MY

15     EYES OVER THEM JUST TO ORIENT MYSELF AS TO WHAT YOU HAD

16     SUBMITTED.  BUT I DON'T CONSIDER WHAT HAS BEEN SUBMITTED

17     TO BE IN EVIDENCE.  I CONSIDER IT LIKE ANY OTHER

18     EVIDENTIARY PROCEEDING, THAT YOU HAVE SUBMITTED TO ME IN

19     ADVANCE THE MATERIALS THAT YOU MIGHT USE, JUST REALLY

20     FOR ADMINISTRATIVE SIMPLICITY, PARTICULARLY GIVEN THAT

21     WE ARE REMOTE AND IT'S MUCH EASIER FOR ME TO CONDUCT

22     THIS PROCEEDING WITH THOSE EXHIBITS ON A SEPARATE

23     SCREEN, RATHER THAN HAVE YOU SHARE A SCREEN AND THEN MY

24     LOSING SIGHT OF WHOEVER IS ON THE SCREEN.

25                     SO IF THERE ARE -- AS FAR AS I'M
```

1    CONCERNED, I HAVE NOT STUDIED THOSE EXHIBITS.  THEY ARE

2    NOT IN FRONT OF ME UNLESS AND UNTIL YOU PUT THEM IN

3    FRONT OF ME, ONE OF YOU PUTS THEM IN FRONT OF ME, AND

4    YOU KNOW, SEEKS THEIR ADMISSION.  AND SO I MAY HAVE SOME

5    QUESTIONS FOR WITNESSES AS WE GO TODAY, BUT I WILL NOT

6    PULL ANY DOCUMENT THAT YOU HAVE GIVEN TO ME AND USE IT

7    SUA SPONTE.  OKAY?  AS FAR AS I'M CONCERNED, THAT IS NOT

8    SORT OF MY ROLE HERE.  I'M NOT AN INQUISITOR, AND SO IF

9    YOU WANT SOMETHING TO BE IN THE RECORD, YOU NEED TO GET

10   IT INTO THE RECORD.

11             THE LAST THING THAT I GUESS THAT WE HAVE

12   IS THE RECORDINGS THAT, MR. THOMAS, YOU SUBMITTED TO ME.

13   I KNOW THEY HAVE COME UP BEFORE IN THE COURSE OF THESE

14   CASES, AND I HAVE TALKED ABOUT THEM IN VARIOUS RULINGS.

15   BUT TELL ME WHAT YOU PROPOSE TO DO WITH THEM TODAY.

16             MR. THOMAS:  CERTAINLY, YOUR HONOR.  THEY

17   ARE NOT BEING USED FOR THE CASE-IN-CHIEF.  THEY ARE

18   ACTUALLY BEING USED POTENTIALLY EITHER FOR CROSS OR JUST

19   TO CLARIFY SOME THINGS ARE ON THE RECORD.  I DON'T THINK

20   FRANKLY THEY ARE LIKELY TO EVEN COME UP GIVEN WHAT WAS

21   JUST STATED BY MR. ARTOM-GINZBURG, BUT THEY MIGHT.

22             I TRIED TO ATTACH -- ADMITTEDLY IT WAS A

23   LITTLE DIFFICULT TO PUT IT ALL TOGETHER, BUT I TRIED TO

24   ATTACH EVERYTHING THAT WAS REFERRED TO IN ANY E-MAILS I

25   ATTACHED.  IN ONE OF THE E-MAILS I ACTUALLY INCLUDED

1    THOSE RECORDINGS, SO THAT WAY EVERYTHING WOULD BE ON THE

2    RECORD.   IF FOR SOME REASON THERE'S A QUESTION ABOUT

3    THAT, THOSE RECORDINGS ARE ON THE RECORD SO IT CAN BE

4    SEEN WHAT WAS SUBMITTED.

5              THAT SAID, THE ONLY OTHER PURPOSE TO SHOW

6    EXACTLY WHY THEY WERE SUBMITTED WAS TO SHOW ESSENTIALLY

7    WHAT I BELIEVE MR. ARTOM-GINZBURG SEEMS TO BE GETTING

8    AT, WAS TO SHOW THE EXACT REASON FOR THE MOTIONS FOR

9    RECONSIDERATION AND ULTIMATELY THE APPEAL, AND TO SHOW

10   THAT MR. YASHAYEV AND MR. SHARGEL BOTH AGREED THAT THEY

11   WERE MATERIAL, THAT A MOTION FOR RECONSIDERATION SHOULD

12   BE FILED BASED OFF OF THOSE AS EVIDENCE, THAT THEY WERE

13   -- AGAIN, I UNDERSTAND YOUR HONOR'S OPINION ON THEM, BUT

14   THEY WERE RELEVANT AND CERTAINLY MATERIAL ISSUES OF FACT

15   FOR THOSE CASES.

16             THE COURT:   OKAY.  WELL, I'LL RESERVE

17   JUDGMENT UNLESS -- IF YOU TRY TO USE THEM AND SOMEONE

18   HAS AN OBJECTION, I WILL HEAR THE OBJECTION.  I WILL SAY

19   TO THAT POINT, THOUGH, JUST IN TERMS OF GUIDANCE, YOU

20   KNOW, I DON'T KNOW THAT -- EVEN TO YOUR ARGUMENT,

21   MR. THOMAS, TO THE EXTENT THAT RECORDINGS THEMSELVES

22   AFFECT OR AFFECTED MR. SHARGEL OR MR. YASHAYEV'S STATE

23   OF MIND, I DON'T KNOW THAT THE CONTENTS OF THE

24   RECORDINGS MATTERS A WHOLE HECK OF A LOT TO ME.  IT MAY

25   JUST BE YOU SENT THEM THE RECORDINGS AND THEY HEARD

1       THEM, AND THAT MAY BE ENOUGH.

2                       LET'S SORT OF SEE THE CONTEXT AS IT PLAYS

3       OUT TODAY.

4                       MR. THOMAS:  FRANKLY, THAT IS THE INTENT,

5       YOUR HONOR.  THAT IS WHAT THEY WERE SUBMITTED FOR.  LIKE

6       I SAID, I DOUBT THEY ARE EVEN GOING TO BE PLAYED.  I

7       JUST WANTED TO SHOW WHAT THEY WERE SO THAT WAY IF THERE

8       IS A QUESTION THEY WERE THERE.

9                       THE COURT:  ALL RIGHT.  SO THEN WITH ALL

10      THAT IN MIND, I THINK WHAT I PROPOSE TO DO IS --

11      MR. ARTOM-GINZBURG, THIS REALLY IS DRIVEN IN NO SMALL

12      PART BY YOUR MOTION FOR THE JOINT -- IT'S A JOINT

13      MOTION, BUT I THINK IN MANY RESPECTS YOU ARE THE DRIVING

14      FORCE BEHIND THIS GIVEN THE SUBMISSIONS I GOT LAST WEEK

15      FOR THE ORDER TO SHOW CAUSE.  AND SO I'M GOING TO LET

16      YOU PUT ON YOUR CASE, TO BEGIN WITH.  I DO WANT TO HEAR

17      FROM THE VARIOUS PRINCIPALS AS TO WHAT WAS GOING ON,

18      WHAT WAS BEING TOLD TO THEM, ET CETERA.

19                      WE TALKED LAST TIME WE WERE TOGETHER,

20      BUT, YOU KNOW, PARTICULARLY FOR MR. SILVESTRO'S BENEFIT

21      BECAUSE YOU WERE NOT HERE LAST TIME, THE ISSUES WITH

22      WHICH I'M PARTICULARLY CONCERNED HERE GO BACK TO, IN THE

23      SHELTON ACTION, THE GRANT OF SUMMARY JUDGMENT AND

24      WHETHER AND WHEN THE CLIENTS WERE TOLD ABOUT THAT; THE

25      COMPLAINT AND AMENDED COMPLAINT IN THE JACOVETTI ACTION,

1    WHICH CLIENTS WERE TOLD ABOUT IT AND WHEN AND WHO KNEW

2    THAT HE/SHE/IT WAS BEING NAMED AS A DEFENDANT, OR AS A

3    PLAINTIFF, RATHER, IN THAT ACTION; UPDATES THAT WERE

4    GIVEN ABOUT THE PROGRESS OF THAT ACTION; UPDATES THAT

5    WERE GIVEN ABOUT THE PROCESS OF EXECUTION ON THE

6    JUDGMENTS IN THE SHELTON ACTION.

7                    I MEAN, THE APPEAL WAS AN ISSUE WE TALKED

8    ABOUT.  IT SOUNDS LIKE THAT MAY BE OFF THE TABLE, BUT I

9    WILL LEAVE THAT TO MR. ARTOM-GINZBURG IF THERE ARE STILL

10   ISSUES ABOUT THE APPEAL TO TRY AND RAISE THEM.  BUT IT

11   SOUNDS LIKE THERE IS GENERAL AGREEMENT THE CLIENTS AT

12   LEAST KNEW THERE WAS AN APPEAL BEING FILED.

13                   AND THEN COMPLIANCE WITH THE SANCTIONS

14   ORDER I ISSUED IN THE JACOVETTI LAW CASE; AND THE

15   COMPLIANCE WITH THE DISCOVERY IN AID OF EXECUTION, IF I

16   HAVE NOT ALREADY SAID THAT, IN THE SHELTON ACTION; AND

17   THE VARIOUS SORT OF SANCTIONS ORDERS THAT CAME WITH

18   THAT; AND ORDERS COMPELLING PRODUCTION, AND THINGS LIKE

19   THAT.  I THINK THAT IS THE UNIVERSE OF THINGS I WANT TO

20   COVER, AND THAT I WOULD LIKE TO HEAR ABOUT FROM THE

21   WITNESSES.

22                   SO I DON'T KNOW, MR. ARTOM-GINZBURG, IF

23   YOU HAVE PEOPLE WHO ARE ABOUT TO CONNECT.  I HAVE NOT

24   SEEN THEM.

25                   MR. ARTOM-GINZBURG:  THEY ARE IN THE ROOM

1    WITH ME, YOUR HONOR.  I WAS ABOUT TO ASK WHETHER YOU

2    WANT -- I THINK THAT FOR PRACTICAL PURPOSES I THINK I

3    WILL HAVE THEM CONNECT SEPARATELY SO THAT I CAN CONTINUE

4    TO SHARE DOCUMENTS TO THE SCREEN.

5                    THE COURT:  WHY DON'T YOU DO THAT AND

6    THEN WHOEVER YOU ARE GOING TO START WITH, AND THEN WE

7    WILL SWEAR THEM IN.

8                    MR. ARTOM-GINZBURG:  LET'S START WITH

9    BARRY, I GUESS, WHICHEVER ONE OF YOU WANTS TO DIAL IN

10   TOGETHER AND SEPARATELY.  I'M FORWARDING YOU THE LINK

11   RIGHT NOW.

12                   THEY ARE DIALING IN.  THEY ARE DIALING

13   IN, UNLESS YOU WANT TO GO IN BY VIDEO.  THEN CLICK ON

14   THE LINK.

15                   YOUR HONOR, WHILE THEY DIAL IN, MAY I

16   STEP AWAY FOR JUST A MOMENT TO GET A BOTTLE OF WATER?

17                   THE COURT:  YES.

18                   MR. ARTOM-GINZBURG:  THANK YOU.

19                   MR. YASHAYEV:  GOOD MORNING, YOUR HONOR.

20                   THE COURT:  SO MR. ARTOM-GINZBURG, I AM

21   TAKING FROM WHAT I SEE ON THE SCREEN THAT YOU ARE

22   CALLING MR. YASHAYEV.

23                   MR. ARTOM-GINZBURG:  YES.

24                   THE COURT:  MS. BUENZLE, CAN YOU SWEAR

25   HIM IN.

1                    (EMIL YASHAYEV, DEFENSE WITNESS, SWORN.)

2                    THE COURT:  MR. YASHAYEV, KEEP YOUR VOICE

3        UP.  IT'S A LITTLE HARD TO HEAR YOU AND PARTICULARLY

4        WITH A COURT REPORTER WHO IS RECORDING US.  IT'S A

5        CHALLENGE.

6                    ALL RIGHT.  MR. ARTOM-GINZBURG, GO AHEAD.

7                    MR. ARTOM-GINZBURG:  MR. YASHAYEV --

8                    THE COURT:  I'M GOING TO STOP YOU.  I WAS

9        CONCERNED ABOUT THAT.  ARE YOU GUYS IN THE SAME ROOM?

10                    MR. ARTOM-GINZBURG:  WE ARE IN THE SAME

11       ROOM.

12                    THE COURT:  YOU'RE GOING TO GET FEEDBACK.

13       I DON'T KNOW IF YOU NEED TO MOVE TO A DIFFERENT ROOM,

14       BUT YOU PROBABLY CAN'T BE IN THE SAME ROOM.

15                    MR. ARTOM-GINZBURG:  STEP INTO MY OFFICE.

16                    THE COURT:  LET'S TRY IT AGAIN.

17                    DIRECT EXAMINATION

18       BY MR. ARTOM-GINZBURG:

19       Q.     MR. YASHAYEV, THIS MATTER RELATES TO

20       COMMUNICATIONS THAT YOU HAD WITH YOUR THEN ATTORNEY,

21       JOSHUA THOMAS, IN REGARDS TO A SUIT THAT WAS BROUGHT

22       AGAINST YOU AND YOUR COMPANY CALLED SHELTON VERSUS FCS

23       CAPITAL.

24                    I HAD PROVIDED YOU WITH A SUMMARY OF

25       TELEPHONE RECORDS AND E-MAILS AND SMS MESSAGES THAT HAD

1    BEEN EXCHANGED BETWEEN THE PARTIES DURING THE RELEVANT

2    PERIODS IN TIME.  I'M GOING TO SHARE THAT AT THE MOMENT

3    WITH --

4                    MR. ARTOM-GINZBURG:  IF YOUR HONOR COULD

5    TURN ON MY ABILITY TO SHARE THE SCREEN.

6                    THE COURT:  DOES HE HAVE A COPY, MR.

7    ARTOM-GINZBURG?

8                    MR. ARTOM-GINZBURG:  HE HAS A PHYSICAL

9    COPY.

10                   THE COURT:  I'D RATHER YOU ALL LOOK AT

11   IT, RATHER THAN SHARING THE SCREEN.  I HAVE A COPY HERE,

12   I HAVE A COUPLE MONITORS, AND IT'S EASIER FOR ME TO SEE

13   EVERYBODY, RATHER THAN LOSE SIGHT OF YOU WHILE YOU SHARE

14   THE DOCUMENT.

15   MR. ARTOM-GINZBURG:

16   Q.     DO YOU HAVE THAT SUMMARY IN FRONT OF YOU,

17   MR. YASHAYEV?

18   A.     I DO.

19   Q.     I AM GOING TO TAKE YOU BACK TO SEPTEMBER OF

20   2019.  YOU HAD HIRED MR. THOMAS TO REPRESENT YOU IN THIS

21   MATTER.  MR. YASHAYEV?

22   A.     YES, I'M -- YES, THAT IS WHAT IT SEEMS LIKE.

23   Q.     YOU HAD HIRED MR. THOMAS TO REPRESENT YOU IN

24   THIS MATTER.

25   A.     YES.

1    Q.        ON SEPTEMBER 17TH, 2019 THE DOCKET INDICATES A

2    MOTION FOR SUMMARY JUDGEMENT WAS FILED IN THIS CASE.  I

3    SEE FROM THE RECORDS THAT DURING THE PERIOD OF TIME TO

4    ANSWER THE SUMMARY JUDGMENT THERE WERE TWO PHONE CALLS

5    MADE BACK AND FORTH IT APPEARS -- THEY APPEAR TO HAVE

6    BEEN MADE BY MR. SHARGEL.  DID YOU HAVE ANY

7    COMMUNICATION WITH MR. THOMAS DURING THIS PERIOD OF

8    TIME?

9    A.        I BELIEVE MR. THOMAS SPOKE WITH MR. SHARGEL, AND

10   THEN I HAD A SEPARATE CONVERSATION WITH MR. SHARGEL.

11   Q.        SO YOU DID NOT DIRECTLY TALK TO MR. THOMAS?

12   A.        NOT AT THAT TIME, I DON'T BELIEVE, NO.

13   Q.        ON OCTOBER 8TH, 2019 MR. THOMAS FILED A MOTION

14   FOR EXTENSION OF TIME TO ANSWER.  DURING THE SPACE OF

15   TIME BETWEEN SEPTEMBER 17, 2019 AND OCTOBER 8, 2019, DID

16   YOU SPEAK TO MR. THOMAS AT ALL?

17   A.        MAYBE BRIEFLY WITH MR. SHARGEL, REALLY JUST TO

18   GET AN UPDATE FOR WHAT IS GOING ON, AND KIND OF THE

19   COMMON ANSWER WAS THAT WE HAVE TO FILE SOME PAPERWORK, I

20   WILL GET BACK TO YOU WITH WHATEVER WE MIGHT NEED.

21   Q.        DID THE WORDS "SUMMARY JUDGMENT" GET USED WITH

22   YOU?

23   A.        I DON'T BELIEVE SO, NO.

24   Q.        DO YOU KNOW WHAT SUMMARY JUDGMENT IS?

25   A.        I DO NOW.

1    Q.      OCTOBER 8TH THE COURT STRUCK THE ORIGINAL MOTION

2    FOR SUMMARY JUDGEMENT AND THE SAME DAY MR. REO FILED AN

3    AMENDED MOTION FOR SUMMARY JUDGEMENT.

4                    I HAVE RECORD OF A CALL LASTING ONE

5    MINUTE BETWEEN MR. SHARGEL AND MR. THOMAS ON

6    OCTOBER 10TH.  DID YOU HAVE ANY INDEPENDENT

7    CONVERSATIONS WITH MR. THOMAS DURING THIS TIME PERIOD?

8    A.      I DON'T BELIEVE I HAVE ANY INDEPENDENT

9    CONVERSATIONS.  WHATEVER CONVERSATIONS I MIGHT HAVE HAD

10   WOULD HAVE BEEN TOGETHER WITH MR. SHARGEL AND

11   MR. THOMAS.

12   Q.      ON OCTOBER 22, 2019, MR. THOMAS FILED A MOTION

13   FOR EXTENSION OF TIME TO ANSWER THE SUMMARY JUDGMENT

14   MOTION.  BETWEEN OCTOBER 8TH AND OCTOBER 22ND DID YOU

15   HAVE ANY CONVERSATIONS WITH MR. THOMAS?

16   A.      CAN YOU REPEAT THAT ONE MORE TIME?  I APOLOGIZE.

17   Q.      BETWEEN OCTOBER 8TH OF LAST YEAR AND

18   OCTOBER 22ND OF LAST YEAR, DID YOU HAVE ANY

19   CONVERSATIONS WITH MR. THOMAS?

20   A.      I DID NOT, NO.

21   Q.      ON OCTOBER THE 17TH, THIS COURT ISSUED AN ORDER

22   FOR A CORPORATE DISCLOSURE STATEMENT OF FCS CAPITAL,

23   WHICH -- CORPORATE DISCLOSURE STATEMENTS, SINCE YOU ARE

24   NOT A LAWYER, LISTS THE OWNERSHIP OF THE COMPANY AND WHO

25   THE PARTIES WHO OWN THE COMPANY ARE AND WHETHER IT IS A

1    PUBLICLY TRADED COMPANY.  AND I SEE THAT MR. THOMAS

2    FILED A CORPORATE DISCLOSURE ON OCTOBER 24TH, 2019.  IN

3    THE WEEK OF OCTOBER 17TH TO OCTOBER 24TH I HAVE NO LIST

4    OF ANY PHONE CALLS WITH MR. THOMAS OR ANY E-MAILS OR ANY

5    TEXT MESSAGES.  DID YOU HAVE ANY COMMUNICATION WITH HIM?

6    A.     I DON'T BELIEVE I DID.  IT MIGHT HAVE BEEN

7    SOMETHING WITH -- EITHER VIA E-MAIL OR SOMETHING LIKE

8    THAT, BUT I DON'T RECALL SENDING ANYTHING DIRECTLY

9    MYSELF.

10   Q.     WERE YOU EVER PROVIDED WITH AN AFFIDAVIT TO SIGN

11   IN OPPOSITION TO SUMMARY JUDGMENT?

12   A.     I DON'T RECALL EXACTLY WHAT PIECE OF PAPER WAS

13   THAT I WAS PROVIDED, BUT I DID HAVE SOMETHING FOR

14   SIGNATURE THAT I DID SIGN.  I DON'T REMEMBER EXACTLY

15   WHEN THAT WAS, THOUGH.

16   Q.     WAS THAT THE CERTIFICATION THAT YOU WANTED

17   MR. THOMAS TO CONTINUE AS COUNSEL?

18   A.     I BELIEVE THAT'S WHAT THAT WAS.

19   Q.     NOBODY EVER PROVIDED YOU WITH AN AFFIDAVIT THAT

20   LISTED THE REASONS WHY JUDGMENT SHOULD NOT BE GRANTED,

21   FOR EXAMPLE, THE NUMBER IN QUESTION WAS NOT APPLICABLE

22   TO THE ACT, WHICH I UNDERSTAND WAS YOUR DEFENSE.

23   A.     I DON'T EXACTLY REMEMBER IF THERE WAS A SEPARATE

24   DOCUMENT.  I KNOW WHAT YOU ARE REFERRING TO, BUT I DON'T

25   REMEMBER IF THERE WAS ONE AND IF I DID SIGN IT.

1    Q.      I NOTE CALLS -- MR. SHARGEL MADE TWO CALLS

2    LASTING ONE MINUTE EACH ON DECEMBER 10TH TO MR. THOMAS.

3              WERE YOU PRESENT FOR THOSE CALLS?

4    A.      I DON'T BELIEVE SO, NO.

5    Q.      DID YOU HAVE ANY COMMUNICATION WITH MR. THOMAS

6    IN NOVEMBER OR THE BEGINNING OF DECEMBER?

7    A.      I MIGHT HAVE, BUT AGAIN, IT WOULD BE TOGETHER

8    WITH MR. SHARGEL AS HE WAS THE ONE WHO WAS HAVING

9    MAJORITY OF THE COMMUNICATION WITH MR. THOMAS.

10   Q.      ON DECEMBER 11, 2019, THIS COURT ENTERED AN

11   ORDER GRANTING JUDGMENT AGAINST YOU, YOUR COMPANY AND

12   MR. SHARGEL.  DID YOU RECEIVE ANY COMMUNICATION AT THAT

13   TIME FROM MR. THOMAS SAYING THAT THERE WAS A JUDGMENT

14   AGAINST YOU?

15   A.      NO.

16   Q.      I NOTICE A SERIES OF SHORT CALLS IN JANUARY BACK

17   AND FORTH BETWEEN MR. SHARGEL AND MR. THOMAS.  DID YOU

18   TALK TO MR. SHARGEL IN -- WITH MR. THOMAS IN JANUARY?

19   A.      I DON'T BELIEVE SO.  I BELIEVE, AGAIN, I SPOKE

20   WITH MR. SHARGEL.  BUT FROM WHAT I REMEMBER BACK IN

21   JANUARY, I DON'T BELIEVE THERE WAS ANY KIND OF NEWS,

22   ESPECIALLY NO NEWS OF ANY JUDGMENT, YOU KNOW, THAT WE

23   DISCUSSED AT THAT TIME.

24   Q.      ON JANUARY 27, 2020, MR. THOMAS FILED A MOTION

25   FOR RECONSIDERATION OF THE JUDGMENT.  WERE YOU AWARE

1      -- EITHER OF THE JUDGMENT OR THAT THERE HAD BEEN A

2      MOTION FOR RECONSIDERATION FILED?

3      A.      I WAS NOT AWARE OF A JUDGMENT AT THAT TIME.  I

4      KNOW THAT THERE HAS BEEN TALKS ABOUT FOR A MOTION TO

5      RECONSIDER, BUT I BELIEVE THE WAY THAT IT WAS EXPLAINED

6      AND THE WAY THAT I UNDERSTOOD IT, IT WAS A MOTION TO

7      RECONSIDER, I GUESS, AN OPINION ON ANOTHER MOTION THAT

8      EITHER WE FILED OR THE ANSWER THAT WE HAD GIVEN OR

9      SOMETHING LIKE THAT.  I WAS NOT AWARE THAT IT WAS AN

10     ANSWER OR A MOTION TO RECONSIDER ON A JUDGMENT.

11     Q.      I NOTICE A COUPLE OF SCATTERED CALLS, TWO CALLS

12     ON FEBRUARY 4TH AND ONE ON MARCH 10TH TO MR. SHARGEL.

13     DURING THE MONTH OF FEBRUARY AND MARCH OF THIS YEAR, DID

14     YOU HAVE ANY CONVERSATIONS WITH MR. THOMAS?

15     A.      I DON'T BELIEVE PERSONALLY I HAD, NO.

16     Q.      ON APRIL 23RD, YOU RECEIVED AN E-MAIL FROM

17     MR. THOMAS ASKING FOR A CERTIFICATION FOR THE OTHER CASE

18     THAT WAS BEING INVOLVED IN.  THIS IS THE ONE THAT YOU

19     TALKED ABOUT EARLIER, THE ONE WHERE HE ASKED IF YOU

20     WANTED HIM TO CONTINUE AS LAWYER.  WOULD YOU TELL US

21     WHAT THE CIRCUMSTANCES AROUND THAT WERE.

22     A.      SO IF THIS IS THE CERTIFICATION PERTAINING TO

23     OUR CASE, THEN THIS IS WHAT I WAS REFERENCING EARLIER.

24     HOWEVER, THIS WAS A CERTIFICATION FOR A CASE IN WHICH

25     MR. JACOVETTI WAS THE PLAINTIFF AGAINST MR. SHELTON.

1      THAT IS NOT WHAT I BELIEVED THAT IT WAS FOR.  SO I DID

2      SPEAK TO HIM IN REGARDS -- SO I SPOKE TO BARRY AND HIM

3      IN REGARDS TO CERTIFICATION FOR WHAT I BELIEVED WAS OUR

4      CASE.

5      Q.      AND WHAT DID YOU BELIEVE THAT THAT CERTIFICATION

6      WAS FOR?

7      A.      JUST TO EXPLAIN KIND OF HOW I UNDERSTOOD IT, IT

8      WAS A CERTIFICATION SAYING THAT WE WOULD LIKE MR. THOMAS

9      TO CONTINUE AS OUR ATTORNEY, SEEING THAT HE HAS NOT DONE

10     ANYTHING THAT WOULD CONSTITUTE ANY TYPE OF MISCONDUCT ON

11     OUR END, AND THAT WE WANTED HIM TO MOVE FORWARD WITH THE

12     CASE.  BUT JUST SO I'M CLEAR KIND OF HOW WE UNDERSTOOD

13     IT, WE STILL AT THIS POINT DID NOT KNOW ABOUT THE

14     JUDGMENT THAT WAS FILED BACK IN DECEMBER.

15     Q.      WERE YOU AWARE OF ANY MISCONDUCT RELATING TO

16     MR. THOMAS, ANY REASON THAT YOU WOULD HAVE NEEDED SUCH A

17     CERTIFICATION?

18     A.      BASED ON THE PREVIOUS CONVERSATIONS THAT WE'VE

19     HAD WITH MR. THOMAS AND THE ANSWERS THAT WE WERE

20     RECEIVING AT THAT TIME, WE DID NOT BELIEVE THAT THERE

21     WAS ANY CAUSE FOR MISCONDUCT OR ANYTHING LIKE THAT.

22     Q.      I HAVE NO CALLS IN THE MONTH OF MAY.  ON MAY 25

23     MR. REO FILED A MOTION FOR POST-JUDGMENT DISCOVERY, AND

24     THE COURT ORDERED ON MAY 26TH THE POST-JUDGMENT

25     DISCOVERY HAD TO BE ANSWERED BY JUNE 1ST.  DID YOU

1    RECEIVE ANY POST-JUDGMENT DISCOVERY AT THAT POINT?

2    POST-JUDGMENT DISCOVERY WOULD BE A LIST -- ASKING TO

3    LIST YOUR BANK ACCOUNTS, TAX RETURNS, THAT SORT OF

4    THING.

5    A.      WE RECEIVED SOMETHING FROM MR. THOMAS GIVING US

6    WHAT AT THE TIME I DID NOT KNOW WAS POST-JUDGMENT

7    DISCOVERY, BUT BASICALLY IT WAS SAYING, PLEASE LIST ANY

8    ACCOUNT NUMBERS, PLEASE LIST ANY 401(K)S, RETIREMENT

9    ACCOUNTS AND THINGS OF THAT NATURE.  AT THE TIME WHEN WE

10   ASKED WHAT THE PURPOSE OF THIS WAS FOR, IT WAS EXPLAINED

11   TO US THAT THIS WOULD ALLOW US TO STAY COLLECTION

12   ACTIVITY ON THE JUDGMENT BECAUSE WE WOULD SHOW THAT WE

13   WOULD BASICALLY HAVE THE FINANCIAL MEANS TO COVER THE

14   JUDGMENT BECAUSE AT THIS POINT WE WERE, YOU KNOW,

15   DISCUSSING AN APPEAL TO THE JUDGMENT.

16   Q.      LET ME STOP YOU THERE FOR A SECOND.

17           THE E-MAIL I HAVE FROM MR. THOMAS THAT

18   ATTACHED THE POST-JUDGMENT INTERROGATORIES, WAS DATED

19   JULY 20TH.  DID HE SEND YOU ANYTHING IN MAY?

20   A.      NO, NO.  WHENEVER WE STARTED DISCUSSING THAT WAS

21   WHEN WE RECEIVED THE E-MAIL.  SO IF WE DID NOT HAVE THE

22   E-MAIL BACK IN MAY, THAT CONVERSATION WAS HAD IN JULY.

23   Q.      ON JUNE 1ST, MR. THOMAS FILED A SECOND MOTION

24   FOR RECONSIDERATION AND A MOTION TO STAY A JUDGMENT.

25   DID HE CONSULT WITH YOU BEFORE FILING EITHER OF THOSE

```
1    DOCUMENTS?

2    A.      NOT DIRECTLY WITH ME, NO.

3    Q.      ON JUNE 17TH, THIS COURT ISSUED AN OPINION

4    DENYING THE MOTION FOR RECONSIDERATION/PRELIMINARY

5    INJUNCTION.  DID YOU HAVE ANY CONVERSATION WITH HIM

6    SURROUNDING THAT?

7    A.      NOT -- ONCE AGAIN, NOT DIRECTLY WITH ME.  THE

8    CONVERSATION I HAD WAS WITH MR. SHARGEL THROUGH A

9    MAJORITY OF THESE TIME FRAMES.  SO AT THAT POINT, NO, I

10   DON'T REMEMBER HAVING A CONVERSATION DIRECTLY WITH

11   MR. THOMAS.

12   Q.      ON JUNE 23RD WE HAVE SOME RECORDS OF

13   CONVERSATIONS.  THESE ARE ACTUALLY MR. SHARGEL'S

14   CONVERSATIONS REGARDING AN APPEAL.  DID YOU KNOW ABOUT

15   AN APPEAL IN JUNE OF 2020?

16   A.      WE DID KNOW ABOUT AN APPEAL ALREADY FOR THE

17   JUDGMENT BECAUSE WE KNEW OF THE JUDGMENT ONCE WE KIND OF

18   WENT AND LOOKED AT THE DOCKET OURSELVES AND SAW THAT

19   THERE WAS A JUDGMENT ENTERED AGAINST US, SO THEN THIS IS

20   WHEN WE PROVIDED THOSE ADDITIONAL DOCUMENTS TO --

21   Q.      AGAIN, THE ADDITIONAL DOCUMENTS WERE IN JULY.

22   THIS IS IN JUNE.  DID YOU KNOW IN JUNE?

23   A.      WE KNEW THAT WE HAD A JUDGMENT AT THIS POINT.

24   THAT IS WHEN WE I BELIEVE SENT OVER A COPY OF A CREDIT

25   CARD TO PAY FOR THE COST OF THE APPEAL OF THE JUDGMENT.
```

1    Q.       WHAT WERE YOU TOLD THE APPEAL WAS FOR?

2    A.       IT WAS AN APPEAL FOR THE JUDGMENT.

3    Q.       ON JUNE 29TH THERE WAS A MOTION FOR CONTEMPT AND

4    A MOTION FOR SANCTIONS FILED BY MR. REO, AND A RESPONSE

5    WAS FILED ON JULY 15TH.  MR. SHARGEL HAD NO PHONE

6    RECORDS INDICATING ANY COMMUNICATION WITH MR. THOMAS

7    DURING THIS PERIOD OF TIME.  DID YOU HAVE ANY

8    CONVERSATION BETWEEN THE TIME A MOTION FOR CONTEMPT WAS

9    FILED ON JUNE 29TH AND THE RESPONSE ON JULY 15TH?

10   A.       NO, I DID NOT.

11   Q.       ON JULY 17TH THERE WAS A MOTION HEARING BEFORE

12   JUDGE WOLSON.  WERE YOU AWARE OF IT?

13   A.       I DON'T RECALL THE EXACT DATE, BUT I DID KNOW

14   THAT THERE WAS A HEARING AROUND THAT TIME.

15   Q.       ON JULY 20TH YOU RECEIVED AN E-MAIL FROM

16   MR. THOMAS ATTACHING THE POST-JUDGMENT INTERROGATORIES.

17   AND THAT DOCUMENT -- I'M GOING TO HAVE -- I'M GOING TO

18   HAVE THAT E-MAIL BROUGHT TO YOU.

19              MR. ARTOM-GINZBURG:  ONE SECOND, COURT'S

20   INDULGENCE, YOUR HONOR.

21   BY MR. ARTOM-GINZBURG:

22   Q.       THIS IS AN E-MAIL THAT IS DATED JULY THE 20TH,

23   AND ATTACHED WERE SOME QUESTIONS THAT YOU HAD TO ANSWER.

24              THE COURT:  MR. ARTOM-GINZBURG, I JUST

25   WANT TO STOP YOU.  I KNOW WE ARE REMOTE BUT I WANT TO

1    MAKE SURE WE ARE MAKING A CLEAR RECORD.  AND SO I THINK

2    ONE OF THE THINGS WE NEED TO DO IS, JUST SO THAT

3    EVERYONE CAN REFER BACK TO THINGS, LET'S START

4    DESIGNATING EXHIBITS.

5                    MR. ARTOM-GINZBURG:  YOUR HONOR,

6    THEREFORE, AS A SUMMARY, I WOULD LIKE TO DESIGNATE MY

7    SUMMARY OF COMMUNICATIONS AS EXHIBIT 1.

8                    THE COURT:  SO WE WILL MARK THAT AS

9    EXHIBIT 1, IS THE SUMMARY OF PHONE COMMUNICATIONS, AND I

10   HAVE THAT -- I BELIEVE -- I WANT TO CONFIRM, DO ALL

11   COUNSEL HAVE THAT?  I KNOW YOU E-MAILED IT AND COPIED

12   PEOPLE.

13                   DOES EVERYBODY HAVE THAT?

14                   YES?  OKAY.

15                   AND, YOU KNOW, I WILL TAKE CARE OF THE

16   ADMINISTRATION ON THIS END IN TERMS OF ENSURING THAT WE

17   GET THEM INTO THE FILE.  AND THEN --

18                   MR. ARTOM-GINZBURG:  EXHIBIT 2 WOULD BE

19   THE APRIL 23RD LETTER THAT ASKED FOR THE CERTIFICATION.

20                   THE COURT:  LET ME JUST -- JUST TO CLOSE

21   THE LOOP ON THIS, BEFORE WE GET TO THAT, ARE YOU MOVING

22   TO ADMIT THE SUMMARY, MR. GINZBURG?

23                   MR. ARTOM-GINZBURG:  I WOULD MOVE TO

24   ADMIT THE SUMMARY.  IT IS A TRUE AND ACCURATE SUMMARY OF

25   THE PHONE RECORDS, WHICH, AS I EXPLAINED IN MY E-MAIL,

1    ARE VOLUMINOUS.

2                   THE COURT:  OKAY.  DOES ANYONE HAVE AN

3    OBJECTION TO THE ADMISSION OF THE SUMMARY INTO EVIDENCE?

4                   ALL RIGHT.  I WILL TAKE THAT AS A NO.

5                   SO I WILL ADMIT EXHIBIT 1 INTO EVIDENCE.

6                   (EXHIBIT 1, SUMMARY OF COMMUNICATION,

7    ADMITTED, INTO EVIDENCE.)

8                   THE COURT:  AND THEN EXHIBIT 2 YOU SAID

9    IS THE E-MAIL THAT IS DATED APRIL 23RD.

10                   MR. ARTOM-GINZBURG:  LET ME GIVE YOU A

11   PAGE NUMBER, YOUR HONOR.  IT IS --

12                   THE COURT:  LET ME SEE IF I HAVE THAT.

13                   MR. ARTOM-GINZBURG:  PAGE NUMBER -- IT IS

14   PAGE NUMBER 19 OF THE PDF, YOUR HONOR.

15                   THE COURT:  WHICH PDF IS IT?

16                   MR. ARTOM-GINZBURG:  E-MAIL AND SMS

17   EXHIBITS.

18                   THE COURT:  IT'S PAGE 19, YOU SAID?

19                   THE WITNESS:  YES.

20                   THE COURT:  IS IT -- SO IS IT JUST THAT

21   E-MAIL?  JUST THAT PAGE, RIGHT?

22                   MR. ARTOM-GINZBURG:  JUST THAT PAGE, YOUR

23   HONOR.

24                   THE COURT:  THERE'S AN ASSEMBLY OF THINGS

25   HERE, BUT THEY'RE DIFFERENT E-MAILS.  SO IT'S JUST THAT

1    PAGE RIGHT NOW, RIGHT?

2                    MR. ARTOM-GINZBURG:  YES, YOUR HONOR.

3                    THE COURT:  SO EXHIBIT 2 IS PAGE 19 OF

4    THE E-MAIL AND SMS PDF YOU SENT ME.

5                    GO AHEAD.  YOU NEED TO LAY A FOUNDATION

6    FOR THAT.  AND THEN WE CAN TALK ABOUT GETTING IT INTO

7    EVIDENCE.  BUT I JUST WANT TO MAKE SURE WE ARE ALL

8    LOOKING AT THE SAME THING.

9                    GO AHEAD.

10                   MR. ATOM-GINZBURG:  YOUR HONOR, I HAD

11   QUESTIONED HIM PREVIOUSLY ABOUT THE CERTIFICATION, AND

12   THIS WAS THE E-MAIL ENCLOSING THE CERTIFICATION.

13                   THE COURT:  RIGHT.

14                   MR. ARTOM-GINZBURG:  THE CERTIFICATION

15   THAT YOU HAD ASKED FOR AS PART OF THE JACOVETTI CASE.

16                   THE COURT:  I UNDERSTAND THAT, BUT I

17   THINK -- I DON'T KNOW, MAYBE YOU THINK YOU LAID A

18   FOUNDATION FOR THE ADMISSION.

19                   MR. ARTOM-GINZBURG:  YOUR HONOR, I HAVE

20   QUESTIONED HIM ABOUT IT.

21                   THE COURT:  OKAY.  SO YOU ARE MOVING FOR

22   ITS ADMISSION?

23                   MR. ARTOM-GINZBURG:  I WOULD MOVE IT -- I

24   WOULD MOVE IT IN.

25                   THE COURT:  ANYONE HAVE ANY OBJECTION TO

1    IT?

2                   NO.  I WILL TAKE SILENCE AS A NO.

3                   EXHIBIT 2, WHICH IS PAGE 19 OF THAT

4    EXHIBIT, WILL COME IN, AND I WILL -- OR PAGE 19 OF THAT

5    FILE, AND AGAIN, WE WILL HANDLE THE ADMINISTRATION AND

6    PULL THAT PAGE OUT AND MARK IT AS EXHIBIT 2 FOR THE

7    COURT'S RECORDS.

8                   (EXHIBIT 2, PAGE 19 OF THE EMAIL AND SMS

9    EXHIBITS PDF ADMITTED INTO EVIDENCE.)

10                  THE COURT:  GO AHEAD, MR. ARTOM-GINZBURG.

11   BY MR. ARTOM-GINZBURG:

12   Q.    NOW, WE TAKE WHERE WE WERE WHEN YOUR HONOR

13   STOPPED, WHICH WAS THE E-MAIL OF JULY 20TH ENCLOSING THE

14   POST-JUDGMENT DISCOVERY, WHICH IS DATED JULY 20TH AND IS

15   ON PAGE 12 OF THAT PDF FILE.

16                  THE COURT:  OKAY.  AND AGAIN, IT'S JUST

17   THAT ONE PAGE, RIGHT?

18                  MR. ARTOM-GINZBURG:  JUST THAT ONE PAGE.

19                  THE COURT:  SO THAT WILL BE EXHIBIT 3.

20                  MR. ARTOM-GINZBURG:  ALL RIGHT.  NOW, I

21   BELIEVE I CAN DIRECT MY QUESTIONS BACK TO THE WITNESS.

22   BY MR. ARTOM-GINZBURG:

23   Q.    THE DOCUMENT IN FRONT OF YOU IS DATED JULY THE

24   20TH AND IS OPINIONS -- POST-JUDGMENT INTERROGATORIES.

25   YOU REFERRED TO IT BEFORE.  WAS JULY 20TH THE FIRST TIME

1    YOU SAW THESE POST-JUDGMENT INTERROGATORIES?

2    A.       YES, THEY WERE.

3    Q.       ON JULY 21ST, THE COURT ENTERED AN ORDER

4    REGARDING CONTEMPT AND SANCTIONS ON MR. THOMAS.  AND I

5    SEE THAT MR. SHARGEL AT LEAST HAD A VERY LONG

6    CONVERSATION ON JULY 22ND ABOUT THIS, A 13-MINUTE

7    CONVERSATION.  DID YOU -- WERE YOU PRESENT FOR THAT

8    CONVERSATION?

9    A.       I DON'T RECALL IF I WAS PRESENT FOR THAT

10   SPECIFIC CONVERSATION.  I WAS PRESENT FOR A BRIEF

11   CONVERSATION AROUND THAT TIME, AROUND THE TIME WHEN WE

12   RECEIVED POST-JUDGMENT DISCOVERY REQUESTS.

13   Q.       NOW, WAS THIS THE POINT WHERE YOU LEARNED ABOUT

14   THE JUDGMENT?

15   A.       CORRECT.  SO ONCE WE RECEIVED THIS PAPERWORK --

16   IT WAS EXPLAINED TO US THAT ONCE WE PROVIDE ALL THESE

17   THINGS FROM ACCOUNT NUMBERS TO OWNERSHIP INFORMATION, TO

18   TAX RETURNS, TO VARIOUS DIFFERENT FINANCIAL INSTRUMENTS,

19   THAT THIS WOULD ALLOW US TO STAY ANY TYPE OF COLLECTION

20   ACTIVITY AS THERE IS A CASE FOR US TO APPEAL THE

21   JUDGMENT, AND IN DOING SO, WE PROVIDED EVERYTHING, YOU

22   KNOW, ACCOUNT NUMBERS, THINKS LIKE THAT.  DID NOT REDACT

23   ANYTHING.  THIS KIND OF RESULTED IN TWO OF OUR ACCOUNTS

24   BEING LOCKED UP.

25   Q.       WHEN DID THE ACCOUNTS START BEING LOCKED UP?

1    A.        SHORTLY AFTER WE PROVIDED THE PAPERWORK

2    REQUESTED ON THIS DAY.

3    Q.        AT THE END OF JULY?

4    A.        YES.

5    Q.        ON JULY 27TH, THERE WAS A PETITION FOR

6    ATTORNEYS' FEES FILED BY MR. REO AND ANOTHER MOTION FOR

7    SANCTIONS, FAILURE TO ANSWER DISCOVERY.  I SEE A NUMBER

8    OF CONVERSATIONS WITH MR. SHARGEL GOING INTO THE FIRST

9    WEEK OF AUGUST.  WERE YOU PRESENT FOR ANY OF THOSE

10   CONVERSATIONS?

11   A.        I DID REMEMBER SPEAKING TO MR. SHARGEL AROUND

12   THAT TIME IN REGARDS TO WHAT WAS GOING ON, BUT I DON'T

13   BELIEVE I SPOKE DIRECTLY WITH MR. THOMAS AT THAT TIME.

14   Q.        ON SEPTEMBER 1ST THE COURT ISSUED AN ORDER

15   GRANTING ATTORNEYS' FEES FOR HAVING TO PURSUE THIS

16   MATTER.  WERE YOU AWARE OF THAT ORDER?

17   A.        I DON'T RECALL IF I WAS AWARE OF THAT ORDER

18   SPECIFICALLY ON THAT DATE.  I KNOW A LOT OF WHAT KIND OF

19   THE UPDATES THAT WE WERE GETTING, WE WERE FINDING

20   OURSELVES BY GOING ON VARIOUS ONLINE DOCKET WEBSITES AND

21   KIND OF READING WHAT WAS GOING ON IN THE CASE AND HAVING

22   TO FOLLOW UP WITH JOSH, WITH MR. THOMAS, EXCUSE ME, TO

23   SEE IF THERE WERE ANY UPDATES.

24   Q.        ON SEPTEMBER 4TH, A THIRD MOTION FOR SANCTIONS

25   WAS FILED.  I DON'T SEE ANY COMMUNICATION UNTIL

1    SEPTEMBER THE 9TH.  DO YOU THINK YOU SPOKE TO MR. -- DO

2    YOU THINK YOU SPOKE TO MR. THOMAS THE FIRST WEEK OF

3    SEPTEMBER, SECOND WEEK OF SEPTEMBER?

4    A.     I DON'T BELIEVE SO.

5    Q.     ON SEPTEMBER 10TH A MOTION WAS FILED TO CONTINUE

6    A SANCTIONS HEARING.  WERE YOU CONSULTED AS TO WHETHER

7    THE SANCTIONS HEARING WAS CONVENIENT FOR YOU OR WHETHER

8    YOU WERE ABLE TO ATTEND IT?

9    A.     SPECIFICALLY WITH ME, NO.

10   Q.     ON SEPTEMBER THE 22ND AN ORDER WAS ISSUED

11   SETTING A DEADLINE OVER THE WEEKEND FOR PRODUCING

12   DOCUMENTS.  I THINK THIS IS WHERE I CAME INTO THE

13   PICTURE.  DID YOU SPEAK TO MR. THOMAS REGARDING THAT

14   ORDER?

15   A.     I DON'T RECALL IF I SPOKE TO MR. THOMAS, BUT I

16   DID SPEAK TO MR. SHARGEL, AND I'M ASSUMING IT WAS

17   FOLLOWING A CONVERSATION THAT YOU HAD WITH MR. SHARGEL

18   AT THAT TIME WHEN WE RETAINED YOU AND YOUR LAW OFFICE TO

19   STEP INTO THE CASE.

20   Q.     ON SEPTEMBER 25TH THE MOTION FOR CONTEMPT WAS

21   FILED FOR FAILURE TO RESPOND.  DID YOU TALK TO

22   MR. THOMAS DURING THE LAST WEEK OF SEPTEMBER?

23   A.     I DON'T THINK SO.

24   Q.     NOW, A HEARING WAS RESCHEDULED FOR A SANCTIONS

25   HEARING FOR OCTOBER THE 2ND.  DO YOU REMEMBER THIS

1     HEARING?

2     A.      I DO REMEMBER THERE BEING A HEARING AROUND THAT

3     TIME.  I DON'T REMEMBER EXACTLY WHAT IT WAS FOR, BUT I

4     DO REMEMBER BEING TOLD THAT THERE WAS A HEARING AT THAT

5     TIME.

6     Q.      DID YOU ASK MR. THOMAS TO ATTEND THAT HEARING?

7     A.      I DON'T BELIEVE I DID.

8     Q.      GIVE ME JUST ONE SECOND.

9     A.      ARE WE TALKING ABOUT THE OCTOBER 2ND HEARING?

10    Q.      YES.

11    A.      THAT WAS IN RE --

12    Q.      YOU BROKE UP FOR A SECOND THERE.

13    A.      IN REGARDS TO A HEARING PERTAINING TO SANCTIONS,

14    I DO BELIEVE THAT THAT WAS ONE OF THE LAST THINGS THAT

15    WE SPOKE ABOUT WHERE WE WANTED MR. THOMAS TO ATTEND.

16    Q.      DID YOU GET AN INVITATION TO THAT HEARING FROM

17    MR. THOMAS?

18    A.      NO, I DID NOT.

19    Q.      DURING ALL THOSE MONTHS FROM DECEMBER UNTIL --

20    JANUARY WAS WHEN THE SUMMARY JUDGMENT WAS GRANTED.  YOUR

21    TESTIMONY WAS THAT IT WAS -- THAT IT WAS JULY WHEN YOU

22    RECEIVED THE POST-JUDGMENT INTERROGATORIES, THAT YOU

23    BECAME AWARE OF THE JUDGMENT.  DURING THOSE SIX MONTHS

24    DID YOU HAVE ANY CONVERSATIONS WITH MR. THOMAS?

25    A.      WE DID, YOU KNOW, SEVERAL TIMES FOR -- WE ASKED

1    FOR UPDATES WITH THE CASE, JUST TO KIND OF UNDERSTAND

2    WHAT'S GOING ON, IF ANY ADDITIONAL INFORMATION WAS

3    NEEDED FROM US, YOU KNOW, ANY E-MAILS, RECORDS, ANYTHING

4    OF THAT NATURE.  THE COMMON THEME OF THE ANSWERS WE WERE

5    RECEIVING FROM MR. THOMAS WERE THAT, YOU KNOW,

6    EVERYTHING SEEMS TO BE OKAY AT THIS TIME.  THERE ARE

7    SOME THINGS THAT I NEED TO DO.  YOU DON'T NEED TO

8    PROVIDE ME ANYTHING AT THIS TIME, BUT THERE WAS NO KIND

9    OF POINT MADE THAT THERE HAS BEEN A JUDGMENT SINCE

10   DECEMBER.

11                   MR. ARTOM-GINZBURG:  I HAVE NOTHING

12   FURTHER FOR THIS WITNESS, YOUR HONOR.

13                   THE COURT:  ALL RIGHT.

14                   MR. REO, YOU ARE A JOINT MOVANT HERE.  DO

15   YOU HAVE ANYTHING FOR MR. YASHAYEV?

16                   MR. REO:  I DO HAVE SEVERAL QUESTIONS,

17   YOUR HONOR, BUT CAN WE HAVE A FIVE MINUTE RECESS SO I

18   COULD USE THE BATHROOM, PLEASE?

19                   THE COURT:  SURE.

20                   MR. REO:  THANK YOU.

21                   (BREAK TAKEN.)

22                   THE COURT:  AS SOON AS WE GET SILVESTRO

23   BACK, WE WILL RESUME.

24                   WE HAVE EVERYBODY.  LET'S GO BACK ON THE

25   RECORD.

```
1              MR. REO, YOUR EXAMINATION.

2              CROSS EXAMINATION

3    BY MR. REO:

4    Q.     MR. YASHAYEV, MY QUESTION FOR YOU, ON MARCH 27

5    OF 2020, THE COURT ENTERED AN ORDER IN THE CASE

6    JACOVETTI LAW V SHELTON SANCTIONING JOSHUA THOMAS AND

7    REQUIRING THAT HE FURNISH CERTAIN TRANSCRIPTS UPON YOU,

8    MR. SHARGEL AND THE COMPANY AND JACOVETTI LAW AND

9    MR. ROBERT JACOVETTI.  THAT WAS ECF NUMBER 29.  ON MAY 4

10   OF 2020 HE FILED A RESPONSE TO THE COURT'S ORDER TO SHOW

11   CAUSE WHEREIN HE STATED THAT HE SERVED THE TRANSCRIPTS

12   ON ALL OF HIS CLIENTS, AND HE HAD A SIGNATURE PAGE TOO.

13   DID HE SERVE A 76-PAGE DOCUMENT, THE TRANSCRIPTS OF A

14   SANCTIONS HEARING ON YOU AND INFORM YOU THAT HE HAD BEEN

15   SANCTIONED IN THE CASE?

16   A.     AROUND WHAT TIME FRAME?

17   Q.     IT WOULD HAVE BEEN EITHER IN MARCH, APRIL OR

18   SOMETIME AFTER THE 27TH OF MARCH AND BEFORE THE 4TH OF

19   MAY.

20   A.     I DON'T RECALL RECEIVING ANYTHING THAT WAS

21   76 PAGES LONG.

22   Q.     BECAUSE THE COMMUNICATION, SUMMARY OF

23   COMMUNICATIONS SUBMITTED BY MR. ARTOM-GINZBURG REVEALS

24   NO COMMUNICATIONS DURING THE RELEVANT TIME PERIOD.

25   THERE WAS A TWO-MINUTE CALL ON THE 10TH OF MARCH BEFORE
```

1      THE SANCTIONS ORDER, AND THEN THERE WAS -- THE NEXT

2      PHONE CALL WAS JUNE 23RD.  SO YOU ARE SAYING YOU DO NOT

3      REMEMBER A 76-PAGE DOCUMENT OF TRANSCRIPTS BEING

4      FURNISHED TO YOU?

5      A.      NO.

6      Q.      DO YOU KNOW IF MR. SHARGEL RECEIVED A 76-PAGE

7      DOCUMENT OF TRANSCRIPTS?

8      A.      I DON'T BELIEVE THAT HE DID, BUT I THINK THAT IS

9      A BETTER QUESTION FOR HIM.

10     Q.      CERTAINLY.

11             DID MR. THOMAS INFORM YOU EITHER BY

12     E-MAIL, TEXT OR PHONE CALL DURING THE RELEVANT TIME

13     PERIOD, 27TH OF MARCH TO THE 4TH OF MAY, THAT HE HAD

14     BEEN SANCTIONED?

15     A.      NO.

16     Q.      DID YOU SPECIFICALLY AUTHORIZE JACOVETTI LAW V

17     SHELTON -- THE CASE WHERE MR. THOMAS LISTED YOU,

18     MR. SHARGEL AND FCS CAPITAL AS PLAINTIFFS, DID YOU

19     AUTHORIZE HIM TO FILE THAT LAWSUIT?

20     A.      I DID NOT.

21     Q.      WHEN DID YOU FIRST LEARN OF THE JUDGMENT IN

22     SHELTON V FCS?

23     A.      IT WAS AROUND JUNE, JULY, AROUND THAT TIME

24     PERIOD.

25     Q.      SO DID JOSHUA THOMAS EXPLICITLY TELL YOU THAT

1   NOT ONLY A JUDGEMENT HAD BEEN ENTERED AGAINST YOU, BUT

2   THAT IT WAS IN THE AMOUNT OF $54,000?

3   A.      ONLY AT THE POINT WHERE WE FOUND OUT ABOUT THE

4   JUDGMENT DID WE KNOW WHAT THE AMOUNT WAS FOR, AND THERE

5   WAS NO EXPLANATION AS TO WHY THE AMOUNT WAS WHAT THE

6   AMOUNT WAS.

7   Q.      SO HE DID NOT EXPLAIN THE CIRCUMSTANCES

8   SURROUNDING THE JUDGMENT, IS THAT FAIR?

9   A.      YES.

10  Q.      WHEN HE PROVIDED THE COURT IN JACOVETTI LAW V

11  SHELTON ON THE 4TH OF MAY A SIGNATURE PAGE STATING THAT

12  HE HAD DISCUSSED THE MATTER OF THE CASE WITH HIS CLIENTS

13  AND THAT THEY WANTED HIM TO CONTINUE, WHEN HE OBTAINED

14  YOUR SIGNATURE -- AS YOU'VE SAID, YOU NEVER SAW THE

15  TRANSCRIPTS -- DID HE TELL YOU THAT THERE WAS A CASE,

16  JACOVETTI LAW V SHELTON, THAT EXISTED, OR DID HE LEAD

17  YOU TO BELIEVE YOU WERE SIGNING SOMETHING FOR SHELTON V

18  FCS?

19  A.      SO WE WERE AWARE THAT THERE WAS A CASE BY MR.

20  JACOVETTI AGAINST MR. SHELTON, BUT THAT IS KIND OF THE

21  END OF WHAT WE KNEW ABOUT IT.  WE WERE AWARE THAT THAT

22  WAS SOMETHING THAT HE WAS PLANNING ON DOING, BUT WE WERE

23  NOT INVOLVED IN IT.  WE WERE NOT SUPPOSED TO BE INVOLVED

24  WITH IT.  THAT WAS SOMETHING SEPARATE FROM THE CASE THAT

25  WE HAD.  SO FROM THAT POINT, KIND OF ALL THE

1    COMMUNICATION THAT WE HAD WITH MR. THOMAS, IT WAS

2    PERTAINING TO OUR CASE, SPECIFICALLY SHELTON VERSUS FCS.

3    Q.      SO IT'S FAIR TO SAY THAT MR. THOMAS DID NOT

4    ADVISE YOU THE SIGNATURE THAT HE WAS OBTAINING FROM YOU

5    WOULD BE USED IN JACOVETTI'S CASE.

6    A.      IT'S FAIR TO SAY THAT, YES.

7    Q.      SO FROM YOUR PERSPECTIVE FROM WHAT MR. THOMAS

8    LED YOU TO BELIEVE, YOU WERE SIGNING OFF ON A PAPER FOR

9    SHELTON V FCS, THE CASE WHERE YOU WERE A DEFENDANT.

10   A.      THAT'S CORRECT, AS WITH ALL THE PAPERWORK THAT

11   WE HAVE HAD, WE BELIEVED IT WAS PERTAINING TO OUR CASE.

12                   MR. REO:  NOTHING FURTHER AT THIS TIME.

13                   THE COURT:  OKAY.  I HAVE A COUPLE OF

14   QUESTIONS THAT I WANT TO PUT OUT THERE, MR. THOMAS,

15   BEFORE I LET YOU EXAMINE HIM, JUST SO YOU HAVE THE

16   BENEFIT OF THOSE.

17   BY THE COURT:

18   Q.      SO MR. YASHAYEV, AS I LISTEN TO YOUR TESTIMONY,

19   IT IS MY IMPRESSION THAT MR. SHARGEL SORT OF TOOK THE

20   LEAD IN THE COMMUNICATIONS WITH MR. THOMAS WITH RESPECT

21   TO DEFENDING THE CASE THAT MR. SHELTON HAD FILED AGAINST

22   YOU, IS THAT RIGHT?

23   A.      THAT'S CORRECT, YOUR HONOR.

24   Q.      SO -- AND MR. REO JUST ASKED YOU ABOUT GETTING A

25   COPY OF A TRANSCRIPT OF A PROCEEDING THAT I CONDUCTED IN

1    MARCH, AND YOU SAY YOU DID NOT GET THAT.  DID YOU EVER

2    GET A COPY OF MY WRITTEN DECISION IN WHICH I CONCLUDED

3    THAT SANCTIONS WERE APPROPRIATE TO IMPOSE ON MR. THOMAS?

4    A.      I DID NOT, YOUR HONOR.

5    Q.      AND WHEN YOU SIGNED THE CERTIFICATION ABOUT

6    CONTINUING WITH MR. THOMAS IN THE CASE, DID YOU DISCUSS

7    WITH MR. THOMAS WHAT PROMPTED HIM TO -- OR WHY HE HAD TO

8    GET THAT CERTIFICATION?

9    A.      SO WHEN WE RECEIVED THAT CERTIFICATION, OUR

10   QUESTION WAS WHY DO WE NEED TO SIGN THIS?  AND

11   MR. THOMAS ANSWERED BRIEFLY SAYING THAT I DIDN'T DO

12   ANYTHING WRONG, THAT I'M A GOOD GUY.  YOU WANT ME TO

13   STAY ON THE CASE.  SOMETHING ALONG THOSE LINES.

14   Q.      DID HE GET INTO ANY DETAIL ABOUT ANY ORDERS I

15   HAD ISSUED REQUIRING THE SUBMISSION OF THAT

16   CERTIFICATION?

17   A.      NO, YOUR HONOR.

18   Q.      DID YOU ASK AT ALL WHY -- YOU LOOKED AT THE

19   DOCUMENT, IT HAS THREE SIGNATURE LINES AT THE BOTTOM,

20   RIGHT?  THERE'S ONE FOR MR. JACOVETTI, ONE FOR

21   MR. SHARGEL, AND YOU.

22           DID YOU ASK WHY ALL THREE OF YOU WERE

23   SIGNING THAT?

24   A.      I DIDN'T, YOUR HONOR.  MAYBE I THOUGHT THAT

25   SINCE INITIALLY MR. SHELTON DID FILE SUIT AGAINST

1    MR. JACOVETTI, I FIGURED MAYBE THAT IS WHY MR.

2    JACOVETTI'S SIGNATURE WAS THERE AS WELL.

3    Q.      OKAY.  I WANT TO SHIFT GEARS REAL QUICKLY.  WE

4    TALKED A LITTLE BIT -- I THINK MR. ARTOM-GINZBURG ASKED

5    YOU ABOUT THE APPEAL THAT WAS FILED.  I UNDERSTAND YOU

6    KNEW THAT THERE WAS AN APPEAL THAT WAS GOING TO BE

7    FILED.  AT THE TIME OF THE APPEAL, DID YOU KNOW THAT I

8    HAD ORDERED YOU TO PRODUCE DOCUMENTS TO MR. SHELTON IN

9    CONNECTION WITH THE JUDGMENT THAT HAD BEEN ENTERED?

10   A.      NOT AT THE TIME OF THE APPEAL, YOUR HONOR.

11   Q.      SO DID YOU KNOW THAT THE APPEAL WAS GOING TO

12   COVER ISSUES RELATING TO THE ORDER THAT YOU PRODUCE

13   DOCUMENTS?

14   A.      WE DID NOT, YOUR HONOR.

15   Q.      THE COMPLAINT THAT WAS FILED IN THE JACOVETTI

16   LAW MATTER, I THINK YOU SAID THAT YOU NEVER AUTHORIZED

17   MR. THOMAS TO FILE THAT WITH YOUR -- AT LEAST WITH YOU

18   AS A PLAINTIFF.  IS THAT WHAT YOU SAID?

19   A.      THAT'S CORRECT, YOUR HONOR.

20   Q.      DID YOU KNOW THAT MR. THOMAS WAS PLANNING TO

21   FILE A COMPLAINT ON BEHALF OF MR. JACOVETTI BEFORE IT

22   GOT FILED?

23   A.      WE'VE SPOKEN TO MR. JACOVETTI ABOUT SOMETHING

24   LIKE THAT.  HE SAID THAT HE WAS LOOKING TO MOVE FORWARD

25   AND FILE A COMPLAINT WITH MR. THOMAS AGAINST

1   MR. SHELTON, BUT IT WAS NOT ANYTHING AS FAR AS US

2   ACTUALLY BEING INVOLVED IN THAT CASE THAT WAS DISCUSSED.

3   Q.      SO YOU NEVER SAW A DRAFT OF A COMPLAINT THAT WAS

4   GOING TO BE FILED OR ANYTHING LIKE THAT?

5   A.      NO.

6   Q.      DID YOU EVER -- AFTER THE COMPLAINT WAS FILED,

7   DID YOU EVER DISCUSS IT WITH MR. THOMAS THAT IT HAD BEEN

8   FILED?

9   A.      I PERSONALLY DID NOT DISCUSS IT WITH MR. THOMAS.

10  THE BRIEF CONVERSATIONS I HAD WITH MR. JACOVETTI ABOUT

11  IT WAS SIMPLY, YOU KNOW, WAS IT FILED.  I BELIEVE HE

12  EVEN SENT US AN ARTICLE WITH -- WRITTEN ABOUT THAT

13  COMPLAINT WHERE IT INCLUDED US AS PLAINTIFFS, AND THAT

14  IS WHEN THE QUESTION AROSE AS TO WHY WE WERE INCLUDED AS

15  PLAINTIFFS ON THAT COMPLAINT.

16  Q.      WHEN YOU SAY THE QUESTION AROSE, WHO RAISED THE

17  QUESTION?

18  A.      WE DID.  WE'VE ASKED MR. THOMAS WHY WERE WE

19  INCLUDED IN THAT COMPLAINT AS WELL AS ASKING MR.

20  JACOVETTI, BECAUSE WE WERE NOT SUPPOSED TO BE PART OF

21  THAT COMPLAINT.

22  Q.      DO YOU REMEMBER WHEN THAT HAPPENED?

23  A.      I DON'T REMEMBER EXACTLY WHEN.  I DO REMEMBER IT

24  WAS EITHER, YOU KNOW, EARLIER THIS YEAR OR BRIEFLY AFTER

25  IT WAS FILED, MAYBE A FEW MONTHS AFTER IT WAS FILED.

1     Q.      OKAY.

2                   AND WHAT EXPLANATION DID YOU GET FROM --

3     LET ME START WITH MR. THOMAS, ABOUT WHY YOU HAD BEEN

4     NAMED AS A PLAINTIFF IN THE CASE?

5     A.      THERE WAS REALLY NO CLEAR EXPLANATION, YOUR

6     HONOR.  IT WAS -- BASICALLY IT WAS DONE, AND HE WAS

7     GOING TO GET US OUT OF THERE.

8     Q.      DID YOU HAVE ANY DISCUSSION WITH MR. JACOVETTI

9     ABOUT WHY YOU HAD BEEN NAMED?

10    A.      AGAIN, WE'VE ASKED HIM, WHAT WAS THE REASONING?

11    WE REALLY DIDN'T GET AN ANSWER.  WE WERE NOT SUPPOSED TO

12    BE INCLUDED IN IT, AND HE TOLD US THAT WE WOULD BE

13    REMOVED FROM THAT COMPLAINT.

14    Q.      DID YOU TALK ABOUT WHAT WAS GOING TO HAPPEN TO

15    REMOVE YOU?

16    A.      BASICALLY, HE EXPLAINED TO US THAT WE WOULD JUST

17    BE REMOVED FROM IT, AND THERE WOULD BE JUST MR.

18    JACOVETTI VERSUS MR. SHELTON.  I DON'T REMEMBER EXACTLY

19    WHAT THE PROCEDURE FOR THAT WOULD HAVE BEEN.

20    Q.      DID YOU DO ANYTHING TO FOLLOW UP TO ENSURE THAT

21    YOU HAD BEEN REMOVED?

22    A.      I DO REMEMBER SPEAKING WITH MR. JACOVETTI, NOT

23    WITH MR. THOMAS, AND WITH MR. SHARGEL.  I DON'T REMEMBER

24    EXACTLY WHEN THAT WAS.  THE ANSWER -- PROBABLY THE

25    ANSWER THAT I RECEIVED WAS THAT IT'S BEING TAKEN CARE

1       OF, YOU ARE GOING TO BE REMOVED.

2                       MR. ARTOM-GINZBURG:  OKAY.  THAT IS ALL I

3       HAVE.

4                       THE COURT:  ONE HOUSEKEEPING ISSUE JUST

5       BEFORE I TURN THINGS OVER TO MR. THOMAS.

6                       MR. ARTOM-GINZBURG, I DON'T THINK WE

7       CLOSED THE LOOP AND HAD YOU MOVE IN YOUR THIRD EXHIBIT,

8       WHICH WAS THE JULY 20TH E-MAIL.  WAS THAT SOMETHING YOU

9       WANTED TO MOVE INTO EVIDENCE?

10                      SORRY.  YOU ARE ON MUTE.

11                      MR. ARTOM-GINZBURG:  YOUR HONOR, YES, I

12      WOULD LIKE TO MOVE THAT INTO EVIDENCE.

13                      THE COURT:  DID ANYONE HAVE ANY

14      OBJECTIONS TO THAT COMING INTO EVIDENCE?

15                      I WILL TAKE SILENCE AS NO.  SO WE WILL

16      ADMIT THAT.

17                      (EXHIBIT NUMBER 3, PAGE 12 OF THE EMAIL

18      AND SMS EXHIBITS PDF, ADMITTED INTO EVIDENCE.)

19                      THE COURT:  SO I HAVE EXHIBITS 1, 2 AND 3

20      AS ADMITTED.

21                      MR. THOMAS, YOU CAN INQUIRE AS TO

22      MR. YASHAYEV.

23                      MR. THOMAS:  THANK YOU, YOUR HONOR.

24                      CROSS EXAMINATION

25      BY MR. THOMAS:

1    Q.      MR. YASHAYEV, IS IT -- HOW ARE YOU?

2    A.      GOOD.  HOW ARE YOU?

3    Q.      IS IT FAIR TO SAY THAT THE VAST MAJORITY OF

4    E-MAILS IN THIS CASE USUALLY CAME FROM MR. SHARGEL?

5    A.      ARE YOU ASKING IF THEY CAME TO ME FROM

6    MR. SHARGEL?

7    Q.      I'M ASKING THAT THE COMMUNICATION VIA E-MAIL,

8    USUALLY WHEN IT WAS SENT TO ME, DID IT USUALLY COME FROM

9    YOU OR MR. SHARGEL?

10   A.      MOST OF THE TIME IT WOULD BE MR. SHARGEL.

11   Q.      BEFORE MR. SHARGEL SENT E-MAIL COMMUNICATIONS TO

12   ME, DID YOU REVIEW THOSE COMMUNICATIONS?

13   A.      THERE HAS BEEN TIMES WHEN I HAVE, AND THERE'S

14   BEEN TIMES WHEN I HAVE NOT.  IF IT WAS SOMETHING WHERE

15   THERE WERE QUESTIONS FOR ME FROM MR. SHARGEL, WE

16   REVIEWED IT.  IF IT WAS A PIECE OF PAPER THAT

17   MR. SHARGEL COULD DOWNLOAD AND SEND OVER, THEN WE WOULD

18   NOT REVIEW THOSE QUESTIONS.

19   Q.      I'M GOING TO REFER TO PAGE 11 OF THE COMBINED

20   DISCOVERY THAT I SENT OVER.

21            THE COURT:  MR. THOMAS, WHEN YOU SAY "THE

22   COMBINED DISCOVERY" THAT YOU SENT OVER, ARE YOU

23   REFERRING TO AN EXHIBIT?

24            MR. THOMAS:  I SENT OVER AS PART OF YOUR

25   HONOR'S REQUEST --

1                    (SNEEZE) BLESS YOU.

2                    IT WAS A COMBINED 348-PAGE DOCUMENT THAT

3       INCLUDED ALL THE E-MAILS AND ATTACHMENTS.  I'M REFERRING

4       TO THAT ATTACHMENT, THAT PDF.

5                    THE COURT:  OKAY.  AND SO WHAT PAGE ARE

6       WE ON?

7                    MR. THOMAS:  PAGE 11 OF THE PDF.

8                    THE WITNESS:  YOUR HONOR, WOULD I BE ABLE

9       TO GET A COPY OF THAT?  I BELIEVE MR. GINZBURG HAS IT IN

10      FRONT OF HIM, IF I COULD JUST WALK OVER THERE.

11                   THE COURT:  I DON'T HAVE A PROBLEM IF YOU

12      WANT TO WALK OVER THERE.  YOU NEED TO MAKE SURE YOU ARE

13      ON CAMERA SO I CAN SEE YOUR TESTIMONY.

14                   MR. THOMAS:  I CAN FORWARD HIM A COPY IF

15      THAT WOULD BE EASIER, YOUR HONOR.

16                   THE COURT:  WHATEVER IS EASIEST AND

17      FASTEST FOR MR. YASHAYEV.

18                   MR. THOMAS:  MR. YASHAYEV, DO YOU JUST

19      WANT TO GO OVER THERE OR DO YOU WANT THE E-MAIL --

20                   THE WITNESS:  I'M GOING TO GO OVER THERE,

21      BUT I WILL KEEP THE CAMERA.

22                   THE COURT:  MR. THOMAS, WHILE HE MOVES, I

23      JUST WANT TO MAKE SURE WE ARE LOOKING AT THE SAME THING.

24      PAGE 11 OF THE PDF YOU SENT ME IS AN E-MAIL DATED

25      DECEMBER 12TH, 2018.  IS THAT WHAT WE ARE LOOKING AT?

1               MR. THOMAS:  YES, YOUR HONOR.

2               THE COURT:  OKAY.

3               MR. YASHAYEV, ARE YOU THERE?  DO YOU HAVE

4     WHAT YOU NEED?

5               YOU ARE ON MUTE, MR. YASHAYEV.

6               THE WITNESS:  YEAH, I HAVE EVERYTHING.

7               THE COURT:  GO AHEAD, MR. THOMAS.

8               MR. THOMAS:  THANK YOU, YOUR HONOR.

9     BY MR. THOMAS:

10    Q.     SO ARE YOU LOOKING AT PAGE 11, MR. YASHAYEV?

11    A.     YES.

12    Q.     DO YOU SEE WHAT THAT E-MAIL IS?

13    A.     YES.

14    Q.     DO YOU SEE HOW IT BREAKS DOWN A LOT OF

15    INFORMATION REGARDING THIS SPECIFIC CASE?

16    A.     I DO.

17    Q.     WERE YOU FAMILIAR OR DID YOU KNOW THAT THIS

18    SPECIFIC E-MAIL WAS SENT OUT BY MR. SHARGEL?

19    A.     I'M SHOWING THAT THIS E-MAIL IS DATED

20    DECEMBER 12TH, 2018, SO I DON'T REMEMBER EXACTLY WHAT WE

21    SPOKE ABOUT, BUT I'M SURE IF IT'S AN E-MAIL WITH A LOT

22    OF INFORMATION THAT IT WAS DISCUSSED BETWEEN THE BOTH OF

23    US.

24    Q.     DID MR. SHARGEL TELL YOU THAT HE WAS SENDING

25    THIS E-MAIL OUT TO ME?

1      A.      YES.

2      Q.      SO YOU ARE FAMILIAR WITH THE FACT EVEN THOUGH

3      YOU WERE NOT ACTUALLY ATTACHED TO THIS E-MAIL THAT YOU

4      -- THAT THIS INFORMATION WAS SENT TO ME, IS THAT

5      CORRECT?

6      A.      THAT'S CORRECT.

7      Q.      AND IS IT FAIR TO SAY THAT THIS E-MAIL IS NOT

8      INCLUDED IN THE SUMMARY OF COMMUNICATIONS THAT WAS

9      COMPILED BY MR. ARTOM-GINZBURG?

10     A.      I'M NOT SURE.  I'D HAVE TO GO THROUGH BOTH

11     DOCUMENTS AND SEE IF IT IS THERE.

12     Q.      DID YOU HELP COMPILE THAT LIST OF COMMUNICATIONS

13     WITH MR. ARTOM-GINZBURG?

14     A.      I DID NOT HELP MR. ARTOM-GINZBURG DIRECTLY, BUT

15     I DID SPEAK WITH MR. SHARGEL IN REFERENCE TO DOCUMENTS

16     THAT WE NEEDED.

17     Q.      DO YOU KNOW HOW THAT SPECIFIC LIST OF

18     COMMUNICATIONS WAS COMPILED?

19     A.      NO, I'M NOT SURE.

20     Q.      SO YOU DON'T KNOW IF THAT WAS ACTUALLY COMPLETE.

21     DID YOU --

22     A.      I'D HAVE TO LOOK AT THE LIST TO TELL YOU THAT,

23     BUT FROM WHAT I UNDERSTAND THE MAJORITY OF WHAT WAS

24     NEEDED AND ASKED OF US WE DID PROVIDE.

25     Q.      AGAIN, IT'S CALLED SUMMARY OF TELEPHONE CALLS.

1  DID YOU ACTUALLY SEND OVER ANY TELEPHONE CALLS TO

2  MR. ARTOM-GINZBURG TO COMPILE THIS?

3  A.      THAT IS A QUESTION FOR MR. SHARGEL BECAUSE HE

4  WAS THE ONE THAT WOULD BE SENDING OVER MANY TELEPHONE

5  CALLS OR COMMUNICATION.

6  Q.      UNDERSTOOD.  I'M ASKING FOR YOU SPECIFICALLY.

7  DID YOU SEND HIM ANY COMMUNICATIONS?

8  A.      I PERSONALLY DID NOT SEND HIM ANYTHING.

9  Q.      DID YOU SEND HIM ANY E-MAILS?

10  A.      I DID NOT SEND HIM ANY E-MAILS.

11  Q.      THEN WE CAN KEEP GOING.

12          SO WHEN THERE WAS COMMUNICATIONS BETWEEN

13  MYSELF AND BARRY, DID HE USUALLY FILL YOU IN AS TO WHAT

14  OCCURRED?

15  A.      YES.

16  Q.      WAS THAT THE STANDARD PRACTICE, LIKE YOU AND I

17  WOULD TALK WITH BARRY OR MR. JACOVETTI, AND THEN YOU

18  WOULD BE TOLD AFTERWARDS WHAT OCCURRED?

19  A.      TYPICALLY, YES.

20  Q.      OCTOBER 30TH, I'M GOING TO REFER TO PAGE 265.

21          THE COURT:  HOLD ON, MR. THOMAS.  SO THE

22  E-MAIL YOU WERE JUST REFERRING TO IS PAGES 11 AND 12, I

23  THINK, OF YOUR FILE, WHICH WE SHOULD MARK AS EXHIBIT 4

24  JUST SO AGAIN WE KNOW WHAT MR. YASHAYEV WAS TESTIFYING

25  TO.  ARE YOU MOVING THAT INTO EVIDENCE?

1       MR. THOMAS:  I THINK I SAID EXHIBIT A,

2  YOUR HONOR.  I APOLOGIZE.  BUT YEAH, WE CAN MARK IT AS

3  EXHIBIT 4.

4       THE COURT:  LET'S JUST KEEP THE EXHIBITS

5  AS A RUNNING LIST, RATHER THAN HAVING DIFFERENT SYSTEMS

6  FOR EVERYBODY.  THAT IS PAGES 11 AND 12.

7       MR. GINZBURG, MR. REO, ANYBODY HAVE ANY

8  OBJECTIONS TO THE ADMISSION OF THAT E-MAIL?

9       I WILL TAKE YOUR SILENCE AS NO, AND WE

10  WILL ADMIT IT INTO EVIDENCE AS EXHIBIT 4.

11       (EXHIBIT 4, PAGES 11 AND 12 OF THE

12  COMBINED DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

13       THE COURT:  ALL RIGHT.  I CUT YOU OFF,

14  MR. THOMAS.  GO AHEAD.

15       MR. THOMAS:  THAT IS OKAY.

16  BY MR. THOMAS:

17  Q.  MR. YASHAYEV, I'M REFERRING NEXT TO PAGE 265.

18  A.  IS THIS E-MAIL DATED DECEMBER 19, 2019?

19  Q.  YES, IT IS.

20  A.  OKAY.

21  Q.  THIS WAS ACTUALLY AN E-MAIL SENT TO

22  MR. JACOVETTI REGARDING THE COMPLAINT THAT WAS ACTUALLY

23  COMPILED ORIGINALLY FOR THE -- I GUESS THE PROACTIVE

24  CASE THAT WAS FILED IN 2020.

25       WERE YOU FAMILIAR WITH THE FACT THAT

1      THERE HAD BEEN SOME RECORDINGS PRIOR TO THIS E-MAIL

2      BEING SENT?

3      A.      I DON'T RECALL, MR. THOMAS.

4      Q.      LET ME TAKE A STEP BACK ACTUALLY.  YOU FELT THAT

5      YOU HAD STRONG REASONS WHY MR. JACOVETTI -- I'M SORRY,

6      WHY MR. SHELTON'S CASE AGAINST YOU SHOULD NOT HAVE

7      PROCEEDED, CORRECT?

8      A.      WE FELT WE HAD REASONS THAT, YOU KNOW, WOULD

9      HAVE PRESENTED A MERITABLE DEFENSE.

10     Q.      AND WHEN WE ORIGINALLY STARTED --

11     A.      I KNOW WE GAVE YOU A LOT OF THINGS THAT WE

12     BELIEVED WOULD HAVE US --

13             (TECHNICAL INTERRUPTION.)

14     Q.      SO YOU FELT THAT YOU HAD A STRONG DEFENSE

15     AGAINST THE CASE.  DO YOU ALSO FEEL THAT YOU WANTED TO

16     TURN AROUND AND PURSUE AN ACTION AGAINST MR. SHELTON?

17     A.      NO.  WE WANTED TO PURSUE OUR CASE AND KIND -- OF

18     ON THE MERITS OF THE CASE.

19     Q.      AND WERE YOU PART OF THE CONVERSATIONS BETWEEN

20     MYSELF AND MR. JACOVETTI WHERE WE SPECIFICALLY STATED

21     NUMEROUS TIMES THAT THERE WAS GOING TO BE AN ACTION

22     AGAINST MR. SHELTON?

23     A.      I WAS NOT A PART OF MANY CONVERSATIONS, BUT I

24     WAS AWARE THAT THAT WAS SOMETHING THAT WAS BEING

25     DISCUSSED BETWEEN YOU AND MR. JACOVETTI.

1    Q.      AND YOU WERE AWARE THAT THERE HAD BEEN A

2    DISCUSSION ALL THE WAY BACK, I THINK, EVEN BEFORE THIS

3    E-MAIL WAS SENT IN REGARDS TO THE FACT THAT YOU GUYS

4    WOULD BE INCLUDED AS PART OF THE CASE.

5    A.      I DON'T REMEMBER THERE BEING ANY CONVERSATION

6    ABOUT US BEING PART OF THE CASE.

7    Q.      DO YOU REMEMBER AT ANY TIME WHERE YOU ACTUALLY

8    TRIED TO CALL AND SAY THAT YOU DID NOT CALL ME

9    SPECIFICALLY AND SAY YOU DID NOT WANT TO BE PART OF THAT

10   ACTION?

11   A.      WHERE I CALLED YOU SPECIFICALLY, I DON'T

12   REMEMBER.  I DO REMEMBER SPEAKING WITH MR. JACOVETTI AS

13   WELL AS MR. SHARGEL AND US ALL AGREEING THAT WE SHOULD

14   NOT BE PART OF THAT ACTION BECAUSE WE WERE NOT SUPPOSED

15   TO BE PART OF THAT ACTION.

16   Q.      DID YOU EVER SPECIFICALLY ASK OR REQUEST FROM ME

17   EITHER IN WRITING OR IN A TEXT MESSAGE OR IN AN E-MAIL

18   THAT SAID TO WITHDRAW YOU FROM THE ACTION?

19   A.      I PERSONALLY DID NOT, BUT I'M ALMOST CERTAIN

20   THAT BOTH MR. JACOVETTI AND MR. SHARGEL HAD MULTIPLE

21   CONVERSATIONS IN REGARDS TO THAT.

22   Q.      SO THE ACTUAL AMENDED COMPLAINT OR AT LEAST THE

23   MOTION TO AMEND THE COMPLAINT TO REMOVE, I GUESS, YOU

24   GUYS FROM THE ACTION WAS ACTUALLY FILED BACK AROUND

25   MARCH 6, 2020.  DO YOU REMEMBER US EVER HAVING A

1    CONVERSATION REGARDING REMOVING YOU FROM THE COMPLAINT

2    PRIOR TO MARCH 6TH?

3    A.      NO, I DO NOT.

4    Q.      I'M GOING TO SHOW YOU THE E-MAIL THAT I JUST

5    REFERRED TO AT PAGE 265, REFER TO THAT AS EXHIBIT 5 FOR

6    THE RECORD.

7                    THE COURT:  ARE YOU MOVING ITS ADMISSION?

8                    MR. THOMAS:  YES, YOUR HONOR.

9                    THE COURT:  JUST TO BE CLEAR, IT'S PAGES

10   265 AND 266 OF THE PDF, RIGHT?

11                   MR. THOMAS:  YES.

12                   THE COURT:  ANYBODY HAVE ANY OBJECTIONS

13   TO ITS ADMISSION?

14                   I WILL TAKE SILENCE AS A NO.  WE WILL

15   ADMIT EXHIBIT 5 INTO THE RECORD.

16                   (EXHIBIT 5, PAGES 265 AND 266 OF THE

17   COMBINED DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

18   BY MR. THOMAS:

19   Q.      I'M GOING TO REFER NEXT TO PAGE 6.  I'M SORRY,

20   NOT PAGE 6, MY APOLOGY, PAGE 16, 1, 6.  I'M SORRY.

21   PAGE 16.  MY APOLOGIES.

22                   LET ME KNOW WHEN YOU ARE THERE,

23   MR. YASHAYEV.

24   A.      PAGE 16.  I'M HERE.

25   Q.      DO YOU SEE WHAT THIS E-MAIL IS DATED -- WHAT IS

1    THE DATE?

2    A.       FEBRUARY 27, 2020.

3    Q.       AND DO YOU SEE WHAT THIS E-MAIL WAS ABOUT

4    SPECIFICALLY, IF YOU GO DOWN?

5    A.       IT LOOKS LIKE MR. JACOVETTI WROTE TO YOU:  HOW

6    ABOUT LATE TODAY BETWEEN 4 OR 5 WITH A QUESTION MARK.

7    AND YOU RESPONDED:  IT WORKS FOR ME.

8    Q.       DO YOU SEE -- GO DOWN TO THE THIRD PAGE,

9    PAGE 17.  WHAT IS THAT REGARDING, THE E-MAIL ITSELF?

10   A.       IT LOOKS LIKE MR. JACOVETTI SENT YOU AN ATTACHED

11   LETTER FROM ANOTHER GENTLEMAN AND ASKED YOU IF YOU

12   SHOULD DISCUSS IT WITH HIM.

13   Q.       DO YOU SEE WHERE IT ACTUALLY SAYS:  CAN WE SEND

14   HIM A COPY OF THE PENDING LITIGATION?

15   A.       IF HE SENDS NO -- YES, I SEE THAT, THAT IS THE

16   FOLLOWING SENTENCE.

17   Q.       AND DO YOU SEE THAT THIS WAS ALSO SENT TO

18   MR. SHARGEL?

19   A.       WELL, I SEE THAT THE RESPONSE OF WHAT TIME HE

20   WOULD BE AVAILABLE TO SPEAK WAS SENT TO MR. SHARGEL, BUT

21   I DON'T SEE THAT THE ORIGINAL E-MAIL WAS SENT TO

22   MR. SHARGEL.  AT LEAST IT DOES NOT SHOW IT IN THE

23   EXHIBIT THAT IS PROVIDED.

24   Q.       THAT IS FINE.  SO THAT IT'S YOUR UNDERSTANDING

25   THAT THIS -- WERE YOU MADE AWARE OF THE PHONE CALL THAT

1    TOOK PLACE, I GUESS, FEBRUARY 28TH?

2    A.     I DON'T RECALL BEING MADE AWARE OF THAT PHONE

3    CALL.

4    Q.     DO YOU HAVE ANY REASON TO BELIEVE A PHONE CALL

5    DID NOT OCCUR FEBRUARY 28TH?

6    A.     NO, I DON'T, BUT I DON'T SEE THAT THIS E-MAIL

7    WAS SENT TO MR. SHARGEL BASED ON WHAT WAS PROVIDED IF

8    THAT'S THE QUESTION.

9    Q.     YOU REPLIED TO THE E-MAIL, CORRECT?

10   A.     I'M SORRY?

11   Q.     YOU RESPONDED TO THE E-MAIL, THOUGH, THAT'S

12   CORRECT?

13   A.     WELL, MR. SHARGEL RESPONDED TO THE E-MAIL IF THE

14   TIME BETWEEN 4 OR 5 WOULD WORK, AND HE SAID IT WORKS FOR

15   ME AS WELL.

16   Q.     OKAY.  THAT IS FINE.

17               MR. ARTOM-GINZBURG:  I WOULD LIKE TO

18   OBJECT, YOUR HONOR.  I WOULD LIKE AN OFFER OF PROOF AS

19   TO WHAT THIS HAS TO DO WITH EITHER OF THE CASES AT

20   ISSUE.

21               THE COURT:  WHO IS SPEAKING?

22               MR. ARTOM-GINZBURG:  THIS IS LIONEL

23   ARTOM-GINZBURG.  I'M ON MUTE.  I'M SPEAKING THROUGH

24   MR. YASHAYEV'S PHONE.  I WOULD LIKE AN OFFER OF PROOF AS

25   TO -- I DON'T SEE ANYTHING IN THESE E-MAILS THAT RELATE

1      -- THIS RELATES AT ALL TO EITHER THE SHELTON OR THE

2      JACOVETTI MATTERS.

3                    THE COURT:  I DON'T NEED TO GET INTO

4      THAT.  I MEAN, I SEE WHAT THIS IS, AND YOU CAN

5      CERTAINLY REDIRECT, I WILL LET MR. ARTOM-GINZBURG,

6      REDIRECT BUT I DON'T THINK WE NEED TO DO THAT.

7                    GO AHEAD, MR. THOMAS.

8                    MR. THOMAS:  I WOULD LIKE TO SUBMIT THIS

9      IN AS EXHIBIT 6.

10                   THE COURT:  SO EXHIBIT 6, JUST SO WE ARE

11     CLEAR THEN, IS PAGES 16 AND 17 OF THE PDF.

12                   DOES ANYBODY HAVE ANY OBJECTION TO THAT

13     COMING IN?

14                   MR. ARTOM-GINZBURG:  I WILL REITERATE MY

15     OBJECTION.  I DON'T THINK THAT THERE IS PROOF THAT THIS

16     RELATES TO EITHER OF THE CASES THAT ARE BEFORE YOUR

17     HONOR.  I THINK THIS HAS TO DO WITH ANOTHER MATTER

18     ENTIRELY.

19                   THE COURT:  ALL RIGHT.  I'M GOING TO

20     OVERRULE THAT OBJECTION, AND I WILL ADMIT IT INTO

21     EVIDENCE.

22                   MR. REO:  YOUR HONOR, JUST TO PRESERVE

23     IT, I WOULD ALSO LIKE TO OBJECT ON RELEVANCY AND

24     FOUNDATION.

25                   THE COURT:  OKAY.  THE OBJECTION IS

1    OVERRULED.  OKAY.

2                        THAT IS PAGES 16 AND 17.

3                        (EXHIBIT 6, PAGES 16 AND 17 OF THE

4    COMBINED DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

5                        GO AHEAD, MR. THOMAS.

6                        MR. THOMAS:  THANKS, YOUR HONOR.

7    BY MR. THOMAS:

8    Q.      MR. YASHAYEV, I'LL REFER YOU NEXT TO PAGE 43.

9    A.      OKAY.

10   Q.      AND DO YOU SEE WHAT THIS E-MAIL IS,

11   MR. YASHAYEV?

12                       LET ME START OVER.  DO YOU SEE WHAT IT IS

13   DATED, FIRST?

14   A.      JANUARY 27, 2020.

15   Q.      AND DO YOU SEE THAT IT WAS INITIALLY SUBMITTED

16   TO MR. JACOVETTI AND MR. SHARGEL?

17   A.      LET ME SEE.  IT LOOKS LIKE IT WAS SENT FROM YOU

18   TO MR. JACOVETTI AND YOU CC'ED MR. SHARGEL.

19   Q.      WERE YOU MADE AWARE OF THE FACT THAT THIS MOTION

20   TO RECONSIDER WAS BEING FILED ON THE 27TH BY EITHER OF

21   THOSE TWO?

22   A.      I DON'T SEE ANYTHING SAYING THAT THERE IS --

23   THERE IS JUST A SUBJECT THAT SAYS MOTION TO RECONSIDER.

24   Q.      DO YOU PERSONALLY REMEMBER BEING INFORMED THAT

25   THIS WAS BEING FILED?  IS ALL I'M ASKING.

1   A.      NO, I DON'T.

2   Q.      DO YOU REMEMBER US HAVING A DISCUSSION REGARDING

3   RECORDINGS FROM MR. SHELTON?

4   A.      I DO.

5   Q.      DO YOU REMEMBER WHAT WE WERE GOING TO BE DOING

6   WITH THOSE RECORDINGS?

7   A.      I REMEMBER WE SENT TO YOU SOME RECORDINGS THAT

8   -- WE OBTAINED SOME RECORDINGS, AND WE ASKED YOU IF

9   THESE WOULD BE RELEVANT TO THE CASE, AND YOU EXPLAINED

10  TO US THAT YOU WOULD SUBMIT THEM AND TRY TO BRING SOME

11  RELEVANCE OUT OF THEM.

12  Q.      GIVE ME ONE SECOND.

13          MR. THOMAS:  I WOULD LIKE TO MOVE IN

14  PAGE 43 AS EXHIBIT 7.

15          THE COURT:  IT RUNS ON TO PAGE 44, IT

16  LOOKS TO ME.

17          MR. THOMAS:  CORRECT, YOUR HONOR.

18          THE COURT:  ANYBODY HAVE ANY OBJECTION?

19          MR. ARTOM-GINZBURG:  I WOULD LIKE TO

20  WITHHOLD THE OBJECTION AT THIS TIME ONLY BECAUSE I'M

21  LOOKING AT THE ACTUAL E-MAILS IN MY CLIENT'S FOLDER.

22  AND THIS E-MAIL WAS NEVER RECEIVED BY MR. SHARGEL.  SO I

23  WITHHOLD THE OBJECTION.

24          THE COURT:  I CAN'T HAVE YOU TESTIFY,

25  MR. ARTOM-GINZBURG, AS TO WHAT IS THERE AND WHAT IS NOT.

1                    MR. ARTOM-GINZBURG:  I WILL -- AT THIS

2     TIME I WOULD ASK YOUR HONOR TO HOLD FROM ADMITTING IT

3     UNTIL I HAVE HAD AN OPPORTUNITY TO EXAMINE MR. SHARGEL.

4                    THE COURT:  I WILL DO THAT.  I WILL

5     WITHHOLD ADMISSION ON EXHIBIT 7 FOR NOW UNTIL WE GET TO

6     MR. SHARGEL'S TESTIMONY, ALL RIGHT, GIVEN THAT, I DON'T

7     THINK AT THIS POINT AT LEAST WE HAVE A FOUNDATION FOR

8     MR. YASHAYEV THAT HE EVER SAW THIS E-MAIL.

9                    GO AHEAD, MR. THOMAS.

10                   MR. THOMAS:  THAT BRINGS US UP TO THE

11    NEXT ONE, PAGE 59, YOUR HONOR.  MR. YASHAYEV ACTUALLY

12    STARTED TO LAY A FOUNDATION FOR IT.  PAGE 59.

13                   THE WITNESS:  I'M ON THIS PAGE.

14    BY MR. THOMAS:

15    Q.      DO YOU SEE WHAT THIS E-MAIL IS?  I'M SORRY.  DO

16    YOU SEE WHAT DATE THIS E-MAIL IS FROM?

17    A.      JANUARY 30TH, 2020.

18    Q.      AND CAN YOU TELL ME WHAT YOU BELIEVE THIS E-MAIL

19    IS?

20    A.      IT LOOKS LIKE THE SUBJECT IS SHELTON RECORDINGS.

21    Q.      DO YOU SEE WHAT THE ATTACHMENTS ARE?

22    A.      I'M SORRY?

23    Q.      DO YOU SEE WHAT THE ATTACHMENTS ARE?

24    A.      YEAH, IT LOOKS LIKE IT'S SUBJECT LINES TO

25    VARIOUS RECORDINGS THAT WERE SENT OVER TO YOU BY

1     MR. SHARGEL.

2     Q.     AND WERE THESE THE INITIAL RECORDINGS THAT WE

3     WERE DISCUSSING AS A BASIS FOR THE MOTION TO RECONSIDER

4     BASED ON YOUR RECOLLECTION?

5     A.     I DON'T RECALL IF WE WERE USING THEM TO DISCUSS

6     A MOTION TO RECONSIDER.  I REMEMBER I WAS PROVIDING THE

7     RECORDINGS AND YOU STATING THAT YOU WILL TRY TO USE THEM

8     TO GET A FAVORABLE OUTCOME IN THE CASE FOR US.  IT WAS A

9     VERY BROAD KIND OF ANALYSIS, FROM THE WAY I UNDERSTOOD

10    IT AT LEAST.

11    Q.     OKAY.  IN TERMS OF --

12                    MR. THOMAS:  I'M SORRY, CAN I MOVE THIS

13    IN AS EXHIBIT -- SHALL I SAY EXHIBIT 8 FOR NOW?

14                    THE COURT:  IT'S EXHIBIT 8, BUT I DON'T

15    SEE THAT YOU HAVE LAID A FOUNDATION BECAUSE I'M NOT SURE

16    THAT MR. YASHAYEV SAID HE EVER SAW THIS E-MAIL.

17                    MR. THOMAS:  I WILL WAIT FOR NOW.

18                    THE COURT:  CONTINUE TO MARK IT AS

19    EXHIBIT 8 FOR IDENTIFICATION PURPOSES, JUST PAGE 59 OF

20    THE PDF.  I'M NOT GOING TO ADMIT IT AT THIS POINT.

21                    MR. THOMAS:  THAT'S FINE.  I WILL JUST

22    REFER TO IT AS 8, AND THEN I WILL DISCUSS IT WITH

23    MR. SHARGEL AS WELL.

24    BY MR. THOMAS:

25    Q.     MR. YASHAYEV, IF YOU CAN, CAN YOU REFER TO

1    PAGE 39.

2    A.      YES.

3    Q.      LOOKS LIKE IT'S AN E-MAIL DATED JULY 17TH.

4    A.      YES.

5    Q.      AND DO YOU SEE THAT IS -- ACTUALLY IT GOES ON TO

6    PAGE 42.  DO YOU SEE THAT ENTIRE CHAIN OF E-MAILS?

7    A.      IT'S VERY HARD TO READ, BUT I SEE THAT IT'S A

8    LOT OF E-MAILS BACK AND FORTH.  YES.

9    Q.      WHEN YOU SAY IT'S HARD TO READ, IS THAT AN ISSUE

10   ON THE COMPUTER OR CAN YOU JUST -- WHAT DO YOU MEAN,

11   IT'S HARD TO READ?

12   A.      NO.  THERE IS JUST A LOT GOING ON.  THAT IS WHAT

13   I MEANT.

14   Q.      IF YOU GO TO PAGE 3 AT THE VERY BOTTOM, DO YOU

15   SEE AN E-MAIL WHERE IT SAYS:  ON FRIDAY, JUNE 19TH,

16   ATTACHED ABOUT MID PAGE?

17   A.      ON FRIDAY, JUNE 19TH.  I SEE ON FRIDAY, JUNE 19,

18   2020.

19   Q.      SO THAT SPECIFICALLY IS THE START OF THIS CHAIN

20   BASED OFF OF THE E-MAILS.  IS THAT FAIR TO SAY?

21   A.      THIS IS A FORWARDED E-MAIL, SO UNLESS SOMETHING

22   WAS THERE AND IT WAS DELETED PRIOR, THEN THIS WOULD BE

23   THE FIRST DATE THAT IS AVAILABLE.  YEAH.

24   Q.      DO YOU ACTUALLY SEE AT THE TOP OF THAT PAGE

25   WHERE YOU ACTUALLY RESPONDED THAT YOU ARE OKAY WITH THE

1    APPEAL BECAUSE YOU UNDERSTAND WE ARE CURRENTLY IN

2    DEFAULT?

3    A.    LET ME SEE.

4    Q.    IT WAS SENT JUNE 19TH.

5    A.    AT THIS TIME THIS IS WHEN -- THIS IS GOING BACK

6    TO WHAT I SAID PREVIOUSLY.  THIS IS WHEN I REVIEWED WHAT

7    YOU SENT OVER AND WHEN I SAID "I UNDERSTAND WE ARE

8    CURRENTLY IN DEFAULT," THAT WAS A QUESTION FORMULATED TO

9    YOU TO VERIFY THAT WE ARE IN FACT IN DEFAULT, BECAUSE

10   BASED ON THE INFORMATION YOU SENT OVER, I DON'T REMEMBER

11   EXACTLY WHAT IT WAS, BUT I WAS ASKING A QUESTION IF WE

12   ARE CURRENTLY IN DEFAULT.

13   Q.    WHO DID YOU ADDRESS THAT E-MAIL TO?

14   A.    IT LOOKS LIKE I WAS RESPONDING TO AN E-MAIL I

15   RECEIVED FROM MR. JACOVETTI AND BARRY, BUT I'M ASSUMING

16   YOU WERE ON THE E-MAIL CHAIN AS WELL, SO IT WAS

17   ADDRESSED TO EVERYBODY INVOLVED IN THAT E-MAIL.

18   Q.    SO IF YOU LOOK AT THE FIRST E-MAIL ON THIS

19   CHAIN, IT SAYS ON FRIDAY JUNE 19TH, 2020 AT 9:55 A.M.

20   WHO IS IT FROM?

21   A.    IT'S FROM YOU, BUT IT DOES NOT SHOW WHO IT WAS

22   TO.

23   Q.    AND IT'S STILL RESPONDED TO BY YOU, AND THEN YOU

24   ARE RESPONDING TO THE SAME E-MAIL, WHICH MEANS LIKE I

25   GOT IT, BUT YOU ARE RESPONDING TO BARRY AND ROBERT, IS

1    THAT CORRECT?

2    A.      CORRECT.  BUT AGAIN I ONLY SEE THIS SPECIFIC

3    CHAIN.  I WOULD LIKE TO LOOK AT MY ACTUAL E-MAILS AND

4    SEE IF I HAVE THE SAME CHAIN BECAUSE I'M NOT SURE, YOU

5    KNOW, THE FORMAT OF WHAT IS PRESENTED BECAUSE IT COULD

6    BE THAT IT APPEARS ONE WAY ON YOUR END AND ANOTHER WAY

7    ON MY TABLET, EXCUSE ME.

8    Q.      WITHOUT GOING THROUGH EACH AND EVERY ONE,

9    THERE'S A LENGTHY CHAIN OF E-MAILS, I GUESS ON PAGE 40.

10   A.      IF I COULD JUST SAY SOMETHING.  I SEE THERE THE

11   OTHER E-MAIL ON JUNE 19, 2020, AT 9:55.  THE ACTUAL

12   ORIGINAL E-MAIL YOU SENT OVER TO MR. SHARGEL,

13   MR. JACOVETTI AND MYSELF, WHERE YOU STATE THAT THE COURT

14   DENIED THE MOTION TO RECONSIDER AND USED A RULE OF

15   EVIDENCE TO DO SO, WHICH WAS WHOLLY IMPROPER, AS WELL AS

16   INTENTIONALLY MISCITING A RULE WE CITED TO, THEN

17   CLAIMED THAT IT DID NOT EXIST.

18   Q.      MR. YASHAYEV, I DID NOT ASK YOU TO READ THE BODY

19   OF THE E-MAIL, JUST ACKNOWLEDGING YOU GOT IT.  SO IT

20   SOUNDS LIKE YOU DID GET IT.  DO YOU REMEMBER RECEIVING

21   THAT E-MAIL?

22   A.      YES.  BUT THE OTHER THING HERE IS THAT THIS IS

23   -- I'LL SUBMIT BLANKET OBJECTIONS TO THIS --

24   POST-JUDGMENT DISCOVERY, KEEP FIGHTING HIM ON THAT AS

25   WELL.

1    Q.        YOU ARE RIGHT.  THAT IS ALL PART OF IT.  I DID

2    NOT REALLY ASK YOU FOR THAT DISCUSSION, THOUGH.  IF WE

3    NEED IT READ INTO THE RECORD, WE CAN.  WHAT I'M ASKING

4    YOU --

5    A.        I THINK IT IS IMPORTANT BECAUSE YOU ARE ASKING

6    US IF WE RECEIVED AN E-MAIL STATING THAT WE KNEW ABOUT A

7    JUDGMENT.  WE RECEIVED THIS E-MAIL, WHICH DOES NOT

8    REALLY TELL US THAT WE HAVE HAD A JUDGMENT.  AND MY

9    RESPONSE WAS BASED ON THE FACT THAT I WAS ASKING YOU A

10   QUESTION IF WE HAD A JUDGMENT OR NOT.

11   Q.        SO YOU'RE SAYING THAT THE FACT THAT I SAID THE

12   COURT DENIED THE MOTION TO RECONSIDER, YOU DON'T

13   UNDERSTAND THAT THAT WAS BASED ON A JUDGMENT?

14   A.        NO.  BECAUSE IT COULD HAVE BEEN A

15   RECONSIDERATION OF A MOTION OR ANYTHING ELSE THAT -- OR

16   EVIDENCE THAT WE SUBMITTED.

17   Q.        OKAY.  SURE.  OKAY.

18                  AGAIN, WITHOUT GOING THROUGH THE ENTIRE

19   CHAIN OF E-MAILS FROM -- ON PAGE 2, WILL YOU ACKNOWLEDGE

20   THERE'S A CHAIN OF E-MAILS GOING FROM JUNE 19TH THROUGH

21   JUNE 24TH ON PAGE 2?  IS THAT CORRECT?

22   A.        WELL, I'M ON PAGE 40 RIGHT NOW SO --

23   Q.        IF YOU LOOK AT PAGE 40, IT GOES JUNE 19TH

24   THROUGH JUNE 24TH, IS THAT CORRECT?  YOU HAVE TO READ IT

25   BACKWARDS.

1    A.      IT LOOKS LIKE THE LAST E-MAIL WAS JULY 17TH,

2    2020 ACTUALLY.

3    Q.      THAT IS FINE.  THAT IS ACTUALLY ON THE NEXT

4    PAGE, BUT THAT'S FINE, THAT IS WHERE I WAS GETTING.  SO

5    YES, IT GOES TO JULY 17TH.  IT SAYS HERE THAT YOU AND

6    BARRY ARE GOOD FOR A CALL MONDAY AT 3:00 P.M.  ANY

7    REASON TO BELIEVE THAT CALL DID NOT OCCUR OR DO YOU

8    REMEMBER THAT SPECIFIC CALL?

9    A.      I AM NOT AWARE OF ANY REASON TO BELIEVE THAT IT

10   DID NOT OCCUR, BUT I THINK --

11   Q.      IS THAT CALL LISTED?

12   A.      IT OCCURRED.  IT LOOKED LIKE IT WAS A CALL FOR

13   ABOUT TWO MINUTES -- TEN MINUTES, TWO MINUTES AND A

14   MINUTE.

15   Q.      WHAT ARE YOU REFERRING TO?

16   A.      I WAS JUST GOING BY THE SCHEDULE THAT

17   MR. GINZBURG HAD PROVIDED WITH ALL THE PHONE CALLS THAT

18   WE HAVE HAD.

19   Q.      OKAY.  SO YOU ARE ACKNOWLEDGING THAT THAT CALL

20   DID OCCUR?

21   A.      YES.

22              MR. THOMAS:  I WOULD LIKE TO SUBMIT THIS

23   E-MAIL AS EXHIBIT 9.

24              THE COURT:  ANYBODY HAVE ANY OBJECTIONS?

25              MR. ARTOM-GINZBURG:  NO OBJECTION.

1          THE COURT:  ALL RIGHT.  SO THAT EXHIBIT 9

2    WILL BE ADMITTED.

3               (EXHIBIT 9, PAGES 39 TO 42 OF THE

4    COMBINED DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

5               THE WITNESS:  I DON'T KNOW IF IT'S

6    RELEVANT BUT I DO BELIEVE THAT THOSE PHONE CALLS WERE IN

7    REFERENCE TO US GETTING A BOND TO KIND OF PUT A PAUSE ON

8    ANY COLLECTION ACTIVITY ONCE WE KIND OF CAME TO THE

9    REALIZATION THAT WE HAVE A JUDGMENT.

10   BY MR. THOMAS:

11   Q.      SO I ACTUALLY WANTED TO DISCUSS THAT NEXT.

12   THERE WAS ACTUALLY A SET OF CALLS BACK IN APRIL.  IF YOU

13   LOOK -- ACTUALLY, DO YOU SEE WHERE THERE WAS AN E-MAIL

14   -- ACTUALLY REFERRING TO MR. ARTOM-GINZBURG'S ITEM -- AN

15   E-MAIL APRIL 23RD?

16   A.      APRIL 23RD?

17   Q.      WAS SENT OVER.

18               THE COURT:  WHAT ARE YOU LOOKING AT,

19   MR. THOMAS?

20               MR. THOMAS:  MR. ARTOM-GINZBURG'S

21   SUMMARY OF TELEPHONE RECORDS.

22               THE COURT:  SO EXHIBIT 1.

23               MR. THOMAS:  YES.

24               THE COURT:  OKAY.

25   BY MR. THOMAS:

1    Q.       WHERE IT ACTUALLY SAYS THERE WAS AN E-MAIL APRIL

2    23RD.  DO YOU SEE THAT?

3    A.       APRIL 23RD E-MAILING CERTIFICATION FOR

4    JACOVETTI.  YES, I SEE THAT.

5    Q.       AND DO YOU ACKNOWLEDGE THAT THERE WAS A PHONE

6    CALL THE DAY BEFORE THAT E-MAIL OCCURRED?

7    A.       I DON'T RECALL THE EXACT DATE, BUT I DON'T KNOW

8    IF WE HAD A PHONE CALL ON APRIL 22, 2020.

9    Q.       DO YOU REMEMBER THAT WE HAD A PHONE CALL APRIL

10   22, 2020?

11   A.       I SAID I DON'T REMEMBER.

12   Q.       OKAY.  GOOD ANSWER.

13            ONE SECOND.

14            DO YOU REMEMBER THAT WE SPECIFICALLY

15   DISCUSSED EITHER THE 23RD OR THE DAY AFTER THAT WAS

16   RECEIVED, THE APPEAL AND A POTENTIAL BOND AS WELL AS A

17   POTENTIAL PROTECTIVE ORDER BEING SUBMITTED ON APRIL

18   24TH?

19   A.       AS FAR AS A BOND AND THE PROTECTIVE ORDER ON

20   APRIL 23RD, NO, I DON'T REMEMBER.

21   Q.       DO YOU REMEMBER ON APRIL 24TH WE SPECIFICALLY

22   DISCUSSED A PROTECTIVE ORDER AND A BOND, AND THEN A

23   BOND, IF GRANTED, WOULD STAY THE ACTION?

24   A.       I DON'T REMEMBER US HAVING THAT CONVERSATION.

25   MAYBE THAT WAS A CONVERSATION THAT WAS HAD WITH SOMEBODY

1    ELSE.  FROM WHAT I HAVE SAID PREVIOUSLY, I ONLY FOUND

2    OUT ABOUT THE JUDGMENT AND THE WHOLE THING WITH THE BOND

3    FURTHER ON IN LIKE JUNE, AROUND JUNE, JULY.

4    Q.      WELL, YOU JUST DISCUSSED THE BOND, CORRECT?  DO

5    YOU REMEMBER HAVING THAT DISCUSSION?

6    A.      WE'VE HAD A DISCUSSION ABOUT THE BOND AROUND THE

7    SAME TIME WHEN WE HAD FOUND OUT THAT WE HAVE A JUDGMENT,

8    WHICH WAS BACK IN JULY, I BELIEVE, JUNE, JULY.

9    Q.      DO YOU REMEMBER EVER DISCUSSING WITH BARRY

10   SPECIFICALLY APPLYING FOR A BOND?

11   A.      AROUND JULY 20TH I REMEMBER SPEAKING TO BARRY IN

12   REFERENCE TO GETTING A BOND, AND WE -- YOU KNOW, WE

13   LOOKED INTO GETTING ONE, AND WE WERE UNABLE TO GET ONE.

14   Q.      OKAY.  BUT YOU DON'T, FOR THE RECORD, REMEMBER

15   HAVING THAT DISCUSSION PRIOR TO THAT TIME.

16   A.      I DON'T.

17   Q.      OKAY.  DO YOU REMEMBER -- I'M GOING TO REFER TO

18   PAGE 57.  LET ME KNOW WHEN YOU ARE THERE.

19   A.      I'M THERE.

20   Q.      DO YOU REMEMBER RECEIVING THIS E-MAIL?

21   A.      I DON'T REMEMBER RECEIVING IT, BUT I'M NOT

22   DENYING THAT I RECEIVED IT BASED ON THE FACT THAT IT

23   LOOKS LIKE I DID.  I JUST DON'T REMEMBER THIS EXACT

24   E-MAIL.

25   Q.      DID YOU DOWNLOAD THE LINK TO REVIEW THE E-MAIL

1    IN ANY WAY?

2    A.      I PERSONALLY DON'T RECALL LISTENING TO ANY OF

3    JS-1 OR JS-2 AND 3.  THAT LOOKS LIKE IT WAS SENT OVER TO

4    YOU BY MR. O'HARE.

5    Q.      CORRECT.

6                MR. THOMAS:  I HAVE NO MORE QUESTIONS FOR

7    MR. YASHAYEV AT THIS TIME.  I TAKE THAT BACK.  ONE

8    MORE -- ONE MORE SET OF QUESTIONS.  SORRY.

9    BY MR. THOMAS:

10   Q.      CAN YOU LOOK AT PAGE 1 TO THE DOCUMENTS I SENT

11   OVER?

12   A.      OKAY.

13   Q.      BEFORE I DO THAT, I WOULD LIKE TO LABEL PAGE 57

14   SEPTEMBER 18TH E-MAIL AS EXHIBIT 10.

15                THE COURT:  I THINK IT IS ACTUALLY 57 AND

16   58 OF YOUR PDF IS THE COMPLETE DOCUMENT.  DOES ANYBODY

17   HAVE ANY OBJECTION TO ITS ADMISSION?

18                MR. REO:  I OBJECT ON THE BASIS THAT THE

19   AUTHOR, MR. MICHAEL O'HARE, IS NOT HERE TO BE EXAMINED.

20   HE IS NOT A PARTY TO THE ACTION, AND WE DON'T KNOW THAT

21   HE ACTUALLY WROTE THIS OR WHERE IT ACTUALLY ORIGINATED

22   FROM.  AND I OBJECT ON RELEVANCY.

23                MR. THOMAS:  I AM SUBMITTING IT FOR THE

24   BASIS TO SHOW THAT IT WAS SENT TO MR. YASHAYEV AS WELL

25   AS MR. SHARGEL.

1          MR. REO:  THEN, ON THAT BASIS, I WOULD

2   NOT OBJECT IF THAT'S THE ONLY REASON IT'S BEING OFFERED.

3          THE COURT:  I'M GOING TO ADMIT IT.  SO

4   EXHIBIT 10, WHICH IS PAGES 57 AND 58, WILL COME IN.

5          (EXHIBIT 10, PAGES 57 AND 58 OF THE

6   COMBINED DISCOVERY PDF, ADMITTED INTO EVIDENCE.)   .

7   BY MR. THOMAS:

8   Q.     MR. YASHAYEV, DID MR. SHARGEL TELL YOU THAT I

9   HAD CALLED YOU OR ACTUALLY HAD CALLED HIM BACK ON

10  OCTOBER 28TH -- I'M SORRY, SEPTEMBER 28TH.

11  SEPTEMBER 28TH.

12  A.     IN REGARDS TO JUST A CONVERSATION?

13  Q.     WERE YOU FAMILIAR WITH THE FACT THAT THERE WAS A

14  CALL THAT TOOK PLACE ON SEPTEMBER 28TH?

15  A.     I'M NOT EXACTLY SURE.  IF YOU TELL ME MAYBE WHAT

16  THE CALL WAS ABOUT, I COULD TELL YOU IF I REMEMBER

17  RECEIVING THE CALL OR NOT.

18  Q.     IT WAS REGARDS THE HEARING BEING ADJOURNED.

19  WERE YOU FAMILIAR WITH THAT?

20  A.     YES, I REMEMBER THERE BEING SOMETHING ABOUT A

21  HEARING BEING PUSHED BACK THAT WAS SUPPOSED TO HAPPEN AT

22  AN EARLIER TIME.

23  Q.     SO YOU WERE INFORMED AT THAT TIME THAT THAT

24  HEARING WAS ADJOURNED, CORRECT?

25  A.     CORRECT.  THERE WAS -- I BELIEVE THERE WAS

1      SOMETHING THAT WAS GOING ON WHERE THEY COULD NOT.

2      Q.      I'M SORRY.  SAY THAT AGAIN?

3      A.      I BELIEVE THAT SOME OTHER CIRCUMSTANCES

4      PREVENTED THAT HEARING FROM HAPPENING.

5      Q.      OKAY.

6              IN REGARDS TO -- I'LL NOW REFER YOUR

7      ATTENTION TO PAGE 1.  CAN YOU TELL ME WHAT YOU DID ON

8      THE DAY OF OCTOBER 2ND IN REGARDS TO THIS CASE

9      SPECIFICALLY?

10     A.      I DON'T REMEMBER EXACTLY WHAT I DID ON

11     OCTOBER 2ND.  I HAVE TO GO BACK AND REVIEW IT, BUT IT

12     LOOKS LIKE THIS E-MAIL IS FROM OCTOBER 15TH.

13     Q.      IT IS.  WHEN DID YOU HIRE MR. -- I'M TRYING TO

14     MAKE SURE THAT I DON'T ASK QUESTIONS THAT IMPINGE ON

15     ATTORNEY-CLIENT PRIVILEGE.

16              DID YOU PERSONALLY HIRE

17     MR. ARTOM-GINZBURG?

18     A.      I LOST YOU FOR A SECOND.

19     Q.      DID YOU PERSONALLY HIRE MR. ARTOM-GINZBURG?

20     A.      I HIRED HIM TOGETHER WITH MR. SHARGEL AS -- BOTH

21     OF US TOGETHER.

22     Q.      WITHOUT DIVULGING ANY COMMUNICATION IN REGARDS

23     TO IT, DID YOU PERSONALLY SIGN THE DOCUMENT THAT -- TO

24     HIRE MR. ARTOM-GINZBURG?

25     A.      I BELIEVE WE SIGNED THE STANDARD, YOU KNOW,

1    RETAINER.

2    Q.      DID YOU PERSONALLY SIGN IT?

3    A.      I BELIEVE SO.

4    Q.      IN REGARDS TO THE APPEAL IN THIS MATTER, DID YOU

5    SPECIFICALLY DISCUSS THE APPEAL OF MR. ARTOM-GINZBURG?

6    A.      NOT ANYTHING ASIDE OF US GOING OVER AND SEEING

7    WHAT MOTIONS AND THINGS WERE FILED.  WE DID NOT DISCUSS

8    FILING AN APPEAL AT THIS PRESENT TIME OR MOVING FORWARD

9    OR ANYTHING LIKE THAT.

10   Q.      DID YOU DISCUSS THE CURRENTLY PENDING APPEAL

11   WITH MR. ARTOM-GINZBURG ON THIS MATTER?

12   A.      NO, I DON'T BELIEVE SO.  I THINK MAYBE JUST SAW

13   IT, BUT WE DIDN'T DISCUSS ANY SPECIFICS ABOUT IT.

14   Q.      YOU ARE AWARE THAT THERE WAS AN APPEAL FILED IN

15   THIS MATTER, CORRECT?

16   A.      WELL, I BECAME AWARE FURTHER DOWN THE LINE.

17   Q.      WHEN MR. SHARGEL PAID FOR THE APPEAL, YOU ARE

18   FAMILIAR THAT IT WAS GOING TO BE FILED, IS THAT CORRECT?

19   A.      THAT'S CORRECT.  WE WERE NOT AWARE OF WHAT THE

20   APPEAL WAS FOR.

21   Q.      OKAY.  SO THAT MOTION TO RECONSIDER DISCUSSION

22   THAT WE HAD, ARE YOU FAMILIAR WITH THAT, WHERE YOU TRIED

23   TO READ THE WHOLE THING IN THE RECORD.  WERE YOU

24   FAMILIAR WITH THAT E-MAIL?

25   A.      I REMEMBERED IT NOW AFTER READING IT.

1      Q.      SO YOUR UNDERSTANDING THAT THAT SPECIFICALLY WAS

2      THE BASIS FOR WHAT WE WERE FILING THE APPEAL ON,

3      CORRECT?

4      A.      YOU ARE REFERRING TO THE JUNE 19TH E-MAIL?

5      Q.      YES.

6      A.      I BELIEVE THAT THIS WAS AN APPEAL FOR A MOTION

7      TO RECONSIDER, BUT AGAIN, I WAS NOT AWARE THAT THERE WAS

8      ALREADY AN EXECUTED JUDGMENT AGAINST ME, MR. SHARGEL AND

9      OUR COMPANY.

10     Q.      DID YOU PARTICIPATE IN THE PREPARATION OF THE

11     RESPONSIVE DOCUMENTS TO THE DISCOVERY?

12     A.      WHICH SET OF DISCOVERY?  THE INITIAL DISCOVERY

13     OR THE POST-JUDGEMENT DISCOVERY?

14     Q.      I'M SPECIFICALLY ASKING ABOUT THE POST-JUDGMENT

15     DISCOVERY.

16             DID YOU PARTICIPATE IN THE COMPILATION OF

17     THOSE THAT DOCUMENT?

18     A.      WE DID.

19     Q.      I'M SORRY.  YOU PARTICIPATED IN THE COMPILATION

20     OF THOSE DOCUMENTS?

21     A.      WE DID, BUT I DON'T BELIEVE AT THE TIME WE

22     UNDERSTOOD THAT IT WAS A POST-JUDGMENT DISCOVERY,

23     MEANING THAT THERE WAS A JUDGMENT ALREADY EXECUTED

24     AGAINST US.  SO NOW WE WERE DOCKETING OUR OWN DOCUMENTS

25     FOR THAT.  THE WAY IT WAS EXPLAINED TO US WAS THAT WE

1    COULD PROVIDE THESE DOCUMENTS AND KIND OF STOP ANY

2    COLLECTION, NOT NEED TO GET A BOND.

3    Q.      YOU ARE TALKING ABOUT NOT NEEDING TO GET A BOND.

4    SO WHEN WE SPECIFICALLY DISCUSSED THE BOND, DO YOU

5    REMEMBER WHAT I STATED THE PURPOSE OF THE BOND WAS?

6    A.      THE PURPOSE OF THE BOND, THE WAY I UNDERSTOOD

7    IT, WAS THAT THE OPPOSING SIDE CAN'T COLLECT OR GO AFTER

8    ANY TYPE OF MONEY AS A CASE IS PENDING.

9    Q.      AND I STATED IF A BOND IS POSTED, THEN IT WOULD

10   STAY THE COLLECTION, CORRECT?

11   A.      CORRECT, BUT IT WASN'T -- STILL AT THAT TIME WE

12   JUST DID NOT UNDERSTAND THAT THE JUDGMENT HAS ALREADY

13   BEEN ENTERED.  WE BELIEVED THAT THIS WAS IN THE CASE,

14   THAT IF WE LOSE THE CASE AND WE WANT TO FILE AN APPEAL,

15   THEN WE WOULD HAVE SOMETHING TO PROTECT US.

16   Q.      SO WHAT DID YOU THINK YOU WERE POSTING THE BOND

17   FOR THEN?

18   A.      CAN YOU REPEAT THAT ONE MORE TIME.  I'M SORRY.

19   Q.      WHAT DID YOU PERSONALLY BELIEVE -- NOT

20   MR. SHARGEL, BECAUSE I WILL ASK HIM AS WELL.  WHAT DO

21   YOU THINK YOU WERE POSTING THE BOND FOR?

22   A.      TO BASICALLY TO KIND OF HELP EASE THE -- I GUESS

23   THE OPPOSING SIDE AS FAR AS THE CASE, HAVING THEM KNOW

24   THAT BEING MORE LENIENT WITH US IN TERMS OF US GETTING

25   ANSWERS AND THINGS LIKE THAT, AND GIVING US KIND OF THE

1    ABILITY TO SHOW THAT IF WE DO LOSE THE CASE, THEN THERE

2    WOULD BE SOMETHING FOR THEM TO COLLECT.

3    Q.     DO YOU REMEMBER -- THAT IS FINE.  I WILL ASK

4    MR. SHARGEL ABOUT THAT AS WELL.

5                 WHY DID YOU ASK FOR THE WITHDRAWAL OF THE

6    APPEAL?

7    A.     YOU ARE TALKING ABOUT LATE IN OCTOBER?

8    Q.     YES.  OCTOBER 15TH.

9    A.     I DON'T REMEMBER EXACTLY WHY.  THAT MIGHT BE A

10    BETTER QUESTION FOR MR. SHARGEL.

11    Q.     YOU PERSONALLY, YOU STATED IT WAS ON BEHALF OF

12    BOTH OF YOU.  DID YOU PERSONALLY ASK HIM TO SEND ME AN

13    E-MAIL TO WITHDRAW THE APPEAL?

14    A.     YES, BUT AGAIN -- I REMEMBER DOING IT.  I DON'T

15    REMEMBER WHY.

16    Q.     SO YOU DON'T UNDERSTAND -- YOU DON'T REMEMBER

17    WHY YOU WITHDREW THE APPEAL, WANTED IT WITHDRAWN?

18    A.     CAN YOU REPEAT THE QUESTION ONE MORE TIME.

19    Q.     ACTUALLY, I THINK YOU ANSWERED IT ALREADY.

20                 MR. THOMAS:  NO FURTHER QUESTIONS, YOUR

21    HONOR.

22                 THE COURT:  ALL RIGHT.

23    BY THE COURT:

24    Q.     I JUST HAVE ONE OTHER QUESTION.  YOU WERE JUST

25    REFERENCING AGAIN AND I THINK YOU REFERENCED IT EARLIER,

1    THE FACT THAT YOU HAD AT SOME POINT STARTED TO LOOK --

2    INVESTIGATE, I GUESS, THE DOCKET AND SEE WHAT MOTIONS

3    HAD BEEN FILED AND THINGS LIKE THAT.  DO YOU REMEMBER

4    WHAT PROMPTED YOU TO DO THAT?

5    A.      JUST ASKING MR. THOMAS IF THERE IS ANY UPDATES

6    ON THE CASE AND IF WE NEED TO PROVIDE ANYTHING, NOT

7    REALLY GETTING CLEAR ANSWERS FROM HIM.  SO THEN WHEN I

8    WENT ON TO THE DOCKET MYSELF, I SAW THAT THERE'S SOME

9    ACTIVITY ON THE CASE, YOU KNOW.  AND WHEN I SAW THAT

10   THERE'S EITHER A MOTION OR SOMETHING LIKE THAT, WE WOULD

11   REFER BACK TO MR. THOMAS, ASK HIM ABOUT IT, AND THE

12   COMMON ANSWER WAS EVERYTHING IS FINE, EVERYTHING IS

13   OKAY.

14   Q.      SO IT WAS YOU, NOT MR. SHARGEL, WHO WENT AND

15   LOOKED AT THE DOCKET.

16   A.      IT WAS ME AND MR. SHARGEL.  WE BOTH LOOKED AT IT

17   INDIVIDUALLY AND SOMETIMES TOGETHER.

18   Q.      WAS IT SOMETHING YOU DID REGULARLY OR WAS IT

19   SOMETHING YOU DID SPECIFICALLY BECAUSE OF A CONCERN THAT

20   HAD ARISEN?

21   A.      NOT REGULARLY.  WE DID IT SPECIFICALLY BECAUSE

22   WE WERE NOT GETTING ANSWERS FROM MR. THOMAS AS FAR AS

23   UPDATES ON THE CASE, WHAT IS GOING ON, IF WE NEED TO

24   PROVIDE ANY ADDITIONAL PAPERWORK OR GIVE ANY TESTIMONY

25   OR ANYTHING LIKE THAT.

1    Q.        HOW DID YOU KNOW HOW TO ACCESS THE DOCKET?

2    A.        I JUST WOULD GO ON GOOGLE.  I WOULD TYPE IN THE

3    NAME OF THE CASE, THE DOCKET NUMBER, BASICALLY, SHELTON

4    VERSUS FCS, AND THEN IT WOULD GIVE YOU VARIOUS WEBSITES

5    THAT HAVE INFORMATION ABOUT THAT.

6                      THE COURT:  OKAY.  ALL RIGHT.  THAT IS

7    ALL I HAVE.

8                      MR. ARTOM-GINZBURG, DO YOU HAVE ANY

9    REDIRECT FOR MR. YASHAYEV?

10                     MR. ARTOM-GINZBURG:  I DO NOT, YOUR

11   HONOR.

12                     THE COURT:  OKAY.  MR. REO, ANYTHING

13   FURTHER?

14                     MR. REO:  NOTHING AT THIS TIME, YOUR

15   HONOR.

16                     THE COURT:  ALL RIGHT.  MR. YASHAYEV, I

17   APPRECIATE YOUR TIME.

18                     I'M SORRY, MR. SILVESTRO, YES.

19                     MR. SILVESTRO:  WILL I GET AN OPPORTUNITY

20   TO EXAMINE MR. YASHAYEV?

21                     THE COURT:  I'M SORRY.  GO AHEAD.  I

22   APOLOGIZE, BUT GO AHEAD.

23                     MR. SILVESTRO:  NO PROBLEM.  I WILL BE

24   BRIEF.

25                     CROSS EXAMINATION

1    BY MR. SILVESTRO:

2    Q.      MR. YASHAYEV, YOU REFERRED TO DURING SOME OF

3    YOUR PRIOR TESTIMONY THAT YOU HAD SOME CONVERSATION WITH

4    MY CLIENT, MR. JACOVETTI, IS THAT ACCURATE?

5    A.      YES.

6    Q.      ARE YOU AWARE THAT THE LAWSUIT THAT -- IN WHICH

7    MR. JACOVETTI WAS PLAINTIFF THAT THERE WAS AN ORIGINAL

8    AND THERE WAS AN AMENDED COMPLAINT?

9    A.      NO, I WAS NOT.

10   Q.      IF I TOLD YOU THAT THE ORIGINAL COMPLAINT HAD

11   YOU AS A PLAINTIFF AND IT WAS FILED ON JANUARY 9TH OF

12   2020, WOULD YOU HAVE ANY REASON TO BELIEVE THAT THAT WAS

13   NOT ACCURATE?

14   A.      NO.

15   Q.      THE CONVERSATION THAT YOU HAD WITH MR. JACOVETTI

16   WITH REGARD TO WHETHER OR NOT IT WAS APPROPRIATE FOR YOU

17   TO BE A PARTY, WAS THAT ONE CONVERSATION OR MULTIPLE

18   CONVERSATIONS?

19   A.      I BELIEVE IT WAS SEVERAL CONVERSATIONS, AND IT

20   WAS NOT -- SOMETIMES MAYBE NOT THE MAIN TOPIC OF

21   CONVERSATION, BUT IT WAS BROUGHT UP A FEW TIMES.

22   Q.      USING THE JANUARY 9TH OF 2020 BENCHMARK WHEN THE

23   ORIGINAL COMPLAINT WAS FILED, CAN YOU TELL THE COURT

24   WHETHER OR NOT ANY OF THOSE CONVERSATIONS THAT YOU HAD

25   WITH MR. JACOVETTI ABOUT THE LAWSUIT, DID THEY PRECEDE

1   JANUARY 9TH OF 2020?

2   A.      AGAIN, I JUST WAS AWARE THAT SOMETHING LIKE THAT

3   WAS GOING TO BE FILED.  I DON'T REMEMBER THE EXACT DATE

4   OF WHEN IT WAS SUPPOSED TO BE FILED OR, YOU KNOW, WHEN

5   WE SPOKE ABOUT IT BEING FILED.  I JUST REMEMBER, YOU

6   KNOW, IT WAS BEING -- SOMETHING THAT WAS BROUGHT UP AND

7   THAT IS ABOUT IT.

8   Q.      AND WERE YOU MADE AWARE AT SOME POINT THAT THE

9   COMPLAINT THAT WAS FILED INCLUDED YOU AS A PLAINTIFF?

10  A.      ONLY AFTER IT WAS ALREADY FILED.

11  Q.      AND THEN SOMETIME AFTER THAT, WERE YOU MADE

12  AWARE THAT AN AMENDED COMPLAINT WAS FILED AND YOU WERE

13  NO LONGER A PARTY?

14  A.      YES.

15  Q.      AND HOW DID YOU COME BY THAT INFORMATION THAT

16  YOU WERE NO LONGER A PARTY?

17  A.      MR. JACOVETTI WAS THE ONE THAT TOLD US ABOUT

18  THAT.

19  Q.      DID YOU HAVE ANY CONVERSATIONS DIRECTLY WITH

20  MR. THOMAS ABOUT WHY YOU WERE A PARTY TO THE ORIGINAL

21  COMPLAINT?

22  A.      I PERSONALLY DID NOT.

23  Q.      OKAY.  DO YOU KNOW IF MR. SHARGEL WAS OR HAD

24  SOME CONVERSATIONS DIRECTLY WITH MR. THOMAS ABOUT

25  WHETHER OR NOT IT WAS APPROPRIATE FOR HIM TO BE OR WHY

1    HE WAS A PLAINTIFF IN THE ORIGINAL COMPLAINT?

2    A.    I'M NOT SURE.  THAT MIGHT BE A BETTER QUESTION

3    FOR MR. SHARGEL.

4    Q.    OKAY.  THERE WAS SOME DISCUSSION EARLIER ABOUT A

5    CERTIFICATION THAT YOU SIGNED.  DO YOU REMEMBER THAT?

6    A.    YES.

7    Q.    DO YOU HAVE A COPY OF THE CERTIFICATION

8    SOMEWHERE IN FRONT OF YOU?

9    A.    I DON'T HAVE IT IN FRONT OF ME.  I CAN PULL IT

10   UP IF YOU GIVE ME JUST A MINUTE.

11              MR. SILVESTRO:  MR. ARTOM-GINZBURG, COULD

12   YOU PUT A COPY OF THE FULLY EXECUTED CERTIFICATION IN

13   FRONT OF YOUR CLIENT?

14              MR. ARTOM-GINZBURG:  YES.

15              THE WITNESS:  I HAVE IT IN FRONT OF ME

16   NOW.

17   BY MR. SILVESTRO:

18   Q.    PARAGRAPH NUMBER 1 INDICATES:  WE HAVE REVIEWED

19   AND DISCUSSED ALL PROCEEDINGS IN THIS MATTER WITH

20   MR. THOMAS AND HAVE A FULL UNDERSTANDING OF WHAT HAS

21   OCCURRED IN THIS MATTER.

22              DID I READ THAT ACCURATELY?

23   A.    YOU DID.

24   Q.    WHAT DID YOU REVIEW, IF ANYTHING?

25   A.    I DON'T REMEMBER REVIEWING ANYTHING.  I JUST

1    REMEMBER RECEIVING THE CERTIFICATION AND SIGNING THIS.

2    Q.    DID YOU EVER ASK MR. THOMAS ABOUT WHY HE

3    INDICATED -- STRIKE THAT.

4    WAS IT YOUR UNDERSTANDING THAT MR. THOMAS

5    AUTHORED THE CERTIFICATION?

6    A.    THAT WAS MY UNDERSTANDING, YES.

7    Q.    DID YOU EVER ASK HIM SPECIFICALLY WHY DOES IT

8    SAY THAT I REVIEWED CERTAIN THINGS?

9    A.    I DON'T REMEMBER ASKING HIM SPECIFICALLY.  I

10    REMEMBER US HAVING A BRIEF CONVERSATION ABOUT THE

11    CERTIFICATION WHERE MR. THOMAS SAID THAT THIS IS

12    BASICALLY TO KEEP ME IN THE CASE, THAT AS FAR AS YOU

13    KNOW, I'VE DONE NOTHING WRONG AND THAT I'M A GOOD GUY

14    KIND OF -- YOU KNOW, PREVIOUSLY TO WHAT I SAID BEFORE,

15    THAT THIS WAS MAYBE SOMETHING TO SHOW THE JUDGE THAT I'M

16    OKAY TO STAY ON THE CASE.

17    Q.    WERE YOU EVER TOLD OR WAS THERE ANY INFORMATION

18    THAT WOULD INDICATE THAT YOU WERE TIMING THIS BECAUSE

19    MR. THOMAS WAS IN TROUBLE WITH THE COURT?

20    A.    NO.

21    MR. SILVESTRO:  NOTHING FURTHER, YOUR

22    HONOR.

23    THE COURT:  ALL RIGHT.

24    ANYBODY HAVE ANY FOLLOW-UP,

25    MR. ARTOM-GINZBURG?

1                  MR. ARTOM-GINZBURG:  NO, YOUR HONOR.  I

2    WOULD REQUEST A TEN-MINUTE RECESS BEFORE I CALL

3    MR. SHARGEL.

4                  THE COURT:  THAT IS FINE.

5                  MR. REO, ANY FOLLOW-UP?

6                  MR. REO:  I HAVE LESS THAN TWO MINUTES OF

7    QUESTIONS AS A FOLLOW-UP AND THEN I WOULD ALSO REQUEST A

8    RECESS AS WELL.

9                  THE COURT:  GO AHEAD.

10                 RECROSS EXAMINATION

11    BY MR. REO:

12    Q.     MY QUESTION FOR MR. YASHAYEV.  IN DECEMBER OF

13    2018 IN SHELTON V FCS YOU WERE IN DEFAULT FOR A BRIEF

14    PERIOD OF TIME BUT THIS WAS --

15                  THE COURT:  MR. REO, LET ME STOP YOU.

16    DOES THIS FLOW FROM QUESTIONS ALREADY BEEN ASKED?  I

17    WANT TO LIMIT OURSELVES TO WINNOWING DOWN FROM THINGS

18    THAT HAVE ALREADY BEEN COVERED.

19                  MR. REO:  YES, IT DOES RELATE TO

20    SOMETHING THAT WAS JUST ASKED BY MR. THOMAS.

21                  THE COURT:  GO AHEAD.

22    BY MR. REO:

23    Q.     YOU WERE IN DEFAULT VERY BRIEFLY IN THE CASE,

24    BUT THIS WAS VACATED.  IN THE E-MAIL THAT MR. THOMAS HAD

25    ENTERED INTO EVIDENCE, YOU WERE ASKING HIM ABOUT A

1  DEFAULT JUDGMENT.  DID HE EVER CORRECT YOUR MISTAKEN

2  VIEW ABOUT WHETHER OR NOT YOU WERE ACTUALLY IN DEFAULT

3  VERSUS SUMMARY JUDGMENT?  THIS WOULD BE JULY 2020,

4  BECAUSE IN THE E-MAIL YOU SENT HIM YOU REFERENCE BEING

5  IN DEFAULT.  DID HE EVER CORRECT YOUR VIEW THEN THAT YOU

6  WERE NOT IN DEFAULT BUT RATHER WERE IN JUDGMENT VIA

7  SUMMARY JUDGMENT?

8  A.     NO.  I BELIEVED, YOU KNOW, AT THAT POINT THAT WE

9  WERE STILL IN DEFAULT JUDGMENT.

10  Q.     SO WHEN THE DEFAULT WAS VACATED BACK IN 2018,

11  DID HE ADVISE YOU THAT IT HAD BEEN VACATED?

12  A.     I DON'T REMEMBER, NO.

13               MR. REO:  NOTHING FURTHER.

14               THE COURT:  MR. THOMAS, GO AHEAD.

15               MR. THOMAS:  IF I MAY VERY BRIEFLY READ

16  -- WHATEVER, JUST ASK LIKE TWO QUESTIONS ON THIS?

17               THE COURT:  I'M SORRY.  CAN YOU SAY THAT

18  AGAIN.

19               MR. THOMAS:  I DON'T KNOW IF IT IS

20  REDIRECT, RECROSS.  MAY I JUST ASK TWO QUICK QUESTIONS

21  ON THIS, YOUR HONOR?

22               THE COURT:  YES.  WITH THE CAVEAT THAT I

23  HAVE TO TELL YOU I DON'T THINK THAT WHAT HAPPENED DURING

24  A PERIOD OF DEFAULT IN 2018 IS RELEVANT TO ANY OF THE

25  PROCEEDINGS IN FRONT OF ME RIGHT NOW.

1          MR. THOMAS:  I WILL WITHDRAW THE QUESTION

2     AT THIS POINT.  I THINK IT IS CLEAR ON THE RECORD WHAT

3     THAT E-MAIL IS REFERENCING.

4          THE COURT:  ALL RIGHT.  FINE.  WE WILL

5     TAKE A TEN MINUTE RECESS.  IT'S 11:32.  I'D LIKE TO BE

6     BACK ON THE RECORD BY 11:40.  I WANT TO KEEP THIS

7     MOVING.  SO PLEASE BE BACK BY 11:40.  OKAY?

8          (BREAK TAKEN.)

9          THE COURT:  LET'S GO BACK ON THE RECORD.

10          MR. SHARGEL:  GOOD MORNING, YOUR HONOR.

11          THE COURT:  GOOD MORNING.

12          SO MR. ARTOM-GINZBURG, I GATHER YOU ARE

13     GOING TO CALL MR. SHARGEL NOW?

14          MR. ARTOM-GINZBURG:  YES, I AM.

15          THE COURT:  GIVE ME ONE SECOND.

16     MR. THOMAS JUST LEFT.

17          WE HAVE MR. THOMAS BACK.

18          THE COURT:  I JUST GOT AN E-MAIL FROM

19     JOSHUA THOMAS.  HE SAID THAT HIS COMPUTER HAS CRASHED.

20          MR. THOMAS:  I JUST JOINED ON MY PHONE.

21     I APOLOGIZE.  I GOT A BLUE SCREEN OF DEATH.  AND IT IS

22     RESTARTING NOW.  I CAN BE ON, BUT MY NOTES ARE ON THE

23     COMPUTER.  SO I JUST ASK -- I WANT IT TO RESTART.  WE

24     CAN CONTINUE.  I DON'T WANT TO DELAY, BUT THAT WAS THE

25     REASON.  I APOLOGIZE FOR THAT, YOUR HONOR.

1              THE COURT:  ALL RIGHT.  WELL, IF YOU ARE

2    TAKING NOTES ON YOUR COMPUTER, HOW LONG IS IT GOING TO

3    GET THE COMPUTER RESTARTED, DO YOU KNOW?

4              MR. THOMAS:  IT IS RESTARTING NOW.  SO I

5    CAN'T IMAGINE MORE THAN MAYBE ANOTHER FIVE TO TEN

6    MINUTES TOTAL.  I HAD ALL MY PDF'S AND EVERYTHING SET UP

7    TOO.  SO I WOULD SAY PROBABLY TEN MINUTES TO GET BACK TO

8    WHERE I WAS.  I APOLOGIZE FOR THAT, YOUR HONOR.

9              THE COURT:  I THINK IT IS IMPORTANT THAT

10   YOU HAVE YOUR NOTES IN FRONT OF YOU.  WE WILL TAKE A

11   RECESS.  WE WILL STAND IN RECESS FOR TEN MINUTES.  I

12   HAVE 11:45.  I'D LIKE EVERYBODY BACK ON LINE BY 11:55,

13   TRY TO RESUME.  OKAY.

14              MR. THOMAS:  THANK YOU, YOUR HONOR.

15              (BREAK TAKEN.)

16              THE COURT:  IT LOOKS LIKE WE HAVE

17   MR. THOMAS BACK, SO I THINK WE HAVE ALL THE RELEVANT

18   FOLKS.  SO LET'S RESUME.  AND WE WILL GO BACK ON THE

19   RECORD, AND MR. ARTOM-GINZBURG, I WILL LET YOU PRESENT

20   MR. SHARGEL.

21              (BARRY SHARGEL, PLAINTIFF'S WITNESS,

22   SWORN.)

23              DIRECT EXAMINATION

24   BY MR. ARTOM-GINZBURG:

25   Q.     MR. SHARGEL, WE HAVE HEARD THE TESTIMONY OF YOUR

1      PARTNER.  I'M JUST GOING TO GO THROUGH SOME OF THE SAME

2      AREAS THAT I WENT THROUGH WITH HIM AND HOPEFULLY GET

3      THROUGH IT A LITTLE BIT QUICKER.

4                    THIS PERIOD OF TIME BETWEEN OCTOBER 8,

5      2019 AND DECEMBER 11TH, WHEN A PARTIAL SUMMARY JUDGMENT

6      WAS GRANTED, I SEE -- FROM YOUR PHONE RECORDS WHICH YOU

7      PROVIDED TO ME, I SEE THREE CALLS OF ONE MINUTE EACH

8      BETWEEN YOU AND MR. THOMAS.  DOES THAT COMPORT WITH YOUR

9      MEMORY?

10     A.     YES.

11     Q.     WERE YOU AWARE THAT A MOTION FOR SUMMARY

12     JUDGEMENT WAS OUTSTANDING?

13     A.     NO, I WAS NOT.

14     Q.     WERE YOU EVER ASKED TO COMPLETE AN AFFIDAVIT IN

15     OPPOSITION TO IT?

16     A.     NEVER.

17     Q.     THERE WERE SOME QUESTIONS EARLIER ABOUT WHETHER

18     YOU WERE NOTIFIED ABOUT THE FIRST MOTION FOR

19     RECONSIDERATION.  MR. THOMAS -- AND I BELIEVE THIS IS

20     EXHIBIT -- IT IS EITHER EXHIBIT 7 OR EXHIBIT 8 -- HAD

21     PRODUCED AN E-MAIL TO YOU THAT WAS CC'D TO YOU SHOWING A

22     MOTION FOR RECONSIDERATION.  DID YOU EVER RECEIVE THAT

23     E-MAIL?

24     A.     WILL YOU REPEAT THE QUESTION, PLEASE.

25     Q.     ON JANUARY 27TH MR. THOMAS FILED A MOTION FOR

1    RECONSIDERATION.  WHEN HE WAS QUESTIONING MR. YASHAYEV,

2    HE HAD PRODUCED AN E-MAIL DATED JANUARY 27TH STATING

3    THAT HERE IS A COPY OF THE MOTION FOR RECONSIDERATION.

4    DID YOU EVER RECEIVE A COPY OF THAT E-MAIL?

5                    THE COURT:  MR. ARTOM-GINZBURG, WE HAVE

6    IT MARKED FOR IDENTIFICATION.  LET'S SHOW IT TO HIM.

7    IT'S EXHIBIT 7, AND IT'S PAGES 43 AND 44 OF THE PDF THAT

8    MR. THOMAS SUBMITTED.

9    BY MR. ARTOM-GINZBURG:

10   Q.      IT CONTINUES ON TO THE NEXT PAGE.

11   A.      I REMEMBER RECEIVING THE E-MAIL.  I DON'T

12   REMEMBER WHAT THE CONTENTS OF THE E-MAIL WAS.

13   Q.      WHEN WE LOOKED THROUGH YOUR E-MAILS DURING THE

14   QUESTIONING OF MR. YASHAYEV, DID YOU SEE AN E-MAIL WITH

15   THIS HEADER IN THOSE E-MAILS?

16   A.      NO, I DID NOT, NO.

17   Q.      CONTINUING FORWARD --

18                   THE COURT:  MR. ARTOM-GINZBURG, YOUR

19   CAMERA IS NOW OFF OF YOU.  I'M JUST LOOKING AT A

20   MICROWAVE.  CAN YOU TURN IT?

21                   MR. ARTOM-GINZBURG:  SORRY.

22                   THE COURT:  THANK YOU.

23                   MR. ARTOM-GINZBURG:  PROBLEMS OF THE

24   PANDEMIC PRACTICE OF LAW.

25   BY MR. ARTOM-GINZBURG:

1    Q.        CONTINUING -- FOLLOWING THE MOTION FOR

2    RECONSIDERATION I SEE TWO CALLS -- A CALL ON

3    FEBRUARY 4TH, A TEXT MESSAGE ON FEBRUARY 4TH, A CALL ON

4    MARCH 10TH AND THEN AN E-MAIL ON APRIL 23RD.  I HAVE

5    GONE THROUGH YOUR PHONE RECORDS AND YOU WENT THROUGH

6    THEM AT SOME LENGTH TOO.

7              DO YOU HAVE ANY OTHER RECORD OR

8    COMMUNICATION WITH MR. THOMAS DURING THAT PERIOD OF

9    TIME?

10   A.        NO.

11   Q.        THE POST-JUDGMENT DISCOVERY MOTION WAS ORDERED

12   ON MAY 26TH.

13             THE SECOND MOTION FOR RECONSIDERATION WAS

14   FILED ON JUNE 1ST.

15             WERE YOU GIVEN ANY INPUT INTO A MOTION

16   FOR RECONSIDERATION?

17   A.        NO, I WAS NOT.

18   Q.        WERE YOU GIVEN THE POST-JUDGMENT DISCOVERY AT

19   THAT TIME?

20   A.        NO, I WAS NOT.

21   Q.        YOU WERE CONTACTED -- ON JUNE 17TH THE ORDER

22   DENYING THE SECOND MOTION FOR RECONSIDERATION CAME IN.

23   ON JUNE 23RD, YOU WERE ASKED TO PAY FOR AN APPEAL.  IT

24   WAS SHOWN IN THE RECORDS THAT YOU TEXTED A CREDIT CARD

25   OVER.  WERE YOU TOLD WHAT THE APPEAL WAS FOR?

1    A.        NO, I WAS NOT.

2    Q.        WHAT ISSUES WOULD YOU BELIEVE THAT THE APPEAL

3    WERE CONNECTED TO?

4    A.        I WAS THINKING MAYBE IT WAS SOMETHING TO DO WITH

5    THE MOTION THAT JOSH FILED THAT THE JUDGE HAD A PROBLEM

6    WITH.  I BELIEVE IT WAS ANYTHING BUT A POST-JUDGMENT

7    DISCOVERY MOTION.

8    Q.        IF I COULD TAKE A STEP BACK TO APRIL 23RD WHEN

9    YOU RECEIVED THE CERTIFICATION FOR THE JACOVETTI CASE.

10   WHAT DID YOU BELIEVE THAT DOCUMENT WAS FOR?

11   A.        WELL, JOSH CALLED MYSELF AND ROBERT, AND HE TOLD

12   US THAT HE NEEDS US TO SIGN THIS DOCUMENTATION.  HE SAYS

13   THAT THE JUDGE IS AGAINST HIM AND THAT THE JUDGE IS

14   BASICALLY NOT LOOKING AT THE MERITS OF THE CASE, BUT HE

15   IS LOOKING AT THE CASE BECAUSE HE DOES NOT LIKE HIM, AND

16   THAT IF WE WANT HIM TO CONTINUE MOVING FORWARD

17   REPRESENTING US, THAT WE NEED TO SIGN THIS.  WE SIGNED

18   THE DOCUMENTATION.  I JUST FOUND OUT DURING THE

19   TESTIMONY OF MY PARTNER THAT THIS WAS ACTUALLY ME

20   SIGNING SOMETHING THAT HAD TO DO WITH THE CASE THAT I

21   SHOULD NOT HAVE BEEN IN FROM THE GET-GO.

22   Q.        AND THAT'S THE JACOVETTI CASE.

23   A.        YES, THE JACOVETTI VERSUS SHELTON.

24   Q.        AND YOU WERE NOT ASKED TO BE A PLAINTIFF IN THAT

25   CASE.

1    A.      NO, WE NEVER ASKED TO BE A PLAINTIFF IN THAT

2    CASE WHATSOEVER.

3    Q.      YOU NEVER SAW A COPY OF THE COMPLAINT THAT NAMED

4    YOU AS A PLAINTIFF?

5    A.      NO, I DID NOT.

6    Q.      DO YOU HAVE ANY IDEA WHAT THE BASIS FOR THAT

7    LAWSUIT WAS?

8    A.      I HAD A BRIEF CONVERSATIONS WITH ROBERT ABOUT

9    IT.  ROBERT SAID SOMETHING ABOUT DEFAMATION, IF I'M NOT

10   MISTAKEN, AND THAT HE IS PURSUING IT BECAUSE FROM THE

11   BEGINNING, MR. SHELTON INCLUDED ROBERT IN OUR CASE, AND

12   THEN HE TOOK HIM OUT OF THE CASE.  AND HE SAID THAT

13   SINCE IT'S PUBLIC INFORMATION THAT NOW WHEN PEOPLE

14   GOOGLE HIS NAME, IT'S PUTTING A TARNISH ON HIS

15   REPUTATION.

16   Q.      BUT IT HAD NOTHING AT ALL TO DO WITH YOU OR WITH

17   FCS CAPITAL?

18   A.      NO, NOT AT ALL.

19   Q.      THE APPEAL WAS FILED ON JUNE 29TH AND THE SAME

20   DAY THERE WAS A MOTION FOR CONTEMPT, AND A MOTION FOR

21   SANCTIONS FILED AGAINST MR. THOMAS.  WERE YOU AWARE OF

22   EITHER OF THOSE MOTIONS?

23   A.      CAN YOU REPEAT THAT, PLEASE.

24   Q.      ON JUNE 29TH THERE WAS A MOTION FOR CONTEMPT AND

25   A MOTION FOR SANCTIONS THAT WERE FILED AGAINST

1    MR. THOMAS BY MR. REO.

2    A.      NO, I WAS NOT AWARE OF THOSE.

3    Q.      WERE YOU CONTACTED AT ANY POINT BETWEEN

4    JUNE 29TH AND THE MOTION HEARING?

5    A.      NO.

6    Q.      NOW, ON JULY 20TH YOU RECEIVED AN E-MAIL FROM

7    MR. THOMAS THAT ATTACHED POST-JUDGMENT INTERROGATORIES.

8    A.      YES.

9    Q.      WAS THAT THE FIRST TIME YOU HEARD ANYTHING ABOUT

10   A JUDGMENT?

11   A.      YES.  AND WE ALSO HAD A CONVERSATION WITH

12   MR. THOMAS THAT DAY ASKING WHAT CAN WE DO IN ORDER TO

13   STOP COLLECTION ACTIVITY, BECAUSE THIS JUST CAME OUT OF

14   THE BLUE.  HE SAID THE FIRST THING YOU CAN DO IS YOU CAN

15   GET A BOND.  WE CALLED MULTIPLE BONDSMEN.  THEY DO NOT

16   WANT TO DO ANYTHING FOR US.  WE THEN CALLED JOSH BACK.

17   JOSH SAID HE HAD A FORMER CLIENT THAT POSTED, I BELIEVE,

18   A 5 PERCENT OR 10 PERCENT BOND OF THE WHOLE THING.  HE

19   SAID THAT HE WOULD CONTACT THAT CLIENT, FIND OUT WHO

20   THEY USED AND CALL US BACK.  HE CALLED US BACK AND SAID

21   THE JUDGE ORDERED IT TO BE 5 TO 10 PERCENT.  IF YOU GUYS

22   WANT TO PUT UP A BOND, YOU HAVE TO PUT UP EVERYTHING.

23   HE ALSO TOLD US THAT IF YOU DON'T WANT ANY COLLECTION

24   ACTIVITY, LET'S PROVIDE HIM WITH SOMETHING, JUST TO KEEP

25   MR. SHELTON AND MR. REO HAPPY.  THAT IS WHEN WE PROVIDED

1    ALL THE INFORMATION OUT OF OUR BANK ACCOUNTS, THAT HAD

2    EVERYTHING THAT THEY ASKED FOR ON THAT PIECE OF PAPER.

3    AND WE BASICALLY COMPLIED WITH WHAT JOSH TOLD US WE HAVE

4    TO DO.

5    Q.      AND THE BANK ACCOUNTS HAPPENED A COUPLE OF DAYS

6    LATER.

7    A.      YES.  WE ALSO ASKED JOSH TO REDACT INFORMATION

8    ON THERE THAT SHOULD NOT BE ON THERE BECAUSE WE NEVER

9    KNEW WHERE IT COULD LEAD TO, BECAUSE HE MADE US BELIEVE

10   THAT HE IS JUST SHOWING TO IT MR. REO'S EYES ONLY.

11   Q.      HE NEVER INFORMED YOU THAT THIS WOULD BE USED BY

12   THE PLAINTIFF IN HIS COLLECTION ATTEMPTS?

13   A.      NO.

14   Q.      NOW --

15   A.      I ALSO REMEMBER NOW ASKING HIM, WHAT SHOULD WE

16   GIVE?  HE SAID GIVE YOUR BUSINESS BANK STUFF BECAUSE

17   THIS HAS TO DO MOSTLY WITH YOUR BUSINESS.  YOU DON'T

18   HAVE TO WORRY.  THEY ARE NOT REALLY LOOKING TO DO

19   ANYTHING.  I JUST WANT TO KEEP THEM AT BAY FOR NOW.

20   Q.      NOW, YOU HAD BEEN SUED PERSONALLY IN THIS CASE.

21   A.      YES.

22   Q.      WERE YOU AWARE THE JUDGEMENT WAS AGAINST YOU

23   PERSONALLY AS WELL?

24   A.      NO, NOT UNTIL I PULLED MY CREDIT REPORT, AND I

25   SAW THAT WHEN I TRIED TO PURCHASE A VEHICLE.

1    Q.      NOW, YOU BELIEVED YOU HAD A DEFENSE TO THIS

2    CASE, DID YOU NOT?

3    A.      YES, WE DID BELIEVE WE HAD A DEFENSE.

4    Q.      WHAT WAS THAT DEFENSE?

5    A.      FIRST OF ALL, THE PHONE NUMBER THAT MR. SHELTON

6    SAYS THAT WE CALLED, FROM WHAT WE UNDERSTAND, WHAT WE

7    SEE IS A BUSINESS PHONE NUMBER.  SO THIS WOULD BE A

8    B-TO-B PHONE CALL.  THE COMPANY THAT CALLED HIM AND THE

9    INDIVIDUAL THAT CALLED HIM WAS NOT WORKING FOR OUR FIRM

10   AT THAT TIME.  WE SENT MR. THOMAS THAT INFORMATION

11   BECAUSE HE SAID THAT IF YOU COULD PROVE TO ME THAT HE

12   DID NOT WORK FOR YOU, THAT THIS CAN GO AWAY.  AND WE DID

13   SEND HIM THAT.

14            ALSO ANOTHER THING WHY WE KNEW WE COULD

15   WIN THE CASE IS THAT THE CALLS THAT WERE BEING MADE,

16   MR. SHELTON ACTUALLY CONSENTED TO THEM WITH THE OTHER

17   GENTLEMAN WHILE HE WORKED IN THE OTHER COMPANY BECAUSE

18   WHEN WE CONFRONTED THAT GENTLEMAN THAT IS WHAT HE SAID,

19   THAT HE HAD PRIOR DEALINGS, WHAT I BELIEVE WAS FORWARD

20   FUNDING OR FAST EVENTS, WHATEVER THE NAME OF THE COMPANY

21   WAS, I DON'T RECALL.  THAT GENTLEMAN SAID THAT HE HAD

22   VIVID CONVERSATIONS OFFERING MONEY AND OFFERING

23   DIFFERENT THINGS TO MR. SHELTON, AND MR. SHELTON AND HIM

24   HAVE BEEN GOING FOR MONTHS AND MONTHS AND MONTHS, AND

25   NOW THEY ARE BEST OF FRIENDS.

1    Q.      YOU EXPECTED MR. THOMAS TO PUT UP A DEFENSE IN

2    THIS CASE.

3    A.      YES.

4    Q.      DID HE?

5    A.      NO, HE DID NOT.   FROM WHAT WE SEE NOW, HE DID

6    NOT.   TO BE VERY HONEST WITH YOU, FROM WHAT IT LOOKS

7    LIKE, MR. THOMAS DID NOT DO MUCH OF ANYTHING FOR US,

8    EXCEPT FOR GET US A JUDGMENT.

9    Q.      NOW, THE JUDGMENT CAME DOWN ON DECEMBER 11TH,

10   2019.   THE MOTION FOR RECONSIDERATION IS JANUARY 27TH.

11   DID MR. THOMAS AT ANY TIME, AFTER THE JUDGMENT CAME

12   DOWN, ASK YOU TO PREPARE AN AFFIDAVIT IN OPPOSITION TO

13   SUMMARY JUDGMENT?

14   A.      NO, HE DID NOT.

15   Q.      HAS THERE BEEN ANY INDICATION THAT MR. THOMAS

16   ATTEMPTED TO CORRECT THE LACK OF A SUMMARY JUDGMENT

17   FILING?

18   A.      NO, NOT TO OUR KNOWLEDGE.   NOT TO MY KNOWLEDGE,

19   I SHOULD SAY.

20   Q.      JUMPING BACK TO JULY, YOU FOUND OUT ABOUT THE

21   JUDGMENT.   YOUR BANK ACCOUNTS HAD BEEN SHUT DOWN.   ON

22   JULY 21ST AN OPINION AND AN ORDER CAME DOWN IN REGARDS

23   TO CONTEMPT AND SANCTIONS AGAINST MR. THOMAS FOR FAILURE

24   TO ANSWER DISCOVERY.   WERE YOU AWARE OF THAT?

25   A.      NO, I WAS NOT.   I ACTUALLY HAD A CONVERSATION

1    WITH MR. THOMAS ON THE 22ND AND THAT CONVERSATION

2    ACTUALLY WAS A FOLLOW-UP TO THE 20TH CONVERSATION IN

3    REGARDS TO MULTIPLE THINGS THAT WE COULD SUBMIT AND WHY

4    SHOULD WE SUBMIT THEM AND HOW WE SHOULD RESUBMIT THEM.

5    ALSO, THERE WERE QUESTIONS THERE THAT I ASKED HIM SHOULD

6    I ANSWER, SHOULD I NOT ANSWER?  AND HE SAID ANSWER

7    WHATEVER YOU CAN.  WHATEVER YOU CAN'T, LEAVE BLANK.

8    Q.      NOW, ON JULY 27TH THERE WAS A PETITION FOR

9    ATTORNEYS' FEES FILED BY MR. REO ON A SECOND MOTION FOR

10   SANCTIONS.  WERE YOU MADE AWARE OF THIS?

11   A.      NO, I WAS NOT.

12   Q.      I SEE YOU SPOKE TO MR. THOMAS SEVERAL TIMES

13   BETWEEN THE FILING OF THE PETITION FOR ATTORNEYS' FEES

14   AND THE SECOND MOTION FOR SANCTIONS BEGINNING ON

15   JULY 30TH, LOOKS LIKE ONE, TWO, THREE, FOUR, FIVE, SIX,

16   SEVEN, EIGHT, NINE AND TEN, 12 PHONE CALLS DURING THAT

17   SPACE OF TIME BEFORE THE ORDER CAME DOWN GRANTING THE

18   ATTORNEYS' FEES.  DID HE EVER RAISE THAT ISSUE WITH YOU?

19   A.      NO, HE DID NOT.

20   Q.      ON SEPTEMBER 4TH, A THIRD MOTION FOR SANCTIONS

21   WAS FILED BY MR. REO.  ON SEPTEMBER 7TH AN ORDER WAS

22   SCHEDULING THE SANCTIONS HEARING.  I SEE YOU SPOKE TO

23   MR. THOMAS ON SEPTEMBER 9TH.  DO YOU REMEMBER WHAT THAT

24   CONVERSATION WAS ABOUT?

25   A.      I BELIEVE THAT CONVERSATION WAS ASKING

1   MR. THOMAS THAT -- WHEN HE DOES HAVE THAT SANCTION

2   HEARING BECAUSE WE ACTUALLY SAW ONLINE -- WHEN WE

3   GOOGLED THE COURT CASE, WE SAW A DOCKET THAT THERE IS

4   SOMETHING HAPPENING THAT DAY.  WE ASKED TO BE PART OF

5   THAT CONVERSATION.  MR. THOMAS SAID THAT IS NOT AN

6   ISSUE, I WILL GIVE YOU THE ZOOM LINK ONCE I HAVE IT, AND

7   THAT NEVER HAPPENED.

8   Q.     YOU SPOKE TO MR. THOMAS SEVERAL MORE TIMES

9   COMING UP TO SEPTEMBER 22ND, AND THERE WAS AN ORDER

10  SETTING A SEPTEMBER 25TH DEADLINE FOR PRODUCING

11  DOCUMENTS.  DID HE -- WHERE WAS HE GOING IN SEPTEMBER?

12  WHAT WAS HE SAYING IN SEPTEMBER?

13  A.     THE SAME THING THAT HE WAS SAYING BEFORE, YOU

14  GUYS GIVE WHATEVER YOU GAVE.  I'M PUTTING IN MOTIONS FOR

15  THIS, MOTIONS FOR THAT.  AND I SAID OKAY, DO YOU NEED

16  ANYTHING ELSE FROM US?  NO, WE'RE OKAY.  ONCE AGAIN, THE

17  JUDGE IS AGAINST ME.  IT IS NOTHING TO DO WITH YOU GUYS.

18  WE ARE GOING TO RIGHT THE SHIP.  DON'T WORRY.

19  Q.     A FURTHER MOTION FOR CONTEMPT WAS FILED ON

20  SEPTEMBER 25TH WHEN DOCUMENTS WERE NOT PRODUCED.  AND ON

21  SEPTEMBER 28TH YOU RECEIVED A CALL FROM MR. THOMAS.  DO

22  YOU REMEMBER WHAT THAT WAS ABOUT?

23  A.     IF I REMEMBER CORRECTLY, THAT CALL WAS

24  MR. THOMAS STATING THAT THE HEARING IS GOING TO BE MOVED

25  TO OCTOBER 2ND, THAT MR. REO HAD A FISHING TRIP, I

1    BELIEVE, AND THAT HE WILL LET ME KNOW WHEN IT IS AND HE

2    WILL SEND ME A ZOOM LINK AGAIN.  I NEVER RECEIVED THAT

3    ZOOM LINK.

4                    ALSO ON THE 2ND WHEN I DID SPEAK TO JOSH,

5    HE SAID, OH, I THOUGHT YOU WERE ON THAT CALL.  I SAID,

6    NO, JOSH, I WAS NOT.  OH, I COULD HAVE SWORN YOU WERE.

7    AND THAT WAS THE END OF THAT CONVERSATION.

8    Q.      HOW DID YOU BECOME AWARE THAT THERE WAS AN ORDER

9    ON OCTOBER 2ND PERTAINING TO ISSUING SANCTIONS IN THE

10   CASE?

11   A.      ACTUALLY, I HEARD THAT FROM YOU BECAUSE WHEN I

12   CALLED YOU TO SAY, HEY, I JUST SPOKE TO JOSH, HE COULD

13   HAVE SWORN I WAS ON THE CALL.

14                   HE GOES:  DID JOSH EVEN EXPLAIN TO YOU

15   WHAT THE CALL WAS ABOUT?  I SAID, NO.  HE SAID:  WELL,

16   YOU GUYS ARE ON THE HOOK FOR ANOTHER 7,000 AND CHANGE.

17   AND THAT IS WHEN I GOT LIVID BECAUSE WE KNEW NOTHING

18   ABOUT ANYTHING THAT IS GOING ON.  AND EVEN AFTER

19   EVERYTHING THAT HAPPENED, JOSH WAS STILL HOLDING

20   INFORMATION BACK FROM US AND ASKING ME TO PAY HIM MORE

21   AND MORE MONEY.

22   Q.      NOW YOU RETAINED ME WHEN?

23   A.      IF I'M NOT MISTAKEN, IT WAS SOMETIME AT THE END

24   OF SEPTEMBER.

25   Q.      AND AT THE TIME YOU RETAINED ME, WHAT WAS THE

1    STATUS OF THE APPEAL?

2    A.        THE APPEAL I BELIEVE, WAS STILL ONGOING, BUT

3    AFTER EVERYTHING THAT HAD HAPPENED WITH THE PHONE CALL

4    THAT WE WERE SUPPOSED TO BE ON THAT WE MISSED -- WITH

5    EVERYTHING THAT HAPPENED, EMIL AND I SAT DOWN.  WE

6    DISCUSSED IT AND WE DECIDED TO FIRE MR. THOMAS AND

7    PURSUE MR. THOMAS FOR MALPRACTICE.

8    Q.        NOW, YOU HAD ME PREPARE A LETTER IN THAT REGARD,

9    DID YOU NOT?

10   A.        YES.  YOU TOLD ME THAT YOU SPOKE TO MR. THOMAS

11   ON THE PHONE.  MR. THOMAS SENT ME TWO E-MAILS.  YOU GOT

12   ANOTHER ATTORNEY.  I DID NOT RESPOND.  YOU THEN SAID

13   THAT MR. THOMAS TOLD YOU THAT HE HAS MALPRACTICE

14   INSURANCE.  IF YOU SEND HIM A LETTER, HE WILL BE MORE

15   THAN HAPPY TO DISCLOSE WHO IT IS.  I REMEMBER YOU

16   SENDING THE LETTER BECAUSE YOU SENT ME A COPY AS WELL,

17   AND THAT WAS THE LAST WE HEARD FROM MR. THOMAS.

18   Q.        YOU ASKED MR. THOMAS TO WITHDRAW THE APPEAL.

19   WHY DID YOU WITHDRAW THE APPEAL?

20   A.        BECAUSE WHAT HAPPENED ON OCTOBER 2ND WAS THE

21   STRAW THAT BROKE THE CAMEL'S BACK.  AND AFTER YOU SENT

22   HIM THE REQUEST FOR HIS MALPRACTICE INSURANCE AND HE

23   NEVER GOT BACK TO YOU, WE DECIDED THAT MR. THOMAS HAS TO

24   LOSE HIS JOB, YOU COULD SAY.  WE DECIDED TO FIRE HIM.

25   Q.        WERE YOU AWARE OF THE 76-PAGE TRANSCRIPT IN THE

1    JACOVETTI CASE WHICH MR. THOMAS WAS SUPPOSED TO PROVIDE

2    TO YOU?

3    A.      NO, I WAS NOT AWARE OF THAT OR ACTUALLY WAS

4    AWARE OF IT AFTER YOU SENT IT TO ME, ALONG WITH A

5    WRITTEN DOCUMENT THAT THE JUDGE PRESENTED AS WELL, THAT

6    JOSH SHOULD HAVE SENT TO US BEFORE WE SIGNED THAT

7    CERTIFICATION.  BUT FROM THE WAY THAT JOSH MADE IT SEEM,

8    WAS THAT EVERYTHING WAS GREAT AND THAT THE JUDGE IS JUST

9    MAD AT HIM, AND IT'S OKAY.  AND WE COULD JUST MOVE

10   FORWARD.

11   Q.      WOULD YOU HAVE CONTINUED WITH MR. THOMAS'S

12   REPRESENTATION BACK IN APRIL IF YOU HAD SEEN THOSE

13   DOCUMENTS?

14   A.      NO, I WOULD NOT.

15               MR. ARTOM-GINZBURG:  I HAVE NOTHING

16   FURTHER, YOUR HONOR.

17               THE COURT:  MR. REO.

18               CROSS-EXAMINATION

19   BY MR. REO:

20   Q.      DID YOU AUTHORIZE THE FILING OF JACOVETTI LAW V

21   SHELTON?

22   A.      NO, I DID NOT.

23   Q.      WHEN DID YOU FIRST LEARN OF THE ACTION JACOVETTI

24   LAW V SHELTON?

25   A.      I FIRST LEARNED ABOUT IT WHEN MR. JACOVETTI GAVE

1    ME A CALL AND SAID THAT JOSH PUT YOU GUYS INTO THIS

2    LAWSUIT WHEN HE SHOULD NOT HAVE, AND THAT THERE IS

3    SOMETHING CALLED RES JUDICATA AND THAT I SHOULD NOT HAVE

4    BEEN IN THERE FROM THE GET-GO, AND THAT HE IS GOING TO

5    REQUEST FOR ME TO GET TAKEN OUT.  THAT IS WHEN I LEARNED

6    ABOUT IT.  TO THIS DAY I STILL HAVE NOT SEEN A COPY OF

7    THAT LAWSUIT.

8    Q.     DO YOU REMEMBER APPROXIMATELY WHEN THAT

9    CONVERSATION TOOK PLACE?

10   A.     TO BE HONEST WITH YOU, I DO NOT.

11   Q.     WOULD THAT BE SOMETIME IN THE SPRING OR SUMMER

12   OF 2020 OR EARLIER, OR YOU JUST DON'T REMEMBER AT ALL?

13   A.     I DON'T RECALL.  I HAVE A LOT OF CONVERSATIONS

14   WITH BOB, TO BE HONEST WITH YOU.  I DON'T KNOW IF THAT

15   WOULD BE ONE OF THEM.

16   Q.     SURE.  WHEN DID JOSHUA THOMAS FIRST INFORM YOU

17   THAT A JUDGMENT HAD BEEN ENTERED AGAINST YOU IN THE

18   CASE, SHELTON V FCS?

19   A.     WHEN HE ASKED US TO PRODUCE THE INFORMATION IN

20   JULY.

21   Q.     DID MR. THOMAS EVER INFORM YOU THAT THE JUDGMENT

22   ENTAILED $54,000?

23   A.     WHAT HE TOLD US WAS THAT IT ENTAILED 27,000, AND

24   LATER FOUND OUT FROM HIM, HE GOES, OH, YOU PERSONALLY

25   FOR 27 AND NOW THE BUSINESS FOR 27.

1    Q.        BETWEEN MARCH 27, 2020 AND MAY 4, 2020 DID

2    MR. THOMAS EVER PROVIDE YOU WITH THE 76 PAGES OF

3    TRANSCRIPTS FROM THE HEARING WHERE HE WAS SANCTIONED, OR

4    DID HE REFERENCE THE TRANSCRIPTS, DISCUSS THEM OR

5    DESCRIBE THEM IN ANY MANNER?

6    A.        NO, HE DID NOT.   THE ONLY TIME THAT I LEARNED

7    ABOUT THOSE TRANSCRIPTS AND THE WRITTEN NOTICE THAT YOUR

8    HONOR ASKED MY PARTNER ABOUT IS WHEN MR. GINZBURG

9    PROVIDED THEM TO US AND I BECAME VERY LIVID AFTER I READ

10   THOSE TRANSCRIPTS.   ME AND MR. GINZBURG HAD ABOUT A

11   20-MINUTE CONVERSATION WHERE HE WAS TRYING TO CALM ME

12   DOWN.

13   Q.        SO JOSHUA THOMAS NEVER GAVE YOU THE TRANSCRIPTS.

14   YOU GOT THEM FROM MR. ARTOM-GINZBURG.

15   A.        THAT'S CORRECT, MR. REO.

16   Q.        THAT WOULD BE WITHIN THE LAST SIX TO EIGHT

17   WEEKS.

18   A.        YES, SIR.

19   Q.        DID MR. THOMAS EXPLAIN WHAT POST-JUDGMENT

20   DISCOVERY MEANT AND WHAT IT ENTAILED?

21   A.        NO.   WHAT HE DID TELL US WAS THAT GIVE US THE

22   DOCUMENTATION, WHETHER IT BE ON THE BUSINESS OR ANYTHING

23   ELSE.   THAT IS TO KEEP REO AND SHELTON AT BAY.

24            HE GOES:   GIVE ME WHATEVER YOU CAN, AND I

25   WILL SUBMIT IT.   WE ALSO ASKED HIM TO REDACT ANY AND ALL

1    INFORMATION ON THERE THAT SHOULD NOT BE THERE.  EMIL

2    ACTUALLY SENT HIM AN E-MAIL AND HE NEVER DID THAT AS

3    WELL.

4    Q.    DO YOU HAVE ANY SPECIFIC LEGAL EDUCATION,

5    SPECIFIC EXPERIENCE IN LAW OR A HISTORY OF INVOLVEMENT

6    IN LITIGATION SUCH THAT PERHAPS YOU WOULD BE A LEGALLY

7    SOPHISTICATED INDIVIDUAL, OR WOULD YOU CONSIDER YOURSELF

8    KIND OF A STREET LAYMAN?

9    A.    I'M A CIVILIAN TYPE OF GUY.

10   Q.    SO IT'S FAIR TO SAY THAT YOU TRUSTED MR. THOMAS

11   TO GIVE YOU REGULAR AND TIMELY UPDATES ABOUT THE

12   PROCEEDINGS OF THE CASE.

13   A.    YES, SIR.

14   Q.    AND DO YOU BELIEVE HE GAVE YOU REGULAR AND

15   TIMELY UPDATES ABOUT THE PROCEEDINGS OF THE CASE?

16   A.    NO, HE DID NOT.

17   Q.    ALL RIGHT.  AND HAD YOU KNOWN THAT HE HAD BEEN

18   SANCTIONED AND WHAT WAS GOING ON IN JACOVETTI LAW V

19   SHELTON, WOULD YOU HAVE CONTINUED TO BE REPRESENTED BY

20   HIM IN SHELTON V FCS?

21   A.    NO, WE WOULD NOT.

22   Q.    DO YOU KNOW IF JOSHUA THOMAS HAS MALPRACTICE

23   INSURANCE?

24   A.    HE TOLD MR. GINZBURG THAT HE HAS INSURANCE.  TO

25   SEND HIM A LETTER, HE WILL PROVIDE HIM THE INSURANCE

1    RIGHT AWAY.  HE NEVER ANSWERED THEREAFTER.

2    Q.     SO YOU DON'T KNOW IF HE ACTUALLY DOES OR DOES

3    NOT.

4    A.     I DO NOT KNOW, NO.

5               MR. REO:  NOTHING FURTHER AT THIS TIME.

6               THE COURT:  MR. SILVESTRO, I WILL LET YOU

7    GO, IF YOU HAVE ANYTHING, AND THEN I HAVE SOME

8    QUESTIONS.  NOT A LOT.

9               CROSS EXAMINATION

10   BY MR. SILVESTRO:

11   Q.     MR. SHARGEL, YOU INDICATED THAT YOU FOUND OUT

12   THAT YOU WERE A PARTY TO THE JACOVETTI ACTION AS A

13   RESULT OF A CONVERSATION WITH MR. JACOVETTI?

14   A.     YES.

15   Q.     ON HOW MANY OCCASIONS DID YOU DISCUSS YOU BEING

16   A PARTY IN THAT MATTER WITH MR. JACOVETTI?

17   A.     ONLY AFTER IT HAD HAPPENED.  I BELIEVE MAYBE

18   ONCE OR TWICE AFTER THAT.

19   Q.     AND WERE YOU MADE AWARE BY MR. JACOVETTI OR

20   ANYONE ELSE THAT AT SOME POINT MR. THOMAS HAD FILED AN

21   AMENDED COMPLAINT IN WHICH YOU WERE REMOVED FROM THAT

22   ACTION?

23   A.     MR. JACOVETTI TOLD US THAT WE WERE BEING SWIFTLY

24   REMOVED, THAT HE CONTACTED MR. THOMAS.  LIKE I SAID

25   PREVIOUSLY, TO THIS DAY I'VE NEVER SEEN THE ORIGINAL,

1    NOR THE AMENDED COMPLAINT.

2    Q.      AT SOME POINT DID MR. JACOVETTI CONFIRM THAT YOU

3    HAD IN FACT BEEN REMOVED AS A PARTY?

4    A.      YES, I BELIEVE SO.

5    Q.      DID YOU DO ANY INDEPENDENT INVESTIGATION LIKE

6    YOU HAD SUGGESTED BEFORE?  DID YOU LOOK AT THE DOCKET OR

7    DID YOU HAVE A CONVERSATION WITH MR. THOMAS AS TO WHY

8    YOU WERE A PARTY?

9    A.      NO, WE DID NOT.  FROM WHAT I UNDERSTOOD, IT WAS

10   A MISTAKE.  FROM WHAT I UNDERSTOOD IT WAS A MISTAKE AND

11   THAT MISTAKE WAS GOING TO GET CORRECTED.

12   Q.      AT SOME POINT YOU WERE AWARE THAT IT WAS

13   CORRECTED?

14   A.      YES, SIR.

15   Q.      DO YOU HAVE A COPY OF THE CERTIFICATION IN FRONT

16   OF YOU?

17   A.      IF YOU BEAR WITH ME A MOMENT, I CAN PULL IT UP.

18   GIVE ME ONE MOMENT.  IT WAS ACTUALLY ON MY PHONE THAT

19   MR. YASHAYEV WAS LOOKING AT.  IF YOU GIVE ME A MOMENT,

20   MR. YASHAYEV WILL PULL IT UP ON HIS PHONE SO I CAN TAKE

21   A LOOK AT IT.

22   Q.      YOU MAY NOT EVEN HAVE TO LOOK AT IT.

23   SPECIFICALLY IN PARAGRAPH 1 IT REFERS TO YOU REVIEWING

24   THINGS BEFORE YOU AGREE TO CONTINUE TO EMPLOY

25   MR. THOMAS.  ARE YOU FAMILIAR WITH THAT VERBIAGE?

1    A.     YES.

2    Q.     DID YOU REVIEW ANYTHING BEFORE YOU PUT YOUR

3    SIGNATURE ON THE CERTIFICATION?

4    A.     NO.  THE ONLY THING THAT WE HEARD IS WHAT JOSH

5    TOLD US VERBALLY, THAT, LIKE I SAID PRIOR, THE JUDGE WAS

6    MAD AT HIM, EVERYTHING IS OKAY.  FROM WHAT I REMEMBER

7    NOW, HE ALSO SAID THAT HE WANTS TO BRING SOMEBODY IN AS

8    THE FACE OF THE LAWSUIT AND THAT HE IS GOING TO BE IN

9    THE BACK DOING ALL THE WORK.

10   Q.     AND DID YOU PURSUE HIRING A NEW LAWYER AT THAT

11   POINT?

12   A.     NO.  BECAUSE WE -- FROM WHAT MR. THOMAS TOLD US,

13   EVERYTHING IS OKAY, AND THAT THE JUDGE IS MAD AT HIM.

14   AND IT HAS NO MERIT ON OUR CASE WHATSOEVER, THAT IT HAS

15   NO WEIGHT ON IT.  AND TO BE HONEST WITH YOU, I DID NOT

16   EVEN KNOW THAT I WAS SIGNING A CERTIFICATION FOR A CASE

17   THAT I SHOULD NOT HAVE BEEN IN FROM THE GET-GO, AND

18   NEITHER SHOULD HAVE BEEN MY PARTNER.

19   Q.     AT THE TIME YOU SIGNED THE CERTIFICATION, WERE

20   YOU AWARE THAT YOU WERE A PARTY?

21   A.     NO, I WAS NOT.

22             MR. SILVESTRO:  NOTHING FURTHER, YOUR

23   HONOR.

24             THE COURT:  I JUST HAVE A COUPLE

25   FOLLOW-UPS AND THEN I AM GOING TO LET MR. THOMAS GO.

1                    THE WITNESS:  CAN I HAVE A FIVE-MINUTE

2      BATHROOM BREAK.  I APOLOGIZE.  I HAD A HEADACHE THIS

3      MORNING.  I'M DRINKING A LOT OF WATER.  I HAVE TO RUN TO

4      THE TOILET, IF YOU DON'T MIND, PLEASE.

5                    THE COURT:  TAKE A FIVE MINUTE RECESS.

6                    THE WITNESS:  THANK YOU SO MUCH.

7                    (BREAK TAKEN.)

8                    THE COURT:  ARE WE READY TO GO BACK ON

9      THE RECORD?  WE ARE MISSING MR. REO.  THERE HE IS.  ALL

10     RIGHT.

11                   I JUST HAVE A FEW QUESTIONS FOR YOU,

12     MR. SHARGEL.

13     BY THE COURT:

14     Q.     YOU SAID THAT YOU FOUND OUT THERE WAS A JUDGMENT

15     AGAINST YOU WHEN YOU WERE TRYING TO BUY A CAR, AND I

16     THINK YOU PULLED YOUR CREDIT REPORT.

17                   WHEN WAS THAT?

18     A.     THIS WAS IN EARLY AUGUST BECAUSE FROM WHAT WE

19     UNDERSTOOD, IT WAS NOT EVEN ON OUR CREDIT REPORT YET.

20     AND THEN WHEN I WENT TO GO GET A CAR, ONE OF THE BUREAUS

21     HAD IT ON THERE.  ONE CALLED CLEAR SCORE.  I APOLOGIZE.

22     Q.     SO BY THAT POINT WHEN YOU WERE DOING THAT, YOU

23     KNEW THAT THERE WAS DISCOVERY THAT WAS BEING ISSUED IN

24     AID OF EXECUTION OF THE JUDGMENT, RIGHT, WHERE THEY ARE

25     ASKING FOR ALL YOUR BANK ACCOUNTS AND THINGS LIKE THAT?

1    A.        YEAH.   WE PROVIDED THOSE PRIOR TO MR. THOMAS.

2    Q.        BUT YOU ARE SAYING -- YOUR TESTIMONY IS THAT YOU

3    KNEW YOU WERE BEING ASKED FOR THAT INFORMATION, BUT YOU

4    DID NOT KNOW THAT IT WAS TO AID THE OTHER SIDE IN

5    EXECUTING ON A JUDGMENT.

6    A.        YES, SIR.

7    Q.        ALL RIGHT.

8              AND MAYBE YOU SAID THIS, AND I MISSED IT.

9    BUT WHEN DID YOU FIND OUT ABOUT THE REQUESTS FOR

10   INFORMATION IN AID OF EXECUTION, IN OTHER WORDS, THE

11   DISCOVERY THAT WAS ASKING FOR YOUR BANK ACCOUNT

12   INFORMATION?

13   A.        ON JULY THE 20TH.

14   Q.        THAT WAS THE FIRST TIME?

15   A.        YES, SIR.

16   Q.        THE CERTIFICATION THAT YOU SIGNED THAT

17   MR. SILVESTRO ASKED YOU ABOUT, DID YOU TALK TO

18   MR. JACOVETTI AT ALL ABOUT IT?

19   A.        WHAT CERTIFICATION, YOUR HONOR?

20   Q.        THE ONE WHERE YOU SAID YOU HAD REVIEWED AND

21   DISCUSSED ALL THE PROCEEDINGS IN THE CASE, THAT YOU THEN

22   SUBMITTED TO ME -- OR THAT MR. THOMAS SUBMITTED TO ME.

23   A.        THAT IS MARCH -- APRIL 23RD, I BELIEVE.

24   Q.        YES.

25              DID YOU TALK -- I'M JUST ASKING IF YOU

1    DISCUSSED THAT AT ALL WITH MR. JACOVETTI.

2    A.      MR. JACOVETTI WAS ACTUALLY ON THE PHONE CALL

3    WITH MR. THOMAS AND I WHEN MR. THOMAS WAS STATING THAT

4    THE JUDGE IS JUST MAD AT ME, IT HAS NOTHING TO DO WITH

5    YOU GUYS.  I'M GOING TO BRING SOMEBODY ELSE IN AS THE

6    FACE.  I'M GOING TO DO ALL THE WORK IN THE BACK END.  HE

7    NEVER TOLD US IT'S FOR CERTIFICATION FOR JACOVETTI

8    VERSUS SHELTON.  I UNDERSTOOD THAT IT'S A CERTIFICATION

9    FOR OUR CASE.  I NEVER EVEN KNEW THAT HE HAD TO PRESENT

10   THIS WITH 76 PAGES WORTH OF DOCUMENTATION.

11   Q.      SO THERE WAS A CONVERSATION WITH YOU, MR. THOMAS

12   AND MR. JACOVETTI.  WERE THERE -- WERE THERE ANY OTHER

13   CONVERSATIONS BETWEEN YOU AND MR. JACOVETTI WITHOUT

14   MR. THOMAS ABOUT IT?

15   A.      MR. JACOVETTI CALLED ME AND SAID GET THAT SIGNED

16   IN A TIMELY MANNER.  I SAID:  NOT A PROBLEM.

17   Q.      AND THAT WAS IT?

18   A.      THAT WAS IT.

19   Q.      OKAY.

20           THERE WAS A SANCTIONS HEARING ON OCTOBER

21   2ND THAT YOU SAID YOU HAD WANTED TO ATTEND.

22   A.      YES, SIR.

23   Q.      AND I GATHER THAT YOU WERE NOT ABLE TO ATTEND.

24   YOU DID NOT GET THE ZOOM LINK FROM MR. THOMAS SO YOU

25   MISSED IT, RIGHT?

1    A.        YES.   MR. THOMAS ALSO TOLD ME THAT I COULD HAVE

2    SWORN I WAS ON THAT CALL, WHEN I WAS NOT.

3    Q.        DID YOU AT SOME POINT CALL EITHER MY CHAMBERS OR

4    THE CLERK'S OFFICE TO FIND OUT ABOUT THE STATUS OF THAT

5    HEARING?

6    A.        I WILL EXPLAIN TO YOU WHAT HAPPENED.   I CALLED

7    -- I SPOKE TO JOSH AND I ASKED HIM IF I COULD BE PRIVY

8    TO THE HEARING.   HE SAID THAT I BELIEVE THAT THERE

9    SHOULD NOT BE A REASON WHY YOU SHOULD NOT BE.   I SAID

10   OKAY.   HE SAID IT'S SUPPOSED TO BE I BELIEVE ON THE 28TH

11   OF SEPTEMBER.   THAT WAS THE FIRST DATE.   HE THEN CALLED

12   ME AND LET ME KNOW THAT IT WAS BEING RESCHEDULED.   I

13   DON'T REMEMBER THE EXACT DATE.   THE FIRST ONE WAS

14   RESCHEDULED TO OCTOBER 2ND.   HE THEN TOLD ME THAT I

15   BELIEVE MR. REO HAD A FISHING TRIP OR WHATEVER THE CASE

16   WAS, I WILL GIVE YOU THE LINK ONCE I HAVE IT.

17              HE CALLED ME EITHER RIGHT AFTER OR

18   SOMETIME AFTER TO TELL ME HEY, WE JUST HAD THE HEARING,

19   WHAT DID YOU THINK?   I SAID I WAS NOT ON THE HEARING.

20   OH, I COULD HAVE SWORN YOU WERE.   HE NEVER TOLD ME WHAT

21   HAPPENED AT THE HEARING.   HE DID NOT EVEN GIVE ME A

22   CHANCE TO EVEN ASK THAT.   HE SAID I WILL CALL YOU LATER

23   AND NEVER CALLED ME BACK.

24              MR. GINZBURG THEN TOLD ME THAT SAME DAY,

25   HEY, YOU GUYS ARE ON THE HOOK FOR ANOTHER $7,000.

1      MR. THOMAS LOST THAT CASE.

2      Q.      SO THERE WAS NO POINT WHERE YOU CALLED ANYONE

3      WITH THE COURT DIRECTLY, EITHER MY CHAMBERS OR THE

4      CLERK'S OFFICE OR SOMETHING LIKE THAT?

5      A.      NOT THAT I RECALL, SIR, NO.

6                      THE COURT:  OKAY.  ALL RIGHT.  THOSE ARE

7      ALL MY QUESTIONS.

8                      MR. THOMAS, YOUR WITNESS.

9                      MR. THOMAS:  THANK YOU, YOUR HONOR.  GIVE

10     ME ONE MOMENT.  JUST TRYING TO RECONSTRUCT MY NOTES.

11     GIVE ME ONE SECOND.

12                      CROSS EXAMINATION

13     BY MR. THOMAS:

14     Q.      MR. SHARGEL, HOW ARE YOU?

15     A.      I'M GOOD.  HOW ARE YOU?

16     BY MR. THOMAS:

17     Q.      IN REGARDS TO -- SORRY.  I HAD TO REDO MY NOTES

18     SO IF I'M A LITTLE SCATTERED, I APOLOGIZE.

19     A.      NO WORRIES.

20     Q.      IN REGARDS TO THE SPECIFIC COMMUNICATIONS THAT

21     YOU COMPILED WITH -- IN REGARDS TO, I GUESS, PRIOR TO

22     THIS HEARING, THOSE COMMUNICATIONS, HOW DID YOU COMPILE

23     THAT LIST?

24     A.      I PUT EVERY ONE OF MY E-MAIL COMMUNICATION WITH

25     YOU.  I PULLED ALL MY PHONE RECORDS FROM VERIZON

1    WIRELESS.  I PULLED ALL OF MY TEXT MESSAGES OFF OF MY

2    PHONE.  I LOGGED INTO MY ICLOUD, AND I PULLED EVERY

3    HISTORY OF EVERY CONVERSATION THAT I HAVE HAD WITH YOU.

4    Q.      VERY GOOD.  DID YOU INCLUDE ALL OF THOSE E-MAILS

5    IN THAT LIST THAT WAS SUBMITTED TO THE COURT?

6    A.      THE ONLY E-MAIL THAT I DID NOT SUBMIT WAS THE

7    E-MAIL FROM 2018 BECAUSE I UNDERSTOOD THAT THAT E-MAIL

8    WAS NOT RELEVANT BECAUSE THAT PRECEDED THE TIME THAT WE

9    WERE SPEAKING OF.

10   Q.      SO THE COMMUNICATIONS THAT HE SUBMITTED, THE

11   SUMMARY OF COMMUNICATIONS THAT WERE SUBMITTED BY HIM,

12   DID YOU REVIEW THOSE BEFORE THEY WERE ACTUALLY SUBMITTED

13   TO THE COURT?

14   A.      YES, SIR, I DID.

15   Q.      SO YOU ARE AWARE THAT THE SUMMARY OF

16   COMMUNICATIONS STARTS APRIL 3RD, 2019.

17              ARE YOU SAYING THERE ARE NO

18   COMMUNICATIONS PRIOR TO APRIL 23RD, 2019 WITH ME?

19   A.      THERE WAS.  THERE WAS COMMUNICATION WITH YOU

20   WHEN WE HIRED YOU FOR THE CASE.  THERE WAS COMMUNICATION

21   WHEN I SENT YOU EVIDENCE THAT YOU SHOULD USE IN THE

22   CASE.  THERE WAS MULTIPLE E-MAILS WITH EVIDENCE, BUT

23   MR. GINZBURG TOLD ME THAT THAT IS IRRELEVANT TO WHAT WE

24   ARE DOING HERE TODAY.

25   Q.      SO JUST SO WE ARE CLEAR, THIS LIST OF

1      COMMUNICATIONS, THE SUMMARY OF TELEPHONE RECORDS, THIS

2      IS NOT THE FULL LIST OF E-MAILS THAT YOU AND I HAVE

3      COMMUNICATED WITH, POTENTIALLY NOT EVEN THE FULL LIST OF

4      PHONE CALLS WHICH WE WILL GET INTO IN A MINUTE.  SO THIS

5      DOES NOT REFLECT ALL COMMUNICATIONS BETWEEN US, IS THAT

6      ACCURATE?

7      A.      THAT IS ACCURATE.

8      Q.      DOES IT ALSO INCLUDE ALL THE CALLS WHERE IT WAS

9      INITIATED BY MR. JACOVETTI WHERE HE CALLED YOU AND I

10     BOTH?  DOES IT INCLUDE THOSE CALLS AS WELL?

11     A.      YES, IT DOES.

12     Q.      IT DOES.  SO YOU ACTUALLY HAVE --

13     A.      I BELIEVE IT DOES.

14     Q.      DID YOU SPECIFICALLY INCLUDE ALL OF THE PHONE

15     CALLS FROM MR. JACOVETTI WHERE YOU AND I WERE BOTH ON

16     THE PHONE TOGETHER?

17     A.      MOST OF THE TIME WHEN YOU AND I SPOKE, JOSH, OR

18     ACTUALLY 99 PERCENT OF THE TIMES, I INITIATED THE CALLS

19     WITH YOU OR YOU INITIATED A CALL WITH ME, AND THEN I

20     WOULD ASK TO GET MR. JACOVETTI ON THE LINE, AND THEN

21     EITHER I WOULD THREE WAY HIM IN OR YOU WOULD.

22     Q.      I WILL ASK THAT QUESTION ONE MORE TIME, SINCE

23     THAT IS NOT REALLY AN ANSWER.  DOES THAT INCLUDE THE

24     CALLS WHEN MR. JACOVETTI INITIATED THE CALL AND THEN YOU

25     AND WERE I WERE BOTH ON THE PHONE WITH HIM?

1    A.        I DON'T REMEMBER MR. JACOVETTI INITIATING ANY

2    CALLS BETWEEN YOU AND I.

3    Q.        SO THE ANSWER TO THAT QUESTION IS NO, IT DOES

4    NOT INCLUDE ANY CALLS, IS THAT CORRECT?

5    A.        THE ANSWER IS NOT NO.  IT SAYS THAT I DO NOT

6    RECALL ANY CONVERSATION THAT MR. JACOVETTI INITIATED

7    BETWEEN YOU AND I.

8    Q.        OKAY.  THERE'S A MOTION TO RECONSIDER.  AGAIN, I

9    APOLOGIZE.  I DON'T HAVE THE EXHIBITS SO I'M JUST GOING

10   TO REFER TO THE PAGE NUMBER.

11                 MR. THOMAS:  I APOLOGIZE, YOUR HONOR.  I

12   BELIEVE MOST OF THESE ARE ALREADY LISTED AS EXHIBITS.

13                 THE WITNESS:  DO YOU GUYS MIND IF I HAVE

14   A CHANCE TO LOOK AT THEM AS WELL?

15   BY MR. THOMAS:

16   Q.        I'M SAYING WE WILL REFER TO THE PAGE NUMBERS SO

17   THAT WE CAN REVIEW THEM.

18                 IT'S PAGE 43 IS THE FIRST ONE.

19   A.        BEAR WITH ME A MOMENT.  LET ME GET IT HERE.

20                 THE COURT:  FOR OUR RECORD, THAT IS

21   EXHIBIT 7.

22                 GO AHEAD.

23                 MR. THOMAS:  THANK YOU.  I WILL FILL IN

24   THE EXHIBITS AS WE GO.  I APOLOGIZE AGAIN.

25                 THE WITNESS:  IS THAT THE ONE FROM

1    MONDAY, JANUARY 27TH?

2    BY MR. THOMAS:

3    Q.      CORRECT.

4    A.      OKAY.

5    Q.      THE E-MAIL THAT SAYS THAT, IS THAT YOUR E-MAIL?

6    A.      YES, IT IS.

7    Q.      DO YOU REMEMBER RECEIVING THIS MOTION TO

8    RECONSIDER?

9    A.      I REMEMBER RECEIVING A MOTION TO RECONSIDER, BUT

10   FROM WHAT I BELIEVE THIS WAS A MOTION TO RECONSIDER A

11   MOTION THAT WAS FILED.  NOTHING TO DO WITH A JUDGMENT ON

12   OUR -- ON US.

13   Q.      WHAT DID YOU THINK THE MOTION TO RECONSIDER WAS

14   FOR?

15   A.      FOR SOME KIND OF MOTION THAT YOU PUT IN AS WELL,

16   AND THE JUDGE STRUCK IT DOWN.  YOU SAID THAT I HAVE TO

17   PUT IN A MOTION TO RECONSIDER, AND THAT IS WHAT I

18   THOUGHT IT WAS BECAUSE OF.

19   Q.      AND WE HAD A PHONE CALL ON THIS MATTER PRIOR TO

20   THE MOTION TO RECONSIDER BEING SUBMITTED.

21   A.      IF YOU BEAR WITH ME ONE SECOND, I WILL LOOK

22   THROUGH MY RECORDS.

23   Q.      DO YOU REMEMBER OFF THE TOP OF YOUR HEAD IF

24   THERE WAS A PHONE CALL BEFORE THAT WAS SUBMITTED?

25   A.      NO.  I DON'T REMEMBER OFF THE TOP OF MY HEAD,

1    SIR, NO.

2    Q.      SO IT APPEARS, BASED ON YOUR RECORDS -- NOW YOU

3    CAN LOOK, THAT THERE WAS PHONE CALLS ON JANUARY 2ND, A

4    TEXT JANUARY 2ND, A TEXT JANUARY 16TH AND A CALL JANUARY

5    21ST.

6    A.      THERE WAS A ONE MINUTE PHONE CALL ON JANUARY

7    2ND, WHICH YOU DID NOT ANSWER.  I THEN SENT YOU A TEXT

8    MESSAGE ON JANUARY 2ND ASKING YOU FOR A CALL BACK.  YOU

9    CALLED ME BACK.  WE SPOKE FOR ONE MINUTE, AND THEN WE

10   SPOKE AGAIN ON THE 13TH FOR A MINUTE, AND ON THE 16TH

11   FOR A MINUTE AND THEN -- I'M SORRY.

12           I CALLED YOU ON -- ON 8/23 I GAVE YOU A

13   CALL.  AND ON JANUARY 16TH, I CALLED YOU.  JANUARY 13TH

14   I CALLED YOU.  WHEN YOU WERE NOT RESPONDING TO ME, I

15   THEN SENT YOU A TEXT MESSAGE REQUESTING A CALL BACK.

16   Q.      OKAY.

17   A.      YOU AND I FINALLY SPOKE, I BELIEVE, ON JANUARY

18   21ST, IF I'M NOT MISTAKEN -- OR I ACTUALLY PLACED TWO

19   CALLS OF A MINUTE EACH, AND YOU DID NOT ANSWER, AS WELL.

20   Q.      AGAIN, THIS DOES NOT INCLUDE ANY CALLS WHERE

21   MR. JACOVETTI CALLED UP BOTH OF US AHEAD OF TIME AND

22   THEN THERE IS THE THREE OF US ON THE PHONE?

23   A.      I BELIEVE IT DOES NOT, NO.  BUT I DON'T -- LIKE

24   I SAID BEFORE, I DON'T REMEMBER MR. JACOVETTI INITIATING

25   ANY PHONE CALLS.  I REMEMBER ALL THE PHONE CALLS EITHER

1   BEING INITIATED BY YOU OR ME AND THEN PUTTING

2   MR. JACOVETTI IN, BECAUSE AT THAT TIME, MR. JACOVETTI

3   WAS NOT A PARTY ANYMORE TO THE LAWSUIT, AND THE ONLY

4   REASON WHY I'D WANT MR. JACOVETTI ON THE PHONE WAS

5   BECAUSE MR. JACOVETTI WAS AN ATTORNEY AND I VALUED HIS

6   OPINION ON SOME THINGS.

7   Q.     AND DO YOU CONSULT WITH -- DID YOU CONSULT WITH

8   HIM FREQUENTLY ON THE CASE?

9   A.     NO, I DID NOT CONSULT BECAUSE I TRUSTED YOU,

10  BECAUSE I THOUGHT THAT YOU WOULD BE FORTHCOMING AND

11  HONEST WITH US IN EVERYTHING THAT WAS GOING ON.

12  Q.     DID YOU DISCUSS THE CASE -- AND IT'S NOT ON YOUR

13  LIST, BUT SIR, DID YOU DISCUSS THE CASE IN DECEMBER OF

14  2019 WITH MR. JACOVETTI AT ALL?

15  A.     NO, I DID NOT.

16  Q.     YOU NEVER DISCUSSED THEM IN DECEMBER.  HOW ABOUT

17  NOVEMBER OF 2019?

18  A.     I DON'T RECALL.

19  Q.     HOW ABOUT OCTOBER OF 2019?

20  A.     I SPEAK TO MR. JACOVETTI ALL THE TIME.  MAYBE I

21  ASKED HIM:  HEY, DID YOU HEAR FROM JOSH OR WHATEVER THE

22  CASE IS.  AND THAT WOULD BE A YES OR NO ANSWER.  I DON'T

23  REMEMBER DISCUSSING THE CASE WITH HIM.

24  Q.     OKAY.

25         THE MOTION TO RECONSIDER, OFF THE TOP OF

1    YOUR HEAD, DO YOU KNOW WHAT THE BASIS FOR IT WAS?

2    A.       I DO NOT REMEMBER.

3    Q.       DO YOU REMEMBER SENDING ME -- SORRY, ONE SECOND.

4             DO YOU REMEMBER SENDING ME AN E-MAIL

5    JANUARY 30TH?  I WILL REFER TO -- GIVE ME ONE SECOND, I

6    WILL TELL YOU WHAT THE NUMBER IS.

7    A.       NO PROBLEM.

8    Q.       GREAT.  MISSED THE PAGE.

9             DO YOU REMEMBER SENDING AN E-MAIL ABOUT

10   THE RECORDINGS, THE FOUR RECORDINGS?

11   A.       YES.  I REMEMBER SENDING YOU RECORDINGS OF

12   MR. SHELTON TALKING ABOUT WHAT HE DOES AND HOW HE DOES

13   THINGS.

14   Q.       IF I STATE TO YOU IT WAS JANUARY 30TH, THREE

15   DAYS AFTER THIS WAS FILED, WOULD YOU ACCEPT THAT?  I

16   JUST CAN'T FIND THE E-MAIL.

17   A.       I'M SURE IT SOUNDS ABOUT RIGHT, JOSH.

18   Q.       YOU SENT IT TO ME JANUARY 30TH, AND THEN AFTER

19   THAT, I JUST DON'T HAVE THE PAGE NUMBER.  I DON'T WANT

20   TO WASTE EVERYBODY'S TIME.

21             AFTER THAT THERE WAS A SET OF TRANSCRIPTS

22   WHICH WERE THEN USED AGAIN BACK ON FEBRUARY 20TH.  DO

23   YOU REMEMBER RECEIVING THOSE TRANSCRIPTS?

24   A.       I BELIEVE THAT MR. JACOVETTI HAD THOSE

25   TRANSCRIPTS, JUST TRANSCRIBED BY A COMPANY THAT HE USES,

1    AND THAT WE SENT THEM TO YOU.  YOU SAID THIS IS GREAT,

2    AS MORE EVIDENCE AGAINST SHELTON.

3    Q.      SO WE RECEIVED THEM -- I SHOULD SAY, YOU AND I

4    RECEIVED THEM, IT LOOKS LIKE FEBRUARY 20TH FROM KRISTIN

5    WILSON.  IT LOOKS LIKE THEY WERE RECEIVED FEBRUARY 19TH.

6    IS THAT FAIR TO SAY?

7    A.      I DON'T RECALL.  I DON'T HAVE IT IN FRONT OF ME.

8    IF YOU COULD CITE THE PAGE NUMBER.

9    Q.      LET ME SEE IF I HAVE A PAGE NUMBER.  FOR SOMEONE

10   ELSE I ACTUALLY INCLUDED IT.  WELL, LET'S JUST SAY, AT

11   SOME POINT THEY WERE TRANSCRIBED, CORRECT?

12   A.      YES, THEY WERE TRANSCRIBED.

13   Q.      DO YOU REMEMBER THAT WE HAD A PHONE CALL TO SAY

14   THEY NEEDED TO BE TRANSCRIBED?

15   A.      YES, WE DID.

16   Q.      SO OBVIOUSLY IT HAD TO BE BEFORE FEBRUARY 20TH,

17   CORRECT?

18   A.      YES.  AND I ALSO ASKED YOU WHY DO THEY HAVE TO

19   BE TRANSCRIBED.  AND YOU SAID BECAUSE THE COURT DOES NOT

20   ACCEPT IT IN A WAVE FILE OR WHATEVER THE CASE IS.  AND I

21   SAID:  HOW IS THIS GOING TO HELP US IN THE CASE?  YOU

22   SAID:  THIS IS THE BEST EVIDENCE YOU CAN HAVE BECAUSE

23   NOW WE HAVE SHELTON ON RECORDING DOING HIS ELABORATE

24   SCHEME.  I -- AT THAT TIME, ME NOR EMIL KNEW THAT THERE

25   WAS A JUDGMENT ALREADY GRANTED AGAINST US.  SO WE WERE

1    FEEDING YOU MORE INFORMATION WHICH WAS GOING NOWHERE.

2    Q.      WELL, WE ARE GOING TO GET TO THE FACT THAT IT IS

3    GOING NOWHERE.  SO WE'LL GET TO THAT.

4                   AGAIN, SO YOU UNDERSTOOD THAT THESE WOULD

5    BE FILED IN THE CASE, CORRECT?

6    A.      YES.

7    Q.      YOUR IDEA FOR SENDING THEM TO ME WAS BECAUSE YOU

8    THOUGHT THEY WERE IMPORTANT THAT THEY GET IN FRONT OF

9    THE JUDGE, CORRECT?

10   A.      YES, BECAUSE UNDER MY ASSUMPTION, THE CASE --

11                  THE COURT:  MR. THOMAS, LET HIM FINISH

12   HIS ANSWER.

13                  THE WITNESS:  THE CASE WAS STILL OPEN.

14   THERE WERE NO PROBLEMS IN THE CASE WHATSOEVER, AND THAT

15   WE WERE JUST SUPPLYING YOU WITH MORE INFORMATION TO

16   FIGHT THE CASE AND TO BASICALLY MAKE OUR POINT EVEN

17   STRONGER.  LITTLE DID WE KNOW THAT THEY WERE NOT BEING

18   USED FOR ANYTHING AND THAT THEY MEANT NOTHING AT THAT

19   POINT ALREADY.

20   BY MR. THOMAS:

21   Q.      IF I CAN REFER YOUR ATTENTION TO PAGE 41.

22   AGAIN, I DON'T REMEMBER WHAT THIS WAS.  IT'S THE EXHIBIT

23   THAT STARTS AT PAGE -- IT'S THE JULY 17TH E-MAIL, STARTS

24   AT PAGE 39.  WE CAN JUST START THERE ACTUALLY.

25   A.      BEAR WITH ME.

1                    THE COURT:  IT'S EXHIBIT 9.

2                    GO AHEAD.

3                    MR. THOMAS:  EXHIBIT 9:  THANK YOU, YOUR

4        HONOR.

5                    THE WITNESS:  IT STARTS AT WHAT PAGE?

6        JOSH, I APOLOGIZE.

7                    MR. THOMAS:  IT'S PAGE 39.

8                    THE WITNESS:  39.  CONFIRM, THANKS.

9        BY MR. THOMAS:

10       Q.      YEAH, I THINK THAT IS THE START.  GIVE ME A

11       SECOND, SORRY.  YEAH, THAT IS THE START OF THE E-MAIL.

12                    SO YOU HAD SENT AN E-MAIL, IT LOOKS LIKE,

13       TO ME JULY 17TH, THAT YOU ARE GOOD TO TALK MONDAY AT

14       3:00 P.M. --

15       A.      YES.

16       Q.      WHICH I GUESS WOULD BE JULY 20TH, IS THAT

17       CORRECT?

18       A.      YES.  AND THAT IS WHEN YOU AND I SPOKE WITH EMIL

19       THERE, AND YOU TOLD US WE HAVE TO PRODUCE DOCUMENTATION.

20       THIS WAS THE FIRST TIME ON JULY 17TH THAT WE LEARNED

21       THAT THERE WAS ANOTHER HEARING IN THE 2018 CASE, WE WERE

22       DEFENDANTS, AND THAT NOW WE HAVE TO ANSWER.  IF WE DON'T

23       WANT TO HAVE TO ANSWER THE DISCOVERY QUESTIONS BY

24       FRIDAY, WE NEED TO POST A BOND.  THAT IS WHEN WE STARTED

25       LOOKING FOR A BOND.  ACTUALLY, WE STARTED LOOKING FOR A

1      BOND ON MONDAY BECAUSE WE NEVER SPOKE THAT DAY BECAUSE

2      WE WERE NOT GOOD TO SPEAK UNTIL MONDAY OF NEXT WEEK.

3      AND I BELIEVE YOU SAID THAT YOU SENT SOMETHING TO THE

4      COURT ASKING FOR AN EXTENSION.

5      Q.      OKAY.

6              I UNDERSTAND THAT YOU REMEMBER ALL YOUR

7      PHONE CALLS.  SO THAT IS FINE.

8              SO AGAIN, WHAT I'M ASKING YOU IS --

9              THE COURT:  MR. THOMAS, I'M GOING TO STOP

10     YOU.  I DON'T NEED EDITORIAL COMMENTARY.

11             MR. THOMAS:  NO, NO, NO.  I'M SORRY, YOUR

12     HONOR.  THAT WAS NOT -- I'M TRYING TO GO THROUGH AND

13     ACTUALLY REMIND MYSELF WHAT THE NEXT THING WAS AGAIN.

14             I APOLOGIZE.  IT WAS NOT EDITORIAL

15     COMMENTARY.

16     BY MR. THOMAS:

17     Q.      SO IF YOU LOOK DOWN TO THE END OF THAT E-MAIL

18     CHAIN, YOU SAW FROM JUNE 19TH THAT WE HAD ACTUALLY -- I

19     INFORMED YOU OF WHAT THE BASIS FOR WHY WE NEEDED A NEW

20     APPEAL, CORRECT?

21     A.      THIS IS ACTUALLY JULY 17TH.

22     Q.      PAGE 41.  LOOK AT PAGE 41.

23     A.      LET ME GET TO PAGE 41.  I APOLOGIZE.

24     Q.      JUNE 19TH?

25     A.      PAGE 41.

1     Q.    YES.

2     A.    YOU WROTE HERE:  HEY EVERYONE, THE COURT DENIED

3    THE MOTION TO RECONSIDER AND USED THE RULE OF EVIDENCE

4    TO DO SO, WHICH IS WHOLLY IMPROPER.

5     Q.    YOU DON'T NEED TO READ THE WHOLE THING.  I'M

6    JUST SAYING, DO YOU REMEMBER READING THAT E-MAIL AT THAT

7    TIME?

8     A.    I REMEMBER READING THE E-MAIL, AND I ASKED YOU

9    WHAT WAS -- I BELIEVE I ASKED YOU WHAT WAS THE MOTION TO

10   RECONSIDER WAS FOR.  AND YOU SAID OH, IT WAS AGAINST A

11   DIFFERENT MOTION THAT WAS DENIED PRIOR.  IT WAS AN

12   ANSWER THAT WE GAVE.  SO I WANT TO SEND IT IN AGAIN, SO

13   THE JUDGE COULD RECONSIDER I BELIEVE ANOTHER ANSWER.  I

14   DON'T REMEMBER EXACTLY WHAT IT WAS ABOUT, BUT I BELIEVE

15   THAT WAS THE -- IT WAS NOT ABOUT A JUDGMENT THOUGH.

16    Q.    SO YOU UNDERSTAND THAT WE SUBMITTED A SECOND

17   MOTION TO RECONSIDER, CORRECT?

18    A.    I'M GUESSING, YES.

19    Q.    DO YOU UNDERSTAND WHAT WE DISCUSSED AND I WILL

20   GO THROUGH, I CAN FIND THE E-MAILS -- DO YOU UNDERSTAND

21   THAT WE DISCUSSED WHAT THE BASIS WAS FOR THE SECOND

22   MOTION TO RECONSIDER WAS THE SET OF RECORDINGS ACTUALLY

23   FROM MR. O'HARE?

24    A.    LIKE I SAID TO YOU PRIOR, THAT NONE OF THESE

25   TIMES, JUNE 19TH UP UNTIL JULY, WAS I EVER NOTIFIED OR

1    EMIL NOTIFIED THAT THERE WAS A JUDGMENT.  THE ONLY THING

2    THAT WE KEPT ON HEARING WAS HOW THE JUDGE IS A BAD GUY,

3    ABOUT HOW THE JUDGE IS AGAINST YOU, AND ABOUT HOW THE

4    JUDGE IS RULING IMPROPERLY AND NOT ON THE MERITS OF THE

5    CASE, AND THAT WHEN IT GOES TO THE THIRD CIRCUIT THAT WE

6    ARE GOING TO PREVAIL THERE BECAUSE THEY ARE GOING TO SEE

7    THAT THE JUDGE DIDN'T DO HIS JOB CORRECTLY.

8    Q.     YOU HAVE TRIED TO PORTRAY MY PHRASING, AND I

9    KNOW FOR A FACT THAT I DID NOT USE THAT PHRASING, AND

10   FRANKLY -- AND WE CAN PULL UP A CALL THAT I ACTUALLY DID

11   IT WITH YOU, AND YOU ARE USING THAT PHRASING VERY WELL.

12                I'M ASKING YOU THE QUESTION:  DO YOU

13   REMEMBER THAT THERE WERE TWO MOTIONS TO RECONSIDER AND

14   THIS IS WHEN I INFORMED YOU THAT --

15   A.     I REMEMBER THERE WERE MOTIONS TO RECONSIDER,

16   JOSH.  I DON'T REMEMBER EXACTLY WHAT THEY WERE FOR, AND

17   FROM WHAT I REMEMBER, YOU NEVER EXPLAINED TO US WHAT

18   THEY WERE FOR.

19   Q.     BUT YOU REMEMBER RECEIVING THIS E-MAIL, CORRECT?

20   A.     YES, IF IT SAYS HERE I RECEIVED IT, THEN I DID.

21   Q.     AND IN THE E-MAIL IT ACTUALLY DISCUSSES THE

22   POST-JUDGMENT DISCOVERY, CORRECT?  IT DISCUSSED IT IN

23   THE SECOND PARAGRAPH OR THIRD PARAGRAPH.  ALSO I WILL

24   SUBMIT -- AND IT DISCUSSES THE POST-JUDGMENT DISCOVERY.

25   A.     I'LL ALSO SUBMIT BLANKET OBJECTIONS TO HIS MOST

1    RECENT ATTEMPTS AS POST JUDGMENT DISCOVERY TO KEEP

2    FIGHTING HIM ON THAT AS WELL, TO SLOW IT DOWN.

3              YOU SAID THAT -- I BELIEVE YOU SAID THAT

4    YOU ARE GOING TO SUBMIT SOMETHING TO BASICALLY HOLD OFF

5    THINGS BECAUSE THERE IS MORE EVIDENCE, AND YOU THEN TOLD

6    ME THAT I NEED TO GIVE YOU $505 FOR A FILING FEE.

7    Q.      BUT SPECIFICALLY ON JUNE 19TH REFERENCES THE

8    POST-JUDGMENT DISCOVERY, CORRECT?

9    A.      I'M NOT SURE WHAT POST-JUDGMENT MEANS, JOSH.

10   YOU NEVER EXPLAINED IT TO ME.  IF YOU HAD EXPLAINED TO

11   ME THEN, I WOULD HAVE PROBABLY KNOWN WHAT IT WAS.

12   Q.      THE FILING FEE.  WHEN WE FILED FOR THE APPEAL.

13   YOU UNDERSTOOD THAT THE FILING FEE WAS TO COVER THE

14   ACTUAL APPEAL BEING FILED.  AT THE TIME THE APPEAL WAS

15   BEING FILED, DID YOU THINK THAT YOU STILL HAD -- ALL OF

16   THAT INFORMATION THAT YOU SUBMITTED, DO YOU STILL THINK

17   IT WAS IMPORTANT IN THE CASE, THOSE RECORDINGS?

18   A.      OF COURSE, BECAUSE YOU SAID THAT YOU WERE GOING

19   TO USE THEM IN THE THIRD CIRCUIT.

20   Q.      ALL RIGHT.  FINE.  ALL RIGHT.  GIVE ME ONE

21   SECOND.

22              DO YOU REMEMBER -- SCRATCH THAT.  I'M NOT

23   GOING TO PAGE THROUGH THAT.

24              BEAR WITH ME.  GIVE ME ONE SECOND.

25              YOU STATED THAT YOU'RE ACKNOWLEDGING THAT

1   WE DISCUSSED THE CALL ON APRIL 22ND.  THAT WAS BEFORE

2   YOU SIGNED THE CERTIFICATION.  YOU REMEMBER THAT PHONE

3   CALL, CORRECT?

4   A.     WHEN WE SPOKE, IT WAS ON APRIL 23RD, FROM WHAT I

5   REMEMBER, AND THAT WAS WHEN YOU ASKED ME ABOUT THE

6   CERTIFICATION.  I'M NOT -- GIVE ME ONE SECOND.  I WILL

7   TELL YOU WHEN IT WAS.  IT WAS -- WE SPOKE ON THE 20TH

8   ABOUT THE CERTIFICATION.  ON THE 23RD I GOT IT OVER TO

9   YOU, I BELIEVE, OR YOU E-MAILED IT TO ME.  I DON'T

10  REMEMBER THE EXACT CHAIN OF EVENTS, BUT I REMEMBER WE

11  DID SPEAK ABOUT THE CERTIFICATION.  AND YOU TOLD ME ONCE

12  AGAIN THAT THE JUDGE HAS SOMETHING AGAINST ME, DON'T

13  WORRY ABOUT IT.  I'M HIRING WEISBERG OR WEINBERG TO BE

14  THE FACE.  I'M GOING TO DO WORK AT THE BACK END.  YOU

15  NEVER TOLD US THAT THE CERTIFICATION WAS NOT THE

16  JACOVETTI VERSUS SHELTON CASE.  WE AT ALL POINTS IN TIME

17  THOUGHT IT WAS IN OUR CASE, WHICH IT OBVIOUSLY WAS NOT.

18  Q.     OKAY.  YOU'VE SAID THAT A FEW TIMES NOW.

19  A.     YES, I HAVE, BECAUSE THAT IS THE TRUTH.  AND I

20  HAVE SAID IT A FEW TIMES, AND I WILL SAY IT AGAIN.

21  Q.     OKAY.

22             IN REGARDS TO -- ONE SECOND.

23             DO YOU REMEMBER BACK ON APRIL 24TH WE

24  DISCUSSED THE POSSIBILITY OF A PROTECTIVE ORDER IN

25  REGARD TO THE DISCOVERY?

1    A.       WE NEVER SPOKE ABOUT THAT, JOSH.

2    Q.       DO YOU REMEMBER ANYTHING -- AN E-MAIL REGARDING

3    A PROTECTIVE ORDER ON DISCOVERY?

4    A.       I DON'T REMEMBER, NO.  AND I DON'T HAVE ANY

5    E-MAIL WITH IT FROM -- THAT I HAVE IN FRONT OF ME.  IF

6    YOU HAVE AN EXHIBIT WITH IT, I WILL BE MORE THAN HAPPY

7    TO LOOK AT IT.

8    Q.       OKAY.  GIVE ME ONE SECOND.  I WILL PULL IT UP

9    BECAUSE WE DID DISCUSS SUBMITTING A PROTECTIVE ORDER ON

10   APRIL 20TH OR 22ND.  SO GIVE ME ONE SECOND.

11   A.       I'M LOOKING FOR SOME STUFF HERE AS WELL THAT I

12   PRINTED OUT.  SO I WILL HOPEFULLY HELP YOU FIND IT.

13   Q.       ON APRIL 24TH, I SENT AN E-MAIL SAYING:  GOOD

14   MORNING, I'M STILL WORKING ON THE PROTECTIVE ORDER.  I

15   WANT TO MAKE SURE IT INCLUDES EVERYTHING IT POSSIBLY CAN

16   TO SHOW YOU I HAVE GOOD CAUSE FOR IT.  IF YOU HAVE ANY

17   QUESTIONS --

18                 THE COURT:  COUNSEL, WHAT ARE WE LOOKING

19   AT?

20                 MR. THOMAS:  YOU KNOW WHAT?  I DON'T

21   ACTUALLY -- I DIDN'T SEE THIS AS PART OF THE EXHIBITS.

22                 IF YOUR HONOR WOULD LIKE, I CAN ACTUALLY

23   SEND IT OUT SO YOU CAN REFER TO IT.  I CAN E-MAIL IT ON

24   THAT SAME CHAIN PREVIOUSLY.

25                 THE COURT:  I MEAN, I DON'T WANT US JUST

1    TALKING ABOUT STUFF IN THE ABSTRACT.  THERE IS STUFF

2    THAT'S IN THE RECORD OR THERE IS NOT.

3                    MR. THOMAS:  I WILL SUBMIT THIS ON THE

4    RECORD RIGHT NOW, YOUR HONOR.  GIVE ME ONE MOMENT.

5                    WHAT EXHIBIT, YOUR HONOR.  IS IT

6    EXHIBIT 13?

7                    THE COURT:  WE ARE ON EXHIBIT 11.

8                    MR. THOMAS:  I APOLOGIZE.  THIS WAS NOT

9    ACTUALLY IN THE NOTE.  I DON'T BELIEVE IT WAS IN THE

10   DOCUMENTS.  IT MIGHT BE.  I JUST DON'T HAVE IT LISTED,

11   SO I WILL JUST RESEND IT TO MAKE IT QUICKER.

12                    I'M GOING TO SEND IT TO EVERYONE ON THAT

13   LIST AND I WILL MAKE SURE, MR. SHARGEL, IT GOES DIRECTLY

14   TO YOU, TOO.

15                    MR. SHARGEL:  OKAY.  PLEASE.

16                    MR. THOMAS:  I WILL SEND IT TO EVERYONE

17   ON THAT LIST.

18                    I JUST SENT IT OUT.  IT'S ON THAT SAME

19   CHAIN.  SHARE A COPY OF IT.  IT'S MARKED AS EXHIBIT 11.

20   BY MR. THOMAS:

21   Q.       AND MR. SHARGEL, I JUST SENT IT DIRECTLY TO YOUR

22   E-MAIL TOO.

23   A.       I CAN'T LOOK AT MY E-MAILS.  SO MR. GINZBURG

24   WILL PULL IT UP FOR ME BECAUSE I'M ON ZOOM ON MY PHONE.

25   SO BEAR WITH ME A MOMENT.

1    Q.      AGAIN, I DON'T KNOW IF IT WAS INCLUDED.  I DON'T

2    SEE IT.

3    A.      WAS IT AT 9:36 A.M. THAT YOU SENT IT?

4    Q.      YES.  DO YOU SEE THAT?

5                    THE COURT:  HOLD ON.

6                    I DON'T HAVE ANYTHING IN FRONT OF ME YET.

7    I WOULD LIKE TO BE LOOKING AT THE EXHIBITS THAT WE ARE

8    LOOKING AT IF YOU ARE GOING TO EXAMINE A WITNESS ABOUT

9    THEM.

10                   MR. THOMAS:  I JUST E-MAILED IT OUT

11   AGAIN, YOUR HONOR.

12                   THE COURT:  I THINK I HAVE IT.

13                   SEE, YOU JUST FORWARDED IT, MR. THOMAS,

14   IS THAT RIGHT?  YOU DID NOT ATTACH IT AS AN EXHIBIT?

15                   MR. THOMAS:  I DID ATTACH IT AS AN

16   EXHIBIT, ACTUALLY.  I PRINTED IT TO A PDF AND ATTACHED

17   IT AS AN EXHIBIT TO MR. SHARGEL AND ALL THE ATTORNEYS IN

18   YOUR CHAMBERS.

19                   THE COURT:  OKAY.

20                   MR. ARTOM-GINZBURG:  YOUR HONOR, I

21   BELIEVE IT'S IN MY EXHIBITS.  IF YOU HOLD ON ONE SECOND,

22   I WILL GIVE YOU THE PAGE NUMBER.

23                   THE COURT:  I HAVE MR. THOMAS'S E-MAIL

24   NOW.  WE CAN JUST GO THAT WAY.  GO AHEAD.

25                   MR. SILVESTRO:  YOUR HONOR, EXCUSE ME.

1      IT IS MR. SILVESTRO.  I DON'T KNOW THAT HE PUT ME ON THE

2      LIST.  I DON'T HAVE IT.

3                  IF MR. ARTOM-GINZBURG HAS A PAGE NUMBER,

4      I CAN PULL IT UP ON MY SCREEN.

5                  THE COURT:  MR. SILVESTRO, IT WAS

6      SUBMITTED TO JSILVESTRO@MUTZELWESLER.COM.

7                  MR. SILVESTRO:  NO.  THAT IS AN OLD

8      E-MAIL ADDRESS.  I HAVE BEEN RECEIVING STUFF FROM THE

9      COURT AT JSJ@JOSEPHSILVESTROLAW.COM.

10                 MR. ARTOM-GINZBURG:  YOUR HONOR --

11                 THE COURT:  HOLD ON, HOLD ON.  STOP.

12     THERE IS WAY TOO MUCH CROSS-TALK THAT IS GOING TO MAKE

13     THIS TRANSCRIPT A MESS.

14                 SO FIRST OF ALL, MR. SILVESTRO, I THINK

15     WE TOLD YOU YOU NEED TO UPDATE YOUR E-MAIL WITH THE

16     COURT BECAUSE WHAT MR. THOMAS SENT IT TO IS WHAT THE

17     COURT HAS ON THE DOCKET.

18                 MR. ARTOM-GINZBURG, DO YOU HAVE A PAGE IN

19     YOUR SUBMISSIONS THAT WE CAN POINT TO?

20                 MR. ARTOM-GINZBURG:  YES, YOUR HONOR.  IT

21     IS ON PAGE 18 OF MY SUBMISSIONS.

22                 THE COURT:  OKAY.

23                 MR. SILVESTRO, WHY DON'T YOU SCROLL DOWN

24     TO PAGE 18, AND WHY DON'T WE ALL WORK OFF OF THAT

25     VERSION OF IT, MR. ARTOM-GINZBURG, IF YOU CAN GIVE THAT

1      TO THE WITNESS.

2                      MR. SHARGEL:  I HAVE IT IN FRONT OF ME.

3                      MR. THOMAS:  THAT WILL BE MARKED AS

4      EXHIBIT 11 THEN.

5                      THE COURT:  SO EXHIBIT 11, PAGE 18 OF

6      MR. ARTOM-GINZBURG'S SUBMISSION.

7                      MR. THOMAS:  SORRY ABOUT THAT.

8      BY MR. THOMAS:

9      Q.      MR. SHARGEL, BACK TO THE QUESTION ON IT.

10                     DO YOU REMEMBER RECEIVING THIS E-MAIL?

11                     MR. SHARGEL?

12     A.      I'M READING THE E-MAIL, JOSH.  BEAR WITH ME ONE

13     MOMENT, PLEASE.

14     Q.      I JUST COULD NOT SEE YOU ON THE SCREEN.

15     A.      CAN YOU SEE ME NOW?

16     Q.      YES, NOW I CAN.

17     A.      PERFECT.  I JUST READ IT.

18     Q.      DO YOU REMEMBER RECEIVING THAT E-MAIL?

19     A.      I DON'T REMEMBER RECEIVING THE E-MAIL, BUT I'M

20     LOOKING AT THE E-MAIL NOW.

21     Q.      DO YOU HAVE ANY REASON TO THINK THAT THAT E-MAIL

22     WAS NOT RECEIVED BY YOU?

23     A.      I HAVE NO REASON TO BELIEVE THAT IT WAS NOT.

24     Q.      OKAY.

25                     IT IS YOUR UNDERSTANDING THAT THERE WAS

1    A -- THIS IS NOT AN EXHIBIT.  I'M JUST GOING TO PULL UP

2    DOCKET FOR A REFERENCE.

3                    IT IS YOUR UNDERSTANDING THAT EVENTUALLY

4    ON JUNE 1ST THERE WAS A MOTION FOR A PRELIMINARY

5    INJUNCTION THAT WAS FILED, CORRECT.

6    A.       GIVE ME ONE SECOND.  LET ME LOOK AT THE TIME

7    LINES.  I SEE A MOTION FOR PRELIMINARY INJUNCTION.

8    Q.       THAT ESSENTIALLY WAS -- WE WERE DISCUSSING

9    TRYING TO ACTUALLY STAY THE NEED FOR THE DISCOVERY.

10   A.       TO BE HONEST WITH YOU, I DON'T KNOW WHAT A

11   PRELIMINARY INJUNCTION MEANS.  SO -- AND I DON'T

12   REMEMBER HAVING THAT CONVERSATION WITH YOU BECAUSE IF WE

13   WERE ASKED ON JUNE 1ST FOR INFORMATION FOR A JUDGMENT,

14   WE WOULD HAVE PRESENTED IT THEN BECAUSE WE HAD TO BY

15   YOUR HONOR'S ORDER.

16   Q.       YOU UNDERSTAND THAT THE NOTICE OF APPEAL WAS

17   FILED JUNE 29TH, CORRECT?

18   A.       IT WAS NOT -- THERE WAS NOTHING FILED FOR MOTION

19   OF APPEAL ON JUNE 29TH.

20   Q.       NO.  NO.  ON THE DOCKET IT SHOWS THERE WAS A

21   NOTICE OF APPEAL FILED ON JUNE 29TH.

22   A.       YES, I SEE IT HERE.

23   Q.       AND THAT STEMS FROM THE JUNE 17TH ORDER,

24   CORRECT?

25   A.       JOSH, I DO NOT KNOW.  I'M NOT AN ATTORNEY.

1    Q.      LET ME GO BACK TO MY NOTES.  SORRY.

2    A.      SORRY, I JUST HAD A VERY BAD HEADACHE THIS

3    MORNING.

4    Q.      I UNDERSTAND.

5                    PAGE 54.  ONE SECOND.  LET ME SEE WHAT

6    THAT IS REFERENCING.  APRIL 28TH, 2020, PAGE 54 IN MY

7    NOTES.

8    A.      CAN I PULL IT UP IF YOU DON'T MIND?

9    Q.      I WANT YOU TO TELL ME WHEN YOU GET IT.

10   A.      OKAY.  PERFECT.

11                   THE COURT:  WE ARE MARKING THIS AS AN

12   EXHIBIT?

13                   MR. THOMAS:  YES, I BELIEVE IT WILL BE

14   EXHIBIT 12, YOUR HONOR.

15                   THE WITNESS:  THIS IS BOB SENDING YOU AN

16   E-MAIL.

17   BY MR. THOMAS:

18   Q.      YUP.  DO YOU SEE WHAT IT SAYS?

19   A.      JOSH, I SENT THE PARTIALLY EXECUTED

20   CERTIFICATION TO BARRY AND EMIL FOR EXECUTION.

21   Q.      AND DID YOU RECEIVE IT AT THAT TIME, THE

22   CERTIFICATION?

23   A.      THAT WAS THE SAME CERTIFICATION THAT YOU AND I

24   SPOKE OF EITHER ON THE 20TH OR THE 23RD OF APRIL.  BOB

25   SIGNED IT FIRST, SENT IT TO EMIL AND I.  WE SIGNED IT

1    AND THEN WE GOT IT BACK TO YOU.

2    Q.      CORRECT.

3    A.      THAT WAS THE SAME CERTIFICATION THAT WE ARE

4    SPEAKING OF WHERE WE DID NOT KNOW WHERE THAT

5    CERTIFICATION CAME FROM.

6    Q.      BUT YOU ARE CONFIRMING THAT YOU GOT IT ON THE

7    28TH AND THEN YOU SENT IT BACK AND YOU SIGNED IT.  YOU

8    DIDN'T HAVE ANYONE ELSE SIGN IT.  YOU SIGNED IT?

9    A.      YEAH.  I SIGNED IT.

10   Q.      THAT IS FINE.  THERE IS JUST AN ASSERTION, I

11   THINK ACTUALLY BY MR. ARTOM-GINZBURG, YOU DID NOT SIGN

12   IT.  SO I'M JUST MAKING IT CLEAR.  YOU DID SIGN IT.

13   IT'S YOUR UNDERSTANDING THAT EMIL SIGNED IT AS WELL?

14   A.      BOTH EMIL AND I BOTH SIGNED IT, AND SO DID

15   MR. JACOVETTI.

16   Q.      THAT IS FINE.  ALL RIGHT.

17            LOOK AT PAGE -- THE NEXT PAGE, ACTUALLY

18   -- ON PAGE 55.

19   A.      BEAR WITH ME A MOMENT.  LET ME GET THE PAGE.

20   PAGE 55.  I'M HERE ON PAGE 55:  SOME GOOD NEWS.  AT

21   LEAST WE CAN MOVE FORWARD WITH AN AMENDED COMPLAINT BUT

22   YOU HAVE TO DO SO VERY QUICKLY, SEE ATTACHED.  I NEED

23   THE CERTIFICATION SIGNED FROM YOU, THOUGH.  YOU WANT ME

24   TO PROCEED SO WE CAN CONTINUE.

25            I HAVE NEVER SEEN THIS E-MAIL BEFORE.

1    Q.       RIGHT.  I UNDERSTAND.  DID MR. JACOVETTI EVER

2    TELL YOU THAT WE WOULD BE DOING AN AMENDED COMPLAINT?

3    A.       NO.  ALL I KNEW WAS THAT MY NAME AND EMIL'S NAME

4    WERE BEING TAKEN OUT OF THE COMPLAINT THEY ORIGINALLY

5    FILED.  HOW YOU DO IT AND WHY YOU DID IT, THAT IS ON

6    YOU.

7    Q.       LET'S GO TO THAT.  GO TO PAGE 265.

8    A.       BEAR WITH ME ONE MOMENT.

9                THE COURT:  HOLD ON, I WANT TO KEEP A

10   CLEAN RECORD HERE, MR. THOMAS.  YOU ARE BLOWING PAST

11   SOME OF THOSE NICETIES.  SO EXHIBIT 13 IS PAGE 55 IN

12   YOUR PDF?

13               MR. THOMAS:  YES, I GUESS IT IS THE

14   SECOND ONE.  I APOLOGIZE, YOUR HONOR.  SO EXHIBIT 13.

15   THE ONE RIGHT AFTER IT, BUT, YES.

16               THE COURT:  AND THEN EXHIBIT 14 IS GOING

17   TO BE AT PAGE 265.  NO.  265 IS ALREADY IN AS EXHIBIT 5.

18               MR. THOMAS:  I LOST THE COMPUTER.  I LOST

19   THE EXHIBIT.  SO I APOLOGIZE.

20               MR. SHARGEL:  I'M HERE.  I'M ON PAGE 265.

21   I HAVE NEVER SEEN THIS E-MAIL BETWEEN YOU AND ROBERT AS

22   WELL.

23   BY MR. THOMAS:

24   Q.       THAT IS FINE.  DECEMBER 19TH, YOU STATED YOU

25   DON'T REMEMBER HAVING A DISCUSSION WITH MR. JACOVETTI IN

1    REGARDS TO -- IN DECEMBER?

2    A.      NO, I DID NOT.  THIS IS A CONVERSATION BETWEEN

3    YOU AND MR. JACOVETTI.  THIS IS NOT A CONVERSATION

4    BETWEEN YOU, ME OR EMIL.

5    Q.      CORRECT.  AND THEN WHAT ABOUT BETWEEN

6    OCTOBER 30TH AND DECEMBER 19TH?  DO YOU REMEMBER

7    SPEAKING TO MR. JACOVETTI AT ALL?

8    A.      I SPEAK WITH MR. JACOVETTI ALL THE TIME FOR

9    OTHER MATTERS BESIDE THIS, JOSH.  I DON'T REMEMBER EVERY

10   SINGLE THING THAT I SPOKE TO MR. JACOVETTI ABOUT.

11   Q.      DO YOU REMEMBER SPEAKING TO HIM BETWEEN

12   OCTOBER 30TH AND DECEMBER 19TH?

13   A.      LIKE I SAID TO YOU BEFORE, I SPEAK TO

14   MR. JACOVETTI ALL THE TIME.  I DON'T REMEMBER EVERY ONE

15   OF OUR CONVERSATIONS.

16   Q.      ON THIS MATTER.  DID YOU SPEAK WITH HIM ON THIS

17   MATTER BETWEEN THAT TIME?

18   A.      WHICH MATTER WOULD THAT BE, JOSH?

19   Q.      ANYTHING REGARDING -- ANYTHING REGARDING --

20                 (TECHNICAL INTERRUPTION.)

21                 THE COURT:  ONE AT A TIME.  ONE AT A

22   TIME.  YOU CANNOT TALK OVER EACH OTHER.  MR. SHARGEL,

23   JUST WAIT.  WE CAN HAVE ONE PERSON TALKING AT A TIME OR

24   IT DOES NOT WORK FOR THE TRANSCRIPT AND FOR THE COURT

25   REPORTER.

1              THE WITNESS:  I APOLOGIZE, YOUR HONOR.

2              THE COURT:  SO MR. SHARGEL, DID YOU

3    FINISH YOUR ANSWER?

4              THE WITNESS:  NO.  I HAVE NEVER -- LIKE I

5    SAID TO YOU BEFORE, JOSH, WHATEVER CONVERSATION YOU HAD

6    WITH MR. JACOVETTI, I WAS NEVER PRIVY TO THEM.  I KNOW

7    NOTHING ABOUT YOUR CONVERSATION WITH HIM, WHAT

8    DEFENDANTS HE WANTED, WHAT DEFENDANTS HE DID NOT WANT,

9    LOOKING AT THE E-MAIL YOU JUST SHOWED ME.  MR. JACOVETTI

10   AND I SPEAK ALMOST EVERY SINGLE DAY ABOUT DIFFERENT

11   MATTERS.  SOME OF THE MATTERS ARE WORK RELATED.  SOME OF

12   THE MATTERS ARE PERSONAL RELATED.

13   BY MR. THOMAS:

14   Q.    I UNDERSTAND.  MR. SHARGEL, WE LOST YOU AGAIN.

15   A.    I KNOW.  I PLUGGED MY PHONE IN.  I SHOULD BE

16   BACK NOW.

17   Q.    YOU ARE BACK.

18              I'M GOING TO REFER YOU TO PAGE 15.

19   A.    BEAR WITH ME ONE MOMENT.  PAGE 15, YOU SAID?

20   Q.    YEAH.

21   A.    GIVE ME ONE SECOND.  MR. GINZBURG IS HAVING AN

22   ISSUE WITH THE COMPUTER.  PAGE 15, CORRECT?

23   Q.    YES.

24   A.    OKAY.  GIVE ME ONE MOMENT.  15.  OKAY.

25   Q.    DO YOU SEE WHERE IT SAYS HERE MAY 26, 2020?

1    A.      YES.

2                    THERE IS A CONVERSATION WITH YOU, BETWEEN

3    YOU AND MR. JACOVETTI.  MR. JACOVETTI INITIATED THE

4    CONVERSATION, AND HE SAID:  JOSH, PLEASE REVIEW THE

5    ATTACHED LETTER, ANOTHER SERIAL PLAINTIFF LIKELY

6    DIRECTED TO BARRY BY SHELTON.  CAN WE SEND HIM A COPY OF

7    THE PENDING LITIGATION NOTING THAT HE CAN AND WILL BE

8    ADDED IF NEEDS, NO PREDICATE PROOF.

9    Q.      DO YOU UNDERSTAND WHAT HE IS TALKING ABOUT

10   THERE?

11   A.      NO, I DO NOT.

12   Q.      IF YOU SCROLL DOWN TO THE NEXT PAGE.

13                   MR. THOMAS:  WE WILL MARK THIS AS

14   EXHIBIT 13.

15                   THE COURT:  14.

16                   MR. SHARGEL:  WHICH PAGE DO YOU WANT ME

17   TO GO TO?

18                   MR. THOMAS:  14, YOUR HONOR.

19                   THE COURT:  HOLD ON, WAIT.  PAGE 15 IS

20   EXHIBIT 14?

21                   MR. THOMAS:  IT IS A CHAIN.  15 AND THEN

22   16 AND --

23                   THE COURT:  15 THROUGH 17.  OKAY.

24                   MR. THOMAS:  YES, THAT IS EXHIBIT 14.

25                   THE WITNESS:  WHAT IS THE NEXT PAGE YOU

1     WANTED ME TO LOOK AT?

2     BY MR. THOMAS:

3     Q.      PAGE 16, THE NEXT PAGE.

4     A.      I'M HERE NOW.

5     Q.      DO YOU REMEMBER HAVING A CALL ON FEBRUARY 27TH

6     AS REFERENCED IN THIS E-MAIL?

7     A.      BEAR WITH ME ONE SECOND.

8               THE COURT:  MR. THOMAS, THIS STILL LOOKS

9     LIKE A SINGLE DOCUMENT TO ME.

10              THE WITNESS:  I'VE NEVER HAD A

11    CONVERSATION ABOUT THIS BECAUSE I HAVE NOTHING IN MY

12    PHONE RECORDS IN REGARDS TO A CONVERSATION ABOUT THIS.

13    I BELIEVE THAT THIS CONVERSATION WAS BETWEEN YOU AND

14    MR. JACOVETTI, AND HE WROTE TO YOU.  I WAS NEVER CC'D ON

15    IT:  JOSH, HOW LATE TODAY BETWEEN 4 OR 5?  I WAS NEVER

16    PRIVY TO THAT CONVERSATION AND I SHOULD NOT HAVE BEEN,

17    BECAUSE IF YOU SEE THE E-MAIL, THIS IS SUPPOSED TO BE

18    BETWEEN YOU AND MR. JACOVETTI.

19    BY MR. THOMAS:

20    Q.      MR. SHARGEL, I HEAR WHAT YOU ARE SAYING.

21              IF YOU LOOK AT PAGE 16 UNDER THE WORDS

22    "DEMAND LETTER," WHO IS NAMED RIGHT UNDER DEMAND LETTER?

23    A.      I DON'T SEE ANYTHING HERE THAT SAYS DEMAND

24    LETTER, JOSH.

25    Q.      IF YOU LOOK AT PAGE 16 AT THE VERY TOP.  THE

1      HEADER ON THE E-MAIL SAYS DEMAND LETTER.  DO YOU SEE

2      THAT?

3      A.      YES.  AND I WILL EXPLAIN TO YOU THAT I ANSWERED

4      THE E-MAIL THAT SAYS "WORK FOR ME AS WELL" FROM PAGE 15.

5              AND THEN BOB WROTE TO YOU SEPARATELY,

6      MR. JACOVETTI:  JOSH, HOW ABOUT LATE TODAY BETWEEN 4 OR

7      5, AND I WAS NEVER ON THAT E-MAIL CHAIN MOVING FORWARD.

8      THAT E-MAIL IS BETWEEN YOU AND ROBERT.

9              IF I WAS STILL ON THAT E-MAIL CHAIN, THEN

10     I WOULD HAVE HAD THIS IN MY E-MAIL BOX, A, AND IT WOULD

11     ALSO HAVE ME AS EITHER CC OR TWO-PERSON.

12     Q.      MR. SHARGEL, WITH ALL DUE RESPECT, IF YOU LOOK

13     AT THE TIMING FOR WHERE YOU WERE SENT THE RESPONSE,

14     WORKS FOR ME AS WELL, WHAT TIME OF DAY WAS THAT SENT?

15     A.      I SENT THAT AT 10:10 A.M.

16     Q.      WHEN WAS THE E-MAIL SENT TO BOB AND YOU SENT,

17     WHAT TIME?

18     A.      BOB SENT YOU AN E-MAIL AT 9:26 A.M.

19     Q.      WHEN YOU SENT IT AT 10:10, WHO DID YOU SEND IT

20     TO?

21     A.      TO YOU AND BOB.

22     Q.      WHAT WOULD YOU BE RESPONDING TO IF YOU SAID

23     WORKS FOR ME AS WELL, IF IT WAS NOT RESPONDING TO

24     MR. JACOVETTI'S BETWEEN 4 AND 5?

25     A.      I WILL EXPLAIN TO YOU.  IT WAS FOR YOU SENDING A

1  COPY OF SOME LITIGATION TO THAT OTHER PERSON THAT YOU

2  CONSIDERED -- THAT WAS, LET'S SAY, ANOTHER SERIAL

3  PLAINTIFF.  I CONTEST THAT YOU SENDING A PIECE OF -- A

4  COPY OF WHATEVER LITIGATION IT WAS AS WELL.

5  Q.  YOU DON'T REMEMBER THE PHONE CALL THAT WE HAD

6  THAT DAY THAT SPECIFICALLY REFERENCED THAT ISSUE AND

7  INCLUDING HIM IN THE NEW LITIGATION?

8  A.  I WAS NOT ON THAT PHONE CALL, JOSH.

9  Q.  AGAIN, YOU DON'T THINK THAT THERE WAS A PHONE

10  CALL THAT MR. JACOVETTI INITIATED BETWEEN YOURSELF AND

11  MYSELF?

12  A.  IF HE DID, I WOULD HAVE HAD IT HERE, JOSH.  MOST

13  OF THE TIME THE PHONE CALLS WERE INITIATED BY EITHER YOU

14  OR ME, THEN WE GOT JACOVETTI ON THE PHONE.  WHATEVER YOU

15  AND MR. JACOVETTI SPOKE ABOUT PRIVATELY, I WAS NOT

16  PRESENT FOR THOSE CONVERSATIONS.  MAYBE UP UNTIL 27TH

17  YOU AND MR. JACOVETTI HAD A PHONE CALL BUT THAT WAS NOT

18  A PHONE CALL THAT I WAS PART OF.

19  Q.  SO YOU SAYING THAT IT WORKS FOR YOU AS WELL,

20  THAT DOES NOT MEAN TO YOU THAT YOU WANT TO BE ON THAT

21  CALL TOO?

22  A.  NO.  WHAT WORKS FOR ME AS WELL, I RESPONDED TO

23  YOU SENDING A COPY OF THE LITIGATION.

24  Q.  THAT IS NOT HOW THAT E-MAIL CHAIN LOOKS,

25  MR. SHARGEL, BUT THAT IS FINE.  I UNDERSTAND WHAT YOU

1    ARE TRYING TO SAY.

2              THE COURT:  MR. THOMAS, I DON'T NEED

3    EDITORIAL COMMENTARY FROM YOU.  YOU CAN ASK QUESTIONS.

4              MR. THOMAS:  IT'S NOT EDITORIAL

5    COMMENTARY.  I UNDERSTAND WHAT YOU ARE SAYING.

6              THE COURT:  IT IS EDITORIAL COMMENTARY.

7    YOU DON'T NEED TO ARGUE WITH ME.  YOU ARE CLEARLY MAKING

8    A COMMENT ON HIS TESTIMONY.

9              MR. THOMAS:  OKAY.  I UNDERSTAND, YOUR

10   HONOR.  I WILL REFRAIN.

11   BY MR. THOMAS:

12   Q.    CAN I TAKE YOUR ATTENTION TO THE E-MAIL -- I'M

13   SORRY, PAGE 24.  BEAR WITH ME A MOMENT.  THIS WAS ON

14   JULY 30TH.  YOU ASKED --

15   A.    I REMEMBER THIS VIVIDLY.  YOU ACTUALLY ASKED US

16   TO SEND YOU BACK A NOTARY STATING THAT WHATEVER WE

17   ANSWERED IN THE QUESTIONS BEFORE WHEN WE DISCLOSED OUR

18   BANKING INFORMATION, WHEN WE ASKED YOU TO REDACT IT AND

19   YOU DIDN'T, THAT EVERYTHING THAT WE ANSWERED WAS TRUE

20   AND ACCURATE, AND BOTH EMIL AND I SIGNED IT.  WE WENT

21   ACROSS THE STREET TO THE BANK AND THEY NOTARIZED IT, AND

22   WE SENT IT OVER TO YOU.

23   Q.    SO YOU ARE AGREEING -- AGAIN, I'M JUST TRYING TO

24   MAKE VERY CLEAR FOR THE RECORD THAT YOU SIGNED THOSE TWO

25   DOCUMENTS AND YOU KNEW THAT IT WAS REFERRING TO THE

1    DISCOVERY RESPONSES YOU SENT ME, CORRECT?

2    A.      FROM WHAT I UNDERSTAND THERE WAS -- YES.

3    Q.      I'M JUST TRYING TO CONFIRM THAT IT IS YOUR

4    SIGNATURE.  AGAIN, MR. ARTOM MADE AN ASSERTION IT

5    WASN'T, SO I'M JUST TRYING TO MAKE IT CLEAR.  SO YOU

6    SIGNED IT IMMEDIATELY, CONFIRMING THAT THAT NOTARY WAS

7    ATTACHED TO THE DISCOVERY YOU SENT, CORRECT?

8    A.      YES.

9                    MR. THOMAS:  AGAIN, JUST SO WE ARE

10   CLEAR -- I FORGET.  DID I MARK THAT AS EXHIBIT 15?

11                   THE COURT:  IT IS EXHIBIT 15.

12                   SO ARE YOU MOVING IT IN?  IS THAT WHAT

13   YOU SAID?

14                   MR. THOMAS:  YES, YOUR HONOR.

15                   THE COURT:  DOES ANYBODY HAVE ANY

16   OBJECTIONS TO MOVING IT IN?

17                   SO WE WILL MOVE THAT IN.

18                   (EXHIBIT 15, PAGES 24 OF THE COMBINED

19   DISCOVERY PDF, ADMITTED INTO EVIDENCE.).

20                   THE COURT:  MR. THOMAS, WHILE WE ARE ON

21   IT, YOU HAVE NOT MOVED IN 11 THROUGH 14.

22                   MR. THOMAS:  I JUST REALIZED.

23                   SHOULD IT BE EASIER TO DO IT NOW OR CAN

24   WE JUST DO IT AT THE END FOR EACH ONE.

25                   THE COURT:  I DON'T CARE WHEN WE DO IT.

1    WE WILL JUST DO IT AT THE END.  THAT IS FINE.  GO AHEAD.

2                   MR. THOMAS:  THAT IS FINE.

3    BY MR. THOMAS:

4    Q.      MR. SHARGEL, AT PAGE 45 IF I CAN DIRECT YOUR

5    ATTENTION.

6                   JUST TO MAKE IT CLEAR, THIS IS THE

7    DISCOVERY THAT YOU SIGNED AS NOTARY PUBLIC, CORRECT?

8    A.      YES.  THIS IS WHAT YOU SENT US ON JULY THE 20TH

9    IN REGARDS TO THE JUDGMENT.  THIS IS WHY WE HAD A TEN

10   MINUTE CONVERSATION TO DISCUSS THIS WITH YOU AS WELL.

11   WHAT DO WE HAVE TO DO AND HOW DO WE HAVE TO DO IT?  AND

12   THIS IS WHEN YOU TOLD US TO LOOK INTO GETTING A BOND FOR

13   10 PERCENT OR 5 PERCENT -- I DON'T REMEMBER THE EXACT

14   DOLLAR AMOUNT -- IN ORDER TO STOP THIS WHILE THIS CASE

15   IS STILL GOING TO THE 3RD CIRCUIT FOR APPEAL.

16   Q.      AND THEN SINCE YOU'RE MENTIONING THAT BOND, DO

17   YOU REMEMBER THE TEXT THAT I SENT YOU SAYING THAT IT WAS

18   ACTUALLY FOR THE FULL AMOUNT.  THE JUDGE SENT IT, SO

19   THAT WAY YOU STILL SHOULD PURSUE THE BOND AS NEEDED?

20   A.      IF YOU GIVE ME A SECOND, I'LL PRINT THAT OUT, MY

21   TEXT MESSAGES.  GIVE ME A MOMENT.

22   Q.      WE CAN ACTUALLY REFER TO THOSE IF IT'S EASIER ON

23   --

24   A.      YEAH.  LIKE I SAID BEFORE, THAT IT'S PERFECT.  I

25   ALSO SPOKE WITH THE CLIENT.  IT WAS ACTUALLY THE JUDGE

1    WHO SET THE AMOUNT OF 10 PERCENT.

2               AS I STATED PREVIOUSLY, WE HAD THAT

3    CONVERSATION AND YOU TOLD ME THAT IT HAS TO -- YOU TOLD

4    THAT YOU HAD A FORMER CLIENT THAT DID 10 PERCENT AND IT

5    WAS ONLY 10 PERCENT BECAUSE THE JUDGE SAID IT, THAT YOU

6    HAVE TO -- OF THE TOTAL JUDGMENT, THAT IS WHAT THE

7    POSTED BOND FOR THE AMOUNT.  WE REVIEWED IT YESTERDAY.

8    YOU SAID YOU CONTACTED THE CLIENT AND YOU REVIEWED IT.

9    I REMEMBER HAVING THAT CONVERSATION WITH YOU.

10    Q.     OKAY.  I UNDERSTAND.

11              MR. THOMAS:  AND BEFORE I FORGET, THE

12    E-MAIL AT 45 I WOULD LIKE TO STATE AS EXHIBIT 16.

13              THE COURT:  ANYBODY HAVE ANY OBJECTION?

14              WE WILL RECEIVE IT AS EXHIBIT 16.

15              (EXHIBIT 16, PAGE 45 OF THE COMBINED

16    DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

17    BY MR. THOMAS:

18    Q.     AT THAT TIME DID YOU PURSUE A BOND?

19    A.     YES.

20    Q.     AND DID YOU GET A BOND?

21    A.     NO.  I DID NOT, BECAUSE I EXPLAINED TO YOU

22    BEFORE THAT WE DON'T HAVE THE MONEY TO GET THE BOND.

23    YOU TOLD US, DON'T WORRY, HOLD OFF, GIVE ME ALL THE

24    STUFF THAT YOU CAN.  I'M GOING TO KEEP REO AT BAY ONCE

25    AGAIN.  WE GAVE YOU THE STUFF AND WE ALSO ASKED TO

1    REDACT INFORMATION ON IT, AND YOU DID NOT.  LITERALLY A

2    WEEK LATER OUR BANK ACCOUNTS WERE FROZEN, PERSONAL AND

3    BUSINESS.

4    Q.     RIGHT.  SPECIFICALLY -- AND LET'S DISCUSS NOW

5    THE APPEAL.  YOU SENT ME A REQUEST TO WITHDRAW THE

6    APPEAL ON OCTOBER 15TH.  DO YOU REMEMBER THAT?

7    A.     YES, I DO.

8    Q.     WHAT WAS YOUR REASONING FOR SENDING THAT

9    REQUEST?

10   A.     BECAUSE AFTER EVERYTHING THAT HAD HAPPENED,

11   JOSH, AND AFTER THE SECOND THAT YOU LIED TO ME TELLING

12   ME THAT I WAS ON THAT CONVERSATION WHEN I WAS NOT, YOU

13   NEVER TOLD US THAT WE WERE RESPONSIBLE FOR ANOTHER

14   $7,000.  WE SAT DOWN, EMIL AND I, WHEN WE HAD A MOMENT

15   AND WE DISCUSSED IT, AND WE DECIDED AFTER LOOKING

16   THROUGH EVERYTHING, HAVE EVERYTHING UNFOLDED, WE DECIDED

17   TO MOVE IN A DIFFERENT DIRECTION.

18   Q.     DID YOU MOVE -- HAVE THAT DECISION AFTER YOU

19   SPOKE WITH MR. GINZBURG?

20   A.     MR. GINZBURG HAD NO INPUT ON US FIRING YOU OR

21   NOT.  WE DECIDED INDIVIDUALLY THAT -- WE DECIDED TO LET

22   YOU GO.

23   Q.     DID YOU EVER ACTUALLY FIRE ME?

24   A.     YES, I DID, JOSH.

25   Q.     WHEN DID YOU SEND IT IN WRITING?  WHEN DID YOU

1    CALL?  WHEN DID YOU ACTUALLY SAY YOU ARE FIRED, GET OFF

2    THE CASE?

3    A.      WELL, I THINK WHEN I TOLD YOU TO WITHDRAW THE

4    APPEAL, THAT MEANS ME FIRING YOU.  IF THERE IS NO MORE

5    APPEAL, THERE IS NO MORE CASE.

6    Q.      OKAY.  SO IT WAS YOUR UNDERSTANDING -- WHAT WAS

7    YOUR BASIS FOR -- OKAY.

8    A.      I APOLOGIZE, BUT I'M NOT AN ATTORNEY LIKE YOU

9    GUYS ARE.  I DO THINGS A CERTAIN WAY.  MY THING WAS

10   ASKING YOU TO RETRACT SOMETHING, MEANS THAT THIS IS

11   OVER.  I DON'T KNOW HOW YOU UNDERSTOOD IT, BUT THAT IS

12   MY INTERPRETATION.

13   Q.      WELL, OKAY.  I UNDERSTOOD IT ASKING FOR ME TO

14   WITHDRAW.

15               THE COURT:  MR. THOMAS, THIS IS NOT THE

16   TIME FOR YOU TO TESTIFY.  ASK QUESTIONS.

17               MR. THOMAS:  I WAS GOING TO BE LEADING IN

18   ANOTHER QUESTION, YOUR HONOR.  I APOLOGIZE.  IT WAS VERY

19   SHORT.

20   BY MR. THOMAS:

21   Q.      JUST TO BE CLEAR, MR. SHARGEL, I UNDERSTAND THAT

22   IS WHAT YOU THOUGHT YOU MEANT WITH THE WITHDRAWAL.  DID

23   YOU EVER RECEIVE -- SEND ME ANYTHING IN WRITING, A TEXT,

24   A CALL, ANYTHING THAT SPECIFICALLY SAID, YOU ARE

25   DISMISSED FROM THIS CASE OR YOU ARE FIRED?

```
 1    A.        I ACTUALLY WAS TOLD BY MR. GINZBURG NOT TO

 2    COMMUNICATE WITH YOU BECAUSE MR. GINZBURG ASKED YOU FOR

 3    YOUR MALPRACTICE INSURANCE, AND YOU SAID THAT -- YOU

 4    KNOW, YOU SHOULD CEASE ALL COMMUNICATION WITH JOSH, AND

 5    THAT IS WHAT I DID.

 6    Q.        DID YOU ASK MR. GINZBURG TO FIRE ME?

 7    A.        I DON'T BELIEVE MR. GINZBURG DID FIRE YOU.  WE

 8    NEVER HAD A CONVERSATION ABOUT MR. GINZBURG FIRING YOU.

 9              MR. THOMAS:  HEY, MR. GINZBURG, PLEASE,

10    YOU KNOW, LET HIM ANSWER WITHOUT COACHING.

11    BY MR. THOMAS:

12    Q.        IN REGARDS TO THE CONVERSATION YOU HAD WITH

13    MR. GINZBURG --

14    A.        NOBODY IS COACHING ME, JOSH.  I APOLOGIZE.  I'M

15    TALKING TO YOU.

16    Q.        IN REGARDS TO THE CONVERSATION WITH MR. GINZBURG

17    AND MYSELF, DID YOU ACTUALLY HEAR -- WERE YOU PART OF

18    THAT CONVERSATION?

19    A.        I WAS NEVER PART OF THE CONVERSATION, BUT I DID

20    RECEIVE AN E-MAIL FROM MR. GINZBURG TO YOU STATING AS

21    PART OF OUR CONVERSATION, JOSH, HERE IS THE LETTER

22    REQUESTING CERTAIN THINGS FROM YOU AND THAT YOU NEVER

23    RESPONDED TO.

24    Q.        WAS I ON THAT E-MAIL?

25    A.        OF COURSE YOU WERE.
```

1   Q.      NO, I WASN'T.

2                   THE COURT:  AGAIN, MR. THOMAS.  I'M NOT

3   GOING TO ASK YOU AGAIN.  THIS IS NOT YOUR TIME TO

4   TESTIFY.  AND IT IS NOT YOUR TIME TO EDITORIALIZE.

5                   MR. THOMAS:  I UNDERSTAND.  IF I MAY, I

6   WOULD LIKE TO ACTUALLY PULL THE E-MAIL UP TO SHOW THAT I

7   WAS NOT PART OF THAT E-MAIL.

8                   THE COURT:  YOU CAN ASK HIM WHATEVER YOU

9   WANT.  I JUST DON'T WANT YOU ARGUING WITH HIM.  I DON'T

10  WANT YOU OFFERING NARRATIVE.  YOU WILL HAVE AN

11  OPPORTUNITY TO TESTIFY IF YOU WANT TO DO THAT.  IT IS

12  NOT APPROPRIATE FOR YOU TO DO IT IN THE COURSE OF

13  EXAMINATION.

14                  MR. THOMAS:  I UNDERSTAND.  I APOLOGIZE,

15  HONOR.

16  BY MR. THOMAS:

17  Q.      MR. SHARGEL -- IN REGARDS TO THAT E-MAIL, IF I

18  STATED TO YOU THAT I WAS NOT ACTUALLY PART OF THAT

19  E-MAIL, THAT IT WAS ONLY SENT TO YOU AND MR. YASHAYEV,

20  IS THAT FAIR TO SAY?

21  A.      NO.  NO, JOSH, BECAUSE I DON'T KNOW WHO

22  MR. GINZBURG SENDS E-MAILS TO WHEN HE DOES NOT SEND IT

23  TO ME.  I DON'T LOOK AT HIS E-MAIL LIST.

24  Q.      HE SENT IT TO YOU.  IF YOU LOOK AT THE E-MAIL --

25  A.      HE SENT IT TO ME TO LOOK AT.  HE SENT US A COPY

1     WHEN HE SENT IT OVER TO YOU.  FROM WHAT I UNDERSTAND

2     FROM MR. GINZBURG, HE DID NOT CC US ON THE ORIGINAL ONE.

3     HE SENT IT TO YOU SEPARATELY AND I BELIEVE HE ALSO SENT

4     IT TO YOU VIA FAX BECAUSE YOU ASKED FOR IT TO BE SENT

5     VIA FAX, IF I'M NOT MISTAKEN.

6     Q.      WELL, WITHOUT GOING INTO MY OWN POSITION, YOU

7     WERE NOT PART OF THAT CALL, IS THAT CORRECT?

8     A.      NO, I WAS NOT PART OF THE CALL.

9     Q.      SO EVERYTHING YOU WERE HEARING FROM THAT CALL

10    WAS JUST WHAT MR. ARTOM-GINZBURG CLAIMED, IS THAT

11    CORRECT?

12    A.      MR. GINZBURG CLAIMED THAT YOU TOLD HIM TO SEND A

13    LETTER, AND THAT YOU WOULD THEN DISCLOSE YOUR

14    MALPRACTICE INSURANCE CARRIER ONCE YOU RECEIVED THE

15    LETTER.

16              MR. THOMAS:  ONE SECOND.  ONE SECOND.

17              THERE'S A CERTIFICATION -- ACTUALLY,

18    THERE WAS AN E-MAIL THAT WAS ATTACHED.  ONE MOMENT.

19    THERE WAS A DOCUMENT 43 THAT WAS ACTUALLY ATTACHED IN

20    THE OTHER CASE, IN I GUESS, THE OFFENSIVE MATTER, THE

21    20-163 CASE THAT I ACTUALLY ATTACHED A CERTIFICATION.

22    AS PART OF THAT CERTIFICATION THERE WAS AN E-MAIL THAT

23    WAS SPECIFICALLY SENT -- I DON'T KNOW, SHOULD I SEND OUT

24    -- CAN I JUST SEND OUT THAT SPECIFIC E-MAIL, YOUR HONOR?

25              THE COURT:  MR. THOMAS, I'M THOROUGHLY

1    CONFUSED.  I DON'T KNOW WHAT WE ARE DOING.  I ASKED YOU

2    TO SEND ME THE EXHIBITS IN ADVANCE SO THAT WE WOULD NOT

3    HAVE TECHNICAL PROBLEMS.  YOU DON'T SEEM TO HAVE DONE

4    THAT.

5                     I AM A LITTLE PUZZLED AS TO WHAT EXACTLY

6    WE ARE COVERING NOW.  WHAT E-MAIL IS IT THAT YOU WANT TO

7    COVER WITH HIM?

8                     MR. THOMAS:  SO I REFERENCED ALL

9    CERTIFICATIONS AND ALL PLEADINGS WHEN I STATED

10   EVERYTHING THAT WAS ATTACHED.  I JUST LITERALLY HAVE TO

11   PRINT OUT AND SEND EVERYTHING THAT WAS ATTACHED

12   PREVIOUSLY OR FILED PREVIOUSLY.

13                    WHAT I'M REFERENCING NOW IS AN E-MAIL

14   THAT WAS SENT TO MR. SHARGEL, MR. JACOVETTI AND THEN I

15   BELIEVE IT WAS ACTUALLY MR. YASHAYEV THAT WAS PART OF

16   THE CHAIN THAT ACTUALLY INCLUDED ALL OF THE DOCUMENTS

17   THAT WERE SUBMITTED THAT WERE REQUIRED BY THE COURT

18   ORDER.

19                    THE COURT:  YOU ARE SAYING YOU HAVE AN

20   E-MAIL ATTACHING THE TRANSCRIPT AND MY DECISION?

21                    MR. THOMAS:  YES.  IT WAS PART OF THE

22   CERTIFICATION THAT HAD ALREADY BEEN SUBMITTED BACK IN

23   MAY.

24                    THE COURT:  IT WAS NOT PART OF THE

25   CERTIFICATION THAT YOU SUBMITTED TO THE COURT BECAUSE

1    I'VE LOOKED AT THE CERTIFICATION THAT YOU SUBMITTED TO

2    THE COURT, MR. THOMAS.

3                   MR. THOMAS:  YOUR HONOR, WITH ALL DUE

4    RESPECT, IT WAS MAY 18TH.  IT'S PAGE 11.  IT'S EXHIBIT

5    C.  THAT WAS PART OF THAT CERTIFICATION.

6                   THE COURT:  CERTIFICATION IS EXHIBIT D, I

7    THOUGHT, RIGHT?

8                   MR. THOMAS:  THE CERTIFICATION, IT IS MAY

9    18TH OF THE 2020 CASE.  IT'S MAY 18TH, AND IT

10   SPECIFICALLY INCLUDES THE E-MAIL THAT SHOWS WHEN THEY

11   WERE ALL SENT THAT INFORMATION BACK ON APRIL 20TH, THAT

12   INCLUDES THE FIVE ATTACHMENTS, THE SAME FIVE ATTACHMENTS

13   YOU REFERRED TO IN -- EVERY SINGLE TIME THOSE WERE

14   REFERRED TO.

15                  THE COURT:  SO YOU ARE LOOKING AT -- I

16   DON'T THINK WE NEED TO SEND ANYTHING OUT BECAUSE

17   EVERYBODY CAN PULL THE DOCKET.  IT IS PUBLIC RECORD.

18   YOU ARE LOOKING AT DOCUMENT 43, PAGE 11 OF -- DOCUMENT

19   ECF 43 IN 20-163, IS THAT RIGHT?

20                  MR. THOMAS:  CORRECT, YOUR HONOR.

21                  THE COURT:  SO MR. ARTOM-GINZBURG, ARE

22   YOU ABLE TO PULL THAT UP AND SHOW IT TO MR. SHARGEL?

23                  MR. ARTOM-GINZBURG:  I'M LOGGING INTO

24   PACER NOW.

25                  MR. THOMAS:  AGAIN, I HAVE THE FULL CITE

1    AND CAN SEND IT OUT, IF THAT WOULD BE EASIER FOR

2    EVERYBODY.

3                    THE COURT:  NO.  I WANT TO AVOID

4    ADDITIONAL E-MAILS.  WE DON'T NEED THAT AS AN EXHIBIT.

5    IT'S ALREADY ON THE RECORD.

6                    MR. THOMAS:  AGAIN, IT'S THE LAST THING

7    I'M GOING THROUGH WITH MR. SHARGEL.  ACTUALLY, THE

8    SECOND TO LAST THING.

9                    IF YOUR HONOR WOULD LIKE, I CAN GO

10   THROUGH FINAL -- THE OTHER SET OF QUESTIONS AND THEN GO

11   TO THIS OR JUST WAIT FOR THIS.

12                    THE COURT:  I MEAN I DON'T THINK IT WILL

13   TAKE MR. ARTOM-GINZBURG LONG TO GET TO IT.

14                    MR. THOMAS:  I WILL DO THE FINAL AFTER.

15                    MR. ARTOM-GINZBURG:  I'M SORRY.  IT IS

16   20-CV-163?

17                    THE COURT:  YES, 20-CV-163, AND IT'S

18   DOCUMENT NUMBER 43, MR. ARTOM-GINZBURG.

19                    MR. THOMAS:  THAT IS PAGE 11.

20                    MR. REO:  JUST SO I'M CLEAR ON EXACTLY

21   WHAT WE'RE LOOKING AT, WE ARE ON THE ORDER THAT

22   DEFENDANT FCS CAPITAL SHALL FILE A CORPORATE DISCLOSURE

23   STATEMENT?

24                    THE COURT:  NO.  DOCUMENT 43, MR. REO IS

25   THE RESPONSE TO THE SANCTIONS ORDER.

1          MR. REO:  THIS IS THE SHELTON VS FCS

2     CASE.  OKAY.  I SEE IT.

3          MR. THOMAS:  YOUR HONOR, IT'S THEIR

4     OPPOSITION OF A MOTION TO DISQUALIFY ACTUALLY, TO BE

5     CLEAR.

6          MR. SHARGEL:  NO, I'VE NEVER SEEN THIS.

7          THE COURT:  MR. SHARGEL, JUST HOLD ON.

8          YOU HAVE IT IN FRONT OF YOU NOW,

9     MR. SHARGEL?

10          MR. SHARGEL:  YES, SIR, I DO.

11          THE COURT:  MR. THOMAS, YOU CAN INQUIRE

12     ABOUT IT.  GO AHEAD.

13     BY MR. THOMAS:

14     Q.     I MEAN YOU PARTIALLY KIND OF ANSWERED ALREADY,

15     BUT DID YOU RECEIVE THIS E-MAIL, MR. SHARGEL?

16     A.     NO, I'VE NEVER SEEN THIS E-MAIL BEFORE.

17     Q.     I INTENTIONALLY IN THIS CASE REDACTED YOUR

18     INFORMATION SO THAT WAY IT WOULD NOT BE PART OF THE

19     PUBLIC RECORD, BUT DO YOU REMEMBER THERE WAS A CHAIN

20     WITH THOSE E-MAILS THAT STARTED WITH THAT AND THEN

21     ACTUALLY LED INTO OUR PHONE CALL ON APRIL 22ND.  THERE'S

22     ACTUALLY A FEW E-MAILS ON THAT MATTER.  THE NEXT ONE

23     WAS -- IT ALSO INCLUDED THE TWO PHONE CALLS THAT WERE

24     DATED -- THE ONE CREDIT REPORT, AND THEN I WOULD PUT A

25     LIEN ON YOUR HOUSE, EDITED.  DID YOU RECEIVE THOSE AND

1    THEN RECEIVE THE PRINTOUT WITH THE NUMBER OF CASES, ALL

2    THE OTHER FILERS?  DO YOU REMEMBER RECEIVING THAT?

3               THE COURT:  MR. THOMAS, WHAT ARE WE

4    TALKING ABOUT HERE?  I MEAN, GIVE US SOME CONTEXT SO WE

5    ALL KNOW WHAT WE ARE LOOKING AT.

6               MR. THOMAS:  IT'S ALL A CHAIN OF E-MAILS.

7               THE COURT:  IS IT SOMETHING THAT IS

8    BEFORE THE COURT?

9               MR. THOMAS:  I'M LOOKING.  GIVE ME ONE

10   SECOND.  I BELIEVE IT IS.

11   BY MR. THOMAS:

12   Q.    LOOK AT PAGE 56 AGAIN.

13   A.    ON WHICH PART?

14   Q.    THE ONE THAT I SENT OUT, THE COMBINED ONE.

15   A.    BEAR WITH ME A MOMENT.

16         THIS IS WHERE YOU ASKED ME FOR THE

17   CERTIFICATION.

18   Q.    RIGHT.  DO YOU REMEMBER RECEIVING A CHAIN OF

19   E-MAILS THAT WERE PART OF THAT CHAIN?

20   A.    NO, I DON'T.  I REMEMBER RECEIVING THIS E-MAIL,

21   AND THEN I RECEIVED ONE MORE E-MAIL FROM YOU WITH THE

22   LIST OF OTHER PEOPLE THAT HAVE MULTIPLE CASES OPEN.

23   Q.    DO YOU REMEMBER RECEIVING ANY OTHER RECORDINGS?

24   A.    IN SEPTEMBER OF THIS YEAR, YOU SENT ME OTHER

25   RECORDINGS.

1     Q.        THE ONES IN APRIL?

2     A.        I NEVER RECEIVED ANY RECORDINGS IN APRIL, JOSH.

3     Q.        OKAY.  YOU DO REMEMBER RECEIVING THAT LIST OF

4     NAMES, CORRECT?

5     A.        YES.  YOU SENT ME A LIST OF NAMES.  THEN YOU

6     SENT ME ALSO THE CERTIFICATION FOR ME TO SIGN, WHICH WE

7     SIGNED AND PROMPTLY GOT BACK TO YOU.

8     Q.        OKAY.

9               IN REGARDS TO -- ONE SECOND.

10              MR. SILVESTRO:  YOUR HONOR --

11              THE COURT:  YES.

12              MR. SILVESTRO:  JUST TO MAKE SURE THAT

13    I'M CLEAR, WE ARE ON DOCUMENT NUMBER 453, PAGE 56?

14              THE COURT:  NO.  WE ARE NOW ON PAGE 56 OF

15    MR. SHELTON -- I'M SORRY, MR. THOMAS'S PDF THAT HE

16    SUBMITTED.

17              MR. THOMAS:  THIS PART IS PAGE 53 OF THE

18    PDF, AND THEN IT'S THE LAST PART.

19              THE WITNESS:  WHAT PAGE DO YOU WANT ME TO

20    GO TO, JOSH?  I APOLOGIZE.

21    BY MR. THOMAS:

22    Q.        53, MR. SHARGEL.

23    A.        YES.  ON OCTOBER 4TH:  PLEASE SEND ME OVER THE

24    DOCUMENTS ASAP SO I CAN SUBMIT THEM TOMORROW.  THANK

25    YOU.

1          YOU ASKED US TO SUBMIT -- I REMEMBER THAT

2    E-MAIL.  YOU ASKED US TO SUBMIT MORE INFORMATION FOR

3    DISCOVERY AND WE -- AT THAT TIME WE WERE NOT

4    COMMUNICATING.  WE DID SUBMIT THAT DISCOVERY, BUT

5    THROUGH MR. GINZBURG.

6    Q.     DO YOU SEE -- SAME PAGE, BELOW THAT ONE, OCTOBER

7    2ND?

8    A.     YES.  AFTER I SPOKE TO YOU IN THE MORNING, I DID

9    NOT WANT TO SPEAK TO YOU IN THE AFTERNOON AFTER

10   MR. GINZBURG TOLD ME THAT I WAS FINED ANOTHER $7,000

11   THAT YOU NEVER TOLD ME ABOUT IN THE MORNING.

12   Q.     DID I CALL YOU IN THE MORNING?

13   A.     YES, YOU DID.  I BELIEVE YOU CALLED ME.  I'LL

14   TELL YOU RIGHT NOW WHAT TIME IT WAS.  GIVE ME ONE

15   SECOND.  I WILL TELL YOU RIGHT NOW EXACTLY WHAT TIME IT

16   WAS THAT YOU AND I SPOKE ON OCTOBER 2ND.  YOU SENT ME A

17   TEXT AND THEN YOU CALLED ME AT 10:33 A.M.

18   Q.     AS PART OF THAT CALL I TOLD YOU THAT -- ABOUT

19   THE HEARING, CORRECT?

20   A.     NO.  WHAT YOU DID TELL ME WAS, HEY, WHAT DID YOU

21   THINK?  I SAID, JOSH, I WAS NOT PART OF THE HEARING.

22   DID YOU HAVE THE HEARING?  YOU SAID:  YES, I COULD HAVE

23   SWORN YOU WERE ON IT.  I SAID I WAS NOT.  YOU SAID:

24   OKAY, WE WILL TALK SOON.  I SAID:  OKAY.

25          THAT IS WHEN I CALLED MR. GINZBURG, LATER

1    ON, AND MR. GINZBURG NOTIFIED ME OF WHAT HAPPENED AT

2    THAT HEARING.  HE TOLD ME EXACTLY WHAT HAPPENED.

3    Q.     MR. SHARGEL, DID YOU ACTUALLY CUT ME OFF ON THAT

4    PHONE CALL AT THE END OF THE CALL?

5    A.     NO, I DID NOT, JOSH, BECAUSE I DON'T HAVE ANY

6    OTHER CALLS AFTER THAT ON THAT DAY.

7    Q.     WERE YOU MEETING WITH MR. GINZBURG THAT DAY?

8    A.     I SPOKE TO MR. GINZBURG LATER ON IN THAT DAY.

9    Q.     OKAY.

10                   MR. THOMAS:  I HAVE NO FURTHER QUESTIONS

11   AT THIS TIME, YOUR HONOR.

12                   THE COURT:  I WANT TO WRAP UP WITH

13   MR. SHARGEL AND THEN I WANT TO TAKE A SHORT BREAK SO

14   THAT WE CAN HAVE SOME LUNCH.

15                   MR. ARTOM-GINZBURG, DO YOU HAVE ANY

16   FOLLOW-UP?

17                   MR. ARTOM-GINZBURG:  NO, YOUR HONOR.

18                   THE COURT:  MR. REO?

19                   MR. REO:  I HAVE APPROXIMATELY 25

20   QUESTIONS THAT I HAVE PREPARED, SO IF WE ARE GOING TO

21   LUNCH, WE MIGHT WANT TO --

22                   THE COURT:  NO.  WE ARE GOING TO DO IT,

23   BUT YOU ARE GOING TO BE FAST AND I WANT IT TO BE

24   FOCUSED.  THIS IS DRAGGING ON.  I DON'T NEED TO REPEAT

25   STUFF THAT HAS ALREADY BEEN COVERED.

1                    MR. REO:  I CAN PROBABLY CHOP OUT A THIRD

2       OF THESE QUESTIONS EASILY.

3                        RE-CROSS EXAMINATION

4       BY MR. REO:

5       Q.       I WOULD JUST LIKE TO ASK MR. SHARGEL, DO YOU

6       KNOW THE DIFFERENCE BETWEEN DISPOSITIVE AND

7       NONDISPOSITIVE MOTION?

8       A.       NO, I DO NOT, SIR.

9                        THE COURT:  MR. REO, I JUST WANT TO PUT

10      YOU ON MY SCREEN.  MY SCREEN WENT BLACK.  NOW I CAN SEE

11      YOU.  GO AHEAD.

12      BY MR. REO:

13      Q.       DID MR. THOMAS EVER EXPLAIN IN DECEMBER OF 2019

14      OR JANUARY OF 2020 THAT HE WAS SEEKING RECONSIDERATION

15      PER FEDERAL RULE 59(E) FOR RECONSIDERATION OF A JUDGMENT

16      THAT WAS A FINAL APPEALABLE ORDER?

17      A.       NO, SIR.  I DON'T EVEN KNOW WHAT THAT MEANS, TO

18      BE HONEST WITH YOU, WHAT YOU JUST SAID.

19      Q.       SO FROM YOUR PERSPECTIVE IT COULD HAVE JUST BEEN

20      A DISCOVERY MOTION OR SOME MOTION IN THE PROCEEDING THAT

21      DID NOT DETERMINE THE OUTCOME OF THE CASE?  AS FAR AS

22      YOU KNEW, THE CASE WAS STILL GOING ON.

23      A.       YES, SIR.

24      Q.       NOW, JUDGMENT WAS ENTERED AGAINST YOU ON

25      DECEMBER 11, 2019.  THE MOTION FOR RECONSIDERATION WAS

1     FILED ON JANUARY 27, 2020.

2                      DURING THIS TIME, DID MR. THOMAS EVER

3     EXPLAIN TO YOU THAT YOU HAD TO MOVE FOR RECONSIDERATION,

4     THAT YOU EITHER HAD TO DO THIS OR APPEAL?

5                      DID HE EVER EXPLAIN THAT A JUDGMENT HAD

6     BEEN ENTERED AGAINST YOU?

7     A.      NO, SIR.

8                      THE COURT:  MR. REO, WE HAVE COVERED A

9     LOT OF THIS ALREADY, SO IF YOU ARE ASKING THIS -- IT

10    NEEDS TO BE NEW AND RESPONSIVE.  I DON'T NEED TO REPLOW

11    THINGS THAT I HAVE HEARD.

12                     MR. REO:  YES, YOUR HONOR.  I WILL MOVE

13    ALONG.

14    BY MR. REO:

15    Q.      DID JOSHUA THOMAS EVER TELL YOU THAT HE WANTED

16    TO FILE AN APPEAL FROM THE DENIAL OF AN UNTIMELY MOTION

17    FOR RECONSIDERATION FOR THE PURPOSE OF SLOWING DOWN THE

18    PROCEEDINGS AND TO KEEP THE FIGHT GOING?

19    A.      CAN YOU REPEAT THAT AGAIN.  I APOLOGIZE.

20    Q.      LET ME REPHRASE.

21                     IN THE E-MAIL, JUNE 19, 2020, HE INFORMED

22    YOU THAT HE HAD A STRATEGY TO CAUSE DELAY.

23                     THE COURT:  MR. REO, I NEED YOU TO POINT

24    ME TO A PAGE IN AN EXHIBIT SO WE ARE ALL LOOKING AT

25    SOMETHING.  I NEED A CLEAN RECORD FROM ALL OF YOU.

1          MR. REO:  I BELIEVE IT WAS ON

2    MR. THOMAS'S EXHIBIT 9.  I WANT TO SAY IT WAS --

3               THE COURT:  PAGE 9?

4          MR. REO:  EXHIBIT 9 I BELIEVE IS WHAT IT

5    WAS.  IT WAS ON PAGE 41.

6               THE COURT:  EXHIBIT 9, THAT IS ALREADY

7    IN, AND IT IS PAGE 41.

8          MR. REO:  IT'S A COMBINED SHELTON

9    DISCOVERY COMPLETE REDUCED PDF.

10   BY MR. REO:

11   Q.     HE ADVISES YOU THAT HE WANTS TO SLOW EVERYTHING

12   DOWN AND KEEP THE FIGHT GOING WITH BLANKET OBJECTIONS

13   AND THAT HE WANTS TO DO AN APPEAL.

14              SO THAT WAS BASICALLY WHAT HE TOLD YOU

15   THE APPEAL WAS GOING TO DO, TO SLOW THINGS DOWN, IS THAT

16   CORRECT?

17              MR. THOMAS:  OBJECTION, THAT IS A

18   MISREPRESENTATION OF THE DOCUMENTS, AND THAT IS A

19   COMPLETE MISREPRESENTATION.

20              THE COURT:  IT'S A QUESTION AND I WILL

21   LET MR. SHARGEL TESTIFY.  I CAN READ THE DOCUMENT TOO.

22   SO IT IS OVERRULED.

23              MR. SHARGEL:  MR. REO, I APOLOGIZE, I

24   JUST DON'T UNDERSTAND THE QUESTION.  IF YOU CAN REPHRASE

25   IT ONE MORE TIME.

1    BY MR. REO:

2    Q.      WAS IT YOUR UNDERSTANDING THAT THE PURPOSE OF

3    THE APPEAL WAS TO APPEAL A JUDGMENT FOR $54,000 OR WAS

4    IT --

5    A.      IT WAS NOT A JUDGMENT.  I APOLOGIZE.  IT WAS NOT

6    FOR A JUDGEMENT.  I THOUGHT IT WAS SOME REGULAR

7    PROCEEDING THAT IS GOING ON IN THE CASE.

8    Q.      SO A DISCOVERY DISPUTE PERHAPS.

9    A.      EXACTLY.  WHATEVER TERMINOLOGY YOU GUYS USE.

10   Q.      AND MR. THOMAS SAID THAT HE WANTED TO SLOW

11   THINGS DOWN AND KEEP THE FIGHT GOING.

12   A.      YES.  HE WANTED TO KEEP YOU AND MR. SHELTON AT

13   BAY WHILE WE KEEP THE FIGHT GOING.

14   Q.      NOW, DO YOU KNOW WHAT A PRELIMINARY INJUNCTION

15   IS?

16   A.      NO, SIR, I DO NOT.

17   Q.      DID MR. THOMAS EVER AT ANY TIME EXPLAIN IT TO

18   YOU?

19   A.      NO, HE DID NOT.

20   Q.      DID HE EVER EXPLAIN THAT A PRELIMINARY

21   INJUNCTION COULD NOT BE GRANTED FOR A PARTY THAT HAD

22   ALREADY LOST THE CASE ON THE MERITS?

23   A.      I DID NOT EVEN KNOW WE LOST THE CASE AT THAT

24   TIME, IF YOU ARE STILL SPEAKING ABOUT JULY -- I'M SORRY.

25   Q.      JUNE 2020.

1     A.        YEAH.  I DID NOT EVEN KNOW THAT WE LOST THE CASE

2     AT THAT TIME.

3     Q.        ALL RIGHT.

4                   NOW, THIS IS A BIT -- YOU DON'T HAVE TO

5     ANSWER IF YOU CHOOSE NOT TO, BUT IS JOSHUA THOMAS STILL

6     BILLING YOU FOR LEGAL SERVICES?

7     A.        NO.  I HAVE NOT PAID JOSH THOMAS FOR LEGAL

8     SERVICES IN A BIT.  EVER SINCE -- I DON'T KNOW EXACTLY.

9     NO.

10    Q.        WHEN IS THE LAST TIME JOSHUA THOMAS SENT YOU AN

11    INVOICE DETAILING SERVICES AND CHARGES OR A BILL

12    REQUESTING PAYMENT?

13    A.        HE HAS NEVER SENT ME ANYTHING DETAILING

14    SERVICES.  HE'S NEVER SENT ME A BILL.  HE WOULD JUST

15    CALL ME AND SAY ME TO RUN A CREDIT CARD.

16    Q.        NOW, FROM YOUR POINT OF VIEW, YOU FIRED JOSH

17    THOMAS.  HE IS TERMINATED.  HE NO LONGER REPRESENTS YOU.

18    A.        100 PERCENT.

19    Q.        SO IF YOU HAD A CONTRACTOR BUILDING A PATIO DECK

20    AND YOU TOLD THEM, WE ARE DONE, STOP WORKING --

21                   THE COURT:  MR. REO, I UNDERSTAND WHAT A

22    CONTRACT IS AND HOW IT WORKS.  OKAY?

23                   MR. REO:  SORRY, YOUR HONOR.

24    BY MR. REO:

25    Q.        HAVE YOU EVER ASKED JOSHUA THOMAS FOR A REFUND

1    OF MONEY PAID FOR THE WORK HE HAD DONE THUS FAR IN THIS

2    MATTER?

3    A.    I HAVE NOT ASKED HIM FOR A REFUND AS OF YET, NO.

4    Q.    HAS HE EVER OFFERED YOU A REFUND?

5    A.    NEVER HAS OFFERED ME A REFUND.

6    Q.    DID MR. THOMAS ADVISE YOU AT ANY POINT AFTER THE

7    APPEAL WAS FILED THAT MR. SHELTON AND I INFORMED HIM

8    THAT IF THE APPEAL WAS NOT DISMISSED, WE WOULD SEEK

9    APPELLATE SANCTIONS UNDER RULE OF APPELLATE PROCEDURE 38

10   FOR FRIVOLOUS APPEAL?

11             MR. THOMAS:  YOUR HONOR, I OBJECT TO THAT

12   ENTIRE LINE OF QUESTIONING.  THIS IS WAY OUTSIDE OF THE

13   ACTUAL SCOPE OF WHAT HAS ALREADY BEEN DISCUSSED.

14             THE COURT:  YES, SUSTAINED.

15             MR. REO, KEEP IT RELEVANT TO WHAT WE ARE

16   COVERING.

17   BY MR. REO:

18   Q.    THIS WILL BE MY FINAL QUESTION.  WHEN DID YOU

19   INSTRUCT JOSHUA THOMAS TO DISMISS THE APPEAL?

20   A.    I BELIEVE ON THE 15TH OF OCTOBER, IF I'M NOT

21   MISTAKEN.

22             MR. REO:  NOTHING FURTHER.  THANK YOU,

23   SIR.

24             THE COURT:  MR. SILVESTRO, DO YOU HAVE

25   ANY FOLLOW-UP?

1                    MR. SILVESTRO:  NO, YOUR HONOR.

2                    THE COURT:  MR. SHARGEL, YOU ARE

3        DISMISSED.  THANKS FOR YOUR TIME.

4                    MR. SHARGEL:  THANK YOU, YOUR HONOR.

5                    (WITNESS EXCUSED.)

6                    THE COURT:  WE ARE GOING TO TAKE -- I

7        WANT TO GIVE EVERYBODY A CHANCE TO TAKE A BREAK.  I

8        THINK PEOPLE PROBABLY WANT TO STRETCH THEIR LEGS AND EAT

9        SOMETHING, BUT I ALSO WANT TO KEEP THIS MOVING AND GET

10       THIS DONE.  HOPEFULLY WHAT WE HAVE LEFT, PARTICULARLY

11       MR. JACOVETTI'S TESTIMONY, WILL BE RELATIVELY FOCUSED,

12       AND THEN WE WILL HEAR FROM MR. THOMAS AS WELL.  SO LET'S

13       TAKE A BREAK.  I HAVE 1:35.  I WOULD LIKE TO KEEP IT TO

14       20 MINUTES.  LET'S BE BACK AT FIVE MINUTES TO 2.  OKAY?

15                   ALL COUNSEL:  THANK YOU, YOUR HONOR.

16                   (LUNCHEON BREAK TAKEN.)

17                   THE COURT:  ALL RIGHT.  DO WE HAVE

18       EVERYBODY BACK?  MR. REO, MR. THOMAS.  MS. WHITE IN BACK

19       WAVING AT ME.  I THINK I JUST NEED MR. SILVESTRO.

20                   MR. SILVESTRO:  I APOLOGIZE, YOUR HONOR.

21       I PROMISE YOU THAT WE WILL BE QUITE FOCUSED.

22                   THE COURT:  OKAY.  GREAT.

23                   SO BACK ON THE RECORD, AND I THINK WHAT

24       WE WILL DO NEXT IS WE WILL HEAR FROM MR. JACOVETTI.

25                   I ASSUME, MR. SILVESTRO, YOU WILL PUT

1    MR. JACOVETTI ON, AND THEN I WILL GIVE

2    MR. ARTOM-GINZBURG AND MR. REO A CHANCE TO ASK WHATEVER

3    QUESTIONS THEY HAVE.  I MAY HAVE A COUPLE OF QUESTIONS,

4    I DON'T KNOW YET, AND THEN WE WILL -- I WILL LET

5    MR. THOMAS CROSS.

6                    MR. JACOVETTI, I'M JUST GOING TO ASK YOU

7    TO TALK TO MS. BUENZLE SO SHE CAN SWEAR YOU IN.

8                    (ROBERT JACOVETTI, DEFENSE WITNESS,

9    SWORN.)

10                   THE CLERK:  WILL YOU STATE YOUR NAME FOR

11   THE RECORD.

12                   THE WITNESS:  ROBERT C. JACOVETTI,

13   J-A-C-O-V-E-T-T-I.

14                   THE COURT:  GO AHEAD, MR. SILVESTRO.

15                   MR. SILVESTRO:  THANK YOU, YOUR HONOR.

16                   DIRECT EXAMINATION

17   BY MR. SILVESTRO:

18   Q.      MR. JACOVETTI, AT SOME POINT IN OR AROUND

19   DECEMBER OF 2019, DID YOU HAVE SOME DISCUSSIONS WITH

20   JOSHUA THOMAS WITH REGARD TO BRINGING AN ACTION AGAINST

21   MR. JAMES SHELTON AND AN INDIVIDUAL BY THE NAME OF DAN

22   BOGER?

23   A.      YES.

24   Q.      AND DID YOU DISCUSS WHAT THE NATURE OF THE

25   POTENTIAL CLAIMS WERE?

1    A.       YES.

2    Q.       AND WHAT DID YOU INDICATE TO HIM THAT YOU WANTED

3    TO PURSUE?

4    A.       SOME FORM OF DEFAMATION AND POSSIBLE CIVIL

5    CONSPIRACY.

6    Q.       AND WHAT DO YOU BELIEVE WAS THE SOURCE OF THE

7    DEFAMATION?

8    A.       I WAS BROUGHT INTO A LAWSUIT THAT I SHOULD NOT

9    HAVE BEEN BROUGHT INTO.  I WAS THREATENED BY IT.  IT WAS

10   A MATTER OF PUBLIC RECORD, AND I WAS CONCERNED ABOUT THE

11   IMPACT IT WOULD HAVE ON MY PRACTICE, MY FIRM.

12   Q.       AND IS THAT THE LAWSUIT THAT WE HAVE BEEN

13   SPEAKING ABOUT HERE THAT IS, FOR LACK OF A BETTER

14   DESCRIPTION, A SISTER CASE IN THIS MATTER?

15   A.       YES.

16   Q.       AND DID YOU HAVE SOME CONVERSATIONS WITH

17   MR. THOMAS WITH REGARD TO WHO THE PLAINTIFFS IN YOUR

18   MATTER WOULD BE?

19   A.       I DID.

20   Q.       AND DID THOSE DISCUSSIONS INCLUDE BARRY SHARGEL

21   AND EMIL YASHAYEV?

22   A.       TO THE EXTENT THAT I DID NOT WANT THEM INCLUDED

23   IN THE ACTION, YES.

24   Q.       AND DID YOU SPECIFICALLY TELL MR. THOMAS THAT

25   YOU DID NOT WANT THEM TO BE IN THE ACTION?

1    A.        NUMEROUS TIMES.

2    Q.        AND WHAT WAS THE BASIS FOR YOUR CONCERN ABOUT

3    THEM BEING PLAINTIFFS IN YOUR ACTION?

4    A.        I WAS AWARE THAT THERE WAS A PENDING ACTION.  I

5    WAS CONCERNED ABOUT THAT THE ACTION WAS STILL ONGOING AT

6    THAT POINT TO MY KNOWLEDGE, AND CONCURRENT CLAIMS OR

7    POSSIBILITY OF CONCURRENT CLAIMS.

8    Q.        DID YOU HAVE SOME DISCUSSIONS WITH BOTH THESE

9    INDIVIDUALS, MR. SHARGEL AND MR. YASHAYEV, ABOUT JOSH

10   INCLUDING THEM IN THE CASE?

11   A.        I HAD DISCUSSIONS WITH BARRY AND EMIL THAT I WAS

12   CONSIDERING BRINGING AN ACTION.  WHEN I SAW THE DRAFTS

13   THAT INCLUDED THEM, I DID INFORM JOSH THAT THEY HAVE TO

14   BE TAKEN OUT.  HE DID TELL ME AT THE TIME, DON'T WORRY,

15   IT'S JUST A DRAFT.  WHEN I FILE, I WILL TAKE IT OUT.  I

16   DID INFORM BARRY THAT THEY WERE INCORRECTLY INCLUDED,

17   THAT THEY COULD NOT BE A PART OF THE ACTION.

18   Q.        OKAY.  AND DID EITHER BARRY OR EMIL EVER GIVE

19   YOU CONSENT OR THEIR AUTHORITY THAT YOU COULD MAKE

20   REPRESENTATIONS TO MR. THOMAS THAT IT WAS OKAY TO MAKE

21   THEM AS PLAINTIFFS.

22   A.        NO, THEY DID NOT.

23   Q.        YOU HAVE HEARD SOME DISCUSSIONS ABOUT US TALKING

24   ABOUT THE CERTIFICATION, CORRECT?

25   A.        YES, I DID.

1    Q.      AND IS IT FAIR TO SAY THAT YOUR SIGNATURE

2    APPEARS ON THE CERTIFICATION?

3    A.      IT DOES.

4    Q.      AND AS I HAVE ASKED YOUR COLLEAGUES, IT

5    INDICATES THAT YOU REVIEWED SOME THINGS BEFORE YOU

6    SIGNED THE CERTIFICATION, IS THAT ACCURATE?

7    A.      TO THE EXTENT THAT THAT IS NOT MY INTERPRETATION

8    OF THE WORDS ON IT, YES, IT DOES USE THE WORD

9    "REVIEWED," BUT MY UNDERSTANDING WAS THAT THE REVIEW WAS

10   A SERIES OF CONVERSATIONS WE HAD WITH MR. THOMAS.  I DID

11   NOT REVIEW ANY DOCUMENTS.

12   Q.      WERE YOU AWARE THAT MR. THOMAS WAS UNDER SOME

13   DURESS AND WAS SOMEWHAT IN A BAD POSITION WITH REGARD TO

14   THE COURT AT THIS POINT?

15   A.      I WAS AWARE THAT THERE WERE SOME ISSUE WITH

16   POSSIBLE SANCTIONS.  TO THE EXTENT AND THE SEVERITY OF

17   THAT SCENARIO, NO, I WAS NOT AWARE.

18   Q.      AND AS A RESULT OF THOSE DISCUSSIONS DID YOU

19   ENTERTAIN THE IDEA OF BRINGING IN OTHER -- OR ADDITIONAL

20   COUNSEL?

21   A.      TO THE BEST OF MY RECOLLECTION, IT WAS DISCUSSED

22   WITH RESPECT TO A MR. WEIN -- I WILL GET THE NAME

23   INCORRECT.  AND I BELIEVE JOSH -- EXCUSE ME, MR. THOMAS

24   RAISED IT AS A POSSIBLE -- POSSIBILITY TO BRING IN

25   ANOTHER ATTORNEY WHO WOULD BE BETTER SUITED TO ADVANCE

```
1     THE CASE AND AVOID ANY DISTRACTIONS WITH RESPECT TO HIS

2     RELATIONSHIP WITH YOUR HONOR.

3     Q.      AND WAS THE PURPOSE OF BRINGING AN ADDITIONAL

4     ATTORNEY IN TO SOMEWHAT DEFLECT WHAT JOSH PERHAPS

5     CHARACTERIZED AS A PERSONALITY CONFLICT WITH THE COURT?

6     A.      THAT IS MY UNDERSTANDING.

7     Q.      AND DID MR. WEISBERG EVER ENTER HIS APPEARANCE

8     ON YOUR BEHALF?

9     A.      NO.

10    Q.      WERE YOU AWARE OF THE EXISTENCE OF A HEARING ON

11    MARCH 12TH THAT HAD TO DO WITH SANCTIONS AGAINST

12    MR. THOMAS?

13    A.      I WAS NOT.

14    Q.      I GUESS IT'S FAIR TO SAY THEN THAT YOU DID NOT

15    ATTEND THAT HEARING?

16    A.      I DID NOT.

17    Q.      WERE YOU AWARE THAT THERE WAS AN ORDER THAT WAS

18    ISSUED ON MARCH 27 OF 2020 IN WHICH IT WAS REQUIRED THAT

19    MR. THOMAS SHOW YOU SPECIFIC DOCUMENTS AND THAT WAS

20    SUPPOSED TO BE THE BASIS FOR THE CERTIFICATION?

21    A.      NOT AT THAT TIME, NO.

22    Q.      I'M GOING TO GO THROUGH THOSE DOCUMENTS.  THERE

23    WAS AN ORDER ON MARCH 27TH OF 2020, IS AN ORDER FROM

24    THIS COURT.  DID YOU EVER SEE THAT PRIOR TO SIGNING YOUR

25    CERTIFICATION?
```

1    A.      NO.   JOSH NEVER AFFIRMATIVELY TOLD ME ABOUT THAT

2    ORDER, NO.

3    Q.      THERE WAS AN ACCOMPANYING MEMORANDUM THAT WENT

4    ALONG WITH THAT ORDER.  DID YOU EVER SEE THAT PRIOR TO

5    SIGNING THE CERTIFICATION?

6    A.      NO, I DID NOT.

7    Q.      DID YOU READ A TRANSCRIPT OF THE MARCH 12TH

8    HEARING PRIOR TO SIGNING THE CERTIFICATION?

9    A.      NOT AT THAT TIME.

10   Q.      COLLECTIVELY, THE THREE DOCUMENTS THAT WE JUST

11   DISCUSSED, THE MARCH 27TH ORDER, THE ACCOMPANYING

12   MEMORANDUM, AND THE MARCH 12TH, 2020 TRANSCRIPT, DID YOU

13   EVER RECEIVE COPIES OF ANY OF THOSE THINGS?

14   A.      NO.

15   Q.      PRIOR TO -- AND LET ME JUST MAKE SURE THAT WE

16   ARE CLEAR ON THE RECORD.  THE QUESTION IS SPECIFICALLY

17   WITH REGARD TO PRIOR TO SIGNING YOUR CERTIFICATION.

18   A.      NO.

19   Q.      THERE APPEARED TO BE SOME TESTIMONY EARLIER BY

20   MR. THOMAS, OR AT LEAST AN ATTEMPT, THAT HE SERVED YOU

21   COPIES OF THOSE ITEMS, IT APPEARS BY UPS.  DID YOU EVER

22   RECEIVE THOSE DOCUMENTS VIA UPS?

23   A.      NEVER.

24   Q.      DID YOU EVER RECEIVE THEM ELECTRONICALLY?

25   A.      NEVER.

1          MR. SILVESTRO:  YOUR HONOR, I HAVE NO

2    MORE QUESTIONS.

3          THE COURT:  OKAY.  MR. ARTOM-GINZBURG, DO

4    YOU HAVE ANY QUESTIONS?

5          MR. ARTOM-GINZBURG:  NO QUESTIONS, YOUR

6    HONOR.

7          THE COURT:  MR. REO, DO YOU HAVE ANY

8    QUESTIONS?

9          MR. REO:  I DO HAVE A FEW.

10         CROSS EXAMINATION

11   BY MR. REO:

12   Q.     PRIOR TO THE FILING OF JACOVETTI LAW V.

13   SHELTON, DID YOU SEE A COPY OF THE PROPOSED COMPLAINT?

14   A.     DID I SEE A DRAFT?  YES.

15   Q.     DID YOU SEE THE FINAL DRAFT PRIOR TO IT BEING

16   FILED OR DID YOU SEE A WORK-IN PROGRESS DRAFT?

17   A.     I WOULD CHARACTERIZE IT AS A WORK-IN PROGRESS.

18   Q.     DID IT INCLUDE MR. YASHAYEV AND MR. SHARGEL AS

19   PLAINTIFFS?

20   A.     TO THE EXTENT THAT IT WAS MY UNDERSTANDING THAT

21   WHEN IT WAS GOING TO BE FILED IT WOULD BE REVISED TO

22   OMIT THEM, YES.

23   Q.     SO THEY WERE INCLUDED, BUT YOU EXPECTED AND

24   COMMUNICATED TO MR. THOMAS THAT HE WAS TO REMOVE THEM

25   PRIOR TO THE FILING.

1    A.        SEVERAL TIMES.

2    Q.        AT ANY TIME AFTER THE FILING OF JACOVETTI LAW V.

3    SHELTON, DID YOU SEE A COPY OF THE COMPLAINT OR THE

4    AMENDED COMPLAINT THAT HAD BEEN FILED IN THE CASE?

5    A.        THE AMENDED COMPLAINT, YES.

6    Q.        DID YOU REQUEST THAT MR. THOMAS REMOVE

7    MR. YASHAYEV AND MR. SHARGEL AS PLAINTIFFS IN THAT

8    ACTION?

9    A.        SEVERAL TIMES.

10   Q.        DID HE TELL YOU-- WHAT WAS HIS RESPONSE?

11   A.        DON'T WORRY, I WILL TAKE CARE OF IT, OR

12   SOMETHING TO THAT EFFECT.

13   Q.        ALL RIGHT.

14             THE CERTIFICATION WITH THE SIGNATURES

15   DOES NOT BEAR A CASE CAPTION.

16             DID YOU SPECIFICALLY KNOW WHAT CASE THE

17   CERTIFICATION REFERRED TO?

18   A.        AT THE TIME IT WAS MY UNDERSTANDING THAT IT WAS

19   GOING TO BE A DOCUMENT TO BE USED IN BOTH CASES, AND IT

20   WAS MISCHARACTERIZED TO ME TO THE EXTENT THAT, OH, IT'S

21   JUST REALLY TO SHOW THE COURT THAT YOU WANT ME TO

22   CONTINUE.  IT'S A MINOR MATTER.  IT WAS NEVER

23   AFFIRMATIVELY EXPLAINED IN ANY DEPTH WITH ANY CLARITY.

24   Q.        YOU SAID YOU DID NOT RECEIVE THE TRANSCRIPTS BY

25   UPS.  DID YOU RECEIVE THEM BY ANY OTHER COURIER, REGULAR

1    MAIL?

2    A.      I DID NOT RECEIVE ANY TRANSCRIPTS.

3    Q.      AT NO TIME DID YOU EVER GET THE 76 PAGES?

4    A.      NO, I DID NOT.

5    Q.      DID MR. THOMAS EVER DISCUSS THE TRANSCRIPTS WITH

6    YOU, REFERENCE THEM OR DISCLOSE THEIR EXISTENCE?

7    A.      HE DID NOT.

8    Q.      DID JOSHUA THOMAS INFORM YOU THAT HE HAD BEEN

9    SANCTIONED IN JACOVETTI LAW V. SHELTON?

10   A.      HE RAISED IT AS AN ISSUE, THAT THERE WAS A

11   POSSIBILITY OF SANCTIONS.  IT WAS NOT MY KNOWLEDGE THAT

12   HE HAD BEEN SANCTIONED, AND IT NEVER WAS DISCUSSED WITH

13   ANY CLARITY TO THE EXTENT AND THE SERIOUSNESS OF THE

14   SANCTIONS, NO.

15   Q.      WHEN DID YOU FIRST LEARN THAT JOSHUA THOMAS HAD

16   BEEN SANCTIONED IN JACOVETTI LAW V. SHELTON?

17   A.      ACTUALLY SANCTIONED?  I DON'T HAVE A SPECIFIC

18   RECOLLECTION.  I CAN'T PUT A DATE ON IT.

19   Q.      OKAY.

20   A.      I'M GOING TO SAY FAIRLY INTO THIS PROCEEDING,

21   FAIRLY INTO THE CASE, I WOULD SAY.

22   Q.      WERE YOU AWARE THAT DEFENDANT SHELTON SOUGHT

23   RULE 11 SANCTIONS AGAINST YOU AND JOSHUA THOMAS IN

24   JACOVETTI LAW V. SHELTON?

25   A.      NO, I WAS NOT.

```
 1                    MR. REO:  NOTHING FURTHER.

 2                    THE COURT:  I HAVE A COUPLE OF QUESTIONS,

 3    NOT A LOT.  AND THEN I'M GOING TO TURN IT OVER TO

 4    MR. THOMAS.

 5    BY THE COURT:

 6    Q.       MR. JACOVETTI, ONCE THE CASE WAS FILED, YOU AND

 7    YOUR FIRM SUED MR. SHELTON.  DID YOU DO ANYTHING TO

 8    FOLLOW THE DOCKET?

 9    A.       NO, I DID NOT, YOUR HONOR.  I WAS RELYING ON MY

10    ATTORNEY.

11    Q.       AND WHEN YOU GOT THIS CERTIFICATION, DRAFT OF

12    THE CERTIFICATION FROM MR. THOMAS, DID YOU -- JUST TELL

13    ME A LITTLE BIT ABOUT THE DISCUSSION YOU HAD WITH HIM

14    ABOUT WHAT HAD PRECIPITATED IT.

15    A.       IT WAS ALWAYS VERY SHORT CONVERSATION TO THE

16    EXTENT THAT OH, IT IS REALLY NOTHING, I HAD SOME ISSUES

17    WITH THIS PARTICULAR JUDGE IN A PRIOR CASE, AND, YOU

18    KNOW, HE DOES NOT LIKE ME AND HE JUST WANTS TO KNOW THAT

19    YOU WANT TO CONTINUE WITH ME.  IT MINIMIZED --

20    Q.       DID --

21    A.       EXCUSE ME, YOUR HONOR, I APOLOGIZE.

22    Q.       GO AHEAD.

23    A.       IT WAS ALWAYS MINIMIZED.  IT WAS ALWAYS MADE

24    VERY LIGHT OF, TO WHATEVER EXTENT WE DISCUSSED IT.  AND

25    THERE WERE NOT A LOT OF DISCUSSIONS ABOUT IT.
```

1    Q.      SO I KNOW YOU HAVE BEEN SITTING HERE FOR THE

2    TESTIMONY.  AND RIGHT BEFORE THE BREAK, MR. THOMAS WAS

3    SHOWING US THE E-MAIL THAT IS ON THE DOCKET WHERE HE

4    ATTACHED THE VARIOUS ITEMS THAT CAME OUT OF THAT MARCH

5    HEARING.  DID YOU GET THAT E-MAIL?

6    A.      NO, I DID NOT.

7    Q.      ALL RIGHT.  THE LAST QUESTION IS, DID YOU ASK OR

8    DISCUSS WITH MR. THOMAS WHY IT WAS THAT YOU AND

9    MR. SHARGEL AND MR. YASHAYEV ALSO HAD TO BE SIGNING THE

10   SAME CERTIFICATION, IN THE CONTEXT OF YOU HAVING SAID

11   THAT YOU DID NOT WANT THEM IN THE CASE?

12   A.      I WAS AWARE OF THE ISSUE WITH THE 2020 CASE AND

13   THE AMENDED COMPLAINT, BUT I WAS ALSO AWARE THAT THERE

14   WAS SOME OTHER MOTION PRACTICE GOING ON IN THE 2018

15   CASE, AND I BELIEVE, IF MY RECOLLECTION SERVES, AND IT

16   DOES, THAT IT WAS A CASUAL REPRESENTATION.  I'M GOING TO

17   USE THE SAME CERTIFICATION IN BOTH FILINGS, JUST TO

18   EXPEDITE THINGS.

19                   THE COURT:  OKAY.  ALL RIGHT.

20                   MR. THOMAS, YOUR WITNESS.

21                   CROSS EXAMINATION

22   BY MR. THOMAS:

23   Q.      MR. JACOVETTI, DO YOU REMEMBER WHEN YOU

24   INITIALLY HIRED ME ON TO REPRESENT THE CLIENTS THAT YOU

25   AND I SPOKE REGARDING REPRESENTATION REGARDING THE

```
 1     SHELTON VERSUS FCS MATTER?

 2     A.      YOU MEAN WHEN BARRY HIRED YOU?

 3     Q.      HOW DID THAT INITIAL CONNECTION --

 4     A.      I'M SORRY.  YES, BACK IN 2018, YES.

 5     Q.      AND YOU INTRODUCED ME TO BARRY?

 6     A.      YES, I DID.

 7     Q.      SO YOU CALLED ME AND ASKED ME TO REPRESENT BARRY

 8     AND EMIL -- EXCUSE ME, MR. SHARGEL AND MR. YASHAYEV ON

 9     THAT MATTER AND FCS, CORRECT?

10     A.      YES.  AT THAT TIME I WAS A PARTY TO THAT ACTION.

11     Q.      I'M NOT ASKING IF YOU'RE A PARTY TO THE ACTION.

12     I'M ASKING YOU, DO YOU SPECIFICALLY CONNECT ME WITH

13     MR. YASHAYEV AND MR. SHARGEL AND ASK ME TO REPRESENT

14     THEM IN THAT MATTER?

15     A.      I DID REFER THEM TO YOU.  I DID REFER YOU TO

16     THEM, RATHER.  YES.

17     Q.      AND SPECIFICALLY, IN REGARDS TO THAT MATTER,

18     WERE THERE EVER ANY PHONE CALLS WHERE YOU ACTUALLY

19     CALLED EITHER FROM YOUR CELL OR FROM YOUR OFFICE WHERE

20     YOU HAD ACTUALLY HAD A THREE-WAY CALL BETWEEN MYSELF AND

21     BARRY AND USUALLY MR. YASHAYEV AS WELL?

22     A.      I DON'T RECALL ANY SPECIFIC CONVERSATIONS THAT I

23     ARRANGED THREE WAY.  I KNOW THAT THERE WERE NUMEROUS

24     TIMES WHERE BARRY CONTACTED ME AND EXPRESSED FRUSTRATION

25     THAT HE WAS TRYING TO REACH YOU, AND THEN I WOULD --
```

1    ALLOW ME TO FINISH -- HE SAYS, DO ME A FAVOR, SEE IF YOU

2    CAN GET JOSH TO CALL US BACK.  I WOULD REACH OUT TO YOU

3    AND SAY SOMETHING TO THE EFFECT THAT BARRY IS TRYING TO

4    REACH YOU, WHAT'S GOING ON, LET'S GET A CALL, AND YOU

5    WOULD BASICALLY RESPOND, I WILL GET AHOLD OF HIM OR I

6    WILL CALL HIM.

7    Q.      IT STILL DOES NOT ANSWER THE QUESTION.  WERE

8    THERE EVER A TIME WHERE YOU SPECIFICALLY SET UP A

9    THREE-WAY CALL BETWEEN MYSELF AND USUALLY MR. SHARGEL?

10   A.      I DO NOT HAVE A SPECIFIC RECOLLECTION OF

11   SPECIFICALLY ARRANGING A THREE-WAY CALL.  OKAY?  I'M NOT

12   SAYING IT DID NOT HAPPEN NECESSARILY.  IF YOU HAVE GOT

13   ANY DOCUMENTATION OF IT, I WOULD LIKE TO SEE IT, BUT THE

14   SEQUENCE OF EVENTS THAT I RECALL IS THAT THERE WERE MANY

15   TIMES, OR NUMEROUS TIMES, RATHER, WHERE BARRY WAS TRYING

16   TO REACH YOU, MR. SHARGEL WAS TRYING TO REACH YOU, HE

17   WOULD BE FRUSTRATED, CONTACT ME, GET JOSH TO CALL ME,

18   AND I WOULD REACH OUT TO YOU.  SAYING I HAVE NO SPECIFIC

19   RECOLLECTION OF A CALL THAT I ARRANGED A THREE-WAY CALL.

20   IF YOU HAVE DOCUMENTATION OF IT, I WOULD LIKE TO SEE IT.

21   Q.      DO YOU REMEMBER THE CALL ON APRIL 22ND?

22   A.      CAN YOU REFRESH MY RECOLLECTION?

23   Q.      DO YOU REMEMBER THE CALL WHERE I SPECIFICALLY

24   SPOKE WITH YOU AND WITH MR. SHARGEL, AND I BELIEVE

25   MR. YASHAYEV AS WELL, REGARDING THE HEARING AND THE FACT

1    THAT I STATED THAT WE MAY NEED TO GET ANOTHER ATTORNEY

2    INVOLVED.  DO YOU REMEMBER THAT PHONE CALL?

3    A.    I REMEMBER A CALL THAT WE HAD AND YOU MENTIONED

4    THAT THERE WOULD BE -- YOU THINK -- YOU SUGGESTED THAT

5    IT MIGHT BE A GOOD IDEA TO GET ANOTHER ATTORNEY TO, I

6    BELIEVE YOUR WORDS WERE, FRONT THE CASE, AS I RECALL.

7    SO I DO HAVE A RECOLLECTION OF A PHONE CALL.

8    Q.    WHAT IS YOUR UNDERSTANDING OF THE TERM "FRONT

9    THE CASE" MEAN?

10   A.    I DON'T KNOW.  I THINK I ASKED YOU THAT QUESTION

11   AT THE TIME.

12   Q.    I HAVE NEVER USED THOSE WORDS IN MY LIFE, SO I'M

13   NOT SURE EITHER.

14            THE COURT:  MR. THOMAS, IF I HAVE TO WARN

15   YOU AGAIN, THEN WE ARE GOING TO TAKE MORE SEVERE ACTION.

16   I DON'T WANT YOU TO EDITORIALIZE.

17            MR. THOMAS:  I UNDERSTAND, YOUR HONOR.

18            THE COURT:  WELL, YOU DON'T SEEM TO

19   UNDERSTAND BECAUSE I KEEP WARNING YOU AND YOU KEEP DOING

20   IT.

21            MR. THOMAS:  I UNDERSTAND, YOUR HONOR.

22   BY MR. THOMAS:

23   Q.    IN REGARDS TO -- LET ME TAKE YOUR ATTENTION TO

24   AN E-MAIL THAT MIGHT BE -- GIVE ME A SECOND.

25            I CAN DIRECT YOUR ATTENTION,

1      MR. JACOVETTI, TO PAGE 273 OF THE DOCUMENTS THAT I

2      SUBMITTED.

3      A.      273.  ONE SECOND.  MY ATTORNEY IS GOING TO PRINT

4      IT OUT FOR ME.

5      Q.      273 AND 274 IF THEY ARE PRINTING IT.

6                      THE COURT:  ARE WE MARKING THIS AS AN

7      EXHIBIT?

8                      MR. THOMAS:  WE WILL, YES, YOUR HONOR.

9                      THE COURT:  IT WILL BE EXHIBIT 17?

10                     MR. THOMAS:  SURE.

11                     MR. SILVESTRO:  I BELIEVE THERE IS A 17.

12                     THE COURT:  THE LAST ONE I HAVE IS --

13                     MR. SILVESTRO:  I BELIEVE THERE IS A 17,

14     YOUR HONOR.

15                     MS. BUENZLE:  17 IS PAGE 11.

16                     THE COURT:  I'M SORRY.  THANK YOU,

17     MS. BUENZLE.

18                     MR. THOMAS:  EXHIBIT 18 THEN?

19                     THE COURT:  RIGHT.  AND SO THAT'S PAGES

20     274 AND 275.

21                     MR. THOMAS:  273 AND 274, YOUR HONOR.

22                     THE COURT:  OKAY.

23                     THE WITNESS:  I'M HANDED AN E-MAIL.  IT

24     IS DATED MONDAY, APRIL 20TH, 2020 AT 2:04 P.M.  I

25     BELIEVE IT'S A STRING.  THERE IS ANOTHER E-MAIL

1    THURSDAY, MARCH 19, 2020 AT 12:49 P.M.  HE IS GOING TO

2    MARK IT.  LET ME READ IT.

3    BY MR. THOMAS:

4    Q.      GO AHEAD.

5    A.      I HAVE READ IT.  LET ME FINISH READING THE

6    SECOND PAGE, PLEASE.

7              OKAY.

8    Q.      DO YOU REMEMBER HAVING THOSE CONVERSATIONS?

9    A.      DO I HAVE A SPECIFIC -- WELL, THIS IS AN E-MAIL.

10   Q.      DO YOU REMEMBER WHEN WE -- WHEN THOSE E-MAILS

11   WERE SENT TO YOU?

12   A.      I DON'T HAVE A SPECIFIC RECOLLECTION OF

13   RECEIVING IT, BUT IT'S MY E-MAIL ADDRESS.

14   Q.      DO YOU REMEMBER WHY I WAS SUGGESTING THAT YOU

15   HIRE MR. LEE YOUNG AT THE TIME?

16   A.      I DON'T REMEMBER HIS NAME SPECIFICALLY.

17   WHATEVER CONVERSATIONS WE HAD WITH ANOTHER ATTORNEY, MY

18   RECOLLECTION IT WAS WITH -- AND FORGIVE ME IF I GET

19   THEIR NAME WRONG -- IT'S MR. WEIN -- WEISBERG, EXCUSE

20   ME.  AND I BELIEVE THE CONVERSATION WAS WITH RESPECT TO

21   THE EXTENT THAT THERE WERE DISCUSSIONS ABOUT BRINGING

22   ANOTHER ATTORNEY IN, IT WAS BECAUSE OF THE DIFFICULTY,

23   AS YOU PUT IT, AND I WILL BE KIND, THE DIFFICULTY YOU

24   WERE HAVING WITH HIS HONOR WITH RESPECT TO SANCTIONS, ET

25   CETERA.  AND YOU FELT IT WOULD BE A GOOD IDEA TO HAVE

1    SOMEBODY TO TAKE OVER THE CASE, AND YOU WOULD CONTINUE

2    WORKING IN THE BACKGROUND ON IT.

3    Q.    SO YOU ARE AGREEING THAT YOU KNEW THAT THERE

4    WERE ALREADY SANCTIONS AGAINST ME AT THE TIME THAT WE

5    HAD THAT CONVERSATION, IS THAT CORRECT?

6    A.    I SAID THAT -- I TESTIFIED TO THAT.  I WAS AWARE

7    THAT THAT THERE WAS AN ISSUE OF SANCTIONS.  I BELIEVE

8    THERE WERE MOTIONS.  I DON'T KNOW -- I DID NOT KNOW, NOR

9    DID YOU APPRISE ME OF -- IN A VERY AFFIRMATIVE MANNER

10   THAT THERE WAS SANCTIONS IMPOSED AND THAT -- THE

11   SEVERITY OF THEM.  I KNOW THAT THERE WAS A SANCTION

12   ISSUE AND THAT YOU WERE FIGHTING THEM.

13   Q.    YOU ARE TELLING ME THAT YOU DON'T REMEMBER

14   CALLING ME AROUND APRIL 20TH, ACTUALLY PRIOR TO THE CALL

15   WITH MR. SHARGEL AND MR. YASHAYEV, SPECIFICALLY ASKING

16   ABOUT THE SANCTIONS AND IF THEY WERE FOR ME OR FOR THEM?

17   YOU DON'T REMEMBER THAT CALL?

18   A.    I REMEMBER THE ISSUE OF SANCTIONS THAT YOU WERE

19   HAVING IN THE 2020 CASE.  OKAY?  AND THEY WERE, TO MY

20   ESTIMATION, VERY MUCH DOWNPLAYED.  I BELIEVE THAT YOU

21   WERE FIGHTING THEM IN YOUR -- OR SOME WORDS TO THAT

22   EFFECT, THAT THEY WERE NOT IMPOSED YET, AND I DID NOT

23   KNOW THE SEVERITY OF THEM.

24   Q.    MR. JACOVETTI, YOU ARE AN ATTORNEY.  YOU

25   UNDERSTAND WHEN I WAS FIGHTING --

1     A.      I AM.

2     Q.      YOU UNDERSTOOD WHEN I SAID I WAS FIGHTING THEM

3     THAT -- AND I TOLD YOU THAT THEY HAD ALREADY ACTUALLY

4     BEEN APPLIED, THAT WE WERE FILING A MOTION TO

5     RECONSIDER, THAT WAS MR. WEISBERG WAS FOR, CORRECT?

6     A.      MR. WEISBERG, TO MY UNDERSTANDING INITIALLY, WAS

7     COMING IN TO HELP ADVANCE THIS CASE, THE DEFENSE --

8     WELL, EXCUSE ME, LET ME QUALIFY -- I BELIEVE TO ADVANCE

9     THE DEFENSE IN THE 2018 CASE.  THAT IS MY UNDERSTANDING.

10    I THINK I FOUND OUT LATER THAT HE WAS REPRESENTING YOU

11    WITH RESPECT TO THE SANCTIONS.

12    Q.      LOOK AT PAGE 254 OF THE DOCUMENTS THAT I

13    SUBMITTED.

14    A.      OKAY.  I'VE REVIEWED IT.

15    Q.      DO YOU SEE WHERE THERE WAS A SPECIFIC DISCUSSION

16    WHERE I FORWARDED YOU AN E-MAIL THAT SAID FROM MR.

17    WEISBERG.

18            MR. THOMAS:  AND I WOULD LIKE TO MOVE

19    THIS IN AS EVIDENCE.

20            THE COURT:  LET'S MARK IT FIRST.  SO IT

21    IS EXHIBIT 19, IS THAT RIGHT?

22            MR. THOMAS:  YES.

23            THE COURT:  THEN WHY DON'T WE LAY A

24    FOUNDATION AND ACTUALLY ASK SOME QUESTIONS ABOUT IT

25    BEFORE WE TRY TO MOVE IT INTO EVIDENCE.

1      BY MR. THOMAS:

2      Q.      DO YOU KNOW WHAT THIS E-MAIL WAS?

3      A.      YES.

4      Q.      SO AFTER I SENT YOU THIS E-MAIL, WHAT WAS YOUR

5      UNDERSTANDING OF THE RELATIONSHIP BETWEEN MYSELF AND MR.

6      WEISBERG?

7      A.      THAT HE WAS COMING IN TO TAKE OVER THE CASE TO

8      ADVANCE, I THINK MAYBE BOTH ACTIONS, POSSIBLY.

9      Q.      DO YOU SEE AT THAT TIME BOTTOM OF 254 WHERE HE

10     SPECIFICALLY SAID MY REPRESENTATION IS OF YOU, JOSH

11     ONLY.  DO YOU SEE THAT PARAGRAPH?

12     A.      YEAH, I DO.

13     Q.      AND IT SAYS:  YOUR REPRESENTATION OF YOUR CLIENT

14     CONTINUING YOUR CO-COUNSEL?  DO YOU REMEMBER RECEIVING

15     ANY --

16     A.      I DO.  I BELIEVE I WAS TRYING TO SET UP --

17     ASKING YOU TO SET UP A THREE-WAY CALL BETWEEN MYSELF,

18     YOU AND HIM, IF HE WAS GOING TO BE INCOMING COUNSEL.

19     Q.      SO YOU UNDERSTOOD THAT HE HAD ALREADY RESPONDED

20     THAT HE WAS JUST REPRESENTING MYSELF IN THAT MATTER?

21     A.      BECAUSE WHEN I FIND OUT, THAT THAT WAS HIS

22     LIMITED ROLE.  THE ORIGINAL DISCUSSIONS THAT WE HAD WITH

23     RESPECT TO MR. WEISBERG WAS THAT HE WOULD BE COMING IN

24     AS INCOMING COUNSEL, I BELIEVE BOTH IN MY CASE AND AS

25     WELL AS IN THE 2018.  I DID NOT KNOW -- I HAVE ANSWERED

1      THE QUESTION.

2      Q.      IF I CAN DIRECT YOUR ATTENTION TO PAGE 276.

3      A.      IS IT AN EXHIBIT YET?

4      Q.      NOT YET.

5                      MR. SILVESTRO:  YOUR HONOR, WITH REGARD

6      TO 19, IS MR. THOMAS GOING TO MOVE TO HAVE THIS

7      ADMITTED?

8                      MR. THOMAS:  I WOULD LIKE TO HAVE EXHIBIT

9      19 ADMITTED, YOUR HONOR.

10                      MR. SILVESTRO:  OBJECTION.

11                      THE COURT:  ANYONE HAVE AN OBJECTION?

12                      MR. SILVESTRO:  YEAH, I DO.

13                      THE COURT:  WHAT IS YOUR OBJECTION?

14                      MR. SILVESTRO:  THE BASIS IS THERE IS NO

15      PROOF THAT THIS WAS EVER -- THAT THE RESPONSE FROM MR.

16      WEISBERG WAS EVER FORWARDED TO MR. JACOVETTI.

17                      MR. THOMAS:  YOUR HONOR, I BELIEVE THAT

18      HAS ALREADY JUST BEEN ADDRESSED.

19                      THE COURT:  I THINK THAT HE TESTIFIED

20      THAT HE HAS NO REASON TO THINK HE DID NOT GET THE

21      E-MAILS.  I WILL OVERRULE THE OBJECTION.

22                      SO WE'RE AT -- WAS IT 274?

23                      MR. THOMAS:  NOW 276, YOUR HONOR.

24                      THE COURT:  OKAY.  THAT WILL BE

25      EXHIBIT 20?

1               MR. THOMAS:  YES, YOUR HONOR.

2      BY MR. THOMAS:

3      Q.      MR. JACOVETTI, LET ME KNOW WHEN YOU HAVE IT IN

4      FRONT OF YOU.

5      A.      I'M READING IT NOW.

6      Q.      IS IT FAIR TO SAY THIS IS WHEN WE WERE INITIALLY

7      DISCUSSING BRINGING THIS SUIT AGAINST MR. SHELTON?

8      A.      YES, I WOULD SAY IN AND AROUND THAT TIME FRAME.

9      STARTED THE DISCUSSIONS PRETTY EARLY, BUT YES.

10     Q.      I'M SORRY.  SAY THAT AGAIN.

11     A.      NO, I SAID WE STARTED -- WE HAD A SERIES OF

12     DISCUSSIONS ABOUT IT.  THIS WAS EARLY ON, BUT YES.

13     Q.      AND IT'S YOUR UNDERSTANDING AT THAT TIME THAT

14     YOU INTENDED TO ALSO INCLUDE RCS, MR. YASHAYEV AND

15     MR. SHARGEL IN THE CASE?

16     A.      NO, IT'S NOT.

17     Q.      NO?

18     A.      I THINK WE HAD DISCUSSIONS WITH RESPECT TO THE

19     FACT THAT MY CONCERN WAS THERE WAS A PENDING ACTION,

20     THAT THEY COULD NOT BE INCLUDED, AND THAT I WAS

21     CONCERNED ABOUT THE POSSIBLE IMPACT ON OPENING UP FOR

22     MOTIONS, THAT THERE WERE POSSIBLE CONCURRENT CLAIMS.

23               GO AHEAD.  I'M SORRY.

24     Q.      DO YOU HAVE ANYTHING IN WRITING WHEN YOU EVER

25     ACTUALLY STATED THAT CONCERN TO ME?

1    A.      NO, BUT -- I DON'T KNOW.  I'D HAVE TO LOOK.  I

2    DID NOT SEE ANYTHING, BUT I KNOW THAT I HAD

3    CONVERSATIONS WITH YOU, NUMEROUS CONVERSATIONS WITH YOU

4    ABOUT IT.

5    Q.      CAN YOU GIVE --

6    A.      THAT IS MY TESTIMONY.

7    Q.      CAN YOU GIVE A SINGLE DATE FOR WHEN YOU ACTUALLY

8    HAD ONE OF THOSE CONVERSATIONS WITH ME?

9    A.      I WOULD SAY PROBABLY BEGINNING AROUND APRIL 22ND

10   OF 2019 AND THEREAFTER NUMEROUS TIMES.

11   Q.      SO YOU THINK THAT IS -- APRIL 22ND IS THE FIRST

12   TIME YOU RAISED THAT ISSUE?

13   A.      PROBABLY, EARLY ON.

14   Q.      IF I CAN DIRECT YOUR ATTENTION TO PAGE 265.

15                THE COURT:  WE NEED TO BUTTON SOME OF

16   THIS UP AT THE END.  BUT ARE WE MOVING EXHIBIT 20 INTO

17   EVIDENCE?

18                MR. THOMAS:  YES, YOUR HONOR.

19                THE COURT:  ANYBODY WITH ANY OBJECTION?

20   IT WILL COME IN.  WHAT PAGE WAS IT?

21                MR. THOMAS:  265, YOUR HONOR.

22                THE WITNESS:  THIS MIGHT ALREADY BE IN,

23   MY COUNSEL IS TELLING ME.

24                THE COURT:  I SEE, IT'S EXHIBIT 5.

25                MR. THOMAS:  THAT'S FINE.

1          (EXHIBIT 20, PAGE 276 OF THE COMBINED

2     DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

3               THE WITNESS:  CAN I LOOK AT IT AGAIN?

4               MR. THOMAS:  YES.  GO AHEAD.

5     BY MR. THOMAS:

6     Q.     DO YOU SEE WHAT THAT E-MAIL IS?

7     A.     YES, IT'S E-MAIL FROM YOU TO ME, DATED

8     DECEMBER 19, 2019.

9     Q.     AND DO YOU SEE WHAT THAT E-MAIL IS ABOUT?

10    A.     IT'S ABOUT THE 2020 CASE THAT WE WERE DISCUSSING

11    AT THE TIME, TO PREPARE TO FILE IT.

12    Q.     DO YOU ACKNOWLEDGE THERE WAS A DRAFT OF THE

13    COMPLAINT ATTACHED TO THAT E-MAIL?

14    A.     YEAH, I WOULD ACKNOWLEDGE THAT.  I DON'T SEE IT

15    ATTACHED TO THIS SPECIFIC E-MAIL, BUT --

16    Q.     DO YOU SEE AN ATTACHMENT?

17    A.     NO, I DON'T SEE AN ATTACHMENT ON THIS E-MAIL

18    THAT I HAVE IN MY HAND.

19    Q.     THE DRAFT OF THE COMPLAINT THAT WAS ATTACHED TO

20    THAT E-MAIL, IF I STATE THAT IT WAS ACTUALLY IN LARGE

21    PART THE EXACT SAME THING THAT WAS FILED IN THE 2020

22    CASE ON JANUARY 9, 2020, WOULD YOU AGREE TO THAT?

23    A.     I WOULD LIKE TO SEE IT, BUT I WOULD SAY THAT

24    THAT IS A FAIR STATEMENT.

25    Q.     AT ANY POINT IN THIS E-MAIL DID YOU STATE THAT

1     YOU WANTED TO REMOVE EITHER MR. YASHAYEV OR MR. SHARGEL

2     FROM THE COMPLAINT?

3                    MR. SILVESTRO:  OBJECTION, YOUR HONOR.

4     THERE IS NO FOUNDATION FOR THAT QUESTION.  THERE IS NO

5     REFERENCE AT ALL TO MR. YASHAYEV OR MR. SHARGEL.

6                    THE WITNESS:  AND I WOULD ACTUALLY POINT

7     TO THAT, AND MY TESTIMONY REMAINS THAT I HAD HAD --

8                    THE COURT:  HOLD ON, HOLD ON,

9     MR. JACOVETTI, BECAUSE I HAVE AN OBJECTION IN FRONT OF

10    ME, SO BEFORE YOU TESTIFY --

11                   THE WITNESS:  I APOLOGIZE, YOUR HONOR.

12                   THE COURT:  SO I DO AGREE WITH THE

13    OBJECTION.  I'M GOING TO SUSTAIN IT.

14                   MR. THOMAS:  I'M GOING TO SUBMIT ONE MORE

15    ADDITIONAL ITEM -- TO CLARIFY THAT MR. JACOVETTI DOES

16    NOT WANT TO ACTUALLY CONFIRM THAT, I'LL BE SUBMITTING

17    ONE ADDITIONAL ITEM THAT IS A CONTINUATION OF THIS

18    E-MAIL.  ONE MOMENT.

19                   THE COURT:  WELL, I DON'T UNDERSTAND.

20    YOU ARE SAYING YOU HAVE MORE EXHIBITS THAT YOU DID NOT

21    BOTHER TO SUBMIT IN COMPLIANCE WITH MY ORDER,

22    MR. THOMAS?

23                   MR. THOMAS:  I'M SAYING THAT -- WELL, I

24    BELIEVE THE DRAFT WAS -- I'M SAYING THAT THE DRAFT THAT

25    WAS SENT TO HIM WAS THE FIRST COMPLAINT THAT WAS FILED.

1    SO IT WAS THE FIRST COMPLAINT THAT WAS ACTUALLY

2    SUBMITTED.

3                    THE COURT:  OKAY.  BUT I DON'T SEE THIS

4    E-MAIL EVEN HAVING AN ATTACHMENT.  THERE WAS AN EARLIER

5    E-MAIL THAT HAD AN ATTACHMENT IN OCTOBER.

6                    MR. THOMAS:  CORRECT.  LET ME SEE IF I

7    ACTUALLY HAVE THAT ATTACHED.  IT SHOULD BE ATTACHED.

8    GIVE ME ONE MOMENT, YOUR HONOR.

9                    MR. SILVESTRO:  YOUR HONOR, IF I CAN

10   SHORT-CIRCUIT THIS, MY CLIENT HAS ALREADY TESTIFIED THAT

11   HE HAS SEEN A DRAFT.  IF THAT IS WHERE MR. THOMAS IS

12   HEADING RIGHT NOW, I DON'T UNDERSTAND WHAT THE PURPOSE

13   OF THIS IS.

14                    THE COURT:  I DON'T KNOW THAT IT MATTERS,

15   MR. THOMAS, WHETHER OR NOT -- I MEAN, WHETHER OR NOT

16   THERE IS AN E-MAIL, BUT I GUESS I WOULD LIKE -- IF YOU

17   CAN FIND THE E-MAIL, I'M WILLING TO LOOK AT IT FROM

18   OCTOBER 30TH.

19                    MR. THOMAS:  I MEAN, I ALSO ACTUALLY HAVE

20   ONE AFTER THAT AS WELL THAT SHOWS -- AND I WILL SEND THE

21   ATTACHMENT SO THAT IT IS CLEAR -- THAT SHOWS THE EXACT

22   VERSION THAT WAS ATTACHED TO --

23                    THE COURT:  WELL, I'M LESS INTERESTED IN

24   ONES, MR. THOMAS, THAT YOU DON'T HAVE DOCUMENTS

25   REFERENCING.  I'M INTERESTED IN THE ONE FROM

1  OCTOBER 30TH BECAUSE I HAVE GOT AN E-MAIL HERE THAT IS

2  NOW IN EVIDENCE -- OR I GUESS YOU ARE GOING TO MOVE FOR

3  IT TO BE IN EVIDENCE -- AND IT'S IN FRONT OF ME AND IT

4  TALKS ABOUT A SPECIFIC COMPLAINT THAT IS ATTACHED.  IF

5  YOU COULD -- IF YOU HAVE THAT E-MAIL, I GUESS I'M

6  WILLING TO LOOK AT IT.

7              I WILL TELL YOU NOW, MR. THOMAS, THIS IS

8  THE LAST TIME I'M GOING TO ENTERTAIN SOMETHING THAT YOU

9  DID NOT SUBMIT TO ME.  I TOLD YOU TO SUBMIT STUFF IN

10 ADVANCE TO SIMPLIFY THIS PROCEEDING, AND YOU DIDN'T DO

11 THAT.

12             MR. THOMAS:  I SUBMITTED EVERYTHING I

13 THOUGHT I WOULD BE NEEDING, YOUR HONOR.  FRANKLY, I

14 EXPECTED HIM TO AGREE THAT IT WAS THE SAME VERSION, BUT

15 SINCE HE'S NOT --

16             THE COURT:  I'M SORRY IF YOU ARE

17 DISAPPOINTED IN THE TESTIMONY, BUT YOUR GOAL IS TO

18 SUBMIT STUFF IN ADVANCE WHEN I TELL YOU TO DO THAT.

19             MR. THOMAS:  UNDERSTOOD, YOUR HONOR.  I

20 NEED THE E-MAIL ADDRESS TO SUBMIT FOR MR. JACOVETTI'S

21 ATTORNEY.

22             MR. SILVESTRO:  J AS IN JOSEPH, S AS IN

23 SALARY, J AS IN JOSEPH, @JOSEPHSILVESTROLAW,

24 J-O-S-E-P-H, S-I-L-V-E-S-T-R-O, L-A-W --.COM, AND I HAVE

25 BEEN RECEIVING E-MAILS FROM THE COURT FOR THE LAST THREE

1    DAYS.  IT'S ON THERE SO YOU COULD FORWARD IT ON THAT

2    E-MAIL.

3                  MR. THOMAS:  OKAY.  I JUST SENT IT ALL

4    AGAIN.  IT'S THE E-MAIL THAT SPECIFICALLY ACTUALLY HAS

5    MR. JACOVETTI'S CREDIT CARD INFORMATION REDACTED.  IT

6    ALSO HAS THE TWO ATTACHED ITEMS WHICH INCLUDES THE LAST

7    DRAFT COMPLAINT THAT DOES ACTUALLY INCLUDE MR. SHARGEL

8    AND MR. EMIL YASHAYEV, SO THAT SPECIFICALLY WAS JUST

9    SENT.

10                  THE COURT:  NO.  LOOK, SO YOU SENT AN

11   E-MAIL FROM WHEN, MR. THOMAS?

12                  MR. THOMAS:  THIS IS THE LAST E-MAIL

13   PRIOR TO ACTUALLY FILING THAT SPECIFICALLY HAS THE DRAFT

14   OF THE COMPLAINT.  THAT IS THE FINAL ONE THAT WAS

15   SUBMITTED.  AND IT SHOWS THAT MR. JACOVETTI IS

16   CONFIRMING THAT IT "LOOKS GOOD."

17                  THE COURT:  I DON'T WANT YOU TO

18   CHARACTERIZE IT FOR HIM.  I'M JUST ASKING WHAT YOU'RE

19   SUBMITTING, WHAT ARE YOU GIVING ME.  YOU ARE NOT

20   TESTIFYING RIGHT NOW.

21                  MR. THOMAS:  I'M SUBMITTING THE E-MAIL

22   THAT SPECIFICALLY WAS RECEIVED FROM MR. JACOVETTI THAT

23   SPECIFICALLY CHANGES -- I'M SORRY, THAT SPECIFICALLY

24   STATES -- I WILL LET HIM STATE IT, BUT IT HAS THE LAST

25   VERSION OF THE COMPLAINT ATTACHED, ALONG WITH THE SKIP,

1    S-K-I-P, TRACE REPORT.

2                    THE COURT:  EXHIBIT 21 WILL BE PAGES 265

3    AND 266 FROM YOUR PDF, MR. SHELTON.

4                    MR. THOMAS:  I THINK THAT'S EXHIBIT 5,

5    YOUR HONOR.

6                    THE COURT:  I'M SORRY, YOU ARE RIGHT.

7    THAT IS ALREADY EXHIBIT 5.

8                    EXHIBIT 21 THEN WILL BE THIS E-MAIL THAT

9    WE JUST GOT FROM YOU, DATED DECEMBER 21.

10                    MR. THOMAS:  AND THE ATTACHMENTS.

11                    THE COURT:  YES, OKAY.

12    BY MR. THOMAS:

13    Q.      MR. JACOVETTI, PLEASE LET ME KNOW WHEN YOU GET A

14    CHANCE TO REVIEW THE E-MAIL AND THE DRAFT COMPLAINT THAT

15    WAS ATTACHED TO THAT E-MAIL.

16                    (MR. SILVESTRO AND HIS CLIENT CONFERRING

17    OFF THE RECORD.)

18                    THE COURT:  WE ARE GOING TO DO THIS.

19                    MR. THOMAS, YOU SENT THIS.  DO YOU HAVE

20    IT IN HAND, MR. JACOVETTI?

21                    MR. JACOVETTI:  I THINK SO, YOUR HONOR.

22    I'M TRYING TO IDENTIFY IT NOW.

23                    THE COURT:  I'M JUST ASKING IF YOU HAVE

24    IT.  I DON'T WANT TO KNOW FROM SOME TESTIMONIAL

25    STANDPOINT.  YOU HAVE PHYSICALLY WHAT HE E-MAILED,

1    RIGHT?

2           THE WITNESS:  YES, I DO.  YES, YOUR

3    HONOR.

4           THE COURT:  OKAY.

5           MR. THOMAS, I'M GOING TO LET YOU ASK SOME

6    QUESTIONS AND LAY A FOUNDATION AND THEN WE WILL SEE

7    WHERE WE ARE.  OKAY.

8           MR. THOMAS:  THANK YOU, YOUR HONOR.

9    BY MR. THOMAS:

10    Q.    MR. JACOVETTI, DO YOU REMEMBER SENDING ME AN

11    E-MAIL ON DECEMBER 21ST THAT INCLUDED THE CARD

12    INFORMATION TO FILE FOR THE FILING FEE AND WHERE YOU

13    ATTACHED A SKIP TRACE REPORT FOR DAN BOGER AND SAYING

14    THAT THE COMPLAINT LOOKS GOOD?

15    A.    I REMEMBER SENDING YOU AN E-MAIL AND

16    COMMUNICATING.  I DON'T HAVE THAT E-MAIL IN MY HANDS,

17    HOWEVER.

18    Q.    THE E-MAIL THAT I JUST SENT, DECEMBER 21ST, IS

19    THAT THE E-MAIL THAT YOU SENT ME THAT LITERALLY SAYS

20    WHAT I JUST STATED?

21    A.    I HAVE SOMETHING DIFFERENT IN MY HAND.  MY

22    ATTORNEY IS TRYING TO PRINT IT OUT NOW.  HOLD ON,

23    PLEASE.

24           MR. SILVESTRO:  I DID NOT KNOW THAT IT

25    WAS AN ATTACHMENT.

1                    THE WITNESS:  IT CAME OVER AS AN

2      ATTACHMENT.  HE IS PRINTING IT OUT NOW.

3                    MR. THOMAS:  UNDERSTOOD.  I TRIED TO MAKE

4      IT EASY.

5                    THE WITNESS:  OKAY.  APOLOGIZE TO THE

6      COURT.  SORRY, YOUR HONOR.

7                    JOSH, YES, OKAY, I REMEMBER THIS E-MAIL.

8      BY MR. THOMAS:

9      Q.       AND AS PART OF THAT E-MAIL, WERE THERE TWO

10     ATTACHMENTS, AS YOU CAN SEE?

11     A.       YES, THERE IS A DRAFT -- YES.

12     Q.       A DRAFT COMPLAINT.  IS IT THE ONE THAT I JUST

13     SENT YOU?

14     A.       I HAVE A DRAFT -- PROBABLY.  SO I WILL SAY YES.

15     Q.       DOES THAT DRAFT INCLUDE MR. SHARGEL AND

16     MR. YASHAYEV?

17     A.       IT DOES.

18     Q.       BASED ON YOUR RECOLLECTION PRIOR TO FILING THE

19     COMPLAINT, DID YOU EVER ACTUALLY SEND ME AN E-MAIL OR

20     TEXT OR ANYTHING SAYING TO REMOVE THEM FROM THIS

21     COMPLAINT?

22     A.       I DID NOT HAVE TO.  I KNOW THAT WE HAD SEVERAL

23     CONVERSATIONS, OKAY, ABOUT THAT.  OKAY?  AND MY

24     UNDERSTANDING WAS PRIOR TO THAT WAS THAT THEY WOULD NOT

25     BE INCLUDED AND YOU REASSURED ME NUMEROUS TIMES THAT IT

1      WILL BE REVISED TO OMIT THEM.

2      Q.      IS --

3      A.      MAY I FINISH MY ANSWER, MR. THOMAS?  THANK YOU.

4                    AT THIS DRAFT, WHICH IS DATED

5      DECEMBER 21ST, IT WAS NOT FILED, I THINK, UNTIL JANUARY,

6      AND WE HAD CONVERSATIONS AFTER THAT WHERE YOU ASSURED ME

7      THAT IT WOULD BE REVISED TO OMIT THEM UPON FILING.  THAT

8      IS MY TESTIMONY.

9      Q.      DO YOU HAVE ANY DOCUMENTS, E-MAIL, TEXT OR

10     ANYTHING OR ANY SPECIFIC CALLS THAT HAPPENED BETWEEN

11     DECEMBER 21ST WHEN YOU SENT ME THE FEE FOR THE FILING

12     FEE AND WHEN THE COMPLAINT WAS FILED, ANYTHING THAT

13     ACTUALLY SHOWS THAT TO BE ACCURATE?

14     A.      WE HAD THOSE CONVERSATIONS VERBALLY, AND I HAVE

15     SPECIFIC RECOLLECTIONS OF NUMEROUS TIMES DISCUSSING THAT

16     WITH YOU.

17     Q.      ARE YOU AWARE OF THE FACT THAT THERE WAS A

18     MOTION TO AMEND THAT WAS SPECIFICALLY FILED MARCH 6TH,

19     MOTION TO REOPEN AND AMEND?

20     A.      I KNOW THAT WE HAD CONVERSATIONS WITH RESPECT TO

21     OMITTING THE OTHER PLAINTIFFS AND THAT IT WAS GOING TO

22     BE DONE THROUGH AN AMENDED COMPLAINT.  I BELIEVE THAT

23     YOU INFORMED ME THAT THE COURT DENIED LEAVE TO FILE THE

24     AMENDED COMPLAINT AND THAT YOU WERE GOING TO MOVE FOR

25     THE COURT TO DO SO.

1    Q.      WHEN DID I SAY THAT THE COURT DENIED LEAVE TO

2    AMEND?

3    A.      I DON'T HAVE A SPECIFIC DATE, BUT I KNOW IT WAS

4    AFTER YOU FILED THIS, BECAUSE AS SOON AS I FOUND OUT

5    THAT IT WAS FILED, I CONTACTED YOU, AND CHALLENGED YOU

6    ON WHY IT WAS FILED WITH THE CO-PLAINTIFFS IN IT.  I

7    NEVER GAVE YOU AUTHORIZATION TO PUT THEM IN IT.  I WAS

8    CONCERNED ABOUT THE EFFECT IT WOULD HAVE ON THE

9    VIABILITY OF MY ACTION.

10    Q.      CAN YOU GO TO PAGE 55 IN THE DOCUMENTS THAT I

11    SENT OVER, PLEASE.  I DON'T THINK IT'S ACTUALLY BEEN

12    SUBMITTED.

13                    THE COURT:  IT IS.  IT'S EXHIBIT 13.

14                    THE WITNESS:  I HAVE EXHIBIT 13 IN MY

15    HAND.

16    BY MR. THOMAS:

17    Q.      DO YOU SEE THAT E-MAIL?

18    A.      I DO.

19    Q.      DO YOU REMEMBER RECEIVING THAT E-MAIL?

20    A.      IT'S MY E-MAIL ADDRESS, SO I DID RECEIVE IT.  DO

21    I HAVE A SPECIFIC RECOLLECTION OF RECEIVING IT, NO, BUT

22    I RECEIVED IT.

23    Q.      PRIOR TO THAT TIME -- YOU KNOW WHAT, I'M GOING

24    TO ASK THE NEXT QUESTION.

25                    SO YOU CONFIRMED THAT YOU RECEIVED THIS

1    E-MAIL THAT I SHOWED YOU THAT WE CAN AMEND, CORRECT?

2    A.      THAT WE COULD AMEND, YES.

3    Q.      DID YOU AT ANY TIME HIRE MR. ARTOM-GINZBURG TO

4    REPRESENT YOU IN THIS MATTER?

5    A.      NO.

6    Q.      DID YOU AT ANY TIME DISCUSS YOUR TESTIMONY WITH

7    MR. ARTOM-GINZBURG BEFORE TODAY?

8    A.      NO.

9    Q.      AT ANY TIME PRIOR TO THIS MATTER -- LET ME TAKE

10   THAT BACK.  HOLD UP ONE SECOND.  GIVE ME ONE MOMENT.

11              MR. THOMAS:  NO FURTHER QUESTIONS AT THIS

12   TIME.

13              THE COURT:  I HAVE TWO QUICK ONES, AND

14   THEN HOPEFULLY WE CAN WRAP IT UP WITH MR. JACOVETTI.

15   BY THE COURT:

16   Q.      MR. JACOVETTI, WITH RESPECT TO THIS LAST EXHIBIT

17   AND THE DISCUSSION ABOUT FILING THE AMENDED COMPLAINT IN

18   THE -- IN YOUR ACTION, THE JACOVETTI LAW ACTION, DID YOU

19   EVER DISCUSS WITH MR. THOMAS THE FACT THAT I HAD

20   DISMISSED THE CASE?

21   A.      NOT CONTEMPORANEOUSLY, YOUR HONOR, NO.

22   Q.      SO YOU NEVER HEARD ANYTHING ABOUT THE FACT THAT,

23   FOR EXAMPLE, I GRANTED A MOTION FOR JUDGMENT ON THE

24   PLEADINGS BECAUSE IT WAS NOT RESPONDED TO?

25   A.      NO.

1    Q.        DID YOU READ -- THIS LAST EXHIBIT THAT I GOT

2    HERE -- OR THE LAST EXHIBIT THAT WAS REFERENCED WHICH I

3    THINK IS TECHNICALLY EXHIBIT 13, TALKS ABOUT -- IT

4    ATTACHES THE DECISION THAT I ISSUED GRANTING LEAVE TO

5    FILE THE AMENDED COMPLAINT.  DID YOU READ IT WHEN IT

6    CAME?

7    A.        AT THE TIME, NO, YOUR HONOR.  THIS WAS

8    APRIL 27TH OF 2020, AND I WAS UNFORTUNATELY OR

9    INEXPLICABLY PREOCCUPIED.  I WAS IN THE MIDST OF TRYING

10   TO KEEP MY PRACTICE AFLOAT.  I WAS WORKING OUT OF MY

11   HOUSE.  MY KIDS WERE HOME.  SO I WAS A LITTLE

12   PREOCCUPIED, AND I WAS RELYING ON MY ATTORNEY TO KEEP ME

13   INFORMED IN AN AFFIRMATIVE MANNER.

14                   THE COURT:  THAT IS ALL I HAVE.

15                   ANYONE HAVE OTHER FOLLOW-UP?

16   MR. SILVESTRO, I WILL START WITH YOU.

17                   MR. SILVESTRO:  NO, YOUR HONOR.

18                   THE COURT:  MR. ARTOM-GINZBURG?

19                   MR. ARTOM-GINZBURG:  NO.

20                   THE COURT:  MR. REO?

21                   MR. REO:  I HAVE A FEW BRIEF QUESTIONS.

22   I WILL BE VERY QUICK.

23                   RECROSS EXAMINATION

24   BY MR. REO:

25   Q.        MR. JACOVETTI, DID JOSHUA THOMAS EVER EXPLAIN TO

1    YOU THAT THE OTHER ATTORNEY WHO WOULD BE ENTERING AN

2    APPEARANCE ON BEHALF OF HIMSELF, JOSHUA THOMAS, WOULD BE

3    DOING SO FOR ETHICS REASONS RELEVANT TO JOSHUA THOMAS?

4    A.     NOT CONTEMPORANEOUSLY.  NOT AT THAT TIME.

5    Q.     SO IS IT FAIR TO SAY THAT IT WAS YOUR

6    UNDERSTANDING THAT THE OTHER ATTORNEY WAS COMING ON THE

7    CASE TO TAKE OVER COURT APPEARANCES AND THAT JOSHUA

8    THOMAS WOULD CONTINUE BEHIND THE SCENES DOING DOCUMENT

9    WORK BECAUSE JOSHUA THOMAS ALLEGED THAT THE JUDGE IN

10   THIS CASE, THE HONORABLE JUDGE WOLSON, DID NOT LIKE

11   JOSHUA THOMAS?

12   A.     YES.

13   Q.     DID JOSHUA THOMAS EVER TELL YOU THAT THE HEARING

14   HE WANTED THE OTHER ATTORNEY PRESENT FOR WAS A HEARING

15   ON SANCTIONS AGAINST JOSHUA THOMAS HIMSELF?

16   A.     TO THE EXTENT THAT THERE WERE DISCUSSIONS WITH

17   MR. THOMAS REGARDING THE POSSIBILITY OF SANCTIONS, I

18   DON'T HAVE A SPECIFIC RECOLLECTION OF BEING INFORMED OF

19   THAT.

20              MR. REO:  NOTHING FURTHER.  THANK YOU,

21   SIR.

22              THE COURT:  MR. THOMAS.

23              MR. THOMAS:  IF I MAY BRIEFLY DIRECT.

24              RECROSS EXAMINATION

25   BY MR. THOMAS:

1    Q.        MR. JACOVETTI, I'M GOING TO TAKE YOUR ATTENTION

2    AGAIN TO PAGE 254.

3    A.        WHAT EXHIBIT IS THAT?

4                    THE COURT:  WHAT EXHIBIT IS THAT?

5                    MR. THOMAS:  EXHIBIT 19.  I'M SORRY.

6                    THE WITNESS:  OKAY.

7    BY MR. THOMAS:

8    Q.        WHAT WAS YOUR UNDERSTANDING WHEN HE SPECIFICALLY

9    SAID HIS REPRESENTATION IS OF ME ONLY THEN?

10   A.        I DIDN'T SEE THIS E-MAIL, THE RESPONSE.  WE WERE

11   HAVING A SERIES OF CONVERSATIONS, AND I THINK I

12   REPRESENTED TO YOU THAT IF HE WAS GOING TO BE INCOMING

13   COUNSEL FOR THE 2020 ACTION, WE OUGHT TO HAVE A CALL.

14   OKAY?  AND YOU WERE GOING TO TRY AND SET IT UP.  AND

15   THEN I DON'T HAVE A SPECIFIC -- I DON'T REMEMBER AT WHAT

16   POINT THE FACT THAT IT WAS FOR SANCTIONS WAS ADDRESSED.

17   I DON'T HAVE A SPECIFIC RECOLLECTION, BUT IT WAS

18   SOMETIME AFTER THAT.

19   Q.        DO YOU REMEMBER WHAT YOU MEANT THEN WHEN YOU

20   SAID DOES HE UNDERSTAND -- DOES HE UNDERSTAND THAT THE

21   TOPIC FOR THE CALL IS TO POTENTIALLY STEP IN AS COUNSEL?

22   DO YOU UNDERSTAND THAT?

23   A.        YES, BECAUSE I THOUGHT THAT HE WAS COMING IN TO

24   REPRESENT ME.

25                    MR. THOMAS:  NO FURTHER QUESTIONS.

1                    THE COURT:  ALL RIGHT, MR. JACOVETTI, I

2      APPRECIATE YOUR TIME.

3                    (WITNESS EXCUSED.)

4                    THE COURT:  SO I THINK ALL WE HAVE LEFT

5      NOW IS TO HEAR FROM MR. THOMAS.  MR. THOMAS, I DON'T

6      KNOW HOW YOU WANT TO DO THIS.  I MEAN, I GUESS IT'S UP

7      TO YOU -- LET ME ACTUALLY STOP BEFORE I DO THAT AND JUST

8      ASK.

9                    I THINK THAT RUNS THE LIST OF

10     MR. ARTOM-GINZBURG'S WITNESSES OTHER THAN MR. THOMAS.

11     IS THAT RIGHT, MR. ARTOM-GINZBURG?

12                   THE WITNESS:  THAT'S CORRECT.  MR. THOMAS

13     IS THE ONLY OTHER WITNESS ON MY LIST.

14                   THE COURT:  WELL, SO LET ME START WITH

15     THIS.

16                   MR. THOMAS, DO YOU INTEND TO TESTIFY ON

17     YOUR OWN BEHALF?

18                   MR. THOMAS:  I WILL, BUT I'D ALSO STATE

19     THAT I WAS GOING TO BE STILL CALLING AND ASKING THE

20     COURT TO PERMIT TESTIMONY BY MR. ARTOM-GINZBURG.

21                   THE COURT:  ABOUT WHAT?  WE ARE NOT THERE

22     YET, BUT -- SO LET'S SEE WHERE WE ARE FIRST WITH YOUR

23     TESTIMONY.  TELL ME MECHANICALLY WHAT IT IS YOU -- HOW

24     YOU WANT TO PROCEED.  ARE YOU JUST GOING TO TESTIFY IN

25     THE NARRATIVE, MR. THOMAS?

1                    MR. THOMAS:  THAT'S FINE.  I WAS JUST

2      GOING TO MAKE SOME STATEMENTS, AND THEN I ASSUME THERE

3      WOULD BE CROSS AND THAT WOULD BE ABOUT IT.

4                    THE COURT:  THEN GO AHEAD.  I WILL LET

5      YOU TESTIFY IN NARRATIVE TO START.

6                    MR. THOMAS:  ACTUALLY, PRIOR TO THAT

7      POINT, CAN I MOVE IN ALL EXHIBITS THAT HAVE NOT BEEN

8      MOVED IN AT THIS TIME?

9                    THE COURT:  LET'S RUN THROUGH THESE AND

10     MAKE SURE, JUST ONE-BY-ONE I DON'T HAVE ANY OBJECTIONS.

11     THE ONES I HAVE THAT HAVE NOT BEEN MOVED IN ARE EXHIBIT

12     11, WHICH IS PAGE 18 OF MR. ARTOM-GINZBURG'S SUBMISSION.

13                    ANYBODY HAVE OBJECTIONS TO THAT?

14                    MR. REO:  NO, YOUR HONOR.

15                    THE COURT:  ALL RIGHT.  SO 11 WILL COME

16     IN.

17                    (EXHIBIT 11, PAGE 18 OF THE EMAIL AND SMS

18     EXHIBITS PDF, ADMITTED INTO EVIDENCE.)

19                    THE COURT:  12 IS PAGE 54 OF MR. THOMAS'S

20     PDF.  TAKE SILENCE AS NO OBJECTIONS.  THAT WILL COME

21     IN.

22                    (EXHIBIT 12, PAGE 54 OF THE COMBINED

23     DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

24                    THE COURT:  13 I THINK IS PAGE 55 OF

25     MR. THOMAS'S PDF.  I WILL TAKE THAT SILENCE AS GOLDEN.

1    THAT WILL COME IN.

2                    (EXHIBIT 13, PAGE 55 OF THE COMBINED

3    DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

4                    THE COURT:   EXHIBIT 14 IS PAGES 15 TO 17

5    IN MR. THOMAS'S PDF.   HEARING NO OBJECTIONS.

6                    (EXHIBIT 14, PAGES 15 TO 17 OF THE

7    COMBINED DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

8                    THE COURT:   EXHIBIT 17 IS PAGE 11 OF

9    MR. THOMAS'S PDF.   OKAY.

10                   (EXHIBIT 17, PAGE 11 OF THE COMBINED

11   DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

12                   THE COURT:   AND EXHIBIT 18 IS PAGES 273

13   AND 274 FROM THE PDF, FROM MR. THOMAS'S PDF.   HEARING

14   NOTHING, SO NO OBJECTIONS.

15                   (EXHIBIT 18, PAGES 273 TO 274 OF THE

16   COMBINED DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

17                   THE COURT:   AND THE LAST EXHIBIT IS

18   EXHIBIT 21, WHICH IS THE E-MAIL FROM DECEMBER 21ST OF

19   2019 THAT MR. THOMAS E-MAILED AROUND.

20                   I'M SORRY.   I'M BEING CORRECTED.

21                   EXHIBIT 17, MAYBE THIS IS WHERE I GOT

22   MESSED UP.   IS EXHIBIT 17 PAGE 11 FROM THE DOCKET, NOT

23   FROM MR. THOMAS'S PDF, RIGHT?

24                   MR. THOMAS:   I HAVE EXHIBIT 17, YOUR

25   HONOR, AS BEING PAGE 53.

1                     THE COURT:  OKAY.  I HAVE IT.  SO LET ME

2      TRY TO MAKE SURE WE ARE ALL ON THE SAME PAGE.

3                     EXHIBIT 17.  MR. ARTOM-GINZBURG, DO YOU

4      HAVE THAT AS PAGE 53?

5                     MR. ARTOM-GINZBURG:  ONE MOMENT, YOUR

6      HONOR.  53, THAT IS THE OCTOBER 4TH E-MAIL.  YES, I HAVE

7      NO OBJECTION TO THAT.

8                     THE COURT:  THAT IS EXHIBIT 17.  IS THAT

9      WHAT YOU HAVE?

10                     MR. ARTOM-GINZBURG:  YES.

11                     THE COURT:  SO THAT WILL BE PAGE 53, AND

12     NO OBJECTIONS TO THAT.  ANYONE ELSE HAVE AN OBJECTION TO

13     THAT ONE?

14                     NO.  OKAY.

15                     (EXHIBIT 17, PAGE 53 OF THE COMBINED

16     DISCOVERY PDF, ADMITTED INTO EVIDENCE.)

17                     THE COURT:  THEN EXHIBIT 21 IS THE E-MAIL

18     THAT MR. THOMAS CIRCULATED FROM DECEMBER 21, 2019 WITH

19     TWO ATTACHMENTS, THE SKIP TRACE REPORT AND THE

20     COMPLAINT.  DO I HAVE AN OBJECTION TO THAT?  NOPE.

21                     (EXHIBIT 21, 12-21-19 E-MAIL WITH

22     ATTACHMENTS, ADMITTED INTO EVIDENCE.)

23                     THE COURT:  THEN THEY WILL ALL BE

24     ADMITTED.

25                     AND THEN WE WILL TURN TO MR. THOMAS FOR

1    TESTIMONY.  GO AHEAD, MR. THOMAS.

2                    MR. THOMAS:  THANK YOU, YOUR HONOR.

3                    IT IS MY POSITION AND THAT

4    MR. ARTOM-GINZBURG HAS PUT MR. YASHAYEV -- I SHOULD SAY

5    MR. SHARGEL AND TO A LESSER EXTENT MR. YASHAYEV UP TO

6    TRY AND SUBMIT THESE DOCUMENTS.  HE SUBMITTED A

7    CERTIFICATION CLAIMING THAT THAT WAS NOT THEIR

8    SIGNATURES.  THAT TURNED OUT TO BE FALSE.

9                    THE COURT:  MR. THOMAS, LET ME STOP YOU

10   RIGHT AWAY.  I'M NOT YET INTERESTED IN ARGUMENT.  I WANT

11   FACTUAL NARRATIVE, RIGHT?  ACTUALLY, I GUESS I SHOULD --

12   IF WE ARE GOING TO HAVE YOU TESTIFY, WE SHOULD PROBABLY

13   SWEAR YOU IN.

14                    MY QUESTION WAS, DO YOU WANT TO TESTIFY

15   ON YOUR OWN BEHALF?  I THINK THE ANSWER WAS YES.  IS THE

16   ANSWER YES OR DO YOU WANT TO JUST --

17                    MR. THOMAS:  THE ANSWER IS YES.  I GUESS

18   I WAS NOT SURE EXACTLY THE NATURE OF THAT.  BUT I

19   UNDERSTAND WHAT YOU ARE SAYING, NOW, YES.

20                    LET ME HAVE MS. BUENZLE SWEAR YOU IN.

21                    (JOSHUA THOMAS, SWORN.)

22                    THE COURT:  OKAY.  GO AHEAD, MR. THOMAS.

23                    MR. THOMAS:  SO I GUESS I WILL TRY TO

24   MAKE IT FACTUALLY BASED.

25                    THIS COMPLAINT WAS SUBMITTED AUGUST 30TH,

1   2018.  I HAD BEEN CONTACTED BY MR. -- INITIALLY

2   MR. JACOVETTI TO REPRESENT MR. SHARGEL AND MR. YASHAYEV.

3   I SIGNED ON TO ACTUALLY REPRESENT THEM.  AFTER REVIEWING

4   THE MATTER WITH THEM, THEY SUBMITTED TO ME SUBSTANTIAL

5   DOCUMENTS THAT SHOWED THAT THEY HAD A POSITIVE CASE AND

6   TO DEFEND AGAINST MR. SHELTON'S CLAIMS.

7                   I CONTINUED TO REPRESENT THEM, SUBMITTED

8   -- I GUESS THERE WAS AN AMENDED COMPLAINT SUBMITTED FROM

9   MR. JACOVETTI SOON AFTER MY NOTICE OF APPEARANCE.

10  MR. JACOVETTI ASKED ME TO REPRESENT HIM ON THAT MATTER

11  AS WELL.

12                  AGAIN, I'M TRYING TO JUST GO IN ORDER.

13  THERE WAS A REQUEST FOR DEFAULT THAT WAS SUBMITTED.  IT

14  WAS THEN VACATED BECAUSE WE SUBMITTED A MOTION TO

15  VACATE.  WE THEN SUBMITTED AN ANSWER.  THEY ALSO

16  WITHDREW THE CLAIMS AGAINST MR. JACOVETTI AND HIS FIRM

17  BASED OFF OF OUR PLEADINGS.  AND IT WAS AROUND THAT TIME

18  THAT THEY WERE WITHDRAWN.  FIRST WE FILED A MOTION TO

19  DISMISS IN FEBRUARY, AND THEN IT WAS AN ORDER THAT THE

20  MOTION TO DISMISS WAS DENIED, AND THEN WE SUBMITTED AN

21  ANSWER APRIL 30TH.  IT WAS AROUND -- OF 2019.

22                  IT WAS AROUND THAT TIME THAT ALL PARTIES,

23  MR. JACOVETTI AS WELL AS MR. SHARGEL -- AND WHEN I SAY

24  ALL PARTIES, I'D SAY -- FOR MR. YASHAYEV, HE JUST WAS

25  NOT PART OF THE PHONE CALLS VERY OFTEN.  IT WAS USUALLY

1    MYSELF, MR. JACOVETTI AND THEN MR. SHARGEL.   SO WHEN I

2    SAY "ALL PARTIES," THAT IS WHO I AM REFERENCING.

3    MR. YASHAYEV JUST -- AND HE ADMITTED HE JUST WAS NOT

4    PART OF IT THAT MUCH AND THEN MR. SHARGEL WOULD ACTUALLY

5    SEND INFORMATION TO HIM.   SO IT WAS AROUND THAT TIME IN

6    APRIL THAT WE DISCUSSED ACTUALLY POTENTIALLY TRYING TO

7    PURSUE A CASE AGAINST MR. SHELTON THAT WAS BEING WORKED

8    ON FOR SOME TIME.   IT WAS NOT ACTUALLY FILED UNTIL

9    JANUARY OF 2020, BUT OVER NUMEROUS PHONE CALLS IT WAS

10   ALWAYS THE UNDERSTANDING THAT ALL THE PARTIES INVOLVED

11   IN THIS CASE, NOT JUST MR. JACOVETTI AND HIS FIRM, BUT

12   ALL THE PARTIES INVOLVED IN THE CASE WOULD ACTUALLY BE

13   INTERESTED IN PURSUING AGAINST MR. SHELTON.

14                   MR. JACOVETTI AT ONE POINT ACTUALLY ASKED

15   ABOUT PURSUING AGAINST MR. REO AND MR. MORROW AS WELL,

16   BUT I HAD INFORMED THEM THAT THAT ACTUALLY WOULD NOT BE

17   FEASIBLE AT THIS TIME.

18                   THERE WAS EVENTUALLY, AND I BELIEVE THIS

19   IS -- THERE WAS A MOTION FOR SUMMARY JUDGMENT FILED

20   WHERE WE ACTUALLY REQUESTED AN EXTENSION, AND ULTIMATELY

21   THERE WAS AN AMENDED MOTION FOR SUMMARY JUDGEMENT WHERE

22   THAT EXTENSION WAS FIRST DEEMED MOOT.   WE FURTHER

23   REQUESTED AN EXTENSION AND THEN ULTIMATELY IT WAS DENIED

24   WITH THE MEMORANDUM OR OPINION SUBMITTED DECEMBER OF

25   2019.

1            I HAD SPOKEN WITH MY CLIENTS ABOUT THE

2     FACT THAT THEY STILL HAD SOME RECORDINGS AND THAT THEY

3     WANTED TO ACTUALLY GET THOSE RECORDINGS TO ME BECAUSE

4     THEY FELT IT WOULD ACTUALLY IMPROVE THE CASE AGAINST

5     MR. SHELTON.  THAT IS WHY THEY WERE INCLUDED.

6            THERE WAS A MOTION FOR RECONSIDERATION

7     FILED BASED ON THOSE RECORDINGS, JANUARY 27, AND THOSE

8     RECORDINGS WERE EVENTUALLY REDUCED TO A TRANSCRIPT SOON

9     AFTER THAT FILING.

10            THERE WAS A SUPPLEMENTAL -- I GUESS A

11     SECOND ACTION MOTION, RENEWED MOTION FOR SUMMARY

12     JUDGEMENT THAT WAS THEN FILED JUNE 1ST AS WELL AS A

13     MOTION FOR PRELIMINARY INJUNCTION AFTER DISCUSSING WITH

14     THE CLIENTS REGARDING TO TRY AND STOP THE DISCOVERY FROM

15     BEING COLLECTED.

16            THEY WERE OPPOSED.  ULTIMATELY THERE WAS

17     AN OPINION SUBMITTED JUNE 17TH, 2020, AND THERE WAS AN

18     APPEAL FILED AFTER SPEAKING WITH MR. SHARGEL AND

19     MR. YASHAYEV, THAT THEY DID ACTUALLY WANT TO MOVE

20     FORWARD WITH THE APPEAL.

21            AT ALL TIMES THEY WERE SUBMITTING, NOT

22     JUST THE RECORDINGS TO ME, BUT THEY REVIEWED THE OTHER

23     RECORDINGS FROM MR. O'HARE, AND THEY AGREED THAT THIS

24     WAS A SUBSTANTIAL ISSUE THAT NEEDED TO BE BEFORE THE

25     COURT, THAT THE RECORDINGS SHOWED A PATTERN AND PRACTICE

1       ON BEHALF OF MR. SHELTON, NOT JUST THEM, BUT OF OTHER

2       PARTIES AS WELL AND THAT IS WHY THEY WANTED TO PRESENT

3       IT IN FRONT OF THE COURT.

4                       DURING THAT TIME, WE WERE ALSO

5       DISCUSSING, AND AS THE E-MAILS SHOW, THERE WAS

6       DISCUSSION ABOUT COLLECTING OF DISCOVERY.  SOME WAS

7       COLLECTED UP, AND THEY SENT OVER EVERYTHING THAT THEY

8       BELIEVED WAS REQUIRED, AND IT WAS SUBMITTED TO THE

9       COURT.

10                      THERE WAS ANOTHER HEARING ON THAT MATTER,

11      AND THEY WERE REQUIRED TO SEND MORE.  THEY WERE INFORMED

12      ABOUT SENDING MORE DISCOVERY, AND IT WAS AROUND THAT

13      TIME IN OCTOBER WHEN THEY HIRED MR. ARTOM-GINZBURG.

14                      MR. ARTOM-GINZBURG THEN STEPPED IN AND

15      APPARENTLY TOLD THEM NOT TO RESPOND TO ME IN ANY WAY,

16      AND THAT HE WOULD BE HANDLING THE DISCOVERY.  THAT IS

17      BASED ON A CONVERSATION THAT APPARENTLY OCCURRED.

18      AROUND THAT TIME HE CALLED ME.  BEFORE THAT TIME I HAD

19      NO IDEA WHO HE WAS.  HE HAD NOT ENTERED HIS APPEARANCE

20      AND MY CLIENTS HAD NOT ACTUALLY TOLD ME TO WITHDRAW FROM

21      THE CASE.  THAT ACTUALLY CAUSED SOME CONFUSION BECAUSE

22      HE ENTERED THE CASE NOT AS A SUBSTITUTION, BUT SIMPLY

23      ENTERED THE CASE ON HIS OWN, AND AT NO TIME DID I

24      ACTUALLY RECEIVE ANYTHING FROM HIM OR MR. YASHAYEV AND

25      SHARGEL TO ACTUALLY WITHDRAW FROM THE MATTER, HENCE WHY

1    I SUBMITTED WHAT I DID ON OCTOBER 2ND, BECAUSE AT THAT

2    TIME I JUST DID NOT KNOW WHO HE WAS AND I DID NOT KNOW

3    EXACTLY WHAT WAS GOING ON.

4              MR. ARTOM-GINZBURG HAS APPARENTLY TOLD

5    HIS CLIENTS INACCURATELY THAT I WOULD SIMPLY SEND OVER

6    MY INSURANCE INFORMATION AFTER HE CALLED ME AND HAS

7    STATED THAT I TOLD HIM THAT, YOU KNOW, I WILL DO IT

8    IMMEDIATELY.  THAT IS NOT ACCURATE AT ALL.  THAT WAS

9    HEARSAY THAT WAS STATED TO, I BELIEVE, MR. SHARGEL.

10   POSSIBLY MR. YASHAYEV.  WHEN HE CALLED I FIRST SAID, WHO

11   ARE YOU, BECAUSE HE WAS SEEMINGLY CALLING OUT OF THE

12   BLUE, AND I ASKED FOR ANY TYPE OF PROOFS THAT HE IS NOW

13   REPRESENTING MR. SHARGEL AND MR. YASHAYEV.  I ASKED, DO

14   YOU WANT TO DO A SUBSTITUTION OF AN ATTORNEY?  I WAS

15   TOLD NO, THAT HE WOULD JUST BE ENTERING HIS CASE.

16             HE THEN SAID THAT HE WOULD BE SENDING A

17   LETTER OVER TO ME, WHICH I NEVER RECEIVED.  HE CLAIMS

18   THAT IT WAS FAXED.  MY ELECTRONIC FAX SEEMS TO WORK FINE

19   IN ALMOST EVERY SINGLE CASE EXCEPT FOR THE ALLEGED

20   LETTER OR TWO FAXES THAT HE SENT OVER, WHICH TO THIS DAY

21   I DON'T UNDERSTAND WHY HE DID NOT SIMPLY E-MAIL THEM.

22   HE ALLEGEDLY E-MAILED THEM TO MY CLIENTS.  MY CLIENTS

23   SIMPLY SAID THAT -- MR. SHARGEL CLAIMED THAT I HAD BEEN

24   ON THAT E-MAIL.  I WAS NOT, AND MR. ARTOM-GINZBURG

25   CONFIRMED THAT IN HIS PLEADINGS, THAT HE INITIALLY TRIED

1    TO ALLEGEDLY FAX ME, AND THEN HE SENT THE E-MAIL TO MY

2    CLIENTS.  AGAIN, IN THIS DAY AND AGE I HAVE NO IDEA

3    OTHER THAN TO TRY AND CAUSE SOME ISSUE, I DON'T KNOW WHY

4    YOU COULD NOT SIMPLY HAVE E-MAILED THEM TO ME.  HE

5    CLAIMED PREVIOUSLY THAT IT WAS BECAUSE HE WANTED TO MAKE

6    SURE I WOULD BE ABLE TO GET IT.  BY THIS TIME, I MEAN,

7    IT'S VERY CLEAR HE SIMPLY COULD HAVE E-MAILED THOSE

8    LETTERS IF HE SENT THEM.  IT'S MY UNDERSTANDING THEY

9    SIMPLY WERE NOT SENT AT THAT TIME.

10              SO AT THIS TIME, YOUR HONOR, I MEAN, I

11   FILED THE APPEAL, BOTH CLIENTS, BOTH FORMER CLIENTS, I

12   GUESS SINCE IT'S MR. SHARGEL'S UNDERSTANDING THAT HE

13   FIRED ME, EVEN THOUGH THAT WAS NEVER ACTUALLY DONE.

14              MR. YASHAYEV STATED THAT HE HAD NO IDEA

15   WHY THE APPEAL WAS WITHDRAWN.  MR. SHARGEL SAYS BECAUSE

16   HE WAS FED UP WITH EVERYTHING AND THAT HE JUST WANTED IT

17   WITHDRAWN.

18              THE TIMING FOR THAT IS SUSPECT.  THEY

19   CLAIM THAT IT WAS NOT AFTER A DISCUSSION WITH

20   MR. ARTOM-GINZBURG, BUT IT IS EXTREMELY SUSPECT THAT

21   AFTER THE DAY --

22              THE COURT:  YOU ARE GETTING INTO

23   ARGUMENT, MR. THOMAS.  I WANT YOU TO TESTIFY AND --

24              MR. THOMAS:  I WILL TESTIFY THAT ON

25   OCTOBER 15TH AFTER THE HEARING ON THE ORDER DENYING THE

1    MOTION FOR CONTEMPT AND AFTER MR. ARTOM-GINZBURG SAID

2    THAT HE WOULD HAVE THE CLIENTS TELL ME TO WITHDRAW AND

3    THE FACT THAT HE WAS NOT ONLY CC'D BUT SENT THE E-MAIL

4    TWICE.  MR. SHARGEL SENT IT TWICE TO WITHDRAW THE

5    APPEAL.  IT'S VERY TELLING THAT I DON'T THINK

6    NECESSARILY THAT THEY WERE AS CANDID AS POSSIBLE IN

7    REGARD TO THEIR REASONS FOR WITHDRAWING THE APPEAL,

8    BECAUSE I BELIEVE, AND THIS IS ONE OF THE REASONS I

9    WANTED TO ACTUALLY SPEAK WITH MR ARTOM-GINZBURG, THAT HE

10   INSTRUCTED MY CLIENTS TO ASK TO WITHDRAW AND THAT IT WAS

11   DONE ON THEIR OWN ACCORD.  AND THIS IS SOLELY SO THAT WE

12   COULD TRY AND PURSUE THIS ACTION AGAINST ME PERSONALLY,

13   BECAUSE IF THAT APPEAL WAS PENDING, HE WOULD EITHER HAVE

14   TO WORK ON IT OR THERE WOULD BE FURTHER WORK THAT LIKELY

15   COULD HAVE BEEN DONE FOR THE APPEAL.

16             THEY ASKED FOR ME TO WITHDRAW,

17   NONETHELESS, OCTOBER 15TH AND I DO SO -- PRACTICALLY I

18   DID SO AS QUICKLY AS I COULD AND IT WAS WITHDRAWN ON

19   OCTOBER 15TH, THE DAY THEY REQUESTED IT.

20             I DID, HOWEVER, THE DAY BEFORE THAT

21   SUBMIT A MOTION TO WITHDRAW AS ATTORNEY AND THAT WAS

22   DISCUSSED BRIEFLY AT THE HEARING ON OCTOBER 15TH.  I

23   FELT THAT IT WAS ALMOST IMPOSSIBLE GIVEN WHAT

24   MR. ARTOM-GINZBURG WAS CLAIMING AND GIVEN WHAT HAD

25   OCCURRED THAT I COULD NO LONGER PROPERLY REPRESENT THE

1    DEFENDANTS, AND IT SEEMS THAT IT WAS THEIR UNDERSTANDING

2    THAT I WAS NO LONGER REPRESENTING THEM EITHER.

3                    ALL OF THAT SAID, I BELIEVE ON ONE OF THE

4    LETTERS THAT MR. ARTOM-GINZBURG ATTACHED, HE ACTUALLY

5    SAID THAT, YOU KNOW, HE THOUGHT THAT THE PLAINTIFF IN

6    THIS MATTER -- I DON'T REMEMBER WHAT THE EXACT WORD WAS,

7    BUT HE DID NOT FIND THEM UNSAVORY EITHER.  AND SO IT'S

8    STILL -- THERE IS NEVER ANY -- AT LEAST MY

9    UNDERSTANDING, ANY REASON OTHER THAN INSTRUCTIONS FROM

10   MR. ARTOM-GINZBURG TO WITHDRAW THE APPEAL.

11                    I STILL FELT THAT THE APPEAL HAD MERIT.

12   I UNDERSTAND OBVIOUSLY YOUR HONOR FELT THE WAY THAT YOU

13   DID, BUT WE STILL FELT THE APPEAL HAD MERIT, AND FRANKLY

14   UNTIL MR. ARTOM-GINZBURG GOT INVOLVED, THE DEFENDANTS,

15   MY UNDERSTANDING WAS, THEY THOUGHT THE APPEAL HAD MERIT

16   AS WELL.

17                    AGAIN, I BELIEVE THAT COVERS EVERYTHING

18   IN REGARDS TO THAT CASE.

19                    IN REGARDS TO THE 2020 MATTER WITH

20   MR. JACOVETTI THAT WAS FILED JANUARY 9TH, 2020, AGAIN,

21   MR. JACOVETTI, ALTHOUGH HE SEEMS TO NOT REMEMBER IT NOW,

22   WE HAD BEEN ON SEVERAL CALLS, NUMEROUS CALLS, AND I

23   ACTUALLY ATTACHED SOME OF THOSE NUMEROUS CALLS WHERE

24   THERE WERE THREE-WAY CALLS BETWEEN MYSELF, MR. JACOVETTI

25   AND MR. SHARGEL THAT WERE INITIATED BY MR. JACOVETTI,

1   SOMETIMES AT A MINUTE'S NOTICE, SAYING JOSH, I'M GOING

2   TO CALL BARRY, WE ARE GOING TO DO A THREE-WAY CALL NOW.

3   SO THAT HAPPENED FREQUENTLY WHERE THOSE CALLS WOULD

4   OCCUR, AND THAT IS WHY IT IS INTERESTING THAT MR.

5   ARTOM-GINZBURG INCLUDED NONE OF THOSE PHONE CALLS IN THE

6   PLEADINGS THAT HE SUBMITTED.  THOSE CALLS HAPPENED

7   FREQUENTLY, INCLUDING ACTUALLY AROUND THE TIME FOR

8   SUMMARY JUDGMENT.

9           SO IN THAT CASE, IT'S MY UNDERSTANDING

10  THAT AGAIN, MR. JACOVETTI HAD SPOKEN AT LENGTH PRIOR TO

11  FILING WITH MR. YASHAYEV AND SHARGEL THAT BASED ON

12  NUMEROUS PREVIOUS CONVERSATION AND BASED ON THE ORIGINAL

13  REASON THEY HIRED ME, THAT THEY WANTED ME TO PROCEED

14  AGAINST MR. SHELTON IN ADDITION TO MR. JACOVETTI.  AND

15  ULTIMATELY THE ONLY REASON THEY WERE WITHDRAWN, THERE'S

16  NOTHING WHERE THEY MADE ANY REQUEST TO ME OVER THE

17  PHONE, THEY ADMITTED THAT THEY NEVER MADE THE REQUEST

18  DIRECTLY TO ME, THERE IS NOTHING MR. JACOVETTI OR ANYONE

19  PRESENTED SHOWING THAT HE ACTUALLY REQUESTED FROM ME.

20  HE SIMPLY SAID IT WAS OVER THE PHONE, BUT THEN HE

21  ACTUALLY STATED IN HIS TESTIMONY THAT HE DOES EVEN NOT

22  REMEMBER HAVING THAT DISCUSSION UNTIL APRIL 22ND.

23           THE FACT OF THE MATTER IS THE MOTION TO

24  AMEND WAS FILED WELL BEFORE THAT, BACK ON MARCH 6TH, AND

25  THE INTENT SIMPLY BECAUSE OF THE PRIOR FILING AND

1      BECAUSE OF THE PRIOR ORDER, THE FACT THAT THE

2      RECONSIDERATION WAS ULTIMATELY DENIED TO GO AND AMEND.

3      THAT IS WHY WE DID THE COUNTERMOTION TO REOPEN AND

4      AMEND.

5                  ALL OF THAT IS BEING SAID, YOUR HONOR.

6      THAT IS WHY THE CASE HAS PROCEEDED AS THEY DID.  WE

7      STILL FELT THAT THERE WAS ACTUALLY STRONG BASIS TO

8      PURSUE IT AGAINST MR. SHELTON.  I BELIEVE MR. SHARGEL IN

9      BETWEEN TRYING TO GET ATTACKS AGAINST ME AND TRYING TO

10     ESSENTIALLY MISREPRESENT MY STATEMENTS ABOUT YOUR HONOR,

11     BETWEEN THOSE HE ESSENTIALLY STILL ADMITTED THAT HE FELT

12     AND AGREED THAT THE -- THERE WAS STILL ACTIONS THAT HE

13     WANTED TO PURSUE AGAINST MR. SHELTON.

14                 SO IT'S MY UNDERSTANDING AND IT'S MY

15     BELIEF THAT MR. ARTOM-GINZBURG SIMPLY PUSHED THEM INTO

16     THESE STATEMENTS.  AND THAT AT THIS TIME, I WOULD ASK

17     THAT THIS MATTER BE DROPPED AND IF MR. ARTOM-GINZBURG IS

18     GOING TO PURSUE AN ACTION, LET HIM TRY AND PURSUE A

19     SEPARATE ACTION.  BUT THIS ACTION AT THIS POINT, I

20     REQUEST THAT YOUR HONOR WOULD KINDLY DROP WHATEVER IS

21     BEING PURSUED AT THIS TIME.

22                 THE COURT:  ALL RIGHT.

23                 MR. ARTOM-GINZBURG, I WILL LET YOU GO

24     FIRST TO CROSS FOR MR. THOMAS.

25                 MR. ARTOM-GINZBURG:  THANK YOU, YOUR

1      HONOR.

2                         CROSS EXAMINATION

3      BY MR. ARTOM-GINZBURG:

4      Q.      WELL, MR. THOMAS, WE COME BACK TO THE SAME

5      QUESTION THAT WE HAD IN MY LETTER OF OCTOBER 2ND, 2020,

6      TO WHICH YOU MADE REFERENCE.  DO YOU HAVE MALPRACTICE

7      INSURANCE?

8      A.      MR. ARTOM-GINZBURG, IF YOU'D LIKE TO PURSUE

9      THAT, THE JUDGE HAS MADE VERY CLEAR HE IS NOT GOING TO

10     BE INCLUDING THAT IN THIS ISSUE.  SO IF YOU ARE GOING TO

11     PURSUE THAT, I WILL CERTAINLY RESPOND TO THAT IN TIME.

12                      MR. ARTOM-GINZBURG:  PERMISSION TO TREAT

13     THE WITNESS AS HOSTILE.

14                      THE COURT:  GO AHEAD.

15     BY MR. ARTOM-GINZBURG:

16     Q.      MR. THOMAS, YOU SWORE TO THE SUPREME COURT BAR

17     ON YOUR REGISTRATION IN JULY THAT YOU HAD MALPRACTICE

18     INSURANCE IN THE MINIMUM AMOUNT OF 100,000 PER INCIDENT,

19     300,000 PER SITUATION.  DO YOU IN FACT HAVE MALPRACTICE

20     IN THE STATE OF PENNSYLVANIA?

21     A.      TO ANSWER TO THAT QUESTION, THAT IF YOU ARE

22     ACTUALLY GOING TO REQUEST IT, THE JUDGE HAS MADE CLEAR

23     THIS IS NOT PART OF THIS HEARING.  SO THAT IS NOT PART

24     OF THE ISSUES HE BROUGHT UP FOR TODAY.  SO I'M GOING TO

25     STATE IF YOU ACTUALLY ASK THAT AS PART OF A SEPARATE

1      HEARING OR AS PART OF ANY OTHER TYPE OF HEARING, I WILL

2      ANSWER IT IN TIME.

3                      MR. ARTOM-GINZBURG:  I WOULD REQUEST THE

4      JUDGE ASK THE WITNESS TO ANSWER THE QUESTION.

5                      THE COURT:  WELL, GETTING AHEAD OF

6      OURSELVES A LITTLE BIT.  I WAS GOING TO HEAR ARGUMENT ON

7      THIS AT THE END.  I KNEW YOU SUBMITTED SOMETHING ON

8      THIS, MR. ARTOM-GINZBURG.  I UNDERSTAND THERE IS AN

9      ETHICAL REQUIREMENT TO CARRY INSURANCE, BUT AS I SAID AT

10     THE START TODAY, I'M NOT A ROVING DISCIPLINARY TRIBUNAL.

11     I DON'T HAVE A BROAD DISCIPLINARY WRIT.  THE SCOPE OF MY

12     PROCEEDING HERE IS TO ENSURE THE INTEGRITY OF

13     PROCEEDINGS THAT HAVE TRANSPIRED IN FRONT OF ME.

14                     SO I GUESS WHAT I WOULD LIKE TO HEAR FROM

15     YOU IS WHY YOU THINK THE QUESTION OF MR. THOMAS'S

16     INSURANCE HAS ANY BEARING ON THE INTEGRITY OF THE

17     PROCEEDINGS IN EITHER OF THESE CASES THAT HAS OCCURRED

18     IN FRONT OF ME.  OBVIOUSLY, AT SOME ATMOSPHERIC LEVEL

19     INSURANCE HAS AN IMPACT ON EVERY PROCEEDING IN EVERY

20     COURT, BUT HOW DOES IT HAVE A DIRECT IMPACT ON THE

21     INTEGRITY OF THESE PROCEEDINGS?

22                     MR. ARTOM-GINZBURG:  WELL, YOUR HONOR,

23     LET ME CONTINUE TO CROSS THE WITNESS, AND I THINK IT

24     WILL BECOME APPARENT.

25                     THE COURT:  OKAY.

1          MR. REO:  MAY I INTERJECT FOR JUST ONE

2     SECOND?  I THINK I UNDERSTAND WHERE MR. GINZBURG IS

3     GOING AS TO --

4          THE COURT:  MR. REO -- NO, NO.  NOT RIGHT

5     NOW.  OKAY?

6          GO AHEAD -- GO AHEAD, MR. GINZBURG.

7     BY MR. ARTOM-GINZBURG:

8     Q.     MR. THOMAS, DID YOU OR DID YOU NOT FILE A

9     RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT IN THE FCS

10    CAPITAL CASE?

11    A.     ARE YOU TALKING ABOUT THE 2018 CASE, MR.

12    ARTOM-GINZBURG, THE ONE WHERE YOU ARE TRYING TO

13    FABRICATE ITEMS AGAINST ME?  THE ANSWER IS WE SUBMITTED

14    A MOTION TO RECONSIDER ONCE WE GOT ADDITIONAL EVIDENCE

15    IN REGARDS TO THE MOTION FOR SUMMARY JUDGEMENT.

16    Q.     WOULD YOU ANSWER MY QUESTION.  DID YOU ANSWER

17    THE MOTION FOR SUMMARY JUDGEMENT?

18    A.     WE REQUESTED TWO EXTENSIONS OF TIME.

19    Q.     ARE YOU AWARE OF THE REQUIREMENTS OF RULE 50 --

20          THE COURT:  MR. ARTOM-GINZBURG, I

21    UNDERSTAND YOU ARE TREATING HIM AS HOSTILE.  YOU DO HAVE

22    TO LET HIM FINISH ANSWERING HIS QUESTIONS.

23          GO AHEAD, MR. THOMAS.  FINISH YOUR ANSWER

24    AS TO THE QUESTION OF WHETHER YOU ANSWERED THE SUMMARY

25    JUDGMENT MOTION IN THE 2018 CASE.

```
 1                      THE WITNESS:  MR. ARTOM-GINZBURG, IT WAS
 2   DISMISSED.  THE ORIGINAL MOTION FOR SUMMARY JUDGMENT WAS
 3   DISMISSED BY THE COURT.
 4   BY MR. ARTOM-GINZBURG:
 5   Q.      DID YOU FILE AN ANSWER TO THE AMENDED SUMMARY
 6   JUDGMENT MOTION?
 7   A.      WE FILED A MOTION TO EXTEND TIME BECAUSE WE WERE
 8   TRYING TO INCLUDE ADDITIONAL ITEMS.  IT WAS DENIED, SO
 9   THAT IS WHY WE FILED THE MOTION TO RECONSIDER.
10   Q.      DID YOU ATTACH A PROPOSED ANSWER TO YOUR MOTION
11   TO RECONSIDER?
12   A.      MR. ARTOM-GINZBURG, THE ANSWER HAD BEEN FILED
13   WELL BEFORE THAT TIME.  THE ANSWER HAD ACTUALLY BEEN
14   FILED IN THIS CASE --
15                      THE COURT:  MR. THOMAS, THE QUESTION HE
16   IS ASKING IS WHETHER YOU FILED A PROPOSED ANSWER TO THE
17   MOTION -- WHETHER OPPOSITION -- WHATEVER WORD WE USE.  I
18   DON'T WANT TO GET HUNG UP ON SEMANTICS.
19                      MR. THOMAS:  I'M TRYING TO ANSWER HIS
20   QUESTION DIRECTLY.  IF HE WANTS TO ASK ABOUT A RESPONSE,
21   THE ANSWER IS NO, THERE WAS NO SUPPLEMENTAL ATTACHMENT
22   THAT WOULD HAVE INCLUDED A RESPONSE BECAUSE THE ITEMS
23   THAT WE WANTED TO RESPOND TO THE SUMMARY JUDGMENT WITH
24   WERE INCORPORATED IN THE MOTIONS TO RECONSIDER.
25   BY MR. ARTOM-GINZBURG:
```

1 Q. ARE YOU AWARE OF THE REQUIREMENTS OF RULE 56

2 REQUIRING THE FILING OF AN AFFIDAVIT IN OPPOSITION TO A

3 MOTION FOR SUMMARY JUDGMENT?

4 A. YES.

5 Q. WHY THEN IN FILING A MOTION FOR RECONSIDERATION

6 OF A DENIAL -- GRANTING OF THAT MOTION FOR SUMMARY

7 JUDGEMENT, DID YOU NOT INCLUDE SUCH AN AFFIDAVIT IN YOUR

8 MOTION FOR RECONSIDERATION?

9 A. BECAUSE IT WASN'T --

10 Q. YOU PUT YOURSELF BACK IN THE SAME PLACE AS IF

11 YOU HAD NOT MISSED THE DEADLINE?

12 A. BECAUSE IT WAS NOT A RESPONSE TO THE MOTION FOR

13 SUMMARY JUDGMENT.  IT WAS MOTION TO RECONSIDER, AND HAD

14 THE RECONSIDERATION BEEN GRANTED, WE WOULD HAVE

15 SUBMITTED A COMPLETE RESPONSE.

16 Q. DID YOU TELL THE CLIENTS ABOUT THE JUDGEMENT?

17 A. YES, SEVERAL TIMES, AND THEY ACTUALLY CONFIRMED

18 IT.  ALTHOUGH MR. YASHAYEV SEEMED CONFUSED ABOUT THE

19 LANGUAGE, AND MR. SHARGEL STATES THAT THERE WAS NEVER

20 ANY SPECIFIC LANGUAGE, THE ANSWER IS YES.

21 Q. DID YOU ANSWER THE FIRST ROUND OF POST-JUDGMENT

22 DISCOVERY?

23 A. WHEN YOU SAY POST-JUDGMENT DISCOVERY, THE FIRST

24 ROUND, THE ANSWER IS YES, IT WAS RESPONDED TO BASED OFF

25 OF MR. YASHAYEV AND SHARGEL'S RESPONSES.  YES, THEY

1    RESPONDED.

2    Q.      YET THE COURT SANCTIONED YOU.

3    A.      IS THERE A QUESTION IN THERE,

4    MR. ARTOM-GINZBURG?

5    Q.      THE QUESTION IS IF YOU RESPONDED TO IT, WHY DID

6    THE COURT SANCTION YOU?

7    A.      I DON'T BELIEVE THE COURT ACTUALLY SANCTIONED ME

8    PERSONALLY, MR. ARTOM-GINZBURG.

9    Q.      YOU FILED A SECOND MOTION FOR RECONSIDERATION.

10   A.      YES.

11   Q.      WHAT WERE THE GROUNDS FOR THE SECOND MOTION FOR

12   RECONSIDERATION?

13   A.      FRANKLY, IF YOU WANT ME TO READ THE ENTIRE THING

14   ON TO THE RECORD I CAN, BUT --

15   Q.      BRIEFLY, UNDER WHAT GROUNDS DID YOU FILE?  YOU

16   FILED UNDER RULE 60, CORRECT?

17   A.      I SUBMITTED UNDER THE BASIS THAT WE HAD NEW

18   INFORMATION THAT MR. YASHAYEV AND MR. SHARGEL AGREED WAS

19   MATERIAL THAT WE WANTED IN FRONT OF THE COURT TO MAKE

20   VERY CLEAR WHY THE CASE SHOULD STILL PROCEED ON ITS

21   MERITS.

22   Q.      WOULD YOU EXPLAIN ON THE RECORD THE CONCEPT OF

23   EXCUSABLE NEGLECT?

24   A.      IT'S A LEGAL CONCEPT.  I'M SURE YOU CAN LOOK IT

25   UP.

1      Q.        I'M INTERESTED TO KNOW IF YOU KNOW WHAT IT IS,

2    MR. THOMAS?

3      A.        ABSOLUTELY.

4      Q.        WELL, PLEASE GO AHEAD.

5      A.        EXCUSABLE NEGLECT IS IF SOMETHING HAPPENED --

6    YOU KNOW WHAT, I WOULD NOT WANT TO MISSTATE THE LEGAL

7    CONCLUSION OF WHAT EXCUSABLE NEGLECT IS AT THIS TIME.

8    IT'S A LEGAL CONCLUSION.  THAT IS WHAT MY UNDERSTANDING

9    IS.

10     Q.        DO YOU UNDERSTAND THAT IN A RECONSIDERATION

11   MOTION IN FEDERAL COURT YOU NEED TO SHOW EXCUSABLE

12   NEGLECT IN ORDER FOR THE COURT TO GRANT RECONSIDERATION

13   UNDER SECTION 60(B)(6), WHICH YOU FILED UNDER IN YOUR

14   SECOND RECONSIDERATION MOTION?

15     A.        WE SUBMITTED THE STRONGEST POSSIBLE MOTIONS TO

16   RECONSIDER THAT WE COULD.

17     Q.        DID YOU TELL THE CLIENTS THAT THE SUBMISSIONS TO

18   THE ANSWERS FOR POST-JUDGMENT DISCOVERY WOULD BE USED

19   AGAINST THEM?

20     A.        WHAT DO YOU MEAN, WOULD BE USED AGAINST THEM?

21   THEY FULLY UNDERSTOOD, BOTH FROM ME AND FROM

22   MR. JACOVETTI EXPLAINING IT TO THEM VERY CLEARLY, THAT

23   THESE WERE GOING TO BE FOR DISCOVERY PURPOSES.

24     Q.        THAT WAS NOT THEIR TESTIMONY.  THAT IS WHY I'M

25   ASKING YOU THE QUESTION.

1    A.       I UNDERSTAND BECAUSE -- WELL, I UNDERSTAND WHAT

2    YOUR QUESTION IS. AND I'M STATING THAT WE EXPLAINED TO

3    THEM.  BOTH MYSELF AND MR. JACOVETTI EXPLAINED EXACTLY

4    WHAT THE DISCOVERY WAS GOING TO BE USED FOR.

5    Q.       YOU THEN TOOK AN APPEAL OFF OF THE SECOND

6    RECONSIDERATION MOTION.

7             DO YOU UNDERSTAND -- WHAT ARE THE

8    REQUIREMENTS FOR A STAY IN FEDERAL COURT WHEN YOU TAKE

9    AN APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS?

10   A.       I BELIEVE THE COURT ACTUALLY STATED THIS MUCH

11   CLEARER THAN I COULD AND I WILL REFER TO HIS ORDER WHERE

12   HE STATED WHAT'S REQUIRED.

13   Q.       BUT YOU WOULD AGREE THAT YOU DID NOT COMPLY WITH

14   THE REQUIREMENTS FOR A STAY BEFORE THE THIRD CIRCUIT.

15   A.       I WOULD AGREE THE COURT -- THE HONORABLE JOSHUA.

16   WOLSON DENIED OUR MOTION FOR IT AND THAT THE CLIENTS

17   NEVER -- AND STATED THEY COULD NEVER AFFORD A BOND, SO

18   WE NEVER PURSUED THAT AVENUE.

19   Q.       GIVEN THAT THE JUDGMENT IS A RESULT OF YOUR

20   FAILURE TO FILE A RESPONSE, THE SUMMARY JUDGMENT MOTION,

21   WOULDN'T THAT HAVE BEEN THE TIME TO CONTACT YOUR CARRIER

22   AND GET COVERAGE SO THAT IF YOUR APPEAL WAS MERITORIOUS,

23   YOU WOULD BE ABLE TO PURSUE IT WITHOUT THE CLIENTS

24   FACING RUINOUS EXECUTION PRACTICE.

25   A.       I BELIEVE THAT IS WHAT YOU ARE GOING TO BE

1    TRYING TO FILE A COMPLAINT ABOUT.  THAT IS MY

2    UNDERSTANDING.

3    Q.    DID YOU CONTACT ANY CARRIER AS A RESULT OF YOUR

4    FAILURE TO FILE A RESPONSE TO THE MOTION FOR SUMMARY

5    JUDGEMENT?

6    A.    I WILL STATE AGAIN, AT ANY POINT IF YOU ARE

7    TRYING TO ASK ABOUT A CARRIER, THAT CAN BE DEFERRED TO A

8    TIME THAT IS ACTUALLY RELEVANT IN THIS MATTER.

9    MR. ARTOM-GINZBURG -- I MEAN, I UNDERSTAND WHAT YOU ARE

10   TRYING TO DO HERE, SIR, BUT THE JUDGE HAS MADE IT VERY

11   CLEAR WHAT IS AND IS NOT RELEVANT IN THIS CASE.

12   Q.    YOU STATED THAT YOUR FAX MACHINE WORKS.

13   A.    YEAH, I'VE RECEIVED SEVERAL.  IN FACT, I CAN

14   EVEN TELL YOU WHEN THE MOST RECENT WAS.  IT'S AN

15   ELECTRONIC FAX.  IT GOES TO MY CELL AND IT GOES TO THE

16   COMPUTER.  IT'S AN APP.

17   Q.    HOW DO YOU EXPLAIN THEN THE FACT THAT IN MY

18   RESPONSE TO YOUR FILING, I INCLUDED TWO FAX CONFIRMATION

19   SHEETS, SHOWING THAT I HAD SENT YOU THOSE LETTERS AND

20   THAT THE FAX CONFIRMATION SHOWS THAT THEY WERE RECEIVED

21   BY YOUR FAX NUMBER OF RECORD?

22   A.    DID YOU PERSONALLY SEND THEM?

23   Q.    YES, I DID.

24   A.    AND I DIDN'T RECEIVE THEM.  WAS THERE A SPECIAL

25   REASON YOU DID NOT SEND THEM TO MY E-MAIL ADDRESS?

1     BECAUSE I STILL DO NOT RECEIVE THEM.   ON OCCASION I HAVE

2     ACTUALLY RECEIVED NOTICES FROM PEOPLE.   SOMETIMES --

3     BECAUSE I WORK ON MODIFICATIONS A LOT, SOMETIMES I'LL

4     RECEIVE NOTICES FROM THE CLIENTS THAT THEY SENT

5     DOCUMENTS AND THEY HAVE NOT BEEN RECEIVED.   USUALLY THE

6     CLIENTS ARE GOOD ENOUGH TO ACTUALLY FOLLOW UP ON A CALL,

7     SAYING I SENT YOU A FAX, DID YOU GET IT?   IF I DON'T,

8     THEN I'LL TELL THEM AND THEY WILL E-MAIL IT OR THEY WILL

9     SEND IT IN SOME OTHER METHOD.   YOU DID NOT DO THAT, AND

10    SIMPLY, YOU ARE TRYING TO CLAIM THAT YOU DID.

11    Q.     NOW, ASK YOURSELF THIS QUESTION, MR. THOMAS.

12            WHAT IS THE DIFFERENCE BETWEEN E-MAIL AND

13    FAX THAT WOULD MAKE ME WANT TO FAX SOMETHING RATHER THAN

14    E-MAIL IT.   IT IS, AFTER ALL, 2020.

15    A.     I DON'T KNOW YOU PERSONALLY.   I DON'T KNOW YOUR

16    MENTAL STATE.   I HAVE NO IDEA WHY YOU WOULD PREFER TO

17    SEND A FAX INSTEAD OF AN E-MAIL.   THAT MAKES NO SENSE TO

18    ME.

19    Q.     ISN'T IT TRUE, MR. THOMAS, THAT A FAX GENERATES

20    A CONFIRMATION SHEET, SHOWING THAT A FAX HAS BEEN

21    RECEIVED, WHEREAS AN E-MAIL, AS HAS BEEN DISPUTED TODAY

22    ON MANY OCCASIONS, WE DO NOT KNOW IF THE PERSON RECEIVED

23    IT OR NOT.

24    A.     YOU CAN SEND AN E-MAIL TO SHOW THAT IT HAS

25    ACTUALLY HAS BEEN READ.   THERE'S CERTAINLY THE

1      CAPABILITY TO DO THAT TODAY.

2                    MR. ARTOM-GINZBURG:  I HAVE NO FURTHER

3      QUESTIONS FOR THIS WITNESS.

4                    THE COURT:  MR. REO, DO YOU HAVE ANY

5      QUESTIONS?

6                    MR. REO:  I DO.  I HAVE SOME, YOUR HONOR.

7                    THE COURT:  AGAIN, I WANT TO KEEP US

8      FOCUSED ON THE ISSUES THAT ARE AT HAND, WHICH IS THE

9      INTEGRITY OF THE PROCEEDINGS IN FRONT OF ME.

10                    MR. REO:  I BELIEVE, THOUGH, THAT THE

11     ISSUE OF MALPRACTICE INSURANCE IS RELEVANT TO THE

12     INTEGRITY OF THE PROCEEDINGS BECAUSE IT GOES TO THE

13     CREDIBILITY OF THE WITNESS.

14                    IF HE MADE A MISREPRESENTATION TO THE

15     STATE SUPREME COURT THAT HE HAS MALPRACTICE INSURANCE

16     WHEN INDEED HE DOES NOT, IT GOES DIRECTLY TO HIS

17     CREDIBILITY AT THESE PROCEEDINGS RIGHT NOW.

18                    THE COURT:  NO.  WE ARE NOT DOING THAT.

19     I WILL TELL YOU NOW I DON'T THINK IT'S RELEVANT.  YOU

20     GUYS ARE JUST TRYING TO SHORT-CIRCUIT THE PROCESS OF A

21     MALPRACTICE CLAIM.  I UNDERSTAND WHY YOU WANT TO DO

22     THAT.  I DON'T THINK THAT HIS HAVING MALPRACTICE

23     INSURANCE IS -- I CERTAINLY THINK IT IS RELEVANT IF YOU

24     FILE A MALPRACTICE CLAIM.  IF YOU FILE A MALPRACTICE

25     CLAIM IN FEDERAL COURT, IT WILL BE PART OF THE MANDATORY

1      DISCLOSURES UNDER RULE 26(A), BUT IT'S NOT RELEVANT TO

2      THE MANDATE THAT I HAVE FOR TODAY.

3                      MR. REO:  UNDERSTOOD, YOUR HONOR.

4                      CROSS EXAMINATION

5      BY MR. REO:

6      Q.      MR. THOMAS, YOU SAID YOU HAD A PROBLEM PAYING

7      THE $1,600 SANCTION IN THIS CASE, IS THAT CORRECT?

8      A.      IT IS, ALTHOUGH I EVENTUALLY DID AND THERE IS A

9      RECEIPT OF THAT AND IT IS NOW ON THE DOCKET.

10     Q.      SO IF WE CHECKED WITH YOUR BANK, WOULD THEY SAY

11     THAT YOU ISSUED A STOP PAYMENT SOMETIME IN APRIL OR DID

12     IT ONLY HAPPEN AFTER I BROUGHT THE ISSUE OF YOUR

13     NONPAYMENT TO THE ATTENTION OF THE COURT IN SEPTEMBER?

14     A.      THERE WAS NEVER A STOP PAYMENT.

15     Q.      SO YOU PREVIOUSLY PUT IN WRITING THAT THE COURT

16     REQUESTED A REDUCTION IN THE SANCTION FROM $8,000 TO

17     $1,600, IS THAT CORRECT?

18     A.      HONESTLY, I DON'T REMEMBER, BUT I BELIEVE SO,

19     YES.

20     Q.      YOU STATED THAT YOU ONLY MADE $4,000 A MONTH,

21     AND THAT $8,000 SANCTION WOULD REPRESENT TWO MONTHS OF

22     YOUR GROSS INCOME, IS THAT CORRECT, APPROXIMATELY?

23     A.      ON AVERAGE APPROXIMATELY.  FRANKLY NOW WITH

24     COVID, IT IS LESS.

25     Q.      RIGHT.

1            SO WHEN YOU WROTE A CHECK IN APRIL FOR

2   $1,600 AND THE MONEY DID NOT COME OUT OF YOUR ACCOUNT IN

3   APRIL, DID NOT COME OUT IN MAY, DID NOT COME OUT IN

4   JUNE, DID NOT COME OUT IN JULY, DID NOT COME OUT IN

5   AUGUST, DID YOU NOTICE THAT YOUR ACCOUNT WAS $1,600

6   HEAVIER THAN IT SHOULD HAVE BEEN?

7   A.        FRANKLY, I ASSUMED THAT THE COURT WOULD WITHDRAW

8   IT WHENEVER THEY ARE GOING TO WITHDRAW IT.  I MADE SURE

9   THAT THE ACCOUNT ALWAYS HAD AT LEAST THAT MUCH IN IT.

10  BUT I HAD NO IDEA -- FRANKLY, I HAD NEVER FACED SUCH A

11  SANCTION BEFORE SO I HAD NO IDEA WHEN OR HOW THAT WAS

12  GOING TO BE WITHDRAWN.

13  Q.        YOU NEVER TOOK IT UPON YOURSELF TO CHECK WITH

14  THE COURT.  YOU JUST WAITED UNTIL THE COURT, ON MY

15  MOTION OR MY NOTICE, DECIDED TO INTERVENE.  YOU DID NOT

16  TAKE ANY AFFIRMATIVE STEPS TO CONFER WITH THE CLERK OR

17  TALK TO THE BANK OR DO A STOP PAYMENT PRIOR TO

18  SEPTEMBER.

19  A.        I NEVER DID A STOP PAYMENT.  I NEVER CONFERRED

20  WITH ANYTHING.  FRANKLY, LIKE I JUST SAID, I SENT IT

21  WHEN I SENT IT, AND I JUST DID NOT KNOW WHEN THEY WERE

22  GOING TO WITHDRAW.  I KNEW VERY WELL THAT A LOT OF

23  COURTS ARE ACTUALLY DELAYED BECAUSE OF THIS.  I FIGURED

24  IT COULD HAVE BEEN RELATED TO THAT.  WHEN I SAY, "THIS,"

25  BECAUSE OF COVID-19.  I THOUGHT IT MIGHT HAVE BEEN

1   BECAUSE OF THAT.  I HAD NO IDEA WHY.  BUT LIKE I SAID, I

2   MADE SURE THAT THE ACCOUNT ALWAYS HAD THAT AMOUNT IN

3   THERE SO WHEN IT WAS EVENTUALLY WITHDRAWN IT WOULD NOT

4   BE AN ISSUE.  I ALSO ACTUALLY CALLED TO SEE IF IT COULD

5   BE DONE ELECTRONICALLY AND WAS TOLD NO, BUT FRANKLY THAT

6   WOULD HAVE BEEN A LOT EASIER.

7   Q.      DO YOU HAVE A DATE AND TIME THAT YOU MADE THAT

8   CALL?

9   A.      NO.  I'M SURE I COULD FIND IT, BUT I DON'T

10  ACTUALLY HAVE THAT.  I ACTUALLY JUST LOOKED.  MY PHONE

11  RECORDS, AT LEAST ON MY CELL PHONE, DON'T GO THAT FAR

12  BACK.

13  Q.      HOW LONG HAVE YOU PRACTICED LAW?

14  A.      SINCE 2011, SIR.

15  Q.      ALL RIGHT.  NOW AS AN ATTORNEY, DO YOU BELIEVE

16  AN ATTORNEY SHOULD UNDERSTAND THE DIFFERENCE BETWEEN

17  DISCIPLINARY COUNCIL AND THE STATE BAR ASSOCIATION?

18  A.      I DON'T UNDERSTAND THE QUESTION.  CAN YOU MAKE

19  IT A LITTLE --

20  Q.      THIS COURT ISSUED AN ORDER THAT YOU WERE TO

21  REPORT ON YOURSELF TO THE DISCIPLINARY AUTHORITIES OF

22  EVERY STATE WHERE YOU HOLD AN ACTIVE LAW LICENSE, AND

23  THEN YOU PROCEEDED TO PROVIDE TRACKING INFORMATION FOR

24  PACKETS THAT YOU SENT OFF TO STATE BAR ASSOCIATIONS.

25  AND ONLY AFTER I BROUGHT IT TO THE ATTENTION OF THE

1     COURT DID YOU REMEDY THE ISSUE BY SENDING THE PACKETS TO

2     THE DISCIPLINARY COUNCIL.   IS THAT A FAIR AND ACCURATE

3     STATEMENT?

4     A.      I REMEDIED THE ISSUE, NUMBER ONE, AND FRANKLY

5     BECAUSE YOU DID BRING IT UP.   I LOOKED UP WHAT THE JUDGE

6     ASKED ME TO SEND TO, BECAUSE LIKE I SAID, I DID NOT

7     ACTUALLY TAKE THESE TESTS BEFORE.   I LOOKED UP THE

8     ADDRESSES FOR WHERE TO SEND IT FOR EVERY SINGLE PLACE

9     THAT I WAS REPRESENTED OR IN, FRANKLY, THAT I THOUGHT

10    THE JUDGE REQUIRED.   I LOOKED UP THOSE ADDRESSES ON

11    GOOGLE, COPIED THEM, PASTED THEM, PRINTED THEM ALL OUT,

12    SENT OUT ALL THE LETTERS AND ALL THE DOCUMENTS, AND MADE

13    ALL THE CDS, SO THAT WAY THEY WOULD NOT GET REAMS AND

14    REAMS OF PAPER.   MADE ALL THOSE CDS AND SENT IT.   NEVER

15    HAD THOUGHT THAT WAS REQUIRED TO DO SO.   ONCE IT WAS

16    BROUGHT UP THAT THERE WERE WRONG ADDRESSES, I CORRECTED

17    IT AS QUICKLY AS POSSIBLE, SENT IT TO THE NEW ADDRESSES

18    AND RESOLVED THE ISSUE.

19    Q.      SO DOES THE STATE BAR ASSOCIATION HAVE

20    DISCIPLINARY AUTHORITY?

21    A.      MR. REO, I CORRECTED THE ISSUES AND THE MISTAKES

22    IN REGARDING SERVICE AS QUICKLY AS I COULD.

23    Q.      WHEN YOU SENT A CD TO JUDGE HILLMAN IN NEW

24    JERSEY WITHOUT A COVER LETTER AND WITHOUT AN EXPLANATION

25    AND IN CONTRAVENTION OF HIS LOCAL RULE AND STANDING RULE

1    REQUIRING THAT DISKS HAVE AN EXPLANATION AND THAT DISKS

2    WITHOUT EXPLANATION WILL BE DISCARDED SUMMARILY, WERE

3    YOU HOPING HE WAS GOING TO SIMPLY DISCARD THAT DISK?

4    A.      MR. REO, I HAD ABSOLUTELY NO IDEA ABOUT THAT

5    RULE UNTIL YOU SPECIFICALLY BROUGHT IT UP.  FRANKLY, I'D

6    SENT THE SAME EXACT DOCUMENTS, INCLUDING THE ORDER THAT

7    HIS HONOR SIGNED REQUIRING ME TO DO SO, ON EVERY SINGLE

8    ONE OF THOSE DISKS.  I SENT THAT FRANKLY TO SAVE PAPER

9    AND I SENT IT AS A DISK WITH THE ORDER ON THE DISK

10   SPECIFICALLY TO EVERY PERSON I WAS REQUIRED TO DO SO.

11   Q.      SO I DON'T PRACTICE BEFORE JUDGE HILLMAN, AND

12   I'M NOT A NEW JERSEY ATTORNEY.  BUT I WAS ABLE TO FIND

13   OUT THAT RULE.  YOU ARE A NEW JERSEY ATTORNEY AND YOU

14   PRACTICE BEFORE JUDGE HILLMAN, BUT APPARENTLY YOU WERE

15   UNABLE TO KNOW ABOUT THAT RULE, IS THAT CORRECT?

16   A.      YOU OBVIOUSLY HAVE AN INTEREST IN TRYING TO

17   CAUSE WHATEVER ISSUES YOU COULD IN THIS CASE.  I HAD THE

18   INTEREST OF TRYING TO GET IT TO HIM AS QUICKLY AS

19   POSSIBLE.  I SENT IT TO JUDGE HILLMAN THE SAME WAY I

20   SENT IT TO EVERYONE ELSE.  NO ONE ELSE, AT LEAST ONCE

21   THEY RECEIVED IT, SEEMED TO HAVE AN ISSUE GETTING THAT

22   FORMAT.

23   Q.      ARE YOU STILL UNDER AN ORDER TO SHOW CAUSE

24   BEFORE JUDGE HILLMAN IN NEW JERSEY?

25   A.      I'M SORRY.  CAN YOU EXPLAIN THE RELEVANCE TO

1      THIS MATTER AS TO THAT ORDER WHICH IS SPECIFICALLY FOR

2      --

3      Q.      WE SET THE --

4      A.      LET ME ANSWER THE QUESTION.

5              THAT ORDER INVOLVES FORECLOSURE MATTERS.

6      THAT HAS NOTHING TO DO WITH THIS ORDER.

7      Q.      WELL, THE ORDER IN THIS CASE THAT I BELIEVE YOU

8      HAVE ATTEMPTED TO DEFEAT COMPLIANCE WITH OR FEIGNED

9      COMPLIANCE WITH INCLUDED MAKING CERTAIN REPRESENTATIONS

10     TO THE TRIBUNAL IN NEW JERSEY WITH BEFORE JUDGE HILLMAN,

11     AND IT SEEMS THAT FROM THE FILINGS IN THAT CASE YOU TOLD

12     JUDGE HILLMAN, YOU DID NOT RECALL OR RECOLLECT THE

13     CONTENTS OF THAT DISK.  AND HE ASKED YOU IF YOU HAD BEEN

14     SANCTIONED IN THE EASTERN DISTRICT OF PENNSYLVANIA AND

15     YOU SAID, NOT TO YOUR RECOLLECTION.

16             NOW, I WONDER, DO YOU GET SANCTIONED SO

17     OFTEN THAT YOU DON'T REMEMBER WHEN YOU GET SANCTIONED?

18     A.      WHEN DID THIS OCCUR WITH JUDGE HILLMAN?

19     Q.      WELL, YOU DISMISSED THE CASE THAT IS PRESENTLY

20     PENDING BEFORE JUDGE HILLMAN, IS THAT CORRECT, THAT YOU

21     DISMISSED THAT CASE IN THE LAST WEEK OR THE LAST TWO

22     WEEKS?

23     A.      WHAT CASE ARE YOU TALKING ABOUT, SIR?

24     Q.      THE CASE THAT IS PENDING BEFORE JUDGE HILLMAN IN

25     NEW JERSEY THAT THE HONORABLE JUDGE WOLSON ORDERED YOU

1    TO FURNISH TRANSCRIPTS TO.

2    A.      AND DID I COMPLY BY POSTING THEM ON THE DOCKET,

3    SIR?

4    Q.      AFTER JUDGE HILLMAN ORDERED YOU TO SHOW CAUSE

5    AND GAVE YOU I THINK SEVEN DAYS TO POST A PDF ON THE

6    DOCKET, THEN YOU DID COMPLY.

7    A.      EXCUSE ME, SIR.

8    Q.      HAVE YOU EVER COMPLIED VOLUNTARILY AND WILLFULLY

9    OR HAVE YOU ONLY COMPLIED WHEN THE COURT HAS FINALLY

10   HELD YOUR HAND TO THE BURNER, HAVING SEEN THROUGH YOUR

11   FEIGNED ATTEMPT AT COMPLIANCE?

12   A.      I DON'T UNDERSTAND HOW THAT QUESTION, WHICH IS A

13   VERY LOADED QUESTION, HAS ANY RELEVANCE TO THIS

14   WHATSOEVER.

15   Q.      WELL, YOU WERE ALSO ORDERED TO GET A

16   CERTIFICATION THAT YOU WOULD FURNISH TRANSCRIPTS TO MR.

17   YASHAYEV, MR. SHARGEL AND MR. JACOVETTI.  FROM THE

18   TESTIMONY YOU'VE HEARD TODAY, THOSE GENTLEMEN WERE NEVER

19   FURNISHED WITH THOSE TRANSCRIPTS BY YOU.  IS THAT FAIR

20   TO SAY?

21   A.      THE QUESTION IS BECAUSE THEY WERE AND THE E-MAIL

22   WAS ATTACHED SO...

23   Q.      SO WHY HAS EVERYBODY TODAY EXCEPT YOURSELF

24   TESTIFIED TO THE CONTRARY?

25           IS EVERYBODY OTHER THAN YOURSELF LYING

1    TODAY?

2    A.      IT'S ALSO TESTIFIED THERE WERE NUMEROUS OTHER

3    E-MAILS THEY DID NOT REMEMBER GETTING OR DIDN'T GET THAT

4    I SENT AS WELL.  DO YOU WANT TO GO OVER EVERY SINGLE ONE

5    OF THOSE AS WELL?

6    Q.      WELL, YOU SEEM TO HAVE PROBLEMS WITH E-MAIL

7    CHAINS.  APPARENTLY AS I RECALL YOU DID NOT RECEIVE THE

8    RULE 11 DRAFT LETTER BY E-MAIL, BUT YOU INTERACTED WITH

9    THE E-MAIL CHAIN.  YOU DISPUTED RECEIVING IT BY FED EX,

10   DESPITE THE FACT THAT I PROVIDED TRACKING, AND YOU ALSO

11   CLAIMED YOU DID NOT RECEIVE THE RULE 11 DRAFT MOTION BY

12   USPS FIRST CLASS.  I SENT IT TO YOU THREE DIFFERENT

13   WAYS.  YOU CLAIMED THAT YOU DID NOT RECEIVE IT ANY OF

14   THOSE WAYS, BUT YOU INTERACTED WITH THE E-MAIL CHAIN

15   THAT CONTAINED THE ATTACHMENT.  DO YOU RECALL THAT?

16   A.      NO.  I DON'T RECALL WHAT YOU ARE TALKING ABOUT.

17   I RECALL THAT YOU SENT ME MANY E-MAILS AND MANY

18   DOCUMENTS.

19   Q.      THE COURT NOTED THAT THE RULE 11 MOTION WAS

20   PROCEDURALLY PERFECTED AND PROPERLY SERVED, BUT THEY

21   DENIED THE RULE 11 SANCTIONS AT THAT TIME.  DO YOU

22   RECALL THAT ORDER?

23   A.      YES.

24   Q.      OKAY.  SO THAT IT WAS PROPERLY SERVED IN

25   ACCORDANCE WITH PROCEDURE.  SO YOU DID RECEIVE THE

1    RULE 11 DRAFT LETTER.

2    A.        I RECALL THAT THE JUDGE DENIED YOUR ORDER.

3    Q.        OKAY.

4              SO YOU RECALL THE ORDER WHEREIN THE JUDGE

5    DENIED IT.  DO YOU ALSO RECALL THAT IN THAT SAME ORDER

6    THE COURT NOTED SERVICE WAS PROPER?

7    A.        I DON'T REMEMBER THAT SPECIFICALLY BEING STATED,

8    AND I WOULD NOT DEEM TO TRY AND REPRESENT HOW THE COURT

9    STATED COMMENTS ONE WAY OR THE OTHER ON THAT ORDER.

10   Q.        IS EVERYBODY OTHER THAN YOURSELF WHO IS

11   TESTIFYING TODAY JUST LYING TO MAKE YOU LOOK BAD?

12   A.        MR. REO, HOW IS THAT QUESTION RELEVANT TO THIS

13   ITEM?

14   Q.        WELL, I WOULD LIKE TO KNOW BECAUSE WE HAVE HEARD

15   TESTIMONY FROM A LICENSED NEW YORK ATTORNEY; WE HAVE

16   HEARD TESTIMONY FROM TWO BUSINESSMEN, GRANTED WHO ARE ON

17   OPPOSITE SIDES OF THE CASE, BUT IF YOU ARE TELLING THE

18   TRUTH THEN ALL THREE OF THOSE MEN ARE LYING TODAY, IS

19   THAT YOUR CONTENTION, THAT ALL THREE OF THOSE MEN

20   DECIDED TO LIE TODAY?

21   A.        MR. REO, OF THE ORDER SUBMITTED BY JUDGE WOLSON,

22   CAN YOU TELL ME WHICH SPECIFIC ITEM OF THOSE QUESTIONS

23   THAT QUESTION IS RELEVANT TO?

24   Q.        I THINK IT GOES TO YOUR GENERAL CREDIBILITY, AND

25   I BELIEVE THAT IT GOES TO THE LACK OF CERTIFICATION THAT

```
1    YOU NEVER FURNISHED THE TRANSCRIPTS ON THEM.

2    A.      WHICH IS NOT SPECIFIC.  I'M ASKING WHICH

3    QUESTION IS THAT RELEVANT TO.

4                  THE COURT:  MR. THOMAS, ANSWER THE

5    QUESTION.

6                  MR. THOMAS:  WHAT IS THE QUESTION?  IT'S

7    A VERY LOADED, JADED QUESTION.

8                  THE COURT:  IT MAY BE A LOADED, JADED

9    QUESTION.  ANSWER IT.  IF YOU WANT TO DISPUTE IT,

10   DISPUTE IT, BUT ANSWER.

11                 MR. THOMAS:  THE ANSWER IS NO.

12   BY MR. REO:

13   Q.      SO DO YOU BELIEVE THAT YOU ARE CREDIBLE?

14                 THE COURT:  MR. REO, WE DON'T NEED TO GO

15   THERE.

16                 MR. REO:  I WILL WITHDRAW THAT.  ONE MORE

17   QUESTION AND I BELIEVE I'M DONE.

18   BY MR. REO:

19   Q.      MR. THOMAS, THE CERTIFICATION THAT YOU HAD YOUR

20   CLIENTS SIGN DOES NOT INCLUDE A CASE CAPTION, IS THAT

21   CORRECT?

22   A.      I BELIEVE THAT'S CORRECT.

23   Q.      WAS THERE A REASON YOU OMITTED A CASE CAPTION ON

24   THAT CERTIFICATION?

25   A.      NO, BECAUSE GENERALLY WHEN I PUT CERTIFICATIONS
```

1    TOGETHER, THEY USUALLY DON'T HAVE CASE CAPTIONS.

2    Q.    SO YOU JUST HAVE PEOPLE SIGN A STATEMENT THAT IS

3    NOT PERTAINING TO ANY PARTICULAR CASE?

4    A.    NO.  I HAVE THEM SIGN CERTIFICATIONS THAT

5    CERTIFY THE FACTS.

6    Q.    ALL RIGHT.

7              DID IT OCCUR TO YOU TO HAVE THEM

8    NOTARIZED, THE CERTIFICATIONS?

9    A.    THAT WAS NOT REQUIRED BY THE COURT, SO NO.

10              MR. REO:  NOTHING FURTHER.

11              THE COURT:  MR. SILVESTRO, DO YOU HAVE

12    ANY QUESTIONS?

13              CROSS EXAMINATION

14    BY MR. SILVESTRO:

15    Q.    EARLY ON IN YOUR TESTIMONY, MR. THOMAS, YOU

16    INDICATED THAT MR. YASHAYEV AND MR. SHARGEL AND AT THAT

17    TIME MR. JACOVETTI HAD A POSITIVE CASE AND THAT IS THE

18    REASON WHY THEY HIRED YOU TO DEFEND THEM, CORRECT?

19    A.    YES.

20    Q.    WHY IS IT THAT YOU DID NOT FILE A TIMELY

21    RESPONSE TO THE MOTION FOR SUMMARY JUDGEMENT?

22    A.    BECAUSE WE WERE TRYING TO INCLUDE ADDITIONAL

23    ITEMS.  WE REQUESTED FOR AN EXTENSION OF TIME.  I STATED

24    THERE WE WERE TRYING TO FILE ADDITIONAL ITEMS THAT WOULD

25    ALSO BE RELEVANT.

1   Q.       WELL, HOW DOES THAT STOP YOU FROM FILING A

2   TIMELY SUMMARY JUDGMENT RESPONSE?

3   A.       IT DOES NOT.  ALTHOUGH OTHER THAN THE FACT THAT

4   WE SPECIFICALLY ASKED FOR A MOTION TO EXTEND TIME.

5   Q.       WELL, ISN'T IT TRUE THAT YOU HAD THE RECORDINGS

6   PRIOR TO THE TIME FRAME IN WHICH YOU HAD TO FILE THE

7   SUMMARY JUDGMENT RESPONSE?

8   A.       NO.  IN FACT, IT'S ALREADY ON THE RECORD THAT

9   THOSE RECORDINGS WERE RECEIVED ON JANUARY 30TH.

10  Q.       WELL THEN, YOU DID NOT KNOW ABOUT THE RECORDINGS

11  AT THAT TIME THAT YOU WERE SUPPOSED TO FILE THE SUMMARY

12  JUDGMENT, CORRECT?

13  A.       NO, BECAUSE MY CLIENTS STATED THAT THEY HAD THEM

14  IN THEIR POSSESSION.  THEY WERE GOING TO SEND THEM TO ME

15  AS SOON AS THEY COULD.  IN FACT, THAT IS WHY ON

16  JANUARY 27TH THERE IS A MOTION TO RECONSIDER FILED THAT

17  REFERENCED THEM, EVEN THOUGH I HAD NOT ACTUALLY RECEIVED

18  THEM UNTIL THE 30TH.

19  Q.       DID YOU SEND ANY E-MAILS OR ANY CORRESPONDENCE

20  TO YOUR CLIENTS AT THAT TIME TELLING THEM HOW URGENT IT

21  WAS THAT THEY GET YOU THOSE THINGS BECAUSE YOU NEEDED TO

22  INCLUDE THAT IN THE RESPONSE TO SUMMARY JUDGMENT?

23  A.       YES.  THERE WERE SEVERAL DISCUSSIONS ABOUT IT.

24  THEY SAID THEY WOULD GET THEM TO ME.  I FILED THE MOTION

25  TO RECONSIDER THAT REFERENCED THEM, AND THEN THEY GOT

1    THEM TO ME A FEW DAYS AFTER THE MOTION WAS FILED.

2    Q.     SIR, PLEASE ANSWER MY QUESTION, NOT THE ONE YOU

3    WANT TO ANSWER.

4              DID YOU SEND ANY -- DID YOU SEND ANY

5    CORRESPONDENCE VIA ELECTRONIC MAIL OR REGULAR MAIL THAT

6    INDICATED THAT YOU NEEDED THOSE ITEMS TO INCLUDE IN YOUR

7    SUMMARY JUDGMENT RESPONSE AND TELLING THEM SPECIFICALLY

8    WITHIN WHAT TIME FRAME IT HAD TO BE SENT TO YOU?

9    A.     THERE WAS DISCUSSION OVER THE PHONE WHERE IT

10   DISCUSSED THAT I NEEDED THEM.  THERE IS NO E-MAIL PRIOR

11   TO THE MOTION TO CONSIDER BEING SUBMITTED.  THAT WAS NOT

12   TO MR. SHARGEL.  AND LET ME LOOK UP MR. JACOVETTI'S BOTH

13   E-MAILS SO I CAN ANSWER THE QUESTION FULLY.  I'M TRYING

14   TO GIVE YOU THE ANSWER.

15   Q.     MR. THOMAS, ARE YOU NOT CONCERNED WHEN YOU TAKE

16   ON A CLIENT THAT YOU WANT TO AVOID MALPRACTICE?

17   A.     SIR, THE MOTION -- THERE IS ACTUALLY AN E-MAIL

18   FROM MR. JACOVETTI REGARDING THE MOTION TO RECONSIDER

19   BACK ON JANUARY 10TH, AND THAT LIKELY RESULTED IN A

20   PHONE CALL WITH MR. JACOVETTI ON THAT MATTER.  IT'S NOT

21   ON THE RECORD, BUT THERE WAS AN E-MAIL FROM HIM

22   REGARDING THAT QUESTION REGARDING THIS.  SO THE ANSWER

23   IS YES, IT WAS DISCUSSED JANUARY 10TH.  THERE WERE PHONE

24   CALLS REGARDING THOSE ISSUES AS WELL THAT I NEEDED THE

25   RECORDINGS.

1    Q.      SIR, YOU KEEP TALKING ABOUT THE MOTION FOR

2    RECONSIDERATION.  I'M ASKING YOU, WAS THERE ANY URGENCY

3    IN ANY CORRESPONDENCE THAT YOU SENT TO YOUR CLIENTS,

4    INCLUDING MY CLIENT, MR. JACOVETTI, WHICH INDICATED THAT

5    THEM -- THAT ALL THREE OF THEM, BY FAILING TO GIVE YOU

6    CERTAIN RECORDINGS, WAS HAMPERING YOUR ABILITY TO FILE A

7    RESPONSE TO SUMMARY JUDGMENT?

8    A.      I RESPONDED TO THAT NUMEROUS TIMES, SAYING THAT

9    THERE WERE PHONE CALLS, BUT THERE IS NO SPECIFIC E-MAIL

10   CORRESPONDENCES ON THAT MATTER.

11   Q.      IF YOU HAD TO MISS THE FILING DATE FOR THE

12   RESPONSE TO SUMMARY JUDGMENT, AND YOU HAD TO TELL YOUR

13   CARRIER ABOUT IT, WOULDN'T YOU WANT TO HAVE A PIECE OF

14   CORRESPONDENCE WHICH WOULD INDICATE THAT YOU INFORMED

15   THEM THAT YOU HAD TO FILE BY A CERTAIN DATE AND IT WAS

16   THEIR FAULT THAT YOU DIDN'T?

17   A.      I WAS WAITING WITH A MOTION TO EXTEND -- MOTION

18   TO EXTEND PENDING.  I WAS WAITING FOR THAT TO BE RULED

19   ON.  AND I WAS WAITING FOR THEIR DOCUMENTS TO COME SO

20   THAT WAY I COULD ACTUALLY SUBMIT THEM AS PART OF OUR

21   RESPONSE, SIR.

22   Q.      WHEN YOU CLASSIFIED THEIR CASE AS A POSITIVE

23   CASE WHEN YOU FIRST TOOK IT, DID YOU KNOW ABOUT THE

24   RECORDINGS?

25   A.      NO.

1    Q.      OKAY.  WELL, IF YOU KNEW THAT IT WAS A POSITIVE

2    CASE, IT WOULD SEEM THAT EVEN UNDER THOSE CIRCUMSTANCES

3    YOU WOULD HAVE HAD ENOUGH AMMUNITION TO RESPOND TO THE

4    MOTION FOR SUMMARY JUDGEMENT, RIGHT?

5    A.      IF WE HAD EVEN STRONGER EVIDENCE, THERE IS NO

6    REASON TO SUBMIT A PARTIAL REPLY, SIR.

7    Q.      DIDN'T YOU BELIEVE THAT LEGALLY IT WAS -- THE

8    COMPLAINT WAS DEFICIENT BECAUSE IT WASN'T AN INDIVIDUAL

9    THAT RECEIVED THE PHONE CALL BUT A BUSINESS?  ISN'T THAT

10   ONE OF THE DEFENSES?

11   A.      CAN YOU REPHRASE THAT QUESTION.  BECAUSE I THINK

12   I KNOW THE ANSWER, BUT I WANT TO MAKE SURE I AM

13   ANSWERING THE QUESTION YOU ARE ASKING.  CAN YOU REPHRASE

14   THAT, PLEASE.

15   Q.      WHAT WERE THE DEFENSES -- LET ME ASK IT THIS

16   WAY.

17           WHAT WERE THE DEFENSES TO THE COMPLAINT

18   THAT YOU WERE GOING TO ASSERT?

19   A.      THEY WERE SPECIFICALLY ENUMERATED IN THE ANSWER

20   THAT WAS SUBMITTED TO THE AMENDED COMPLAINT AND IN THE

21   MOTIONS TO DISMISS.

22   Q.      OKAY.  WASN'T ONE OF THEM THAT IT WAS NOT AN

23   INDIVIDUAL THAT MADE THE PHONE CALL?

24   A.      AGAIN, I DON'T WANT TO MISANSWER THIS QUESTION.

25   CAN I TRY AND CLARIFY --

1    Q.      IT'S A SIMPLE QUESTION, SIR.  WASN'T THAT ONE OF

2    YOUR DEFENSES, THAT IT WAS NOT AN INDIVIDUAL THAT HAD

3    RECEIVED THE PHONE CALL?

4    A.      YOU MEAN THAT THE PHONE NUMBER THAT WAS CALLED

5    IS A BUSINESS NUMBER, THEN THE ANSWER IS YES.

6    Q.      OKAY.  WOULDN'T THAT IN AND OF ITSELF BE A

7    DEFENSE THAT YOU SHOULD HAVE BROUGHT UP AS A GENUINE

8    ISSUE OF MATERIAL FACT IN A RESPONSE TO SUMMARY

9    JUDGMENT?

10   A.      AND IT WAS PLED ALREADY.

11   Q.      I DIDN'T ASK YOU THAT, SIR.  IS THAT NOT AN

12   APPROPRIATE RESPONSE TO A SUMMARY JUDGMENT MOTION AND

13   WOULD THAT NOT HAVE CONSTITUTED A GENERAL ISSUE OF

14   MATERIAL FACT?

15   A.      IT WOULD HAVE BEEN ONE ITEM TO BRING UP AND WAS

16   GOING TO BE BROUGHT UP, YES.

17   Q.      WELL, DO YOU THINK THAT COMPLETELY AVOIDING EVEN

18   USING THAT AS YOUR ONE DEFENSE TO SUMMARY JUDGMENT, DO

19   YOU THINK THAT THAT WAS A GOOD STRATEGIC MOVE?

20   A.      IN RETROSPECT I CAN HONESTLY SAY NO.

21   Q.      OKAY.  BUT YOU KNEW THAT INFORMATION PRIOR TO

22   THE DEADLINE TO FILE YOUR SUMMARY JUDGMENT RESPONSE,

23   DIDN'T YOU?

24   A.      THAT IS WHY WE FILED A MOTION TO EXTEND TIME TO

25   TRY TO GET THOSE RECORDINGS TO INCLUDE THEM AS WELL.

1    Q.       MR. THOMAS, I AM ASKING YOU A SIMPLE YES OR NO

2    QUESTION.  DID YOU NOT KNOW ABOUT THAT VIABLE DEFENSE

3    AND THE CREATION OF A GENUINE ISSUE OF MATERIAL FACT

4    PRIOR TO FILING YOUR MOTION FOR RECONSIDERATION?

5    A.       I'M SAYING IT WAS ALREADY RAISED AS A DEFENSE IN

6    THE ANSWER AND IN THE MOTIONS TO DISMISS, SO THE ANSWER

7    IS YES.

8    Q.       SO IN OTHER WORDS, YOUR ANSWER IS THAT IT WAS

9    NOT NECESSARY TO FILE A RESPONSE TO SUMMARY JUDGMENT

10   MOTION.

11   A.       NOT EVEN REMOTELY MY ANSWER.  THAT'S A COMPLETE

12   MISCHARACTERIZATION OF IT, SIR.

13   Q.       OKAY.  DO YOU REMEMBER FILING IN THE 2020 CASE

14   PLAINTIFFS' MOTION TO REOPEN CASE PURSUANT TO RULE 60(B)

15   AND TO AMEND THE COMPLAINT PURSUANT TO FEDERAL RULE OF

16   CIVIL PROCEDURE 15(A) AND IN OPPOSITION TO THE MOTION

17   FOR SANCTIONS.  DO YOU REMEMBER FILING THAT?

18   A.       YES.

19   Q.       AND DO YOU REMEMBER SPECIFICALLY IN THAT FILING,

20   PARAGRAPH NUMBER 12, YOU INDICATED SPECIFICALLY MY

21   REMOVING THE PARTIES THAT THE PRIOR JUDGMENT WAS ENTERED

22   AGAINST AND ONLY PROCEEDING WITH THE PARTIES THAT HAVE

23   CLAIMS AGAINST DEFENDANTS?  DO YOU REMEMBER ASSERTING

24   THAT?

25   A.       HONESTLY, I DON'T.  I'M LOOKING AT THE DOCKET

 1     WHERE IT IS SUBMITTED, BUT IF YOU'RE STATING IT IS IN

 2     THE ACTUAL PLEADING, I'LL AGREE THAT IT'S LIKELY IN THE

 3     PLEADING.

 4     Q.     I HAVE TIME.  WHY DON'T YOU TAKE A LOOK AT IT

 5     AND JUST CONFIRM THAT WHAT I JUST READ IS AN ACCURATE

 6     DEPICTION OF WHAT YOU PRESENTED TO THE COURT.

 7     A.     ARE YOU TALKING ABOUT THE DOCUMENT FILED ON

 8     MARCH 12TH?

 9     Q.     TALKING ABOUT THE DOCUMENT FILED MARCH 6TH OF

10     '20.

11     A.     YES.

12     Q.     LOOK AT PARAGRAPH 12.

13     A.     HOLD ON.  I'M WORKING ON IT.  AS SUCH PLAINTIFF

14     REQUESTS THAT THE COMPLAINT BE AMENDED PURSUANT TO FRCP

15     15(A)(2), WHICH STATES A PARTY MAY AMEND ITS PLEADING

16     ONLY WHEN THE APPELLATE -- I'M SORRY.  THAT'S

17     PARAGRAPH 11.

18                     PARAGRAPH 12:  THE AMENDED COMPLAINT WILL

19     RESPOND TO ALL ALLEGED ISSUES -- BY REMOVING THE PARTIES

20     THAT THE PRIOR JUDGMENT WAS ENTERED --

21                     COURT REPORTER:  PLEASE REPEAT THAT.

22                     MR. THOMAS:  SURE.  SORRY.

23                     THE AMENDED COMPLAINT -- YOU KNOW WHAT?

24     I'LL JUST ANSWER WITH YES, THAT IS WHAT IT SAYS.

25     Q.     OKAY.  AND WHEN YOU INDICATED A PRIOR JUDGMENT,

1    YOU WERE REFERRING SPECIFICALLY TO THE JUDGMENT IN THE

2    2018 ACTION, WERE YOU NOT?

3    A.      CORRECT.

4    Q.      OKAY.  AND WHEN WAS THAT JUDGMENT?

5    A.      WHICH JUDGMENT ARE YOU REFERRING TO?

6    Q.      THE JUDGMENT IN THE 2018 CASE, THAT IS THE

7    SISTER CASE OF MR. JACOVETTI'S ACTION.

8    A.      WHICH JUDGMENT ARE YOU REFERRING TO?

9    Q.      THE JUDGMENT THAT HAS RESULTED IN A $54,000

10   OBLIGATION TO MR. YASHAYEV AND MR. SHARGEL.

11   A.      DECEMBER 11TH.

12   Q.      OKAY.  AND THAT WAS PRIOR TO FILING THE

13   COMPLAINT IN THE JACOVETTI ACTION, WASN'T IT?

14   A.      WE STILL FILED FOR A MOTION FOR RECONSIDERATION

15   AS WELL.  AND IF THE MOTION FOR RECONSIDERATION HAD BEEN

16   GRANTED, THEN THE ORDER ACTUALLY WOULD HAVE BEEN VACATED

17   OR AT LEAST OVERTURNED.

18   Q.      SIR, IN PARAGRAPH 12 OF YOUR SUBMISSION ON MARCH

19   6TH, WERE YOU NOT REFERRING TO THE FATAL DEFECT WITH

20   REGARD TO THE COMPLAINT, HAD TO DO WITH RES JUDICATA

21   INVOLVING MR. YASHAYEV AND MR. SHARGEL?

22   A.      REPEAT THE QUESTION.

23   Q.      WHAT WAS THE DEFECT THAT YOU WERE REMOVING THAT

24   YOU REFERRED TO IN PARAGRAPH 12 OF YOUR 3/6 SUBMISSION?

25   A.      AS YOU'VE STATED, IT WAS REMOVING MR. YASHAYEV

1    AND MR. SHARGEL.

2    Q.      AND WOULDN'T THAT BE BECAUSE IT WAS SUBJECT TO

3    RES JUDICATA?

4    A.      IT WAS BECAUSE THE MOTION FOR CONSIDERATION OF

5    THE SUMMARY JUDGMENT BEING GRANTED WAS ULTIMATELY

6    DENIED.  THAT IS WHY WE ULTIMATELY REMOVED THEM FROM THE

7    CASE, SIR.

8    Q.      ANSWER MY QUESTION, YES OR NO.  THE DEFECT THAT

9    YOU ARE ADDRESSING IN YOUR PARAGRAPH 12 WAS RES

10   JUDICATA, WAS IT NOT?

11   A.      THAT IS NOT --

12   Q.      YES OR NO?

13   A.      THAT IS NOT WHAT IT SAYS, SIR.

14   Q.      OKAY.  THE DEFECT THAT YOU REFERRED TO IN

15   PARAGRAPH 12, LET ME ASK IT THIS WAY, DIDN'T THAT DEFECT

16   ALSO EXIST WHEN YOU FILED THE COMPLAINT IN JANUARY OF

17   2020?

18   A.      ONCE AGAIN IT WAS FILED TO INCLUDE ALL THE

19   PARTIES, AND THEN ONCE THE MOTION FOR RECONSIDERATION

20   WHICH WAS DENIED ON JANUARY 29TH, THEN WE FILED TO AMEND

21   THE MOTION, TO AMEND THE COMPLAINT.

22   Q.      SO AT THE TIME YOU FILED THE COMPLAINT IN THE

23   JACOVETTI ACTION YOU DID NOT HAVE CONCERN THAT THE

24   MOTION WAS GOING TO BE -- THE MOTION TO RECONSIDER WAS

25   GOING TO BE DENIED AND THEREFORE YOU WOULD HAVE TWO

1    DEFECTIVE PLAINTIFFS IN YOUR ACTION?

2    A.      NO, OR ELSE YOU WOULD NOT HAVE INCLUDED THEM IN

3    THE ACTION.

4    Q.      SIR, YOU INDICATED THAT YOU HAD SENT -- STRIKE

5    THAT.

6            WOULD YOU AGREE WITH ME THAT THE MARCH

7    27, 2020 ORDER FROM JUDGE WOLSON REQUIRED YOU TO SHOW MY

8    CLIENT, MR. SHARGEL, AND MR. YASHAYEV THREE THINGS:

9    NUMBER ONE, THE ORDER; NUMBER TWO, THE MEMORANDUM; AND

10   NUMBER THREE, THE TRANSCRIPT, CORRECT?

11   A.      THAT IS WHAT WAS SUBMITTED IN THE ORDER, YES.

12   Q.      AND YOUR TESTIMONY TODAY OUT OF THE BLUE NOW

13   INDICATES THAT YOU DID IN FACT SEND IT TO ALL THREE OF

14   THOSE INDIVIDUALS, CORRECT?

15   A.      OUT OF THE BLUE, SIR.  IT WAS ALREADY ON THE

16   RECORD MONTHS AGO.

17   Q.      DID YOU HAVE ANY -- DID YOU SEND ANY

18   CORRESPONDENCE TO THEM TO CONFIRM THEIR RECEIPT OF

19   THAT -- THOSE ITEMS?

20   A.      WE LITERALLY HAD A CALL IMMEDIATELY AFTER THAT.

21   Q.      OKAY.  WERE YOU AWARE -- FIRST OF ALL, DID YOU

22   DRAFT THE CERTIFICATION?

23   A.      YES.

24   Q.      OKAY.  AND WERE YOU AWARE IN THE JUDGE'S ORDER

25   THAT YOU WERE SPECIFICALLY SUPPOSED TO ATTEST THAT YOU

1    HAD NOT ONLY SHOWED, NOT ONLY SENT, BUT WENT OVER THE

2    THREE ITEMS THAT I JUST REFERRED TO, THAT THAT WAS A

3    REQUIREMENT THAT YOU REPRESENT IN THE CERTIFICATION,

4    CORRECT?

5    A.       THAT WAS THE POINT OF THE PHONE CALL, TO DISCUSS

6    IT AFTER IT WAS SENT, SIR.

7    Q.       WELL, SIR, LET ME ASK -- I'M GOING TO READ FROM

8    THE JUDGE'S ORDER:  HE, MEANING YOU, MUST FIRST SUBMIT

9    TO THE COURT A STATEMENT IN WRITING SIGNED BY EACH

10   CLIENT THAT INTENDS TO CONTINUE TO EMPLOY HIM AS COUNSEL

11   STATING THAT THE CLIENT HAS RECEIVED A COPY OF THIS

12   ORDER, THE ACCOMPANYING MEMORANDUM, AND THE TRANSCRIPT,

13   AND HAS DISCUSSED THEM WITH THOMAS AND WANTS TO CONTINUE

14   TO EMPLOY THOMAS AS COUNSEL IN THIS CASE.

15              WHERE IN THE CERTIFICATION DOES IT

16   CONFIRM THAT THAT OCCURRED, SPECIFICALLY WITH REGARD TO

17   THE RECEIPT, AND ALSO WITH REGARD TO THE FACT THAT YOU

18   DISCUSSED IT?

19   A.       THEY RECEIVED IT BECAUSE IT SAYS IN THE

20   CERTIFICATION I RECEIVED THE DOCUMENTS AND WE DISCUSSED

21   IT THE DAY AFTER IT WAS SENT AND YOUR CLIENTS HAVE

22   CONFIRMED THAT THEY RECEIVED AND DISCUSSED IT THE DAY

23   AFTER IT WAS SENT.

24   Q.       SO WHERE IN THE CERTIFICATION DOES IT SAY THAT

25   THEY ADMITTED THAT THEY RECEIVED IT?

1    A.      DO YOU HAVE THE CERTIFICATION IN FRONT OF YOU?

2    Q.      I DO.   THE ONLY THING THAT I SEE IS IT SAYS WE

3    HAVE REVIEWED.   IT DOES NOT SAY ANYTHING ABOUT WHAT THEY

4    RECEIVED OR WHAT YOU DISCUSSED.   SHOW ME IN THE

5    CERTIFICATION WHERE IT INDICATES THAT THOSE TWO BOXES

6    WERE CHECKED.

7    A.      THEY COULD NOT HAVE REVIEWED THE DOCUMENTS

8    WITHOUT RECEIVING THEM, SIR.   IT DOES NOT SAY WE

9    DISCUSSED THE MATTER.   IT DOES NOT SAY -- IT SAYS THAT

10   WE REVIEWED THEM AND THEY SIGNED IT.   THAT IS WHEN IT

11   WAS SUBMITTED, AFTER THE CALL OCCURRED.   I E-MAILED IT

12   TO THEM AND THEN WE HAD THE CALL THE NEXT DAY.

13   Q.      SIR, IS IT YOUR TESTIMONY THAT THE CERTIFICATION

14   THAT HAS BEEN SUBMITTED TO THE COURT THAT THAT IS IN

15   COMPLIANCE WITH PARAGRAPH NUMBER 5 OF THIS COURT'S

16   ORDER?

17   A.      YES.

18   Q.      YOU INDICATED FOR THE FIRST TIME IN YOUR

19   TESTIMONY THAT POST-JUDGMENT DISCOVERY WAS DISCUSSED

20   WITH BOTH MR. SHARGEL AND MR. YASHAYEV ALONG WITH MY

21   CLIENT.   IS THAT THE WAY THINGS HAPPENED?

22   A.      YES.   IN FACT, MR. JACOVETTI EXPLAINED TO THEM,

23   I THINK, ON THE SECOND OR THIRD TIME THAT WE HAD THAT

24   CALL, THAT POST-JUDGMENT DISCOVERY, EXACTLY WHAT IT IS,

25   AND WE ACTUALLY DISCUSSED THE ISSUE OF THE BOND AS WELL.

1 Q.  I DON'T RECALL ANY TESTIMONY FROM EITHER

2 MR. SHARGEL OR MR. YASHAYEV WHICH INDICATED THAT SUCH A

3 PHONE CALL OCCURRED.  WHY DID YOU NOT CROSS EXAMINE THEM

4 ON THAT?

5 A.  ACTUALLY, THEY DID STATE THAT IT OCCURRED.  THEY

6 STATED IT OCCURRED IN JULY.  THEY STATED THAT IS WHEN IT

7 OCCURRED.  AND THEY EVEN ADMITTED THAT THAT IS WHEN THE

8 BOND WAS DISCUSSED, AND THEY ADMITTED THAT THERE WAS AN

9 E-MAIL THEY RECEIVED IN APRIL REGARDING POTENTIALLY

10 TRYING TO STAY THE DISCOVERY AS WELL.  SO THEY ADMITTED

11 THAT THE CALL ACTUALLY OCCURRED IN JULY ON THAT ISSUE.

12 Q.  WAS MR. JACOVETTI ON THE LINE?

13 A.  FRANKLY, I THINK HE ACTUALLY INITIATED THE CALL.

14 Q.  IF THIS WAS A -- IF THIS WAS A CALL ALLEGEDLY

15 ABOUT A JUDGMENT THAT MR. JACOVETTI WAS NO LONGER A PART

16 OF THE ACTION, WHY WOULD HE BE ON THE CALL?

17 A.  BECAUSE HE WAS ON THE CALL ALMOST EVERY SINGLE

18 TIME WE ALL SPOKE.  AS MR. SHARGEL STATED, THEY SPOKE A

19 LOT.  AND HE, MR. JACOVETTI, USUALLY SET UP THE

20 THREE-WAY CALL.  HE WOULD CALL ME FIRST, WE WOULD TALK,

21 AND THEN HE WOULD USUALLY SET UP A THREE-WAY CALL AFTER

22 THAT.  THAT IS ALMOST ALWAYS HOW THE CONVERSATIONS

23 OCCURRED.

24 Q.  IS IT YOUR TESTIMONY THAT MR. JACOVETTI --

25 STRIKE THAT.

1          MR. REO:  NO MORE QUESTIONS, YOUR HONOR.

2          THE COURT:  I HAVE A FEW QUESTIONS, AND

3    THEN I WANT TO WRAP UP.

4    BY THE COURT:

5    Q.     MR. THOMAS, WHEN DID YOU LEARN ABOUT THE

6    RECORDINGS THAT FORM THE BASIS OF THE -- I GUESS, THE

7    COMPLAINT IN THE RICO ACTION AND ALSO THEN AT SOME POINT

8    THE RECONSIDERATION MOTION?

9    A.     IT WAS AROUND CHRISTMAS.  HONESTLY IT'S AROUND

10   LATE DECEMBER, EARLY JANUARY, THEY SAID THEY MIGHT

11   EXIST.  AND THEN MR. -- I BELIEVE IT WAS MR. SHARGEL

12   ACTUALLY TOLD ME SEVERAL OF THE FACTS, WHICH IS WHAT I

13   PUT INTO THE JANUARY 27TH MOTION, BUT HE DID NOT

14   ACTUALLY SEND ME THOSE RECORDINGS UNTIL JANUARY 30TH.

15   Q.     SO THERE ARE A COUPLE OF THINGS I WANT TO FOLLOW

16   UP ON THERE.  YOU SAID YOU LEARNED ABOUT THEM -- AND I

17   UNDERSTAND LIKE MEMORIES GET FUZZY, SO LATE DECEMBER,

18   JANUARY TIME FRAME.  I THINK YOU TESTIFIED EARLIER THAT

19   THE REASON YOU WERE SEEKING THE EXTENSION FOR SUMMARY

20   JUDGMENT WAS SO THAT YOU COULD GET THAT INFORMATION IN

21   FRONT OF ME.  RIGHT?  IS THAT WHAT YOU'RE SAYING?

22   A.     SO THAT WAS ACTUALLY I BELIEVE THE SECOND TIME.

23   SO AFTER -- IT WAS AFTER -- I CAN ACTUALLY NARROW IT

24   DOWN A LITTLE TIGHTER.  IT WAS ACTUALLY AFTER YOU DENIED

25   THE ORIGINAL MOTION FOR SUMMARY JUDGEMENT.  AND THEN

1    WHEN I INFORMED THEM THAT THE ORIGINAL ONE HAD BEEN

2    DENIED, IT WAS AFTER THAT TIME.  SO I DON'T KNOW IF IT

3    WAS DECEMBER --

4    Q.      WHEN YOU SAY I DENIED IT, YOU MEAN WHEN I STRUCK

5    IT?

6    A.      CORRECT.

7    Q.      I STRUCK IT IN EARLY OCTOBER.

8    A.      CORRECT.

9    Q.      AND MR. REO FILED THE SAME DAY.  HE FILED HIS

10   AMENDED MOTION.  YOU FILED YOUR MOTION FOR AN EXTENSION

11   OCTOBER 22ND.

12   A.      CORRECT.

13   Q.      SO YOU DIDN'T KNOW ABOUT THE RECORDINGS AT THAT

14   POINT.

15   A.      HONESTLY, I THINK I DID, TO BE HONEST, BUT LET

16   ME DOUBLE-CHECK.  LET ME SEE WHAT THE BASIS WAS.

17   Q.      THE BASIS WAS VERY SHORT.  IT SIMPLY SAID YOU

18   NEEDED MORE TIME AND THAT YOU WERE GOING TO -- IN TWO

19   WEEKS YOU WOULD BE ABLE TO RESPOND.  THAT WAS ALL THE

20   TIME YOU NEEDED.  IT WAS THE SAME LETTER YOU HAD

21   SUBMITTED TO ME ONCE BEFORE.

22   A.      RIGHT.  I DON'T REMEMBER IF THAT WAS THE REASON

23   FOR THE EXTENSION AT THAT TIME, YOUR HONOR.  I SEEM TO

24   REMEMBER IT WAS AROUND THE CHRISTMASTIME ERA THAT WE

25   ACTUALLY NEEDED IT, BUT I DON'T REMEMBER IF THAT WAS THE

1   TIME.  IT MIGHT HAVE BEEN EARLIER THAN THAT.

2   Q.      IN FACT, I RULED ON SUMMARY JUDGMENT IN EARLY TO

3   MID DECEMBER, LIKE THE 11TH, ISN'T THAT RIGHT?

4   A.      CORRECT.

5   Q.      SO YOU STILL BY THAT POINT DIDN'T KNOW ABOUT THE

6   RECORDINGS, RIGHT?

7   A.      AGAIN, I DON'T REMEMBER THE EXACT TIME.  I

8   THOUGHT IT WAS AROUND THAT TIME, BUT IT MIGHT HAVE BEEN

9   AFTER.  I BELIEVE THAT MAY BE CORRECT.

10  Q.      HELP ME OUT HERE BECAUSE THE MOTION FOR

11  RECONSIDERATION YOU FILED, THE FIRST ONE, IT DOES NOT

12  MENTION THE RECORDINGS, RIGHT?

13  A.      WELL, IT DOES, ACTUALLY.  IT'S JANUARY 27TH.

14  IT'S THREE DAYS BEFORE THE RECORDINGS.  SO IT ACTUALLY

15  DOES MENTION THEM.  I BELIEVE IT DOES, YOUR HONOR.

16  Q.      I HAVE TO TELL YOU -- I MEAN, I HAVE NOT

17  REFRESHED MYSELF REAL RECENTLY ON IT.  I DON'T REMEMBER

18  IT BEING IN THERE.

19  A.      LET ME DOUBLE-CHECK.

20  Q.      I GUESS MY SORT OF -- IN FACT, I DON'T EVEN

21  REMEMBER IT BEING BASED ON NEW EVIDENCE.  WHAT IT WAS

22  FROM MY PERSPECTIVE, MR. THOMAS, AND TELL ME IF YOU

23  THINK THIS IS WRONG, IT WAS YOUR ATTEMPT TO ARGUE WHAT

24  YOU WOULD HAVE ARGUED IN YOUR OPPOSITION TO SUMMARY

25  JUDGMENT.

1    A.        IT WAS CERTAINLY THAT IN PART.  I'M NOT DENYING

2    THAT, THAT THAT WAS CERTAINLY WHAT IT WAS IN PART, YES.

3                   I AM LOOKING TO TRY AND SEE IF IT WAS --

4    THE SPECIFIC REFERENCE, BUT I WILL LET --

5    Q.        I WILL TELL YOU I JUST CALLED IT UP.  I RAN A

6    SEARCH FOR THE WORD "RECORDING" AND NOTHING IS IN THERE.

7    IT DOES NOT COME UP AT ALL.

8    A.        I DON'T SEE IT.

9    Q.        OKAY.

10   A.        I BELIEVE THAT -- I MIGHT BE THINKING OF A LATER

11   PLEADING THEN, BUT I KNOW THEY WERE MENTIONED IN A

12   PLEADING VERY SOON AFTER THAT.

13   Q.        OKAY.

14   A.        IT MIGHT HAVE ACTUALLY BEEN THE OPPOSITION TO

15   THE MOTION FOR JUDGMENT IN THE OTHER CASE, BUT OKAY.

16   Q.        YOU DID NOT FILE AN OPPOSITION TO THE MOTION FOR

17   JUDGMENT IN THE OTHER CASE, WHICH IS WHY I GRANTED IT,

18   RIGHT?

19   A.        AGAIN, I KNOW THAT IT WAS -- AT SOME POINT VERY

20   SOON AFTER THAT WE ACTUALLY SUBMITTED DOCUMENTS

21   REGARDING THOSE RECORDINGS.  I DON'T REMEMBER EXACTLY

22   WHEN IT WAS.  I CAN GO BACK AND REVIEW THEM, BUT I KNOW

23   THEY WERE SUBMITTED.

24   Q.        OKAY.

25                   IN THE SHELTON MATTER, ONE OF THE ISSUES

1     RAISED IN THE SUMMARY JUDGMENT MOTION WAS THAT YOU DID

2     NOT RESPOND TO THE DISCOVERY REQUESTS THAT WERE SERVED

3     IN THAT CASE, IS THAT RIGHT?

4     A.      IT WAS AN ISSUE RAISED, YES.

5     Q.      DID YOU RESPOND TO DISCOVERY REQUESTS IN THAT

6     CASE?  I'VE NEVER SEEN YOU COME BACK TO ME AND SAY I

7     FILED OBJECTIONS OR RESPONSES TO THE DISCOVERY REQUESTS

8     THAT WERE SERVED IN THAT CASE.

9     A.      I WOULD HAVE TO LOOK, TO BE HONEST.  I KNOW THAT

10    I DISCUSSED THE DISCOVERY WITH MY CLIENTS, BUT MY MEMORY

11    IS STARTING TO GET A TAD MIXED WITH THE OTHER DISCOVERY

12    REQUESTS.  I DON'T WANT TO MISSTATE ANYTHING.  BUT I

13    BELIEVE THERE IS ACTUALLY DISCOVERY REQUESTS THAT THERE

14    WERE SOME RESPONSES.  AGAIN, I DON'T WANT TO

15    SPECIFICALLY MISSTATE ANYTHING.

16                    THE COURT:  THAT IS ALL I HAVE.

17                    SO HERE IS WHAT I WANT TO DO.  I'M GOING

18    TO TAKE ABOUT TEN MINUTES, SO I WANT EVERYBODY BACK AT

19    3:55.  I'M GOING TO DO -- I WILL MAKE A COUPLE FACTUAL

20    FINDINGS.  I WANT TO MULL OVER MY NOTES A LITTLE BIT,

21    AND THEN WE CAN TALK IF IT IS APPROPRIATE AT THAT POINT

22    ABOUT WHAT, IF ANY, REMEDIES ARE STILL AT PLAY GIVEN

23    WHAT I HAVE SAID ABOUT THE MALPRACTICE ISSUE.  SO LET'S

24    GO OFF THE RECORD AND WE WILL TAKE TEN MINUTES.

25                    (BREAK TAKEN.)

1          THE COURT:  SO LET'S GO BACK ON THE

2     RECORD.  OKAY.  I HAVE LISTENED CAREFULLY TO THE

3     TESTIMONY TODAY, AND I'M OBVIOUSLY FAMILIAR WITH BOTH OF

4     THESE CASES.  I'VE SPENT A FAIR AMOUNT OF TIME INVESTED

5     IN THEM AND MANAGING THEM.  SO LET ME MAKE SOME FINDINGS

6     FIRST, SOME FACTUAL FINDINGS.

7          LET ME START WITH THIS.  IT'S MY

8     CONCLUSION THAT MR. THOMAS IS NOT CREDIBLE ON MUCH OF

9     HIS TESTIMONY.  IN PARTICULAR, I FIND THAT HE LIED TO ME

10    UNDER OATH WITH RESPECT TO THE ISSUE OF WHY HE SOUGHT

11    THE EXTENSION FOR THE SUMMARY JUDGMENT MOTION.  HE SAID,

12    IN WHAT I HEARD TO BE NO UNCERTAIN TERMS, THAT HE SOUGHT

13    THE EXTENSION IN ORDER TO PRESENT THE RECORDINGS TO ME.

14    HE DIDN'T KNOW ABOUT THE RECORDINGS AT THE TIME IN

15    OCTOBER.  HE DIDN'T KNOW ABOUT THEM FOR SEVERAL MONTHS

16    THEREAFTER.  AND IN ADDITION TO THE FACT THAT I DON'T

17    BELIEVE HIS BACKTRACKING WHEN HE IS CONFRONTED WITH THAT

18    ON THE RECORD, I'D ALSO NOTE THAT WHEN HE SUBMITTED TO

19    ME THE WRITTEN REQUESTS FOR EXTENSIONS, THEY MADE NO

20    MENTION OF NEWLY ACQUIRED OR NEW INCOMING EVIDENCE.  AND

21    THE HISTORY ON TOP OF THAT IS THAT THE MOTION FOR AN

22    EXTENSION WAS FILED IN LATE OCTOBER.  THERE WERE ABOUT

23    SIX OR SEVEN WEEKS THAT PASSED BETWEEN THE DENIAL OF

24    THAT REQUEST AND OUR RULING ON SUMMARY JUDGMENT, IN PART

25    BECAUSE THE LOCAL RULES DO NOT PERMIT A GRANT OF SUMMARY

1    JUDGMENT AS UNOPPOSED.  YOU CAN TREAT THE FACTS AS

2    ADMITTED, BUT WE WENT THROUGH AND DID THE ANALYSIS TO

3    FIGURE OUT WHETHER THOSE ADMITTED FACTS JUSTIFIED A

4    GRANT OF SUMMARY JUDGMENT.  I TAKE THE SILENCE IN THE

5    EXTENSION REQUESTS AND THE SILENCE DURING THAT SIX OR

6    SEVEN WEEK TIME PERIOD AS CONFIRMATION OF THE FACT THAT

7    THE RECORDINGS WERE NOT SOMETHING THAT MR. THOMAS HAD OR

8    WAS LOOKING TO GET.  I SEE NO EVIDENCE IN THE RECORD IN

9    ADDITION OF ANY EFFORT TO GATHER THAT INFORMATION IN

10   THAT TIME FRAME.

11                 I'M TROUBLED BY THE FACT THAT I THINK

12   THAT -- I'M TROUBLED ABOUT THE FACT THAT I'M FINDING

13   THAT MR. THOMAS LIED UNDER OATH.  IT'S NOT THE FIRST

14   TIME IT HAS HAPPENED.  I FOUND THAT HE HAD LIED TO ME

15   WHILE UNDER OATH BACK IN MARCH DURING THE SANCTIONS

16   HEARING AS WELL, WITH REGARD TO HIS EFFORTS TO OBTAIN

17   THE INFORMATION NECESSARY TO FILE APPROPRIATE DISCLOSURE

18   STATEMENT IN THE JACOVETTI LAW CASE.  SO THAT OBVIOUSLY

19   HAS AN IMPACT ON HOW I VIEW THE EVIDENCE THAT I HAVE

20   HEARD TODAY.

21                 BEYOND THAT, I HAVE SEVERAL FINDINGS TO

22   MAKE.  I FIND THAT MR. THOMAS DID NOT COMMUNICATE THE

23   SUMMARY JUDGMENT AWARD TO HIS CLIENTS, THAT BEING

24   MR. YASHAYEV AND MR. SHARGEL, AND I GUESS BY EXTENSION

25   FCS CAPITAL, OF WHICH THEY ARE THE TWO PRINCIPALS, IN A

1    TIMELY WAY.  THE ORDER WAS ENTERED IN DECEMBER.  IT'S

2    NOT ENTIRELY CLEAR TO ME FROM THE RECORD THE POINT AT

3    WHICH MR. THOMAS TOLD HIS CLIENTS ABOUT IT.  I DO CREDIT

4    MR. SHARGEL'S TESTIMONY THAT HE LEARNED THERE WAS A

5    JUDGMENT AGAINST HIM IN AUGUST WHEN HE WAS DOING A

6    CREDIT SEARCH TO BUY A NEW CAR.  WHETHER THERE WAS SOME

7    MORE OBLIQUE REFERENCE TO SOMETHING THAT WAS ULTIMATELY

8    -- THAT REALLY WAS A JUDGMENT SOMETIME EARLIER IN THE

9    SUMMER, CERTAINLY THERE IS CONFIRMATION THAT THERE WERE

10   REQUESTS FOR DISCOVERY IN AID OF EXECUTION A COUPLE OF

11   WEEKS EARLIER IN LATE JULY.  THERE MAY HAVE BEEN AN

12   EARLIER POINT AT WHICH THERE WAS SOME REFERENCE TO

13   DISCOVERY IN AID OF EXECUTION AS WELL.  IT'S POSSIBLE.

14   EITHER WAY, IT WAS A BELATED DISCLOSURE TO THE CLIENTS.

15   IT WAS MONTHS AND MONTHS AFTER THAT JUDGMENT HAD BEEN

16   ENTERED AGAINST THEM, AFTER THE OBLIGATION THAT THE

17   JUDGMENT ENTAILED KICKED IN AGAINST THEM.

18               AND I THINK PART OF WHAT IS IMPORTANT

19   HERE TOO IS THAT AN OBLIGATION, AN ATTORNEY'S OBLIGATION

20   IS NOT SIMPLY TO USE LEGAL TERMINOLOGY AND TO SAY

21   SOMETHING LIKE SUMMARY JUDGMENT WAS GRANTED, BUT TO

22   EXPLAIN TO THE CLIENTS WHAT THE IMPORT OF THE COURT'S

23   ACTION IS AND TO ADVISE THEM ON HOW TO ADDRESS THAT,

24   WHETHER IT IS TO MITIGATE THE SIGNIFICANCE OF IT OR

25   SIMPLY TO OWN UP TO IT.  THERE ARE OBVIOUSLY VARIOUS

1      STRATEGIC CHOICES THAT CAN BE MADE, BUT I THINK THAT IS

2      PART OF AN ATTORNEY'S OBLIGATION, AND I THINK THAT

3      MR. THOMAS FELL WELL SHORT OF THAT HERE IN DEALING WITH

4      THE DISCLOSURES TO CLIENTS ABOUT THE SUMMARY JUDGMENT

5      AWARD.

6                     I ALSO FIND THAT MR. THOMAS DID NOT TELL

7      MR. SHARGEL AND MR. YASHAYEV THAT THEY WERE PLAINTIFFS

8      IN THE JACOVETTI CASE.  I DO FIND THAT THERE WAS ENOUGH

9      INFORMATION IN FRONT OF MR. JACOVETTI THAT MR. THOMAS

10     MIGHT HAVE THOUGHT THAT MR. JACOVETTI WAS ACCEPTING THE

11     IDEA THAT MR. SHELTON AND MR. YASHAYEV WERE GOING TO BE

12     PLAINTIFFS.  I DO THINK -- I CREDIT WHAT MR. JACOVETTI

13     HAS TESTIFIED TO, THAT HE TOLD MR. THOMAS ORALLY NOT TO

14     INCLUDE THEM.  THERE DO SEEM TO HAVE BEEN WRITINGS IN

15     WHICH THEY WERE INCLUDED AND WHICH HE SAID OKAY.  THE

16     TIME LINE IS NOT ENTIRELY CLEAR TO ME.  I DON'T KNOW

17     THAT IT MATTERS THAT MUCH BECAUSE I HAVE NOT SEEN

18     ANYTHING IN THE RECORD THAT WOULD HAVE ABSOLVED

19     MR. THOMAS OF THE OBLIGATION TO GET SOME SORT OF

20     AUTHORIZATION FROM MR. SHARGEL AND MR. YASHAYEV TO BE

21     PLAINTIFFS IN THAT ACTION AND NOT JUST TO TALK TO

22     MR. JACOVETTI ABOUT IT.  I RECOGNIZE THEY MAY HAVE A

23     CLOSE RELATIONSHIP, THEY MAY BE FRIENDS, THEY MAY BE

24     BUSINESS ASSOCIATES OF SOME KIND, BUT MR. THOMAS ALSO

25     WAS IN A POSITION TO KNOW THAT THEY WERE NOT ALL THE

1    SAME AND THE SAME ENTITY, AND IN FACT MUCH EARLIER IN

2    THE ORIGINAL SHELTON VERSUS FCS CASE MR. THOMAS OBTAINED

3    A DISMISSAL OF MR. JACOVETTI AND JACOVETTI LAW, BUT NOT

4    OF FCS, SHARGEL AND YASHAYEV, WHICH REINFORCES THE IDEA

5    THAT THEY ARE SEPARATE.  AND SO I THINK MR. THOMAS FELL

6    SHORT THERE AS WELL IN HIS OBLIGATION TO GET

7    CONFIRMATION FROM HIS CLIENTS THAT THEY INTENDED TO

8    PARTICIPATE IN A LAWSUIT THAT HE WAS FILING ON THEIR

9    BEHALF.

10             I FIND THAT MR. THOMAS'S COMPLIANCE WITH

11   MY SANCTIONS ORDER IN THE JACOVETTI LAW CASE WAS DODGY

12   AT BEST.  YOU KNOW, THERE WERE VARIOUS PROBLEMS WITH IT.

13   WE LOOKED AT THE E-MAIL THAT MR. THOMAS POINTED ME TO,

14   WHICH I BELIEVE IS -- IT WAS DOCUMENT 43, AND THEN IT

15   WAS EXHIBIT, I GUESS, C TO DOCUMENT 43, WHICH IS PAGE 11

16   OF THE ECF DOCUMENT.  THAT E-MAIL IS NOT A CLEAR

17   DISCLOSURE TO ME OF THE INFORMATION TO THE CLIENTS.

18   FIRST OF ALL, IT SAYS SHELTON MATTER INFORMATION.  FROM

19   MR. SHARGEL AND YASHAYEV'S POINT OF VIEW THAT CERTAINLY

20   WOULD HAVE IMPLIED THE SHELTON VERSUS FCS MATTER AND NOT

21   THE JACOVETTI LAW MATTER.  AND ALL IT SAYS IS:  PLEASE

22   SEE THE ATTACHED DOCUMENTS REGARDING YOUR CASE.  THAT IS

23   NOT A TERRIBLY FULSOME DISCLOSURE.  IT SORT OF PUTS THE

24   BALL IN THE CLIENTS' COURT TO READ THE INFORMATION THAT

25   IS THERE, AND PARTICULARLY IN THE CASE OF MR. SHARGEL

1    AND MR. YASHAYEV, THEY ARE NOT LAWYERS.  THEY ARE, I

2    THINK, NOT LIKELY TO PAY ATTENTION TO, FOR EXAMPLE, THE

3    CAPTION ON SOMETHING THAT THEY GET THAT'S A LEGAL

4    DOCUMENT.  THEY ARE FRANKLY UNLIKELY TO SIT DOWN ON

5    THEIR OWN AND JUST READ A TRANSCRIPT JUST BECAUSE

6    MR. THOMAS HAS SAID HERE IS SOME INFORMATION FROM YOUR

7    CASE, WITHOUT ANY CONTEXT FOR THE FACT THAT IT IS

8    ARISING OUT OF A SANCTIONS ORDER OR ANYTHING ELSE.  AND

9    EVEN THE FILE NAMES THEMSELVES, THEY TALK ABOUT AN

10   ORDER, THEY TALK ABOUT A MEMO, THEY TALK ABOUT A NEW

11   ORDER, IT TALKS ABOUT A FINAL PDF FULL, WHICH TO A

12   LAWYER MIGHT TELL YOU IT'S THE FULL SIZE TRANSCRIPT.  IT

13   DOES NOT TELL YOU THAT, I THINK, IF YOU ARE NOT A

14   LAWYER.  ON ITS OWN, THAT MIGHT GIVE ME A LITTLE BIT OF

15   PAUSE, BUT I MIGHT OVERLOOK IT AS THE KIND OF THING THAT

16   JUST GOT OVERLOOKED IN THE HUSTLE AND BUSTLE OF DAILY

17   LIFE, THAT MR. THOMAS WAS TRYING TO GET IT OUT THE DOOR.

18              THE PROBLEM IS, IT'S NOT THE ONLY PROBLEM

19   THAT I HAD WITH THE COMPLIANCE WITH MY SANCTIONS ORDER.

20   THE COMPLIANCE WAS BESET WITH PROBLEMS.  THERE WAS A

21   REPRESENTATION THAT PAYMENT WAS MADE.  THE CLERK'S

22   OFFICE HAS TOLD ME THEY NEVER RECEIVED THE INITIAL

23   PAYMENT.  MR. THOMAS SENT THE INFORMATION TO BAR

24   ASSOCIATIONS INSTEAD OF DISCIPLINARY BOARDS.  WHEN HE

25   SENT THE INFORMATION TO JUDGE HILLMAN IN THE CASE IN NEW

1      JERSEY, HE DID SO IN A WAY THAT FROM MY PERSPECTIVE

2      OBSCURED THE SIGNIFICANCE OF THE INFORMATION.   I

3      UNDERSTAND SAVING TREES BY PUTTING IT ON A DISK OR A

4      MEMORY STICK OR SOMETHING LIKE THAT IN OUR DIGITAL AGE.

5      BUT TYPICALLY THOSE THINGS COME TO ME AS A JUDGE WITH

6      SOME COVER LETTER OR SOME CONTEXT.   I HAVE A LOT OF

7      CASES IN FRONT OF ME.   JUST GETTING A DISK WITH

8      INFORMATION, AGAIN, PUTTING THE BALL IN THE COURT OF

9      JUDGE HILLMAN TO TRY TO FIGURE OUT AND PARSE THROUGH

10     WHAT IT WAS HE HAD GOTTEN AND WHY, I THINK WAS AN EFFORT

11     TO MAYBE COMPLY WITH THE VERY STRICT LETTER OF MY ORDER,

12     BUT CERTAINLY TO EVADE THE SPIRIT OF IT.

13              AND AGAIN, EACH ONE OF THESE ISSUES

14     STANDING ON ITS OWN IS THE SORT OF THING THAT I MIGHT

15     LOOK AT AND SAY, ACCIDENTS HAPPEN, IT'S NOT THAT BIG A

16     DEAL, BUT WHEN I LOOK AT THEM ALL TOGETHER, THEY PRESENT

17     A PATTERN, AND THAT PATTERN IS ONE OF AN EFFORT TO

18     MINIMIZE, EVADE, AVOID, WHATEVER VERB YOU WANT TO USE,

19     THE IMPORT OF MY SANCTIONS, EVEN WHILE PAYING SOME LIP

20     SERVICE TO THEM AND SUGGESTING COMPLIANCE.

21              THEN THE FOURTH ISSUE, I FIND THAT

22     MR. THOMAS DELAYED TELLING MR. SHARGEL AND MR. YASHAYEV

23     ABOUT THE DISCOVERY THAT HAD BEEN SERVED ON HIM IN AID

24     OF EXECUTION.   THAT DISCOVERY WAS SERVED IN, I BELIEVE,

25     EARLY APRIL OF 2020.   IN LATE MAY WHEN I GOT A MOTION

1    REPRESENTING THAT THERE HAD BEEN NO RESPONSE AT ALL, I

2    ISSUED AN ORDER SUMMARILY GRANTING THE MOTION TO COMPEL,

3    PURSUANT TO OUR LOCAL RULES.  BUT IT DOES NOT LOOK LIKE

4    EVEN AT THAT POINT MR. THOMAS TOLD THE CLIENTS ABOUT IT.

5    IN FACT, IT DOES NOT LOOK TO ME LIKE HE TOLD THE CLIENTS

6    ABOUT THE DISCOVERY OBLIGATIONS UNTIL JULY.  SO IT TOOK

7    ANOTHER SEVEN WEEKS OR SO TO TELL THEM ABOUT THAT.  AND

8    IN THE INTERVENING TIME HE SPENT SOME TIME RESISTING IT.

9    THAT IS ALL CONSISTENT IN MY MIND WITH THE FACT THAT HE

10   HAD NOT TOLD THEM IN THE FIRST INSTANCE ABOUT THE

11   SUMMARY JUDGMENT AWARD.  SO THEREFORE HE HAD EVERY

12   INCENTIVE TO AVOID TELLING THEM THAT THERE WERE

13   DISCOVERY OBLIGATIONS IN FURTHERANCE OF THAT AWARD.

14              IN PARTICULAR, I JUST WANT TO NOTE THAT

15   I'M TROUBLED BY SOME OF THE CORRESPONDENCE I LOOKED AT

16   TODAY THAT DEALS WITH THE DISCOVERY OBLIGATIONS AND THE

17   COMPLIANCE WITH MY ORDER, BECAUSE AGAIN THEY SHED SOME

18   LIGHT INTO MR. THOMAS'S APPROACH HERE.  AND SO IN

19   PARTICULAR WHEN I LOOK AT EXHIBIT 9, WHICH WAS PAGES 39

20   TO 42 OF MR. THOMAS'S SUBMISSION, AND IN PARTICULAR I

21   LOOK AT PAGE 41 OF THE PDF, WHICH I GUESS WOULD BE THE

22   THIRD PAGE OUT OF FOUR IN THE EXHIBIT, THE FIRST E-MAIL

23   IN THE E-MAIL STRING IS AN E-MAIL FROM MR. THOMAS DATED

24   JUNE 19, 2020 AT 9:55 A.M.  AND IN THE SECOND PARAGRAPH,

25   HE SAYS:  I WILL SUBMIT BLANKET OBJECTIONS TO HIS MOST

1        RECENT ATTEMPTS AS POST-JUDGMENT DISCOVERY, TO KEEP

2        FIGHTING HIM ON THAT AS WELL TO SLOW IT DOWN.  I'M

3        TROUBLED BY THAT BECAUSE THIS IS JUNE 19TH, AND ON MAY

4        26TH I ISSUED AN ORDER COMPELLING THE RESPONSE WITHOUT

5        OBJECTION.  AND SO THE IDEA THAT THREE WEEKS LATER.

6        MR. THOMAS WAS PREPARED TO ASSERT BLANKET OBJECTIONS TO

7        SLOW THE PROCESS DOWN SEEMS WHOLLY AT ODDS WITH THE

8        ORDER THAT I ISSUED.

9                    AND THAT KIND OF LEADS IN TO MY LAST

10       FACTUAL FINDING, WHICH IS THAT MR. THOMAS HAS FLOUTED MY

11       DISCOVERY ORDERS THROUGH THE PROCESS OF DOING DISCOVERY

12       IN AID OF EXECUTION.  AGAIN, IT WAS NOT REALLY UNTIL

13       JULY THAT MR. THOMAS FINALLY GOT TO THE CLIENTS AND SAID

14       I NEED TO GET SOME INFORMATION FROM YOU.  AND BY THAT

15       POINT I HAD REPEATEDLY COMPELLED RESPONSES.  AND IT'S

16       NOT CLEAR TO ME WHY IT TOOK SO LONG FOR THOSE RESPONSES

17       OR MY ORDERS AND THE CONCEPT OF GETTING RESPONSES TO

18       WEND THEIR WAY TO MR. SHARGEL AND MR. YASHAYEV.

19                    SO THESE ARE THE FACTUAL FINDINGS THAT I

20       REACHED BASED ON THE HEARING TODAY, AND PARTICULARLY AS

21       I FOCUSED ON THE ISSUES THAT I OUTLINED AT THE BEGINNING

22       OF THE DAY.  I GUESS WHAT I WANT TO DO IS I WANT TO

23       PAUSE THERE.  THIS ARISES IN THE CONTEXT OF THE JOINT

24       MOTION FOR AN ORDER TO SHOW CAUSE.  I THINK EFFECTIVELY

25       WHERE WE ARE AT THIS POINT IS IN ORDER TO SHOW CAUSE

1    WOULD BE AN ORDER FOR ME TO THEN GIVE MR. THOMAS AN

2    OPPORTUNITY TO DEFEND HIMSELF AND CONDUCT SOME SORT OF

3    FACT FINDING PROCEEDING.  I THINK WE'VE PASSED THAT.

4    I'M KIND OF TREATING THE ORDER TO SHOW CAUSE AS

5    EFFECTIVELY A MOTION FOR -- THE MOTION FOR ORDER TO SHOW

6    CAUSE IS EFFECTIVELY A MOTION FOR SANCTIONS OR FOR

7    CONTEMPT.

8              I'M MINDFUL OF THE LIMITS OF THOSE

9    REMEDIES, GIVEN WHERE I FIND MYSELF IN THESE TWO CASES.

10   THE JACOVETTI LAW CASE IS OVER.  I GRANTED A MOTION TO

11   DISMISS IN THAT CASE.  THERE HAS BEEN NO APPEAL.  THE

12   TIME TO APPEAL HAS LONG SINCE PASSED.  THE SHELTON

13   VERSUS FCS CASE, OBVIOUSLY WE TALKED ABOUT AD NAUSEAM.

14   I GRANTED SUMMARY JUDGMENT LAST YEAR.  IT'S NOW BEEN

15   ALMOST 11 MONTHS SINCE THAT HAPPENED.  THERE HAVE BEEN

16   SUBSTANTIAL ISSUES TO COMPEL COMPLIANCE WITH THE

17   DISCOVERY IN AID OF EXECUTION, BUT I DO THINK WE ARE

18   PAST THAT POINT.  MY UNDERSTANDING FROM THE

19   CONVERSATIONS WE HAVE HAD WITH MR. REO AND MR.

20   ARTOM-GINZBURG IS THAT THEY ARE WORKING TOGETHER TO

21   RESOLVE THOSE ISSUES.  AND I'M NOT AWARE AT THE MOMENT

22   THAT THERE ARE LIVE DISPUTES AS TO THAT EITHER.  EVEN IF

23   THERE WERE, IT'S NOT CLEAR TO ME THAT MR. THOMAS IS

24   INVOLVED, GIVEN THE TESTIMONY TODAY THAT MR. SHARGEL'S

25   VIEW IS THAT MR. THOMAS HAS BEEN FIRED.  MR. THOMAS HAS

1    MOVED TO WITHDRAW.  IT'S CLEAR TO ME AT THIS POINT, THE

2    REPRESENTATIVE FOR MR. SHARGEL, MR. YASHAYEV AND FCS IS

3    MR. ARTOM-GINZBURG.  IT IS NOT MR. THOMAS.

4              SO I HAVE EXPRESSED MY VIEWS I THINK AS

5    TO THE ISSUE OF MALPRACTICE INSURANCE, WHICH I KNOW IS

6    PART OF WHAT DROVE THIS, WAS A DESIRE TO GET THAT

7    INFORMATION.  I JUST DON'T THINK THAT IS WHAT IS REALLY

8    IN FRONT OF ME.  I UNDERSTAND IT MAY FACILITATE A

9    SETTLEMENT OF THIS CASE, THE SHELTON CASE AT THIS POINT.

10   IT MAY EVEN RESOLVE OR BE A STEP TOWARDS RESOLVING THE

11   POTENTIAL MALPRACTICE CLAIM.  BUT I DON'T THINK THAT IS

12   WHAT THE SANCTIONS REMEDY IS FOR.

13             SO WHAT I WANT TO DO IS, I WILL HEAR FROM

14   EACH OF YOU, I WILL START WITH YOU, MR. ARTOM-GINZBURG,

15   AS TO YOUR THOUGHTS AS TO AN APPROPRIATE REMEDY, IF ANY,

16   GIVEN WHAT I HAVE SAID.

17             MR. ARTOM-GINZBURG:  YOUR HONOR, ONE OF

18   MY -- I WOULD FILE A COMPLAINT IN FEDERAL COURT

19   TOMORROW.  ONE OF MY CONCERNS IS THAT IT WOULD BE

20   ASSIGNED TO A JUDGE WHO IS UNAWARE OF THE HISTORY OF

21   THIS MATTER AND IS UNAWARE OF MR. THOMAS'S HISTORY OF

22   EVADING DISCOVERY REQUESTS.  AS YOU SAY, HE WOULD BE

23   REQUIRED TO DISCLOSE INSURANCE UNDER RULE 26, BUT WE

24   HAVE ALSO SEEN HIS ATTEMPTS TO NAVIGATE AROUND THE RULES

25   AS THEY -- AS THEY APPLY TO HIM, WHICH IS WHY MR. REO

1    AND I THOUGHT THAT IT MIGHT BE AN ADVANTAGE TO BRING IT

2    TO YOUR HONOR.  IF I WERE TO FILE A COMPLAINT AND IT WAS

3    ASSIGNED TO YOUR HONOR, THEN YOUR HONOR WOULD OF COURSE

4    HAVE THE WHOLE WEIGHT OF JUDICIAL SANCTIONS AVAILABLE

5    SHOULD HE NOT COMPLY.  BUT AGAIN, THAT IS ALSO KICKING

6    THE CAN DOWN THE ROAD ANOTHER THREE, FOUR WEEKS UNTIL A

7    RULE 26 CONFERENCE WOULD EVEN BE SCHEDULED.

8              THE COURT:  I HEAR THAT, AND I CERTAINLY

9    SYMPATHIZE AND UNDERSTAND THE CONCERN,

10   MR. ARTOM-GINZBURG.  YOU KNOW, I'M NOT TRYING TO BE

11   OVERLY FORMALISTIC ABOUT THIS, BUT I ALSO WANT TO BE

12   MINDFUL OF WHAT MY ROLE IS HERE.  AND I THINK THAT IS

13   IMPORTANT HERE.  I DON'T WANT TO WADE MY WAY INTO WHAT

14   AMOUNTS TO A DIFFERENT CASE THAT IS NOT IN FRONT OF ME.

15   THAT IS WHAT GIVES ME SOME PAUSE.

16              SO IF YOU ARE GOING TO FILE A COMPLAINT.

17   I THINK YOU SHOULD.  I THINK IT WILL KICK THAT PROCESS

18   OFF.  YOU CAN LOOK AT THE LOCAL RULES AS TO RELATEDNESS.

19   I HONESTLY DON'T HAVE THE VERBIAGE IN FRONT OF ME AS TO

20   WHETHER YOU CAN MAKE A GOOD FAITH CLAIM THAT IT IS

21   RELATED TO THESE CASES, IN WHICH CASE IT WILL COME TO ME

22   AT LEAST IN THE FIRST INSTANCE.  AND THEN I WILL HAVE TO

23   PULL THE RULE AND SEE IF IT MEETS THAT TEST OR NOT.

24   CERTAINLY, THAT IS WHY I HAVE BOTH OF THESE CASES IS

25   BECAUSE THE SECOND ONE WHEN MR. THOMAS FILED WAS MARKED

1    AS RELATED TO THE INITIAL CASE, I THINK RIGHTLY SO,

2    ALTHOUGH MAYBE THERE IS AN ARGUMENT THAT THEY ARE

3    DIFFERENT TRANSACTIONS.  I DON'T KNOW.

4                    AND SO I THINK THAT THAT IS THE BEST

5    REMEDY I CAN OFFER YOU AT THIS POINT.  I HEAR WHAT YOU

6    ARE SAYING.  I WORRY ABOUT THE IDEA OF WAITING UNTIL A

7    CASE THAT IS JUST NOT IN FRONT OF ME.

8                    MR. ARTOM-GINZBURG:  I UNDERSTAND, YOUR

9    HONOR.  I ALSO KNOW YOUR HONOR IS AWARE THAT MY CLIENTS

10   ARE ESSENTIALLY OUT OF BUSINESS.  THEIR BANK ACCOUNTS

11   ARE SHUT DOWN.  THEY HAVE NO ACCESS TO ANYTHING.  IN THE

12   LAST WEEK MR. SHELTON ISSUED THE JUDGMENT IN ARIZONA,

13   AND HAS EXECUTED ON THEIR CREDIT CARD PROCESSOR.  THEY

14   LITERALLY CANNOT OPERATE AT THIS POINT.  AND IT ALSO

15   BECOMES AN ISSUE OF -- THE OLD RULE ONE IN PHILADELPHIA

16   PRACTICE, YOU GOT TO BE ABLE TO -- YOU GOT TO BE ABLE TO

17   PAY YOUR STUFF IN ORDER TO GET THINGS FILED.  AND I

18   DON'T WANT TO LEAVE THESE GUYS IN THE LURCH.  I DON'T

19   WANT -- I ALSO DON'T WANT TO RUN UP A HUGE BILL AND THEN

20   FIND OUT AFTERWARDS THAT MR. THOMAS HAS BEEN LYING ABOUT

21   INSURANCE THE WHOLE TIME.

22                    THE COURT:  WELL, I HEAR YOU.  I DO.  AND

23   THERE MAY BE -- MAYBE THERE ARE OTHER MECHANISMS THAT I

24   HAVE NOT THOUGHT OF TO GET THE INFORMATION AS WELL.

25   AGAIN, THE IDEAS THAT OCCUR TO ME.  ONE OF THE LESSONS I

1   HAVE LEARNED NOW IN 19 MONTHS HERE IS THAT I'M NOT

2   PRACTICING ANYMORE.  I'M NOT GOING TO ENGAGE IN SORT OF

3   THE STRATEGIZING THAT I MIGHT HAVE WHEN I WAS A LAWYER.

4   AND SO I THINK THAT YOU KNOW YOU SHOULD TALK TO MR. REO.

5   THERE MAY BE WAYS THAT YOU CAN ALL WORK TOGETHER TO

6   FACILITATE SOME OF THOSE ISSUES.  MR. REO I THINK -- I

7   DON'T KNOW WHAT YOUR CLIENTS HAVE IN THE WAY OF ASSETS,

8   MR. ARTOM-GINZBURG, BUT IT MAY BE FROM MR. REO'S

9   PERSPECTIVE HE IS APPROPRIATELY INCENTED TO STEP BACK

10  FROM THE EXECUTION ON AT LEAST SOME OF THE ASSETS IN

11  ORDER TO FACILITATE YOUR ABILITY TO LITIGATE THE BIGGER

12  POT.  YOU KNOW, THAT IS A CONVERSATION THE TWO OF YOU

13  CAN HAVE.  SO I HEAR WHAT YOU ARE SAYING.  BUT I'M JUST

14  NOT GOING TO GET THERE, I DON'T THINK, ON THE

15  MALPRACTICE ISSUE.

16              MR. ARTOM-GINZBURG:  I SHOULD ALSO

17  FINALLY POINT OUT THAT THERE IS IN FACT A CASE IN

18  PHILADELPHIA COUNTY COURT OF COMMON PLEAS WHERE

19  MR. THOMAS IS BEING SUED FOR MALPRACTICE ON THE

20  BANKRUPTCY CLAIM, AND THEY HAVE GONE THROUGH DISCOVERY

21  ORDER AFTER DISCOVERY ORDER AFTER DISCOVERY ORDER, AND

22  AS OF YESTERDAY ANYWAY HE HAD NOT DISCLOSED THE

23  INSURANCE INFORMATION.

24              THE COURT:  WELL, AGAIN, I DON'T KNOW

25  WHERE YOU WILL WIND UP IF YOU COME HERE.  I DON'T MEAN

1      THIS AS A ASPERSION ON MY COLLEAGUES DOWN THE ROAD.

2      THEY HAVE MUCH BUSIER DOCKETS THAN WE DO.  IT'S

3      SOMETIMES HARDER FOR THEM TO MANAGE THINGS THAN IT IS

4      FOR US, AND THE TOOLS MAY NOT JUST BE AS EASILY

5      AVAILABLE.  I THINK WHEN WE WERE HERE BEFORE, YOU HAD

6      SAID YOU WOULD FILE IN THIS COURT.  YOU MENTIONED THAT

7      AGAIN EARLIER.  I THINK YOU WILL HAVE MORE LUCK HERE

8      THAN YOU WILL DOWN THE ROAD IN COMPELLING WHATEVER

9      DISCOVERY YOU NEED.  ALTHOUGH AGAIN -- AND AGAIN, WE ARE

10     TALKING ABOUT SOMETHING THAT IS -- IT'S NOT A DISCOVERY

11     REQUEST, IT'S A SELF-EXECUTING DISCLOSURE THAT MOST

12     PEOPLE TAKE PRETTY SERIOUSLY.  IT'S PRETTY BASIC AND

13     PRETTY SERIOUS.

14              I WILL HEAR ANYTHING ELSE YOU HAVE TO

15     SAY, MR. ARTOM-GINZBURG, ON THE REMEDY, IF THERE ARE

16     OTHER THOUGHTS YOU HAVE.

17              MR. ARTOM-GINZBURG:  I JUST WANT TO SAY

18     FOR THE RECORD, YOUR HONOR, THAT I DON'T HAVE ANY ILL

19     WILL TOWARDS MR. THOMAS.  MR. THOMAS SEEMS TO HAVE SOME

20     SORT OF FEELINGS ABOUT ME.  YOUR HONOR, I HAVE BEEN A

21     LITIGATOR IN THE CITY FOR 18 YEARS.  I HAVE BEEN A SOLO

22     PRACTITIONER FOR TEN.  YOU KNOW, MY REPUTATION AND MY

23     INTEGRITY IS BASICALLY ALL I GOT TO GO ON.

24              AND MR. REO, I THINK, AT A TASK, I'M NOT

25     AN OGRE.  I'M TRYING TO GET THESE THINGS RESOLVED AND I

1    DON'T TAKE ANY OF THIS STUFF PERSONALLY.  TO THE EXTENT

2    THAT I RAISED MY VOICE EARLIER, I WOULD LIKE TO

3    APOLOGIZE TO THE COURT.

4              THE COURT:  I UNDERSTAND.  I APPRECIATE

5    IT.

6              MR. REO, ANYTHING YOU HAVE TO SAY ON

7    REMEDY?

8              MR. REO:  ONE POSSIBLE REMEDY IS WE TWICE

9    MOVED FOR SANCTIONS AGAINST MR. THOMAS IN THE FORM OF

10   ATTORNEYS' FEES IN JACOVETTI LAW V SHELTON.  IN LIGHT OF

11   EVERYTHING WE'VE HEARD TODAY, IF THAT ACTION WAS NOT

12   AUTHORIZED BY THE PLAINTIFFS IN THAT CASE, I THINK WE

13   WOULD WANT TO REVISIT THE ISSUE OF ATTORNEYS' FEES AS TO

14   MR. THOMAS.

15             THE COURT:  SO I HEAR YOU, MR. REO.  I

16   DON'T THINK THAT GETS YOU REAL FAR BECAUSE THE INCLUSION

17   OF MR. SHARGEL AND MR. YASHAYEV DID NOT REALLY IMPACT

18   YOUR COSTS IN DEFENDING THAT CASE.  THE CASE WAS COMING

19   FROM MR. JACOVETTI ANYWAY.  I THINK THAT THE AMENDED

20   COMPLAINT THAT WAS FILED WOULD LIKELY HAVE BEEN FILED

21   ANYWAY, GIVEN THE DESIRE TO ADD INFORMATION ABOUT THE

22   RECORDINGS.  SO I DON'T THINK THAT WHAT I HEARD TODAY --

23   AGAIN, IT'S PROBLEMATIC, BUT I DON'T SEE THAT IT

24   ACTUALLY HAD AN IMPACT ON THE COSTS YOU INCURRED TO

25   DEFEND THE ACTION.

```
1                    MR. REO:  TO THE EXTENT THAT IT APPEARS

2       IT WAS BROUGHT TO CAUSE DELAY AND TO BOG US DOWN, AND

3       MR. THOMAS HAS REPEATEDLY TALKED ABOUT WANTING TO SLOW

4       THINGS DOWN IN SHELTON V FCS WITH POST-JUDGMENT

5       DISCOVERY, MY THEORY HAS ALWAYS BEEN, I HAVE ALWAYS

6       MAINTAINED THAT JACOVETTI LAW V SHELTON WAS FILED

7       PRIMARILY SO MR. THOMAS COULD CONCEAL HIS MALPRACTICE

8       AND NOT HAVE TO DIVULGE TO HIS CLIENTS, WHO ARE THE

9       DEFENDANTS IN THAT CASE, THAT THEY WERE ON THE RECEIVING

10      END OF A $54,000 JUDGMENT.

11                   THE COURT:  I DON'T THINK THE EVIDENCE

12      SUPPORTS THAT, MR. REO.  I'M LOOKING AT THE RECORD THAT

13      IS IN FRONT OF ME.  THERE IS TESTIMONY THAT

14      MR. JACOVETTI WAS CONSIDERING AN AFFIRMATIVE ACTION AS

15      EARLY AS APRIL OF 2019.  SO THAT CERTAINLY PREDATES ANY

16      OF THESE ISSUES IN TERMS OF MALPRACTICE.  YOU KNOW,

17      MR. JACOVETTI TESTIFIED ABOUT THE REASONS THAT HE WANTED

18      TO PURSUE THE CLAIM, THE REASONS THAT HE SAW POTENTIAL

19      HARM TO HIS REPUTATION.  YOU KNOW, WHETHER IT WAS GOING

20      TO BE A RICO CLAIM OR A DEFAMATION CLAIM OR SOME OTHER

21      FORM OF AFFIRMATIVE LITIGATION, I DON'T SEE EVIDENCE TO

22      SUGGEST THAT IT IS TIED AT LEAST SOLELY TO THE SUMMARY

23      JUDGMENT AWARD THAT WAS MADE.  I MEAN, IS IT POSSIBLE

24      THAT YOU WOULD HAVE FOUND YOURSELF DEFENDING IN THE FORM

25      OF A COUNTERCLAIM INSTEAD OF THE FORM OF AN AFFIRMATIVE
```

1    PIECE OF LITIGATION?  MAYBE.  BUT I JUST DON'T SEE THAT

2    ANY OF THAT REALLY DRAMATICALLY CHANGES THE LANDSCAPE

3    FROM YOUR CLIENT'S PERSPECTIVE.  WHAT IT COMES DOWN TO

4    AT SOME POINT IS YOUR CLIENT WAS GOING TO HAVE TO DEFEND

5    A CLAIM FROM MR. JACOVETTI, AND THE FACT THAT

6    MR. SHARGEL AND MR. YASHAYEV AND FCS WERE ON THE CAPTION

7    FOR A HOT MINUTE DOES NOT REALLY CHANGE THAT.

8                    MR. REO:  HAD IT BEEN A DEFAMATION CLAIM

9    ONLY FOR MR. JACOVETTI, I THINK IT WOULD HAVE BEEN

10   FAIRLY EASILY DISPOSED OF FOR THE REASONS ARTICULATED IN

11   THE BRIEFS SUBMITTED IN THAT CASE.

12                   THE COURT:  MAYBE.  MAYBE.  BUT THEN IT

13   WAS A -- RICO CLAIM FROM MR. JACOVETTI.  MR. JACOVETTI

14   WAS NOT OUT TO BOG DOWN -- I HAVE NO REASON BASED ON

15   WHAT I HAVE SEEN TODAY THAT MR. JACOVETTI WAS OUT TO BOG

16   DOWN THE EXECUTION OF THE JUDGMENT IN THE SHELTON CASE.

17   HE WAS NOT IN THE SHELTON CASE.

18                   MR. REO:  AT AN ABSOLUTE MINIMUM, WE

19   WOULD BE WANTING OUR FEES FOR THIS HEARING TODAY, THE

20   PREPARATION FOR THIS HEARING, AND THERE IS STILL ONE

21   OUTSTANDING RULE 37 FEE PETITION THAT HAS NOT YET BEEN

22   RULED UPON, PENDING.

23                   THE COURT:  WE ARE GOING TO COME TO THAT

24   IN A MOMENT AT THE END, BUT AS FAR AS FEES GO FOR TODAY,

25   I'M NOT INCLINED TO AWARD FEES FOR TODAY.  I UNDERSTAND

1    THE REASON FOR THE REQUEST.  I HAVE ORDERED FEES A

2    MULTITUDE OF TIMES IN THIS CASE.  I'M NOT PERSUADED THAT

3    THEY HAVE ANY KIND OF REAL IMPACT.  THEY PROBABLY

4    FRANKLY DRAW FROM YOUR DWINDLING POT TO THE EXTENT

5    YOU'RE GOING TO SEEK TO RECOVER FOR SOME OTHER BASIS.

6    AND ULTIMATELY IT'S YOUR MOTION.  SO I AM NOT INCLINED

7    TO AWARD FEES FOR THE HEARING TODAY.

8            MR. SILVESTRO, I WANT TO GIVE YOU A

9    CHANCE TO WEIGH IN ON REMEDY IF YOU HAVE ANYTHING YOU

10    WANT TO ADD.

11            MR. SILVESTRO:  I APPRECIATE IT.  AS

12    THERE WAS NOTHING IN YOUR FINDINGS ABOUT ANY WRONGDOING

13    ON BEHALF OF MY CLIENT, I DON'T BELIEVE THAT THERE IS A

14    BASIS FOR SANCTIONING HIM.  ESSENTIALLY THAT BEING THE

15    CASE, I DON'T HAVE A DOG IN THIS FIGHT.  SO MY OBJECTIVE

16    TODAY WAS ONLY TO PROTECT MR. JACOVETTI AND HIS

17    INTERESTS, AND SINCE THAT HAS BEEN SERVED, I WILL SHUT

18    MY MOUTH.

19            THE COURT:  I APPRECIATE THAT.  TO BE

20    CLEAR, I WAS NEVER -- I ASKED FOR MR. JACOVETTI TO

21    PARTICIPATE BECAUSE I FELT LIKE HE WAS AN IMPORTANT

22    FACTUAL PIECE HERE.  I DID NOT WANT FACTUAL GAPS ON THE

23    RECORD, GIVEN THE SIGNIFICANCE OF WHAT I CONSIDERING.

24    THERE WAS NEVER A CONSIDERATION IN MY MIND OF

25    SANCTIONING HIM.  I HAD NOTHING TO SUGGEST THAT THERE

1    WAS ANYTHING SANCTIONABLE ABOUT HIS CONDUCT.  IT WAS

2    REALLY -- I CALLED HIM TO BE HERE FOR FACTUAL PURPOSES

3    ONLY.  OKAY.

4                    MR. THOMAS, LET ME TURN TO YOU AND HEAR

5    WHETHER YOU HAVE ANY THOUGHTS ON REMEDIAL ISSUES BEFORE

6    I TRY TO FASHION SOME SORT OF RULING.

7                    MR. THOMAS:  I MEAN, OBVIOUSLY I WOULD BE

8    ALMOST ARGUING AGAINST MYSELF BY TRYING TO MAKE ANY

9    SUGGESTIONS.  SO OBVIOUSLY TRYING TO SUGGEST ANYTHING

10   WOULD BE ALMOST A SELF-INFLICTED WOUND AT THIS TIME.

11                   THE ONLY POSSIBLE THING I CAN THINK OF

12   THAT FRANKLY, OTHER THAN THE FACT THAT THIS CERTAINLY IS

13   A REPUTATIONAL ISSUE AND THE FACT THAT I THINK EVERYONE

14   AT THIS POINT HAS MADE IT EXTREMELY CLEAR THAT THEY ARE

15   PLANNING ON FILING -- THIS ENTIRE PLEADING WAS

16   ESSENTIALLY CRAFTED TO TRY AND SUPPORT THEIR CASE FOR A

17   MALPRACTICE CLAIM, AND THEY HAVE ESSENTIALLY MADE IT

18   CLEAR THAT THAT IS THEIR INTENT.

19                   I MEAN BESIDES THAT, THE ONLY OTHER

20   POSSIBLE THING I CAN THINK OF IS SOME SORT OF TEMPORARY

21   INJUNCTION FROM FURTHER PLEADINGS WITHOUT PERMISSION OF

22   YOUR HONOR IN THE -- I GUESS EASTERN DISTRICT.  THAT

23   CERTAINLY HAD AN EFFECT PREVIOUSLY.  AGAIN, THAT WOULD

24   PROBABLY BE, I WOULD SAY, AT LEAST THE MOST FAIR

25   POTENTIAL REMEDY, GIVEN THE TOTALITY OF THE

1    CIRCUMSTANCES.

2                THE COURT:  WELL, AS I HAVE INDICATED, I

3    MEAN, I MADE SOME FACTUAL FINDINGS.  I DO THINK THOSE

4    FACTUAL FINDINGS WARRANT SOME SORT OF REMEDY.  BUT I

5    ALSO WANT TO BE MINDFUL OF THE RIGHT FORUM FOR VARIOUS

6    REMEDIES THAT MIGHT BE UNDER CONSIDERATION.  WE TALKED

7    OBVIOUSLY AT LENGTH FOR THE -- WE TALKED AT LENGTH ABOUT

8    THE FORUM FOR A MALPRACTICE ACTION.  I AT LEAST ALLUDED

9    TO THE IDEA THAT THERE IS A PROPER FORUM FOR THE

10   DISCIPLINARY PROCEEDINGS AS WELL.

11                SO HERE IS WHERE WE ARE.  I DO THINK

12   THAT, YOU KNOW, POTENTIALLY DISCIPLINARY PROCEEDINGS ARE

13   APPROPRIATE HERE, BUT I DON'T WANT TO OVERSTEP MY BOUNDS

14   AND PRESUME TO SAY THAT THEY DEFINITIVELY ARE OR THAT I

15   KNOW WHAT THEY SHOULD LOOK LIKE.  I HAVE SOME CONCERNS

16   ABOUT WHAT EXACTLY WAS SENT TO THE DISCIPLINARY BAR OF

17   THE VARIOUS BAR ASSOCIATIONS OR THE DISCIPLINARY COUNCIL

18   FOR THE VARIOUS BARS, STATE BARS AND MAYBE FEDERAL

19   COURTS AS WELL.

20                HERE IS WHAT WE ARE GOING TO DO.  THERE

21   WILL BE THREE THINGS.  MR. THOMAS, I WANT YOU TO ORDER

22   THE TRANSCRIPT FROM THIS PROCEEDING.  I WANT YOU TO

23   ORDER IT BY FRIDAY.  JUST FILE THE ORDER BY FRIDAY.

24   ONCE THAT TRANSCRIPT HAS BEEN GENERATED, I AM LIKELY TO

25   SEND -- I'M GOING TO SEND IT TO THE VARIOUS DISCIPLINARY

1    COUNSEL WITH MY RECOMMENDATION THAT THEY INVESTIGATE

2    WHAT HAS HAPPENED HERE.  THEY MAY DEEM IT LESS SEVERE

3    THAN I DO.  THAT IS WITHIN THEIR DISCRETION TO DO, AND

4    THEY WILL SEE THAT IN THIS TRANSCRIPT.  BUT I WILL SEND

5    THEM A PACKAGE OF INFORMATION THAT INCLUDES SOME OF THE

6    PRIOR ORDERS THAT I'VE ISSUED AND A COVER LETTER GIVING

7    THEM SOME CONTEXT.  I WILL FORWARD IT TO, MECHANICALLY,

8    EITHER THE CHIEF JUDGE OF OUR COURT OR THE DISCIPLINARY

9    COMMITTEE OF OUR COURT.  I JUST MECHANICALLY DO NOT KNOW

10    WHICH ONE IS SUPPOSED TO GET IT, AND I WILL SEND IT OUT

11    AS WELL TO OTHERS.

12            THEN I THINK THAT, GIVEN WHAT I HEARD

13    ABOUT THE COMMUNICATIONS WITH THE CLIENTS ABOUT NAMING

14    THEM AS PARTIES IN THIS CASE, I DO THINK SOME

15    RESTRICTIONS ON MR. THOMAS'S ABILITY TO INITIATE CASES

16    IN THIS DISTRICT IS APPROPRIATE.  I DON'T WANT TO BE

17    SOME SORT OF SUPERVISING JUDGE FOREVER, BUT I THINK THAT

18    WE WILL PUT IN PLACE AN ORDER THAT FOR THE NEXT YEAR IF

19    MR. THOMAS INTENDS TO FILE ANY NEW CASES IN THIS COURT,

20    HE MUST FIRST SEEK PERMISSION FROM ME TO DO SO AND MAKE

21    AN APPROPRIATE SHOWING OF GOOD CAUSE AND THAT THE

22    PLEADING WILL SATISFY RULE 11 AND THAT HE HAS DONE ALL

23    THE APPROPRIATE INVESTIGATION.

24            AND WHEN I SAY "THIS COURT," JUST TO BE

25    CLEAR, I MEAN THE EASTERN DISTRICT OF PENNSYLVANIA, AND

1    FROM MY PERSPECTIVE THAT INCLUDES THE BANKRUPTCY COURT

2    AS WELL, WHICH IS, ALTHOUGH FUNCTIONS SEPARATELY, IS A

3    UNIT OF THIS COURT:

4                    THOSE WILL BE MY THREE ORDERS.

5                    YES, MR. THOMAS.

6                    MR. THOMAS:  TWO VERY QUICK PROCEDURAL

7    QUESTIONS.  THAT IS ONLY ONGOING.  THAT DOES NOT INCLUDE

8    ALREADY CURRENTLY PENDING CASES?

9                    THE COURT:  IT DOES NOT INCLUDE CURRENTLY

10   PENDING CASES.  IT'S ONGOING CASES.  JUDGES WHO HAVE GOT

11   CASES IN FRONT OF YOU WILL DEAL WITH THEM AS THEY SEE

12   FIT.

13                   MR. THOMAS:  AND THE TRANSCRIPT ORDER.

14   YOU ARE SAYING THAT I WILL ORDER IT, BUT YOU ARE GOING

15   TO DELIVER IT.  SHOULD I JUST ORDER IT THE SAME WAY AND

16   THEN IT GETS SENT TO YOU?

17                   THE COURT:  IF YOU ORDER IT, YOU SHOULD

18   GET A COPY FOR YOURSELF TOO, BUT I BELIEVE THEN IT WILL

19   BE AVAILABLE TO ME ON THE DOCKET.

20                   MS. WHITE, IS THAT CORRECT?

21                   THE CLERK:  YOUR HONOR, YOU WILL GET A

22   COPY.

23                   THE COURT:  I WILL GET A COPY.  THANKS,

24   MS. BUENZLE.

25                   SO I WILL HAVE MY COPY, BUT I WANT TO

1    MAKE SURE THAT YOU ARE GETTING A COPY AND THAT YOU ARE

2    ORDERING IT, MR. THOMAS.

3                 SO I WILL ISSUE AN ORDER ON THAT TODAY,

4    WHICH WILL PROBABLY JUST LIST OUT THE REMEDIES AND

5    OTHERWISE JUST INCORPORATE THE TRANSCRIPT FOR REASONS.

6    I'M NOT GOING TO WRITE A LENGTHY OPINION GIVEN HOW MUCH

7    TIME WE SPENT ON THIS ALREADY TODAY.

8                 THE ONLY OTHER THING I WANT TO TAKE UP

9    WHILE I HAVE YOU ALL IS A HOUSEKEEPING MATTER, TWO OTHER

10   HOUSEKEEPING MATTERS.

11                THERE IS, AS MR. REO JUST REFERENCED, A

12   FEE PETITION THAT IS PENDING.  I THINK AT SOME POINT WE

13   WERE TOGETHER AND I HAD INSTRUCTED A RESPONSE TO COME IN

14   A WEEK OR TWO AGO.  I DON'T REMEMBER THE EXACT DATE, AND

15   MR. ARTOM-GINZBURG, I DON'T KNOW WHERE THAT STANDS.

16   THERE MAY HAVE BEEN SOME CONFUSION.  IT MAY HAVE BEEN

17   LOST IN THE SHUFFLE AS YOU WERE STEPPING IN FOR

18   MR. THOMAS.  CERTAINLY, I UNDERSTAND WHY HE WOULD NOT

19   HAVE BEEN THINKING THAT HE WAS THE APPROPRIATE PERSON TO

20   RESPOND TO IT.  AND I DON'T KNOW IF IT'S SOMETHING THAT

21   YOU PICKED UP ON.  SO I DON'T KNOW WHERE THAT STANDS OR

22   EVEN IF YOU ARE EVEN AWARE OF THAT, MR. ARTOM-GINZBURG.

23                MR. ARTOM-GINZBURG:  I WAS AWARE THAT IT

24   HAD BEEN FILED.  I WAS NOT SURE OF THE STATUS OF IT AND

25   I BELIEVE WHEN IT WAS FILED MR. THOMAS WAS STILL FILING

1      ON THE DOCKET.

2                    ALSO, YOUR HONOR, AS A HOUSEKEEPING

3      MATTER, WILL I RECEIVE A COPY OF THE TRANSCRIPT TOO OR

4      DO I NEED TO ORDER IT SEPARATELY?

5                    THE COURT:  I THINK YOU WILL NEED TO

6      ORDER IT SEPARATELY, YES.  OKAY.

7                    SO IS IT YOUR CLIENTS' INTENT TO RESPOND

8      TO THE FEE PETITION, MR. ARTOM-GINZBURG?

9                    MR. ARTOM-GINZBURG:  I WILL.  IF YOUR

10     HONOR WILL SET A DATE, I WILL RESPOND.

11                   THE COURT:  THAT IS FINE.  I THINK,

12     AGAIN, I WANT SOME CLARITY ON THE DOCKET.  I UNDERSTAND

13     THAT THIS DOCKET JUST MAY HAVE MUCKED THINGS UP A LITTLE

14     BIT.  IT WILL HOLD UP MR. REO'S CLIENT'S FEES FOR A

15     LITTLE BIT, BUT LET'S HAVE YOU RESPOND BY NOVEMBER 20TH,

16     MR. ARTOM-GINZBURG.

17                   MR. ARTOM-GINZBURG:  WILL THERE BE TIME

18     FOR ME TO HAVE GOTTEN THE TRANSCRIPT BEFORE THEN,

19     BECAUSE I THINK SOME OF THE THINGS HE'S ASKING FOR IN

20     HIS FEE PETITION, I WANT TO REFER TO THE TRANSCRIPT AS

21     TO WHETHER IT WAS SOMETHING THAT MIGHT -- THE FINDINGS

22     FOUND THAT MY CLIENTS KNEW ABOUT OR NOT.

23                   THE COURT:  WELL, AT THIS POINT WHAT WE

24     ARE TALKING ABOUT IS REALLY JUST THE -- I HAVE AWARDED

25     FEES.  I HAVE DETERMINED FEES WERE APPROPRIATE.  RIGHT?

1    SO I DON'T WANT TO HEAR ARGUMENT ON THE MERITS.  IT'S

2    REALLY THE AMOUNT OF FEES EXPENDED ON THINGS.  I DON'T

3    KNOW.  WHY DON'T YOU TAKE A LOOK AT THE FEE PETITION

4    THAT IS PENDING.  AND YOU KNOW, IF THERE IS SOMETHING

5    YOU NEED AND YOU REALLY THINK -- LOOK AT IT WHILE IT'S

6    RELATIVELY FRESH, WHILE TODAY'S HEARING IS RELATIVELY

7    FRESH.  AND THEN IF THERE IS SOME BASIS TO THINK THAT

8    YOU ARE GOING TO NEED THE TRANSCRIPT AND ARE NOT GOING

9    TO HAVE IT, LET ME KNOW.  TALK TO MR. REO, SEE IF YOU

10   COULD COME UP WITH AN AGREED-UPON DATE TO RESPOND AND

11   LET ME KNOW.

12               MR. ARTOM-GINZBURG:  THANK YOU, YOUR

13   HONOR.

14               THE COURT:  THE LAST PIECE OF

15   HOUSEKEEPING I HAVE IS THERE IS A WITHDRAWAL MOTION

16   PENDING FOR MR. THOMAS.  I'M GOING TO DEFER RULING ON

17   THAT JUST UNTIL I HAVE THE TRANSCRIPT IN HAND.  I WOULD

18   LIKELY GRANT IT AT THAT POINT, BUT I JUST WANT TO CLOSE

19   THE LOOP ON ALL THESE ISSUES BEFORE I DO.

20               MR. REO:  FINAL MATTER, YOUR HONOR.

21               THE COURT:  YES, MR. REO.

22               MR. REO:  TWO MATTERS, ACTUALLY.  ONE,

23   WHEN I RAISED THE POSSIBILITY OF FEES FOR THE HEARING

24   TODAY, YOUR HONOR SEEMED TO THINK THAT I WAS SUGGESTING

25   THAT THE FEES BE ASSESSED AGAINST THE CLIENTS WHEN YOU

1       SAID THAT WE WOULD BE SEEKING RECOVERY FROM A

2       DIMINISHING POT.  BUT I WAS SPECIFICALLY WANTING THE

3       FEES TO BE ASSESSED AGAINST MR. THOMAS, NOT HIM AND HIS

4       CLIENTS JOINTLY AND SEVERALLY.

5                     THE COURT:  I UNDERSTAND THAT.

6                     MR. REO:  I JUST WANTED TO BE CLEAR ON

7       THAT.

8                     AND THEN THE 7,029 THAT WAS ORDERED PAID

9       ON OR ABOUT BEFORE SEPTEMBER 15, THAT IS STILL

10      OUTSTANDING, AND THE FEE PETITION THAT YOU ARE

11      REFERENCING THAT THEY CAN BRIEF IF THEY WISH TO IS THE

12      SECOND FEE PETITION THAT HAS NOT YET BEEN RULED UPON.

13                    THE COURT:  THAT'S RIGHT.

14                    MR. REO:  I JUST WANTED TO BE CLEAR ON

15      THAT.

16                    THE COURT:  YES, THAT IS RIGHT.  OKAY.

17                    WELL, SO I THINK THAT IS EVERYTHING I

18      HAVE.  I APPRECIATE ALL YOUR TIME, INPUT TODAY.  WE WILL

19      STAND ADJOURNED.  THANK YOU, EVERYBODY.

20                    (HEARING ADJOURNED AT 5 O'CLOCK.)

21

22

23

24

25

1            I CERTIFY THAT THE FOREGOING IS A CORRECT

2     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

3     ABOVE-ENTITLED MATTER

4

5     11/13/20                    *Suzanne White*

6     DATE                    OFFICIAL COURT REPORTER

7                             SUZANNE R. WHITE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    I  N  D  E  X

2     WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

3     EMIL YASHAYEV

4        BY MR. ARTOM-GINZBURG   17      --       --       --

5        BY MR. REO            --       37       --       83

6        BY MR. THOMAS         --       45       --       --

7        BY MR. SILVESTRO      --       78       --       --

8     BARRY SHARGEL

9        BY MR. ARTOM-GINZBURG   86      --       --       --

10       BY MR. REO            --      100       --      159

11       BY MR. SILVESTRO      --      104       --       --

12       BY MR. THOMAS         --      111       --       --

13    ROBERT JACOVETTI

14       BY MR. SILVESTRO     166       --       --       --

15       BY MR. REO            --      172       --      190

16       BY MR. THOMAS         --      176       --      200

17    JOSHUA THOMAS

18       BY MR. THOMAS        206       --       --       --

19       BY MR. ARTOM-GINZBURG   --     217       --       --

20       BY MR. REO            --      228       --       --

21       BY MR. SILVESTRO      --      238       --       --

22

23

24

25
```

| | EXHIBITS | PAGE |
|---|---|---|
| 1 | | |
| 2 | 1 | 29 |
| 3 | 2 | 31 |
| 4 | 3 | 45 |
| 5 | 4 | 51 |
| 6 | 5 | 54 |
| 7 | 6 | 58 |
| 8 | 9 | 67 |
| 9 | 10 | 71 |
| 10 | 11 | 203 |
| 11 | 12 | 203 |
| 12 | 13 | 204 |
| 13 | 14 | 204 |
| 14 | 15 | 143 |
| 15 | 16 | 145 |
| 16 | 17 | 204, PAGE 11 |
| 17 | 17 | 205, PAGE 53 |
| 18 | 18 | 204 |
| 19 | 20 | 188 |
| 20 | 21 | 205 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**$**

**$1,600** [4] - 228:7, 228:17, 229:2, 229:5
**$4,000** [1] - 228:20
**$505** [1] - 125:6
**$54,000** [5] - 39:2, 101:22, 162:3, 246:9, 273:10
**$7,000** [3] - 110:25, 146:14, 157:10
**$8,000** [2] - 228:16, 228:21

**'**

**'20** [1] - 245:10

**1**

**1** [12] - 28:7, 28:9, 29:5, 29:6, 45:19, 54:20, 67:22, 70:10, 72:7, 81:18, 105:23, 286:2
**10** [10] - 70:14, 71:4, 71:5, 92:18, 92:21, 144:13, 145:1, 145:4, 145:5, 286:9
**100** [2] - 163:18, 285:10
**100,000** [1] - 217:18
**103** [1] - 5:24
**104** [1] - 285:11
**10:10** [2] - 140:15, 140:19
**10:33** [1] - 157:17
**10TH** [8] - 20:6, 22:2, 23:12, 34:5, 37:25, 89:4, 240:19, 240:23
**11** [36] - 22:10, 46:19, 47:7, 47:24, 48:10, 50:22, 51:6, 51:11, 128:7, 128:19, 131:4, 131:5, 143:21, 152:4, 152:18, 153:19, 159:25, 174:23, 180:15, 203:12, 203:15, 203:17, 204:8, 204:10, 204:22, 235:8, 235:11, 235:19, 235:21, 236:1, 245:17, 261:15, 266:15, 278:22, 286:10, 286:16
**11/13/20** [1] - 284:5
**111** [1] - 285:12
**11:32** [1] - 85:5

**11:40** [2] - 85:6, 85:7
**11:45** [1] - 86:12
**11:55** [1] - 86:12
**11TH** [4] - 87:5, 95:9, 246:11, 254:3
**12** [17] - 31:15, 45:17, 50:22, 51:6, 51:11, 96:16, 133:14, 203:19, 203:22, 244:20, 245:12, 245:18, 246:18, 246:24, 247:9, 247:15, 286:11
**12-21-19** [1] - 205:21
**12:49** [1] - 181:1
**12TH** [6] - 47:25, 48:20, 170:11, 171:7, 171:12, 245:8
**13** [10] - 128:6, 135:11, 135:14, 138:14, 197:13, 197:14, 199:3, 203:24, 204:2, 286:12
**13-MINUTE** [1] - 32:6
**13TH** [2] - 116:10, 116:13
**14** [9] - 135:16, 138:15, 138:18, 138:20, 138:24, 143:21, 204:4, 204:6, 286:13
**143** [1] - 286:14
**145** [1] - 286:15
**15** [15] - 137:18, 137:19, 137:22, 137:24, 138:19, 138:21, 138:23, 140:4, 143:10, 143:11, 143:18, 204:4, 204:6, 283:9, 286:14
**15(A** [1] - 244:16
**15(A)(2** [1] - 245:15
**159** [1] - 285:10
**15TH** [10] - 27:5, 27:9, 72:12, 76:8, 146:6, 164:20, 212:25, 213:17, 213:19, 213:22
**16** [14] - 54:20, 54:21, 54:24, 57:11, 58:2, 58:3, 138:22, 139:3, 139:21, 139:25, 145:12, 145:14, 145:15, 286:15
**166** [1] - 285:14
**16TH** [3] - 116:4, 116:10, 116:13
**17** [23] - 19:15, 55:9, 57:11, 58:2, 58:3,

138:23, 180:9, 180:11, 180:13, 180:15, 204:4, 204:6, 204:8, 204:10, 204:21, 204:22, 204:24, 205:3, 205:8, 205:15, 285:4, 286:16, 286:17
**172** [1] - 285:15
**176** [1] - 285:16
**17TH** [15] - 19:1, 20:21, 21:3, 26:3, 27:11, 62:3, 66:1, 66:5, 89:21, 120:23, 121:13, 121:20, 122:21, 132:23, 209:17
**18** [10] - 130:21, 130:24, 131:5, 180:18, 203:12, 203:17, 204:12, 204:15, 271:21, 286:18
**18-3723** [1] - 5:20
**188** [1] - 286:19
**18TH** [4] - 70:14, 152:4, 152:9
**19** [18] - 29:14, 29:18, 30:3, 31:3, 31:4, 31:8, 51:18, 62:17, 64:11, 160:21, 181:1, 183:21, 185:6, 185:9, 188:8, 201:5, 264:24, 270:1
**190** [1] - 285:15
**19063** [1] - 2:15
**19106** [2] - 1:15, 1:21
**19107** [1] - 2:10
**19317** [1] - 2:21
**19TH** [16] - 62:15, 62:17, 63:4, 63:19, 65:20, 65:23, 74:4, 119:5, 122:18, 122:24, 123:25, 125:7, 135:24, 136:6, 136:12, 265:3
**1:35** [1] - 165:13
**1ST** [7] - 24:25, 25:23, 33:14, 89:14, 132:4, 132:13, 209:12

**2**

**2** [11] - 28:18, 29:8, 30:3, 31:3, 31:6, 31:8, 45:19, 65:19, 65:21, 165:14, 286:3
**20** [5] - 165:14, 185:25, 187:16,

188:1, 286:19
**20-163** [3] - 5:21, 150:21, 152:19
**20-CV-163** [2] - 153:16, 153:17
**20-MINUTE** [1] - 102:11
**200** [2] - 2:20, 285:16
**2011** [1] - 230:14
**2018** [16] - 47:25, 48:20, 83:13, 84:10, 84:24, 112:7, 121:21, 176:14, 177:4, 183:9, 184:25, 207:1, 219:11, 219:25, 246:2, 246:9
**2019** [26] - 18:20, 19:1, 19:13, 19:15, 20:12, 21:2, 22:10, 51:18, 87:5, 95:10, 112:16, 112:18, 117:14, 117:17, 117:19, 159:13, 159:25, 166:19, 187:10, 188:8, 204:19, 205:18, 207:21, 208:25, 273:15
**2020** [54] - 1:14, 6:2, 22:24, 26:15, 37:5, 37:10, 51:24, 53:25, 55:2, 58:14, 60:17, 62:18, 63:19, 64:11, 66:2, 68:8, 68:10, 79:12, 79:22, 80:1, 84:3, 101:12, 102:1, 133:6, 137:25, 152:9, 159:14, 160:1, 160:21, 162:25, 170:18, 170:23, 171:12, 176:12, 180:24, 181:1, 182:19, 188:10, 188:21, 188:22, 199:8, 201:13, 208:9, 209:17, 214:19, 214:20, 217:5, 226:14, 244:13, 247:17, 248:7, 263:25, 264:24
**203** [2] - 286:10, 286:11
**204** [4] - 286:12, 286:13, 286:16, 286:18
**205** [2] - 286:17, 286:20
**206** [2] - 2:9, 285:18
**20TH** [24] - 25:19,

27:15, 27:22, 31:13, 31:14, 31:24, 31:25, 45:8, 69:11, 92:6, 96:2, 108:13, 118:22, 119:4, 119:16, 121:16, 126:7, 127:10, 133:24, 144:8, 152:11, 180:24, 182:14, 281:15
**21** [8] - 193:2, 193:8, 193:9, 204:18, 205:17, 205:18, 205:21, 286:20
**215** [1] - 2:10
**215)299-7252** [1] - 1:22
**217** [1] - 2:19
**21ST** [9] - 32:3, 95:22, 116:5, 116:18, 194:11, 194:18, 196:5, 196:11, 204:18
**22** [3] - 20:12, 68:8, 68:10
**220** [1] - 2:14
**225** [1] - 2:20
**228** [1] - 285:20
**22ND** [4] - 20:14, 20:18, 32:6, 34:10, 96:1, 97:9, 126:1, 127:10, 154:21, 178:21, 187:9, 187:11, 215:22, 253:11
**238** [1] - 285:21
**23RD** [19] - 23:16, 26:12, 28:19, 29:9, 38:2, 67:15, 67:16, 68:2, 68:3, 68:15, 68:20, 89:4, 89:23, 90:8, 108:23, 112:18, 126:4, 126:8, 133:24
**24** [2] - 142:13, 143:18
**24TH** [8] - 21:2, 21:3, 65:21, 65:24, 68:18, 68:21, 126:23, 127:13
**25** [2] - 54:22, 158:19
**254** [3] - 183:12, 184:9, 201:2
**25TH** [3] - 34:20, 97:10, 97:20
**26** [3] - 137:25, 267:23, 268:7
**26(A** [1] - 228:1
**2609** [1] - 1:20
**265** [12] - 50:20, 51:17, 54:5, 54:10, 54:16,

135:7, 135:17,
135:20, 187:14,
187:21, 193:2
**266** [3] - 54:10, 54:16,
193:3
**26TH** [3] - 24:24,
89:12, 265:4
**27** [11] - 22:24, 37:4,
55:2, 58:14, 101:25,
102:1, 160:1,
170:18, 209:7, 248:7
**27,000** [1] - 101:23
**273** [6] - 180:1, 180:3,
180:5, 180:21,
204:12, 204:15
**274** [6] - 180:5,
180:20, 180:21,
185:22, 204:13,
204:15
**275** [1] - 180:20
**276** [3] - 185:2,
185:23, 188:1
**27TH** [17] - 33:5,
37:18, 38:13, 58:20,
87:25, 88:2, 95:10,
96:8, 115:1, 139:5,
141:16, 170:23,
171:11, 199:8,
239:16, 252:13,
254:13
**28TH** [10] - 56:1, 56:5,
71:10, 71:11, 71:14,
97:21, 110:10,
133:6, 134:7
**29** [2] - 37:9, 286:2
**29TH** [9] - 27:3, 27:9,
91:19, 91:24, 92:4,
132:17, 132:19,
132:21, 247:20
**2:04** [1] - 180:24
**2:18-CV-03723** [1] -
1:5
**2:20-CV-00163** [1] -
1:12
**2ND** [18] - 34:25, 35:9,
72:8, 72:11, 97:25,
98:4, 98:9, 99:20,
109:21, 110:14,
116:3, 116:4, 116:7,
116:8, 157:7,
157:16, 211:1, 217:5

**3**

**3** [6] - 31:19, 45:17,
45:19, 62:14, 70:3,
286:4
**3/6** [1] - 246:24
**300,000** [1] - 217:19
**30TH** [16] - 50:20,

60:17, 96:15, 118:5,
118:14, 118:18,
136:6, 136:12,
142:14, 190:18,
191:1, 206:25,
207:21, 239:9,
239:18, 252:14
**31** [1] - 286:3
**348-PAGE** [1] - 47:2
**37** [2] - 274:21, 285:5
**38** [1] - 164:9
**39** [6] - 62:1, 67:3,
120:24, 121:7,
121:8, 264:19
**3:00** [2] - 66:6, 121:14
**3:55** [1] - 256:19
**3RD** [2] - 112:16,
144:15

**4**

**4** [13] - 1:14, 37:9,
50:23, 51:3, 51:10,
51:11, 55:6, 56:14,
102:1, 139:15,
140:6, 140:24, 286:5
**40** [3] - 64:9, 65:22,
65:23
**401(K)S** [1] - 25:8
**41** [8] - 120:21,
122:22, 122:23,
122:25, 161:5,
161:7, 264:21
**42** [3] - 62:6, 67:3,
264:20
**43** [11] - 58:8, 59:14,
88:7, 114:18,
150:19, 152:18,
152:19, 153:18,
153:24, 261:14,
261:15
**44** [2] - 59:15, 88:7
**440-313-5893** [1] - 2:4
**44061** [1] - 2:3
**45** [5] - 144:4, 145:12,
145:15, 285:6, 286:4
**453** [1] - 156:13
**4TH** [10] - 23:12,
33:24, 37:18, 38:13,
39:11, 89:3, 96:20,
156:23, 205:6

**5**

**5** [18] - 54:5, 54:15,
54:16, 55:6, 56:14,
92:18, 92:21,
135:17, 139:15,
140:7, 140:24,
144:13, 187:24,

193:4, 193:7,
250:15, 283:20,
286:6
**50** [1] - 219:19
**51** [1] - 286:5
**5100** [1] - 2:3
**53** [8] - 156:17,
156:22, 204:25,
205:4, 205:6,
205:11, 205:15,
286:17
**54** [5] - 133:5, 133:6,
203:19, 203:22,
286:6
**55** [7] - 134:18,
134:20, 135:11,
197:10, 203:24,
204:2
**56** [4] - 155:12,
156:13, 156:14,
221:1
**57** [5] - 69:18, 70:13,
70:15, 71:4, 71:5
**58** [4] - 70:16, 71:4,
71:5, 286:7
**59** [3] - 60:11, 60:12,
61:19
**59(E** [1] - 159:15

**6**

**6** [8] - 53:25, 54:19,
54:20, 57:9, 57:10,
58:3, 286:7
**60** [1] - 222:16
**60(B** [1] - 244:14
**60(B)(6** [1] - 223:13
**601** [1] - 1:21
**610-627-2300** [1] -
2:15
**67** [1] - 286:8
**68** [1] - 6:15
**6TH** [5] - 54:2, 196:18,
215:24, 245:9,
246:19

**7**

**7** [6] - 6:1, 59:14, 60:5,
87:20, 88:7, 114:21
**7,000** [1] - 98:16
**7,029** [1] - 283:8
**71** [1] - 286:9
**76** [4] - 37:21, 102:2,
109:10, 174:3
**76-PAGE** [4] - 37:13,
38:3, 38:6, 99:25
**78** [1] - 285:7
**7TH** [1] - 96:21

**8**

**8** [7] - 19:15, 61:13,
61:14, 61:19, 61:22,
87:4, 87:20
**8/23** [1] - 116:12
**83** [1] - 285:5
**834** [1] - 2:9
**86** [1] - 285:9
**8TH** [4] - 19:13, 20:1,
20:14, 20:17

**9**

**9** [12] - 66:23, 67:1,
67:3, 121:1, 121:3,
161:2, 161:3, 161:4,
161:6, 188:22,
264:19, 286:8
**925-2905** [1] - 2:10
**99** [1] - 113:18
**9:26** [1] - 140:18
**9:36** [1] - 129:3
**9:55** [3] - 63:19, 64:11,
264:24
**9TH** [4] - 34:1, 79:11,
79:22, 80:1, 96:23,
214:20

**A**

**A.M** [6] - 63:19, 129:3,
140:15, 140:18,
157:17, 264:24
**ABILITY** [5] - 18:5,
76:1, 241:6, 270:11,
278:15
**ABLE** [11] - 10:5, 34:8,
47:8, 109:23,
152:22, 212:6,
224:23, 232:12,
253:19, 269:16
**ABOUT** [222] - 5:6,
5:14, 5:17, 6:3, 6:8,
7:10, 8:5, 8:22, 8:23,
9:16, 12:14, 13:2,
14:24, 15:1, 15:4,
15:5, 15:8, 15:10,
15:20, 15:23, 16:1,
17:9, 23:4, 23:19,
24:13, 26:14, 26:16,
30:6, 30:11, 30:20,
32:6, 32:13, 35:9,
35:15, 39:3, 39:21,
40:24, 41:5, 41:14,
42:5, 42:23, 43:10,
43:12, 44:3, 44:9,
44:14, 48:21, 53:6,
55:3, 55:6, 62:16,
65:6, 66:13, 69:2,

69:6, 71:16, 71:20,
73:13, 74:14, 75:3,
76:4, 76:7, 77:11,
78:5, 79:25, 80:5,
80:7, 80:17, 80:20,
80:24, 81:4, 82:2,
82:10, 83:25, 84:2,
87:17, 87:18, 91:8,
91:9, 92:9, 95:20,
96:24, 97:22, 98:15,
98:18, 100:25,
101:6, 102:7, 102:8,
102:10, 103:11,
103:15, 108:9,
108:17, 108:18,
109:14, 110:4,
117:16, 117:19,
118:9, 118:12,
118:17, 123:14,
123:15, 124:3,
126:5, 126:8,
126:11, 126:13,
127:1, 128:1, 129:8,
131:7, 136:5,
136:10, 137:7,
137:10, 138:9,
139:11, 139:12,
140:6, 141:15,
148:8, 154:12,
155:4, 157:11,
157:18, 162:24,
167:10, 167:13,
168:2, 168:5, 168:9,
168:23, 168:24,
171:1, 175:13,
175:14, 175:25,
181:21, 182:16,
183:24, 186:12,
186:21, 187:4,
188:9, 188:10,
191:4, 195:23,
197:8, 198:17,
198:22, 199:3,
202:21, 203:3,
208:15, 209:1,
210:6, 210:12,
216:10, 219:11,
220:20, 221:16,
221:18, 225:1,
225:7, 232:4,
232:15, 233:23,
235:16, 239:10,
239:23, 241:1,
241:13, 241:23,
244:2, 245:7, 245:9,
250:3, 251:15,
252:5, 252:16,
253:13, 254:5,
256:18, 256:22,
256:23, 257:14,
257:15, 257:22,

258:12, 259:3,
260:4, 260:22,
262:9, 262:10,
262:11, 263:23,
264:4, 264:6, 264:7,
264:10, 266:13,
268:11, 269:6,
269:20, 271:10,
271:20, 272:21,
273:3, 273:17,
275:12, 276:1,
277:7, 277:16,
278:13, 281:22,
281:24, 283:9
**ABOVE** [1] - 284:3
**ABOVE-ENTITLED** [1]
- 284:3
**ABSOLUTE** [1] -
274:18
**ABSOLUTELY** [2] -
223:3, 232:4
**ABSOLVED** [1] -
260:18
**ABSTRACT** [1] - 128:1
**ACCEPT** [2] - 118:15,
119:20
**ACCEPTING** [1] -
260:10
**ACCESS** [2] - 78:1,
269:11
**ACCIDENTS** [1] -
263:15
**ACCOMPANYING** [3]
- 171:3, 171:11,
249:12
**ACCORD** [1] - 213:11
**ACCORDANCE** [1] -
235:25
**ACCOUNT** [8] - 25:8,
32:17, 32:22,
108:11, 229:2,
229:5, 229:9, 230:2
**ACCOUNTS** [10] -
25:3, 25:9, 32:23,
32:25, 93:1, 93:5,
95:21, 107:25,
146:2, 269:10
**ACCURATE** [11] -
28:24, 79:4, 79:13,
113:6, 113:7,
142:20, 169:6,
196:13, 211:8,
231:2, 245:5
**ACCURATELY** [1] -
81:22
**ACKNOWLEDGE** [4] -
65:19, 68:5, 188:12,
188:14
**ACKNOWLEDGING**
[3] - 64:19, 66:19,

125:25
**ACQUIRED** [1] -
257:20
**ACROSS** [1] - 142:21
**ACT** [1] - 21:22
**ACTION** [60] - 1:2, 1:6,
3:25, 4:9, 6:11, 8:7,
14:23, 14:25, 15:3,
15:4, 15:6, 15:16,
52:16, 52:21, 53:10,
53:14, 53:15, 53:18,
53:24, 68:23, 70:20,
100:23, 104:12,
104:22, 166:20,
167:23, 167:25,
168:3, 168:4, 168:5,
168:12, 168:17,
173:8, 177:10,
177:11, 179:15,
186:19, 197:9,
198:18, 201:13,
209:11, 213:12,
216:18, 216:19,
246:2, 246:7,
246:13, 247:23,
248:1, 248:3,
251:16, 252:7,
259:23, 260:21,
272:11, 272:25,
273:14, 277:8
**ACTIONS** [2] - 184:8,
216:12
**ACTIVE** [1] - 230:22
**ACTIVITY** [6] - 25:12,
32:20, 67:8, 77:9,
92:13, 92:24
**ACTUAL** [7] - 53:22,
59:21, 64:3, 64:11,
125:14, 164:13,
245:2
**ACTUALLY** [171] -
8:14, 8:18, 8:19,
8:20, 8:24, 9:3, 9:6,
10:7, 12:18, 12:25,
26:13, 43:2, 49:3,
49:20, 50:1, 51:21,
51:22, 52:4, 53:7,
53:24, 55:13, 60:11,
62:5, 62:24, 62:25,
66:2, 66:3, 67:11,
67:12, 67:13, 67:14,
68:1, 70:15, 70:21,
71:9, 76:19, 84:2,
90:19, 94:16, 95:25,
96:2, 97:2, 98:11,
100:3, 103:2, 104:2,
105:18, 109:2,
112:12, 113:12,
113:18, 116:18,
119:10, 120:24,

121:25, 122:13,
122:18, 122:21,
123:22, 124:10,
124:21, 127:21,
127:22, 128:9,
129:16, 132:9,
134:11, 134:17,
142:15, 144:18,
144:22, 144:25,
146:23, 147:1,
148:1, 148:17,
149:6, 149:18,
150:17, 150:19,
150:21, 151:15,
151:16, 153:7,
154:4, 154:21,
154:22, 158:3,
174:17, 177:18,
177:20, 182:14,
183:3, 183:24,
186:25, 187:7,
188:20, 189:6,
189:16, 190:1,
190:7, 190:19,
192:4, 192:7,
192:13, 195:19,
196:13, 197:11,
202:7, 203:6,
206:11, 207:3,
208:4, 208:6, 208:8,
208:12, 208:14,
208:16, 208:20,
209:3, 209:4,
209:19, 210:20,
210:21, 210:24,
210:25, 212:13,
213:9, 214:4,
214:23, 215:7,
215:19, 215:21,
216:7, 217:22,
217:25, 220:13,
221:17, 222:7,
224:10, 225:8,
226:2, 226:6,
226:25, 229:23,
230:4, 230:10,
231:7, 239:17,
240:17, 241:20,
246:16, 250:25,
251:5, 251:11,
251:13, 252:12,
252:14, 252:22,
252:23, 252:24,
253:25, 254:13,
254:14, 255:14,
255:20, 256:13,
272:24, 282:22
**AD** [1] - 266:13
**ADD** [2] - 272:21,
275:10
**ADDED** [1] - 138:8

**ADDITION** [3] -
215:14, 257:16,
258:9
**ADDITIONAL** [14] -
3:10, 26:20, 26:21,
36:2, 77:24, 153:4,
169:19, 170:3,
189:15, 189:17,
219:14, 220:8,
238:22, 238:24
**ADDRESS** [7] - 63:13,
130:8, 181:13,
191:20, 197:20,
225:25, 259:23
**ADDRESSED** [3] -
63:17, 185:18,
201:16
**ADDRESSES** [4] -
231:8, 231:10,
231:16, 231:17
**ADDRESSING** [1] -
247:9
**ADJOURNED** [4] -
71:18, 71:24,
283:19, 283:20
**ADMINISTRATION** [2]
- 28:16, 31:5
**ADMINISTRATIVE** [1]
- 11:20
**ADMISSION** [9] - 12:4,
29:3, 30:18, 30:22,
51:8, 54:7, 54:13,
60:5, 70:17
**ADMIT** [9] - 28:22,
28:24, 29:5, 45:16,
51:10, 54:15, 57:20,
61:20, 71:3
**ADMITTED** [33] - 29:7,
31:9, 45:18, 45:20,
51:12, 54:17, 58:4,
67:2, 67:4, 71:6,
143:19, 145:16,
185:7, 185:9, 188:2,
203:18, 203:23,
204:3, 204:7,
204:11, 204:16,
205:16, 205:22,
205:24, 208:3,
215:17, 216:11,
249:25, 251:7,
251:8, 251:10,
258:2, 258:3
**ADMITTEDLY** [1] -
12:22
**ADMITTING** [1] - 60:2
**ADVANCE** [8] - 11:19,
151:2, 169:25,
183:7, 183:8, 184:8,
191:10, 191:18
**ADVANTAGE** [1] -

268:1
**ADVISE** [4] - 40:4,
84:11, 164:6, 259:23
**ADVISES** [1] - 161:11
**AFFECT** [1] - 13:22
**AFFECTED** [1] - 13:22
**AFFIDAVIT** [6] -
21:10, 21:19, 87:14,
95:12, 221:2, 221:7
**AFFIRMATIVE** [6] -
182:9, 199:13,
229:16, 273:14,
273:21, 273:25
**AFFIRMATIVELY** [2] -
171:1, 173:23
**AFFORD** [1] - 224:17
**AFLOAT** [1] - 199:10
**AFTER** [72] - 8:18,
33:1, 37:18, 43:6,
43:24, 43:25, 68:15,
73:25, 75:7, 80:10,
80:11, 95:11, 98:18,
99:3, 99:21, 100:4,
102:9, 104:17,
104:18, 110:17,
110:18, 118:15,
118:18, 118:21,
135:15, 146:10,
146:11, 146:15,
146:18, 153:14,
157:8, 157:9, 158:6,
164:6, 173:2, 184:4,
190:20, 196:6,
197:4, 201:18,
207:3, 207:9, 209:9,
209:13, 209:18,
211:6, 212:19,
212:21, 212:25,
213:1, 226:14,
228:12, 230:25,
234:4, 240:1,
248:20, 249:6,
249:21, 249:23,
250:11, 251:21,
252:23, 252:24,
253:2, 254:9,
255:12, 255:20,
259:15, 259:16,
270:21
**AFTERNOON** [1] -
157:9
**AFTERWARDS** [2] -
50:18, 269:20
**AGAIN** [77] - 13:13,
17:16, 22:7, 22:19,
26:7, 26:21, 31:5,
31:16, 44:10, 49:25,
50:24, 64:2, 65:18,
72:2, 74:7, 76:14,
76:25, 80:2, 84:18,

97:16, 98:2, 114:8, 114:24, 116:10, 116:20, 118:22, 120:4, 120:22, 122:8, 122:13, 123:12, 126:12, 126:20, 129:1, 129:11, 137:14, 141:9, 142:23, 143:4, 143:9, 145:25, 149:2, 149:3, 152:25, 153:6, 155:12, 160:19, 179:15, 186:10, 188:3, 192:4, 201:2, 207:12, 212:2, 214:17, 214:20, 215:10, 225:6, 227:7, 242:24, 247:18, 254:7, 255:19, 256:14, 263:8, 263:13, 264:17, 265:12, 268:5, 269:25, 270:24, 271:7, 271:9, 272:23, 276:23, 281:12
**AGAINST** [62] - 6:4, 6:6, 17:22, 22:11, 22:14, 23:25, 26:19, 39:1, 39:20, 40:21, 41:25, 42:25, 52:6, 52:15, 52:16, 52:22, 74:8, 74:24, 90:13, 91:21, 91:25, 93:22, 95:23, 97:17, 101:17, 107:15, 119:2, 119:25, 123:10, 124:3, 126:12, 159:24, 160:6, 166:20, 170:11, 174:23, 182:4, 186:7, 200:15, 207:6, 207:16, 208:7, 208:13, 208:15, 209:4, 213:12, 215:14, 216:8, 216:9, 216:13, 219:13, 223:19, 223:20, 244:22, 244:23, 259:5, 259:16, 259:17, 272:9, 276:8, 282:25, 283:3
**AGE** [2] - 212:2, 263:4
**AGO** [2] - 248:16, 280:14
**AGREE** [10] - 9:17, 9:18, 105:24,

188:22, 189:12, 191:14, 224:13, 224:15, 245:2, 248:6
**AGREED** [5] - 13:10, 209:23, 216:12, 222:18, 282:10
**AGREED-UPON** [1] - 282:10
**AGREEING** [3] - 53:13, 142:23, 182:3
**AGREEMENT** [1] - 15:11
**AHEAD** [35] - 17:6, 30:5, 30:9, 31:10, 48:7, 51:14, 57:7, 58:5, 60:9, 78:21, 78:22, 83:9, 83:21, 84:14, 114:22, 116:21, 121:2, 129:24, 144:1, 154:12, 159:11, 166:14, 175:22, 181:4, 186:23, 188:4, 203:4, 206:1, 206:22, 217:14, 218:5, 219:6, 219:23, 223:4
**AHOLD** [1] - 178:5
**AID** [9] - 15:15, 107:24, 108:4, 108:10, 259:10, 259:13, 263:23, 265:12, 266:17
**AIDED** [1] - 1:24
**AL** [3] - 1:4, 1:6, 1:8
**ALL** [159] - 4:14, 5:13, 9:1, 9:8, 10:4, 10:5, 10:7, 10:10, 10:17, 10:24, 11:14, 12:23, 14:9, 17:6, 18:10, 19:16, 28:10, 29:4, 30:7, 31:20, 32:16, 35:19, 36:13, 37:12, 39:25, 40:10, 41:18, 41:22, 45:2, 47:3, 51:13, 53:2, 53:13, 57:1, 57:19, 58:25, 60:6, 65:1, 66:17, 67:1, 76:22, 78:6, 78:7, 78:16, 81:19, 82:23, 85:4, 86:1, 86:6, 86:17, 91:16, 91:18, 93:1, 94:5, 101:12, 102:25, 103:17, 106:9, 107:9, 107:25, 108:7, 108:18, 108:21, 109:1, 109:6, 111:6, 111:7, 111:25, 112:1,

112:4, 113:5, 113:8, 113:14, 116:25, 117:14, 117:20, 122:6, 125:15, 125:20, 126:16, 129:17, 130:14, 130:24, 134:16, 135:3, 136:7, 136:8, 136:14, 140:12, 145:23, 148:4, 151:8, 151:9, 151:16, 152:3, 152:11, 155:1, 155:5, 155:6, 160:24, 160:25, 163:3, 165:15, 165:17, 173:13, 176:7, 176:19, 189:5, 192:3, 199:14, 202:1, 202:4, 203:7, 203:15, 205:2, 205:23, 207:22, 207:24, 208:2, 208:10, 208:12, 209:21, 211:8, 214:3, 216:5, 216:22, 226:14, 230:15, 231:11, 231:12, 231:13, 231:14, 236:18, 236:19, 238:6, 241:5, 245:19, 247:18, 248:13, 248:21, 251:18, 253:19, 255:7, 256:16, 260:25, 261:18, 261:21, 263:16, 264:1, 264:9, 270:5, 271:23, 278:22, 280:9, 282:19, 283:18
**ALLEGATIONS** [3] - 5:16, 5:25, 9:4
**ALLEGED** [4] - 8:21, 200:9, 211:19, 245:19
**ALLEGEDLY** [3] - 211:22, 212:1, 251:14
**ALLOW** [3] - 25:11, 32:19, 178:1
**ALLUDED** [1] - 277:8
**ALMOST** [9] - 53:19, 137:10, 211:19, 213:23, 251:17, 251:22, 266:15, 276:8, 276:10
**ALONG** [6] - 41:13,

100:4, 160:13, 171:4, 192:25, 250:20
**ALREADY** [34] - 15:16, 26:16, 74:8, 74:23, 75:12, 76:19, 80:10, 83:16, 83:18, 114:12, 119:25, 120:19, 135:17, 151:22, 153:5, 154:14, 158:25, 160:9, 161:6, 162:22, 164:13, 182:4, 183:3, 184:19, 185:18, 187:22, 190:10, 193:7, 239:8, 243:10, 244:5, 248:15, 279:8, 280:7
**ALSO** [57] - 4:13, 6:6, 6:18, 52:15, 55:17, 57:23, 83:7, 92:11, 92:23, 93:7, 93:15, 94:14, 96:5, 98:4, 102:25, 106:7, 110:1, 113:8, 119:18, 124:23, 124:25, 140:11, 144:25, 145:25, 150:3, 154:23, 156:6, 165:9, 176:9, 176:13, 186:14, 190:19, 192:6, 202:18, 207:15, 210:4, 230:4, 234:15, 235:2, 235:10, 236:5, 238:25, 247:16, 249:17, 252:7, 257:18, 260:6, 260:24, 267:24, 268:5, 268:11, 269:9, 269:14, 269:19, 270:16, 277:5, 281:2
**ALTHOUGH** [7] - 214:21, 221:18, 228:8, 239:3, 269:2, 271:9, 279:2
**ALWAYS** [9] - 175:15, 175:23, 208:10, 229:9, 230:2, 251:22, 273:5
**AM** [16] - 7:2, 10:21, 16:20, 18:19, 66:9, 70:23, 85:14, 106:25, 151:5, 183:1, 208:2, 242:12, 244:1, 255:3, 275:6, 277:24

**AMEND** [13] - 53:23, 196:18, 196:19, 197:2, 198:1, 198:2, 215:24, 216:2, 216:4, 244:15, 245:15, 247:20, 247:21
**AMENDED** [25] - 14:25, 20:3, 53:22, 79:8, 80:12, 104:21, 105:1, 134:21, 135:2, 173:4, 173:5, 176:13, 196:22, 196:24, 198:17, 199:5, 207:8, 208:21, 220:5, 242:20, 245:14, 245:18, 245:23, 253:10, 272:19
**AMMUNITION** [1] - 242:3
**AMOUNT** [12] - 39:2, 39:4, 39:5, 39:6, 144:14, 144:18, 145:1, 145:7, 217:18, 230:2, 257:4, 282:2
**AMOUNTS** [1] - 268:14
**AN** [231] - 5:23, 6:2, 7:5, 12:8, 13:18, 15:7, 15:12, 19:18, 20:2, 20:21, 21:10, 21:19, 22:10, 23:7, 23:9, 23:16, 25:15, 26:3, 26:14, 26:15, 26:16, 27:2, 27:15, 27:22, 29:2, 29:24, 32:3, 33:14, 34:10, 35:16, 37:5, 42:6, 43:12, 44:11, 46:23, 47:24, 48:21, 51:21, 52:16, 52:21, 53:17, 55:10, 56:18, 56:24, 60:3, 62:3, 62:9, 62:15, 63:14, 65:6, 67:13, 67:14, 68:1, 71:22, 73:8, 73:14, 74:6, 74:8, 75:14, 76:12, 78:19, 79:7, 79:8, 80:12, 85:18, 87:14, 87:21, 88:2, 88:14, 89:4, 89:23, 92:6, 95:12, 95:22, 96:21, 97:5, 97:9, 98:8, 103:2, 104:20, 113:23, 117:5, 118:4, 118:9, 121:12, 122:4, 123:11, 127:2,

127:6, 127:13,
129:14, 129:15,
129:17, 130:7,
132:1, 132:25,
133:11, 133:15,
134:10, 134:21,
135:2, 137:21,
140:18, 143:4,
147:8, 148:20,
149:10, 150:18,
150:22, 151:13,
151:19, 153:4,
160:16, 160:24,
161:13, 163:10,
166:20, 166:21,
168:12, 170:3,
170:17, 170:23,
171:3, 171:20,
174:10, 179:24,
180:6, 180:23,
181:9, 182:7,
182:24, 183:16,
185:3, 185:11,
188:16, 188:17,
189:9, 190:4, 190:5,
190:16, 191:1,
192:10, 194:10,
194:15, 194:25,
195:1, 195:19,
196:22, 199:13,
200:1, 205:12,
205:20, 207:8,
207:15, 207:19,
207:20, 208:20,
208:21, 208:23,
209:17, 211:14,
216:18, 218:8,
218:19, 220:5,
221:2, 221:7, 224:5,
224:9, 225:14,
225:16, 226:17,
226:21, 226:24,
230:4, 230:15,
230:16, 230:20,
230:22, 231:24,
232:1, 232:16,
232:21, 232:23,
238:23, 240:17,
240:21, 242:8,
242:22, 243:2,
243:11, 245:5,
251:8, 253:10,
255:16, 256:4,
257:21, 258:19,
259:11, 259:19,
260:2, 262:9,
263:10, 263:17,
264:2, 264:23,
265:4, 265:24,
266:1, 267:15,
268:1, 269:2,

269:15, 271:25,
272:24, 273:14,
273:25, 274:18,
275:21, 276:23,
278:18, 278:21,
280:3, 282:10
**ANALYSIS** [2] - 61:9,
258:2
**AND** [1053] - 2:5, 2:19,
3:3, 3:14, 3:22, 3:24,
3:25, 4:4, 4:7, 4:8,
4:12, 4:13, 4:21, 5:2,
5:5, 5:6, 5:20, 5:22,
5:24, 6:6, 6:8, 6:11,
6:14, 6:18, 7:8, 7:12,
7:19, 7:23, 8:17,
8:20, 9:3, 9:9, 9:13,
9:20, 9:22, 9:25,
10:1, 10:4, 10:15,
10:18, 11:7, 11:13,
11:21, 11:23, 12:2,
12:3, 12:4, 12:6,
12:8, 12:14, 13:9,
13:10, 13:14, 13:17,
13:25, 14:1, 14:15,
14:23, 14:24, 14:25,
15:1, 15:10, 15:13,
15:14, 15:16, 15:18,
15:20, 16:5, 16:6,
16:10, 17:3, 17:22,
17:25, 18:12, 19:5,
19:9, 19:15, 19:18,
20:2, 20:5, 20:10,
20:14, 20:17, 20:24,
20:25, 21:1, 21:25,
22:11, 22:17, 23:6,
23:12, 23:13, 24:2,
24:5, 24:11, 24:19,
24:23, 25:9, 25:24,
26:18, 27:3, 27:4,
27:9, 27:17, 27:23,
28:1, 28:9, 28:11,
28:15, 28:17, 28:24,
29:8, 29:16, 30:4,
30:6, 30:11, 31:4,
31:5, 31:6, 31:8,
31:14, 31:16, 31:24,
32:4, 32:21, 33:6,
33:20, 33:21, 34:16,
34:18, 37:6, 37:8,
37:12, 37:14, 37:18,
38:1, 38:18, 39:4,
39:13, 40:24, 41:1,
41:5, 41:10, 41:21,
42:25, 43:13, 44:2,
44:6, 44:12, 44:17,
44:23, 45:7, 45:18,
45:19, 46:13, 46:17,
47:3, 47:5, 47:16,
49:7, 49:11, 49:24,
50:13, 50:16, 50:17,

50:22, 51:6, 51:9,
51:11, 52:10, 52:16,
52:17, 52:19, 52:20,
52:25, 53:1, 53:8,
53:9, 53:13, 53:20,
54:10, 54:16, 55:3,
55:7, 55:11, 55:17,
56:14, 57:4, 57:11,
57:20, 57:23, 58:2,
58:3, 58:10, 58:15,
58:16, 58:18, 59:8,
59:9, 59:10, 59:22,
59:25, 60:18, 61:2,
61:7, 61:22, 62:5,
62:8, 62:22, 63:7,
63:15, 63:23, 63:25,
64:3, 64:6, 64:8,
64:13, 64:14, 65:8,
66:5, 66:13, 68:5,
68:16, 68:19, 68:22,
69:2, 69:12, 69:13,
70:3, 70:15, 70:20,
70:22, 71:4, 71:5,
72:11, 73:6, 73:7,
74:8, 75:1, 75:9,
75:14, 75:25, 76:25,
77:2, 77:3, 77:6,
77:9, 77:11, 77:14,
77:16, 77:17, 78:4,
79:8, 79:11, 79:19,
80:6, 80:8, 80:11,
80:12, 80:15, 81:19,
81:20, 82:1, 82:13,
83:7, 85:21, 86:6,
86:18, 86:19, 87:2,
87:5, 87:8, 87:19,
88:7, 89:4, 89:5,
90:11, 90:13, 90:15,
90:22, 90:24, 91:10,
91:11, 91:12, 91:19,
91:20, 91:24, 92:4,
92:11, 92:20, 92:25,
93:3, 93:5, 93:24,
94:8, 94:12, 94:22,
94:23, 94:24, 95:22,
95:23, 96:1, 96:3,
96:4, 96:6, 96:14,
96:16, 97:6, 97:9,
97:15, 97:20, 98:1,
98:7, 98:16, 98:17,
98:18, 98:20, 98:21,
98:25, 99:5, 99:6,
99:17, 99:21, 99:22,
100:8, 100:9, 101:1,
101:2, 101:3, 101:4,
101:23, 101:25,
102:1, 102:7, 102:9,
102:10, 102:20,
102:23, 102:24,
102:25, 103:2,
103:11, 103:14,

103:17, 103:18,
104:7, 104:19,
105:10, 106:8,
106:10, 106:13,
106:14, 106:15,
106:17, 106:25,
107:15, 107:20,
107:25, 108:8,
108:20, 109:3,
109:12, 109:13,
109:15, 109:17,
109:23, 110:7,
110:12, 110:23,
112:2, 113:2, 113:9,
113:15, 113:17,
113:19, 113:20,
113:24, 113:25,
114:2, 114:7,
115:16, 115:17,
115:19, 116:4,
116:9, 116:10,
116:11, 116:13,
116:17, 116:19,
116:21, 117:1,
117:3, 117:5, 117:7,
117:10, 117:12,
117:22, 118:12,
118:18, 119:1,
119:3, 119:18,
119:19, 119:20,
120:14, 120:16,
120:18, 121:18,
121:19, 121:22,
122:3, 122:12,
123:3, 123:8,
123:10, 123:19,
124:3, 124:4, 124:5,
124:8, 124:9,
124:10, 124:11,
124:13, 124:16,
124:21, 124:24,
125:5, 126:5,
126:11, 126:19,
126:20, 127:4,
128:13, 128:21,
129:16, 129:17,
130:24, 132:11,
132:23, 133:20,
133:21, 133:23,
133:25, 134:1,
134:7, 134:14,
135:3, 135:5,
135:16, 135:21,
136:3, 136:5, 136:6,
136:12, 136:24,
137:10, 138:3,
138:4, 138:7,
138:21, 138:22,
139:13, 139:14,
139:16, 139:18,
140:3, 140:5, 140:7,

140:8, 140:10,
140:16, 140:21,
140:24, 141:6,
141:10, 141:15,
141:17, 142:18,
142:20, 142:21,
142:25, 144:11,
144:16, 145:3,
145:4, 145:8,
145:11, 145:20,
145:25, 146:1,
146:2, 146:4,
146:11, 146:14,
146:15, 148:3,
148:4, 148:17,
148:22, 149:4,
149:19, 150:3,
150:13, 151:9,
151:11, 151:14,
151:20, 152:9,
152:22, 153:1,
153:10, 153:17,
154:20, 154:24,
154:25, 155:21,
156:7, 156:18,
157:3, 157:16,
157:17, 158:1,
158:13, 158:23,
159:6, 160:10,
160:18, 161:7,
161:12, 161:13,
161:18, 161:20,
162:10, 162:11,
162:12, 163:11,
163:15, 163:20,
163:22, 164:7,
165:8, 165:9,
165:12, 165:23,
166:1, 166:2, 166:4,
166:21, 166:24,
167:2, 167:4, 167:6,
167:10, 167:12,
167:16, 167:20,
167:21, 167:24,
168:2, 168:6, 168:9,
168:11, 168:18,
169:1, 169:4,
169:13, 169:16,
169:18, 169:23,
170:1, 170:3, 170:7,
170:19, 171:12,
171:15, 172:18,
172:23, 173:7,
173:19, 174:12,
174:13, 174:23,
175:3, 175:6,
175:11, 175:17,
175:18, 175:24,
176:2, 176:8, 176:9,
176:12, 176:15,
176:25, 177:5,

177:7, 177:8, 177:9, 177:13, 177:17, 177:20, 177:21, 177:24, 177:25, 178:3, 178:4, 178:9, 178:18, 178:24, 178:25, 179:3, 179:19, 180:5, 180:19, 180:20, 180:21, 181:18, 181:20, 181:23, 181:25, 182:1, 182:10, 182:12, 182:15, 182:16, 182:19, 182:22, 183:3, 183:18, 183:24, 184:5, 184:13, 184:18, 184:24, 186:8, 186:13, 186:14, 186:20, 187:10, 188:9, 189:6, 189:7, 190:20, 191:3, 191:10, 191:24, 192:8, 192:15, 193:3, 193:10, 193:14, 193:16, 194:6, 194:12, 194:13, 194:15, 195:9, 195:15, 195:23, 195:25, 196:6, 196:12, 196:14, 196:19, 196:21, 196:24, 197:5, 198:13, 198:17, 199:8, 199:12, 200:7, 201:11, 201:14, 202:7, 202:19, 203:2, 203:3, 203:9, 203:17, 204:12, 204:13, 204:17, 205:11, 205:19, 205:25, 206:3, 206:5, 206:6, 207:2, 207:5, 207:16, 207:17, 207:19, 207:20, 207:23, 208:1, 208:3, 208:4, 208:11, 208:15, 208:18, 208:20, 208:23, 209:2, 209:7, 209:14, 209:17, 209:18, 209:23, 209:25, 210:2, 210:5, 210:7, 210:8, 210:11, 210:12, 210:14, 210:16, 210:20, 210:23, 210:24, 211:2, 211:6,

211:12, 211:13, 211:24, 212:1, 212:2, 212:3, 212:16, 212:23, 213:1, 213:2, 213:8, 213:10, 213:11, 213:12, 213:17, 213:18, 213:21, 213:24, 214:1, 214:7, 214:13, 214:22, 214:25, 215:4, 215:11, 215:12, 215:14, 215:24, 215:25, 216:2, 216:3, 216:9, 216:12, 216:14, 216:16, 216:17, 216:18, 218:23, 221:13, 221:17, 221:19, 221:25, 222:18, 223:21, 224:2, 224:3, 224:11, 224:16, 224:17, 224:22, 225:11, 225:15, 225:19, 225:24, 226:5, 226:8, 226:9, 226:12, 228:8, 228:9, 228:21, 229:2, 229:21, 230:5, 230:7, 230:17, 230:22, 230:25, 231:2, 231:4, 231:12, 231:13, 231:14, 231:18, 231:21, 231:24, 231:25, 232:1, 232:9, 232:11, 232:13, 233:11, 233:13, 233:14, 234:2, 234:5, 234:8, 234:17, 234:21, 235:10, 235:17, 235:20, 236:8, 236:24, 237:17, 238:16, 238:17, 239:25, 240:7, 240:12, 240:19, 241:12, 241:15, 241:19, 242:20, 242:25, 243:6, 243:10, 243:12, 243:15, 244:3, 244:6, 244:15, 244:16, 244:19, 244:22, 245:5, 245:25, 246:4, 246:10, 246:12, 246:15, 246:21, 247:1, 247:2,

247:19, 247:25, 248:8, 248:9, 248:12, 248:24, 249:12, 249:13, 249:17, 249:20, 249:21, 249:22, 250:10, 250:12, 250:20, 250:25, 251:7, 251:8, 251:19, 251:21, 252:2, 252:7, 252:11, 252:16, 252:25, 253:9, 253:18, 254:22, 255:3, 255:6, 255:22, 256:6, 256:21, 256:24, 257:3, 257:5, 257:16, 257:20, 257:24, 258:2, 258:5, 258:24, 259:15, 259:18, 259:20, 259:23, 260:2, 260:7, 260:11, 260:15, 260:20, 260:21, 261:1, 261:3, 261:4, 261:5, 261:14, 261:19, 261:20, 261:21, 261:25, 262:1, 262:5, 262:8, 262:16, 263:9, 263:10, 263:13, 263:15, 263:17, 263:20, 263:22, 264:7, 264:16, 264:18, 264:20, 264:24, 265:3, 265:5, 265:9, 265:13, 265:14, 265:15, 265:17, 265:18, 265:20, 266:2, 266:19, 266:21, 267:2, 267:21, 268:1, 268:2, 268:8, 268:9, 268:12, 268:22, 268:23, 269:4, 269:13, 269:14, 269:17, 269:19, 269:22, 270:4, 270:20, 270:21, 271:4, 271:9, 271:12, 271:22, 271:24, 271:25, 272:17, 273:2, 273:8, 274:5, 274:6, 274:20, 275:6, 275:16, 275:17, 276:4, 276:13, 276:16, 276:17,

277:14, 277:18, 278:3, 278:6, 278:10, 278:20, 278:21, 278:22, 278:24, 278:25, 279:13, 279:15, 280:1, 280:4, 280:13, 280:14, 280:20, 280:24, 282:4, 282:5, 282:7, 282:8, 282:10, 283:3, 283:4, 283:8, 283:10
**AND/OR** [1] - 5:9
**ANOTHER** [26] - 23:7, 33:6, 55:11, 57:17, 64:6, 86:5, 94:14, 98:16, 99:12, 110:25, 121:21, 123:13, 138:5, 141:2, 146:13, 147:18, 157:10, 169:25, 179:1, 179:5, 180:25, 181:17, 181:22, 210:10, 264:7, 268:6
**ANSWER** [75] - 10:9, 19:4, 19:14, 19:19, 20:13, 23:8, 23:10, 27:23, 33:7, 44:11, 44:24, 44:25, 68:12, 77:12, 95:24, 96:6, 113:23, 114:3, 114:5, 116:7, 116:19, 117:22, 120:12, 121:22, 121:23, 123:12, 123:13, 137:3, 148:10, 163:5, 178:7, 196:3, 206:15, 206:16, 206:17, 207:15, 207:21, 217:21, 218:2, 218:4, 219:13, 219:16, 219:23, 220:5, 220:10, 220:12, 220:13, 220:16, 220:19, 220:21, 221:20, 221:21, 221:24, 233:4, 237:4, 237:9, 237:10, 237:11, 240:2, 240:3, 240:13, 240:14, 240:22, 242:12, 242:19, 243:5, 244:6, 244:8, 244:11, 245:24, 247:8
**ANSWERED** [10] -

24:25, 41:11, 76:19, 104:1, 140:3, 142:17, 142:19, 154:14, 184:25, 219:24
**ANSWERING** [2] - 219:22, 242:13
**ANSWERS** [7] - 10:8, 24:19, 36:4, 75:25, 77:7, 77:22, 223:18
**ANTHONY** [2] - 2:2, 3:21
**ANY** [165] - 7:5, 7:11, 9:18, 11:17, 12:6, 12:24, 19:6, 20:6, 20:8, 20:15, 20:18, 21:4, 21:5, 22:5, 22:12, 22:21, 22:22, 23:14, 24:10, 24:15, 24:16, 24:21, 25:1, 25:7, 25:8, 26:5, 27:6, 27:7, 30:25, 32:19, 33:9, 33:23, 33:25, 35:24, 36:2, 36:3, 41:14, 44:8, 45:13, 50:1, 50:7, 50:9, 50:10, 51:7, 53:5, 53:7, 54:12, 56:4, 57:12, 59:18, 66:6, 66:9, 66:24, 67:8, 70:1, 70:2, 70:17, 72:22, 73:13, 75:1, 75:8, 77:5, 77:24, 78:8, 79:12, 79:24, 80:19, 82:17, 82:24, 83:5, 84:24, 89:7, 89:15, 91:6, 92:3, 92:23, 95:11, 95:15, 102:5, 102:25, 103:4, 105:5, 109:12, 114:1, 114:4, 114:6, 116:20, 116:25, 127:4, 127:16, 131:21, 143:15, 145:13, 155:23, 156:2, 158:5, 158:15, 162:17, 164:6, 164:25, 169:11, 170:1, 171:13, 172:4, 172:7, 173:2, 173:23, 173:25, 174:2, 174:13, 177:18, 177:22, 178:13, 184:15, 187:19, 188:25, 196:9, 196:10, 198:3, 198:6, 198:9, 203:10, 210:15, 211:12, 214:8,

214:9, 215:16, 218:1, 218:16, 221:20, 225:3, 225:6, 227:4, 229:16, 234:13, 235:13, 238:3, 238:12, 239:19, 240:4, 241:2, 241:3, 248:17, 251:1, 256:22, 258:9, 262:7, 267:15, 271:18, 272:1, 273:15, 274:2, 275:3, 275:12, 276:5, 276:8, 278:19

**ANYBODY** [11] - 51:7, 54:12, 57:12, 59:18, 66:24, 70:16, 82:24, 143:15, 145:13, 187:19, 203:13

**ANYMORE** [2] - 117:3, 270:2

**ANYONE** [11] - 4:18, 29:2, 30:25, 45:13, 104:20, 111:2, 134:8, 185:11, 199:15, 205:12, 215:18

**ANYTHING** [64] - 21:8, 24:10, 24:21, 25:19, 32:23, 36:3, 36:8, 36:15, 37:20, 41:12, 43:1, 43:4, 44:20, 50:8, 56:25, 58:22, 65:15, 73:6, 73:9, 77:6, 77:25, 78:12, 81:24, 81:25, 90:6, 92:9, 92:16, 93:19, 95:7, 97:16, 98:18, 102:22, 104:7, 106:2, 120:18, 127:2, 129:6, 136:19, 139:23, 147:23, 147:24, 152:16, 163:13, 175:7, 186:24, 187:2, 195:20, 196:10, 196:12, 198:22, 210:24, 229:20, 250:3, 256:12, 256:15, 260:18, 262:8, 269:11, 271:14, 272:6, 275:9, 276:1, 276:9

**ANYWAY** [3] - 270:22, 272:19, 272:21

**APOLOGIES** [1] - 54:21

**APOLOGIZE** [32] -

20:16, 51:2, 78:22, 85:21, 85:25, 86:8, 107:2, 107:21, 111:18, 114:9, 114:11, 114:24, 121:6, 122:14, 122:23, 128:8, 135:14, 135:19, 137:1, 147:8, 147:18, 148:14, 149:14, 156:20, 160:19, 161:23, 162:5, 165:20, 175:21, 189:11, 195:5, 272:3

**APOLOGY** [1] - 54:20

**APP** [1] - 225:16

**APPARENT** [1] - 218:24

**APPARENTLY** [5] - 210:15, 210:17, 211:4, 232:14, 235:7

**APPEAL** [84] - 6:4, 8:22, 11:4, 11:6, 11:7, 13:9, 15:7, 15:10, 15:12, 25:15, 26:14, 26:15, 26:16, 26:25, 27:1, 27:2, 32:20, 42:5, 42:6, 42:7, 42:10, 42:11, 63:1, 68:16, 73:4, 73:5, 73:8, 73:10, 73:14, 73:17, 73:20, 74:2, 74:6, 75:14, 76:6, 76:13, 76:17, 89:23, 89:25, 90:2, 91:19, 99:1, 99:2, 99:18, 99:19, 122:20, 125:12, 125:14, 132:16, 132:19, 132:21, 144:15, 146:5, 146:6, 147:4, 147:5, 160:4, 160:16, 161:13, 161:15, 162:3, 164:7, 164:8, 164:10, 164:19, 209:18, 209:20, 212:11, 212:15, 213:5, 213:7, 213:13, 213:15, 214:10, 214:11, 214:13, 214:15, 224:5, 224:9, 224:22, 266:11, 266:12

**APPEALABLE** [1] - 159:16

**APPEALS** [1] - 224:9

**APPEAR** [1] - 19:5

**APPEARANCE** [5] - 4:4, 170:7, 200:2, 207:9, 210:19

**APPEARANCES** [4] - 2:1, 3:10, 3:13, 200:7

**APPEARED** [1] - 171:19

**APPEARING** [1] - 4:18

**APPEARS** [6] - 19:5, 64:6, 116:2, 169:2, 171:21, 273:1

**APPELLATE** [3] - 164:9, 245:16

**APPLICABLE** [1] - 21:21

**APPLIED** [1] - 183:4

**APPLY** [1] - 267:25

**APPLYING** [1] - 69:10

**APPRECIATE** [6] - 78:17, 202:2, 272:4, 275:11, 275:19, 283:18

**APPRISE** [1] - 182:9

**APPROACH** [1] - 264:18

**APPROPRIATE** [15] - 7:18, 41:3, 79:16, 80:25, 149:12, 243:12, 256:21, 258:17, 267:15, 277:13, 278:16, 278:21, 278:23, 280:19, 281:25

**APPROPRIATELY** [1] - 270:9

**APPROXIMATELY** [4] - 101:8, 158:19, 228:22, 228:23

**APRIL** [46] - 23:16, 28:19, 29:9, 37:17, 67:12, 67:15, 67:16, 68:1, 68:3, 68:8, 68:9, 68:17, 68:20, 68:21, 89:4, 90:8, 100:12, 108:23, 112:16, 112:18, 126:1, 126:4, 126:23, 127:10, 127:13, 133:6, 133:24, 152:11, 154:21, 156:1, 156:2, 178:21, 180:24, 182:14, 187:9, 187:11, 199:8, 207:21, 208:6, 215:22, 228:11, 229:1, 229:3, 251:9, 263:25, 273:15

**ARE** [262] - 3:17, 4:4, 5:2, 5:16, 6:11, 7:4, 7:6, 7:22, 7:25, 8:1, 8:14, 9:10, 9:15, 10:11, 10:16, 10:18, 11:5, 11:21, 11:25, 12:1, 12:17, 12:19, 12:20, 13:3, 14:6, 14:13, 15:9, 15:23, 15:25, 16:6, 16:12, 16:21, 17:9, 17:10, 20:23, 20:25, 21:24, 26:13, 27:25, 28:1, 28:21, 29:1, 30:7, 30:21, 35:9, 36:6, 36:14, 38:2, 45:1, 45:10, 46:1, 46:2, 46:5, 46:22, 47:5, 47:12, 47:23, 47:25, 48:3, 48:5, 48:10, 49:2, 50:25, 54:7, 54:22, 57:10, 57:16, 60:21, 60:23, 62:25, 63:1, 63:7, 63:9, 63:12, 63:24, 63:25, 65:1, 65:5, 66:6, 66:15, 66:19, 67:18, 69:18, 73:14, 73:17, 73:22, 74:4, 75:3, 76:7, 79:6, 85:12, 85:22, 86:1, 93:18, 94:25, 97:18, 98:16, 105:25, 107:8, 107:9, 107:24, 108:2, 110:25, 111:6, 111:14, 111:15, 112:15, 112:17, 112:24, 112:25, 114:12, 120:2, 121:13, 124:6, 124:11, 125:4, 127:18, 128:7, 129:7, 129:8, 133:11, 134:3, 134:6, 135:10, 137:11, 137:12, 137:17, 139:20, 142:1, 142:5, 142:7, 142:23, 143:9, 143:12, 143:20, 147:1, 147:9, 147:24, 147:25, 151:1, 151:6, 151:19, 152:15, 152:18, 152:21, 153:21, 155:3, 155:5, 156:13, 156:14, 158:20, 158:22, 158:23, 160:9, 160:24, 162:24, 163:20,

164:15, 165:2, 165:6, 171:16, 179:15, 180:5, 180:6, 182:3, 182:13, 182:24, 187:16, 189:20, 191:2, 191:16, 192:19, 193:6, 193:18, 194:7, 196:17, 202:21, 202:22, 202:24, 203:11, 205:2, 206:12, 206:19, 211:11, 212:22, 215:2, 217:10, 217:21, 219:11, 219:12, 219:19, 219:21, 221:1, 224:7, 224:25, 225:6, 225:9, 226:6, 226:10, 227:8, 227:18, 227:20, 229:8, 229:23, 232:13, 232:23, 233:23, 235:16, 236:16, 236:17, 236:18, 237:13, 240:15, 242:13, 245:7, 246:5, 246:8, 247:9, 252:15, 256:22, 258:25, 259:25, 261:5, 262:1, 262:4, 262:13, 265:19, 265:25, 266:17, 266:20, 266:22, 268:16, 269:2, 269:6, 269:10, 269:11, 269:23, 270:13, 271:9, 271:15, 273:8, 274:23, 276:14, 277:11, 277:12, 277:14, 277:20, 279:14, 280:1, 280:22, 281:24, 282:8, 283:10

**AREAS** [1] - 87:2

**ARGUE** [2] - 142:7, 254:23

**ARGUED** [1] - 254:24

**ARGUING** [2] - 149:9, 276:8

**ARGUMENT** [7] - 7:10, 13:20, 206:10, 212:23, 218:6, 269:2, 282:1

**ARISE** [2] - 7:6, 7:7

**ARISEN** [1] - 77:20

**ARISES** [1] - 265:23

**ARISING** [1] - 262:8
**ARIZONA** [1] - 269:12
**AROSE** [2] - 43:14, 43:16
**AROUND** [32] - 8:1, 23:21, 27:14, 32:11, 33:11, 35:2, 37:16, 38:23, 52:16, 53:24, 69:3, 69:6, 69:11, 166:18, 182:14, 186:8, 187:9, 204:19, 207:17, 207:21, 207:22, 208:5, 210:12, 210:18, 215:7, 252:9, 253:24, 254:8, 267:24
**ARRANGED** [2] - 177:23, 178:19
**ARRANGING** [1] - 178:11
**ARTICLE** [1] - 43:12
**ARTICULATED** [1] - 274:10
**ARTOM** [183] - 2:8, 4:3, 4:5, 4:6, 8:3, 8:6, 9:2, 9:14, 10:9, 10:13, 10:18, 10:22, 10:25, 11:1, 12:21, 13:7, 14:11, 15:9, 15:22, 15:25, 16:8, 16:18, 16:20, 16:23, 17:6, 17:7, 17:10, 17:15, 17:18, 18:4, 18:7, 18:8, 18:15, 27:19, 27:21, 27:24, 28:5, 28:18, 28:23, 29:10, 29:13, 29:16, 29:22, 30:2, 30:14, 30:19, 30:23, 31:10, 31:11, 31:18, 31:20, 31:22, 36:11, 37:23, 42:4, 45:2, 45:6, 45:11, 49:9, 49:13, 49:14, 50:2, 56:17, 56:22, 56:23, 57:5, 57:14, 59:19, 59:25, 60:1, 66:25, 67:14, 67:20, 72:17, 72:19, 72:24, 73:5, 73:11, 78:8, 78:10, 81:11, 81:14, 82:25, 83:1, 85:12, 85:14, 86:19, 86:24, 88:5, 88:9, 88:18, 88:21, 88:23, 88:25, 100:15, 102:14, 129:20, 130:3, 130:10, 130:18, 130:20, 130:25, 131:6,

134:11, 143:4, 150:10, 152:21, 152:23, 153:13, 153:15, 153:18, 158:15, 158:17, 166:2, 172:3, 172:5, 198:3, 198:7, 199:18, 199:19, 202:10, 202:11, 202:20, 203:12, 205:3, 205:5, 205:10, 206:4, 210:13, 210:14, 211:4, 211:24, 212:20, 213:1, 213:9, 213:24, 214:4, 214:10, 214:14, 215:5, 216:15, 216:17, 216:23, 216:25, 217:3, 217:8, 217:12, 217:15, 218:3, 218:8, 218:22, 219:7, 219:12, 219:20, 220:1, 220:4, 220:12, 220:25, 222:4, 222:8, 225:9, 227:2, 266:20, 267:3, 267:14, 267:17, 268:10, 269:8, 270:8, 270:16, 271:15, 271:17, 280:15, 280:22, 280:23, 281:8, 281:9, 281:16, 281:17, 282:12, 285:4, 285:9, 285:19
**ARTOM-GINZBURG** [177] - 2:8, 4:3, 4:5, 4:6, 8:3, 8:6, 9:2, 9:14, 10:9, 10:13, 10:18, 10:22, 10:25, 11:1, 12:21, 13:7, 14:11, 15:9, 15:22, 15:25, 16:8, 16:18, 16:20, 16:23, 17:6, 17:7, 17:10, 17:15, 17:18, 18:4, 18:7, 18:8, 18:15, 27:19, 27:21, 27:24, 28:5, 28:18, 28:23, 29:10, 29:13, 29:16, 29:22, 30:2, 30:14, 30:19, 30:23, 31:10, 31:11, 31:18, 31:20, 31:22, 36:11, 37:23, 42:4, 45:2, 45:6, 45:11, 49:9, 49:13, 49:14, 50:2, 56:17, 56:22,

56:23, 57:5, 57:14, 59:19, 59:25, 60:1, 66:25, 72:17, 72:19, 72:24, 73:5, 73:11, 78:8, 78:10, 81:11, 81:14, 82:25, 83:1, 85:12, 85:14, 86:19, 86:24, 88:5, 88:9, 88:18, 88:21, 88:23, 88:25, 100:15, 102:14, 129:20, 130:3, 130:10, 130:18, 130:20, 130:25, 134:11, 150:10, 152:21, 152:23, 153:13, 153:15, 153:18, 158:15, 158:17, 166:2, 172:3, 172:5, 198:3, 198:7, 199:18, 199:19, 202:11, 202:20, 205:3, 205:5, 205:10, 206:4, 210:13, 210:14, 211:4, 211:24, 212:20, 213:1, 213:9, 213:24, 214:4, 214:10, 214:14, 215:5, 216:15, 216:17, 216:23, 216:25, 217:3, 217:8, 217:12, 217:15, 218:3, 218:8, 218:22, 219:7, 219:12, 219:20, 220:1, 220:4, 220:12, 220:25, 222:4, 222:8, 225:9, 227:2, 266:20, 267:3, 267:14, 267:17, 268:10, 269:8, 270:8, 270:16, 271:15, 271:17, 280:15, 280:22, 280:23, 281:8, 281:9, 281:16, 281:17, 282:12, 285:4, 285:9, 285:19
**ARTOM-GINZBURG'S** [5] - 67:14, 67:20, 131:6, 202:10, 203:12
**AS** [290] - 4:18, 6:2, 6:19, 6:25, 7:25, 8:3, 8:15, 9:5, 9:6, 9:18, 10:9, 11:15, 11:25, 12:5, 12:7, 13:12, 14:2, 14:17, 15:2,

21:17, 22:8, 23:20, 24:9, 28:6, 28:7, 28:8, 28:25, 29:4, 30:15, 31:2, 31:6, 32:20, 34:6, 36:22, 38:18, 39:5, 39:14, 40:10, 40:18, 42:2, 42:18, 43:1, 43:13, 43:14, 43:19, 44:4, 45:15, 45:20, 45:21, 46:24, 50:13, 50:23, 51:2, 51:5, 51:9, 51:10, 53:4, 53:12, 53:13, 54:5, 54:14, 56:15, 56:18, 56:24, 57:9, 59:14, 59:25, 61:3, 61:13, 61:18, 61:22, 61:23, 63:16, 64:15, 64:24, 66:23, 68:16, 68:19, 70:14, 70:24, 70:25, 72:20, 75:8, 75:20, 75:23, 76:4, 77:22, 79:11, 80:9, 82:12, 83:7, 83:8, 91:4, 93:23, 99:16, 100:5, 103:2, 104:12, 105:3, 105:7, 106:7, 109:5, 113:10, 114:12, 114:14, 114:24, 115:15, 116:19, 119:2, 125:1, 125:2, 127:11, 127:21, 128:19, 129:14, 129:15, 129:17, 131:3, 133:11, 134:13, 135:17, 135:21, 138:13, 139:6, 140:4, 140:11, 140:14, 140:23, 141:4, 141:19, 141:22, 143:10, 144:7, 144:10, 144:19, 145:2, 145:12, 145:14, 148:20, 150:22, 151:5, 153:4, 157:18, 159:21, 164:3, 165:12, 168:21, 169:4, 169:18, 169:24, 170:5, 172:17, 172:18, 173:7, 174:10, 177:21, 178:25, 179:6, 180:6, 181:23, 183:19, 184:24, 184:25, 190:20, 191:22, 191:23, 195:1, 195:9, 195:10,

197:4, 201:21, 203:20, 203:25, 204:25, 205:4, 207:11, 207:23, 208:15, 209:12, 210:2, 210:5, 210:22, 213:6, 213:18, 213:21, 214:16, 216:6, 217:13, 217:25, 218:1, 218:9, 219:3, 219:21, 219:24, 221:10, 225:3, 226:21, 230:15, 231:17, 231:22, 232:9, 232:18, 233:1, 235:4, 235:5, 235:7, 239:15, 240:24, 241:20, 241:22, 243:7, 243:18, 243:25, 244:5, 245:13, 246:15, 246:25, 249:10, 249:14, 250:25, 251:10, 251:18, 258:1, 258:6, 258:16, 259:13, 261:6, 262:15, 263:5, 265:1, 265:2, 265:20, 266:4, 266:22, 267:4, 267:15, 267:22, 267:25, 268:18, 268:19, 269:1, 269:24, 270:22, 271:1, 271:4, 272:13, 273:14, 273:15, 274:24, 275:11, 277:2, 277:10, 277:19, 278:11, 278:14, 279:2, 279:11, 280:11, 280:17, 281:2, 281:20
**ASAP** [1] - 156:24
**ASIDE** [1] - 73:6
**ASK** [48] - 16:1, 35:6, 41:18, 41:22, 53:16, 60:2, 64:18, 65:2, 72:14, 75:20, 76:3, 76:5, 76:12, 77:11, 82:2, 82:7, 84:16, 84:20, 85:23, 95:12, 110:22, 113:20, 113:22, 142:3, 147:16, 148:6, 149:3, 149:8, 159:5, 166:2, 166:6, 176:7, 177:13, 183:24, 194:5, 197:24,

202:8, 213:10,
216:16, 217:25,
218:4, 220:20,
225:7, 226:11,
242:15, 243:11,
247:15, 249:7
**ASKED** [59] - 23:19,
25:10, 28:19, 30:15,
35:25, 40:24, 42:4,
43:18, 44:10, 49:24,
55:11, 59:8, 83:16,
83:20, 87:14, 89:23,
90:24, 91:1, 93:2,
93:7, 96:5, 97:4,
99:18, 101:19,
102:8, 102:25,
108:3, 108:17,
110:7, 117:21,
119:18, 123:8,
123:9, 126:5,
132:13, 142:14,
142:15, 142:18,
145:25, 148:2,
150:4, 151:1,
155:16, 157:1,
157:2, 163:25,
164:3, 169:4, 177:7,
179:10, 207:10,
208:14, 211:12,
211:13, 213:16,
231:6, 233:13,
239:4, 275:20
**ASKING** [43] - 23:17,
25:2, 43:19, 46:5,
46:7, 50:6, 58:25,
63:11, 65:3, 65:5,
65:9, 74:14, 77:5,
82:9, 83:25, 92:12,
93:15, 96:25, 98:20,
107:25, 108:11,
108:25, 116:8,
122:4, 122:8,
124:12, 147:10,
147:13, 160:9,
177:11, 177:12,
182:15, 184:17,
192:18, 193:23,
202:19, 220:16,
223:25, 237:2,
241:2, 242:13,
244:1, 281:19
**ASPERSION** [1] -
271:1
**ASSEMBLY** [1] -
29:24
**ASSENT** [1] - 11:7
**ASSENTED** [1] - 11:4
**ASSERT** [2] - 242:18,
265:6
**ASSERTING** [1] -

244:23
**ASSERTION** [3] - 6:2,
134:10, 143:4
**ASSERTS** [2] - 6:15,
6:18
**ASSESSED** [2] -
282:25, 283:3
**ASSETS** [2] - 270:7,
270:10
**ASSIGNED** [2] -
267:20, 268:3
**ASSOCIATES** [2] -
2:19, 260:24
**ASSOCIATION** [2] -
230:17, 231:19
**ASSOCIATIONS** [3] -
230:24, 262:24,
277:17
**ASSUME** [2] - 165:25,
203:2
**ASSUMED** [1] - 229:7
**ASSUMING** [2] -
34:16, 63:15
**ASSUMPTION** [1] -
120:10
**ASSURED** [1] - 196:6
**AT** [305] - 4:21, 6:1,
6:18, 8:25, 9:1, 9:20,
10:16, 13:8, 15:11,
18:2, 18:10, 19:12,
19:16, 22:12, 22:23,
23:3, 24:13, 24:20,
25:1, 25:6, 25:9,
25:14, 26:9, 26:18,
26:23, 30:8, 32:5,
33:3, 33:13, 34:18,
35:4, 36:6, 36:8,
39:3, 40:12, 41:18,
41:19, 42:7, 42:10,
42:17, 47:23, 47:25,
48:10, 49:22, 53:7,
53:22, 54:5, 55:22,
56:19, 57:1, 59:20,
59:21, 60:1, 60:7,
61:10, 61:20, 62:14,
62:24, 63:5, 63:18,
63:19, 64:3, 64:11,
65:23, 66:6, 67:18,
70:7, 70:10, 71:21,
71:23, 73:8, 74:21,
75:11, 77:1, 77:15,
77:16, 78:14, 80:8,
84:8, 85:2, 88:19,
89:6, 89:18, 90:14,
90:15, 91:16, 91:18,
92:3, 93:19, 94:10,
95:11, 98:23, 98:25,
100:9, 101:12,
102:23, 104:5,
104:20, 105:2,

105:6, 105:12,
105:19, 105:21,
105:22, 106:6,
106:10, 106:13,
106:19, 108:18,
109:1, 109:4, 110:3,
110:21, 114:14,
117:2, 117:14,
119:10, 119:24,
120:18, 120:23,
120:24, 121:5,
121:13, 122:22,
123:6, 125:14,
126:14, 126:16,
127:7, 127:19,
128:23, 129:3,
129:7, 129:8, 130:9,
131:20, 132:6,
133:21, 134:17,
134:20, 135:17,
136:7, 136:21,
136:23, 137:9,
139:1, 139:21,
139:25, 140:13,
140:15, 140:18,
140:19, 143:24,
144:1, 144:4,
145:12, 145:18,
145:24, 149:23,
149:24, 149:25,
152:1, 152:15,
152:18, 153:21,
155:5, 155:12,
157:3, 157:17,
158:1, 158:4,
158:11, 160:24,
162:12, 162:17,
162:23, 163:2,
164:6, 165:14,
165:19, 166:18,
168:5, 168:14,
169:14, 170:21,
171:9, 171:20,
173:2, 173:18,
174:3, 177:10,
179:11, 180:24,
181:1, 181:15,
182:4, 183:12,
184:9, 185:22,
186:13, 187:16,
188:3, 188:11,
188:25, 189:5,
190:17, 191:6,
196:4, 198:3, 198:6,
198:9, 198:11,
199:7, 200:4,
201:15, 203:8,
208:14, 208:17,
209:21, 210:23,
211:1, 211:8, 212:9,
212:10, 213:22,

214:8, 215:1,
215:10, 216:16,
216:19, 216:21,
218:7, 218:9,
218:18, 223:7,
225:6, 227:8,
227:17, 229:9,
230:11, 232:20,
234:11, 235:21,
238:16, 239:11,
239:20, 244:25,
245:4, 245:12,
246:17, 247:22,
252:7, 253:13,
253:23, 255:7,
255:19, 256:18,
256:21, 256:22,
257:14, 259:2,
259:12, 261:12,
261:13, 263:15,
263:16, 264:1,
264:4, 264:15,
264:19, 264:21,
264:24, 265:7,
265:21, 265:25,
266:21, 267:1,
267:9, 268:18,
268:22, 269:5,
269:14, 270:10,
271:24, 273:12,
273:22, 274:4,
274:18, 274:24,
276:10, 276:14,
276:24, 277:7,
277:8, 280:12,
281:23, 282:3,
282:5, 282:18,
283:20
**ATMOSPHERIC** [1] -
218:18
**ATOM** [1] - 30:10
**ATOM-GINZBURG** [1]
- 30:10
**ATTACH** [5] - 12:22,
12:24, 129:14,
129:15, 220:10
**ATTACHED** [33] -
8:15, 12:25, 25:18,
27:23, 49:3, 55:10,
62:16, 92:7, 129:16,
134:22, 138:5,
143:7, 150:18,
150:19, 150:21,
151:10, 151:11,
176:4, 188:13,
188:15, 188:19,
190:7, 190:22,
191:4, 192:6,
192:25, 193:15,
194:13, 214:4,

214:23, 234:22,
261:22
**ATTACHES** [1] - 199:4
**ATTACHING** [2] -
27:16, 151:20
**ATTACHMENT** [10] -
47:4, 188:16,
188:17, 190:4,
190:5, 190:21,
194:25, 195:2,
220:21, 235:15
**ATTACHMENTS** [9] -
47:3, 60:21, 60:23,
152:12, 193:10,
195:10, 205:19,
205:22
**ATTACKS** [1] - 216:9
**ATTEMPT** [3] -
171:20, 234:11,
254:23
**ATTEMPTED** [2] -
95:16, 233:8
**ATTEMPTS** [4] -
93:12, 125:1, 265:1,
267:24
**ATTEND** [6] - 34:8,
35:6, 35:15, 109:21,
109:23, 170:15
**ATTENTION** [12] -
72:7, 120:21,
142:12, 144:5,
179:23, 179:25,
185:2, 187:14,
201:1, 228:13,
230:25, 262:2
**ATTEST** [1] - 248:25
**ATTORNEY** [31] -
3:21, 9:20, 17:20,
24:9, 72:15, 99:12,
117:5, 122:25,
147:8, 169:25,
170:4, 175:10,
179:1, 179:5, 180:3,
181:17, 181:22,
182:24, 191:21,
194:22, 199:12,
200:1, 200:6,
200:14, 211:14,
213:21, 230:15,
230:16, 232:12,
232:13, 236:15
**ATTORNEY'S** [2] -
259:19, 260:2
**ATTORNEY-CLIENT**
[1] - 72:15
**ATTORNEY/CLIENT**
[1] - 9:9
**ATTORNEYS** [1] -
129:17
**ATTORNEYS'** [7] -

33:6, 33:15, 96:9,
96:13, 96:18,
272:10, 272:13
**AUGUST** [5] - 33:9,
107:18, 206:25,
229:5, 259:5
**AUTHOR** [1] - 70:19
**AUTHORED** [1] - 82:5
**AUTHORITIES** [1] -
230:21
**AUTHORITY** [2] -
168:19, 231:20
**AUTHORIZATION** [2]
- 197:7, 260:20
**AUTHORIZE** [3] -
38:16, 38:19, 100:20
**AUTHORIZED** [2] -
42:16, 272:12
**AVAILABLE** [6] -
10:20, 55:20, 62:23,
268:4, 271:5, 279:19
**AVENUE** [1] - 224:18
**AVERAGE** [1] -
228:23
**AVOID** [5] - 153:3,
170:1, 240:16,
263:18, 264:12
**AVOIDING** [1] -
243:17
**AWARD** [7] - 258:23,
260:5, 264:11,
264:13, 273:23,
274:25, 275:7
**AWARDED** [1] -
281:24
**AWARE** [57] - 22:25,
23:3, 23:9, 24:15,
27:12, 33:16, 33:17,
35:23, 39:19, 39:21,
52:24, 53:1, 55:25,
56:2, 58:19, 66:9,
73:14, 73:16, 73:19,
74:7, 79:6, 80:2,
80:8, 80:12, 87:11,
91:21, 92:2, 93:22,
95:24, 96:10, 98:8,
99:25, 100:3, 100:4,
104:19, 105:12,
106:20, 112:15,
168:4, 169:12,
169:15, 169:17,
170:10, 170:17,
174:22, 176:12,
176:13, 182:6,
196:17, 219:19,
221:1, 248:21,
248:24, 266:21,
269:9, 280:22,
280:23
**AWAY** [4] - 16:16,

94:12, 104:1, 206:10

## B

**B-TO-B** [1] - 94:8
**BACK** [80] - 14:22,
18:19, 19:5, 19:20,
22:16, 22:20, 24:14,
25:22, 28:3, 31:21,
36:23, 36:24, 52:4,
53:2, 53:24, 62:8,
63:5, 67:12, 69:8,
70:7, 71:9, 71:21,
72:11, 77:11, 84:10,
85:6, 85:7, 85:9,
85:17, 86:7, 86:12,
86:17, 86:18, 90:8,
92:16, 92:20, 95:20,
98:20, 99:21, 99:23,
100:12, 106:9,
107:8, 109:6,
110:23, 116:8,
116:9, 116:15,
118:22, 126:14,
126:23, 131:9,
133:1, 134:1, 134:7,
137:16, 137:17,
142:16, 151:22,
152:11, 156:7,
165:14, 165:18,
165:23, 177:4,
178:2, 198:10,
215:24, 217:4,
221:10, 230:12,
240:19, 255:22,
256:6, 256:18,
257:1, 258:15, 270:9
**BACKGROUND** [1] -
182:2
**BACKTRACKING** [1] -
257:17
**BACKWARDS** [1] -
65:25
**BAD** [4] - 124:2,
133:2, 169:13,
236:11
**BALL** [2] - 261:24,
263:8
**BANK** [12] - 25:3,
93:1, 93:5, 93:16,
95:21, 107:25,
108:11, 142:21,
146:2, 228:10,
229:17, 269:10
**BANKING** [1] - 142:18
**BANKRUPTCY** [2] -
270:20, 279:1
**BAR** [7] - 217:16,
230:17, 230:24,
231:19, 262:23,

277:16, 277:17
**BARRY** [26] - 4:6,
16:9, 24:2, 50:13,
50:17, 63:15, 63:25,
66:6, 69:9, 69:11,
86:21, 133:20,
138:6, 167:20,
168:11, 168:16,
168:18, 177:2,
177:5, 177:7,
177:21, 177:24,
178:3, 178:15,
215:2, 285:8
**BARS** [2] - 277:18
**BASED** [21] - 13:12,
24:18, 56:7, 61:4,
62:20, 63:10, 65:9,
65:13, 69:22, 116:2,
195:18, 206:24,
207:17, 209:7,
210:17, 215:11,
215:12, 221:24,
254:21, 265:20,
274:14
**BASIC** [1] - 271:12
**BASICALLY** [14] -
25:7, 25:13, 44:6,
44:16, 75:22, 78:3,
82:12, 90:14, 93:3,
120:16, 125:4,
161:14, 178:5,
271:23
**BASIS** [21] - 61:3,
70:18, 70:24, 71:1,
74:2, 91:6, 118:1,
122:19, 123:21,
147:7, 168:2,
170:20, 185:14,
216:7, 222:17,
252:6, 253:16,
253:17, 275:5,
275:14, 282:7
**BATHROOM** [2] -
36:18, 107:2
**BAY** [4] - 93:19,
102:23, 145:24,
162:13
**BE** [254] - 3:25, 4:12,
4:23, 7:12, 7:19,
10:4, 10:8, 11:17,
12:9, 13:1, 13:3,
13:7, 13:12, 13:25,
14:1, 14:6, 15:8,
17:14, 21:20, 22:7,
24:25, 25:2, 28:18,
31:19, 36:6, 39:23,
40:5, 42:6, 43:4,
43:20, 44:12, 44:17,
45:1, 46:10, 47:8,
47:15, 50:4, 50:18,

52:21, 53:4, 53:9,
53:14, 53:15, 54:9,
55:20, 59:5, 59:9,
62:22, 64:6, 67:2,
70:19, 73:18, 76:2,
76:9, 78:23, 79:17,
80:3, 80:4, 80:25,
81:2, 84:3, 85:5,
85:7, 85:22, 90:24,
91:1, 92:21, 93:8,
93:11, 94:7, 95:6,
97:4, 97:24, 99:4,
99:14, 101:10,
101:11, 101:14,
101:15, 102:16,
102:22, 103:1,
103:6, 103:19,
106:8, 106:15,
110:7, 110:9,
110:10, 117:10,
117:22, 119:14,
119:16, 119:19,
120:5, 121:16,
126:13, 127:6,
128:10, 129:7,
131:3, 132:10,
133:13, 135:2,
135:17, 136:18,
137:15, 138:7,
139:17, 140:22,
141:20, 143:23,
147:17, 147:21,
150:4, 153:1, 154:4,
154:18, 158:23,
159:18, 160:10,
162:21, 164:18,
165:11, 165:14,
165:21, 167:18,
167:25, 168:14,
168:17, 169:25,
170:20, 171:19,
172:21, 173:19,
176:9, 178:17,
179:4, 179:5,
179:24, 180:9,
181:23, 181:25,
184:18, 184:23,
185:24, 186:20,
187:22, 189:16,
190:7, 191:3,
191:13, 193:2,
193:8, 195:25,
196:1, 196:7,
196:13, 196:22,
199:22, 200:1,
200:2, 201:12,
202:19, 203:3,
205:11, 205:23,
206:8, 208:12,
208:16, 209:24,
210:16, 211:15,

211:16, 212:6,
213:14, 216:17,
217:10, 223:18,
223:20, 223:23,
224:4, 224:23,
224:25, 225:7,
227:25, 229:12,
230:4, 230:5, 232:2,
237:8, 238:25,
240:8, 241:18,
243:6, 243:16,
245:14, 247:2,
247:24, 247:25,
251:16, 253:15,
253:19, 254:9,
255:10, 256:9,
257:12, 260:1,
260:11, 260:20,
260:23, 264:21,
266:1, 267:10,
267:19, 267:22,
268:1, 268:7,
268:10, 268:11,
269:16, 269:23,
270:5, 270:8, 271:4,
273:20, 274:19,
275:19, 276:2,
276:7, 276:10,
276:24, 277:5,
277:6, 277:21,
278:16, 278:24,
279:4, 279:19,
281:17, 282:25,
283:1, 283:3, 283:6,
283:14
**BEAR** [16] - 7:11,
8:16, 105:17,
114:19, 115:21,
120:25, 125:24,
128:25, 131:12,
134:19, 135:8,
137:19, 139:7,
142:13, 155:15,
173:15
**BEARING** [1] - 218:16
**BECAME** [3] - 35:23,
73:16, 102:9
**BECAUSE** [127] - 7:17,
9:1, 9:5, 14:21,
25:12, 25:14, 26:17,
37:22, 43:20, 50:3,
53:14, 59:20, 61:15,
63:1, 63:9, 64:4,
64:5, 65:5, 65:14,
75:20, 77:19, 77:21,
82:18, 84:4, 90:15,
91:10, 92:13, 93:8,
93:9, 93:16, 94:11,
94:17, 97:2, 98:11,
98:17, 99:16, 99:20,
106:12, 107:18,

112:7, 112:8, 115:18, 117:2, 117:5, 117:9, 117:10, 119:19, 119:22, 120:7, 120:10, 122:1, 124:6, 125:5, 125:18, 126:19, 127:9, 128:24, 130:16, 132:12, 132:14, 139:11, 139:17, 145:5, 145:21, 146:10, 148:2, 149:21, 150:4, 151:25, 152:16, 158:5, 179:19, 181:22, 184:21, 189:9, 191:1, 197:4, 198:24, 200:9, 201:23, 207:14, 209:3, 210:21, 211:1, 211:11, 212:5, 212:15, 213:8, 213:13, 215:25, 216:1, 220:7, 220:22, 221:9, 221:12, 224:1, 226:1, 226:3, 227:12, 229:23, 229:25, 230:1, 231:5, 231:6, 234:21, 236:14, 237:25, 238:22, 239:13, 239:21, 242:8, 242:11, 247:2, 247:4, 249:19, 251:17, 254:10, 257:25, 260:17, 262:5, 264:17, 265:3, 268:25, 272:16, 275:21, 281:19
**BECOME** [2] - 98:8, 218:24
**BECOMES** [1] - 269:15
**BEEN** [114] - 5:17, 6:5, 6:7, 6:9, 6:23, 8:6, 11:16, 18:1, 19:6, 20:10, 21:6, 23:1, 23:4, 36:9, 37:14, 37:17, 38:14, 39:1, 42:9, 43:7, 44:3, 44:9, 44:19, 44:21, 46:13, 46:14, 52:1, 53:1, 65:14, 75:13, 77:3, 83:16, 83:18, 84:11, 90:21, 93:20, 94:24, 95:15, 95:21, 101:4, 101:17,

103:17, 105:3, 106:17, 106:18, 130:8, 139:16, 151:22, 158:25, 159:19, 160:6, 164:13, 167:9, 167:12, 173:4, 174:8, 174:12, 174:16, 176:1, 183:4, 185:18, 191:25, 197:11, 203:7, 203:11, 207:1, 211:23, 213:15, 214:22, 220:12, 220:13, 221:14, 224:21, 226:5, 226:20, 226:21, 226:25, 229:6, 229:24, 229:25, 230:6, 233:13, 243:15, 246:15, 246:16, 250:14, 253:1, 254:1, 254:8, 255:14, 259:11, 259:15, 260:14, 263:23, 264:1, 266:11, 266:14, 266:15, 266:25, 269:20, 271:20, 271:21, 272:20, 273:5, 274:8, 274:9, 274:21, 275:17, 277:24, 280:16, 280:19, 280:24, 283:12
**BEFORE** [67] - 1:16, 10:21, 11:2, 12:13, 25:25, 27:11, 28:21, 31:25, 37:18, 37:25, 40:15, 42:21, 45:5, 46:11, 53:2, 57:16, 68:6, 70:13, 82:14, 83:2, 96:17, 97:13, 100:6, 105:6, 105:24, 106:2, 112:12, 115:24, 116:24, 119:16, 126:1, 134:25, 136:13, 137:5, 142:17, 144:24, 145:11, 145:22, 154:16, 155:8, 169:5, 176:2, 183:25, 189:10, 198:7, 202:7, 209:24, 210:18, 213:20, 215:24, 220:13, 224:14, 229:11, 231:7, 232:11, 232:14,

232:24, 233:10, 233:20, 233:24, 253:21, 254:14, 271:5, 276:5, 281:18, 282:19, 283:9
**BEGIN** [1] - 14:16
**BEGINNING** [5] - 22:6, 91:11, 96:14, 187:9, 265:21
**BEHALF** [10] - 6:5, 42:21, 76:11, 170:8, 200:2, 202:17, 206:15, 210:1, 261:9, 275:13
**BEHIND** [2] - 14:14, 200:8
**BEING** [64] - 3:4, 5:18, 8:22, 9:7, 9:11, 12:17, 12:18, 14:18, 15:2, 15:12, 23:18, 32:24, 32:25, 35:2, 35:4, 38:3, 43:2, 44:25, 52:2, 52:24, 53:5, 53:6, 56:2, 58:20, 58:24, 58:25, 68:17, 71:2, 71:18, 71:20, 71:21, 75:24, 80:5, 80:6, 84:4, 94:15, 104:15, 104:23, 107:23, 108:3, 110:12, 115:20, 117:1, 120:17, 125:14, 125:15, 135:4, 168:3, 172:15, 200:18, 204:20, 204:25, 208:7, 209:15, 216:5, 216:21, 236:7, 240:11, 247:5, 254:18, 254:21, 258:23, 270:19, 275:14
**BELATED** [1] - 259:14
**BELIEF** [1] - 216:15
**BELIEVE** [137] - 6:11, 9:5, 9:8, 10:3, 13:7, 19:9, 19:12, 19:23, 20:8, 21:6, 21:18, 22:4, 22:19, 22:21, 23:5, 23:15, 24:5, 24:20, 26:24, 28:10, 31:21, 33:13, 34:4, 35:7, 35:14, 38:8, 39:17, 40:8, 43:11, 47:9, 56:4, 60:18, 66:7, 66:9, 67:6, 69:8, 71:25, 72:3, 72:25, 73:3, 73:12,

74:6, 74:21, 75:19, 79:12, 79:19, 87:19, 90:2, 90:6, 90:10, 92:17, 93:9, 94:3, 94:19, 96:25, 98:1, 99:2, 103:14, 104:17, 105:4, 108:23, 110:8, 110:10, 110:15, 113:13, 114:12, 115:10, 116:17, 116:23, 118:24, 122:3, 123:9, 123:13, 123:14, 125:3, 126:9, 128:9, 129:21, 131:23, 133:13, 139:13, 148:7, 150:3, 151:15, 155:10, 157:13, 161:1, 161:4, 164:20, 167:6, 169:23, 176:15, 178:24, 179:6, 180:11, 180:13, 180:25, 181:20, 182:7, 182:20, 183:8, 184:16, 184:24, 185:17, 189:24, 196:22, 208:18, 211:9, 213:8, 214:3, 214:17, 216:8, 222:7, 224:10, 224:25, 227:10, 228:18, 230:15, 233:7, 236:25, 237:13, 237:17, 237:22, 242:7, 252:11, 252:22, 254:9, 254:15, 255:10, 256:13, 257:17, 261:14, 263:24, 275:13, 279:18, 280:25
**BELIEVED** [8] - 24:1, 24:3, 40:11, 52:12, 75:13, 84:8, 94:1, 210:8
**BELOW** [1] - 157:6
**BENCH** [1] - 9:23
**BENCHMARK** [1] - 79:22
**BENEFIT** [2] - 14:20, 40:16
**BESET** [1] - 262:20
**BESIDE** [1] - 136:9
**BESIDES** [1] - 276:19
**BEST** [5] - 94:25, 119:22, 169:21, 261:12, 269:4

**BETTER** [5] - 38:9, 76:10, 81:2, 167:13, 169:25
**BETWEEN** [48] - 18:1, 19:15, 20:5, 20:14, 20:17, 22:17, 27:8, 48:22, 50:12, 52:19, 52:25, 55:6, 56:14, 87:4, 87:8, 92:3, 96:13, 102:1, 109:13, 113:5, 114:2, 114:7, 135:21, 136:2, 136:4, 136:5, 136:11, 136:17, 138:2, 139:13, 139:15, 139:18, 140:6, 140:8, 140:24, 141:10, 159:6, 177:20, 178:9, 184:5, 184:17, 196:10, 214:24, 216:9, 216:11, 226:12, 230:16, 257:23
**BEYOND** [1] - 258:21
**BIG** [1] - 263:15
**BIGGER** [1] - 270:11
**BILL** [3] - 163:11, 163:14, 269:19
**BILLING** [1] - 163:6
**BIT** [13] - 4:20, 5:14, 8:5, 42:4, 87:3, 163:4, 163:8, 175:13, 218:6, 256:20, 262:14, 281:14, 281:15
**BLACK** [1] - 159:10
**BLANK** [1] - 96:7
**BLANKET** [5] - 64:23, 124:25, 161:12, 264:25, 265:6
**BLESS** [1] - 47:1
**BLOWING** [1] - 135:10
**BLUE** [5] - 85:21, 92:14, 211:12, 248:12, 248:15
**BOARDS** [1] - 262:24
**BOB** [7] - 101:14, 133:15, 133:24, 140:5, 140:16, 140:18, 140:21
**BODY** [1] - 64:18
**BOG** [3] - 273:2, 274:14, 274:15
**BOGER** [2] - 166:22, 194:13
**BOND** [34] - 67:7, 68:16, 68:19, 68:22, 68:23, 69:2, 69:4,

69:6, 69:10, 69:12, 75:2, 75:3, 75:4, 75:5, 75:6, 75:9, 75:16, 75:21, 92:15, 92:18, 92:22, 121:24, 121:25, 122:1, 144:12, 144:16, 144:19, 145:7, 145:18, 145:20, 145:22, 224:17, 250:25, 251:8

**BONDSMEN** [1] - 92:15

**BOTH** [27] - 13:10, 48:22, 49:10, 53:20, 72:20, 76:12, 77:16, 113:10, 113:15, 113:25, 116:21, 134:14, 142:20, 168:8, 173:19, 176:17, 184:8, 184:24, 212:11, 223:21, 224:3, 240:12, 250:20, 257:3, 268:24

**BOTHER** [1] - 189:21

**BOTTLE** [1] - 16:16

**BOTTOM** [3] - 41:19, 62:14, 184:9

**BOUNDS** [1] - 277:13

**BOX** [2] - 2:3, 140:10

**BOXES** [1] - 250:5

**BREAK** [11] - 36:21, 85:8, 86:15, 107:2, 107:7, 158:13, 165:7, 165:13, 165:16, 176:2, 256:25

**BREAKS** [1] - 48:14

**BRIEF** [8] - 32:10, 43:10, 78:24, 82:10, 83:13, 91:8, 199:21, 283:11

**BRIEFLY** [8] - 19:17, 41:11, 43:24, 83:23, 84:15, 200:23, 213:22, 222:15

**BRIEFS** [1] - 274:11

**BRING** [7] - 59:10, 106:7, 109:5, 169:24, 231:5, 243:15, 268:1

**BRINGING** [6] - 166:20, 168:12, 169:19, 170:3, 181:21, 186:7

**BRINGS** [1] - 60:10

**BROAD** [2] - 61:9, 218:11

**BROKE** [2] - 35:12, 99:21

**BROUGHT** [14] - 17:21, 27:18, 79:21, 80:6, 167:8, 167:9, 217:24, 228:12, 230:25, 231:16, 232:5, 243:7, 243:16, 273:2

**BRYAN** [2] - 2:2, 3:21

**BUENZLE** [7] - 3:1, 16:24, 166:7, 180:15, 180:17, 206:20, 279:24

**BUILDING** [1] - 163:19

**BUREAUS** [1] - 107:20

**BURNER** [1] - 234:10

**BUSIER** [1] - 271:2

**BUSINESS** [10] - 93:16, 93:17, 94:7, 101:25, 102:22, 146:3, 242:9, 243:5, 260:24, 269:10

**BUSINESSMEN** [1] - 236:16

**BUSTLE** [1] - 262:16

**BUT** [215] - 4:3, 5:7, 5:25, 6:13, 7:7, 7:15, 8:8, 9:21, 10:5, 10:13, 10:15, 11:6, 11:16, 12:5, 12:15, 12:21, 12:23, 13:13, 14:13, 14:20, 15:8, 15:10, 17:14, 21:8, 21:13, 21:24, 22:7, 22:20, 23:5, 24:12, 25:7, 27:13, 27:25, 29:25, 30:7, 30:16, 33:12, 34:15, 35:3, 36:8, 36:17, 38:8, 39:1, 39:20, 39:22, 43:1, 47:21, 48:21, 49:14, 49:23, 51:2, 52:23, 53:19, 55:20, 56:6, 57:6, 61:14, 62:7, 63:11, 63:15, 63:21, 63:25, 64:2, 64:22, 66:4, 66:10, 67:6, 68:7, 69:14, 69:21, 72:11, 73:13, 74:7, 74:21, 75:11, 76:14, 78:22, 79:21, 83:14, 83:24, 84:6, 85:22, 85:24, 90:6, 90:14, 91:16, 99:2, 100:7, 108:2, 108:3, 108:9, 112:22, 115:9, 116:23, 117:13, 123:14,

124:19, 125:7, 126:10, 131:19, 134:6, 134:21, 135:15, 141:17, 141:25, 147:8, 147:11, 148:19, 154:15, 154:19, 157:4, 158:23, 163:5, 165:9, 169:9, 172:23, 176:13, 178:13, 181:13, 186:9, 186:12, 187:1, 187:2, 187:16, 188:15, 188:23, 190:3, 190:16, 191:14, 191:17, 192:24, 197:3, 197:21, 201:17, 202:18, 202:22, 206:18, 208:9, 208:11, 208:16, 209:22, 210:1, 210:22, 212:20, 213:3, 214:7, 214:13, 215:20, 216:19, 218:9, 218:20, 222:14, 224:13, 225:10, 228:1, 228:18, 229:10, 230:1, 230:5, 230:9, 232:12, 232:14, 235:8, 235:14, 235:20, 236:17, 237:10, 240:21, 241:9, 242:9, 242:12, 243:21, 245:1, 249:1, 252:13, 253:15, 253:25, 254:8, 255:4, 255:11, 255:15, 255:22, 256:10, 256:12, 258:2, 259:21, 260:1, 260:24, 261:3, 262:15, 263:5, 263:12, 263:16, 264:3, 266:17, 267:11, 267:23, 268:5, 268:11, 270:8, 270:13, 272:23, 274:1, 274:12, 274:24, 277:4, 277:13, 278:4, 278:17, 279:14, 279:18, 279:25, 281:15, 282:18, 283:2

**BUTTON** [1] - 187:15

**BUY** [2] - 107:15,

259:6

**BY** [185] - 1:24, 1:24, 7:16, 8:8, 9:9, 12:21, 14:12, 16:13, 17:18, 19:6, 24:25, 27:4, 27:21, 31:11, 31:22, 33:6, 33:20, 37:3, 37:23, 38:11, 39:19, 40:17, 45:25, 48:9, 48:18, 49:9, 51:16, 54:18, 58:7, 58:20, 59:22, 60:14, 60:25, 61:24, 63:23, 66:16, 67:10, 67:25, 70:4, 70:9, 71:7, 76:23, 79:1, 80:15, 81:17, 83:11, 83:20, 83:22, 85:6, 85:7, 86:12, 86:24, 88:9, 88:25, 92:1, 93:11, 96:9, 96:21, 100:19, 103:19, 104:10, 104:19, 107:13, 107:22, 111:13, 111:16, 112:11, 113:9, 114:15, 115:2, 117:1, 118:25, 120:20, 121:9, 121:23, 122:16, 128:20, 131:8, 131:22, 132:14, 133:17, 134:11, 135:23, 137:13, 138:6, 139:2, 139:19, 141:13, 142:11, 143:3, 145:17, 147:20, 148:1, 148:11, 149:16, 151:17, 154:13, 155:11, 156:21, 159:4, 159:12, 160:14, 161:10, 162:1, 163:24, 164:17, 166:17, 166:21, 167:9, 171:19, 171:21, 172:11, 173:24, 173:25, 175:5, 176:22, 179:22, 181:3, 184:1, 186:2, 188:5, 193:12, 194:9, 195:8, 197:16, 198:15, 199:24, 200:25, 201:7, 202:20, 203:10, 207:1, 212:6, 214:25, 217:3, 217:15, 219:7, 220:3, 220:4, 220:25, 225:21,

228:5, 231:1, 234:2, 234:19, 235:8, 235:9, 235:11, 236:21, 237:12, 237:18, 238:9, 238:14, 241:5, 241:15, 245:19, 249:9, 252:4, 254:5, 258:11, 258:24, 263:3, 264:15, 265:3, 265:14, 272:12, 276:8, 277:23, 281:15, 285:4, 285:5, 285:6, 285:7, 285:9, 285:10, 285:11, 285:12, 285:14, 285:15, 285:16, 285:18, 285:19, 285:20, 285:21

**BYRNE** [1] - 1:13

**C**

**CALL** [113] - 8:5, 8:10, 10:21, 20:4, 37:25, 38:2, 38:12, 53:8, 55:25, 56:3, 56:4, 66:6, 66:7, 66:8, 66:11, 66:12, 66:19, 68:6, 68:8, 68:9, 71:14, 71:16, 71:17, 83:2, 85:13, 89:2, 89:3, 92:20, 94:8, 97:21, 97:23, 98:5, 98:13, 98:15, 99:3, 101:1, 109:2, 110:2, 110:3, 110:22, 113:19, 113:24, 115:19, 115:24, 116:4, 116:6, 116:8, 116:13, 116:15, 119:13, 124:10, 126:1, 126:3, 139:5, 141:5, 141:8, 141:10, 141:17, 141:18, 141:21, 147:1, 147:24, 150:7, 150:8, 150:9, 154:21, 157:12, 157:18, 158:4, 163:15, 177:20, 178:2, 178:4, 178:6, 178:9, 178:11, 178:17, 178:19, 178:21, 178:23, 179:2, 179:3, 179:7, 182:14, 182:17, 184:17, 201:13, 201:21, 215:2, 226:6, 230:8,

240:20, 242:9,
242:23, 243:3,
248:20, 249:5,
250:11, 250:12,
250:24, 251:3,
251:11, 251:13,
251:14, 251:16,
251:17, 251:20,
251:21
**CALLED** [39] - 17:22,
49:25, 53:11, 71:9,
90:11, 92:15, 92:16,
92:20, 94:6, 94:8,
94:9, 98:12, 101:3,
107:21, 109:15,
110:6, 110:11,
110:17, 110:23,
111:2, 113:9, 116:9,
116:12, 116:13,
116:14, 116:21,
157:13, 157:17,
157:25, 177:7,
177:19, 210:18,
211:6, 211:10,
230:4, 243:4, 255:5,
276:2
**CALLING** [5] - 10:13,
16:22, 182:14,
202:19, 211:11
**CALLS** [49] - 19:4,
21:4, 22:1, 22:3,
22:16, 23:11, 24:22,
49:25, 50:1, 50:5,
66:17, 67:6, 67:12,
87:7, 89:2, 94:15,
96:16, 113:4, 113:8,
113:10, 113:15,
113:18, 113:24,
114:2, 114:4, 116:3,
116:19, 116:20,
116:25, 122:7,
141:13, 154:23,
158:6, 177:18,
196:10, 207:25,
208:9, 214:22,
214:23, 214:24,
215:3, 215:5, 215:6,
240:24, 241:9
**CALM** [1] - 102:11
**CAME** [15] - 15:17,
34:12, 46:4, 46:5,
67:8, 89:22, 92:13,
95:9, 95:11, 95:22,
96:17, 134:5, 176:4,
195:1, 199:6
**CAMEL'S** [1] - 99:21
**CAMERA** [3] - 47:13,
47:21, 88:19
**CAMILLO** [1] - 2:8
**CAN** [128] - 7:23, 9:25,

13:3, 16:3, 16:24,
20:16, 28:3, 30:6,
31:21, 36:17, 45:21,
47:13, 47:14, 50:11,
51:2, 55:13, 57:4,
60:18, 61:12, 61:25,
62:10, 65:3, 70:10,
72:7, 75:18, 76:18,
79:23, 81:9, 84:17,
85:22, 85:24, 88:20,
91:23, 92:12, 92:14,
94:12, 96:7, 102:24,
105:17, 105:20,
107:1, 114:17,
116:3, 119:22,
120:21, 120:24,
123:20, 124:10,
127:15, 127:22,
127:23, 129:24,
130:4, 130:19,
130:25, 131:15,
131:16, 133:8,
134:21, 134:24,
136:23, 138:6,
138:7, 142:3,
142:12, 143:23,
144:4, 144:22,
145:24, 149:8,
150:24, 152:17,
153:1, 153:9,
154:11, 156:24,
158:14, 159:1,
159:10, 160:19,
161:21, 161:24,
166:7, 178:2,
178:22, 179:25,
185:2, 187:5, 187:7,
187:14, 188:3,
190:9, 190:17,
195:10, 197:10,
198:1, 198:14,
203:7, 222:14,
222:24, 225:7,
225:13, 226:24,
230:18, 232:25,
236:22, 240:13,
242:11, 242:13,
242:25, 243:20,
252:23, 255:22,
256:21, 258:1,
260:1, 268:6,
268:18, 268:20,
269:5, 270:5,
270:13, 276:11,
276:20, 283:11
**CAN'T** [11] - 9:12,
10:7, 10:14, 17:14,
59:24, 75:7, 86:5,
96:7, 118:16,
128:23, 174:18
**CANDID** [1] - 213:6

**CANNOT** [2] - 136:22,
269:14
**CAPABILITY** [1] -
227:1
**CAPITAL** [10] - 1:4,
2:12, 4:7, 17:23,
20:22, 38:18, 91:17,
153:22, 219:10,
258:25
**CAPTION** [5] - 173:15,
237:20, 237:23,
262:3, 274:6
**CAPTIONS** [1] - 238:1
**CAR** [3] - 107:15,
107:20, 259:6
**CARD** [7] - 11:9,
26:25, 89:24,
163:15, 192:5,
194:11, 269:13
**CARE** [4] - 28:15,
44:25, 143:25,
173:11
**CAREFULLY** [1] -
257:2
**CARRIER** [5] - 150:14,
224:21, 225:3,
225:7, 241:13
**CARRY** [1] - 218:9
**CASE** [221] - 3:20,
5:20, 5:21, 6:10,
6:15, 6:17, 12:17,
14:16, 15:14, 19:2,
23:17, 23:23, 23:24,
24:4, 24:12, 30:15,
32:20, 33:21, 34:19,
36:1, 37:5, 37:15,
38:17, 39:12, 39:15,
39:19, 39:24, 40:2,
40:5, 40:9, 40:11,
40:21, 41:6, 41:13,
43:2, 44:4, 46:4,
48:15, 51:24, 52:6,
52:15, 52:17, 52:18,
53:4, 53:6, 59:9,
61:8, 72:8, 75:8,
75:13, 75:14, 75:23,
76:1, 77:6, 77:9,
77:23, 78:3, 82:12,
82:16, 83:23, 90:9,
90:14, 90:15, 90:20,
90:22, 90:25, 91:2,
91:11, 91:12, 93:20,
94:2, 94:15, 95:2,
97:3, 98:10, 100:1,
101:18, 103:12,
103:15, 106:14,
106:16, 108:21,
109:9, 110:15,
111:1, 112:20,
112:22, 117:8,

117:12, 117:13,
117:22, 117:23,
119:20, 119:21,
120:5, 120:10,
120:13, 120:14,
120:16, 121:21,
124:5, 125:17,
126:16, 126:17,
144:14, 147:2,
147:5, 147:25,
150:20, 150:21,
152:9, 154:2,
154:17, 159:21,
159:22, 162:7,
162:22, 162:23,
163:1, 167:14,
168:10, 170:1,
173:4, 173:15,
173:16, 174:21,
175:6, 175:17,
176:11, 176:12,
176:15, 179:6,
179:9, 182:1,
182:19, 183:7,
183:9, 184:7,
184:24, 186:15,
188:10, 188:22,
198:20, 200:7,
200:10, 207:5,
208:7, 208:11,
208:12, 209:4,
210:21, 210:22,
210:23, 211:15,
211:19, 214:18,
215:9, 216:6,
219:10, 219:11,
219:25, 220:14,
222:20, 225:11,
228:7, 232:17,
233:7, 233:11,
233:19, 233:21,
233:23, 233:24,
236:17, 237:20,
237:23, 238:1,
238:3, 238:17,
241:22, 241:23,
242:2, 244:13,
244:14, 246:6,
246:7, 247:7,
249:14, 255:15,
255:17, 256:3,
256:6, 256:8,
258:18, 260:8,
261:2, 261:11,
261:22, 261:25,
262:7, 262:25,
266:10, 266:11,
266:13, 267:9,
268:14, 268:21,
269:1, 269:7,
270:17, 272:12,

272:18, 273:9,
274:11, 274:16,
274:17, 275:2,
275:15, 276:16,
278:14
**CASE-IN-CHIEF** [1] -
12:17
**CASES** [21] - 3:17,
6:24, 12:14, 13:15,
56:19, 57:16, 155:1,
155:22, 173:19,
218:17, 257:4,
263:7, 266:9,
268:21, 268:24,
278:15, 278:19,
279:8, 279:10,
279:11
**CASUAL** [1] - 176:16
**CAUSE** [16] - 5:23,
14:15, 24:21, 37:11,
127:16, 160:22,
212:3, 232:17,
232:23, 234:4,
265:24, 265:25,
266:4, 266:6, 273:2,
278:21
**CAUSED** [1] - 210:21
**CAVEAT** [1] - 84:22
**CC** [2] - 140:11, 150:2
**CC'D** [3] - 87:21,
139:14, 213:3
**CC'ED** [1] - 58:18
**CD** [1] - 231:23
**CDS** [2] - 231:13,
231:14
**CEASE** [1] - 148:4
**CELL** [3] - 177:19,
225:15, 230:11
**CERTAIN** [8] - 37:7,
53:19, 82:8, 147:9,
148:22, 233:9,
241:6, 241:15
**CERTAINLY** [21] -
8:12, 9:10, 10:2,
12:16, 13:14, 38:10,
57:5, 217:11,
226:25, 227:23,
255:1, 255:2, 259:9,
261:19, 263:12,
268:8, 268:24,
273:15, 276:12,
276:23, 280:18
**CERTIFICATION** [82] -
21:16, 23:17, 23:22,
23:24, 24:3, 24:5,
24:8, 24:17, 28:19,
30:11, 30:12, 30:14,
41:5, 41:8, 41:9,
41:16, 68:3, 81:5,
81:7, 81:12, 82:1,

82:5, 82:11, 90:9, 100:7, 105:15, 106:3, 106:16, 106:19, 108:16, 108:19, 109:7, 109:8, 126:2, 126:6, 126:8, 126:11, 126:15, 133:20, 133:22, 133:23, 134:3, 134:5, 134:23, 150:17, 150:21, 150:22, 151:22, 151:25, 152:1, 152:5, 152:6, 152:8, 155:17, 156:6, 168:24, 169:2, 169:6, 170:20, 170:25, 171:5, 171:8, 171:17, 173:14, 173:17, 175:11, 175:12, 176:10, 176:17, 206:7, 234:16, 236:25, 237:19, 237:24, 248:22, 249:3, 249:15, 249:20, 249:24, 250:1, 250:5, 250:13
**CERTIFICATIONS**[4] - 151:9, 237:25, 238:4, 238:8
**CERTIFIED**[1] - 6:17
**CERTIFY**[2] - 238:5, 284:1
**CETERA**[2] - 14:18, 181:25
**CHADDS**[1] - 2:21
**CHAIN**[24] - 62:6, 62:19, 63:16, 63:19, 64:3, 64:4, 64:9, 65:19, 65:20, 122:18, 126:10, 127:24, 128:19, 138:21, 140:7, 140:9, 141:24, 151:16, 154:19, 155:6, 155:18, 155:19, 235:9, 235:14
**CHAINS**[1] - 235:7
**CHALLENGE**[1] - 17:5
**CHALLENGED**[1] - 197:5
**CHAMBERS**[3] - 110:3, 111:3, 129:18
**CHANCE**[6] - 110:22, 114:14, 165:7, 166:2, 193:14, 275:9

**CHANGE**[2] - 98:16, 274:7
**CHANGES**[2] - 192:23, 274:2
**CHARACTERIZE**[2] - 172:17, 192:18
**CHARACTERIZED**[1] - 170:5
**CHARGES**[1] - 163:11
**CHECK**[4] - 229:1, 229:13, 253:16, 254:19
**CHECKED**[2] - 228:10, 250:6
**CHESTER**[1] - 2:20
**CHESTNUT**[1] - 2:9
**CHIEF**[2] - 12:17, 278:8
**CHOICES**[1] - 260:1
**CHOOSE**[1] - 163:5
**CHOP**[1] - 159:1
**CHOSE**[1] - 4:25
**CHRISTMAS**[1] - 252:9
**CHRISTMASTIME**[1] - 253:24
**CIRCUIT**[7] - 124:5, 125:19, 144:15, 190:10, 224:9, 224:14, 227:20
**CIRCULATED**[1] - 205:18
**CIRCUMSTANCES**[5] - 23:21, 39:7, 72:3, 242:2, 277:1
**CITE**[2] - 119:8, 152:25
**CITED**[1] - 64:16
**CITY**[1] - 271:21
**CIVIL**[4] - 1:2, 1:6, 167:4, 244:16
**CIVILIAN**[1] - 103:9
**CLAIM**[16] - 8:22, 212:19, 226:10, 227:21, 227:24, 227:25, 267:11, 268:20, 270:20, 273:18, 273:20, 274:5, 274:8, 274:13, 276:17
**CLAIMED**[7] - 64:17, 150:10, 150:12, 211:23, 212:5, 235:11, 235:13
**CLAIMING**[2] - 206:7, 213:24
**CLAIMS**[8] - 166:25, 168:6, 168:7, 186:22, 207:6,

207:16, 211:17, 244:23
**CLARIFY**[4] - 4:1, 12:19, 189:15, 242:25
**CLARITY**[4] - 3:13, 173:23, 174:13, 281:12
**CLASS**[1] - 235:12
**CLASSIFIED**[1] - 241:22
**CLEAN**[2] - 135:10, 160:25
**CLEAR**[40] - 4:23, 6:12, 11:4, 24:12, 28:1, 44:5, 54:9, 57:11, 77:7, 85:2, 107:21, 112:25, 134:12, 142:24, 143:5, 143:10, 144:6, 147:21, 153:20, 154:5, 156:13, 171:16, 190:21, 212:7, 217:9, 217:22, 222:20, 225:11, 259:2, 260:16, 261:16, 265:16, 266:23, 267:1, 275:20, 276:14, 276:18, 278:25, 283:6, 283:14
**CLEARER**[1] - 224:11
**CLEARLY**[2] - 142:7, 223:22
**CLERK**[4] - 3:3, 166:10, 229:16, 279:21
**CLERK'S**[3] - 110:4, 111:4, 262:21
**CLICK**[1] - 16:13
**CLIENT**[19] - 72:15, 79:4, 81:13, 92:17, 92:19, 144:25, 145:4, 145:8, 184:13, 190:10, 193:16, 240:16, 241:4, 248:8, 249:10, 249:11, 250:21, 274:4, 275:13
**CLIENT'S**[3] - 59:21, 274:3, 281:14
**CLIENTS**[51] - 6:3, 6:19, 8:8, 9:17, 11:3, 14:24, 15:1, 15:11, 37:12, 39:12, 176:24, 209:1, 209:14, 210:20, 211:5, 211:22,

212:2, 212:11, 213:2, 213:10, 221:16, 223:17, 224:16, 224:23, 226:4, 226:6, 237:20, 239:13, 239:20, 241:3, 249:21, 256:10, 258:23, 259:3, 259:14, 259:22, 260:4, 261:7, 261:17, 264:4, 264:5, 265:13, 269:9, 270:7, 273:8, 278:13, 281:22, 282:25, 283:4
**CLIENTS'**[2] - 261:24, 281:7
**CLOSE**[3] - 28:20, 260:23, 282:18
**CLOSED**[1] - 45:7
**CM**[1] - 1:19
**CO**[2] - 184:14, 197:6
**CO-COUNSEL**[1] - 184:14
**CO-PLAINTIFFS**[1] - 197:6
**COACHING**[2] - 148:10, 148:14
**COLLEAGUES**[2] - 169:4, 271:1
**COLLECT**[2] - 75:7, 76:2
**COLLECTED**[2] - 209:15, 210:7
**COLLECTING**[1] - 210:6
**COLLECTION**[8] - 25:11, 32:19, 67:8, 75:2, 75:10, 92:13, 92:23, 93:12
**COLLECTIVELY**[1] - 171:10
**COM**[1] - 191:24
**COMBINED**[19] - 46:19, 46:22, 47:2, 51:12, 54:17, 58:4, 67:4, 71:6, 143:18, 145:15, 155:14, 161:8, 188:1, 203:22, 204:2, 204:7, 204:10, 204:16, 205:15
**COME**[26] - 9:6, 12:13, 12:20, 31:4, 46:8, 71:4, 80:15, 187:20, 203:15, 203:20, 204:1, 217:4, 229:2, 229:3, 229:4, 241:19,

255:7, 256:6, 263:5, 268:21, 270:25, 274:23, 280:13, 282:10
**COMES**[1] - 274:3
**COMING**[9] - 45:14, 57:13, 97:9, 183:7, 184:7, 184:23, 200:6, 201:23, 272:18
**COMMENT**[1] - 142:8
**COMMENTARY**[5] - 122:10, 122:15, 142:3, 142:5, 142:6
**COMMENTS**[1] - 236:9
**COMMITTEE**[1] - 278:9
**COMMON**[4] - 19:19, 36:4, 77:12, 270:18
**COMMUNICATE**[2] - 148:2, 258:22
**COMMUNICATED**[2] - 113:3, 172:24
**COMMUNICATING**[2] - 157:4, 194:16
**COMMUNICATION**[18] - 19:7, 21:5, 22:5, 22:9, 22:12, 27:6, 29:6, 33:25, 37:22, 40:1, 46:7, 50:5, 72:22, 89:8, 111:24, 112:19, 112:20, 148:4
**COMMUNICATIONS**[25] - 9:5, 9:16, 9:20, 17:20, 28:7, 28:9, 37:23, 37:24, 40:20, 46:11, 46:12, 49:8, 49:12, 49:18, 50:7, 50:12, 111:20, 111:22, 112:10, 112:11, 112:16, 112:18, 113:1, 113:5, 278:13
**COMPANY**[11] - 17:22, 20:24, 20:25, 21:1, 22:11, 37:8, 74:9, 94:8, 94:17, 94:20, 118:25
**COMPEL**[2] - 264:2, 266:16
**COMPELLED**[1] - 265:15
**COMPELLING**[3] - 15:18, 265:4, 271:8
**COMPILATION**[2] - 74:16, 74:19
**COMPILE**[3] - 49:12, 50:2, 111:22

**COMPILED** [4] - 49:9, 49:18, 51:23, 111:21
**COMPLAINT** [75] - 6:20, 14:25, 42:15, 42:21, 42:25, 43:3, 43:6, 43:13, 43:15, 43:19, 43:21, 44:13, 51:22, 53:22, 53:23, 54:1, 79:8, 79:10, 79:23, 80:9, 80:12, 80:21, 81:1, 91:3, 104:21, 105:1, 134:21, 135:2, 135:4, 172:13, 173:3, 173:4, 173:5, 176:13, 188:13, 188:19, 189:2, 189:25, 190:1, 191:4, 192:7, 192:14, 192:25, 193:14, 194:14, 195:12, 195:19, 195:21, 196:12, 196:22, 196:24, 198:17, 199:5, 205:20, 206:25, 207:8, 225:1, 242:8, 242:17, 242:20, 244:15, 245:14, 245:18, 245:23, 246:13, 246:20, 247:16, 247:21, 247:22, 252:7, 267:18, 268:2, 268:16, 272:20
**COMPLETE** [7] - 49:20, 70:16, 87:14, 161:9, 161:19, 221:15, 244:11
**COMPLETELY** [1] - 243:17
**COMPLIANCE** [13] - 15:13, 15:15, 189:21, 233:8, 233:9, 234:11, 250:15, 261:10, 262:19, 262:20, 263:20, 264:17, 266:16
**COMPLIED** [3] - 93:3, 234:8, 234:9
**COMPLY** [6] - 6:16, 224:13, 234:2, 234:6, 263:11, 268:5
**COMPORT** [1] - 87:8
**COMPUTER** [10] - 1:24, 1:24, 62:10, 85:19, 85:23, 86:2, 86:3, 135:18, 137:22, 225:16

**COMPUTER-AIDED** [1] - 1:24
**CONCEAL** [1] - 273:7
**CONCEPT** [3] - 222:22, 222:24, 265:17
**CONCERN** [6] - 77:19, 168:2, 186:19, 186:25, 247:23, 268:9
**CONCERNED** [9] - 12:1, 12:7, 14:22, 17:9, 167:10, 168:5, 186:21, 197:8, 240:15
**CONCERNS** [2] - 267:19, 277:15
**CONCLUDED** [1] - 41:2
**CONCLUSION** [4] - 10:16, 223:7, 223:8, 257:8
**CONCURRENT** [3] - 168:6, 168:7, 186:22
**CONDUCT** [6] - 5:17, 6:22, 7:3, 11:21, 266:2, 276:1
**CONDUCTED** [2] - 1:14, 40:25
**CONFER** [1] - 229:16
**CONFERENCE** [1] - 268:7
**CONFERRED** [1] - 229:19
**CONFERRING** [1] - 193:16
**CONFIRM** [8] - 28:10, 105:2, 121:8, 143:3, 189:16, 245:5, 248:18, 249:16
**CONFIRMATION** [6] - 225:18, 225:20, 226:20, 258:6, 259:9, 261:7
**CONFIRMED** [5] - 8:24, 197:25, 211:25, 221:17, 249:22
**CONFIRMING** [3] - 134:6, 143:6, 192:16
**CONFLICT** [1] - 170:5
**CONFRONTED** [2] - 94:18, 257:17
**CONFUSED** [2] - 151:1, 221:18
**CONFUSION** [2] - 210:21, 280:16
**CONNECT** [3] - 15:23, 16:3, 177:12
**CONNECTED** [1] -

90:3
**CONNECTION** [2] - 42:9, 177:3
**CONSENT** [2] - 6:19, 168:19
**CONSENTED** [1] - 94:16
**CONSIDER** [4] - 11:16, 11:17, 103:7, 240:11
**CONSIDERATION** [3] - 247:4, 275:24, 277:6
**CONSIDERED** [1] - 141:2
**CONSIDERING** [3] - 168:12, 273:14, 275:23
**CONSISTENT** [1] - 264:9
**CONSPIRACY** [1] - 167:5
**CONSTITUTE** [1] - 24:10
**CONSTITUTED** [1] - 243:13
**CONSULT** [4] - 25:25, 117:7, 117:9
**CONSULTED** [1] - 34:6
**CONTACT** [4] - 92:19, 178:17, 224:21, 225:3
**CONTACTED** [7] - 89:21, 92:3, 104:24, 145:8, 177:24, 197:5, 207:1
**CONTAINED** [1] - 235:15
**CONTEMPORANEOUSLY** [2] - 198:21, 200:4
**CONTEMPT** [13] - 5:9, 6:8, 6:9, 27:3, 27:8, 32:4, 34:20, 91:20, 91:24, 95:23, 97:19, 213:1, 266:7
**CONTENTION** [1] - 236:19
**CONTENTS** [3] - 13:23, 88:12, 233:13
**CONTEST** [1] - 141:3
**CONTEXT** [7] - 14:2, 155:4, 176:10, 262:7, 263:6, 265:23, 278:7
**CONTINUATION** [1] - 189:17
**CONTINUE** [19] - 4:25, 16:3, 21:17, 23:20,

24:9, 34:5, 39:13, 61:18, 85:24, 90:16, 105:24, 134:24, 173:22, 175:19, 182:1, 200:8, 218:23, 249:10, 249:13
**CONTINUED** [3] - 100:11, 103:19, 207:7
**CONTINUES** [1] - 88:10
**CONTINUING** [4] - 41:6, 88:17, 89:1, 184:14
**CONTRACT** [1] - 163:22
**CONTRACTOR** [1] - 163:19
**CONTRARY** [1] - 234:24
**CONTRAVENTION** [1] - 231:25
**CONVENIENT** [1] - 34:7
**CONVERSATION** [64] - 19:10, 25:22, 26:5, 26:8, 26:10, 27:8, 32:6, 32:7, 32:8, 32:10, 32:11, 34:17, 53:5, 54:1, 68:24, 68:25, 71:12, 79:3, 79:15, 79:17, 79:21, 82:10, 92:11, 95:25, 96:1, 96:2, 96:24, 96:25, 97:5, 98:7, 101:9, 102:11, 104:13, 105:7, 109:11, 112:3, 114:6, 132:12, 136:2, 136:3, 137:5, 137:7, 138:2, 138:4, 139:11, 139:12, 139:13, 139:16, 144:10, 145:3, 145:9, 146:12, 148:8, 148:12, 148:16, 148:18, 148:19, 148:21, 175:15, 181:20, 182:5, 210:17, 215:12, 270:12
**CONVERSATIONS** [42] - 20:7, 20:9, 20:15, 20:19, 23:14, 24:18, 26:13, 26:14, 33:8, 33:10, 35:24, 43:10, 52:19, 52:23, 53:21, 79:18, 79:19, 79:24, 80:19, 80:24,

91:8, 94:22, 101:13, 109:13, 136:15, 141:16, 167:16, 169:10, 177:22, 181:8, 181:17, 187:3, 187:8, 195:23, 196:6, 196:14, 196:20, 201:11, 251:22, 266:19
**COPIED** [2] - 28:11, 231:11
**COPIES** [2] - 171:13, 171:21
**COPY** [32] - 18:6, 18:9, 18:11, 26:24, 40:25, 41:2, 47:9, 47:14, 55:14, 81:7, 81:12, 88:3, 88:4, 91:3, 99:16, 101:6, 105:15, 128:19, 138:6, 141:1, 141:4, 141:23, 149:25, 172:13, 173:3, 249:11, 279:18, 279:22, 279:23, 279:25, 280:1, 281:3
**CORPORATE** [4] - 20:22, 20:23, 21:2, 153:22
**CORRECT** [88] - 4:11, 4:24, 5:1, 5:4, 32:15, 40:10, 40:23, 42:19, 49:5, 49:6, 52:7, 56:9, 56:12, 59:17, 64:1, 64:2, 65:21, 65:24, 69:4, 70:5, 71:24, 71:25, 73:15, 73:18, 73:19, 74:3, 75:10, 75:11, 84:1, 84:5, 95:16, 102:15, 114:4, 115:3, 119:11, 119:17, 120:5, 120:9, 121:17, 122:20, 123:17, 124:19, 124:22, 125:8, 126:3, 132:5, 132:17, 132:24, 134:2, 136:5, 137:22, 143:1, 143:7, 144:7, 150:7, 150:11, 152:20, 156:4, 157:19, 161:16, 168:24, 177:9, 182:5, 183:5, 190:6, 198:1, 202:12, 222:16, 228:7, 228:17, 228:22, 232:15,

233:20, 237:21, 237:22, 238:18, 239:12, 246:3, 248:10, 248:14, 249:4, 253:6, 253:8, 253:12, 254:4, 254:9, 279:20, 284:1
**CORRECTED** [5] - 105:11, 105:13, 204:20, 231:16, 231:21
**CORRECTLY** [2] - 97:23, 124:7
**CORRESPONDENC E** [6] - 239:19, 240:5, 241:3, 241:14, 248:18, 264:15
**CORRESPONDENC ES** [1] - 241:10
**COST** [1] - 26:25
**COSTS** [2] - 272:18, 272:24
**COULD** [57] - 9:6, 10:2, 18:4, 36:18, 46:17, 47:10, 64:5, 64:10, 65:14, 71:16, 72:1, 75:1, 81:11, 90:8, 93:9, 94:11, 94:14, 96:3, 98:6, 98:12, 99:24, 100:9, 110:1, 110:7, 110:20, 119:8, 123:13, 131:14, 157:22, 159:19, 162:21, 168:17, 168:19, 186:20, 191:5, 192:1, 198:2, 212:4, 212:7, 213:12, 213:15, 213:18, 213:25, 223:16, 224:11, 224:17, 229:24, 230:4, 230:9, 231:22, 232:17, 239:15, 241:20, 250:7, 252:20, 273:7, 282:10
**COUNCIL** [3] - 230:17, 231:2, 277:17
**COUNSEL** [23] - 2:6, 2:12, 2:17, 2:22, 3:11, 3:13, 4:19, 4:23, 9:24, 21:17, 28:11, 127:18, 165:15, 169:20, 184:14, 184:18, 184:24, 187:23, 201:13, 201:21, 249:10, 249:14, 278:1

**COUNTERCLAIM** [1] - 273:25
**COUNTERMOTION** [1] - 216:3
**COUNTY** [1] - 270:18
**COUPLE** [11] - 3:11, 18:12, 23:11, 40:13, 93:5, 106:24, 166:3, 175:2, 252:15, 256:19, 259:10
**COURIER** [1] - 173:25
**COURSE** [6] - 11:3, 12:13, 125:18, 148:25, 149:12, 268:3
**COURT** [378] - 1:1, 1:20, 3:1, 3:5, 3:6, 3:9, 3:24, 4:8, 4:14, 4:17, 5:2, 5:5, 5:13, 7:1, 9:12, 10:11, 10:24, 11:12, 13:16, 14:9, 16:5, 16:17, 16:20, 16:24, 17:2, 17:4, 17:8, 17:12, 17:16, 18:6, 18:10, 20:1, 20:21, 22:10, 24:24, 26:3, 27:24, 28:8, 28:20, 29:2, 29:8, 29:12, 29:15, 29:18, 29:20, 29:24, 30:3, 30:13, 30:16, 30:21, 30:25, 31:10, 31:16, 31:19, 32:3, 33:14, 36:13, 36:19, 36:22, 37:5, 39:10, 40:13, 40:17, 45:4, 45:13, 45:19, 46:21, 47:5, 47:11, 47:16, 47:22, 48:2, 48:7, 50:21, 51:4, 51:13, 54:7, 54:9, 54:12, 56:21, 57:3, 57:10, 57:19, 57:25, 59:15, 59:18, 59:24, 60:4, 61:14, 61:18, 64:13, 65:12, 66:24, 67:1, 67:18, 67:22, 67:24, 70:15, 71:3, 76:22, 76:23, 78:6, 78:12, 78:16, 78:21, 79:23, 82:19, 82:23, 83:4, 83:9, 83:15, 83:21, 84:14, 84:17, 84:22, 85:4, 85:9, 85:11, 85:15, 85:18, 86:1, 86:9, 86:16, 88:5, 88:18, 88:22, 97:3, 100:17, 104:6, 106:24, 107:5, 107:8, 107:13,

111:3, 111:6, 112:5, 112:13, 114:20, 119:19, 120:11, 121:1, 122:4, 122:9, 123:2, 127:18, 127:25, 128:7, 129:5, 129:12, 129:19, 129:23, 130:5, 130:9, 130:11, 130:16, 130:17, 130:22, 131:5, 133:11, 135:9, 135:16, 136:21, 136:24, 137:2, 138:15, 138:19, 138:23, 139:8, 142:2, 142:6, 143:11, 143:15, 143:20, 143:25, 145:13, 147:15, 149:2, 149:8, 150:25, 151:17, 151:19, 151:24, 151:25, 152:2, 152:6, 152:15, 152:21, 153:3, 153:12, 153:17, 153:24, 154:7, 154:11, 155:3, 155:7, 155:8, 156:11, 156:14, 158:12, 158:18, 158:22, 159:9, 160:8, 160:23, 161:3, 161:6, 161:20, 163:21, 164:14, 164:24, 165:2, 165:6, 165:17, 165:22, 166:14, 169:14, 170:5, 170:24, 172:3, 172:7, 173:21, 175:2, 175:5, 176:19, 179:14, 179:18, 180:6, 180:9, 180:12, 180:16, 180:19, 180:22, 183:20, 183:23, 185:11, 185:13, 185:19, 185:24, 187:15, 187:19, 187:24, 189:8, 189:12, 189:19, 190:3, 190:14, 190:23, 191:16, 191:25, 192:10, 192:17, 193:2, 193:6, 193:11, 193:18, 193:23, 194:4, 195:6,

196:23, 196:25, 197:1, 197:13, 198:13, 198:15, 199:14, 199:18, 199:20, 200:7, 200:22, 201:4, 202:1, 202:4, 202:14, 202:20, 202:21, 203:4, 203:9, 203:15, 203:19, 203:24, 204:4, 204:8, 204:12, 204:17, 205:1, 205:8, 205:11, 205:17, 205:23, 206:9, 206:22, 209:25, 210:3, 210:9, 212:22, 216:22, 217:14, 217:16, 218:5, 218:20, 218:25, 219:4, 219:20, 220:3, 220:15, 222:2, 222:6, 222:7, 222:19, 223:11, 223:12, 224:8, 224:9, 224:10, 224:15, 227:4, 227:7, 227:15, 227:18, 227:25, 228:13, 228:15, 229:7, 229:14, 230:20, 231:1, 234:9, 235:19, 236:6, 236:8, 237:4, 237:8, 237:14, 238:9, 238:11, 245:6, 245:21, 249:9, 250:14, 252:2, 252:4, 256:16, 257:1, 261:24, 263:8, 267:18, 268:8, 269:22, 270:18, 270:24, 271:6, 272:3, 272:4, 272:15, 273:11, 274:12, 274:23, 275:19, 277:2, 278:8, 278:9, 278:19, 278:24, 279:1, 279:3, 279:9, 279:17, 279:23, 281:5, 281:11, 281:23, 282:14, 282:21, 283:5, 283:13, 283:16, 284:6
**COURT'S** [5] - 27:19, 31:7, 37:10, 250:15,

259:22
**COURTHOUSE** [2] - 1:13, 1:20
**COURTS** [2] - 229:23, 277:19
**COVER** [9] - 3:14, 15:20, 25:13, 42:12, 125:13, 151:7, 231:24, 263:6, 278:6
**COVERAGE** [1] - 224:22
**COVERED** [3] - 83:18, 158:25, 160:8
**COVERING** [2] - 151:6, 164:16
**COVERS** [1] - 214:17
**COVID** [1] - 228:24
**COVID-19** [1] - 229:25
**CRAFTED** [1] - 276:16
**CRASHED** [1] - 85:19
**CREATION** [1] - 244:3
**CREDIBILITY** [3] - 227:13, 227:17, 236:24
**CREDIBLE** [2] - 237:13, 257:8
**CREDIT** [13] - 11:8, 26:24, 89:24, 93:24, 107:16, 107:19, 154:24, 163:15, 192:5, 259:3, 259:6, 260:12, 269:13
**CROSS** [20] - 12:18, 37:2, 45:24, 78:25, 100:18, 104:9, 111:12, 130:12, 159:3, 166:5, 172:10, 176:21, 203:3, 216:24, 217:2, 218:23, 228:4, 238:13, 251:3, 285:2
**CROSS-EXAMINATION** [1] - 100:18
**CROSS-TALK** [1] - 130:12
**CURRENTLY** [6] - 63:1, 63:8, 63:12, 73:10, 279:8, 279:9
**CUT** [2] - 51:13, 158:3

### D

**DAILY** [1] - 262:16
**DAN** [2] - 166:21, 194:13
**DATE** [19] - 27:13, 33:18, 55:1, 60:16, 62:23, 68:7, 80:3,

110:11, 110:13, 174:18, 187:7, 197:3, 230:7, 241:11, 241:15, 280:14, 281:10, 282:10, 284:6

**DATED** [18] - 25:18, 27:22, 29:9, 31:14, 31:23, 47:24, 48:19, 51:18, 54:25, 58:13, 62:3, 88:2, 154:24, 180:24, 188:7, 193:9, 196:4, 264:23

**DAY** [28] - 20:2, 33:2, 68:6, 68:15, 72:8, 91:20, 92:12, 97:4, 101:6, 104:25, 110:24, 122:1, 137:10, 140:14, 141:6, 158:6, 158:7, 158:8, 211:20, 212:2, 212:21, 213:19, 213:20, 249:21, 249:22, 250:12, 253:9, 265:22

**DAYS** [6] - 93:5, 118:15, 192:1, 234:5, 240:1, 254:14

**DEADLINE** [4] - 34:11, 97:10, 221:11, 243:22

**DEAL** [3] - 5:8, 263:16, 279:11

**DEALING** [1] - 260:3

**DEALINGS** [1] - 94:19

**DEALS** [1] - 264:16

**DEATH** [1] - 85:21

**DECEMBER** [36] - 22:2, 22:6, 22:10, 24:14, 35:19, 36:10, 47:25, 48:20, 51:18, 83:12, 87:5, 95:9, 117:13, 117:16, 135:24, 136:1, 136:6, 136:12, 159:13, 159:25, 166:19, 188:8, 193:9, 194:11, 194:18, 196:5, 196:11, 204:18, 205:18, 208:24, 246:11, 252:10, 252:17, 253:3, 254:3, 259:1

**DECIDED** [9] - 99:6, 99:23, 99:24, 146:15, 146:16, 146:21, 229:15, 236:20

**DECISION** [4] - 41:2, 146:18, 151:20, 199:4

**DECK** [1] - 163:19

**DEEM** [2] - 236:8, 278:2

**DEEMED** [1] - 208:22

**DEFAMATION** [5] - 91:9, 167:4, 167:7, 273:20, 274:8

**DEFAULT** [14] - 63:2, 63:8, 63:9, 63:12, 83:13, 83:23, 84:1, 84:2, 84:5, 84:6, 84:9, 84:10, 84:24, 207:13

**DEFEAT** [1] - 233:8

**DEFECT** [5] - 246:19, 246:23, 247:8, 247:14, 247:15

**DEFECTIVE** [1] - 248:1

**DEFEND** [5] - 207:6, 238:18, 266:2, 272:25, 274:4

**DEFENDANT** [5] - 3:23, 15:2, 40:9, 153:22, 174:22

**DEFENDANTS** [12] - 1:5, 1:9, 2:6, 3:25, 6:10, 121:22, 137:8, 214:1, 214:14, 244:23, 273:9

**DEFENDING** [3] - 40:21, 272:18, 273:24

**DEFENSE** [15] - 17:1, 21:22, 52:9, 52:14, 94:1, 94:3, 94:4, 95:1, 166:8, 183:7, 183:9, 243:7, 243:18, 244:2, 244:5

**DEFENSES** [4] - 242:10, 242:15, 242:17, 243:2

**DEFER** [1] - 282:16

**DEFERRED** [1] - 225:7

**DEFICIENT** [1] - 242:8

**DEFINITELY** [1] - 10:14

**DEFINITIVELY** [1] - 277:14

**DEFLECT** [1] - 170:4

**DELAY** [3] - 85:24, 160:22, 273:2

**DELAYED** [2] - 229:23, 263:22

**DELETED** [1] - 62:22

**DELIVER** [1] - 279:15

**DEMAND** [4] - 139:22, 139:23, 140:1

**DENIAL** [3] - 160:16, 221:6, 257:23

**DENIED** [20] - 64:14, 65:12, 123:2, 123:11, 196:23, 197:1, 207:20, 208:23, 216:2, 220:8, 224:16, 235:21, 236:2, 236:5, 247:6, 247:20, 247:25, 252:24, 253:2, 253:4

**DENYING** [5] - 26:4, 69:22, 89:22, 212:25, 255:1

**DEPICTION** [1] - 245:6

**DEPTH** [1] - 173:23

**DEPUTY** [1] - 3:3

**DESCRIBE** [1] - 102:5

**DESCRIPTION** [1] - 167:14

**DESIGNATE** [1] - 28:6

**DESIGNATING** [1] - 28:4

**DESIRE** [2] - 267:6, 272:21

**DESPITE** [1] - 235:10

**DETAIL** [1] - 41:14

**DETAILING** [2] - 163:11, 163:13

**DETERMINE** [1] - 159:21

**DETERMINED** [1] - 281:25

**DIAL** [2] - 16:9, 16:15

**DIALING** [2] - 16:12

**DID** [450] - 4:18, 6:15, 6:17, 6:18, 7:20, 8:22, 11:6, 11:14, 19:6, 19:11, 19:15, 19:21, 20:6, 20:14, 20:18, 20:20, 21:5, 21:6, 21:13, 21:14, 21:25, 22:5, 22:12, 22:17, 23:13, 24:1, 24:5, 24:13, 24:20, 24:25, 25:6, 25:19, 25:21, 25:25, 26:5, 26:14, 26:16, 26:22, 27:7, 27:10, 27:13, 32:7, 32:22, 32:25, 33:11, 34:13, 34:16, 34:21, 35:6, 35:7, 35:16, 35:18, 35:24, 35:25, 37:13, 38:8, 38:11, 38:16, 38:18, 38:20, 38:21, 38:25,

39:4, 39:7, 39:15, 39:16, 40:3, 41:1, 41:4, 41:6, 41:14, 41:18, 41:22, 41:25, 42:7, 42:11, 42:14, 42:20, 43:6, 43:7, 43:9, 43:18, 44:2, 44:8, 44:14, 44:20, 45:13, 46:8, 46:12, 48:17, 48:24, 49:12, 49:14, 49:15, 49:21, 49:24, 50:1, 50:7, 50:8, 50:9, 50:10, 50:13, 53:8, 53:9, 53:16, 53:19, 56:5, 63:13, 64:17, 64:18, 64:20, 65:1, 66:7, 66:10, 66:20, 69:23, 69:25, 71:8, 72:7, 72:10, 72:13, 72:16, 72:19, 72:23, 73:2, 73:4, 73:7, 73:10, 74:10, 74:16, 74:18, 74:21, 75:12, 75:16, 75:19, 76:5, 76:12, 77:18, 77:19, 77:21, 78:1, 79:25, 80:15, 80:19, 80:22, 81:22, 81:23, 81:24, 82:2, 82:7, 84:1, 84:5, 84:11, 87:22, 88:4, 88:14, 88:16, 90:10, 91:5, 94:2, 94:3, 94:12, 95:4, 95:5, 95:7, 95:11, 95:14, 96:18, 96:19, 97:11, 98:4, 98:8, 98:14, 99:9, 99:12, 99:19, 100:20, 100:22, 100:23, 101:16, 101:21, 102:1, 102:4, 102:6, 102:19, 102:21, 103:2, 103:16, 104:15, 105:2, 105:5, 105:6, 105:7, 105:9, 106:2, 106:10, 106:15, 108:4, 108:9, 108:17, 108:25, 109:24, 110:3, 110:19, 110:21, 111:22, 112:4, 112:6, 112:12, 112:14, 113:14, 115:13, 116:7, 116:19, 117:7, 117:9, 117:12, 117:13, 117:15, 117:21, 119:15, 120:17, 124:9,

124:10, 124:20, 125:15, 126:11, 127:9, 129:14, 129:15, 133:21, 134:4, 134:11, 134:12, 134:14, 135:1, 135:5, 136:2, 136:16, 137:2, 137:8, 140:19, 141:12, 143:10, 145:4, 145:18, 145:20, 145:21, 146:1, 146:18, 146:23, 146:24, 146:25, 147:1, 147:22, 148:5, 148:6, 148:7, 148:17, 148:19, 150:2, 154:15, 154:25, 157:4, 157:8, 157:12, 157:13, 157:20, 157:22, 158:3, 158:5, 159:13, 159:21, 160:2, 160:5, 160:15, 162:17, 162:19, 162:20, 162:23, 163:1, 164:6, 164:18, 166:19, 166:24, 167:2, 167:16, 167:19, 167:20, 167:22, 167:24, 167:25, 168:8, 168:13, 168:14, 168:16, 168:18, 168:22, 168:25, 169:10, 169:18, 170:7, 170:14, 170:16, 170:24, 171:4, 171:6, 171:7, 171:12, 171:21, 171:24, 172:13, 172:14, 172:15, 172:16, 172:18, 173:3, 173:6, 173:10, 173:16, 173:24, 173:25, 174:2, 174:3, 174:4, 174:5, 174:7, 174:8, 174:15, 175:7, 175:9, 175:12, 175:20, 176:5, 176:6, 176:7, 176:11, 177:3, 177:6, 177:15, 178:12, 182:8, 182:9, 182:22, 184:25, 185:20, 187:2, 188:25,

189:20, 191:9,
194:24, 195:19,
195:22, 197:1,
197:20, 198:3,
198:6, 198:18,
199:1, 199:5,
199:25, 200:10,
200:13, 209:19,
210:23, 211:1,
211:2, 211:21,
213:18, 213:20,
214:7, 214:13,
216:3, 216:6, 219:8,
219:16, 220:5,
220:10, 221:7,
221:16, 221:21,
222:5, 222:15,
223:17, 224:13,
225:3, 225:22,
225:23, 225:25,
226:7, 226:9,
226:10, 228:8,
228:11, 229:2,
229:3, 229:4, 229:5,
229:15, 229:19,
229:21, 231:1,
231:5, 231:6,
233:12, 233:18,
234:2, 234:6, 235:3,
235:7, 235:11,
235:13, 235:25,
238:7, 238:20,
239:10, 239:19,
240:4, 241:23,
244:2, 247:23,
248:13, 248:17,
248:21, 251:3,
251:5, 252:5,
252:13, 253:15,
255:16, 256:1,
256:5, 258:2,
258:22, 260:6,
263:1, 272:17,
275:22

**DIDN'T** [21] - 41:11,
41:24, 44:11, 73:13,
124:7, 127:21,
134:8, 142:19,
191:10, 201:10,
225:24, 235:3,
241:16, 242:7,
243:11, 243:23,
247:15, 253:13,
254:5, 257:14,
257:15

**DIFFERENCE** [3] -
159:6, 226:12,
230:16

**DIFFERENT** [13] -
3:17, 17:13, 29:25,
32:18, 51:5, 94:23,

123:11, 137:10,
146:17, 194:21,
235:12, 268:14,
269:3

**DIFFERENTLY** [1] -
3:18

**DIFFICULT** [1] - 12:23

**DIFFICULTY** [2] -
181:22, 181:23

**DIGITAL** [1] - 263:4

**DIMINISHING** [1] -
283:2

**DIRECT** [11] - 17:17,
31:21, 86:23, 144:4,
166:16, 179:25,
185:2, 187:14,
200:23, 218:20,
285:2

**DIRECTED** [1] - 138:6

**DIRECTION** [1] -
146:17

**DIRECTLY** [15] -
19:11, 21:8, 26:2,
26:7, 26:10, 33:13,
49:14, 80:19, 80:24,
111:3, 128:13,
128:21, 215:18,
220:20, 227:16

**DISAPPOINTED** [1] -
191:17

**DISCARD** [1] - 232:3

**DISCARDED** [1] -
232:2

**DISCIPLINARY** [18] -
7:1, 7:2, 7:5, 7:7,
218:10, 218:11,
230:17, 230:21,
231:2, 231:20,
262:24, 277:10,
277:12, 277:16,
277:17, 277:25,
278:8

**DISCLOSE** [4] - 99:15,
150:13, 174:6,
267:23

**DISCLOSED** [2] -
142:17, 270:22

**DISCLOSURE** [9] -
20:22, 20:23, 21:2,
153:22, 258:17,
259:14, 261:17,
261:23, 271:11

**DISCLOSURES** [2] -
228:1, 260:4

**DISCOVERY** [94] -
8:17, 8:19, 11:3,
15:15, 24:23, 24:25,
25:1, 25:2, 25:7,
31:14, 32:12, 33:7,
46:20, 46:22, 51:12,

54:17, 58:4, 64:24,
67:4, 71:6, 74:11,
74:12, 74:13, 74:15,
74:22, 89:11, 89:18,
90:7, 95:24, 102:20,
107:23, 108:11,
121:23, 124:22,
124:24, 125:1,
125:8, 126:25,
127:3, 132:9, 143:1,
143:7, 143:19,
144:7, 145:16,
157:3, 157:4,
159:20, 161:9,
162:8, 188:2,
203:23, 204:3,
204:7, 204:11,
204:16, 205:16,
209:14, 210:6,
210:12, 210:16,
221:22, 221:23,
223:18, 223:23,
224:4, 250:19,
250:24, 251:10,
256:2, 256:5, 256:7,
256:10, 256:11,
256:13, 259:10,
259:13, 263:23,
263:24, 264:6,
264:13, 264:16,
265:1, 265:11,
266:17, 267:22,
270:20, 270:21,
271:9, 271:10, 273:5

**DISCRETION** [1] -
278:3

**DISCUSS** [25] - 9:4,
41:6, 43:7, 43:9,
55:12, 61:5, 61:22,
67:11, 73:5, 73:7,
73:10, 73:13, 102:4,
104:15, 117:12,
117:13, 127:9,
144:10, 146:4,
166:24, 174:5,
176:8, 198:6,
198:19, 249:5

**DISCUSSED** [40] -
8:18, 22:23, 39:12,
43:2, 48:22, 52:25,
68:15, 68:22, 69:4,
75:4, 81:19, 99:6,
108:21, 109:1,
117:16, 123:19,
123:21, 124:22,
126:1, 126:24,
146:15, 164:13,
169:21, 171:11,
174:12, 175:24,
208:6, 213:22,
240:10, 240:23,

249:13, 249:18,
249:20, 249:22,
250:4, 250:9,
250:19, 250:25,
251:8, 256:10

**DISCUSSES** [2] -
124:21, 124:24

**DISCUSSING** [11] -
25:15, 25:20, 61:3,
69:9, 117:23, 132:8,
186:7, 188:10,
196:15, 209:13,
210:5

**DISCUSSION** [18] -
4:25, 44:8, 53:2,
59:2, 65:2, 69:5,
69:6, 69:15, 73:21,
81:4, 135:25,
175:13, 183:15,
198:17, 210:6,
212:19, 215:22,
240:9

**DISCUSSIONS** [14] -
166:19, 167:20,
168:8, 168:11,
168:23, 169:18,
175:25, 181:21,
184:22, 186:9,
186:12, 186:18,
200:16, 239:23

**DISFAVOR** [1] - 10:12

**DISFAVORED** [2] -
9:22, 9:24

**DISK** [6] - 232:3,
232:9, 233:13,
263:3, 263:7

**DISKS** [3] - 232:1,
232:8

**DISMISS** [6] - 164:19,
207:19, 207:20,
242:21, 244:6,
266:11

**DISMISSAL** [1] - 261:3

**DISMISSED** [8] -
147:25, 164:8,
165:3, 198:20,
220:2, 220:3,
233:19, 233:21

**DISPOSED** [1] -
274:10

**DISPOSITIVE** [1] -
159:6

**DISPUTE** [3] - 162:8,
237:9, 237:10

**DISPUTED** [2] -
226:21, 235:9

**DISPUTES** [1] -
266:22

**DISQUALIFY** [1] -
154:4

**DISTRACTIONS** [1] -
170:1

**DISTRICT** [8] - 1:1,
1:1, 3:6, 3:7, 233:14,
276:22, 278:16,
278:25

**DIVULGE** [1] - 273:8

**DIVULGING** [1] -
72:22

**DO** [321] - 3:5, 5:12,
7:20, 9:14, 10:1,
10:2, 10:12, 12:15,
14:10, 14:16, 16:5,
18:16, 18:18, 19:24,
19:25, 28:2, 28:10,
34:1, 34:25, 35:2,
35:4, 35:14, 36:7,
36:14, 36:16, 38:2,
38:6, 41:10, 41:11,
43:22, 43:23, 44:20,
44:22, 47:18, 47:19,
48:3, 48:12, 48:14,
48:16, 49:17, 52:15,
53:7, 53:12, 53:25,
54:3, 54:25, 55:3,
55:8, 55:13, 55:17,
56:4, 56:19, 57:6,
57:17, 58:10, 58:12,
58:15, 58:24, 59:2,
59:4, 59:5, 60:4,
60:15, 60:21, 60:23,
62:5, 62:6, 62:10,
62:14, 62:24, 64:15,
64:20, 66:7, 67:6,
67:13, 68:2, 68:5,
68:9, 68:14, 68:21,
69:4, 69:9, 69:17,
69:20, 70:13, 75:4,
75:20, 76:1, 76:3,
77:3, 77:4, 78:8,
78:10, 80:23, 81:5,
81:7, 86:3, 89:7,
90:4, 90:20, 91:6,
91:16, 92:12, 92:14,
92:15, 92:16, 93:4,
93:17, 93:18, 95:7,
96:23, 97:15, 97:17,
97:21, 101:8,
101:10, 103:4,
103:14, 103:22,
104:4, 105:5,
105:15, 109:4,
109:6, 114:5,
114:13, 115:7,
115:11, 115:23,
117:7, 118:1, 118:2,
118:3, 118:4, 118:9,
118:22, 119:13,
119:18, 123:4,
123:6, 123:19,

123:20, 124:7,
124:12, 125:16,
125:22, 126:14,
126:23, 127:2,
129:4, 130:18,
131:10, 131:18,
131:21, 132:25,
133:18, 134:22,
135:5, 136:6,
136:11, 137:25,
138:9, 138:11,
138:16, 139:5,
140:1, 143:23,
143:24, 143:25,
144:1, 144:11,
144:16, 146:6,
146:7, 147:9,
149:11, 149:12,
153:14, 154:10,
154:19, 155:2,
155:18, 155:23,
156:3, 156:19,
157:6, 158:15,
158:22, 159:5,
159:8, 160:4,
161:13, 161:15,
162:14, 162:16,
164:24, 165:17,
165:24, 167:6,
170:11, 172:3,
172:7, 172:9, 175:7,
176:23, 177:12,
178:1, 178:10,
178:21, 178:23,
179:2, 179:7, 181:8,
181:9, 181:10,
181:14, 183:15,
184:2, 184:9,
184:11, 184:12,
184:14, 184:16,
185:12, 186:24,
188:6, 188:9,
188:12, 188:16,
189:12, 191:10,
191:18, 193:18,
193:19, 194:2,
194:10, 196:9,
196:25, 197:17,
197:18, 197:19,
197:20, 201:19,
201:22, 202:6,
202:7, 202:16,
205:3, 205:20,
206:14, 206:16,
211:7, 211:13,
211:14, 213:17,
215:2, 217:6,
217:19, 219:21,
223:10, 223:20,
224:7, 225:10,
225:17, 226:1,

226:9, 226:22,
227:1, 227:4, 227:6,
227:21, 229:17,
230:7, 230:15,
231:15, 232:7,
232:10, 233:6,
233:16, 235:4,
235:15, 235:21,
236:5, 237:13,
238:11, 243:17,
243:18, 244:13,
244:17, 244:19,
244:23, 246:20,
250:1, 250:2,
256:17, 256:19,
257:25, 259:3,
260:8, 260:12,
260:14, 265:22,
266:17, 267:13,
269:22, 271:2,
277:3, 277:11,
277:20, 278:3,
278:9, 278:14,
278:20, 281:4,
282:19
**DOCKET** [25] - 19:1,
26:18, 33:20, 77:2,
77:8, 77:15, 78:1,
78:3, 97:3, 105:6,
130:17, 132:2,
132:20, 152:17,
175:8, 176:3,
204:22, 228:9,
234:2, 234:6,
244:25, 279:19,
281:1, 281:12,
281:13
**DOCKETING** [1] -
74:24
**DOCKETS** [1] - 271:2
**DOCUMENT** [31] -
12:6, 18:14, 21:24,
27:17, 31:23, 37:13,
38:3, 38:7, 41:19,
47:2, 70:16, 72:23,
74:17, 90:10, 100:5,
139:9, 150:19,
152:18, 153:18,
153:24, 156:13,
161:21, 173:19,
200:8, 245:7, 245:9,
261:14, 261:15,
261:16, 262:4
**DOCUMENTATION**
[7] - 90:12, 90:18,
102:22, 109:10,
121:19, 178:13,
178:20
**DOCUMENTS** [43] -
16:4, 26:1, 26:20,

26:21, 34:12, 42:8,
42:13, 49:11, 49:15,
70:10, 74:11, 74:20,
74:24, 75:1, 97:11,
97:20, 100:13,
128:10, 142:25,
151:16, 156:24,
161:18, 169:11,
170:19, 170:22,
171:10, 171:22,
180:1, 183:12,
190:24, 196:9,
197:10, 206:6,
207:5, 226:5,
231:12, 232:6,
235:18, 241:19,
249:20, 250:7,
255:20, 261:22
**DODGY** [1] - 261:11
**DOES** [69] - 6:13,
18:6, 28:13, 29:2,
55:22, 57:12, 63:21,
65:7, 70:16, 82:7,
83:16, 83:19, 87:8,
90:15, 97:1, 104:2,
113:5, 113:8,
113:10, 113:11,
113:12, 113:13,
113:23, 114:3,
116:20, 116:23,
118:12, 119:19,
136:24, 141:20,
143:15, 149:22,
169:3, 169:8,
173:15, 175:18,
176:16, 178:7,
189:15, 192:7,
195:15, 195:17,
201:20, 215:21,
218:20, 227:16,
231:19, 237:20,
239:1, 239:3,
249:15, 249:24,
250:3, 250:8, 250:9,
254:11, 254:13,
254:15, 255:7,
262:13, 264:3,
264:5, 274:7, 279:7,
279:9
**DOG** [1] - 275:15
**DOING** [16] - 32:21,
39:22, 59:5, 76:14,
106:9, 107:22,
112:24, 119:23,
135:2, 151:1,
179:19, 200:3,
200:8, 227:18,
259:5, 265:11
**DOLLAR** [1] - 144:14
**DON'T** [277] - 3:12,

4:23, 6:25, 7:6, 7:17,
8:7, 10:5, 11:16,
12:19, 13:20, 13:23,
15:22, 16:5, 17:13,
19:12, 19:23, 20:8,
21:6, 21:8, 21:12,
21:14, 21:23, 21:24,
22:4, 22:19, 22:21,
23:15, 26:10, 27:13,
30:17, 32:9, 33:12,
33:17, 33:25, 34:4,
34:15, 34:23, 35:3,
35:7, 36:7, 37:20,
38:8, 43:23, 44:18,
44:23, 45:6, 47:11,
48:20, 49:20, 52:3,
53:5, 53:11, 55:21,
56:2, 56:6, 56:25,
57:3, 57:6, 57:15,
58:22, 59:1, 60:6,
61:5, 61:14, 63:10,
65:12, 67:5, 68:7,
68:11, 68:20, 68:24,
69:14, 69:16, 69:21,
69:23, 70:2, 70:20,
72:10, 72:14, 73:12,
74:21, 76:9, 76:14,
76:16, 80:3, 81:9,
81:25, 82:9, 84:12,
84:19, 84:23, 85:24,
88:11, 92:23, 93:17,
94:21, 97:18,
101:12, 101:13,
101:14, 104:2,
107:4, 110:13,
114:1, 114:9,
115:25, 116:23,
116:24, 117:18,
117:22, 118:19,
119:7, 120:22,
121:22, 122:10,
123:5, 123:14,
124:16, 126:9,
126:12, 127:4,
127:20, 127:25,
128:9, 128:10,
129:1, 129:6, 130:1,
130:2, 130:23,
130:24, 131:19,
132:10, 132:11,
133:8, 135:25,
136:9, 136:14,
139:23, 141:5,
141:9, 142:2, 142:7,
143:25, 144:13,
145:22, 145:23,
147:11, 148:7,
149:9, 149:21,
149:23, 150:23,
151:1, 151:3,
152:16, 153:4,

153:12, 155:20,
158:5, 158:24,
159:17, 160:10,
161:24, 163:4,
163:8, 166:4,
168:14, 173:11,
174:17, 177:22,
179:10, 179:16,
179:18, 181:12,
181:16, 182:8,
182:13, 182:17,
183:23, 187:1,
188:14, 188:17,
189:19, 190:3,
190:12, 190:14,
190:24, 192:17,
193:24, 194:16,
197:3, 197:11,
200:18, 201:15,
201:17, 202:5,
203:10, 211:21,
212:3, 213:5, 214:6,
218:11, 220:18,
222:7, 226:7,
226:15, 227:19,
227:22, 228:18,
230:9, 230:11,
230:18, 232:11,
233:17, 234:12,
235:16, 236:7,
237:14, 238:1,
242:24, 244:25,
245:4, 251:1, 253:2,
253:22, 253:25,
254:7, 254:17,
254:20, 255:8,
255:21, 256:12,
256:14, 257:16,
260:16, 267:7,
267:11, 268:13,
268:19, 269:3,
269:18, 269:19,
270:7, 270:14,
270:24, 270:25,
271:18, 272:1,
272:16, 272:22,
272:23, 273:11,
273:21, 274:1,
275:13, 275:15,
277:13, 278:16,
280:14, 280:15,
280:20, 280:21,
282:1, 282:2, 282:3
**DONE** [15] - 7:19,
24:9, 44:6, 82:13,
151:3, 163:20,
164:1, 165:10,
196:22, 212:13,
213:11, 213:15,
230:5, 237:17,
278:22

**DOOR** [1] - 262:17
**DOUBLE** [2] - 253:16, 254:19
**DOUBLE-CHECK** [2] - 253:16, 254:19
**DOUBT** [1] - 14:6
**DOWN** [36] - 11:2, 48:14, 55:4, 55:8, 73:16, 83:17, 95:9, 95:12, 95:21, 95:22, 96:17, 99:5, 102:12, 115:16, 122:17, 125:2, 130:23, 138:12, 146:14, 160:17, 161:12, 161:15, 162:11, 252:24, 262:4, 265:2, 265:7, 268:6, 269:11, 271:1, 271:8, 273:2, 273:4, 274:3, 274:14, 274:16
**DOWNLOAD** [2] - 46:17, 69:25
**DOWNPLAYED** [1] - 182:20
**DRAFT** [23] - 43:3, 168:15, 172:14, 172:15, 172:16, 175:11, 188:12, 188:19, 189:24, 190:11, 192:7, 192:13, 193:14, 195:11, 195:12, 195:14, 195:15, 196:4, 235:8, 235:11, 236:1, 248:22
**DRAFTS** [1] - 168:12
**DRAGGING** [1] - 158:24
**DRAMATICALLY** [1] - 274:2
**DRAW** [1] - 275:4
**DRINKING** [1] - 107:3
**DRIVEN** [1] - 14:11
**DRIVING** [1] - 14:13
**DROP** [1] - 216:20
**DROPPED** [1] - 216:17
**DROVE** [1] - 267:6
**DUE** [2] - 140:12, 152:3
**DURESS** [1] - 169:13
**DURING** [22] - 18:1, 19:3, 19:7, 19:14, 20:7, 23:13, 27:7, 34:22, 35:19, 35:23, 37:24, 38:12, 79:2, 84:23, 88:13, 89:8,

90:18, 96:16, 160:2, 210:4, 258:5, 258:15
**DWINDLING** [1] - 275:4

# E

**E-MAIL** [242] - 7:16, 21:7, 23:16, 25:17, 25:21, 25:22, 27:15, 27:18, 27:22, 28:25, 29:9, 29:16, 29:21, 30:4, 30:12, 31:13, 38:12, 45:8, 46:7, 46:11, 47:19, 47:24, 48:12, 48:18, 48:19, 48:21, 48:25, 49:3, 49:7, 50:22, 51:8, 51:18, 51:21, 52:1, 53:3, 53:17, 54:4, 54:25, 55:3, 55:9, 55:21, 56:6, 56:9, 56:11, 56:13, 58:10, 59:22, 60:8, 60:15, 60:16, 60:18, 61:16, 62:3, 62:15, 62:21, 63:13, 63:14, 63:16, 63:17, 63:18, 63:24, 64:11, 64:12, 64:19, 64:21, 65:6, 65:7, 66:1, 66:23, 67:13, 67:15, 68:1, 68:6, 69:20, 69:24, 69:25, 70:14, 72:12, 73:24, 74:4, 76:13, 83:24, 84:4, 85:3, 85:18, 87:21, 87:23, 88:2, 88:4, 88:11, 88:12, 88:14, 89:4, 92:6, 103:2, 111:24, 112:6, 112:7, 115:5, 118:4, 118:9, 118:16, 120:23, 121:11, 121:12, 122:17, 123:6, 123:8, 124:19, 124:21, 127:2, 127:5, 127:13, 127:23, 128:22, 129:23, 130:8, 130:15, 131:10, 131:12, 131:18, 131:19, 131:20, 131:21, 133:16, 134:25, 135:21, 137:9, 139:6, 139:17, 140:1, 140:4, 140:7, 140:8, 140:9, 140:10, 140:16, 140:18, 141:24, 142:12,

145:12, 148:20, 148:24, 149:6, 149:7, 149:17, 149:19, 149:23, 149:24, 150:18, 150:22, 150:24, 151:6, 151:13, 151:20, 152:10, 154:15, 154:16, 155:20, 155:21, 157:2, 160:21, 176:3, 176:5, 179:24, 180:23, 180:25, 181:9, 181:13, 183:16, 184:2, 184:4, 188:6, 188:7, 188:9, 188:13, 188:15, 188:17, 188:20, 188:25, 189:18, 190:4, 190:5, 190:16, 190:17, 191:1, 191:5, 191:20, 192:2, 192:4, 192:11, 192:12, 192:21, 193:8, 193:14, 193:15, 194:11, 194:15, 194:16, 194:18, 194:19, 195:7, 195:9, 195:19, 196:9, 197:17, 197:19, 197:20, 198:1, 201:10, 204:18, 205:6, 205:17, 205:21, 211:21, 211:24, 212:1, 213:3, 225:25, 226:8, 226:12, 226:14, 226:17, 226:21, 226:24, 234:21, 235:6, 235:8, 235:9, 235:14, 240:10, 240:17, 240:21, 241:9, 251:9, 261:13, 261:16, 264:22, 264:23
**E-MAILED** [9] - 28:11, 126:9, 129:10, 193:25, 204:19, 211:22, 212:4, 212:7, 250:11
**E-MAILING** [1] - 68:3
**E-MAILS** [41] - 12:24, 12:25, 17:25, 21:4, 29:25, 36:3, 46:4, 47:3, 50:9, 50:10, 56:25, 59:21, 62:6, 62:8, 62:20, 64:3,

64:9, 65:19, 65:20, 88:13, 88:15, 99:11, 112:4, 112:22, 113:2, 123:20, 128:23, 149:22, 153:4, 154:20, 154:22, 155:6, 155:19, 181:10, 185:21, 191:25, 210:5, 235:3, 235:17, 239:19, 240:13
**EACH** [9] - 22:2, 64:8, 87:7, 116:19, 136:22, 143:24, 249:9, 263:13, 267:14
**EARLIER** [18] - 23:19, 23:23, 43:24, 71:22, 76:25, 81:4, 87:17, 101:12, 171:19, 190:4, 252:18, 254:1, 259:8, 259:11, 259:12, 261:1, 271:7, 272:2
**EARLY** [10] - 107:18, 186:9, 186:12, 187:13, 238:15, 252:10, 253:7, 254:2, 263:25, 273:15
**EASE** [1] - 75:22
**EASIER** [7] - 11:21, 18:12, 47:15, 143:23, 144:22, 153:1, 230:6
**EASIEST** [1] - 47:16
**EASILY** [3] - 159:2, 271:4, 274:10
**EASTERN** [5] - 1:1, 3:7, 233:14, 276:22, 278:25
**EASY** [1] - 195:4
**EAT** [1] - 165:8
**ECF** [5] - 5:24, 6:14, 37:9, 152:19, 261:16
**EDITED** [1] - 154:25
**EDITORIAL** [5] - 122:10, 122:14, 142:3, 142:4, 142:6
**EDITORIALIZE** [2] - 149:4, 179:16
**EDUCATION** [1] - 103:4
**EFFECT** [6] - 11:8, 173:12, 178:3, 182:22, 197:8, 276:23
**EFFECTIVELY** [3] - 265:24, 266:5, 266:6

**EFFORT** [3] - 258:9, 263:10, 263:17
**EFFORTS** [1] - 258:16
**EIGHT** [2] - 96:16, 102:16
**EITHER** [38] - 12:18, 21:7, 23:1, 23:8, 25:25, 37:17, 38:11, 43:24, 53:17, 56:19, 57:1, 57:16, 58:20, 68:15, 77:10, 87:20, 91:22, 110:3, 110:17, 111:3, 113:21, 116:25, 133:24, 140:11, 141:13, 160:4, 168:18, 177:19, 179:13, 189:1, 213:13, 214:2, 214:7, 218:17, 251:1, 259:14, 266:22, 278:8
**ELABORATE** [1] - 119:23
**ELECTRONIC** [3] - 211:18, 225:15, 240:5
**ELECTRONICALLY** [2] - 171:24, 230:5
**ELSE** [14] - 65:15, 69:1, 97:16, 102:23, 104:20, 109:5, 119:10, 134:8, 205:12, 232:20, 248:2, 262:8, 271:14
**EMAIL** [3] - 31:8, 45:17, 203:17
**EMIL** [20] - 4:7, 17:1, 99:5, 103:1, 119:24, 121:18, 124:1, 133:20, 133:25, 134:13, 134:14, 136:4, 142:20, 146:14, 167:21, 168:11, 168:18, 177:8, 192:8, 285:3
**EMIL'S** [1] - 135:3
**EMPLOY** [3] - 105:24, 249:10, 249:14
**ENCLOSING** [2] - 30:12, 31:13
**END** [17] - 24:11, 28:16, 33:3, 39:21, 64:6, 98:7, 98:23, 109:6, 122:17, 126:14, 143:24, 144:1, 158:4, 187:16, 218:7, 273:10, 274:24
**ENGAGE** [1] - 270:2

ENGAGED [1] - 8:8
ENOUGH [4] - 14:1,
226:6, 242:3, 260:8
ENSURE [2] - 44:20,
218:12
ENSURING [1] - 28:16
ENTAILED [4] -
101:22, 101:23,
102:20, 259:17
ENTER [1] - 170:7
ENTERED [19] - 6:3,
22:10, 26:19, 32:3,
37:5, 39:1, 42:9,
75:13, 83:25,
101:17, 159:24,
160:6, 210:19,
210:22, 210:23,
244:21, 245:20,
259:1, 259:16
ENTERING [2] -
200:1, 211:15
ENTERTAIN [2] -
169:19, 191:8
ENTIRE [5] - 62:6,
65:18, 164:12,
222:13, 276:15
ENTIRELY [3] - 57:18,
259:2, 260:16
ENTITLED [1] - 284:3
ENTITY [2] - 6:13,
261:1
ENUMERATED [1] -
242:19
ERA [1] - 253:24
ESPECIALLY [1] -
22:22
ESQUIRE [4] - 2:2,
2:8, 2:13, 2:19
ESSENTIALLY [9] -
9:2, 13:6, 132:8,
216:10, 216:11,
269:10, 275:14,
276:16, 276:17
ESTIMATION [1] -
182:20
ET [5] - 1:4, 1:6, 1:8,
14:18, 181:24
ETHICAL [1] - 218:9
ETHICS [1] - 200:3
EVADE [2] - 263:12,
263:18
EVADING [1] - 267:22
EVEN [41] - 6:17, 8:7,
8:9, 12:20, 13:20,
14:6, 43:12, 49:2,
53:2, 98:14, 98:18,
105:22, 106:16,
107:19, 109:9,
110:21, 110:22,
113:3, 120:16,

159:17, 162:23,
163:1, 190:4,
212:13, 215:21,
225:14, 239:17,
242:2, 242:5,
243:17, 244:11,
251:7, 254:20,
262:9, 263:19,
264:4, 266:22,
267:10, 268:7,
280:22
EVENTS [3] - 94:20,
126:10, 178:14
EVENTUALLY [5] -
132:3, 208:18,
209:8, 228:8, 230:3
EVER [53] - 21:10,
21:19, 41:1, 43:6,
43:7, 53:16, 53:25,
60:8, 61:16, 69:9,
82:2, 82:7, 82:17,
84:1, 84:5, 87:14,
87:22, 88:4, 96:18,
101:21, 102:2,
123:25, 135:1,
146:23, 147:23,
159:13, 160:2,
160:5, 160:15,
162:17, 162:20,
163:8, 163:25,
164:4, 168:18,
170:7, 170:24,
171:4, 171:13,
171:21, 171:24,
174:3, 174:5,
177:18, 178:8,
185:15, 185:16,
186:24, 195:19,
198:19, 199:25,
200:13, 234:8
EVERETT [4] - 1:2,
1:8, 2:5, 3:22
EVERY [18] - 64:8,
111:24, 112:2,
112:3, 136:9,
136:14, 137:10,
152:13, 211:19,
218:19, 230:22,
231:8, 232:7,
232:10, 235:4,
251:17, 264:11
EVERYBODY [17] -
3:9, 4:17, 18:13,
28:13, 36:24, 51:6,
63:17, 86:12,
152:17, 153:2,
165:7, 165:18,
234:23, 234:25,
236:10, 256:18,
283:19

EVERYBODY'S [1] -
118:20
EVERYONE [7] - 7:8,
28:3, 123:2, 128:12,
128:16, 232:20,
276:13
EVERYTHING [32] -
12:24, 13:1, 32:21,
36:6, 48:6, 77:12,
86:6, 92:22, 93:2,
98:19, 99:3, 99:5,
100:8, 106:6,
106:13, 117:11,
127:15, 142:19,
146:10, 146:16,
150:9, 151:10,
151:11, 161:11,
191:12, 210:7,
212:16, 214:17,
272:11, 283:17
EVIDENCE [55] - 8:16,
9:6, 11:8, 11:17,
13:12, 29:3, 29:5,
29:7, 30:7, 31:9,
45:9, 45:12, 45:14,
45:18, 50:25, 51:10,
51:12, 54:17, 57:21,
58:4, 64:15, 65:16,
67:4, 71:6, 83:25,
112:21, 112:22,
119:2, 119:22,
123:3, 125:5,
143:19, 145:16,
183:19, 183:25,
187:17, 188:2,
191:2, 191:3,
203:18, 203:23,
204:3, 204:7,
204:11, 204:16,
205:16, 205:22,
219:14, 242:5,
254:21, 257:20,
258:8, 258:19,
273:11, 273:21
EVIDENTIARY [6] -
1:18, 7:15, 7:18,
7:23, 8:2, 11:18
EX [1] - 235:9
EXACT [14] - 13:8,
27:13, 68:7, 69:23,
80:3, 110:13,
126:10, 144:13,
188:21, 190:21,
214:6, 232:6, 254:7,
280:14
EXACTLY [27] - 13:6,
21:12, 21:14, 21:23,
35:3, 43:23, 44:18,
44:24, 48:20, 63:11,
71:15, 72:10, 76:9,

123:14, 124:16,
151:5, 153:20,
157:15, 158:2,
162:9, 163:8,
206:18, 211:3,
224:3, 250:24,
255:21, 277:16
EXAMINATION [20] -
17:17, 37:1, 37:2,
45:24, 78:25, 83:10,
86:23, 100:18,
104:9, 111:12,
149:13, 159:3,
166:16, 172:10,
176:21, 199:23,
200:24, 217:2,
228:4, 238:13
EXAMINE [5] - 40:15,
60:3, 78:20, 129:8,
251:3
EXAMINED [1] - 70:19
EXAMPLE [3] - 21:21,
198:23, 262:2
EXCEPT [3] - 95:8,
211:19, 234:23
EXCHANGED [1] -
18:1
EXCUSABLE [4] -
222:23, 223:5,
223:7, 223:11
EXCUSE [9] - 33:22,
64:7, 129:25,
169:23, 175:21,
177:8, 181:19,
183:8, 234:7
EXCUSED [2] - 165:5,
202:3
EXECUTED [5] - 74:8,
74:23, 81:12,
133:19, 269:13
EXECUTING [2] -
108:5, 271:11
EXECUTION [13] -
15:5, 15:15, 107:24,
108:10, 133:20,
224:24, 259:10,
259:13, 263:24,
265:12, 266:17,
270:10, 274:16
EXHIBIT [128] - 28:7,
28:9, 28:18, 29:5,
29:6, 29:8, 30:3,
31:3, 31:4, 31:6,
31:8, 31:19, 45:7,
45:17, 46:23, 50:23,
51:1, 51:3, 51:10,
51:11, 54:5, 54:15,
54:16, 55:23, 57:9,
57:10, 58:3, 59:14,
60:5, 61:13, 61:14,

61:19, 66:23, 67:1,
67:3, 67:22, 70:14,
71:4, 71:5, 87:20,
88:7, 114:21,
120:22, 121:1,
121:3, 127:6, 128:5,
128:6, 128:7,
128:19, 129:14,
129:16, 129:17,
131:4, 131:5, 132:1,
133:12, 133:14,
135:11, 135:14,
135:16, 135:17,
135:19, 138:14,
138:20, 138:24,
143:10, 143:11,
143:18, 145:12,
145:14, 145:15,
152:4, 152:6, 153:4,
160:24, 161:2,
161:4, 161:6, 180:7,
180:9, 180:18,
183:21, 185:3,
185:8, 185:25,
187:16, 187:24,
188:1, 193:2, 193:4,
193:7, 193:8,
197:13, 197:14,
198:16, 199:1,
199:2, 199:3, 201:3,
201:4, 201:5,
203:11, 203:17,
203:22, 204:2,
204:4, 204:6, 204:8,
204:10, 204:12,
204:15, 204:17,
204:18, 204:21,
204:22, 204:24,
205:3, 205:8,
205:15, 205:17,
205:21, 261:15,
264:19, 264:22
EXHIBITS [21] - 11:13,
11:14, 11:22, 12:1,
28:4, 29:17, 31:9,
45:18, 45:19, 51:4,
114:9, 114:12,
114:24, 127:21,
129:7, 129:21,
151:2, 189:20,
203:7, 203:18, 286:1
EXIST [3] - 64:17,
247:16, 252:11
EXISTED [1] - 39:16
EXISTENCE [2] -
170:10, 174:6
EXPECT [2] - 10:16,
10:18
EXPECTED [3] - 95:1,
172:23, 191:14

**EXPEDITE** [1] - 176:18
**EXPENDED** [1] - 282:2
**EXPERIENCE** [1] - 103:5
**EXPLAIN** [17] - 24:7, 39:7, 98:14, 102:19, 110:6, 140:3, 140:25, 159:13, 160:3, 160:5, 162:17, 162:20, 199:25, 222:22, 225:17, 232:25, 259:22
**EXPLAINED** [15] - 23:5, 25:10, 28:25, 32:16, 44:16, 59:9, 74:25, 124:17, 125:10, 145:21, 173:23, 224:2, 224:3, 250:22
**EXPLAINING** [1] - 223:22
**EXPLANATION** [6] - 39:5, 44:2, 44:5, 231:24, 232:1, 232:2
**EXPLICITLY** [1] - 38:25
**EXPRESSED** [2] - 177:24, 267:4
**EXTEND** [5] - 220:7, 239:4, 241:17, 241:18, 243:24
**EXTENSION** [15] - 19:14, 20:13, 122:4, 208:20, 208:22, 208:23, 238:23, 252:19, 253:10, 253:23, 257:11, 257:13, 257:22, 258:5, 258:24
**EXTENSIONS** [2] - 219:18, 257:19
**EXTENT** [16] - 7:10, 13:21, 167:22, 169:7, 169:16, 172:20, 173:20, 174:13, 175:16, 175:24, 181:21, 200:16, 206:5, 272:1, 273:1, 275:4
**EXTREMELY** [2] - 212:20, 276:14
**EYES** [2] - 11:15, 93:10

**F**

**FABRICATE** [1] -

219:13
**FACE** [3] - 106:8, 109:6, 126:14
**FACED** [1] - 229:10
**FACILITATE** [3] - 267:8, 270:6, 270:11
**FACING** [1] - 224:24
**FACT** [54] - 8:14, 10:6, 13:14, 49:2, 51:25, 53:3, 58:19, 63:9, 65:9, 65:11, 69:22, 71:13, 77:1, 105:3, 120:2, 124:9, 178:25, 186:19, 196:17, 198:19, 198:22, 201:16, 209:2, 213:3, 215:23, 216:1, 217:19, 225:13, 225:17, 235:10, 239:3, 239:8, 239:15, 243:8, 243:14, 244:3, 248:13, 249:17, 250:22, 254:2, 254:20, 257:16, 258:6, 258:11, 258:12, 261:1, 262:7, 264:5, 264:9, 266:3, 270:17, 274:5, 276:12, 276:13
**FACTS** [4] - 238:5, 252:12, 258:1, 258:3
**FACTUAL** [10] - 206:11, 256:19, 257:6, 265:10, 265:19, 275:22, 276:2, 277:3, 277:4
**FACTUALLY** [1] - 206:24
**FAILING** [1] - 241:5
**FAILURE** [5] - 33:7, 34:21, 95:23, 224:20, 225:4
**FAIR** [18] - 39:8, 40:3, 40:6, 46:3, 49:7, 62:20, 103:10, 119:6, 149:20, 169:1, 170:14, 186:6, 188:24, 200:5, 231:2, 234:19, 257:4, 276:24
**FAIRLY** [4] - 5:16, 174:20, 174:21, 274:10
**FAITH** [1] - 268:20
**FALSE** [1] - 206:8
**FAMILIAR** [10] - 48:17,

49:2, 51:25, 71:13, 71:19, 73:18, 73:22, 73:24, 105:25, 257:3
**FAR** [12] - 11:25, 12:7, 43:1, 68:19, 75:23, 77:22, 82:12, 159:21, 164:1, 230:11, 272:16, 274:24
**FASHION** [1] - 276:6
**FAST** [2] - 94:20, 158:23
**FASTEST** [1] - 47:17
**FATAL** [1] - 246:19
**FAULT** [1] - 241:16
**FAVOR** [1] - 178:1
**FAVORABLE** [1] - 61:8
**FAX** [15] - 150:4, 150:5, 211:18, 212:1, 225:12, 225:15, 225:18, 225:20, 225:21, 226:7, 226:13, 226:17, 226:19, 226:20
**FAXED** [1] - 211:18
**FAXES** [1] - 211:20
**FCRR** [1] - 1:19
**FCS** [29] - 1:4, 2:12, 3:22, 4:7, 17:22, 20:22, 38:18, 38:22, 39:18, 40:2, 40:9, 78:4, 83:13, 91:17, 101:18, 103:20, 153:22, 154:1, 177:1, 177:9, 219:9, 258:25, 261:2, 261:4, 261:20, 266:13, 267:4, 273:4, 274:6
**FEASIBLE** [1] - 208:17
**FEBRUARY** [13] - 23:12, 23:13, 55:2, 56:1, 56:5, 89:3, 118:22, 119:4, 119:5, 119:16, 139:5, 207:19
**FED** [2] - 212:16, 235:9
**FEDERAL** [7] - 159:15, 223:11, 224:8, 227:25, 244:15, 267:18, 277:18
**FEE** [13] - 125:6, 125:12, 125:13, 194:12, 196:11, 196:12, 274:21,

280:12, 281:8, 281:20, 282:3, 283:10, 283:12
**FEEDBACK** [1] - 17:12
**FEEDING** [1] - 120:1
**FEEL** [1] - 52:15
**FEELINGS** [1] - 271:20
**FEES** [20] - 11:10, 33:6, 33:15, 96:9, 96:13, 96:18, 272:10, 272:13, 274:19, 274:24, 274:25, 275:1, 275:7, 281:14, 281:25, 282:2, 282:23, 282:25, 283:3
**FEIGNED** [2] - 233:8, 234:11
**FELL** [2] - 260:3, 261:5
**FELT** [12] - 52:4, 52:8, 52:14, 181:25, 209:4, 213:23, 214:11, 214:12, 214:13, 216:7, 216:11, 275:21
**FEW** [11] - 8:13, 43:25, 79:21, 107:11, 126:18, 126:20, 154:22, 172:9, 199:21, 240:1, 252:2
**FIGHT** [6] - 120:16, 160:18, 161:12, 162:11, 162:13, 275:15
**FIGHTING** [7] - 64:24, 125:2, 182:12, 182:21, 182:25, 183:2, 265:2
**FIGURE** [2] - 258:3, 263:9
**FIGURED** [2] - 42:1, 229:23
**FILE** [44] - 19:19, 28:17, 31:5, 31:15, 38:19, 41:25, 42:17, 42:21, 42:25, 50:23, 75:14, 119:20, 153:22, 160:16, 168:15, 188:11, 194:12, 196:23, 199:5, 219:8, 220:5, 222:15, 224:20, 225:1, 225:4, 227:24, 238:20, 238:24, 239:6, 239:11, 241:6,

241:15, 243:22, 244:9, 255:16, 258:17, 262:9, 267:18, 268:2, 268:16, 271:6, 277:23, 278:19
**FILED** [133] - 5:10, 5:24, 6:5, 6:9, 6:14, 8:23, 8:24, 8:25, 13:12, 15:12, 19:2, 19:13, 20:2, 20:12, 21:2, 22:24, 23:2, 23:8, 24:14, 24:23, 25:23, 27:4, 27:5, 27:9, 33:6, 33:25, 34:5, 34:21, 37:10, 40:21, 42:5, 42:7, 42:15, 42:22, 43:4, 43:6, 43:8, 43:11, 43:25, 51:24, 53:24, 58:20, 58:25, 73:7, 73:14, 73:18, 77:3, 79:11, 79:23, 80:3, 80:4, 80:5, 80:9, 80:10, 80:12, 87:25, 89:14, 90:5, 91:19, 91:21, 91:25, 96:9, 96:21, 97:19, 104:20, 115:11, 118:15, 120:5, 125:12, 125:14, 125:15, 132:5, 132:17, 132:18, 132:21, 135:5, 151:12, 160:1, 164:7, 172:16, 172:21, 173:4, 175:6, 188:21, 189:25, 196:5, 196:12, 196:18, 197:4, 197:5, 197:6, 207:18, 208:8, 208:19, 209:7, 209:12, 209:18, 212:11, 214:20, 215:24, 220:7, 220:9, 220:12, 220:14, 220:16, 222:9, 222:16, 223:13, 239:16, 239:24, 240:1, 243:24, 245:7, 245:9, 246:14, 247:16, 247:18, 247:20, 247:22, 253:9, 253:10, 254:11, 256:7, 257:22, 268:25, 269:17, 272:20, 273:6, 280:24, 280:25

**FILERS** [1] - 155:2
**FILING** [38] - 11:4,
11:7, 11:10, 25:25,
73:8, 74:2, 95:17,
96:13, 100:20,
125:6, 125:12,
125:13, 172:12,
172:25, 173:2,
183:4, 192:13,
194:12, 195:18,
196:7, 196:11,
198:17, 209:9,
215:11, 215:25,
221:2, 221:5,
225:18, 239:1,
241:11, 244:4,
244:13, 244:17,
244:19, 246:12,
261:8, 276:15,
280:25
**FILINGS** [2] - 176:17,
233:11
**FILL** [2] - 50:13,
114:23
**FINAL** [10] - 2:5, 6:12,
153:10, 153:14,
159:16, 164:18,
172:15, 192:14,
262:11, 282:20
**FINALLY** [4] - 116:17,
234:9, 265:13,
270:17
**FINANCIAL** [2] -
25:13, 32:18
**FIND** [19] - 92:19,
108:9, 110:4,
118:16, 123:20,
127:12, 184:21,
190:17, 214:7,
230:9, 232:12,
257:9, 258:22,
260:6, 260:8,
261:10, 263:21,
266:9, 269:20
**FINDING** [4] - 33:19,
258:12, 265:10,
266:3
**FINDINGS** [9] -
256:20, 257:5,
257:6, 258:21,
265:19, 275:12,
277:3, 277:4, 281:21
**FINE** [21] - 55:24,
56:16, 61:21, 66:3,
66:4, 76:3, 77:12,
83:4, 85:4, 122:7,
125:20, 134:10,
134:16, 135:24,
141:25, 144:1,
144:2, 187:25,

203:1, 211:18,
281:11
**FINED** [1] - 157:10
**FINISH** [7] - 120:11,
137:3, 178:1, 181:5,
196:3, 219:22,
219:23
**FIRE** [5] - 99:6, 99:24,
146:23, 148:6, 148:7
**FIRED** [5] - 147:1,
147:25, 163:16,
212:13, 266:25
**FIRING** [3] - 146:20,
147:4, 148:8
**FIRM** [5] - 94:9,
167:11, 175:7,
207:16, 208:11
**FIRST** [51] - 3:20, 8:2,
8:8, 31:25, 33:8,
34:2, 38:21, 58:13,
62:23, 63:18, 87:18,
92:9, 92:14, 94:5,
100:23, 100:25,
101:16, 108:14,
110:11, 110:13,
114:18, 121:20,
130:14, 133:25,
174:15, 183:20,
187:11, 189:25,
190:1, 202:22,
207:18, 208:22,
211:10, 216:24,
221:21, 221:23,
235:12, 241:23,
248:21, 249:8,
250:18, 251:20,
254:11, 257:6,
258:13, 261:18,
264:10, 264:22,
268:22, 278:20
**FISHING** [2] - 97:25,
110:15
**FIT** [1] - 279:12
**FIVE** [8] - 36:17, 86:5,
96:15, 107:1, 107:5,
152:12, 165:14
**FIVE-MINUTE** [1] -
107:1
**FLOATING** [1] - 8:1
**FLOUTED** [1] - 265:10
**FLOW** [1] - 83:16
**FOCUS** [2] - 7:8, 7:9
**FOCUSED** [6] - 7:2,
158:24, 165:11,
165:21, 227:8,
265:21
**FOLDER** [1] - 59:21
**FOLKS** [1] - 86:18
**FOLLOW** [13] - 33:22,
44:20, 82:24, 83:5,

83:7, 96:2, 106:25,
158:16, 164:25,
175:8, 199:15,
226:6, 252:15
**FOLLOW-UP** [7] -
82:24, 83:5, 83:7,
96:2, 158:16,
164:25, 199:15
**FOLLOW-UPS** [1] -
106:25
**FOLLOWING** [3] -
34:17, 55:16, 89:1
**FOR** [427] - 1:1, 2:6,
2:12, 2:17, 2:22, 3:6,
3:21, 5:23, 6:14,
7:11, 7:12, 8:16,
10:4, 10:6, 11:6,
11:9, 11:20, 11:21,
12:5, 12:17, 12:18,
13:2, 13:8, 13:11,
13:15, 14:5, 14:12,
14:15, 14:20, 16:2,
16:16, 18:12, 19:2,
19:14, 19:18, 20:2,
20:3, 20:13, 20:22,
21:13, 21:21, 22:3,
22:25, 23:2, 23:4,
23:17, 23:24, 24:1,
24:3, 24:6, 24:21,
24:23, 25:10, 25:16,
25:24, 26:4, 26:16,
26:25, 27:1, 27:2,
27:3, 27:4, 27:8,
28:19, 30:6, 30:15,
30:18, 30:21, 31:6,
32:7, 32:9, 32:10,
32:20, 33:5, 33:6,
33:9, 33:15, 33:24,
34:7, 34:11, 34:20,
34:21, 34:24, 34:25,
35:3, 35:12, 35:25,
36:1, 36:12, 36:15,
37:4, 38:9, 39:4,
39:17, 40:8, 41:20,
44:19, 46:15, 47:17,
50:3, 50:6, 51:6,
51:23, 54:5, 55:7,
56:14, 60:5, 60:7,
60:12, 61:3, 61:8,
61:13, 61:17, 61:19,
65:2, 66:6, 66:12,
68:3, 69:10, 69:14,
70:6, 70:23, 72:18,
73:17, 73:20, 74:2,
74:6, 74:25, 75:17,
75:21, 76:2, 76:5,
76:10, 78:9, 79:16,
80:25, 81:3, 83:12,
83:13, 85:25, 86:8,
86:11, 87:11, 87:18,
87:22, 87:25, 88:3,

88:6, 89:1, 89:13,
89:16, 89:22, 89:23,
89:25, 90:9, 90:10,
91:6, 91:20, 91:24,
91:25, 92:16, 93:2,
93:19, 94:9, 94:12,
94:24, 95:7, 95:8,
95:10, 95:23, 96:8,
96:9, 96:13, 96:14,
96:20, 97:10, 97:14,
97:15, 97:19, 98:16,
99:7, 99:22, 101:5,
101:25, 106:16,
107:11, 107:25,
108:3, 108:9,
108:11, 109:7,
109:9, 110:25,
112:20, 114:20,
115:14, 115:15,
116:8, 116:9,
116:10, 116:11,
118:1, 119:9, 120:7,
120:18, 121:25,
122:4, 122:19,
123:10, 123:21,
124:9, 124:16,
124:18, 125:6,
125:12, 127:11,
127:16, 128:24,
132:2, 132:4, 132:7,
132:9, 132:13,
132:18, 133:20,
136:8, 136:24,
140:4, 140:13,
140:14, 140:23,
140:25, 141:16,
141:19, 141:22,
142:24, 143:24,
144:12, 144:15,
144:18, 145:7,
146:8, 146:13,
147:7, 147:13,
147:16, 148:2,
149:12, 150:4,
153:1, 153:11,
155:16, 156:6,
157:2, 159:15,
159:25, 160:3,
160:17, 162:3,
162:6, 162:21,
163:6, 163:7,
163:25, 164:1,
164:3, 164:10,
165:3, 166:10,
167:13, 168:2,
170:20, 176:1,
180:4, 182:16,
183:5, 186:21,
187:7, 189:4, 191:2,
191:20, 191:25,
192:18, 194:12,

194:13, 196:11,
196:24, 198:23,
200:3, 200:14,
201:13, 201:16,
201:21, 205:25,
207:13, 207:24,
208:8, 208:19,
208:21, 209:6,
209:11, 209:13,
211:12, 211:19,
212:18, 213:1,
213:7, 213:15,
213:16, 215:7,
216:24, 217:24,
219:1, 219:9,
219:15, 219:17,
220:2, 221:3, 221:5,
221:6, 221:8,
221:12, 222:9,
222:11, 223:12,
223:18, 223:23,
224:4, 224:8,
224:14, 224:16,
225:4, 227:3, 228:2,
229:1, 230:23,
231:8, 233:1,
238:21, 238:23,
239:4, 241:1,
241:11, 241:18,
241:19, 242:4,
244:4, 244:17,
246:14, 246:15,
247:4, 247:19,
250:18, 252:19,
252:25, 253:10,
253:23, 254:10,
255:6, 255:15,
255:16, 257:11,
257:15, 257:19,
257:21, 259:10,
262:2, 262:7,
265:16, 265:24,
266:1, 266:5, 266:6,
267:2, 267:12,
270:19, 271:3,
271:4, 271:18,
271:21, 271:22,
272:9, 274:7, 274:9,
274:10, 274:19,
274:20, 274:24,
274:25, 275:1,
275:5, 275:7,
275:14, 275:20,
276:2, 276:16,
277:5, 277:7, 277:8,
277:9, 277:18,
278:18, 279:18,
280:5, 280:17,
281:14, 281:18,
281:19, 282:16,
282:23

**FORCE** [1] - 14:14
**FORD** [1] - 2:21
**FORECLOSURE** [1] - 233:5
**FOREGOING** [1] - 284:1
**FOREVER** [1] - 278:17
**FORGET** [2] - 143:10, 145:11
**FORGIVE** [1] - 181:18
**FORM** [6] - 167:4, 252:6, 272:9, 273:21, 273:24, 273:25
**FORMALISTIC** [1] - 268:11
**FORMAT** [2] - 64:5, 232:22
**FORMER** [3] - 92:17, 145:4, 212:11
**FORMULATED** [1] - 63:8
**FORTH** [3] - 19:5, 22:17, 62:8
**FORTHCOMING** [1] - 117:10
**FORUM** [3] - 277:5, 277:8, 277:9
**FORWARD** [13] - 24:11, 42:24, 47:14, 73:8, 88:17, 90:16, 94:19, 100:10, 134:21, 140:7, 192:1, 209:20, 278:7
**FORWARDED** [4] - 62:21, 129:13, 183:16, 185:16
**FORWARDING** [1] - 16:10
**FOUND** [13] - 39:3, 69:1, 69:7, 90:18, 95:20, 101:24, 104:11, 107:14, 183:10, 197:4, 258:14, 273:24, 281:22
**FOUNDATION** [9] - 30:5, 30:18, 57:24, 60:7, 60:12, 61:15, 183:24, 189:4, 194:6
**FOUR** [4] - 96:15, 118:10, 264:22, 268:6
**FOURTH** [1] - 263:21
**FRAME** [6] - 37:16, 186:8, 239:6, 240:8, 252:18, 258:10
**FRAMES** [1] - 26:9
**FRANKLIN** [1] - 2:8
**FRANKLY** [19] -

12:20, 14:4, 124:10, 191:13, 214:13, 222:13, 228:23, 229:7, 229:10, 229:20, 230:5, 231:4, 231:9, 232:5, 232:8, 251:13, 262:4, 275:4, 276:12
**FRCP** [1] - 245:14
**FREQUENTLY** [3] - 117:8, 215:3, 215:7
**FRESH** [2] - 282:6, 282:7
**FRIDAY** [7] - 62:15, 62:17, 63:19, 121:24, 277:23
**FRIENDS** [2] - 94:25, 260:23
**FRIVOLOUS** [1] - 164:10
**FROM** [190] - 3:15, 4:9, 9:13, 9:25, 10:5, 10:8, 10:18, 11:3, 14:17, 15:20, 16:21, 19:3, 22:13, 22:20, 23:16, 25:5, 25:17, 27:15, 32:17, 35:16, 35:19, 36:3, 36:5, 39:24, 39:25, 40:4, 40:7, 44:2, 44:13, 44:17, 46:4, 46:5, 46:8, 46:15, 49:23, 53:16, 53:18, 53:24, 54:1, 55:11, 58:17, 59:3, 60:2, 60:16, 61:9, 63:15, 63:20, 63:21, 65:19, 65:20, 69:1, 70:22, 72:4, 72:12, 77:7, 77:22, 83:16, 83:17, 85:18, 87:6, 90:21, 91:10, 92:6, 94:6, 95:5, 95:6, 97:16, 97:21, 98:11, 98:20, 99:17, 100:7, 101:4, 101:24, 102:3, 102:14, 104:21, 105:9, 105:10, 106:6, 106:12, 106:17, 107:18, 109:24, 111:25, 112:7, 113:15, 114:25, 115:10, 117:21, 119:4, 122:18, 123:23, 124:17, 126:4, 127:5, 130:8, 132:23, 134:5, 134:23, 140:4, 142:3, 143:2,

147:25, 148:20, 148:22, 150:1, 150:2, 150:9, 155:21, 159:19, 160:16, 160:25, 163:16, 165:12, 165:24, 170:23, 175:12, 177:19, 183:16, 185:15, 188:7, 189:2, 190:17, 190:25, 191:25, 192:11, 192:22, 193:3, 193:9, 193:24, 195:20, 202:5, 204:13, 204:18, 204:22, 204:23, 205:18, 207:8, 209:14, 209:23, 210:20, 210:24, 210:25, 214:9, 215:19, 218:14, 223:21, 226:2, 226:4, 228:16, 233:11, 234:17, 236:15, 236:16, 239:1, 240:18, 240:21, 247:6, 248:7, 249:7, 251:1, 254:22, 259:2, 260:20, 261:7, 261:18, 262:6, 263:1, 264:23, 265:14, 266:18, 267:13, 270:8, 270:10, 272:19, 274:3, 274:5, 274:13, 275:4, 276:21, 277:22, 278:20, 279:1, 283:1, 284:2
**FRONT** [42] - 6:23, 7:4, 7:14, 12:2, 12:3, 18:16, 31:23, 47:10, 81:8, 81:9, 81:13, 81:15, 84:25, 86:10, 105:15, 119:7, 120:8, 127:5, 129:6, 131:2, 154:8, 179:6, 179:8, 186:4, 189:9, 191:3, 210:3, 218:13, 218:18, 222:19, 227:9, 250:1, 252:21, 260:9, 263:7, 267:8, 268:14, 268:19, 269:7, 273:13, 279:11
**FROZEN** [1] - 146:2
**FRUSTRATED** [1] - 178:17

**FRUSTRATION** [1] - 177:24
**FULL** [8] - 10:10, 81:20, 113:2, 113:3, 144:18, 152:25, 262:11, 262:12
**FULLY** [3] - 81:12, 223:21, 240:13
**FULSOME** [1] - 261:23
**FUNCTIONS** [1] - 279:2
**FUNDING** [1] - 94:20
**FURNISH** [3] - 37:7, 234:1, 234:16
**FURNISHED** [3] - 38:4, 234:19, 237:1
**FURTHER** [23] - 36:12, 40:12, 69:3, 73:16, 76:20, 78:13, 82:21, 84:13, 97:19, 100:16, 104:5, 106:22, 158:10, 164:22, 175:1, 198:11, 200:20, 201:25, 208:22, 213:14, 227:2, 238:10, 276:21
**FURTHERANCE** [1] - 264:13
**FUZZY** [1] - 252:17

---

**G**

**GAPS** [1] - 275:22
**GATHER** [3] - 85:12, 109:23, 258:9
**GAVE** [10] - 52:11, 97:14, 100:25, 102:13, 103:14, 116:12, 123:12, 145:25, 197:7, 234:5
**GEARS** [1] - 42:3
**GENERAL** [3] - 15:11, 236:24, 243:13
**GENERALLY** [3] - 9:22, 9:24, 237:25
**GENERATED** [1] - 277:24
**GENERATES** [1] - 226:19
**GENTLEMAN** [4] - 55:11, 94:17, 94:18, 94:21
**GENTLEMEN** [2] - 3:3, 234:18
**GENUINE** [2] - 243:7, 244:3
**GET** [104] - 7:16, 9:13, 9:15, 9:25, 10:5,

10:7, 12:9, 16:16, 17:12, 19:18, 19:20, 19:21, 28:17, 28:21, 35:16, 36:22, 41:1, 41:2, 41:8, 41:14, 44:2, 44:7, 44:11, 47:9, 57:3, 60:5, 61:8, 64:20, 69:13, 75:2, 75:3, 78:19, 86:3, 86:7, 87:2, 90:21, 92:15, 95:8, 101:4, 101:5, 105:11, 106:17, 107:20, 109:15, 109:24, 113:4, 119:14, 120:2, 120:3, 120:8, 122:23, 133:9, 134:19, 145:20, 145:22, 147:1, 153:13, 165:9, 169:22, 174:3, 176:5, 178:2, 178:4, 178:5, 178:17, 179:1, 179:5, 181:18, 185:20, 193:13, 209:3, 212:6, 216:9, 220:18, 224:22, 226:7, 231:13, 232:18, 233:16, 233:17, 234:15, 235:3, 239:21, 239:24, 243:25, 252:17, 252:20, 256:11, 258:8, 260:19, 261:6, 262:3, 262:17, 265:14, 267:6, 269:17, 269:24, 270:14, 271:25, 278:10, 279:18, 279:21, 279:23
**GET-GO** [3] - 90:21, 101:4, 106:17
**GETS** [2] - 272:16, 279:16
**GETTING** [19] - 13:7, 30:6, 33:19, 40:24, 66:4, 67:7, 69:12, 69:13, 75:24, 77:7, 77:22, 144:12, 212:22, 218:5, 232:21, 235:3, 263:7, 265:17, 280:1
**GINZBURG** [211] - 2:8, 4:3, 4:5, 4:6, 8:3, 8:6, 9:2, 9:14, 10:9, 10:13, 10:18, 10:22, 10:25, 11:1, 12:21, 13:7, 14:11, 15:9,

15:22, 15:25, 16:8,
16:18, 16:20, 16:23,
17:6, 17:7, 17:10,
17:15, 17:18, 18:4,
18:7, 18:8, 18:15,
27:19, 27:21, 27:24,
28:5, 28:18, 28:22,
28:23, 29:10, 29:13,
29:16, 29:22, 30:2,
30:10, 30:14, 30:19,
30:23, 31:10, 31:11,
31:18, 31:20, 31:22,
36:11, 37:23, 42:4,
45:2, 45:6, 45:11,
47:9, 49:9, 49:13,
49:14, 50:2, 51:7,
56:17, 56:22, 56:23,
57:5, 57:14, 59:19,
59:25, 60:1, 66:17,
66:25, 72:17, 72:19,
72:24, 73:5, 73:11,
78:8, 78:10, 81:11,
81:14, 82:25, 83:1,
85:12, 85:14, 86:19,
86:24, 88:5, 88:9,
88:18, 88:21, 88:23,
88:25, 100:15,
102:8, 102:10,
102:14, 103:24,
110:24, 112:23,
128:23, 129:20,
130:3, 130:10,
130:18, 130:20,
130:25, 134:11,
137:21, 146:19,
146:20, 148:1,
148:2, 148:6, 148:7,
148:8, 148:9,
148:13, 148:16,
148:20, 149:22,
150:2, 150:10,
150:12, 152:21,
152:23, 153:13,
153:15, 153:18,
157:5, 157:10,
157:25, 158:1,
158:7, 158:8,
158:15, 158:17,
166:2, 172:3, 172:5,
198:3, 198:7,
199:18, 199:19,
202:11, 202:20,
205:3, 205:5,
205:10, 206:4,
210:13, 210:14,
211:4, 211:24,
212:20, 213:1,
213:9, 213:24,
214:4, 214:10,
214:14, 215:5,
216:15, 216:17,

216:23, 216:25,
217:3, 217:8,
217:12, 217:15,
218:3, 218:8,
218:22, 219:2,
219:6, 219:7,
219:12, 219:20,
220:1, 220:4,
220:12, 220:25,
222:4, 222:8, 225:9,
227:2, 266:20,
267:3, 267:14,
267:17, 268:10,
269:8, 270:8,
270:16, 271:15,
271:17, 280:15,
280:22, 280:23,
281:8, 281:9,
281:16, 281:17,
282:12, 285:4,
285:9, 285:19
**GINZBURG'S** [5] -
67:14, 67:20, 131:6,
202:10, 203:12
**GINZBURG.COM** [1] -
2:11
**GIVE** [53] - 29:10,
35:8, 59:12, 77:24,
78:4, 81:10, 85:15,
93:16, 97:6, 97:14,
102:21, 102:24,
103:11, 105:18,
105:19, 110:16,
110:21, 111:9,
111:11, 118:5,
121:10, 125:6,
125:20, 125:24,
126:6, 127:8,
127:10, 128:4,
129:22, 130:25,
132:6, 137:21,
137:24, 144:20,
144:21, 145:23,
155:4, 155:9,
157:14, 165:7,
166:1, 168:18,
179:24, 187:5,
187:7, 190:8,
198:10, 240:14,
241:5, 262:14,
266:1, 275:8
**GIVEN** [22] - 11:20,
12:6, 12:20, 14:14,
15:4, 15:5, 23:8,
60:6, 89:15, 89:18,
213:23, 213:24,
224:19, 256:22,
266:9, 266:24,
267:16, 272:21,
275:23, 276:25,
278:12, 280:6

**GIVES** [1] - 268:15
**GIVING** [4] - 25:5,
75:25, 192:19, 278:6
**GO** [84] - 3:15, 10:15,
12:5, 14:22, 16:13,
17:6, 30:5, 30:9,
31:10, 36:24, 47:19,
47:20, 48:7, 49:10,
51:14, 55:4, 55:8,
57:7, 58:5, 60:9,
62:14, 72:11, 75:7,
78:2, 78:21, 78:22,
83:9, 83:21, 84:14,
85:9, 86:18, 87:1,
90:21, 94:12, 101:4,
104:7, 106:17,
106:25, 107:8,
107:20, 114:22,
114:24, 121:2,
122:12, 123:20,
129:24, 133:1,
135:7, 138:17,
144:1, 146:22,
153:9, 153:10,
154:12, 156:20,
159:11, 166:14,
170:22, 175:22,
181:4, 186:23,
188:4, 197:10,
203:4, 206:1,
206:22, 207:12,
216:2, 216:23,
217:14, 219:6,
219:23, 223:4,
230:11, 235:4,
237:14, 255:22,
256:24, 257:1,
271:23, 274:24
**GOAL** [2] - 6:21,
191:17
**GOES** [14] - 62:5,
65:23, 66:5, 98:14,
101:24, 102:24,
124:5, 128:13,
225:15, 227:12,
227:16, 236:24,
236:25
**GOING** [173] - 5:2,
10:11, 10:13, 10:16,
10:19, 10:21, 14:6,
14:15, 14:17, 16:6,
17:8, 17:12, 18:2,
18:19, 19:18, 27:17,
33:8, 33:12, 33:20,
33:21, 36:2, 42:6,
42:11, 43:4, 44:7,
44:14, 45:1, 46:19,
47:20, 50:11, 50:20,
52:21, 54:4, 54:19,
57:19, 59:5, 61:20,

62:12, 63:5, 64:8,
65:18, 65:20, 66:16,
69:17, 71:3, 72:1,
73:6, 73:18, 77:23,
80:3, 85:13, 86:2,
87:1, 94:24, 97:11,
97:18, 97:24, 98:18,
101:4, 103:18,
105:11, 106:8,
106:25, 109:5,
109:6, 114:9,
117:11, 119:21,
120:1, 120:2, 120:3,
122:9, 124:6, 125:4,
125:18, 125:23,
126:14, 128:12,
129:8, 130:12,
132:1, 135:16,
137:18, 144:15,
145:24, 147:17,
149:3, 150:6, 153:7,
158:20, 158:22,
158:23, 159:22,
160:18, 161:12,
161:15, 162:7,
162:11, 162:13,
165:6, 166:6,
170:22, 172:21,
173:19, 174:20,
175:3, 176:14,
176:16, 178:4,
179:15, 180:3,
181:1, 184:18,
185:6, 189:13,
189:14, 191:2,
191:8, 193:18,
194:5, 196:21,
196:24, 197:23,
201:1, 201:12,
201:14, 202:19,
202:24, 203:2,
206:12, 211:3,
215:1, 215:2,
216:18, 217:9,
217:10, 217:22,
217:24, 218:6,
219:3, 223:23,
224:4, 224:25,
229:8, 229:12,
229:22, 232:3,
239:14, 242:18,
243:16, 247:24,
247:25, 249:7,
253:18, 256:17,
256:19, 260:11,
268:16, 270:2,
270:14, 273:19,
274:4, 274:23,
275:5, 277:20,
277:25, 279:14,
280:6, 282:8, 282:16

**GOLDEN** [1] - 203:25
**GONE** [2] - 89:5,
270:20
**GOOD** [27] - 3:9, 4:5,
4:15, 4:16, 16:19,
41:12, 46:2, 66:6,
68:12, 82:13, 85:10,
85:11, 111:15,
112:4, 121:13,
122:2, 127:13,
127:16, 134:20,
179:5, 181:25,
192:16, 194:14,
226:6, 243:19,
268:20, 278:21
**GOOGLE** [3] - 78:2,
91:14, 231:11
**GOOGLED** [1] - 97:3
**GOT** [33] - 3:16, 3:24,
14:14, 42:22, 63:25,
64:19, 85:18, 85:21,
98:17, 99:11, 99:23,
102:14, 126:8,
134:1, 134:6,
141:14, 156:7,
175:11, 178:12,
191:1, 193:9, 199:1,
204:21, 214:14,
219:14, 239:25,
262:16, 263:25,
265:13, 269:16,
271:23, 279:10
**GOTTEN** [2] - 263:10,
281:18
**GRANT** [5] - 14:23,
223:12, 257:25,
258:4, 282:18
**GRANTED** [15] -
21:20, 35:20, 68:23,
87:6, 119:25,
162:21, 198:23,
221:14, 236:16,
246:16, 247:5,
255:17, 259:21,
266:10, 266:14
**GRANTING** [6] -
22:11, 33:15, 96:17,
199:4, 221:6, 264:2
**GREAT** [4] - 100:8,
118:8, 119:1, 165:22
**GROSS** [1] - 228:22
**GROUNDS** [2] -
222:11, 222:15
**GUESS** [37] - 4:1, 4:8,
5:9, 6:7, 8:4, 12:11,
16:9, 23:7, 51:23,
53:23, 56:1, 64:9,
75:22, 77:2, 111:21,
121:16, 135:13,
150:20, 170:14,

190:16, 191:2,
191:5, 202:6,
206:11, 206:17,
206:23, 207:8,
209:10, 212:12,
218:14, 252:6,
254:20, 258:24,
261:15, 264:21,
265:22, 276:22
**GUESSING** [1] -
123:18
**GUIDANCE** [1] - 13:19
**GUY** [4] - 41:12,
82:13, 103:9, 124:2
**GUYS** [15] - 17:9,
53:3, 53:24, 92:21,
97:14, 97:17, 98:16,
101:1, 109:5,
110:25, 114:13,
147:9, 162:9,
227:20, 269:18

**H**

**HAD** [257] - 3:10, 6:2,
6:5, 6:7, 6:8, 6:9,
8:3, 9:16, 11:9,
11:15, 17:20, 17:24,
17:25, 18:20, 18:23,
19:10, 20:9, 23:1,
23:8, 23:15, 24:19,
24:25, 25:22, 26:8,
26:23, 27:5, 27:23,
30:10, 30:15, 32:5,
34:17, 37:12, 37:14,
38:13, 39:1, 39:12,
39:25, 40:1, 40:11,
40:21, 41:7, 41:15,
42:8, 42:9, 43:7,
43:10, 44:3, 44:9,
44:21, 45:7, 52:1,
52:5, 52:8, 52:14,
53:1, 53:20, 60:3,
65:8, 65:10, 66:17,
66:18, 68:8, 68:9,
68:25, 69:6, 69:7,
71:9, 73:22, 77:1,
77:3, 77:20, 79:3,
79:10, 79:15, 79:24,
80:23, 83:24, 84:11,
86:6, 87:20, 88:2,
90:5, 90:20, 91:8,
91:16, 92:11, 92:17,
93:1, 93:20, 94:1,
94:3, 94:19, 94:21,
95:21, 95:25, 97:25,
99:3, 99:8, 100:12,
101:17, 102:10,
103:17, 104:17,
104:20, 105:3,
105:6, 107:2,

107:21, 108:20,
109:9, 109:21,
110:15, 110:18,
111:17, 112:3,
115:19, 118:24,
119:13, 119:16,
121:12, 122:18,
125:10, 125:15,
132:14, 133:2,
137:5, 139:10,
140:10, 141:5,
141:12, 141:17,
144:9, 145:2, 145:4,
146:10, 146:14,
146:20, 148:8,
148:12, 151:22,
160:3, 160:4, 160:5,
160:22, 162:21,
163:19, 164:1,
168:11, 169:10,
170:11, 173:4,
174:8, 174:12,
174:15, 175:13,
175:14, 175:16,
176:9, 177:20,
179:3, 181:17,
182:5, 183:3,
184:19, 184:22,
186:11, 186:18,
187:2, 187:8, 189:7,
190:5, 195:22,
196:6, 196:14,
196:20, 198:19,
207:1, 207:5,
208:16, 209:1,
209:2, 210:18,
210:19, 210:20,
211:23, 212:14,
213:24, 214:11,
214:13, 214:15,
214:22, 215:10,
217:5, 217:17,
220:12, 220:13,
221:11, 221:13,
222:17, 225:19,
228:6, 229:9,
229:10, 229:11,
230:1, 230:2,
231:15, 232:4,
232:17, 233:13,
237:19, 238:17,
239:5, 239:6,
239:13, 239:17,
240:8, 241:11,
241:12, 241:15,
242:3, 242:5, 243:2,
246:15, 246:20,
248:4, 248:20,
249:1, 250:12,
250:23, 253:1,
253:20, 258:7,

258:14, 259:15,
262:19, 263:10,
263:23, 264:1,
264:10, 264:11,
265:15, 266:19,
270:22, 271:5,
272:24, 274:8,
275:25, 276:23,
280:13, 280:24
**HAMPERING** [1] -
241:6
**HAND** [7] - 188:18,
193:20, 194:21,
197:15, 227:8,
234:10, 282:17
**HANDED** [1] - 180:23
**HANDLE** [1] - 31:5
**HANDLING** [1] -
210:16
**HANDS** [1] - 194:16
**HAPPEN** [5] - 44:14,
71:21, 178:12,
228:12, 263:15
**HAPPENED** [22] -
43:22, 84:23, 93:5,
97:7, 98:19, 99:3,
99:5, 99:20, 104:17,
110:6, 110:21,
146:10, 158:1,
158:2, 196:10,
215:3, 215:6, 223:5,
250:21, 258:14,
266:15, 278:12
**HAPPENING** [2] -
72:4, 97:4
**HAPPY** [3] - 92:25,
99:15, 127:6
**HARD** [4] - 17:3, 62:7,
62:9, 62:11
**HARDER** [1] - 271:3
**HARM** [1] - 273:19
**HAS** [85] - 8:6, 11:16,
13:18, 18:8, 23:4,
24:9, 36:9, 41:19,
46:13, 47:9, 56:19,
57:17, 75:12, 81:20,
85:19, 93:17, 95:15,
99:13, 99:23,
103:22, 103:24,
106:14, 109:4,
126:12, 130:3,
130:17, 145:3,
158:25, 163:13,
164:4, 164:5,
164:13, 185:18,
185:20, 190:10,
190:11, 192:4,
192:6, 192:13,
192:24, 206:4,
211:4, 211:6, 216:6,

217:9, 217:22,
218:16, 218:17,
218:19, 225:10,
226:20, 226:21,
226:24, 226:25,
227:15, 233:6,
234:9, 234:13,
234:23, 246:9,
249:11, 249:13,
250:14, 258:14,
258:19, 260:13,
262:6, 262:22,
265:10, 266:11,
266:12, 266:25,
269:13, 269:20,
273:3, 273:5,
274:21, 275:17,
276:14, 277:24,
278:2, 278:22,
283:12
**HAVE** [472] - 3:5, 3:10,
3:12, 3:16, 3:24, 4:8,
4:23, 5:16, 6:18,
6:22, 6:23, 7:3, 7:5,
7:10, 8:25, 10:9,
10:19, 11:18, 11:23,
12:1, 12:4, 12:6,
12:11, 12:13, 12:14,
15:16, 15:23, 16:3,
18:6, 18:11, 18:12,
18:16, 19:5, 19:6,
19:19, 20:4, 20:6,
20:8, 20:9, 20:10,
20:15, 20:18, 21:3,
21:5, 21:6, 21:13,
22:5, 22:7, 23:14,
24:16, 24:22, 25:13,
25:17, 25:21, 26:5,
26:12, 27:7, 27:17,
27:18, 28:10, 28:11,
28:13, 29:2, 29:12,
30:19, 30:25, 35:24,
36:11, 36:15, 36:16,
36:17, 36:24, 37:17,
40:11, 40:13, 40:15,
44:8, 44:19, 45:3,
45:13, 45:19, 46:13,
46:14, 47:11, 48:3,
48:6, 49:10, 49:22,
51:7, 52:6, 52:9,
52:12, 54:12, 56:4,
57:12, 59:18, 59:24,
60:3, 60:7, 61:15,
64:4, 65:8, 65:14,
65:24, 66:18, 66:24,
67:9, 69:1, 69:7,
70:6, 70:17, 72:11,
75:15, 76:24, 78:5,
78:7, 78:8, 79:12,
80:19, 81:7, 81:9,
81:15, 81:18, 81:20,

82:24, 83:6, 83:18,
84:23, 85:17, 86:10,
86:12, 86:16, 86:17,
86:25, 88:5, 89:4,
89:7, 90:21, 91:6,
92:22, 93:3, 93:18,
94:24, 97:1, 97:6,
98:6, 98:13, 100:6,
100:11, 100:15,
101:2, 101:3, 101:6,
101:13, 103:4,
103:19, 104:7,
105:7, 105:15,
105:22, 106:17,
106:18, 106:24,
107:1, 107:3,
107:11, 110:1,
110:16, 110:20,
112:3, 113:2,
113:12, 114:9,
114:13, 115:16,
118:19, 119:7,
119:9, 119:18,
119:22, 119:23,
121:19, 121:22,
121:23, 124:8,
125:11, 126:19,
126:20, 127:4,
127:5, 127:6,
127:16, 128:10,
129:6, 129:12,
129:23, 130:2,
130:8, 130:18,
131:2, 131:21,
131:23, 132:14,
134:8, 134:22,
134:25, 135:21,
136:23, 137:4,
139:11, 139:16,
140:10, 140:11,
141:12, 143:15,
143:21, 144:11,
145:6, 145:13,
145:22, 146:16,
146:18, 149:10,
151:3, 151:10,
151:19, 152:25,
154:8, 155:22,
157:22, 158:5,
158:10, 158:14,
158:15, 158:19,
158:20, 159:19,
160:8, 160:11,
163:4, 163:7,
163:25, 164:3,
164:24, 165:10,
165:13, 165:17,
166:3, 166:19,
167:9, 167:11,
167:12, 167:16,
168:8, 168:13,

168:23, 169:4, 172:1, 172:4, 172:7, 172:9, 174:17, 175:2, 176:1, 178:10, 178:12, 178:18, 178:20, 179:7, 179:12, 179:14, 180:12, 181:5, 181:9, 181:12, 181:25, 184:25, 185:6, 185:8, 185:11, 186:3, 186:24, 187:1, 188:18, 189:9, 189:20, 190:7, 190:19, 190:24, 191:1, 191:5, 191:24, 193:19, 193:23, 193:25, 194:16, 194:21, 195:14, 195:22, 196:9, 196:14, 197:3, 197:8, 197:14, 197:21, 198:13, 199:14, 199:15, 199:21, 200:18, 201:13, 201:15, 201:17, 202:4, 203:7, 203:10, 203:11, 203:13, 204:24, 205:1, 205:4, 205:6, 205:9, 205:12, 205:20, 206:12, 206:20, 212:2, 212:4, 212:7, 213:2, 213:13, 213:15, 217:6, 217:19, 218:11, 218:13, 218:20, 219:21, 220:22, 221:14, 224:21, 226:1, 226:5, 226:16, 227:2, 227:4, 227:6, 228:2, 229:6, 229:24, 229:25, 230:6, 230:7, 230:10, 230:13, 231:19, 232:1, 232:16, 232:21, 233:8, 234:8, 234:9, 235:6, 236:14, 236:15, 238:1, 238:2, 238:4, 238:7, 238:11, 241:13, 242:3, 243:7, 243:13, 243:15, 244:22, 245:4, 246:16, 247:23, 247:25, 248:2, 248:17,

249:21, 250:1, 250:3, 250:7, 252:2, 254:1, 254:8, 254:16, 254:24, 255:14, 256:9, 256:16, 256:23, 257:2, 258:19, 258:21, 259:11, 260:10, 260:14, 260:17, 260:18, 260:22, 261:20, 263:6, 266:15, 266:19, 267:4, 267:16, 267:24, 268:4, 268:19, 268:22, 268:24, 269:11, 269:24, 270:1, 270:3, 270:7, 270:13, 270:20, 271:2, 271:7, 271:14, 271:16, 271:18, 271:19, 271:20, 271:21, 272:6, 272:20, 273:5, 273:8, 273:24, 274:4, 274:9, 274:14, 274:15, 275:1, 275:3, 275:9, 275:15, 276:5, 276:17, 277:2, 277:15, 279:10, 279:25, 280:9, 280:16, 280:19, 281:13, 281:15, 281:18, 281:24, 281:25, 282:9, 282:15, 282:17, 283:18

**HAVING** [26] – 22:8, 26:10, 33:15, 33:21, 51:5, 53:25, 59:2, 68:24, 69:5, 69:15, 75:23, 82:10, 132:12, 135:25, 137:21, 139:5, 145:9, 176:10, 181:8, 181:24, 182:19, 190:4, 201:11, 215:22, 227:22, 234:10

**HE** [317] – 3:19, 3:23, 4:25, 6:4, 6:8, 6:17, 8:6, 8:7, 9:16, 18:6, 18:8, 22:8, 23:19, 24:9, 25:19, 25:25, 37:7, 37:10, 37:11, 37:12, 37:13, 37:14, 38:8, 38:13, 39:7, 39:10, 39:12, 39:13, 39:15, 39:16, 39:22,

40:4, 41:7, 41:14, 42:24, 43:11, 44:6, 44:12, 44:16, 47:22, 48:24, 50:3, 50:13, 55:15, 55:19, 56:14, 60:8, 61:16, 70:20, 70:21, 81:1, 82:2, 84:1, 84:5, 84:11, 85:19, 88:1, 88:2, 90:11, 90:12, 90:14, 90:15, 91:10, 91:12, 92:14, 92:17, 92:18, 92:19, 92:20, 92:23, 93:9, 93:10, 93:11, 93:16, 94:11, 94:17, 94:18, 94:19, 94:21, 95:4, 95:5, 95:14, 96:6, 96:18, 96:19, 97:1, 97:11, 97:12, 97:13, 98:1, 98:5, 98:12, 98:14, 98:15, 99:13, 99:14, 99:22, 101:2, 101:4, 101:19, 101:23, 101:24, 102:3, 102:4, 102:6, 102:11, 102:21, 102:24, 103:2, 103:14, 103:16, 103:17, 103:24, 103:25, 104:1, 104:2, 104:24, 106:7, 106:8, 107:9, 109:6, 109:9, 110:8, 110:10, 110:11, 110:14, 110:17, 110:20, 110:21, 110:22, 112:10, 113:9, 118:12, 118:25, 130:1, 137:8, 138:4, 138:7, 138:9, 139:14, 141:12, 149:22, 149:24, 149:25, 150:1, 150:2, 150:3, 156:15, 158:2, 159:14, 160:5, 160:15, 160:21, 160:22, 161:11, 161:13, 161:14, 162:10, 162:12, 162:19, 162:20, 163:13, 163:14, 163:17, 164:1, 164:4, 168:14, 171:20, 172:24, 173:10, 174:7, 174:8, 174:10, 174:12, 175:18, 176:3, 177:25, 178:1, 178:16,

181:1, 183:10, 184:7, 184:9, 184:18, 184:19, 184:20, 184:23, 185:19, 185:20, 190:11, 193:25, 195:2, 200:14, 201:8, 201:12, 201:20, 201:23, 206:6, 207:24, 208:3, 210:16, 210:18, 210:19, 210:22, 211:2, 211:6, 211:10, 211:11, 211:12, 211:15, 211:16, 211:17, 211:20, 211:21, 211:22, 211:25, 212:1, 212:4, 212:5, 212:7, 212:8, 212:12, 212:14, 212:16, 213:2, 213:3, 213:9, 213:13, 214:4, 214:5, 214:7, 214:21, 215:6, 215:19, 215:20, 215:21, 216:11, 216:12, 217:9, 217:24, 220:15, 220:20, 224:12, 227:14, 227:15, 227:16, 232:3, 233:13, 249:8, 251:13, 251:16, 251:17, 251:19, 251:20, 251:21, 252:13, 253:9, 257:9, 257:10, 257:11, 257:12, 257:14, 257:15, 257:17, 257:18, 258:14, 259:4, 259:5, 260:13, 260:15, 261:8, 262:24, 263:1, 263:10, 264:5, 264:8, 264:9, 264:11, 264:25, 267:22, 268:5, 270:9, 270:22, 273:17, 273:18, 274:17, 275:21, 278:20, 278:22, 280:18, 280:19

**HE'S** [3] – 163:14, 191:15, 281:19

**HE/SHE/IT** [1] – 15:2

**HEAD** [3] – 115:23, 115:25, 118:1

**HEADACHE** [2] –

107:2, 133:2

**HEADER** [2] – 88:15, 140:1

**HEADING** [1] – 190:12

**HEAR** [22] – 8:5, 13:18, 14:16, 15:20, 17:3, 117:21, 139:20, 148:17, 165:12, 165:24, 202:5, 218:6, 218:14, 267:13, 268:8, 269:5, 269:22, 270:13, 271:14, 272:15, 276:4, 282:1

**HEARD** [17] – 13:25, 86:25, 92:9, 98:11, 99:17, 106:4, 160:11, 168:23, 198:22, 234:18, 236:14, 236:16, 257:12, 258:20, 272:11, 272:22, 278:12

**HEARING** [67] – 1:18, 3:4, 3:12, 5:7, 5:8, 5:15, 6:22, 27:11, 27:14, 34:6, 34:7, 34:24, 34:25, 35:1, 35:2, 35:4, 35:6, 35:9, 35:13, 35:16, 37:14, 71:18, 71:21, 71:24, 72:4, 92:4, 96:22, 97:2, 97:24, 102:3, 109:20, 110:5, 110:8, 110:18, 110:19, 110:21, 111:22, 121:21, 124:2, 150:9, 157:19, 157:21, 157:22, 158:2, 170:10, 170:15, 171:8, 176:5, 178:25, 200:13, 200:14, 204:5, 204:13, 210:10, 212:25, 213:22, 217:23, 218:1, 258:16, 265:20, 274:19, 274:20, 275:7, 282:6, 282:23, 283:20

**HEARSAY** [1] – 211:9

**HEAVIER** [1] – 229:6

**HECK** [1] – 13:24

**HELD** [1] – 234:10

**HELP** [7] – 49:12, 49:14, 75:22, 119:21, 127:12,

183:7, 254:10
**HENCE** [1] - 210:25
**HERE** [52] - 3:17, 6:21,
12:8, 14:21, 14:22,
18:11, 29:25, 36:14,
54:24, 64:22, 66:5,
70:19, 88:3, 112:24,
114:19, 123:2,
124:20, 127:11,
132:22, 134:20,
135:10, 135:20,
137:25, 139:4,
139:23, 141:12,
148:21, 155:4,
167:13, 176:1,
191:1, 199:2,
218:12, 225:10,
254:10, 256:17,
259:19, 260:3,
262:6, 264:18,
268:12, 268:13,
270:1, 270:25,
271:5, 271:7,
275:22, 276:2,
277:11, 277:13,
277:20, 278:2
**HEY** [7] - 98:12,
110:18, 110:25,
117:21, 123:2,
148:9, 157:20
**HILLMAN** [13] -
231:23, 232:11,
232:14, 232:19,
232:24, 233:10,
233:12, 233:18,
233:20, 233:24,
234:4, 262:25, 263:9
**HIM** [115] - 6:6, 8:8,
8:11, 8:18, 9:4, 9:16,
16:25, 21:5, 23:20,
24:2, 24:11, 26:5,
30:11, 30:20, 38:9,
38:19, 39:13, 40:15,
41:7, 44:10, 47:10,
47:14, 50:7, 50:8,
50:9, 50:10, 55:12,
55:14, 64:24, 71:9,
72:20, 75:20, 76:12,
77:7, 77:11, 80:25,
82:7, 82:9, 83:25,
84:4, 87:2, 88:6,
90:13, 90:15, 90:16,
91:12, 92:24, 93:15,
94:8, 94:9, 94:13,
94:23, 96:5, 98:20,
99:14, 99:22, 99:24,
100:9, 101:24,
102:25, 103:2,
103:20, 103:25,
106:6, 106:13,

110:7, 112:11,
113:21, 113:25,
117:8, 117:21,
117:23, 120:11,
125:2, 136:11,
136:16, 137:7,
138:6, 141:7,
148:10, 149:8,
149:9, 150:12,
151:7, 164:3, 164:7,
167:2, 175:13,
178:5, 178:6,
184:18, 189:25,
191:14, 192:18,
192:24, 207:10,
208:5, 210:24,
211:7, 216:18,
219:21, 219:22,
232:18, 240:21,
249:10, 259:5,
263:23, 265:2,
267:25, 275:14,
275:25, 276:2, 283:3
**HIMSELF** [3] - 200:2,
200:15, 266:2
**HIRE** [6] - 72:13,
72:16, 72:19, 72:24,
181:15, 198:3
**HIRED** [9] - 18:20,
18:23, 72:20,
112:20, 176:24,
177:2, 210:13,
215:13, 238:18
**HIRING** [2] - 106:10,
126:13
**HIS** [63] - 5:1, 6:3,
6:19, 8:8, 8:15, 9:4,
37:12, 39:12, 85:19,
91:14, 93:12, 99:22,
99:24, 105:20,
117:5, 119:23,
120:12, 124:7,
124:25, 142:8,
149:23, 170:1,
170:7, 173:10,
181:16, 181:24,
184:21, 193:16,
201:9, 207:16,
208:11, 210:19,
210:23, 211:5,
211:15, 211:25,
215:21, 219:22,
220:19, 224:11,
227:16, 227:22,
231:25, 232:7,
253:9, 257:9,
257:17, 258:16,
258:23, 259:3,
261:6, 261:7,
264:25, 267:24,

273:7, 273:8,
273:19, 275:16,
276:1, 281:20, 283:3
**HISTORY** [5] - 103:5,
112:3, 257:21,
267:20, 267:21
**HOLD** [19] - 5:9,
50:21, 60:2, 125:4,
129:5, 129:21,
130:11, 135:9,
138:19, 145:23,
154:7, 189:8,
194:22, 198:10,
230:22, 245:13,
281:14
**HOLDING** [1] - 98:19
**HOME** [1] - 199:11
**HONEST** [9] - 95:6,
101:10, 101:14,
106:15, 117:11,
132:10, 159:18,
253:15, 256:9
**HONESTLY** [7] - 10:4,
228:18, 243:20,
244:25, 252:9,
253:15, 268:19
**HONOR** [164] - 4:6,
4:12, 4:16, 5:1, 5:4,
5:12, 8:12, 9:8, 10:3,
10:23, 12:16, 14:5,
16:1, 16:15, 16:19,
18:4, 27:20, 28:5,
29:11, 29:14, 29:23,
30:2, 30:10, 30:19,
31:12, 36:12, 36:17,
40:23, 41:4, 41:17,
41:24, 42:10, 42:14,
42:19, 44:6, 45:11,
45:23, 47:8, 47:15,
48:1, 48:8, 51:2,
54:8, 56:18, 57:17,
57:22, 58:6, 59:17,
60:2, 60:11, 76:21,
78:11, 78:15, 82:22,
83:1, 84:21, 85:10,
85:25, 86:8, 86:14,
100:16, 102:8,
106:23, 108:19,
111:9, 114:11,
121:4, 122:12,
127:22, 128:4,
128:5, 129:11,
129:20, 129:25,
130:10, 130:20,
133:14, 135:14,
137:1, 138:18,
142:10, 143:14,
147:18, 149:15,
150:24, 152:3,
152:20, 153:9,

154:3, 156:10,
158:11, 158:17,
160:12, 163:23,
164:11, 165:1,
165:4, 165:15,
165:20, 166:15,
170:2, 172:1, 172:6,
175:9, 175:21,
179:17, 179:21,
180:8, 180:14,
180:21, 181:24,
185:5, 185:9,
185:17, 185:23,
186:1, 187:18,
187:21, 189:3,
189:11, 190:8,
190:9, 191:13,
191:19, 193:5,
193:21, 194:3,
194:8, 195:6,
198:21, 199:7,
199:17, 203:14,
204:25, 205:6,
206:2, 212:10,
214:12, 216:5,
216:10, 216:20,
217:1, 218:22,
227:6, 228:3, 232:7,
252:1, 253:23,
254:15, 267:17,
268:2, 268:3, 269:9,
271:18, 271:20,
276:22, 279:21,
281:2, 281:10,
282:13, 282:20,
282:24
**HONOR'S** [3] - 13:13,
46:25, 132:15
**HONORABLE** [5] -
1:16, 3:8, 200:10,
224:15, 233:25
**HOOK** [2] - 98:16,
110:25
**HOPE** [1] - 7:8
**HOPEFULLY** [4] -
87:2, 127:12,
165:10, 198:14
**HOPING** [1] - 232:3
**HOSTILE** [2] - 217:13,
219:21
**HOT** [1] - 274:7
**HOUSE** [2] - 154:25,
199:11
**HOUSEKEEPING** [7] -
3:14, 4:21, 45:4,
280:9, 280:10,
281:2, 282:15
**HOW** [48] - 10:15,
24:7, 24:12, 46:1,
46:2, 48:14, 49:17,

55:5, 78:1, 80:15,
86:2, 96:4, 98:8,
104:15, 111:14,
111:15, 111:22,
117:16, 117:19,
118:12, 119:21,
124:2, 124:3, 135:5,
139:15, 140:6,
141:24, 144:11,
147:11, 163:22,
177:3, 202:6,
202:23, 218:20,
225:17, 229:11,
230:13, 234:12,
236:8, 236:12,
239:1, 239:20,
251:22, 258:19,
259:23, 280:6
**HOWEVER** [3] -
23:24, 194:17,
213:20
**HUGE** [1] - 269:19
**HUNG** [1] - 220:18
**HUSTLE** [1] - 262:16

## I

**I'D** [11] - 18:10, 49:10,
49:22, 85:5, 86:12,
117:4, 187:1,
202:18, 207:24,
232:5, 257:18
**I'LL** [12] - 13:16, 58:8,
64:23, 72:6, 124:25,
144:20, 157:13,
189:16, 226:3,
226:8, 245:2, 245:24
**I'M** [216] - 5:20, 7:1,
7:2, 10:12, 10:13,
11:25, 12:7, 12:8,
14:15, 14:22, 16:10,
17:8, 18:2, 18:22,
24:12, 27:17, 34:16,
41:12, 46:7, 46:19,
47:3, 47:20, 48:19,
48:21, 49:10, 49:19,
50:6, 50:20, 51:17,
52:5, 53:19, 54:4,
54:19, 54:20, 54:24,
56:10, 56:23, 57:19,
58:25, 59:20, 60:13,
60:15, 60:22, 61:12,
61:15, 61:20, 63:15,
64:4, 65:3, 65:22,
69:17, 69:19, 69:21,
71:3, 71:10, 71:15,
72:2, 72:13, 74:14,
74:19, 75:18, 78:18,
78:21, 81:2, 82:13,
82:15, 84:17, 87:1,
88:19, 91:9, 97:14,

98:23, 103:9, 107:3, 108:25, 109:5, 109:6, 111:15, 111:18, 114:9, 114:16, 116:11, 116:18, 118:17, 122:8, 122:9, 122:11, 122:12, 123:5, 123:18, 124:12, 125:9, 125:22, 126:6, 126:13, 126:14, 127:11, 127:14, 128:12, 128:24, 131:12, 131:19, 132:1, 132:25, 134:12, 134:20, 135:20, 137:18, 139:4, 142:12, 142:23, 143:3, 143:5, 145:24, 147:8, 148:14, 149:2, 150:5, 150:25, 151:13, 152:23, 153:7, 153:15, 153:20, 155:9, 156:13, 156:15, 162:24, 164:20, 166:6, 170:22, 174:20, 175:3, 176:16, 177:4, 177:11, 177:12, 178:11, 179:12, 180:16, 180:23, 186:5, 186:10, 186:23, 189:13, 189:14, 189:23, 189:24, 190:17, 190:23, 190:25, 191:5, 191:8, 191:16, 192:18, 192:21, 192:23, 193:6, 193:22, 193:23, 194:5, 197:23, 201:1, 201:5, 204:20, 206:10, 207:12, 215:1, 217:24, 218:10, 220:19, 222:24, 223:1, 223:24, 224:2, 230:9, 232:12, 232:25, 237:2, 237:17, 240:13, 241:2, 244:5, 244:25, 245:13, 245:16, 249:7, 255:1, 256:17, 256:19, 257:3, 258:11, 258:12, 264:15,

265:2, 266:4, 266:8, 266:21, 268:10, 270:1, 270:2, 270:13, 271:24, 271:25, 273:12, 274:25, 275:2, 277:25, 280:6, 282:16

I'VE [11] - 82:13, 104:25, 139:10, 152:1, 154:6, 154:16, 183:14, 225:13, 256:6, 257:4, 278:6

ICLOUD [1] - 112:2

IDEA [19] - 10:12, 91:6, 120:7, 169:19, 179:5, 181:25, 210:19, 212:2, 212:14, 226:16, 229:10, 229:11, 230:1, 232:4, 260:11, 261:4, 265:5, 269:6, 277:9

IDEAS [1] - 269:25

IDENTIFICATION [2] - 61:19, 88:6

IDENTIFY [1] - 193:22

IF [227] - 6:12, 7:6, 9:25, 10:7, 10:15, 11:25, 12:8, 13:2, 13:17, 14:7, 15:9, 15:15, 15:22, 17:13, 18:4, 21:23, 21:25, 23:19, 23:22, 25:21, 29:12, 32:9, 33:17, 33:23, 34:15, 36:2, 38:6, 46:5, 46:14, 46:16, 47:10, 47:11, 47:14, 48:21, 49:11, 49:20, 55:4, 55:11, 55:15, 56:7, 56:13, 59:8, 61:5, 61:25, 62:14, 63:11, 63:18, 64:4, 64:10, 65:2, 65:6, 65:10, 65:23, 67:5, 67:12, 68:8, 68:23, 71:2, 71:15, 71:16, 75:9, 75:14, 76:1, 77:5, 77:6, 77:23, 79:10, 80:23, 81:10, 81:24, 84:15, 84:19, 86:1, 90:8, 90:16, 91:9, 92:21, 92:23, 94:11, 97:23, 98:23, 99:14, 100:12, 101:14, 103:22, 104:2, 104:7, 105:17, 105:19, 107:4,

108:25, 110:7, 111:18, 114:13, 115:21, 115:23, 116:18, 118:14, 119:8, 119:9, 120:21, 121:22, 122:17, 124:20, 125:10, 127:5, 127:16, 127:22, 129:1, 129:8, 129:21, 130:3, 130:25, 132:12, 133:8, 138:8, 138:12, 139:17, 139:21, 139:25, 140:9, 140:12, 140:22, 140:23, 141:12, 144:4, 144:20, 144:22, 147:4, 149:5, 149:11, 149:17, 149:24, 150:5, 153:1, 153:9, 158:20, 160:9, 161:24, 162:24, 163:5, 163:19, 164:8, 164:20, 176:15, 177:11, 178:1, 178:12, 178:20, 179:14, 180:5, 181:18, 182:16, 184:18, 185:2, 187:14, 188:20, 190:6, 190:9, 190:11, 190:16, 191:4, 191:5, 191:16, 193:23, 200:23, 201:12, 206:12, 212:8, 213:13, 216:17, 217:8, 217:10, 217:21, 217:25, 220:20, 221:10, 222:5, 222:13, 223:1, 223:5, 224:22, 225:6, 226:7, 226:22, 227:14, 227:23, 227:24, 228:10, 230:4, 233:13, 236:17, 237:9, 241:11, 242:1, 242:5, 245:1, 246:15, 251:14, 253:2, 253:22, 253:25, 254:22, 255:3, 256:21, 256:22, 262:13, 266:22, 267:15, 268:2, 268:16, 268:23, 270:25,

271:15, 272:11, 275:9, 278:18, 279:17, 280:20, 280:22, 281:9, 282:4, 282:7, 282:9, 283:11

ILL [1] - 271:18

IMAGINE [1] - 86:5

IMMEDIATELY [3] - 143:6, 211:8, 248:20

IMPACT [8] - 167:11, 186:21, 218:19, 218:20, 258:19, 272:17, 272:24, 275:3

IMPACTED [1] - 7:3

IMPINGE [1] - 72:14

IMPLICITLY [1] - 4:22

IMPLIED [1] - 261:20

IMPORT [2] - 259:22, 263:19

IMPORTANT [7] - 65:5, 86:9, 120:8, 125:17, 259:18, 268:13, 275:21

IMPOSE [1] - 41:3

IMPOSED [2] - 182:10, 182:22

IMPOSSIBLE [1] - 213:23

IMPRESSION [1] - 40:19

IMPROPER [2] - 64:15, 123:4

IMPROPERLY [1] - 124:4

IMPROVE [1] - 209:4

IN [721] - 1:1, 3:7, 3:20, 3:23, 3:25, 5:7, 5:8, 5:9, 5:10, 5:17, 5:20, 5:22, 5:25, 6:1, 6:4, 6:6, 6:7, 6:10, 6:11, 6:15, 6:16, 6:20, 6:21, 6:23, 6:24, 7:3, 7:11, 7:13, 7:19, 7:20, 7:21, 8:6, 8:9, 8:15, 8:21, 8:25, 9:6, 9:22, 9:23, 10:2, 10:10, 11:2, 11:17, 11:18, 12:2, 12:3, 12:9, 12:13, 12:14, 12:17, 12:24, 12:25, 13:19, 14:10, 14:11, 14:13, 14:22, 14:25, 15:3, 15:6, 15:14, 15:15, 15:16, 15:25, 16:7, 16:9, 16:12, 16:13, 16:15, 16:25, 17:9, 17:10, 17:14, 17:21, 18:2, 18:16,

18:20, 18:23, 19:2, 21:2, 21:11, 21:21, 22:6, 22:16, 22:18, 22:20, 23:18, 23:24, 24:2, 24:3, 24:14, 24:22, 25:19, 25:22, 26:15, 26:21, 26:22, 28:16, 28:25, 30:24, 31:4, 31:23, 32:21, 32:23, 33:12, 33:21, 35:11, 35:13, 37:5, 37:15, 37:17, 38:21, 39:2, 39:10, 39:23, 40:5, 40:20, 40:25, 41:2, 41:6, 42:8, 42:15, 43:2, 43:19, 44:4, 44:12, 45:7, 46:4, 47:9, 48:8, 49:15, 50:13, 51:24, 53:3, 53:17, 53:21, 55:22, 56:25, 57:9, 57:13, 59:13, 59:21, 61:8, 61:11, 61:13, 63:1, 63:8, 63:9, 63:12, 63:17, 67:6, 67:12, 69:3, 69:8, 69:11, 70:1, 71:4, 71:12, 72:6, 72:8, 72:22, 73:4, 73:14, 73:23, 74:10, 74:16, 74:19, 75:13, 75:24, 76:7, 78:2, 79:6, 81:1, 81:8, 81:9, 81:12, 81:15, 81:19, 81:21, 82:12, 82:19, 83:12, 83:13, 83:23, 83:24, 84:2, 84:4, 84:5, 84:6, 84:9, 84:10, 84:24, 84:25, 86:10, 86:11, 87:14, 88:15, 89:22, 89:24, 90:21, 90:24, 91:1, 91:11, 92:12, 93:12, 93:20, 94:17, 95:1, 95:12, 95:22, 96:2, 97:11, 97:12, 97:14, 98:9, 99:8, 99:25, 100:12, 101:4, 101:11, 101:17, 101:19, 102:5, 103:5, 103:6, 103:18, 103:20, 104:16, 104:21, 105:3, 105:15, 105:23, 106:7, 106:8, 106:17, 107:18, 107:23, 108:4, 108:10, 108:21, 109:5, 109:6, 109:16, 111:17, 111:20,

111:21, 112:5,
112:21, 113:4,
113:21, 114:23,
115:15, 115:17,
117:2, 117:11,
117:13, 117:16,
119:7, 119:20,
119:21, 120:5,
120:8, 120:14,
121:21, 123:12,
124:21, 124:22,
125:17, 125:19,
126:16, 126:17,
126:22, 126:24,
127:5, 128:1, 128:2,
128:9, 129:6,
129:17, 129:21,
130:18, 131:2,
133:6, 135:11,
135:17, 135:25,
136:1, 137:15,
139:6, 139:11,
139:12, 140:10,
141:7, 142:17,
143:12, 143:16,
143:17, 143:21,
144:9, 144:14,
146:17, 146:25,
147:17, 147:23,
148:12, 148:16,
149:12, 149:17,
150:19, 150:20,
151:2, 151:22,
152:13, 152:19,
154:8, 154:17,
155:24, 156:1,
156:2, 156:9, 157:8,
157:9, 157:11,
157:12, 158:8,
159:13, 159:20,
160:21, 160:24,
161:7, 162:7, 163:8,
164:1, 165:18,
166:7, 166:18,
167:14, 167:17,
167:23, 167:25,
168:3, 168:10,
169:13, 169:19,
169:24, 170:4,
170:18, 172:16,
172:17, 173:4,
173:7, 173:19,
173:23, 174:9,
174:16, 174:23,
175:17, 176:10,
176:11, 176:14,
176:17, 177:4,
177:14, 177:17,
179:12, 179:23,
181:22, 182:2,
182:9, 182:19,

182:21, 183:7,
183:9, 183:19,
184:7, 184:20,
184:23, 184:24,
184:25, 186:3,
186:8, 186:15,
186:24, 187:20,
187:22, 188:18,
188:20, 188:21,
188:25, 189:9,
189:21, 190:5,
190:23, 190:25,
191:2, 191:3, 191:9,
191:17, 191:18,
191:22, 191:23,
193:20, 194:16,
194:21, 197:6,
197:7, 197:10,
197:14, 198:4,
198:17, 198:18,
199:9, 199:13,
200:9, 201:21,
201:23, 202:24,
203:5, 203:7, 203:8,
203:11, 203:16,
203:21, 204:1,
204:5, 206:10,
206:13, 206:20,
207:12, 207:19,
208:5, 208:11,
208:12, 208:13,
210:3, 210:13,
210:14, 210:15,
211:19, 211:25,
212:2, 213:6, 214:5,
214:18, 214:19,
215:5, 215:9,
215:14, 215:21,
216:8, 217:5,
217:10, 217:11,
217:17, 217:18,
217:19, 217:20,
218:2, 218:13,
218:17, 218:18,
218:19, 219:9,
219:15, 219:25,
220:14, 220:24,
221:2, 221:5, 221:7,
221:10, 222:3,
222:19, 223:10,
223:11, 223:12,
223:13, 224:8,
225:8, 225:11,
225:13, 225:17,
226:9, 227:9,
227:25, 228:7,
228:11, 228:13,
228:15, 228:16,
229:1, 229:2, 229:3,
229:4, 229:9, 230:2,
231:9, 231:22,

231:23, 231:25,
232:16, 232:17,
232:24, 233:7,
233:10, 233:11,
233:14, 233:21,
233:24, 235:24,
236:5, 238:15,
239:6, 239:8,
239:14, 239:15,
239:22, 240:6,
240:19, 241:3,
242:19, 242:20,
243:6, 243:8,
243:20, 244:5,
244:6, 244:8,
244:13, 244:16,
244:19, 245:1,
245:2, 246:1, 246:6,
246:9, 246:13,
246:18, 246:24,
247:9, 247:14,
247:16, 247:22,
248:1, 248:2,
248:11, 248:13,
248:24, 249:3,
249:9, 249:14,
249:15, 249:19,
249:24, 250:1,
250:4, 250:14,
250:18, 250:22,
251:6, 251:9,
251:11, 252:7,
252:20, 253:7,
253:18, 254:2,
254:18, 254:20,
254:24, 255:1,
255:2, 255:6,
255:11, 255:15,
255:17, 255:25,
256:1, 256:3, 256:5,
256:8, 257:5, 257:9,
257:12, 257:13,
257:14, 257:16,
257:22, 257:24,
258:4, 258:8, 258:9,
258:15, 258:18,
258:25, 259:1,
259:5, 259:8,
259:10, 259:11,
259:13, 259:17,
260:3, 260:8, 260:9,
260:14, 260:18,
260:21, 260:25,
261:1, 261:6, 261:8,
261:11, 261:24,
261:25, 262:16,
262:25, 263:1,
263:4, 263:7, 263:8,
263:23, 263:24,
263:25, 264:5,
264:8, 264:9,

264:10, 264:13,
264:14, 264:18,
264:20, 264:22,
264:23, 264:24,
265:9, 265:12,
265:23, 265:25,
266:9, 266:11,
266:17, 267:8,
267:18, 268:14,
268:19, 268:21,
268:22, 269:7,
269:11, 269:12,
269:15, 269:17,
269:18, 270:1,
270:2, 270:7,
270:10, 270:17,
271:6, 271:8,
271:21, 272:9,
272:10, 272:12,
272:18, 273:4,
273:9, 273:13,
273:16, 273:24,
274:10, 274:11,
274:16, 274:17,
274:24, 275:2,
275:9, 275:12,
275:15, 275:24,
276:22, 278:4,
278:14, 278:16,
278:18, 278:19,
279:11, 280:13,
280:17, 281:19,
282:17, 284:2
**INACCURATELY** [1] -
211:5
**INCENTED** [1] - 270:9
**INCENTIVE** [1] -
264:12
**INCIDENT** [1] - 217:18
**INCLINED** [2] -
274:25, 275:6
**INCLUDE** [23] - 112:4,
113:8, 113:10,
113:14, 113:23,
114:4, 116:20,
167:20, 172:18,
186:14, 192:7,
195:15, 220:8,
221:7, 237:20,
238:22, 239:22,
240:6, 243:25,
247:18, 260:14,
279:7, 279:9
**INCLUDED** [28] -
12:25, 43:13, 43:14,
43:19, 44:12, 47:3,
49:8, 53:4, 80:9,
91:11, 119:10,
129:1, 151:16,
154:23, 167:22,

168:13, 168:16,
172:23, 186:20,
194:11, 195:25,
209:5, 215:5,
220:22, 225:18,
233:9, 248:2, 260:15
**INCLUDES** [6] -
127:15, 152:10,
152:12, 192:6,
278:5, 279:1
**INCLUDING** [7] - 8:14,
141:7, 168:10,
215:7, 217:10,
232:6, 241:4
**INCLUSION** [1] -
272:16
**INCOME** [1] - 228:22
**INCOMING** [4] -
184:18, 184:24,
201:12, 257:20
**INCORPORATE** [1] -
280:5
**INCORPORATED** [1] -
220:24
**INCORRECT** [1] -
169:23
**INCORRECTLY** [1] -
168:16
**INCURRED** [1] -
272:24
**INDEED** [1] - 227:16
**INDEPENDENT** [3] -
20:6, 20:8, 105:5
**INDICATE** [3] - 82:18,
167:2, 241:14
**INDICATED** [11] -
82:3, 104:11,
238:16, 240:6,
241:4, 244:20,
245:25, 248:4,
250:18, 251:2, 277:2
**INDICATES** [5] - 19:1,
81:18, 169:5,
248:13, 250:5
**INDICATING** [1] - 27:6
**INDICATION** [1] -
95:15
**INDIVIDUAL** [6] -
94:9, 103:7, 166:21,
242:8, 242:23, 243:2
**INDIVIDUALLY** [3] -
4:13, 77:17, 146:21
**INDIVIDUALS** [2] -
168:9, 248:14
**INDULGENCE** [1] -
27:20
**INEXPLICABLY** [1] -
199:9
**INFLICTED** [1] -
276:10

**INFORM** [7] - 37:14, 38:11, 101:16, 101:21, 168:13, 168:16, 174:8

**INFORMATION** [58] - 9:13, 9:25, 10:4, 10:5, 10:20, 32:17, 36:2, 48:15, 48:22, 49:4, 63:10, 78:5, 80:15, 82:17, 91:13, 93:1, 93:7, 94:10, 98:20, 101:19, 103:1, 108:3, 108:10, 108:12, 120:1, 120:15, 125:16, 132:13, 142:18, 146:1, 152:11, 154:18, 157:2, 192:5, 194:12, 208:5, 211:6, 222:18, 230:23, 243:21, 252:20, 258:9, 258:17, 260:9, 261:17, 261:18, 261:24, 262:6, 262:23, 262:25, 263:2, 263:8, 265:14, 267:7, 269:24, 270:23, 272:21, 278:5

**INFORMED** [14] - 58:24, 71:23, 93:11, 122:19, 124:14, 160:21, 164:7, 196:23, 199:13, 200:18, 208:16, 210:11, 241:14, 253:1

**INITIAL** [5] - 61:2, 74:12, 177:3, 262:22, 269:1

**INITIALLY** [7] - 41:25, 58:15, 176:24, 183:6, 186:6, 207:1, 211:25

**INITIATE** [1] - 278:15

**INITIATED** [11] - 113:9, 113:18, 113:19, 113:24, 114:6, 117:1, 138:3, 141:10, 141:13, 214:25, 251:13

**INITIATING** [2] - 114:1, 116:24

**INJUNCTION** [8] - 26:5, 132:5, 132:7, 132:11, 162:14, 162:21, 209:13, 276:21

**INPUT** [3] - 89:15, 146:20, 283:18

**INQUIRE** [4] - 9:16, 10:17, 45:21, 154:11

**INQUISITOR** [1] - 12:8

**INSTANCE** [2] - 264:10, 268:22

**INSTEAD** [3] - 226:17, 262:24, 273:25

**INSTRUCT** [1] - 164:19

**INSTRUCTED** [2] - 213:10, 280:13

**INSTRUCTIONS** [1] - 214:9

**INSTRUMENTS** [1] - 32:18

**INSURANCE** [20] - 99:14, 99:22, 103:23, 103:24, 103:25, 148:3, 150:14, 211:6, 217:7, 217:18, 218:9, 218:16, 218:19, 227:11, 227:15, 227:23, 267:5, 267:23, 269:21, 270:23

**INTEGRITY** [6] - 218:12, 218:16, 218:21, 227:9, 227:12, 271:23

**INTEND** [2] - 8:10, 202:16

**INTENDED** [2] - 186:14, 261:7

**INTENDS** [2] - 249:10, 278:19

**INTENT** [4] - 14:4, 215:25, 276:18, 281:7

**INTENTIONALLY** [2] - 64:16, 154:17

**INTERACTED** [2] - 235:8, 235:14

**INTEREST** [2] - 232:16, 232:18

**INTERESTED** [5] - 190:23, 190:25, 206:10, 208:13, 223:1

**INTERESTING** [1] - 215:4

**INTERESTS** [1] - 275:17

**INTERJECT** [1] - 219:1

**INTERPRETATION** [2] - 147:12, 169:7

**INTERROGATORIES**

[6] - 25:18, 27:16, 31:24, 32:1, 35:22, 92:7

**INTERRUPTION** [2] - 52:13, 136:20

**INTERVENE** [1] - 229:15

**INTERVENING** [1] - 264:8

**INTO** [60] - 7:16, 12:10, 17:15, 28:17, 29:3, 29:5, 29:7, 30:6, 31:9, 33:8, 34:12, 34:19, 41:14, 45:9, 45:12, 45:14, 45:18, 50:25, 51:10, 51:12, 54:15, 54:17, 57:3, 57:20, 58:4, 65:3, 67:4, 69:13, 71:6, 83:25, 89:15, 101:1, 112:2, 113:4, 143:19, 144:12, 145:16, 150:6, 152:23, 154:21, 167:8, 167:9, 174:20, 174:21, 183:25, 187:16, 188:2, 203:18, 203:23, 204:3, 204:7, 204:11, 204:16, 205:16, 205:22, 212:22, 216:15, 252:13, 264:18, 268:13

**INTRODUCED** [1] - 177:5

**INVESTED** [1] - 257:4

**INVESTIGATE** [3] - 6:22, 77:2, 278:1

**INVESTIGATION** [2] - 105:5, 278:23

**INVITATION** [1] - 35:16

**INVOICE** [1] - 163:11

**INVOLVED** [11] - 8:6, 23:18, 39:23, 43:2, 63:17, 179:2, 208:10, 208:12, 214:14, 266:24

**INVOLVEMENT** [1] - 103:5

**INVOLVES** [1] - 233:5

**INVOLVING** [1] - 246:21

**IRRELEVANT** [1] - 112:23

**IS** [678] - 3:4, 3:7, 3:23, 4:1, 4:9, 4:11, 4:17, 4:18, 4:23, 5:3, 5:8, 5:15, 5:19, 5:21,

5:23, 6:1, 6:2, 6:13, 6:14, 6:22, 7:8, 8:2, 8:21, 9:8, 9:20, 10:12, 10:20, 11:3, 11:10, 11:24, 12:7, 12:12, 14:4, 14:5, 14:8, 14:10, 14:11, 15:11, 15:19, 17:4, 18:22, 19:18, 19:24, 20:25, 23:18, 23:22, 23:23, 24:1, 26:19, 26:22, 26:24, 27:22, 28:2, 28:9, 28:24, 29:9, 29:11, 29:13, 29:15, 29:20, 30:3, 31:3, 31:14, 31:23, 31:24, 32:20, 34:12, 38:8, 39:8, 39:20, 40:19, 40:22, 42:1, 42:18, 43:14, 45:2, 46:1, 46:3, 47:16, 47:24, 47:25, 48:12, 48:19, 49:4, 49:7, 49:11, 50:3, 50:22, 51:6, 51:15, 51:18, 51:19, 54:25, 55:9, 55:15, 55:23, 55:24, 56:16, 56:21, 56:22, 57:4, 57:11, 57:15, 57:25, 58:2, 58:10, 58:12, 58:22, 58:23, 58:25, 59:25, 60:15, 60:16, 60:19, 60:20, 62:5, 62:9, 62:12, 62:19, 62:20, 62:21, 62:23, 63:5, 63:6, 63:20, 63:25, 64:5, 64:22, 65:1, 65:5, 65:21, 65:24, 66:3, 66:4, 66:11, 70:15, 70:16, 70:19, 70:20, 71:4, 72:12, 72:13, 73:18, 75:8, 75:9, 76:3, 77:5, 77:12, 77:23, 78:6, 79:4, 80:7, 82:11, 83:4, 84:19, 84:24, 85:2, 85:3, 85:21, 86:2, 86:4, 86:9, 87:19, 87:20, 88:3, 88:19, 90:13, 90:15, 91:10, 92:14, 92:25, 93:10, 94:7, 94:15, 94:18, 95:10, 97:3, 97:5, 97:17, 97:24, 98:1, 98:17, 98:18, 99:15, 100:8, 101:2, 101:4, 101:5, 102:8, 102:23, 106:4, 106:6, 106:8, 106:13, 107:9,

108:2, 108:23, 109:4, 112:23, 113:2, 113:5, 113:7, 113:23, 114:3, 114:4, 114:5, 114:18, 114:20, 114:25, 115:5, 115:16, 115:17, 116:22, 117:22, 118:6, 119:1, 119:6, 119:20, 119:21, 119:22, 120:2, 121:10, 121:11, 121:16, 121:18, 121:24, 122:7, 122:8, 122:21, 123:4, 124:2, 124:3, 124:4, 124:14, 125:5, 126:19, 128:1, 128:2, 128:5, 129:14, 130:1, 130:7, 130:12, 130:16, 130:21, 131:25, 132:1, 132:3, 133:6, 133:15, 134:10, 134:16, 135:5, 135:11, 135:13, 135:16, 135:17, 135:24, 136:2, 136:3, 137:21, 138:2, 138:9, 138:19, 138:21, 138:24, 138:25, 139:17, 139:22, 140:8, 141:24, 141:25, 142:6, 143:3, 143:11, 143:12, 144:1, 144:2, 144:6, 144:8, 144:9, 144:12, 144:15, 145:6, 147:4, 147:5, 147:10, 147:11, 147:15, 147:22, 148:5, 148:14, 148:21, 149:3, 149:4, 149:11, 149:20, 150:7, 150:10, 151:6, 151:13, 152:6, 152:8, 152:17, 152:19, 153:15, 153:19, 153:24, 154:1, 155:7, 155:10, 155:16, 156:17, 157:25, 158:24, 161:4, 161:6, 161:7, 161:15, 161:17, 161:18, 161:22,

162:7, 162:15, 163:4, 163:5, 163:10, 163:17, 163:22, 164:12, 165:24, 167:12, 167:13, 169:1, 169:6, 169:7, 170:6, 170:23, 171:16, 175:16, 176:3, 176:7, 178:3, 178:14, 179:8, 180:3, 180:11, 180:12, 180:13, 180:15, 180:24, 180:25, 181:1, 181:9, 182:5, 183:9, 183:21, 184:10, 185:3, 185:6, 185:13, 185:14, 186:6, 187:6, 187:11, 187:23, 188:6, 188:9, 188:24, 189:4, 189:17, 190:11, 190:13, 190:16, 190:21, 191:1, 191:4, 191:7, 191:17, 192:12, 192:14, 192:15, 193:7, 194:18, 194:22, 195:2, 195:11, 195:12, 196:2, 196:4, 196:8, 197:13, 199:3, 199:14, 200:5, 201:3, 201:4, 201:9, 201:21, 202:5, 202:11, 202:13, 202:23, 203:12, 203:19, 203:24, 204:4, 204:8, 204:12, 204:17, 204:18, 204:21, 204:22, 205:6, 205:8, 205:17, 206:3, 206:15, 206:17, 208:2, 208:19, 209:5, 210:2, 210:16, 211:8, 211:12, 212:18, 212:20, 213:8, 213:11, 214:8, 215:4, 215:18, 215:23, 216:3, 216:5, 216:6, 216:17, 216:20, 217:9, 217:23, 218:8, 218:12, 218:15, 219:2, 219:13, 220:9, 220:16, 220:21,

221:20, 221:24, 222:3, 222:5, 223:1, 223:5, 223:7, 223:8, 223:9, 223:24, 224:2, 224:19, 224:25, 225:1, 225:8, 225:11, 226:12, 226:14, 227:8, 227:11, 227:23, 228:7, 228:8, 228:9, 228:17, 228:22, 228:24, 231:2, 232:15, 233:1, 233:19, 233:20, 233:24, 234:12, 234:19, 234:21, 234:25, 236:10, 236:12, 236:18, 236:23, 237:2, 237:3, 237:6, 237:11, 237:20, 238:2, 238:17, 238:20, 239:15, 239:16, 240:10, 240:17, 240:23, 241:9, 242:5, 243:5, 243:11, 243:24, 244:7, 244:8, 245:1, 245:5, 245:24, 246:6, 247:6, 247:11, 247:13, 248:11, 250:2, 250:10, 250:13, 250:14, 250:21, 250:24, 251:6, 251:7, 251:22, 251:24, 252:12, 252:21, 254:23, 255:6, 255:17, 256:3, 256:11, 256:13, 256:16, 256:17, 256:21, 257:8, 257:17, 257:21, 259:9, 259:18, 259:19, 259:20, 259:23, 259:24, 260:1, 260:16, 261:14, 261:15, 261:16, 261:21, 261:22, 261:25, 262:6, 262:7, 262:18, 263:14, 263:17, 264:9, 264:23, 265:3, 265:10, 265:22, 265:25, 266:6, 266:10, 266:20, 266:23, 266:25, 267:2, 267:3, 267:5, 267:7,

267:11, 267:12, 267:13, 267:19, 267:20, 267:21, 267:25, 268:5, 268:12, 268:14, 268:15, 268:20, 268:24, 269:2, 269:4, 269:7, 269:9, 270:1, 270:9, 270:12, 270:17, 270:19, 271:3, 271:10, 271:23, 272:8, 273:13, 273:22, 273:23, 274:4, 274:20, 275:13, 276:12, 276:18, 276:20, 277:9, 277:11, 277:20, 278:3, 278:10, 278:16, 279:2, 279:7, 279:20, 280:9, 280:11, 280:12, 281:7, 281:11, 281:24, 282:4, 282:6, 282:7, 282:15, 283:9, 283:11, 283:16, 283:17, 284:1
**ISN'T** [4] - 226:19, 239:5, 242:9, 254:3
**ISSUE** [43] - 9:20, 11:2, 11:10, 15:7, 45:4, 56:20, 62:9, 96:18, 97:6, 137:22, 141:6, 169:15, 174:10, 176:12, 182:7, 182:12, 182:18, 187:12, 209:24, 212:3, 217:10, 227:11, 228:12, 230:4, 231:1, 231:4, 231:18, 232:21, 243:8, 243:13, 244:3, 250:25, 251:11, 256:4, 256:23, 257:10, 263:21, 267:5, 269:15, 270:15, 272:13, 276:13, 280:3
**ISSUED** [19] - 6:6, 6:7, 6:16, 15:14, 20:21, 26:3, 33:14, 34:10, 41:15, 107:23, 170:18, 199:4, 228:11, 230:20, 264:2, 265:4, 265:8, 269:12, 278:6
**ISSUES** [29] - 7:6, 7:7,

7:9, 7:15, 7:23, 8:1, 8:2, 10:17, 13:14, 14:21, 15:10, 42:12, 90:2, 175:16, 217:24, 227:8, 231:21, 232:17, 240:24, 245:19, 255:25, 263:13, 265:21, 266:16, 266:21, 270:6, 273:16, 276:5, 282:19
**ISSUING** [1] - 98:9
**IT** [957] - 5:15, 6:13, 7:21, 7:25, 8:9, 8:14, 8:23, 8:24, 8:25, 9:1, 9:15, 11:3, 11:17, 12:6, 12:10, 12:22, 12:23, 13:3, 13:24, 14:2, 15:1, 15:8, 15:10, 17:16, 18:11, 18:22, 19:5, 20:25, 21:6, 21:25, 22:7, 23:5, 23:6, 23:9, 24:1, 24:7, 24:13, 25:7, 25:10, 27:2, 27:12, 28:11, 28:24, 29:11, 29:13, 29:15, 29:20, 30:6, 30:20, 30:23, 30:24, 31:1, 31:6, 31:25, 32:16, 34:8, 34:16, 35:3, 35:21, 37:17, 38:23, 39:2, 39:21, 39:23, 39:24, 40:1, 40:11, 40:19, 41:19, 42:21, 43:1, 43:7, 43:9, 43:11, 43:13, 43:23, 43:25, 44:6, 44:12, 44:17, 46:1, 46:3, 46:8, 46:10, 46:14, 46:16, 47:2, 47:9, 48:14, 48:22, 49:7, 49:11, 51:2, 51:10, 51:19, 55:5, 55:7, 55:10, 55:12, 55:13, 55:22, 56:14, 57:20, 57:23, 58:12, 58:15, 58:17, 59:15, 60:2, 60:12, 60:20, 60:24, 61:8, 61:10, 61:18, 61:20, 61:22, 62:5, 62:15, 62:22, 63:4, 63:11, 63:14, 63:16, 63:19, 63:20, 63:21, 63:25, 64:5, 64:6, 64:17, 64:19, 64:20, 65:1, 65:3, 65:5, 65:14, 65:23, 65:24, 66:1, 66:5, 66:9, 66:12, 68:1, 69:21,

69:22, 70:3, 70:15, 70:21, 70:23, 70:24, 71:3, 71:18, 72:11, 72:13, 72:23, 73:2, 73:13, 73:18, 73:25, 74:22, 74:25, 75:7, 75:9, 75:11, 76:11, 76:14, 76:17, 76:19, 76:25, 77:11, 77:14, 77:16, 77:18, 77:21, 78:4, 79:11, 79:16, 79:19, 79:21, 80:4, 80:5, 80:6, 80:7, 80:10, 80:25, 81:9, 81:15, 82:4, 82:7, 83:19, 84:11, 84:19, 85:2, 85:21, 85:23, 86:2, 86:4, 86:9, 86:16, 87:3, 87:15, 87:20, 88:6, 88:10, 88:20, 89:23, 90:4, 90:6, 91:9, 91:10, 91:16, 92:21, 93:9, 93:10, 95:6, 97:6, 97:17, 98:1, 98:23, 99:6, 99:15, 100:4, 100:7, 100:25, 101:6, 101:23, 102:20, 102:22, 102:25, 104:17, 105:9, 105:10, 105:12, 105:17, 105:18, 105:20, 105:21, 105:22, 105:23, 106:14, 106:15, 107:19, 107:21, 108:4, 108:8, 108:18, 109:4, 109:14, 109:17, 109:18, 109:25, 110:12, 110:16, 113:8, 113:10, 113:11, 113:12, 113:13, 114:3, 114:5, 114:19, 115:6, 115:16, 115:18, 116:2, 116:23, 118:1, 118:14, 118:17, 118:18, 119:4, 119:5, 119:7, 119:10, 119:16, 119:20, 120:2, 121:5, 121:12, 122:14, 123:10, 123:11, 123:12, 123:14, 123:15, 124:5, 124:11, 124:20, 124:21, 124:22, 124:24, 125:2, 125:10,

125:11, 125:17,
126:4, 126:7, 126:8,
126:9, 126:13,
126:17, 126:20,
127:5, 127:6, 127:7,
127:8, 127:12,
127:15, 127:16,
127:23, 128:5,
128:9, 128:10,
128:11, 128:12,
128:13, 128:16,
128:18, 128:19,
128:21, 128:24,
129:1, 129:2, 129:3,
129:10, 129:12,
129:13, 129:14,
129:15, 129:16,
129:17, 130:1,
130:2, 130:4, 130:5,
130:16, 130:20,
130:25, 131:2,
131:9, 131:17,
131:23, 131:25,
132:3, 132:14,
132:18, 132:20,
132:22, 133:8,
133:9, 133:13,
133:18, 133:21,
133:25, 134:1,
134:6, 134:7, 134:8,
134:9, 134:12,
134:13, 134:14,
135:5, 135:13,
135:15, 136:24,
137:25, 138:21,
139:15, 140:10,
140:19, 140:23,
140:25, 141:4,
141:12, 141:19,
142:6, 142:18,
142:20, 142:21,
142:22, 142:25,
143:3, 143:4, 143:5,
143:6, 143:11,
143:12, 143:16,
143:21, 143:23,
143:24, 143:25,
144:1, 144:6,
144:11, 144:17,
144:18, 144:25,
145:3, 145:4, 145:5,
145:7, 145:8,
145:14, 146:1,
146:15, 146:25,
147:6, 147:11,
147:13, 147:18,
149:4, 149:11,
149:12, 149:19,
149:22, 149:24,
149:25, 150:1,
150:3, 150:4, 151:6,

151:15, 151:21,
151:24, 152:4,
152:8, 152:9,
152:17, 152:22,
153:1, 153:12,
153:13, 153:15,
154:2, 154:8,
154:12, 154:18,
154:23, 155:7,
155:10, 157:14,
157:15, 157:23,
158:22, 158:23,
159:19, 160:9,
161:1, 161:2, 161:4,
161:5, 161:7,
161:22, 161:25,
162:2, 162:4, 162:5,
162:6, 162:17,
163:22, 164:15,
165:13, 167:9,
167:11, 168:15,
168:20, 169:1,
169:3, 169:4, 169:8,
169:21, 169:24,
170:18, 171:21,
172:15, 172:17,
172:18, 172:20,
172:21, 173:11,
173:18, 173:19,
173:22, 174:10,
174:11, 174:12,
174:18, 175:3,
175:14, 175:15,
175:16, 175:19,
175:23, 175:24,
175:25, 176:8,
176:15, 176:16,
178:7, 178:12,
178:13, 178:20,
179:5, 179:20,
180:4, 180:5, 180:9,
180:23, 181:2,
181:5, 181:13,
181:18, 181:22,
181:23, 181:25,
182:2, 183:14,
183:20, 183:24,
183:25, 184:13,
185:3, 185:22,
186:3, 186:5, 186:6,
186:12, 187:4,
187:20, 188:3,
188:11, 188:14,
188:20, 188:23,
189:13, 190:1,
190:7, 190:14,
190:17, 190:21,
191:3, 191:6,
191:14, 192:1,
192:3, 192:5,
192:15, 192:16,

192:18, 192:24,
193:20, 193:22,
193:24, 194:22,
194:24, 195:1,
195:2, 195:4,
195:12, 195:17,
195:25, 196:5,
196:7, 196:21,
197:3, 197:5, 197:6,
197:7, 197:8,
197:13, 197:20,
197:21, 197:22,
198:14, 198:24,
199:3, 199:5, 200:5,
201:14, 201:16,
201:17, 202:23,
203:3, 205:1, 206:3,
206:24, 207:13,
207:17, 207:19,
207:21, 207:22,
207:25, 208:4,
208:5, 208:8, 208:9,
208:23, 209:4,
210:3, 210:8,
210:12, 211:7,
211:18, 212:5,
212:6, 212:16,
212:19, 212:20,
213:4, 213:10,
213:14, 213:18,
213:19, 213:23,
214:1, 214:21,
215:4, 215:20,
216:8, 217:22,
218:2, 218:20,
218:23, 220:1,
220:8, 221:9,
221:12, 221:13,
221:18, 221:24,
222:5, 222:24,
223:1, 223:22,
224:16, 224:23,
225:10, 225:15,
226:7, 226:8, 226:9,
226:14, 226:19,
226:23, 226:24,
227:12, 227:16,
227:23, 227:25,
228:8, 228:9,
228:12, 228:24,
229:6, 229:8, 229:9,
229:13, 229:20,
229:21, 229:24,
229:25, 230:3,
230:4, 230:9,
230:19, 230:25,
231:5, 231:8,
231:14, 231:15,
231:17, 232:5,
232:9, 232:18,
232:19, 232:20,

232:21, 233:11,
235:9, 235:12,
235:13, 235:24,
236:5, 236:24,
236:25, 237:8,
237:9, 237:10,
238:7, 238:20,
239:3, 239:5,
239:20, 239:23,
240:8, 240:9,
240:23, 241:13,
241:15, 241:23,
242:1, 242:2, 242:7,
242:8, 242:15,
242:22, 243:2,
243:10, 243:15,
244:5, 244:8,
244:12, 245:1,
245:4, 245:13,
245:24, 246:13,
246:25, 247:2,
247:4, 247:10,
247:13, 247:15,
247:18, 248:13,
248:15, 249:6,
249:15, 249:18,
249:19, 249:21,
249:22, 249:23,
249:24, 249:25,
250:2, 250:3, 250:5,
250:8, 250:9,
250:10, 250:11,
250:13, 250:24,
251:5, 251:6,
251:24, 252:9,
252:11, 252:23,
252:24, 253:2,
253:4, 253:5, 253:7,
253:17, 253:20,
253:24, 253:25,
254:1, 254:8,
254:11, 254:13,
254:14, 254:15,
254:17, 254:18,
254:21, 254:23,
255:1, 255:2, 255:3,
255:5, 255:7, 255:8,
255:14, 255:17,
255:19, 255:22,
256:4, 256:21,
258:14, 259:3,
259:14, 259:15,
259:24, 259:25,
260:17, 260:22,
261:12, 261:14,
261:18, 261:21,
261:23, 262:7,
262:11, 262:12,
262:15, 262:17,
263:3, 263:10,
263:12, 264:3,

264:4, 264:5, 264:6,
264:8, 265:2,
265:12, 265:16,
267:3, 267:8,
267:10, 267:19,
268:1, 268:2,
268:17, 268:20,
268:21, 268:23,
269:14, 270:8,
271:3, 272:5,
272:23, 273:1,
273:2, 273:19,
273:22, 273:23,
274:3, 274:8, 274:9,
274:12, 275:11,
276:1, 276:14,
276:17, 277:23,
277:25, 278:2,
278:7, 278:10,
279:9, 279:14,
279:15, 279:16,
279:17, 279:18,
280:2, 280:16,
280:20, 280:23,
280:24, 280:25,
281:4, 281:6, 281:7,
281:14, 281:21,
282:5, 282:9, 282:18
**IT'S** [129] - 5:24, 6:12,
7:17, 9:9, 9:22, 9:23,
11:21, 14:12, 17:3,
17:4, 18:12, 29:18,
29:25, 31:16, 40:3,
40:6, 44:25, 48:21,
49:25, 54:9, 55:24,
60:24, 61:14, 62:3,
62:7, 62:9, 62:11,
63:21, 63:23, 67:5,
71:2, 85:5, 88:7,
91:13, 91:14, 100:9,
103:10, 109:7,
109:8, 110:10,
114:18, 117:12,
120:22, 120:23,
121:1, 121:7,
128:18, 128:19,
129:21, 134:13,
142:4, 144:22,
144:24, 152:4,
152:9, 153:5, 153:6,
153:17, 154:3,
155:6, 156:18,
161:8, 161:20,
168:15, 170:14,
173:20, 173:22,
180:25, 181:13,
181:19, 186:13,
186:16, 187:24,
188:7, 188:10,
191:3, 192:1, 192:4,
197:11, 197:13,

197:20, 202:6,
212:7, 212:8,
212:12, 213:5,
214:7, 215:9,
216:14, 222:24,
223:8, 225:14,
225:16, 227:19,
228:1, 235:2, 237:6,
239:8, 240:20,
243:1, 245:2, 252:9,
254:13, 254:14,
257:7, 258:13,
259:1, 259:13,
262:12, 262:18,
263:15, 265:15,
266:14, 266:23,
267:1, 271:2,
271:10, 271:11,
271:12, 272:23,
275:6, 279:10,
280:20, 282:1, 282:5
**ITEM** [6] - 67:14,
189:15, 189:17,
236:13, 236:22,
243:15
**ITEMS** [11] - 171:21,
176:4, 192:6,
219:13, 220:8,
220:22, 238:23,
238:24, 240:6,
248:19, 249:2
**ITS** [8] - 30:22, 54:7,
54:13, 70:17,
222:20, 245:15,
262:14, 263:14
**ITSELF** [3] - 9:19,
55:9, 243:6

---

**J**

---

**J-A-C-O-V-E-T-T-I** [1]
- 166:13
**JACKSON** [1] - 2:14
**JACOVETTI** [191] -
1:6, 2:17, 3:23, 4:9,
4:12, 4:13, 5:21, 6:6,
6:10, 14:25, 15:14,
23:25, 30:15, 37:6,
37:8, 37:9, 38:16,
39:10, 39:16, 39:20,
41:20, 42:1, 42:15,
42:21, 42:23, 43:10,
43:20, 44:8, 44:18,
44:22, 50:17, 51:22,
52:5, 52:20, 52:25,
53:12, 53:20, 55:5,
55:10, 57:2, 58:16,
58:18, 63:15, 64:13,
68:4, 79:4, 79:7,
79:15, 79:25, 80:17,
90:9, 90:22, 90:23,

100:1, 100:20,
100:23, 100:25,
103:18, 104:12,
104:13, 104:16,
104:19, 104:23,
105:2, 108:18,
109:1, 109:2, 109:7,
109:12, 109:13,
109:15, 113:9,
113:15, 113:20,
113:24, 114:1,
114:6, 116:21,
116:24, 117:2,
117:4, 117:5,
117:14, 117:20,
118:24, 126:16,
134:15, 135:1,
135:25, 136:3,
136:7, 136:8,
136:10, 136:14,
137:6, 137:9, 138:3,
139:14, 139:18,
140:6, 141:10,
141:14, 141:15,
141:17, 151:14,
165:24, 166:1,
166:6, 166:8,
166:12, 166:18,
172:12, 173:2,
174:9, 174:16,
174:24, 175:6,
176:23, 180:1,
182:24, 185:16,
186:3, 189:9,
189:15, 192:15,
192:22, 193:13,
193:20, 193:21,
194:10, 198:14,
198:16, 198:18,
199:25, 201:1,
202:1, 207:2, 207:9,
207:10, 207:16,
207:23, 208:1,
208:11, 208:14,
214:20, 214:21,
214:24, 214:25,
215:10, 215:14,
215:18, 223:22,
224:3, 234:17,
238:17, 240:18,
240:20, 241:4,
246:13, 247:23,
250:22, 251:12,
251:15, 251:19,
251:24, 258:18,
260:8, 260:9,
260:10, 260:12,
260:22, 261:3,
261:11, 261:21,
266:10, 272:10,
272:19, 273:6,

273:14, 273:17,
274:5, 274:9,
274:13, 274:15,
275:16, 275:20,
285:13
**JACOVETTI'S** [8] -
40:5, 42:2, 140:24,
165:11, 191:20,
192:5, 240:12, 246:7
**JADED** [2] - 237:7,
237:8
**JAMES** [6] - 1:2, 1:8,
1:13, 2:5, 3:22,
166:21
**JANUARY** [44] -
22:16, 22:18, 22:21,
22:24, 35:20, 58:14,
60:17, 79:11, 79:22,
80:1, 87:25, 88:2,
95:10, 115:1, 116:3,
116:4, 116:6, 116:8,
116:13, 116:17,
118:5, 118:14,
118:18, 159:14,
160:1, 188:22,
196:5, 208:9, 209:7,
214:20, 239:9,
239:16, 240:19,
240:23, 247:16,
247:20, 252:10,
252:13, 252:14,
252:18, 254:13
**JERSEY** [7] - 231:24,
232:12, 232:13,
232:24, 233:10,
233:25, 263:1
**JOB** [2] - 99:24, 124:7
**JOINED** [1] - 85:20
**JOINT** [5] - 5:23,
14:12, 36:14, 265:23
**JOINTLY** [1] - 283:4
**JOSEPH** [4] - 2:13,
191:22, 191:23,
191:24
**JOSEPHSILVESTRO
LAW** [1] - 191:23
**JOSH** [58] - 33:22,
90:5, 90:11, 92:16,
92:17, 93:3, 93:7,
98:4, 98:6, 98:12,
98:14, 98:19, 100:6,
100:7, 101:1, 106:4,
110:7, 113:17,
117:21, 118:17,
121:6, 124:16,
125:9, 127:1,
131:12, 132:25,
133:19, 136:9,
136:18, 137:5,
138:4, 139:15,

139:24, 140:6,
141:8, 141:12,
146:11, 146:24,
148:4, 148:14,
148:21, 149:21,
156:2, 156:20,
157:21, 158:5,
163:7, 163:16,
168:9, 168:13,
169:23, 170:4,
171:1, 178:2,
178:17, 184:10,
195:7, 215:1
**JOSHUA** [32] - 1:11,
1:16, 2:19, 2:19, 3:8,
17:21, 37:6, 38:25,
85:19, 101:16,
102:13, 103:22,
160:15, 163:5,
163:10, 163:25,
164:19, 166:20,
174:8, 174:15,
174:23, 199:25,
200:2, 200:3, 200:7,
200:9, 200:11,
200:13, 200:15,
206:21, 224:15,
285:17
**JOSHUALTHOMAS
@GMAIL.COM** [1] -
2:21
**JS-1** [1] - 70:3
**JS-2** [1] - 70:3
**JSILVESTRO@
MUTZELWESLER.
COM** [1] - 130:6
**JSJ@
JOSEPHSILVESTROLAW
.COM** [2] - 2:16,
130:9
**JUDGE** [54] - 27:12,
82:15, 90:5, 90:13,
92:21, 97:17, 100:5,
100:8, 106:5,
106:13, 109:4,
115:16, 120:9,
123:13, 124:2,
124:3, 124:4, 124:7,
126:12, 144:18,
144:25, 145:5,
175:17, 200:9,
200:10, 217:9,
217:22, 218:4,
225:10, 231:5,
231:10, 231:23,
232:11, 232:14,
232:19, 232:24,
233:10, 233:12,
233:18, 233:20,
233:24, 233:25,

234:4, 236:2, 236:4,
236:21, 248:7,
262:25, 263:5,
263:9, 267:20,
278:8, 278:17
**JUDGE'S** [2] - 248:24,
249:8
**JUDGEMENT** [18] -
19:2, 20:2, 20:3,
39:1, 74:13, 87:12,
93:22, 162:6,
208:21, 209:12,
219:15, 219:17,
221:7, 221:16,
225:5, 238:21,
242:4, 252:25
**JUDGES** [1] - 279:10
**JUDGMENT** [167] -
6:3, 9:18, 13:17,
14:23, 19:4, 19:21,
19:24, 20:13, 21:11,
21:20, 22:11, 22:13,
22:22, 22:25, 23:1,
23:3, 23:10, 24:14,
24:23, 24:24, 25:1,
25:2, 25:6, 25:12,
25:14, 25:15, 25:18,
25:24, 26:17, 26:19,
26:23, 26:25, 27:2,
27:16, 31:14, 31:24,
32:1, 32:12, 32:14,
32:21, 35:20, 35:22,
35:23, 36:9, 38:21,
39:4, 39:8, 42:9,
64:24, 65:7, 65:8,
65:10, 65:13, 67:9,
69:2, 69:7, 74:8,
74:14, 74:22, 74:23,
75:12, 84:1, 84:3,
84:6, 84:7, 84:9,
87:5, 89:11, 89:18,
90:6, 92:7, 92:10,
95:8, 95:9, 95:11,
95:13, 95:16, 95:21,
101:17, 101:21,
102:19, 107:14,
107:24, 108:5,
115:11, 119:25,
123:15, 124:1,
124:22, 124:24,
125:1, 125:8, 125:9,
132:13, 144:9,
145:6, 159:15,
159:24, 160:5,
162:3, 162:5,
198:23, 208:19,
215:8, 219:9,
219:25, 220:2,
220:6, 220:23,
221:3, 221:13,
221:21, 221:23,

223:18, 224:19,
224:20, 239:2,
239:7, 239:12,
239:22, 240:7,
241:7, 241:12,
243:9, 243:12,
243:18, 243:22,
244:9, 244:21,
245:20, 245:25,
246:1, 246:4, 246:5,
246:6, 246:8, 246:9,
247:5, 250:19,
250:24, 251:15,
252:20, 254:2,
254:25, 255:15,
255:17, 256:1,
257:11, 257:24,
258:1, 258:4,
258:23, 259:5,
259:8, 259:15,
259:17, 259:21,
260:4, 264:11,
265:1, 266:14,
269:12, 273:4,
273:10, 273:23,
274:16

**JUDGMENTS** [1] -
15:6

**JUDICATA** [4] - 101:3,
246:20, 247:3,
247:10

**JUDICIAL** [1] - 268:4

**JULY** [51] - 6:2, 25:19,
25:22, 26:21, 27:5,
27:9, 27:11, 27:15,
27:22, 31:13, 31:14,
31:23, 31:25, 32:3,
32:6, 33:3, 33:5,
35:21, 38:23, 45:8,
62:3, 66:1, 66:5,
69:3, 69:8, 69:11,
84:3, 92:6, 95:20,
95:22, 96:8, 96:15,
101:20, 108:13,
120:23, 121:13,
121:16, 121:20,
122:21, 123:25,
142:14, 144:8,
162:24, 217:17,
229:4, 251:6,
251:11, 259:11,
264:6, 265:13

**JUMPED** [1] - 6:1

**JUMPING** [1] - 95:20

**JUNE** [48] - 24:25,
25:23, 26:3, 26:12,
26:15, 26:22, 27:3,
27:9, 38:2, 38:23,
62:15, 62:17, 63:4,
63:19, 64:11, 65:20,

65:21, 65:23, 65:24,
69:3, 69:8, 74:4,
89:14, 89:21, 89:23,
91:19, 91:24, 92:4,
122:18, 122:24,
123:25, 125:7,
132:4, 132:13,
132:17, 132:19,
132:21, 132:23,
160:21, 162:25,
209:12, 209:17,
229:4, 264:24, 265:3

**JURY** [1] - 9:23

**JUST** [214] - 3:4, 3:12,
4:9, 4:21, 4:22, 7:24,
8:16, 10:1, 11:1,
11:13, 11:15, 11:19,
12:18, 12:21, 13:19,
13:25, 14:7, 16:16,
19:17, 24:7, 24:12,
27:24, 28:2, 28:20,
29:20, 29:21, 29:22,
29:25, 30:7, 31:16,
31:18, 35:8, 36:1,
40:15, 40:24, 44:16,
44:17, 45:4, 47:10,
47:18, 47:23, 50:22,
52:4, 51:4, 54:4,
54:9, 57:10, 57:22,
58:23, 61:19, 61:21,
62:10, 62:12, 64:10,
64:19, 66:16, 69:4,
69:23, 71:12, 73:12,
75:12, 76:24, 77:5,
78:2, 80:2, 80:5,
81:10, 81:25, 83:20,
84:16, 84:20, 85:16,
85:18, 85:20, 85:23,
87:1, 88:19, 90:18,
92:13, 92:24, 93:10,
93:19, 98:12, 100:8,
100:9, 101:12,
106:24, 107:11,
108:25, 109:4,
110:18, 111:10,
112:25, 114:9,
118:16, 118:19,
118:25, 119:10,
120:15, 120:24,
123:6, 127:25,
128:10, 128:11,
128:18, 128:21,
129:10, 129:13,
129:24, 131:14,
131:17, 132:1,
133:2, 134:10,
134:12, 136:23,
137:9, 142:23,
143:3, 143:5, 143:9,
143:22, 143:24,
144:1, 144:6,

147:21, 149:9,
150:10, 150:24,
151:10, 153:11,
153:20, 154:7,
156:12, 159:5,
159:9, 159:18,
159:19, 161:24,
163:14, 165:19,
166:6, 168:15,
171:10, 171:15,
173:21, 175:12,
175:18, 176:17,
184:20, 185:18,
192:3, 192:8,
192:18, 193:9,
193:23, 194:18,
194:20, 195:12,
202:7, 202:24,
203:1, 203:10,
206:16, 207:12,
207:24, 208:3,
208:11, 209:22,
210:1, 211:2,
211:15, 212:16,
219:1, 227:20,
229:14, 229:20,
229:21, 230:10,
236:11, 238:2,
245:5, 245:24,
249:2, 255:5,
260:21, 262:5,
262:16, 263:7,
264:14, 267:7,
269:7, 270:13,
271:4, 271:17,
274:1, 277:23,
278:9, 278:24,
279:15, 280:4,
280:5, 280:11,
281:13, 281:24,
282:17, 282:18,
283:6, 283:14

**JUSTIFIED** [1] - 258:3

# K

**KEEP** [28] - 17:2,
47:21, 50:11, 51:4,
64:24, 82:12, 85:6,
92:24, 93:19,
102:23, 125:1,
135:9, 145:24,
160:18, 161:12,
162:11, 162:12,
162:13, 164:15,
165:9, 165:13,
179:19, 199:10,
199:12, 227:7,
241:1, 265:1

**KEPT** [1] - 124:2

**KICK** [1] - 268:17

**KICKED** [1] - 259:17

**KICKING** [1] - 268:5

**KIDS** [1] - 199:11

**KIND** [30] - 4:21,
19:18, 22:21, 24:7,
24:12, 26:17, 32:23,
33:18, 33:21, 36:1,
36:8, 39:20, 39:25,
52:17, 61:9, 67:7,
67:8, 75:1, 75:22,
75:25, 82:14, 103:8,
115:15, 154:14,
181:23, 260:24,
262:15, 265:9,
266:4, 275:3

**KINDLY** [1] - 216:20

**KNEW** [25] - 8:23,
11:6, 15:1, 15:12,
26:17, 26:23, 39:21,
42:6, 65:6, 93:9,
94:14, 98:17,
107:23, 108:3,
109:9, 119:24,
135:3, 142:25,
159:22, 182:3,
218:7, 229:22,
242:1, 243:21,
281:22

**KNOW** [177] - 7:6, 8:7,
8:10, 8:22, 9:22,
10:3, 10:6, 11:14,
12:4, 12:13, 13:20,
13:23, 14:20, 15:22,
17:13, 19:24, 21:24,
22:22, 23:4, 24:13,
25:6, 25:14, 26:14,
26:16, 26:22, 27:13,
27:25, 28:11, 28:15,
30:17, 32:22, 33:18,
35:25, 36:3, 36:5,
38:6, 39:4, 42:7,
42:11, 42:20, 43:11,
43:24, 48:17, 49:17,
49:20, 50:24, 52:8,
52:11, 54:22, 64:5,
67:5, 68:7, 69:12,
69:18, 70:20, 72:25,
75:23, 77:9, 78:1,
80:4, 80:6, 80:23,
82:13, 82:14, 84:8,
84:19, 86:3, 98:1,
101:14, 103:22,
104:2, 104:4,
106:16, 108:4,
110:12, 118:1,
120:17, 124:9,
127:20, 129:1,
130:1, 132:10,
132:25, 134:4,
137:6, 137:15,

147:11, 148:4,
148:10, 149:21,
150:23, 151:1,
155:5, 159:6,
159:17, 162:14,
162:23, 163:1,
163:8, 166:4,
173:16, 175:18,
176:1, 177:23,
179:10, 182:8,
182:11, 182:23,
184:2, 184:25,
186:3, 187:1, 187:2,
190:14, 193:13,
193:24, 194:24,
195:22, 196:20,
197:3, 197:23,
202:6, 211:2, 211:7,
212:3, 214:5, 223:1,
223:6, 226:15,
226:22, 229:21,
232:15, 236:14,
239:10, 241:23,
242:12, 244:2,
245:23, 253:2,
253:13, 254:5,
255:11, 255:19,
255:22, 256:9,
257:14, 257:15,
260:16, 260:25,
261:12, 267:5,
268:10, 269:3,
269:9, 270:4, 270:7,
270:12, 270:24,
271:22, 273:16,
273:19, 277:12,
277:15, 278:9,
280:15, 280:20,
280:21, 282:3,
282:4, 282:9, 282:11

**KNOWLEDGE** [4] -
95:18, 168:6, 174:11

**KNOWN** [2] - 103:17,
125:11

**KRISTIN** [1] - 119:4

# L

**LABEL** [1] - 70:13

**LACK** [3] - 95:16,
167:13, 236:25

**LADIES** [1] - 3:3

**LAID** [2] - 30:17, 61:15

**LANDSCAPE** [1] -
274:2

**LANGUAGE** [2] -
221:19, 221:20

**LARGE** [1] - 188:20

**LAST** [34] - 3:11, 7:16,
12:11, 14:14, 14:19,

14:21, 20:17, 20:18, 34:22, 35:14, 66:1, 99:17, 102:16, 153:6, 153:8, 156:18, 163:10, 176:7, 180:12, 191:8, 191:25, 192:6, 192:12, 192:24, 198:16, 199:1, 199:2, 204:17, 233:21, 265:9, 266:14, 269:12, 282:14

**LASTING** [2] - 20:4, 22:2

**LATE** [9] - 55:6, 76:7, 139:15, 140:6, 252:10, 252:17, 257:22, 259:11, 263:25

**LATER** [9] - 93:6, 101:24, 110:22, 146:2, 157:25, 158:8, 183:10, 255:10, 265:5

**LAW** [35] - 1:6, 2:2, 2:17, 3:23, 4:13, 5:21, 15:14, 34:18, 37:6, 37:8, 38:16, 39:10, 39:16, 42:16, 88:24, 100:20, 100:24, 103:5, 103:18, 172:12, 173:2, 174:9, 174:16, 174:24, 191:24, 198:18, 230:13, 230:22, 258:18, 261:3, 261:11, 261:21, 266:10, 272:10, 273:6

**LAWSUIT** [11] - 38:19, 79:6, 79:25, 91:7, 101:2, 101:7, 106:8, 117:3, 167:8, 167:12, 261:8

**LAWYER** [6] - 20:24, 23:20, 106:10, 262:12, 262:14, 270:3

**LAWYERS** [1] - 262:1

**LAY** [4] - 30:5, 60:12, 183:23, 194:6

**LAYMAN** [1] - 103:8

**LEAD** [3] - 39:16, 40:20, 93:9

**LEADING** [1] - 147:17

**LEADS** [1] - 265:9

**LEARN** [4] - 38:21, 100:23, 174:15,

252:5

**LEARNED** [8] - 32:13, 100:25, 101:5, 102:6, 121:20, 252:16, 259:4, 270:1

**LEAST** [22] - 4:21, 6:18, 8:25, 15:12, 32:5, 42:17, 53:22, 55:22, 60:7, 61:10, 134:21, 171:20, 214:8, 229:9, 230:11, 232:20, 246:17, 268:22, 270:10, 273:22, 276:24, 277:8

**LEAVE** [6] - 15:9, 96:7, 196:23, 197:1, 199:4, 269:18

**LED** [2] - 40:8, 154:21

**LEE** [1] - 181:15

**LEFT** [3] - 85:16, 165:10, 202:4

**LEGAL** [9] - 6:13, 103:4, 163:6, 163:7, 222:24, 223:6, 223:8, 259:20, 262:3

**LEGALLY** [2] - 103:6, 242:7

**LEGS** [1] - 165:8

**LENGTH** [4] - 89:6, 215:10, 277:7

**LENGTHY** [2] - 64:9, 280:6

**LENIENT** [1] - 75:24

**LESS** [5] - 9:22, 83:6, 190:23, 228:24, 278:2

**LESSER** [1] - 206:5

**LESSONS** [1] - 269:25

**LET** [73] - 3:16, 4:20, 5:14, 10:21, 11:12, 14:15, 25:16, 28:20, 29:10, 29:12, 40:15, 44:3, 52:4, 54:22, 57:5, 58:12, 58:17, 63:3, 69:18, 83:15, 86:19, 98:1, 104:6, 106:25, 110:12, 114:19, 119:9, 120:11, 122:23, 132:6, 133:1, 133:5, 134:19, 146:21, 148:10, 160:20, 161:21, 166:4, 171:15, 179:23, 181:2, 181:5, 183:8, 186:3, 190:6, 192:24, 193:13, 194:5, 198:9, 202:7, 202:14, 203:4,

205:1, 206:9, 206:20, 216:18, 216:23, 218:23, 219:22, 233:4, 240:12, 242:15, 247:15, 249:7, 253:15, 253:16, 254:19, 255:4, 257:5, 257:7, 276:4, 282:9, 282:11

**LET'S** [24] - 3:19, 14:2, 16:8, 17:16, 28:3, 36:24, 51:4, 85:9, 86:18, 88:6, 92:24, 119:10, 135:7, 141:2, 146:4, 165:12, 165:14, 178:4, 183:20, 202:22, 203:9, 256:23, 257:1, 281:15

**LETTER** [24] - 28:19, 55:11, 99:8, 99:14, 99:16, 103:25, 138:5, 139:22, 139:24, 140:1, 148:21, 150:13, 150:15, 211:17, 211:20, 217:5, 231:24, 235:8, 236:1, 253:20, 263:6, 263:11, 278:6

**LETTERS** [4] - 212:8, 214:4, 225:19, 231:12

**LEVEL** [1] - 218:18

**LICENSE** [1] - 230:22

**LICENSED** [1] - 236:15

**LIE** [1] - 236:20

**LIED** [4] - 146:11, 257:9, 258:13, 258:14

**LIEN** [1] - 154:25

**LIFE** [2] - 179:12, 262:17

**LIGHT** [3] - 175:24, 264:18, 272:10

**LIKE** [103] - 8:5, 8:10, 9:15, 11:17, 14:5, 15:8, 15:11, 15:18, 15:20, 18:22, 21:7, 23:9, 24:8, 24:21, 28:6, 32:22, 42:24, 43:4, 45:12, 50:16, 55:5, 55:10, 56:17, 56:18, 56:24, 57:8, 57:23, 58:17, 59:13, 59:19, 60:20, 60:24, 62:3, 63:14, 63:24,

64:3, 64:20, 66:1, 66:12, 66:22, 69:3, 69:23, 70:3, 70:13, 72:12, 73:9, 75:25, 77:3, 77:10, 77:25, 80:2, 84:16, 85:5, 86:12, 86:16, 90:15, 95:7, 96:15, 104:24, 105:5, 106:5, 107:25, 111:4, 116:23, 119:4, 119:5, 121:12, 123:24, 127:22, 129:7, 136:13, 137:4, 139:9, 144:24, 145:12, 147:8, 149:6, 153:9, 159:5, 165:13, 175:18, 178:13, 178:20, 183:18, 185:8, 188:23, 190:16, 200:10, 217:8, 218:14, 229:20, 230:1, 231:6, 236:14, 252:17, 254:3, 259:21, 263:4, 264:3, 264:5, 272:2, 275:21, 277:15

**LIKELY** [9] - 12:20, 138:5, 213:14, 240:19, 245:2, 262:2, 272:20, 277:24, 282:18

**LIMINE** [1] - 7:21

**LIMIT** [1] - 83:17

**LIMITED** [1] - 184:22

**LIMITS** [1] - 266:8

**LINE** [7] - 4:18, 73:16, 86:12, 113:20, 164:12, 251:12, 260:16

**LINES** [4] - 41:13, 41:19, 60:24, 132:7

**LINK** [8] - 16:10, 16:14, 69:25, 97:6, 98:2, 98:3, 109:24, 110:16

**LIONEL** [3] - 2:8, 4:6, 56:22

**LIONEL@ARTOM** [1] - 2:11

**LIONEL@ARTOM-GINZBURG.COM** [1] - 2:11

**LIP** [1] - 263:19

**LIST** [26] - 8:4, 21:3, 25:2, 25:3, 25:7, 25:8, 49:12, 49:17, 49:22, 51:5, 111:23,

112:5, 112:25, 113:2, 113:3, 117:13, 128:13, 128:17, 130:2, 149:23, 155:22, 156:3, 156:5, 202:9, 202:13, 280:4

**LISTED** [6] - 8:3, 21:20, 38:17, 66:11, 114:12, 128:10

**LISTEN** [1] - 40:18

**LISTENED** [1] - 257:2

**LISTENING** [1] - 70:2

**LISTS** [1] - 20:24

**LITERALLY** [5] - 146:1, 151:10, 194:19, 248:20, 269:14

**LITIGATE** [2] - 7:18, 270:11

**LITIGATION** [9] - 55:14, 103:6, 138:7, 141:1, 141:4, 141:7, 141:23, 273:21, 274:1

**LITIGATOR** [1] - 271:21

**LITTLE** [19] - 4:20, 5:14, 8:5, 12:23, 17:3, 42:4, 87:3, 111:18, 120:17, 151:5, 175:13, 199:11, 218:6, 230:19, 252:24, 256:20, 262:14, 281:13, 281:15

**LIVE** [1] - 266:22

**LIVID** [2] - 98:17, 102:9

**LLC** [4] - 1:4, 2:2, 2:12, 4:7

**LOADED** [3] - 234:13, 237:7, 237:8

**LOCAL** [4] - 231:25, 257:25, 264:3, 268:18

**LOCKED** [2] - 32:24, 32:25

**LOGGED** [1] - 112:2

**LOGGING** [1] - 152:23

**LONG** [7] - 32:5, 37:21, 86:2, 153:13, 230:13, 265:16, 266:12

**LONGER** [6] - 80:13, 80:16, 163:17, 213:25, 214:2, 251:15

**LOOK** [51] - 18:10, 49:22, 63:18, 64:3,

65:23, 67:13, 70:10,
77:1, 105:6, 105:21,
105:22, 114:14,
115:21, 116:3,
122:17, 122:22,
127:7, 128:23,
132:6, 134:17,
139:1, 139:21,
139:25, 140:12,
144:12, 149:23,
149:24, 149:25,
155:12, 183:12,
187:1, 188:3,
190:17, 191:6,
192:10, 222:24,
236:11, 240:12,
245:4, 245:12,
256:9, 263:15,
263:16, 264:3,
264:5, 264:19,
264:21, 268:18,
277:15, 282:3, 282:5
**LOOKED** [14] - 26:18,
41:18, 66:12, 69:13,
77:15, 77:16, 88:13,
152:1, 230:10,
231:5, 231:7,
231:10, 261:13,
264:15
**LOOKING** [31] - 30:8,
42:24, 47:23, 47:25,
48:10, 59:21, 67:18,
88:19, 90:14, 90:15,
93:18, 105:19,
121:25, 127:11,
127:18, 129:7,
129:8, 131:20,
137:9, 146:15,
152:15, 152:18,
153:21, 155:5,
155:9, 160:24,
244:25, 255:3,
258:8, 273:12
**LOOKS** [22] - 55:5,
55:10, 58:17, 59:16,
60:20, 60:24, 62:3,
63:14, 66:1, 69:23,
70:3, 72:12, 86:16,
95:6, 96:15, 119:4,
119:5, 121:12,
139:8, 141:24,
192:16, 194:14
**LOOP** [3] - 28:21,
45:7, 282:19
**LOSE** [4] - 18:13,
75:14, 76:1, 99:24
**LOSING** [1] - 11:24
**LOST** [9] - 72:18,
111:1, 135:18,
137:14, 162:22,

162:23, 163:1,
280:17
**LOT** [19] - 9:19, 13:24,
33:18, 48:14, 48:21,
52:11, 62:8, 62:12,
101:13, 104:8,
107:3, 160:9, 175:3,
175:25, 226:3,
229:22, 230:6,
251:19, 263:6
**LUCK** [1] - 271:7
**LUNCH** [2] - 158:14,
158:21
**LUNCHEON** [1] -
165:16
**LURCH** [1] - 269:18
**LYING** [4] - 234:25,
236:11, 236:18,
269:20

## M

**MACHINE** [1] - 225:12
**MAD** [4] - 100:9,
106:6, 106:13, 109:4
**MADE** [38] - 5:17,
19:5, 19:6, 22:1,
36:9, 55:25, 56:2,
58:19, 80:8, 80:11,
93:9, 94:15, 96:10,
100:7, 104:19,
143:4, 175:23,
215:16, 215:17,
217:6, 217:9,
217:22, 225:10,
227:14, 228:20,
229:8, 230:2, 230:7,
231:12, 231:14,
242:23, 257:19,
260:1, 262:21,
273:23, 276:14,
276:17, 277:3
**MAIL** [245] - 7:16,
21:7, 23:16, 25:17,
25:21, 25:22, 27:15,
27:18, 27:22, 28:25,
29:9, 29:16, 29:21,
30:4, 30:12, 31:13,
38:12, 45:8, 46:7,
46:11, 47:19, 47:24,
48:12, 48:18, 48:19,
48:21, 48:25, 49:3,
49:7, 50:22, 51:8,
51:18, 51:21, 52:1,
53:3, 53:17, 54:4,
54:25, 55:3, 55:9,
55:21, 56:6, 56:9,
56:11, 56:13, 58:10,
59:22, 60:8, 60:15,
60:16, 60:18, 61:16,

62:3, 62:15, 62:21,
63:13, 63:14, 63:16,
63:17, 63:18, 63:24,
64:11, 64:12, 64:19,
64:21, 65:6, 65:7,
66:1, 66:23, 67:13,
67:15, 68:1, 68:6,
69:20, 69:24, 69:25,
70:14, 72:12, 73:24,
74:4, 76:13, 83:24,
84:4, 85:3, 85:18,
87:21, 87:23, 88:2,
88:4, 88:11, 88:12,
88:14, 89:4, 92:6,
103:2, 111:24,
112:6, 112:7, 115:5,
118:4, 118:9,
118:16, 120:23,
121:11, 121:12,
122:17, 123:6,
123:8, 124:19,
124:21, 127:2,
127:5, 127:13,
127:23, 128:22,
129:23, 130:8,
130:15, 131:10,
131:12, 131:18,
131:19, 131:20,
131:21, 133:16,
134:25, 135:21,
137:9, 139:6,
139:17, 140:1,
140:4, 140:7, 140:8,
140:9, 140:10,
140:16, 140:18,
141:24, 142:12,
145:12, 148:20,
148:24, 149:6,
149:7, 149:17,
149:19, 149:23,
149:24, 150:18,
150:22, 150:24,
151:6, 151:13,
151:20, 152:10,
154:15, 154:16,
155:20, 155:21,
157:2, 160:21,
174:1, 176:3, 176:5,
179:24, 180:23,
180:25, 181:9,
181:13, 183:16,
184:2, 184:4, 188:6,
188:7, 188:9,
188:13, 188:15,
188:17, 188:20,
188:25, 189:18,
190:4, 190:5,
190:16, 190:17,
191:1, 191:5,
191:20, 192:2,
192:4, 192:11,

192:12, 192:21,
193:8, 193:14,
193:15, 194:11,
194:15, 194:16,
194:18, 194:19,
195:7, 195:9,
195:19, 196:9,
197:17, 197:19,
197:20, 198:1,
201:10, 204:18,
205:6, 205:17,
205:21, 211:21,
211:24, 212:1,
213:3, 225:25,
226:8, 226:12,
226:14, 226:17,
226:21, 226:24,
234:21, 235:6,
235:8, 235:9,
235:14, 240:5,
240:10, 240:17,
240:21, 241:9,
251:9, 261:13,
261:16, 264:22,
264:23
**MAILED** [9] - 28:11,
126:9, 129:10,
193:25, 204:19,
211:22, 212:4,
212:7, 250:11
**MAILING** [1] - 68:3
**MAILS** [41] - 12:24,
12:25, 17:25, 21:4,
29:25, 36:3, 46:4,
47:3, 50:9, 50:10,
56:25, 59:21, 62:6,
62:8, 62:20, 64:3,
64:9, 65:19, 65:20,
88:13, 88:15, 99:11,
112:4, 112:22,
113:2, 123:20,
128:23, 149:22,
153:4, 154:20,
154:22, 155:6,
155:19, 181:10,
185:21, 191:25,
210:5, 235:3,
235:17, 239:19,
240:13
**MAIN** [1] - 79:20
**MAINTAINED** [1] -
273:6
**MAJORITY** [4] - 22:9,
26:9, 46:3, 49:23
**MAKE** [36] - 10:19,
28:1, 30:7, 47:12,
47:23, 72:14,
120:16, 127:15,
128:11, 128:13,
130:12, 142:24,

143:5, 144:6,
156:12, 168:19,
168:20, 171:15,
195:3, 203:2,
203:10, 205:2,
206:24, 212:5,
222:19, 226:13,
230:18, 236:11,
242:12, 256:19,
257:5, 258:22,
268:20, 276:8,
278:20, 280:1
**MAKES** [1] - 226:17
**MAKING** [4] - 28:1,
134:12, 142:7, 233:9
**MALPRACTICE** [25] -
99:7, 99:13, 99:22,
103:22, 148:3,
150:14, 217:6,
217:17, 217:19,
227:11, 227:15,
227:21, 227:22,
227:24, 240:16,
256:23, 267:5,
267:11, 270:15,
270:19, 273:7,
273:16, 276:17,
277:8
**MANAGE** [1] - 271:3
**MANAGING** [1] -
257:5
**MANDATE** [1] - 228:2
**MANDATORY** [1] -
227:25
**MANNER** [4] - 102:5,
109:16, 182:9,
199:13
**MANY** [8] - 14:13,
50:4, 52:23, 104:15,
178:14, 226:22,
235:17
**MARCH** [28] - 23:12,
23:13, 37:4, 37:17,
37:18, 37:25, 38:13,
41:1, 53:25, 54:2,
89:4, 102:1, 108:23,
170:11, 170:18,
170:23, 171:7,
171:11, 171:12,
176:4, 181:1,
196:18, 215:24,
245:8, 245:9,
246:18, 248:6,
258:15
**MARK** [10] - 28:8,
31:6, 50:23, 51:2,
55:6, 61:18, 138:13,
143:10, 181:2,
183:20
**MARKED** [4] - 88:6,

128:19, 131:3,
268:25
**MARKET** [1] - 1:21
**MARKING** [2] -
133:11, 180:6
**MATERIAL** [6] - 13:11,
13:14, 222:19,
243:8, 243:14, 244:3
**MATERIALS** [1] -
11:19
**MATTER** [62] - 5:10,
5:19, 5:20, 5:21,
5:22, 6:4, 6:6, 6:8,
6:13, 17:19, 18:21,
18:24, 33:16, 39:12,
42:16, 57:17, 73:4,
73:11, 73:15, 81:19,
81:21, 104:16,
115:19, 136:16,
136:17, 136:18,
150:20, 154:22,
164:2, 167:10,
167:14, 167:18,
173:22, 177:1,
177:9, 177:14,
177:17, 184:20,
198:4, 198:9, 207:4,
207:10, 210:10,
210:25, 214:6,
214:19, 215:23,
216:17, 225:8,
233:1, 240:20,
241:10, 250:9,
255:25, 261:18,
261:20, 261:21,
267:21, 280:9,
281:3, 282:20, 284:3
**MATTERS** [11] -
13:24, 57:2, 136:9,
137:11, 137:12,
190:14, 233:5,
260:17, 280:10,
282:22
**MAY** [55] - 6:22, 7:3,
7:6, 10:3, 10:4, 12:4,
13:24, 14:1, 15:8,
16:15, 24:22, 24:24,
25:19, 25:22, 37:9,
37:19, 38:13, 39:11,
84:15, 84:20, 89:12,
102:1, 105:22,
137:25, 149:5,
151:23, 152:4,
152:8, 152:9, 166:3,
179:1, 196:3,
200:23, 219:1,
229:3, 237:8,
245:15, 254:9,
259:11, 260:22,
260:23, 263:25,

265:3, 267:8,
267:10, 269:23,
270:5, 270:8, 271:4,
278:2, 280:16,
281:13
**MAYBE** [27] - 8:9,
9:22, 19:17, 30:17,
41:24, 42:1, 43:25,
68:25, 71:15, 73:12,
79:20, 82:15, 86:5,
90:4, 104:17, 108:8,
117:20, 141:16,
184:8, 204:21,
263:11, 269:2,
269:23, 274:1,
274:12, 277:18
**ME** [378] - 3:16, 4:20,
5:14, 6:1, 6:12, 6:23,
7:4, 7:14, 8:4, 10:19,
11:12, 11:13, 11:18,
11:21, 12:2, 12:3,
12:6, 12:12, 12:15,
13:24, 16:1, 18:12,
25:16, 26:2, 26:7,
28:20, 29:10, 29:12,
30:4, 33:22, 34:9,
35:8, 36:8, 41:12,
44:3, 46:5, 46:8,
46:12, 46:15, 47:24,
48:25, 49:4, 52:4,
53:8, 53:16, 54:22,
55:7, 56:15, 58:12,
58:17, 59:12, 59:16,
60:18, 63:3, 64:7,
69:18, 71:15, 72:7,
74:8, 76:12, 77:16,
81:9, 81:10, 81:15,
82:12, 83:15, 84:25,
85:15, 87:7, 90:19,
94:11, 97:17, 98:1,
98:2, 98:20, 98:22,
98:25, 99:8, 99:10,
99:11, 99:16, 100:4,
101:1, 101:5,
102:10, 102:11,
102:24, 105:17,
105:18, 105:19,
108:22, 109:4,
109:15, 110:1,
110:12, 110:14,
110:17, 110:18,
110:20, 110:21,
110:23, 110:24,
111:10, 111:11,
112:18, 112:23,
113:19, 114:19,
115:21, 116:9,
116:14, 117:1,
118:3, 118:4, 118:5,
118:18, 119:7,
119:9, 119:24,

120:7, 120:25,
121:10, 121:13,
122:23, 125:6,
125:10, 125:11,
125:20, 125:24,
126:5, 126:6, 126:9,
126:11, 126:12,
127:5, 127:8,
127:10, 128:4,
128:24, 128:25,
129:6, 129:25,
130:1, 131:2,
131:12, 131:15,
132:6, 133:1, 133:5,
133:9, 134:19,
134:23, 135:8,
136:4, 137:9,
137:19, 137:21,
137:24, 138:16,
139:1, 139:7, 139:9,
140:4, 140:11,
140:14, 140:23,
141:14, 141:22,
142:7, 142:13,
143:1, 144:20,
144:21, 145:3,
145:23, 146:5,
146:11, 146:12,
146:23, 147:4,
147:13, 147:23,
148:6, 148:14,
149:23, 149:25,
151:2, 155:9,
155:15, 155:16,
155:24, 156:5,
156:6, 156:19,
156:23, 157:10,
157:11, 157:13,
157:14, 157:16,
157:17, 157:20,
158:1, 158:2, 158:3,
160:20, 160:24,
163:13, 163:14,
163:15, 164:5,
165:19, 168:14,
169:23, 171:1,
171:15, 173:20,
173:21, 175:13,
175:18, 175:19,
175:21, 176:24,
177:5, 177:7, 177:8,
177:12, 177:13,
177:24, 178:1,
178:17, 179:23,
179:24, 180:4,
181:2, 181:5,
181:18, 181:20,
182:4, 182:9,
182:13, 182:14,
182:16, 183:8,
186:3, 186:25,

187:8, 187:23,
188:7, 189:10,
190:6, 190:8, 191:3,
191:9, 192:19,
193:13, 194:10,
194:19, 195:19,
195:25, 196:6,
196:11, 196:23,
198:9, 198:10,
199:12, 201:9,
201:24, 202:7,
202:14, 202:23,
205:1, 206:9,
206:20, 207:4,
207:10, 209:3,
209:22, 210:15,
210:18, 210:20,
211:6, 211:17,
212:1, 212:4,
212:13, 213:2,
213:12, 213:16,
215:13, 215:16,
215:18, 215:19,
216:9, 218:13,
218:18, 218:23,
219:13, 222:7,
222:13, 223:21,
226:13, 226:18,
227:9, 231:6, 232:7,
233:4, 234:7,
235:17, 236:22,
239:14, 239:24,
240:1, 240:12,
242:15, 247:15,
248:6, 249:7, 250:4,
251:20, 252:12,
252:14, 252:21,
253:16, 253:21,
254:10, 254:19,
254:22, 256:6,
257:5, 257:7, 257:9,
257:13, 257:19,
258:14, 259:2,
260:16, 261:13,
261:17, 262:14,
262:22, 263:5,
263:7, 264:5,
265:16, 266:1,
266:23, 267:1,
267:8, 268:14,
268:15, 268:19,
268:21, 269:7,
269:25, 271:20,
273:13, 276:4,
278:20, 279:19,
281:18, 282:9,
282:11
**MEAN** [29] - 5:6, 5:24,
9:17, 15:7, 57:4,
62:10, 127:25,
141:20, 153:12,

154:14, 155:4,
177:2, 179:9,
190:15, 190:19,
202:6, 212:6,
212:10, 223:20,
225:9, 243:4, 253:4,
254:16, 270:25,
273:23, 276:7,
276:19, 277:3,
278:25
**MEANING** [2] - 74:23,
249:8
**MEANS** [7] - 25:13,
63:24, 125:9,
132:11, 147:4,
147:10, 159:17
**MEANT** [5] - 62:13,
102:20, 120:18,
147:22, 201:19
**MECHANICALLY** [3] -
202:23, 278:7, 278:9
**MECHANISMS** [1] -
269:23
**MEDIA** [1] - 2:15
**MEETING** [1] - 158:7
**MEETS** [1] - 268:23
**MEMO** [1] - 262:10
**MEMORANDUM** [5] -
171:3, 171:12,
208:24, 248:9,
249:12
**MEMORIES** [1] -
252:17
**MEMORY** [3] - 87:9,
256:10, 263:4
**MEN** [2] - 236:18,
236:19
**MENTAL** [1] - 226:16
**MENTION** [3] - 254:12,
254:15, 257:20
**MENTIONED** [3] -
179:3, 255:11, 271:6
**MENTIONING** [1] -
144:16
**MENTOR** [1] - 2:3
**MERIT** [4] - 106:14,
214:11, 214:13,
214:15
**MERITABLE** [1] - 52:9
**MERITORIOUS** [1] -
224:22
**MERITS** [6] - 52:18,
90:14, 124:4,
162:22, 222:21,
282:1
**MESS** [1] - 130:13
**MESSAGE** [4] - 53:17,
89:3, 116:8, 116:15
**MESSAGES** [4] -
17:25, 21:5, 112:1,

144:21
**MESSED** [1] - 204:22
**METHOD** [1] - 226:9
**MICHAEL** [1] - 70:19
**MICROWAVE** [1] - 88:20
**MID** [2] - 62:16, 254:3
**MIDST** [1] - 199:9
**MIGHT** [28] - 11:19, 12:21, 19:20, 20:9, 21:6, 22:7, 76:9, 81:2, 128:10, 158:21, 179:5, 179:24, 187:22, 229:25, 252:10, 254:1, 254:8, 255:10, 255:14, 260:10, 262:12, 262:14, 262:15, 263:14, 268:1, 270:3, 277:6, 281:21
**MIND** [8] - 7:11, 13:23, 14:10, 107:4, 114:13, 133:8, 264:9, 275:24
**MINDFUL** [3] - 266:8, 268:12, 277:5
**MINIMIZE** [1] - 263:18
**MINIMIZED** [2] - 175:19, 175:23
**MINIMUM** [2] - 217:18, 274:18
**MINOR** [1] - 173:22
**MINUTE** [19] - 20:5, 22:2, 36:17, 37:25, 66:14, 81:10, 83:2, 85:5, 87:7, 107:1, 107:5, 113:4, 116:6, 116:9, 116:10, 116:11, 116:19, 144:10, 274:7
**MINUTE'S** [1] - 215:1
**MINUTES** [11] - 66:13, 83:6, 86:6, 86:7, 86:11, 165:14, 256:18, 256:24
**MISANSWER** [1] - 242:24
**MISCHARACTERIZA TION** [1] - 244:12
**MISCHARACTERIZE D** [1] - 173:20
**MISCITING** [1] - 64:16
**MISCONDUCT** [3] - 24:10, 24:15, 24:21
**MISREPRESENT** [1] - 216:10
**MISREPRESENTATI ON** [3] - 161:18, 161:19, 227:14

**MISS** [2] - 4:18, 241:11
**MISSED** [5] - 99:4, 108:8, 109:25, 118:8, 221:11
**MISSING** [1] - 107:9
**MISSTATE** [3] - 223:6, 256:12, 256:15
**MISTAKE** [3] - 105:10, 105:11
**MISTAKEN** [6] - 84:1, 91:10, 98:23, 116:18, 150:5, 164:21
**MISTAKES** [1] - 231:21
**MITIGATE** [1] - 259:24
**MIXED** [1] - 256:11
**MODIFICATIONS** [1] - 226:3
**MOMENT** [26] - 5:7, 16:16, 18:2, 105:17, 105:18, 105:19, 111:10, 114:19, 128:4, 128:25, 131:13, 134:19, 135:8, 137:19, 137:24, 142:13, 144:21, 146:14, 150:18, 155:15, 189:18, 190:8, 198:10, 205:5, 266:21, 274:24
**MONDAY** [6] - 66:6, 115:1, 121:13, 122:1, 122:2, 180:24
**MONEY** [6] - 75:8, 94:22, 98:21, 145:22, 164:1, 229:2
**MONITORS** [1] - 18:12
**MONTH** [3] - 23:13, 24:22, 228:20
**MONTHS** [13] - 35:19, 35:23, 43:25, 94:24, 228:21, 248:16, 257:15, 259:15, 266:15, 270:1
**MOOT** [1] - 208:22
**MORE** [35] - 5:7, 20:16, 70:6, 70:8, 75:18, 75:24, 76:18, 86:5, 97:8, 98:20, 98:21, 99:14, 113:22, 119:2, 120:1, 120:15, 125:5, 127:6, 147:4, 147:5, 155:21, 157:2, 161:25, 172:2, 179:15, 189:14, 189:20,

210:11, 210:12, 237:16, 252:1, 253:18, 259:7, 271:7
**MORNING** [13] - 3:9, 4:5, 4:15, 4:16, 16:19, 85:10, 85:11, 107:3, 127:14, 133:3, 157:8, 157:11, 157:12
**MORROW** [1] - 208:15
**MOST** [10] - 9:10, 46:10, 113:17, 114:12, 124:25, 141:12, 225:14, 264:25, 271:11, 276:24
**MOSTLY** [1] - 93:17
**MOTION** [178] - 5:8, 5:23, 6:1, 9:19, 13:11, 14:12, 14:13, 19:2, 19:13, 20:1, 20:3, 20:12, 20:14, 22:24, 23:2, 23:4, 23:6, 23:7, 23:10, 24:23, 25:23, 25:24, 26:4, 27:3, 27:4, 27:8, 27:11, 33:6, 33:24, 34:5, 34:20, 53:23, 58:19, 58:23, 61:3, 61:6, 64:14, 65:12, 65:15, 73:21, 74:6, 77:10, 87:11, 87:18, 87:22, 87:25, 88:3, 89:1, 89:11, 89:13, 89:15, 89:22, 90:5, 90:7, 91:20, 91:24, 91:25, 92:4, 95:10, 96:9, 96:14, 96:20, 97:19, 114:8, 115:7, 115:9, 115:10, 115:11, 115:13, 115:15, 115:17, 115:20, 117:25, 123:3, 123:9, 123:11, 123:17, 123:22, 132:4, 132:7, 132:18, 154:4, 159:7, 159:20, 159:25, 160:16, 176:14, 183:4, 196:18, 196:19, 198:23, 207:14, 207:18, 207:20, 208:19, 208:21, 209:6, 209:11, 209:13, 213:1, 213:21, 215:23, 219:9, 219:14, 219:15, 219:17,

219:25, 220:2, 220:6, 220:7, 220:9, 220:10, 220:17, 221:3, 221:5, 221:6, 221:8, 221:12, 221:13, 222:9, 222:11, 223:11, 223:14, 224:6, 224:16, 224:20, 225:4, 229:15, 235:11, 235:19, 238:21, 239:4, 239:16, 239:24, 240:1, 240:11, 240:17, 240:18, 241:1, 241:17, 242:4, 243:12, 243:24, 244:4, 244:10, 244:14, 244:16, 246:14, 246:15, 247:4, 247:19, 247:21, 247:24, 252:8, 252:13, 252:25, 253:10, 254:10, 255:15, 255:16, 256:1, 257:11, 257:21, 263:25, 264:2, 265:24, 266:5, 266:6, 266:10, 275:6, 282:15
**MOTIONS** [18] - 6:8, 6:9, 7:21, 7:22, 13:8, 73:7, 77:2, 91:22, 97:14, 97:15, 124:13, 124:15, 182:8, 186:22, 220:24, 223:15, 242:21, 244:6
**MOUTH** [1] - 275:18
**MOVANT** [3] - 1:12, 2:22, 36:14
**MOVE** [26] - 17:13, 24:11, 28:23, 30:23, 30:24, 42:24, 45:7, 45:9, 45:12, 59:13, 61:12, 100:9, 134:21, 143:17, 146:17, 146:18, 160:3, 160:12, 183:18, 183:25, 185:6, 191:2, 196:24, 203:7, 209:19, 243:19
**MOVED** [6] - 97:24, 143:21, 203:8, 203:11, 267:1, 272:9
**MOVES** [1] - 47:22
**MOVING** [12] - 28:21,

30:21, 50:25, 54:7, 73:8, 85:7, 90:16, 140:7, 143:12, 143:16, 165:9, 187:16
**MR** [1340] - 3:19, 3:21, 4:1, 4:3, 4:5, 4:9, 4:11, 4:12, 4:15, 4:16, 4:22, 4:24, 4:25, 5:4, 5:11, 5:12, 5:17, 6:2, 6:11, 6:15, 6:18, 8:2, 8:3, 8:5, 8:12, 8:17, 8:18, 9:1, 9:12, 9:13, 9:14, 9:25, 10:1, 10:2, 10:9, 10:13, 10:15, 10:18, 10:21, 10:23, 10:25, 11:1, 11:9, 12:12, 12:16, 12:21, 13:7, 13:10, 13:21, 13:22, 14:4, 14:11, 14:20, 15:9, 15:22, 15:25, 16:8, 16:18, 16:19, 16:20, 16:22, 16:23, 17:2, 17:6, 17:7, 17:10, 17:15, 17:18, 17:19, 18:4, 18:6, 18:8, 18:15, 18:17, 18:20, 18:21, 18:23, 19:6, 19:7, 19:9, 19:10, 19:11, 19:13, 19:16, 19:17, 20:2, 20:5, 20:7, 20:10, 20:11, 20:12, 20:15, 20:19, 21:1, 21:4, 21:17, 22:1, 22:2, 22:5, 22:8, 22:9, 22:12, 22:13, 22:17, 22:18, 22:20, 22:24, 23:12, 23:14, 23:17, 23:25, 24:8, 24:16, 24:19, 24:23, 25:5, 25:17, 25:23, 26:8, 26:11, 26:13, 27:4, 27:5, 27:6, 27:16, 27:19, 27:21, 27:24, 28:5, 28:18, 28:22, 28:23, 29:10, 29:13, 29:16, 29:22, 30:2, 30:10, 30:14, 30:19, 30:23, 31:10, 31:11, 31:18, 31:20, 31:22, 32:4, 32:5, 33:6, 33:8, 33:11, 33:13, 33:22, 34:1, 34:2, 34:13, 34:15, 34:16, 34:17, 34:22, 35:6, 35:15, 35:17, 35:24, 36:5, 36:11, 36:14, 36:15, 36:16, 36:20, 37:1, 37:3,

37:4, 37:8, 37:9,
37:23, 38:6, 38:11,
38:17, 38:18, 39:19,
39:20, 40:1, 40:3,
40:7, 40:12, 40:14,
40:18, 40:19, 40:20,
40:21, 40:24, 41:3,
41:6, 41:7, 41:11,
41:20, 41:21, 41:25,
42:1, 42:4, 42:8,
42:17, 42:20, 42:21,
42:23, 42:25, 43:1,
43:7, 43:9, 43:10,
43:18, 43:19, 44:3,
44:8, 44:17, 44:18,
44:22, 44:23, 45:2,
45:5, 45:6, 45:11,
45:21, 45:22, 45:23,
45:25, 46:1, 46:4,
46:6, 46:9, 46:10,
46:11, 46:15, 46:17,
46:21, 46:24, 47:7,
47:9, 47:14, 47:17,
47:18, 47:22, 48:1,
48:3, 48:5, 48:7,
48:8, 48:9, 48:10,
48:18, 48:24, 49:9,
49:13, 49:14, 49:15,
50:2, 50:3, 50:17,
50:21, 50:24, 51:1,
51:7, 51:14, 51:15,
51:16, 51:17, 51:22,
52:3, 52:5, 52:6,
52:16, 52:20, 52:22,
52:25, 53:12, 53:13,
53:20, 54:8, 54:11,
54:18, 54:23, 55:5,
55:10, 55:18, 55:20,
55:22, 56:7, 56:13,
56:17, 56:22, 56:24,
57:5, 57:7, 57:8,
57:14, 57:22, 58:5,
58:6, 58:7, 58:8,
58:11, 58:16, 58:18,
59:3, 59:13, 59:17,
59:19, 59:22, 59:25,
60:1, 60:3, 60:6,
60:8, 60:9, 60:10,
60:11, 60:14, 61:1,
61:12, 61:16, 61:17,
61:21, 61:23, 61:24,
61:25, 63:15, 64:12,
64:13, 64:18, 66:17,
66:22, 66:25, 67:10,
67:14, 67:19, 67:20,
67:23, 67:25, 70:4,
70:6, 70:7, 70:9,
70:18, 70:19, 70:23,
70:24, 70:25, 71:1,
71:7, 71:8, 72:13,
72:17, 72:19, 72:20,

72:24, 73:5, 73:11,
73:17, 74:8, 75:20,
76:4, 76:10, 76:20,
77:5, 77:11, 77:14,
77:16, 77:22, 78:8,
78:9, 78:10, 78:12,
78:14, 78:16, 78:18,
78:19, 78:20, 78:23,
79:1, 79:2, 79:4,
79:7, 79:15, 79:25,
80:17, 80:20, 80:23,
80:24, 81:3, 81:11,
81:14, 81:17, 81:20,
82:2, 82:4, 82:11,
82:19, 82:21, 82:25,
83:1, 83:3, 83:5,
83:6, 83:11, 83:12,
83:15, 83:19, 83:20,
83:22, 83:24, 84:13,
84:14, 84:15, 84:19,
85:1, 85:10, 85:12,
85:13, 85:14, 85:16,
85:17, 85:20, 86:4,
86:14, 86:17, 86:19,
86:20, 86:24, 86:25,
87:8, 87:19, 87:25,
88:1, 88:5, 88:8,
88:9, 88:14, 88:18,
88:21, 88:23, 88:25,
89:8, 91:11, 91:21,
92:1, 92:7, 92:12,
92:25, 93:10, 94:5,
94:10, 94:16, 94:23,
95:1, 95:7, 95:11,
95:15, 95:23, 96:1,
96:9, 96:12, 96:21,
96:23, 97:1, 97:5,
97:8, 97:21, 97:24,
97:25, 99:6, 99:7,
99:10, 99:11, 99:13,
99:17, 99:18, 99:23,
100:1, 100:11,
100:15, 100:17,
100:19, 100:25,
101:21, 102:2,
102:8, 102:10,
102:14, 102:15,
102:19, 103:10,
103:24, 104:5,
104:6, 104:10,
104:11, 104:13,
104:16, 104:19,
104:20, 104:23,
104:24, 105:2,
105:7, 105:19,
105:20, 105:25,
106:12, 106:22,
106:25, 107:9,
107:12, 108:1,
108:17, 108:18,
108:22, 109:1,

109:2, 109:3,
109:11, 109:12,
109:13, 109:14,
109:15, 109:24,
110:1, 110:15,
110:24, 111:1,
111:8, 111:9,
111:13, 111:14,
111:16, 112:23,
113:9, 113:15,
113:20, 113:24,
114:1, 114:6,
114:11, 114:15,
114:23, 115:2,
116:21, 116:24,
117:2, 117:4, 117:5,
117:14, 117:20,
118:12, 118:24,
120:11, 120:20,
121:3, 121:7, 121:9,
122:9, 122:11,
122:16, 123:23,
127:20, 128:3,
128:8, 128:13,
128:15, 128:16,
128:20, 128:21,
128:23, 129:10,
129:13, 129:15,
129:17, 129:20,
129:23, 129:25,
130:1, 130:3, 130:5,
130:7, 130:10,
130:14, 130:16,
130:18, 130:20,
130:23, 130:25,
131:2, 131:3, 131:6,
131:7, 131:8, 131:9,
131:11, 133:13,
133:17, 134:11,
134:15, 135:1,
135:10, 135:13,
135:18, 135:20,
135:23, 135:25,
136:3, 136:7, 136:8,
136:10, 136:14,
136:22, 137:2,
137:6, 137:9,
137:13, 137:14,
137:21, 138:3,
138:13, 138:16,
138:18, 138:21,
138:24, 139:2,
139:8, 139:14,
139:18, 139:19,
139:20, 140:6,
140:12, 140:24,
141:10, 141:15,
141:17, 141:25,
142:2, 142:4, 142:9,
142:11, 143:4,
143:9, 143:14,

143:20, 143:22,
144:2, 144:3, 144:4,
145:11, 145:17,
146:19, 146:20,
147:15, 147:17,
147:20, 147:21,
148:1, 148:2, 148:6,
148:7, 148:8, 148:9,
148:11, 148:13,
148:16, 148:20,
149:2, 149:5,
149:14, 149:16,
149:17, 149:19,
149:22, 150:2,
150:10, 150:12,
150:16, 150:25,
151:8, 151:14,
151:15, 151:21,
152:2, 152:3, 152:8,
152:20, 152:21,
152:22, 152:23,
152:25, 153:6,
153:7, 153:13,
153:14, 153:15,
153:18, 153:19,
153:20, 153:24,
154:1, 154:3, 154:6,
154:7, 154:9,
154:10, 154:11,
154:13, 154:15,
155:3, 155:6, 155:9,
155:11, 156:10,
156:12, 156:15,
156:17, 156:21,
156:22, 157:5,
157:10, 157:25,
158:1, 158:3, 158:7,
158:8, 158:10,
158:13, 158:15,
158:17, 158:18,
158:19, 159:1,
159:4, 159:5, 159:9,
159:12, 159:13,
160:2, 160:8,
160:12, 160:14,
160:23, 161:1,
161:2, 161:4, 161:8,
161:10, 161:17,
161:21, 161:23,
162:1, 162:10,
162:12, 162:17,
163:21, 163:23,
163:24, 164:6,
164:7, 164:11,
164:15, 164:17,
164:22, 164:24,
165:1, 165:2, 165:4,
165:11, 165:12,
165:18, 165:19,
165:20, 165:24,
165:25, 166:1,

166:2, 166:5, 166:6,
166:14, 166:15,
166:17, 166:18,
166:21, 167:17,
167:24, 168:9,
168:20, 169:10,
169:12, 169:22,
169:23, 170:7,
170:12, 170:19,
171:20, 172:1,
172:3, 172:5, 172:7,
172:9, 172:11,
172:18, 172:24,
173:6, 173:7, 174:5,
175:1, 175:4, 175:6,
175:7, 175:12,
176:2, 176:8, 176:9,
176:20, 176:22,
176:23, 177:8,
177:13, 177:21,
178:9, 178:16,
178:24, 178:25,
179:14, 179:17,
179:21, 179:22,
180:1, 180:8,
180:10, 180:11,
180:13, 180:18,
180:21, 181:3,
181:15, 181:19,
182:15, 182:24,
183:5, 183:6,
183:16, 183:18,
183:22, 184:1,
184:5, 184:23,
185:5, 185:6, 185:8,
185:10, 185:12,
185:14, 185:15,
185:16, 185:17,
185:23, 186:1,
186:2, 186:3, 186:7,
186:14, 186:15,
187:18, 187:21,
187:25, 188:4,
188:5, 189:1, 189:3,
189:5, 189:9,
189:14, 189:15,
189:22, 189:23,
190:6, 190:9,
190:11, 190:15,
190:19, 190:24,
191:7, 191:12,
191:19, 191:20,
191:22, 192:3,
192:5, 192:7, 192:8,
192:11, 192:12,
192:15, 192:21,
192:22, 193:3,
193:4, 193:10,
193:12, 193:13,
193:16, 193:19,
193:20, 193:21,

194:5, 194:8, 194:9,
194:10, 194:24,
195:3, 195:8,
195:15, 195:16,
196:3, 197:16,
198:3, 198:7,
198:11, 198:14,
198:16, 198:19,
199:16, 199:17,
199:18, 199:19,
199:20, 199:21,
199:24, 199:25,
200:17, 200:20,
200:22, 200:23,
200:25, 201:1,
201:5, 201:7,
201:25, 202:1,
202:5, 202:10,
202:11, 202:12,
202:16, 202:18,
202:20, 202:25,
203:1, 203:6,
203:12, 203:14,
203:19, 203:25,
204:5, 204:9,
204:13, 204:19,
204:23, 204:24,
205:3, 205:5,
205:10, 205:18,
205:25, 206:1,
206:2, 206:4, 206:5,
206:9, 206:17,
206:22, 206:23,
207:1, 207:2, 207:6,
207:9, 207:10,
207:16, 207:23,
207:24, 208:1,
208:3, 208:4, 208:7,
208:11, 208:13,
208:14, 208:15,
209:5, 209:18,
209:19, 209:23,
210:1, 210:13,
210:14, 210:24,
211:4, 211:9,
211:10, 211:13,
211:23, 211:24,
212:12, 212:14,
212:15, 212:20,
212:23, 212:24,
213:1, 213:4, 213:9,
213:24, 214:4,
214:10, 214:14,
214:20, 214:21,
214:24, 214:25,
215:4, 215:10,
215:11, 215:14,
215:18, 216:8,
216:13, 216:15,
216:17, 216:23,
216:24, 216:25,

217:3, 217:4, 217:8,
217:12, 217:15,
217:16, 218:3,
218:8, 218:15,
218:22, 219:1,
219:2, 219:4, 219:6,
219:7, 219:8,
219:11, 219:20,
219:23, 220:1,
220:4, 220:12,
220:15, 220:19,
220:25, 221:18,
221:19, 221:25,
222:4, 222:8,
222:18, 223:2,
223:22, 224:3,
225:9, 226:11,
226:19, 227:2,
227:4, 227:6,
227:10, 228:3,
228:5, 228:6,
231:21, 232:4,
234:16, 234:17,
236:12, 236:21,
237:4, 237:6,
237:11, 237:12,
237:14, 237:16,
237:18, 237:19,
238:10, 238:11,
238:14, 238:15,
238:16, 238:17,
240:12, 240:15,
240:18, 240:20,
241:4, 244:1,
245:22, 246:7,
246:10, 246:21,
246:25, 247:1,
248:8, 250:20,
250:22, 251:2,
251:12, 251:15,
251:18, 251:19,
251:24, 252:1,
252:5, 252:11,
253:9, 254:22,
257:8, 258:7,
258:13, 258:22,
258:24, 259:3,
259:4, 260:3, 260:6,
260:7, 260:9,
260:10, 260:11,
260:12, 260:13,
260:19, 260:20,
260:22, 260:24,
261:2, 261:3, 261:5,
261:10, 261:13,
261:19, 261:25,
262:1, 262:6,
262:17, 262:23,
263:22, 264:4,
264:18, 264:20,
264:23, 265:6,

265:10, 265:13,
265:18, 266:1,
266:19, 266:23,
266:24, 266:25,
267:2, 267:3,
267:14, 267:17,
267:21, 267:25,
268:10, 268:25,
269:8, 269:12,
269:20, 270:4,
270:6, 270:8,
270:16, 270:19,
271:15, 271:17,
271:19, 271:24,
272:6, 272:8, 272:9,
272:14, 272:15,
272:17, 272:19,
273:1, 273:3, 273:7,
273:12, 273:14,
273:17, 274:5,
274:6, 274:8, 274:9,
274:13, 274:15,
274:18, 275:8,
275:11, 275:16,
275:20, 276:4,
276:7, 277:21,
278:15, 278:19,
279:5, 279:6,
279:13, 280:2,
280:11, 280:15,
280:18, 280:22,
280:23, 280:25,
281:8, 281:9,
281:14, 281:16,
281:17, 282:9,
282:12, 282:16,
282:20, 282:21,
282:22, 283:3,
283:6, 283:14,
285:4, 285:5, 285:6,
285:7, 285:9,
285:10, 285:11,
285:12, 285:14,
285:15, 285:16,
285:18, 285:19,
285:20, 285:21
**MS** [10] - 3:1, 3:5,
16:24, 165:18,
166:7, 180:15,
180:17, 206:20,
279:20, 279:24
**MUCH** [16] - 6:14, 7:2,
8:13, 11:21, 95:7,
107:6, 130:12,
182:20, 208:4,
224:10, 229:9,
257:8, 260:17,
261:1, 271:2, 280:6
**MUCKED** [1] - 281:13
**MULL** [1] - 256:20

**MULTIPLE** [6] - 53:20,
79:17, 92:15, 96:3,
112:22, 155:22
**MULTITUDE** [1] -
275:2
**MUST** [2] - 249:8,
278:20
**MUTE** [3] - 45:10,
48:5, 56:23
**MUTZEL** [1] - 2:14
**MY** [187] - 5:17, 6:21,
7:8, 11:3, 11:14,
11:23, 12:8, 17:15,
18:5, 28:6, 28:25,
31:21, 37:4, 40:19,
41:2, 54:20, 54:21,
57:14, 59:21, 64:3,
64:7, 65:8, 79:4,
82:6, 83:12, 85:20,
85:22, 86:6, 90:19,
93:24, 95:18, 102:8,
105:18, 106:18,
110:3, 111:3, 111:7,
111:10, 111:17,
111:24, 111:25,
112:1, 112:2,
115:22, 115:25,
120:10, 124:8,
128:23, 128:24,
129:21, 130:4,
130:21, 133:1,
133:6, 135:3,
137:15, 139:11,
140:10, 144:20,
147:9, 147:12,
150:6, 151:20,
159:10, 164:18,
167:11, 168:6,
169:7, 169:9,
169:21, 170:6,
172:20, 173:18,
174:11, 175:9,
176:15, 178:22,
179:12, 180:3,
181:13, 181:17,
182:19, 183:6,
183:9, 184:10,
184:24, 186:19,
187:6, 187:23,
188:18, 189:7,
189:21, 190:10,
194:16, 194:21,
195:23, 196:3,
196:8, 197:9,
197:14, 197:20,
199:10, 199:11,
199:12, 202:13,
206:3, 206:14,
207:9, 209:1,
210:20, 211:6,

211:18, 211:22,
212:1, 212:8,
213:10, 214:8,
214:15, 215:9,
216:10, 216:14,
217:5, 218:11,
219:16, 223:8,
225:1, 225:15,
225:17, 225:25,
229:14, 229:15,
230:10, 230:11,
239:13, 240:2,
241:4, 244:11,
244:20, 247:8,
248:7, 250:20,
254:20, 254:22,
256:10, 256:20,
257:7, 261:11,
262:19, 263:1,
263:11, 263:19,
264:9, 264:17,
265:9, 265:10,
265:17, 266:18,
267:4, 267:18,
267:19, 268:12,
268:13, 269:9,
271:1, 271:22,
272:2, 273:5,
275:13, 275:15,
275:18, 275:24,
277:13, 278:1,
279:1, 279:4,
279:25, 281:22
**MYSELF** [22] - 9:5,
11:15, 21:9, 50:13,
52:20, 64:13, 77:8,
90:11, 122:13,
141:11, 148:17,
177:20, 178:9,
184:5, 184:17,
184:20, 208:1,
214:24, 224:3,
254:17, 266:9, 276:8

**N**

**NAME** [11] - 6:19,
78:3, 91:14, 94:20,
135:3, 166:10,
166:21, 169:22,
181:16, 181:19
**NAMED** [5] - 15:2,
44:4, 44:9, 91:3,
139:22
**NAMES** [3] - 156:4,
156:5, 262:9
**NAMING** [1] - 278:13
**NARRATIVE** [4] -
149:10, 202:25,
203:5, 206:11
**NARROW** [2] - 11:2,

252:23
**NATURE** [4] - 25:9, 36:4, 166:24, 206:18
**NAUSEAM** [1] - 266:13
**NAVIGATE** [1] - 267:24
**NECESSARILY** [2] - 178:12, 213:6
**NECESSARY** [2] - 244:9, 258:17
**NEED** [46] - 9:14, 12:9, 17:13, 19:20, 28:2, 30:5, 36:7, 41:10, 47:12, 48:4, 57:3, 57:6, 65:3, 75:2, 77:6, 77:23, 90:17, 97:15, 121:24, 122:10, 123:5, 125:6, 130:15, 132:9, 134:22, 142:2, 142:7, 152:16, 153:4, 158:24, 160:10, 160:23, 160:25, 165:19, 179:1, 187:15, 191:20, 223:11, 237:14, 265:14, 271:9, 281:4, 281:5, 282:5, 282:8
**NEEDED** [15] - 24:16, 36:3, 49:16, 49:24, 119:14, 122:19, 144:19, 209:24, 239:21, 240:6, 240:10, 240:24, 253:18, 253:20, 253:25
**NEEDING** [2] - 75:3, 191:13
**NEEDS** [4] - 7:19, 90:12, 138:8, 160:10
**NEGLECT** [4] - 222:23, 223:5, 223:7, 223:12
**NEITHER** [1] - 106:18
**NEVER** [73] - 39:14, 42:16, 43:3, 59:22, 87:16, 91:1, 91:3, 93:8, 93:11, 97:7, 98:2, 99:23, 102:13, 103:2, 104:1, 104:25, 109:7, 109:9, 110:20, 110:23, 117:16, 122:1, 124:17, 125:10, 126:15, 127:1, 134:25, 135:21, 137:4,

137:6, 139:10, 139:14, 139:15, 140:7, 146:13, 148:8, 148:19, 148:22, 154:6, 154:16, 156:2, 157:11, 163:13, 163:14, 164:5, 171:1, 171:23, 171:25, 173:22, 174:12, 179:12, 197:7, 198:22, 211:17, 212:13, 214:8, 215:17, 221:19, 224:17, 224:18, 228:14, 229:10, 229:13, 229:19, 231:14, 234:18, 237:1, 256:6, 262:22, 275:20, 275:24
**NEW** [19] - 106:10, 122:19, 141:7, 160:10, 222:17, 231:17, 231:23, 232:12, 232:13, 232:24, 233:10, 233:25, 236:15, 254:21, 257:20, 259:6, 262:10, 262:25, 278:19
**NEWLY** [1] - 257:20
**NEWS** [3] - 22:21, 22:22, 134:20
**NEXT** [19] - 38:1, 51:17, 54:19, 58:8, 60:11, 66:3, 67:11, 88:10, 122:2, 122:13, 134:17, 138:12, 138:25, 139:3, 154:22, 165:24, 197:24, 250:12, 278:18
**NICETIES** [1] - 135:11
**NINE** [1] - 96:16
**NO** [242] - 4:19, 14:11, 19:12, 19:23, 20:20, 21:3, 22:4, 22:15, 22:22, 23:15, 24:22, 25:20, 26:2, 26:9, 27:5, 27:10, 29:4, 31:2, 34:9, 35:18, 36:8, 37:24, 38:5, 38:15, 39:5, 41:17, 43:5, 44:5, 45:15, 49:19, 51:9, 52:17, 54:3, 54:14, 55:15, 56:6, 59:1, 62:12, 65:14, 66:25, 68:20, 70:6, 73:12, 76:20,

78:23, 79:9, 79:14, 80:13, 80:16, 82:20, 83:1, 84:8, 84:12, 87:13, 88:16, 89:10, 89:17, 89:20, 90:1, 91:1, 91:5, 91:18, 92:2, 92:5, 93:13, 93:24, 95:5, 95:14, 95:18, 95:25, 96:11, 96:19, 97:16, 98:6, 98:15, 100:3, 100:14, 100:22, 102:6, 102:21, 103:16, 103:21, 104:4, 105:9, 106:4, 106:12, 106:14, 106:15, 106:21, 111:2, 111:5, 111:19, 112:17, 114:3, 114:5, 115:25, 116:1, 116:23, 117:9, 117:15, 117:22, 118:7, 120:14, 122:11, 127:4, 130:7, 131:23, 132:20, 135:3, 135:17, 136:2, 137:4, 138:8, 138:11, 141:22, 145:21, 146:20, 147:4, 147:5, 149:1, 149:21, 150:8, 153:3, 153:24, 154:6, 154:16, 155:20, 156:14, 157:20, 158:5, 158:10, 158:17, 158:22, 159:8, 159:17, 160:7, 162:16, 162:19, 163:7, 163:9, 163:17, 164:3, 165:1, 168:22, 169:17, 170:9, 170:21, 171:1, 171:2, 171:6, 171:14, 171:18, 172:1, 172:5, 174:3, 174:4, 174:14, 174:25, 175:9, 176:6, 178:18, 185:14, 185:20, 186:11, 186:16, 186:17, 187:1, 188:17, 189:4, 192:10, 197:21, 198:5, 198:8, 198:11, 198:21, 198:25, 199:7, 199:17, 199:19,

201:25, 203:14, 203:20, 204:5, 204:14, 205:7, 205:12, 205:14, 210:19, 210:23, 211:15, 212:2, 212:14, 213:25, 214:2, 219:4, 220:21, 226:16, 226:17, 227:2, 227:18, 229:10, 229:11, 230:1, 230:5, 230:9, 232:4, 232:20, 235:16, 237:11, 237:25, 238:4, 238:9, 239:8, 239:13, 240:10, 241:9, 241:25, 242:5, 243:20, 244:1, 247:8, 247:12, 248:2, 251:15, 252:1, 257:12, 257:19, 258:8, 264:1, 266:11, 269:11, 274:14
**NOBODY** [2] - 21:19, 148:14
**NONDISPOSITIVE** [1] - 159:7
**NONE** [2] - 123:24, 215:5
**NONETHELESS** [1] - 213:17
**NONPAYMENT** [1] - 228:13
**NOPE** [1] - 205:20
**NOR** [3] - 105:1, 119:24, 182:8
**NOT** [526] - 4:25, 6:3, 6:12, 6:13, 6:15, 6:18, 7:1, 7:2, 7:20, 8:19, 8:22, 8:23, 9:8, 9:21, 10:1, 10:12, 10:13, 10:20, 12:1, 12:2, 12:5, 12:7, 12:8, 12:17, 14:21, 15:16, 15:23, 19:11, 19:12, 20:20, 20:24, 21:20, 21:21, 23:3, 23:9, 24:1, 24:9, 24:13, 24:20, 25:6, 25:21, 26:2, 26:7, 27:10, 32:22, 35:18, 38:2, 38:20, 39:1, 39:7, 39:23, 40:3, 41:1, 41:4, 42:10, 42:14, 43:1, 43:9, 43:20, 44:11, 44:22, 46:14, 46:18, 49:3,

49:7, 49:10, 49:14, 49:19, 50:8, 50:10, 52:6, 52:23, 53:8, 53:9, 53:14, 53:19, 54:3, 54:20, 55:22, 56:5, 59:25, 61:15, 61:20, 63:21, 64:4, 64:17, 64:18, 65:2, 65:7, 65:10, 66:7, 66:9, 66:10, 69:21, 70:19, 70:20, 71:2, 71:15, 71:17, 72:1, 73:6, 73:7, 73:19, 74:7, 75:2, 75:3, 75:12, 75:19, 77:6, 77:14, 77:21, 77:22, 78:10, 79:9, 79:13, 79:16, 79:20, 79:24, 80:22, 80:25, 81:2, 84:2, 84:6, 87:13, 88:16, 89:17, 89:20, 90:1, 90:14, 90:15, 90:21, 90:24, 91:5, 91:9, 91:18, 92:2, 92:15, 93:8, 93:18, 93:24, 94:2, 94:9, 94:12, 95:5, 95:6, 95:7, 95:14, 95:18, 95:25, 96:6, 96:11, 96:19, 97:5, 97:20, 98:6, 98:23, 99:9, 99:12, 100:3, 100:14, 100:22, 101:2, 101:3, 101:6, 101:10, 102:6, 103:1, 103:16, 103:21, 104:3, 104:4, 104:8, 105:9, 105:22, 106:15, 106:17, 106:21, 107:19, 108:4, 109:16, 109:23, 109:24, 110:2, 110:9, 110:19, 110:21, 111:5, 112:6, 112:8, 113:2, 113:3, 113:5, 113:23, 114:4, 114:5, 116:7, 116:14, 116:18, 116:19, 116:20, 116:23, 117:3, 117:9, 117:12, 117:15, 118:2, 119:19, 120:17, 122:2, 122:12, 122:14, 123:15, 124:4, 124:9, 125:9, 125:22, 126:6, 126:15, 126:17, 128:2, 128:8,

129:14, 131:14,
131:22, 131:23,
132:1, 132:18,
132:25, 134:4,
134:11, 136:2,
136:3, 136:24,
137:8, 138:11,
139:16, 140:23,
141:8, 141:15,
141:17, 141:20,
141:24, 142:4,
143:21, 145:21,
146:1, 146:12,
146:21, 147:8,
147:15, 148:1,
149:2, 149:3, 149:4,
149:7, 149:12,
149:18, 149:22,
150:2, 150:5, 150:7,
150:8, 151:2,
151:24, 154:18,
157:3, 157:9,
157:21, 157:23,
158:5, 159:8,
159:21, 162:5,
162:16, 162:19,
162:21, 162:23,
163:1, 163:5, 163:7,
164:3, 164:8,
164:20, 167:8,
167:22, 167:25,
168:17, 168:22,
169:7, 169:11,
169:17, 170:13,
170:14, 170:16,
170:21, 171:6,
171:9, 173:15,
173:24, 174:2,
174:4, 174:7,
174:11, 174:25,
175:3, 175:9,
175:18, 175:25,
176:6, 176:11,
177:11, 178:7,
178:10, 178:11,
178:12, 179:13,
182:8, 182:22,
184:25, 185:4,
185:20, 186:16,
186:20, 187:2,
189:16, 189:20,
190:15, 191:9,
191:15, 192:19,
194:24, 195:22,
195:24, 196:5,
198:21, 198:24,
200:4, 200:10,
202:21, 203:7,
203:11, 204:22,
206:7, 206:10,
206:18, 207:25,

208:3, 208:8,
208:11, 208:16,
209:21, 210:1,
210:15, 210:19,
210:20, 210:22,
211:2, 211:8,
211:21, 211:24,
212:4, 212:9,
212:19, 213:3,
214:7, 214:21,
215:21, 217:9,
217:23, 218:10,
219:4, 219:8, 221:7,
221:11, 221:12,
223:6, 223:24,
224:13, 225:11,
225:25, 226:1,
226:5, 226:9,
226:22, 226:23,
227:16, 227:18,
228:1, 229:2, 229:3,
229:4, 229:15,
229:21, 230:3,
231:6, 231:13,
232:12, 233:12,
233:15, 235:3,
235:7, 235:11,
235:13, 236:8,
237:2, 237:20,
238:3, 238:9,
238:20, 239:3,
239:10, 239:17,
240:2, 240:11,
240:15, 240:20,
242:22, 243:2,
243:11, 243:13,
244:2, 244:9,
244:11, 246:2,
246:19, 247:10,
247:11, 247:13,
247:23, 248:2,
249:1, 250:3, 250:7,
250:8, 250:9, 251:3,
252:13, 254:11,
254:16, 255:1,
255:7, 255:16,
256:2, 257:8,
257:25, 258:7,
258:13, 258:22,
259:2, 259:20,
260:6, 260:13,
260:16, 260:17,
260:21, 260:25,
261:3, 261:16,
261:20, 261:23,
262:1, 262:2,
262:13, 262:18,
263:15, 264:3,
264:5, 264:10,
265:12, 265:16,
266:21, 266:23,

267:3, 268:5,
268:10, 268:14,
268:23, 269:7,
269:24, 270:1,
270:2, 270:14,
270:22, 271:4,
271:10, 271:24,
272:11, 272:17,
273:8, 274:7,
274:14, 274:17,
274:21, 274:25,
275:2, 275:6,
275:22, 278:9,
279:7, 279:9, 280:6,
280:18, 280:24,
281:22, 282:8,
283:3, 283:12
**NOTARIZED** [2] -
142:21, 238:8
**NOTARY** [3] - 142:16,
143:6, 144:7
**NOTE** [4] - 22:1,
128:9, 257:18,
264:14
**NOTED** [2] - 235:19,
236:6
**NOTES** [8] - 85:22,
86:2, 86:10, 111:10,
111:17, 133:1,
133:7, 256:20
**NOTHING** [30] - 36:11,
40:12, 78:14, 82:13,
82:21, 84:13, 91:16,
97:17, 98:17,
100:15, 104:5,
106:22, 109:4,
115:11, 120:18,
132:18, 137:7,
139:11, 164:22,
175:1, 175:16,
200:20, 204:14,
215:16, 215:18,
233:6, 238:10,
255:6, 275:12,
275:25
**NOTICE** [10] - 6:14,
22:16, 23:11, 102:7,
132:16, 132:21,
207:9, 215:1, 229:5,
229:15
**NOTICES** [2] - 226:2,
226:4
**NOTIFIED** [4] - 87:18,
123:25, 124:1, 158:1
**NOTING** [2] - 3:22,
138:7
**NOVEMBER** [1] -
1:14, 22:6, 117:17,
281:15
**NOW** [88] - 3:7, 7:24,

10:14, 16:11, 19:25,
30:1, 31:12, 31:20,
32:13, 34:24, 60:5,
61:13, 61:17, 65:22,
72:6, 73:25, 74:24,
81:16, 84:25, 85:13,
85:22, 86:4, 88:19,
91:13, 92:6, 93:14,
93:15, 93:19, 93:20,
94:1, 94:25, 95:5,
95:9, 96:8, 98:22,
99:8, 101:25, 106:7,
116:2, 119:23,
121:22, 126:18,
128:4, 129:24,
131:15, 131:16,
131:20, 137:16,
139:4, 143:23,
146:4, 151:6,
151:13, 152:24,
154:8, 156:14,
157:14, 157:15,
159:10, 159:24,
162:14, 163:4,
163:16, 185:23,
186:5, 190:12,
191:2, 191:7,
192:20, 193:22,
194:22, 195:2,
202:5, 206:19,
211:12, 214:21,
215:2, 219:5,
226:11, 227:17,
227:19, 228:9,
228:23, 230:15,
233:16, 248:12,
266:14, 270:1
**NOWHERE** [2] -
120:1, 120:3
**NUMBER** [38] - 1:2,
1:6, 5:24, 5:25, 6:14,
8:16, 8:21, 9:3,
21:21, 29:11, 29:13,
29:14, 33:7, 37:9,
45:17, 78:3, 81:18,
94:5, 94:7, 114:10,
118:6, 118:19,
119:8, 119:9,
129:22, 130:3,
153:18, 155:1,
156:13, 225:21,
231:4, 243:4, 243:5,
244:20, 248:9,
248:10, 250:15
**NUMBERS** [4] - 25:8,
32:17, 32:22, 114:16
**NUMEROUS** [14] -
52:21, 168:1,
177:23, 178:15,
187:3, 187:10,
195:25, 196:15,

208:9, 214:22,
214:23, 215:12,
235:2, 241:8

---

# O

**O'CLOCK** [1] - 283:20
**O'HARE** [4] - 70:4,
70:19, 123:23,
209:23
**OATH** [4] - 6:17,
257:10, 258:13,
258:15
**OBJECT** [6] - 56:18,
57:23, 70:18, 70:22,
71:2, 164:11
**OBJECTION** [28] -
9:21, 13:18, 29:3,
30:25, 57:12, 57:15,
57:20, 57:25, 59:18,
59:20, 59:23, 66:25,
70:17, 145:13,
161:17, 185:10,
185:11, 185:13,
185:21, 187:19,
189:3, 189:9,
189:13, 205:7,
205:12, 205:20,
265:5
**OBJECTIONS** [17] -
45:14, 51:8, 54:12,
64:23, 66:24,
124:25, 143:16,
161:12, 203:10,
203:13, 203:20,
204:5, 204:14,
205:12, 256:7,
264:25, 265:6
**OBJECTIVE** [1] -
275:15
**OBLIGATION** [7] -
246:10, 259:16,
259:19, 260:2,
260:19, 261:6
**OBLIGATIONS** [3] -
264:6, 264:13,
264:16
**OBLIQUE** [1] - 259:7
**OBSCURED** [1] -
263:2
**OBTAIN** [2] - 10:18,
258:16
**OBTAINED** [3] -
39:13, 59:8, 261:2
**OBTAINING** [1] - 40:4
**OBVIOUSLY** [12] -
119:16, 126:17,
214:12, 218:18,
232:16, 257:3,
258:18, 259:25,

266:13, 276:7, 276:9, 277:7

**OCCASION** [1] - 226:1

**OCCASIONS** [2] - 104:15, 226:22

**OCCUR** [8] - 56:5, 66:7, 66:10, 66:20, 215:4, 233:18, 238:7, 269:25

**OCCURRED** [16] - 50:14, 50:18, 66:12, 68:6, 81:21, 210:17, 213:25, 218:17, 249:16, 250:11, 251:3, 251:5, 251:6, 251:7, 251:11, 251:23

**OCTOBER** [52] - 8:10, 19:13, 19:15, 20:1, 20:6, 20:12, 20:14, 20:17, 20:18, 20:21, 21:2, 21:3, 34:25, 35:9, 50:20, 71:10, 72:8, 72:11, 72:12, 76:7, 76:8, 87:4, 97:25, 98:9, 99:20, 109:20, 110:14, 117:19, 136:6, 136:12, 146:6, 156:23, 157:6, 157:16, 164:20, 190:5, 190:18, 191:1, 205:6, 210:13, 211:1, 212:25, 213:17, 213:19, 213:22, 217:5, 253:7, 253:11, 257:15, 257:22

**ODDS** [1] - 265:7

**OF** [873] - 1:1, 3:7, 3:11, 3:13, 3:17, 4:21, 5:6, 5:7, 5:15, 5:25, 6:1, 6:2, 6:19, 6:23, 7:4, 7:13, 7:14, 7:25, 8:15, 9:10, 9:16, 9:19, 9:24, 10:3, 10:12, 10:17, 11:3, 11:4, 11:7, 11:13, 11:24, 12:2, 12:3, 12:8, 12:13, 12:25, 13:12, 13:14, 13:19, 13:23, 13:24, 14:2, 14:23, 15:4, 15:5, 15:15, 15:17, 15:19, 16:9, 16:16, 17:24, 18:13, 18:16, 18:19, 19:3, 19:7, 19:14, 19:18, 20:4, 20:13, 20:17, 20:18,

20:22, 20:24, 21:3, 21:4, 21:12, 22:6, 22:9, 22:16, 22:21, 22:22, 22:25, 23:1, 23:3, 23:11, 23:13, 24:7, 24:10, 24:12, 24:15, 24:22, 25:3, 25:9, 25:10, 25:25, 26:9, 26:12, 26:15, 26:17, 26:24, 26:25, 27:7, 27:12, 28:2, 28:7, 28:9, 28:15, 28:16, 28:24, 29:3, 29:6, 29:14, 29:24, 30:3, 30:15, 31:3, 31:4, 31:8, 31:13, 31:15, 31:23, 32:19, 32:23, 33:3, 33:8, 33:9, 33:16, 33:17, 33:18, 33:21, 34:2, 34:3, 34:22, 35:14, 35:23, 36:1, 36:4, 36:9, 37:5, 37:10, 37:12, 37:13, 37:18, 37:22, 37:25, 38:3, 38:7, 38:13, 38:21, 39:2, 39:11, 39:12, 39:20, 39:21, 39:25, 40:13, 40:16, 40:19, 40:25, 41:2, 41:15, 41:22, 42:7, 42:10, 42:21, 43:3, 43:20, 44:7, 45:1, 45:17, 46:3, 46:10, 46:16, 46:19, 46:24, 47:7, 47:9, 47:10, 47:24, 48:14, 48:22, 49:8, 49:12, 49:17, 49:23, 49:24, 49:25, 50:23, 51:8, 51:11, 52:11, 52:17, 52:18, 52:19, 52:23, 53:4, 53:6, 53:9, 53:14, 53:15, 54:10, 54:16, 55:14, 55:19, 55:25, 56:2, 56:18, 56:19, 56:24, 57:11, 57:16, 58:3, 58:19, 58:20, 59:11, 61:9, 61:11, 61:19, 62:6, 62:8, 62:19, 62:20, 62:24, 64:5, 64:9, 64:14, 64:19, 65:1, 65:15, 65:19, 65:20, 66:9, 67:3, 67:7, 67:8, 67:12, 67:21, 70:2, 70:8, 70:16, 71:5, 72:8, 72:21, 73:5, 73:6, 73:19, 74:10, 74:12, 74:16, 74:20, 75:1, 75:5, 75:6, 75:8,

75:22, 75:24, 75:25, 76:5, 76:11, 76:12, 77:19, 78:3, 79:2, 79:11, 79:20, 79:22, 79:24, 80:1, 80:4, 81:7, 81:8, 81:9, 81:12, 81:13, 81:15, 81:20, 82:14, 83:6, 83:12, 83:14, 84:24, 84:25, 85:21, 86:10, 86:25, 87:1, 87:4, 87:7, 88:3, 88:4, 88:7, 88:12, 88:14, 88:19, 88:23, 88:24, 89:8, 90:14, 90:19, 91:3, 91:12, 91:21, 91:22, 92:2, 92:13, 92:18, 93:1, 93:2, 93:5, 94:5, 94:20, 94:25, 95:7, 95:16, 95:24, 96:10, 96:13, 96:17, 97:4, 98:7, 98:24, 99:1, 99:25, 100:3, 100:4, 100:20, 100:23, 101:6, 101:12, 101:13, 101:15, 102:2, 103:5, 103:8, 103:9, 103:12, 103:15, 104:13, 105:15, 105:16, 106:8, 107:3, 107:20, 107:24, 108:10, 109:10, 110:4, 110:11, 111:24, 112:1, 112:3, 112:4, 112:9, 112:11, 112:15, 112:25, 113:1, 113:2, 113:3, 113:14, 113:17, 113:18, 114:12, 115:15, 115:18, 115:23, 115:25, 116:19, 116:21, 116:22, 117:13, 117:17, 117:19, 117:25, 118:11, 118:21, 119:7, 120:8, 121:11, 122:2, 122:17, 122:19, 123:3, 123:22, 123:24, 124:4, 125:15, 125:18, 126:10, 126:24, 127:5, 127:21, 128:19, 129:6, 130:14, 130:21, 130:24, 130:25, 131:2, 131:5, 132:16,

132:19, 132:21, 133:24, 134:4, 135:4, 135:11, 136:15, 137:11, 138:6, 140:14, 141:1, 141:3, 141:4, 141:13, 141:18, 141:23, 143:18, 145:1, 145:6, 145:15, 148:17, 148:19, 148:21, 148:25, 149:7, 149:12, 149:18, 150:7, 150:8, 150:22, 151:15, 151:16, 151:21, 151:24, 152:5, 152:9, 152:18, 153:10, 154:4, 154:8, 154:14, 154:18, 155:1, 155:6, 155:18, 155:19, 155:22, 155:24, 156:3, 156:5, 156:14, 156:17, 157:18, 157:21, 158:1, 158:4, 159:2, 159:13, 159:14, 159:15, 159:21, 160:9, 160:16, 160:17, 160:25, 161:18, 162:2, 163:16, 164:1, 164:3, 164:9, 164:12, 164:13, 164:20, 166:3, 166:19, 166:21, 166:24, 167:4, 167:6, 167:10, 167:13, 168:7, 168:17, 169:8, 169:10, 169:16, 169:18, 169:19, 169:21, 170:3, 170:10, 170:18, 170:23, 171:7, 171:13, 171:21, 172:12, 172:13, 173:2, 173:3, 173:11, 174:11, 174:13, 175:2, 175:11, 175:24, 175:25, 176:4, 176:10, 176:12, 178:5, 178:10, 178:13, 178:14, 178:19, 178:20, 179:7, 179:8, 180:1, 181:12, 181:22, 182:7, 182:9,

182:11, 182:18, 182:23, 183:12, 184:5, 184:9, 184:10, 184:13, 186:4, 186:11, 187:8, 187:10, 187:15, 188:1, 188:12, 188:19, 189:9, 189:17, 190:13, 191:3, 192:14, 192:25, 195:9, 196:15, 196:17, 197:9, 197:21, 198:8, 199:9, 199:10, 200:2, 200:17, 200:18, 201:9, 201:11, 202:9, 203:12, 203:17, 203:19, 203:22, 203:24, 204:2, 204:6, 204:8, 204:10, 204:15, 204:18, 205:15, 206:18, 207:9, 207:17, 207:21, 207:25, 208:4, 208:9, 208:24, 210:1, 210:3, 210:6, 211:11, 211:12, 211:14, 213:8, 214:3, 214:23, 215:5, 215:23, 215:25, 216:1, 216:5, 217:5, 217:18, 217:20, 217:23, 217:24, 217:25, 218:1, 218:5, 218:11, 218:12, 218:13, 218:15, 218:16, 218:17, 218:18, 218:21, 219:18, 219:19, 219:24, 221:1, 221:2, 221:6, 221:21, 221:25, 222:19, 222:22, 223:7, 224:5, 224:9, 224:19, 225:3, 225:21, 226:17, 227:9, 227:11, 227:12, 227:13, 227:20, 227:25, 228:9, 228:12, 228:13, 228:21, 229:2, 229:22, 229:23, 229:25, 230:1, 230:21, 230:25, 231:14, 231:25, 232:8, 232:18, 233:13,

233:14, 235:5,
235:13, 236:17,
236:18, 236:19,
236:21, 236:22,
236:25, 238:23,
241:5, 241:13,
241:20, 242:10,
242:22, 243:1,
243:6, 243:8,
243:13, 244:3,
244:12, 244:15,
245:6, 245:9, 246:7,
246:18, 246:24,
247:4, 247:16,
248:12, 248:13,
248:15, 248:18,
248:21, 249:5,
249:11, 250:1,
250:15, 250:25,
251:16, 252:6,
252:12, 252:15,
252:21, 254:20,
255:10, 255:25,
257:3, 257:4, 257:8,
257:10, 257:20,
257:21, 257:23,
257:25, 258:4,
258:6, 258:9,
258:25, 259:10,
259:13, 259:18,
259:22, 259:24,
260:2, 260:3, 260:9,
260:19, 260:24,
261:3, 261:4,
261:16, 261:17,
261:18, 261:19,
261:23, 261:25,
262:8, 262:14,
262:15, 262:16,
262:24, 263:2,
263:6, 263:7, 263:8,
263:11, 263:12,
263:13, 263:14,
263:17, 263:19,
263:24, 263:25,
264:13, 264:15,
264:20, 264:21,
264:22, 265:9,
265:11, 265:12,
265:17, 265:22,
265:23, 266:2,
266:4, 266:8,
266:17, 267:5,
267:6, 267:8, 267:9,
267:14, 267:17,
267:19, 267:20,
267:21, 268:3,
268:4, 268:12,
268:14, 268:19,
268:24, 269:6,
269:7, 269:10,

269:15, 269:24,
269:25, 270:2,
270:6, 270:7,
270:10, 270:12,
270:18, 270:22,
271:20, 272:1,
272:9, 272:10,
272:13, 272:17,
273:10, 273:13,
273:15, 273:16,
273:21, 273:25,
274:1, 274:2,
274:10, 274:16,
275:2, 275:3,
275:13, 275:23,
275:24, 276:6,
276:11, 276:20,
276:21, 276:25,
277:4, 277:5,
277:16, 278:5,
278:8, 278:9,
278:17, 278:21,
278:25, 279:3,
279:11, 280:22,
280:24, 281:3,
281:19, 282:2,
282:14, 282:23,
284:2

**OFF** [23] - 11:10,
13:12, 15:8, 40:8,
51:13, 62:20, 88:19,
112:1, 115:23,
115:25, 117:25,
125:4, 130:24,
145:23, 147:1,
158:3, 193:17,
207:17, 221:24,
224:5, 230:24,
256:24, 268:18

**OFFENSIVE** [1] -
150:20

**OFFER** [3] - 56:18,
56:24, 269:5

**OFFERED** [3] - 71:2,
164:4, 164:5

**OFFERING** [3] -
94:22, 149:10

**OFFICE** [6] - 17:15,
34:18, 110:4, 111:4,
177:19, 262:22

**OFFICIAL** [2] - 1:20,
284:6

**OFTEN** [2] - 207:25,
233:17

**OGRE** [1] - 271:25

**OH** [8] - 2:3, 98:5,
98:6, 101:24,
110:20, 123:10,
173:20, 175:16

**OKAY** [133] - 3:24,

4:20, 5:5, 5:13,
10:22, 11:12, 12:7,
13:16, 28:14, 29:2,
30:21, 31:16, 36:6,
40:13, 42:3, 44:1,
45:2, 47:5, 48:2,
51:15, 51:20, 56:16,
57:25, 58:1, 58:9,
61:11, 62:25, 65:17,
66:19, 67:24, 68:12,
69:14, 69:17, 70:12,
72:5, 73:21, 77:13,
78:6, 78:12, 80:23,
81:4, 82:16, 85:7,
86:13, 97:15, 97:16,
100:9, 106:6,
106:13, 109:19,
110:10, 111:6,
114:8, 115:4,
116:16, 117:24,
122:5, 126:18,
126:21, 127:8,
128:15, 129:19,
130:22, 131:24,
133:10, 137:24,
138:23, 142:9,
145:10, 147:6,
147:7, 147:13,
154:2, 156:3, 156:8,
157:24, 158:9,
163:22, 165:14,
165:22, 168:18,
168:20, 172:3,
174:19, 176:19,
178:11, 180:22,
181:7, 182:19,
183:14, 185:24,
190:3, 192:3,
193:11, 194:4,
194:7, 195:5, 195:7,
195:23, 201:6,
201:14, 204:9,
205:1, 205:14,
206:22, 218:25,
219:5, 235:24,
236:3, 242:1,
242:22, 243:6,
243:21, 244:13,
245:25, 246:4,
246:12, 247:14,
248:21, 248:24,
255:9, 255:13,
255:15, 255:24,
257:2, 260:15,
276:3, 281:6, 283:16

**OLD** [2] - 130:7,
269:15

**OMIT** [3] - 172:22,
196:1, 196:7

**OMITTED** [1] - 237:23

**OMITTING** [1] - 196:21

**ON** [502] - 3:13, 4:18,
4:22, 6:5, 7:3, 7:9,
7:19, 7:24, 8:3, 9:15,
9:24, 10:9, 11:14,
11:22, 11:24, 12:19,
13:1, 13:3, 13:13,
14:16, 14:17, 15:5,
16:13, 16:21, 18:5,
19:1, 19:13, 19:18,
20:5, 20:12, 20:21,
21:2, 22:2, 22:10,
22:24, 23:7, 23:10,
23:12, 23:16, 24:10,
24:18, 24:22, 24:24,
25:12, 25:23, 26:3,
26:12, 27:3, 27:5,
27:9, 27:11, 27:15,
28:16, 28:21, 31:15,
32:3, 32:4, 32:6,
33:2, 33:5, 33:12,
33:14, 33:18, 33:20,
33:21, 33:24, 34:5,
34:10, 34:20, 36:2,
36:24, 37:4, 37:9,
37:12, 37:14, 37:25,
39:11, 39:22, 40:8,
41:3, 41:13, 42:21,
43:15, 45:10, 47:6,
47:13, 48:5, 50:21,
52:18, 56:7, 56:23,
57:23, 58:20, 59:15,
60:5, 60:13, 61:4,
62:5, 62:10, 62:12,
62:15, 62:17, 63:10,
63:16, 63:18, 63:19,
64:6, 64:7, 64:9,
64:11, 64:24, 65:9,
65:13, 65:19, 65:21,
65:22, 66:3, 67:7,
68:8, 68:17, 68:19,
68:21, 69:3, 69:22,
70:18, 70:22, 71:1,
71:9, 71:14, 72:1,
72:7, 72:10, 72:14,
73:11, 74:2, 76:11,
77:6, 77:8, 77:9,
77:23, 78:2, 79:11,
82:16, 84:16, 84:21,
85:2, 85:6, 85:9,
85:20, 85:22, 86:2,
86:12, 86:18, 87:25,
88:10, 89:2, 89:3,
89:4, 89:12, 89:14,
89:21, 89:23, 91:14,
91:19, 91:24, 92:6,
93:2, 93:8, 95:9,
95:21, 96:1, 96:8,
96:9, 96:14, 96:20,
96:21, 96:23, 97:19,
97:20, 98:4, 98:5,
98:9, 98:13, 98:16,

98:18, 99:4, 99:11,
99:20, 102:22,
103:1, 103:18,
104:15, 105:18,
105:20, 106:3,
106:14, 106:15,
107:8, 107:19,
107:21, 108:5,
108:13, 109:2,
109:20, 110:2,
110:10, 110:19,
110:25, 113:15,
113:20, 113:25,
115:11, 115:12,
115:19, 116:2,
116:3, 116:6, 116:8,
116:10, 116:12,
116:13, 116:17,
116:22, 117:4,
117:6, 117:8,
117:11, 117:12,
118:22, 119:23,
121:20, 122:1,
124:2, 124:4, 125:2,
125:7, 126:1, 126:4,
126:7, 126:8,
126:23, 127:3,
127:9, 127:13,
127:14, 127:23,
128:3, 128:7,
128:12, 128:17,
128:18, 128:24,
129:5, 129:21,
130:1, 130:4,
130:11, 130:17,
130:21, 131:9,
131:14, 132:4,
132:13, 132:19,
132:20, 132:21,
133:24, 134:6,
134:18, 134:20,
135:5, 135:9,
135:20, 136:16,
138:19, 139:5,
139:14, 140:1,
140:7, 140:9, 141:8,
141:14, 141:20,
142:8, 142:13,
143:20, 144:8,
144:22, 146:1,
146:6, 146:12,
146:20, 148:24,
150:2, 152:11,
153:5, 153:20,
153:21, 154:7,
154:21, 154:22,
154:25, 155:13,
156:13, 156:14,
156:23, 157:16,
157:23, 158:1,
158:3, 158:6, 158:8,

158:24, 159:10, 159:22, 159:24, 160:1, 161:1, 161:5, 162:7, 162:22, 164:20, 165:23, 166:1, 167:11, 169:2, 169:8, 170:8, 170:10, 170:18, 170:23, 171:16, 174:18, 175:9, 176:3, 176:14, 176:24, 177:8, 178:4, 178:21, 182:2, 186:12, 186:21, 187:13, 188:17, 188:22, 189:8, 192:1, 194:11, 194:22, 195:18, 197:6, 197:8, 198:23, 199:12, 200:2, 200:6, 200:15, 202:13, 202:16, 205:2, 206:15, 207:3, 207:10, 208:8, 209:7, 210:1, 210:10, 210:17, 210:23, 211:1, 211:3, 211:24, 212:24, 212:25, 213:11, 213:14, 213:18, 213:22, 214:3, 214:22, 215:11, 215:12, 215:24, 217:17, 218:6, 218:7, 218:16, 218:19, 218:20, 220:18, 222:14, 222:20, 222:22, 226:1, 226:3, 226:6, 226:22, 227:8, 228:9, 228:23, 229:14, 230:11, 230:21, 231:10, 232:7, 232:9, 234:2, 234:5, 236:9, 236:16, 237:1, 237:23, 238:15, 239:8, 239:9, 239:15, 240:16, 240:19, 240:20, 240:21, 241:10, 241:19, 245:7, 245:13, 246:18, 247:20, 248:15, 250:23, 251:4, 251:11, 251:12, 251:16, 251:17, 252:16, 254:2, 254:17, 254:21,

257:1, 257:8, 257:18, 257:21, 257:24, 258:19, 259:23, 261:8, 262:3, 262:4, 262:14, 263:3, 263:14, 263:23, 265:2, 265:3, 265:20, 265:21, 269:13, 270:10, 270:14, 270:19, 271:1, 271:15, 271:23, 272:6, 272:24, 273:9, 274:6, 274:14, 275:9, 275:13, 275:22, 276:5, 276:15, 278:15, 279:19, 280:3, 280:7, 280:21, 281:1, 281:12, 282:1, 282:2, 282:16, 282:19, 283:6, 283:9, 283:14
**ONCE** [20] - 26:7, 26:17, 32:15, 32:16, 67:8, 97:6, 97:16, 104:18, 110:16, 126:11, 145:24, 150:14, 175:6, 219:14, 231:15, 232:20, 247:18, 247:19, 253:21, 277:24
**ONE** [144] - 8:14, 8:16, 11:2, 12:3, 12:25, 16:9, 20:4, 20:16, 21:25, 22:2, 22:8, 23:12, 23:18, 23:19, 27:19, 28:2, 31:17, 31:18, 35:8, 35:14, 41:20, 45:4, 50:4, 59:12, 60:11, 64:6, 64:8, 68:13, 69:13, 70:7, 70:8, 75:18, 76:18, 76:24, 79:17, 80:17, 85:15, 87:7, 96:15, 101:15, 105:18, 107:20, 107:21, 108:20, 110:13, 111:10, 111:11, 111:24, 113:22, 114:18, 114:25, 115:21, 116:6, 116:9, 118:3, 118:5, 125:20, 125:24, 126:6, 126:22, 127:8, 127:10, 128:4, 129:21, 131:12, 132:6, 133:5, 135:8,

135:14, 135:15, 136:14, 136:21, 136:23, 137:19, 137:21, 137:24, 139:7, 143:24, 150:2, 150:16, 150:18, 154:22, 154:24, 155:9, 155:14, 155:21, 156:9, 157:6, 157:14, 161:25, 180:3, 180:12, 187:8, 189:14, 189:17, 189:18, 190:8, 190:20, 190:25, 192:14, 195:12, 198:10, 203:10, 205:5, 205:13, 208:14, 213:8, 214:3, 219:1, 219:12, 231:4, 232:8, 232:20, 235:4, 236:9, 237:16, 240:2, 242:10, 242:22, 243:1, 243:15, 243:18, 248:9, 253:1, 254:11, 255:25, 263:13, 263:17, 267:17, 267:19, 268:25, 269:15, 269:25, 272:8, 274:20, 278:10, 282:22
**ONE-BY-ONE** [1] - 203:10
**ONES** [4] - 156:1, 190:24, 198:13, 203:11
**ONGOING** [4] - 99:2, 168:5, 279:7, 279:10
**ONLINE** [2] - 33:20, 97:2
**ONLY** [43] - 7:4, 8:6, 8:23, 8:25, 13:5, 39:1, 39:3, 59:20, 64:2, 69:1, 71:2, 80:10, 93:10, 102:6, 104:17, 106:4, 112:6, 117:3, 124:1, 145:5, 149:19, 184:11, 201:9, 202:13, 213:3, 215:15, 228:12, 228:20, 230:25, 234:9, 244:22, 245:16, 249:1, 250:2, 262:18, 274:9, 275:16, 276:3, 276:11,

276:19, 279:7, 280:8
**OPEN** [3] - 3:1, 120:13, 155:22
**OPENING** [1] - 186:21
**OPERATE** [1] - 269:14
**OPINION** [8] - 13:13, 23:7, 26:3, 95:22, 117:6, 208:24, 209:17, 280:6
**OPINIONS** [1] - 31:24
**OPPORTUNITY** [5] - 7:5, 60:3, 78:19, 149:11, 266:2
**OPPOSED** [1] - 209:16
**OPPOSING** [2] - 75:7, 75:23
**OPPOSITE** [1] - 236:17
**OPPOSITION** [10] - 21:11, 87:15, 95:12, 154:4, 220:17, 221:2, 244:16, 254:24, 255:14, 255:16
**OR** [204] - 6:13, 7:21, 8:19, 12:18, 13:22, 15:2, 21:4, 21:7, 22:6, 23:1, 23:8, 23:10, 24:21, 31:4, 34:7, 37:17, 38:12, 39:16, 41:7, 43:4, 43:24, 46:9, 47:19, 48:17, 50:5, 50:17, 53:16, 53:17, 53:22, 55:6, 56:14, 57:1, 62:10, 65:10, 65:15, 66:7, 68:15, 70:3, 70:21, 71:9, 71:17, 73:8, 73:9, 74:13, 75:7, 77:10, 77:18, 77:24, 77:25, 79:16, 79:17, 79:24, 80:4, 80:23, 80:25, 82:17, 84:2, 87:20, 89:7, 91:16, 92:18, 94:20, 100:3, 101:11, 101:12, 102:3, 102:4, 102:22, 103:5, 103:7, 104:2, 104:18, 104:19, 105:6, 108:22, 110:3, 110:15, 110:17, 111:3, 111:4, 113:17, 113:19, 113:21, 116:18, 117:1, 117:21, 117:22, 119:20, 123:25, 124:23, 126:9,

126:13, 127:10, 128:2, 133:24, 136:4, 136:23, 139:15, 140:6, 140:11, 141:14, 143:23, 144:13, 146:20, 147:25, 151:12, 153:11, 159:14, 159:20, 160:4, 162:3, 163:11, 166:18, 168:6, 168:18, 168:19, 169:19, 171:20, 172:16, 173:3, 173:11, 174:6, 176:7, 177:19, 178:5, 178:15, 182:16, 182:21, 189:1, 189:5, 190:15, 191:2, 195:19, 195:20, 196:9, 196:10, 199:2, 199:8, 206:16, 208:24, 210:24, 211:20, 213:14, 215:18, 218:1, 219:8, 226:8, 226:23, 228:11, 229:11, 229:15, 229:16, 229:17, 231:9, 233:8, 233:12, 233:21, 234:9, 235:3, 236:9, 239:19, 240:5, 244:1, 246:17, 247:8, 247:12, 248:2, 250:4, 250:23, 251:2, 256:7, 257:20, 257:23, 258:5, 258:7, 259:24, 262:8, 263:3, 263:4, 263:6, 264:7, 265:17, 266:6, 267:10, 268:23, 273:20, 277:14, 277:17, 278:8, 280:14, 280:21, 281:3, 281:22, 283:9
**ORALLY** [1] - 260:13
**ORDER** [106] - 5:23, 6:16, 7:20, 14:15, 15:14, 20:21, 22:11, 32:3, 33:14, 33:16, 33:17, 34:10, 34:14, 37:5, 37:10, 38:1, 42:12, 68:17, 68:19, 68:22, 89:21, 92:12, 95:22, 96:17, 96:21, 97:9, 98:8, 126:24,

127:3, 127:9, 127:14, 132:15, 132:23, 144:14, 151:18, 153:21, 153:25, 159:16, 170:17, 170:23, 171:2, 171:4, 171:11, 189:21, 207:12, 207:19, 212:25, 216:1, 223:12, 224:11, 230:20, 232:6, 232:9, 232:23, 233:1, 233:5, 233:6, 233:7, 235:22, 236:2, 236:4, 236:5, 236:9, 236:21, 246:16, 248:7, 248:9, 248:11, 248:24, 249:8, 249:12, 250:16, 257:13, 259:1, 261:11, 262:8, 262:10, 262:11, 262:19, 263:11, 264:2, 264:17, 265:4, 265:8, 265:24, 265:25, 266:1, 266:4, 266:5, 269:17, 270:11, 270:21, 277:21, 277:23, 278:18, 279:13, 279:14, 279:15, 279:17, 280:3, 281:4, 281:6
**ORDERED** [9] - 24:24, 42:8, 89:11, 92:21, 233:25, 234:4, 234:15, 275:1, 283:8
**ORDERING** [1] - 280:2
**ORDERS** [8] - 7:21, 15:17, 15:18, 41:14, 265:11, 265:17, 278:6, 279:4
**ORIENT** [1] - 11:15
**ORIGINAL** [16] - 20:1, 55:21, 64:12, 79:7, 79:10, 79:23, 80:20, 81:1, 104:25, 150:2, 184:22, 215:12, 220:2, 252:25, 253:1, 261:2
**ORIGINALLY** [3] - 51:23, 52:10, 135:4
**ORIGINATED** [1] - 70:21
**OTHER** [59] - 7:4, 7:5, 7:21, 11:17, 13:5, 23:17, 64:11, 64:22, 72:3, 76:24, 89:7,

94:16, 94:17, 108:4, 108:10, 109:12, 136:9, 136:22, 141:1, 150:20, 153:10, 155:2, 155:22, 155:23, 155:24, 158:6, 169:19, 173:25, 176:14, 196:21, 199:15, 200:1, 200:6, 200:14, 202:10, 202:13, 209:22, 210:1, 212:3, 214:9, 218:1, 226:9, 234:25, 235:2, 236:9, 236:10, 239:3, 244:8, 255:15, 255:17, 256:11, 269:23, 271:16, 273:20, 275:5, 276:12, 276:19, 280:8, 280:9
**OTHERS** [1] - 278:11
**OTHERWISE** [1] - 280:5
**OUGHT** [1] - 201:13
**OUR** [36] - 23:23, 24:3, 24:9, 24:11, 32:23, 40:2, 40:11, 41:9, 52:17, 74:9, 74:24, 91:11, 93:1, 94:9, 95:18, 106:14, 107:19, 109:9, 114:20, 115:12, 120:16, 126:17, 136:15, 142:17, 146:2, 148:21, 154:21, 207:17, 224:16, 241:20, 257:24, 263:4, 264:3, 274:19, 278:8, 278:9
**OURSELVES** [4] - 26:18, 33:20, 83:17, 218:6
**OUT** [74] - 6:1, 8:16, 14:3, 31:6, 39:3, 40:14, 44:7, 48:18, 48:25, 59:11, 69:2, 69:7, 90:18, 91:12, 92:13, 92:19, 93:1, 95:20, 101:5, 101:24, 104:11, 107:14, 108:9, 110:4, 127:12, 127:23, 128:18, 129:10, 135:4, 144:20, 150:23, 150:24, 151:11,

152:16, 153:1, 155:14, 159:1, 168:14, 168:15, 176:4, 178:2, 178:18, 180:4, 183:10, 184:21, 194:22, 195:2, 197:4, 199:10, 206:8, 211:11, 229:2, 229:3, 229:4, 231:11, 231:12, 232:13, 248:12, 248:15, 254:10, 258:3, 262:8, 262:17, 263:9, 264:22, 269:10, 269:20, 270:17, 274:14, 274:15, 278:10, 280:4
**OUTCOME** [2] - 61:8, 159:21
**OUTLINED** [1] - 265:21
**OUTSIDE** [1] - 164:12
**OUTSTANDING** [3] - 87:12, 274:21, 283:10
**OVER** [49] - 3:11, 11:15, 26:24, 34:11, 45:5, 46:17, 46:20, 46:22, 46:24, 47:10, 47:12, 47:19, 47:20, 50:1, 50:4, 58:12, 60:25, 63:7, 63:10, 64:12, 67:17, 70:3, 70:11, 73:6, 89:25, 126:8, 136:22, 142:22, 147:11, 150:1, 156:23, 175:3, 182:1, 184:7, 195:1, 197:11, 200:7, 208:9, 210:7, 211:5, 211:17, 211:20, 215:16, 215:20, 235:4, 240:9, 249:1, 256:20, 266:10
**OVERLOOK** [1] - 262:15
**OVERLOOKED** [1] - 262:16
**OVERLY** [1] - 268:11
**OVERRULE** [2] - 57:20, 185:21
**OVERRULED** [2] - 58:1, 161:22
**OVERSTEP** [1] - 277:13
**OVERTURNED** [1] - 246:17

**OWN** [11] - 20:25, 74:24, 150:6, 202:17, 206:15, 210:23, 213:11, 259:25, 262:5, 262:14, 263:14
**OWNERSHIP** [2] - 20:24, 32:17

### P

**P.C** [2] - 1:6, 2:17
**P.M** [4] - 66:6, 121:14, 180:24, 181:1
**PA** [5] - 1:15, 1:21, 2:10, 2:15, 2:21
**PACER** [1] - 152:24
**PACKAGE** [1] - 278:5
**PACKETS** [2] - 230:24, 231:1
**PAGE** [149] - 29:11, 29:13, 29:14, 29:18, 29:21, 29:22, 30:1, 30:3, 31:3, 31:4, 31:6, 31:8, 31:15, 31:17, 31:18, 37:12, 39:11, 45:17, 46:19, 47:5, 47:7, 47:24, 48:10, 50:20, 51:17, 54:5, 54:19, 54:20, 54:21, 54:24, 55:8, 55:9, 58:8, 59:14, 59:15, 60:11, 60:12, 60:13, 61:19, 62:1, 62:6, 62:14, 62:16, 62:24, 64:9, 65:19, 65:21, 65:22, 65:23, 66:4, 69:18, 70:10, 70:13, 72:7, 88:10, 114:10, 114:16, 114:18, 118:8, 118:19, 119:8, 119:9, 120:21, 120:23, 120:24, 121:5, 121:7, 122:22, 122:23, 122:25, 125:23, 129:22, 130:3, 130:18, 130:21, 130:24, 131:5, 133:5, 133:6, 134:17, 134:18, 134:19, 134:20, 135:7, 135:11, 135:17, 135:20, 137:18, 137:19, 137:22, 138:12, 138:16, 138:19, 138:25, 139:3, 139:21, 139:25,

140:4, 142:13, 144:4, 145:15, 152:4, 152:18, 153:19, 155:12, 156:13, 156:14, 156:17, 156:19, 157:6, 160:24, 161:3, 161:5, 161:7, 180:1, 180:15, 181:6, 183:12, 185:2, 187:14, 187:20, 188:1, 197:10, 201:2, 203:12, 203:17, 203:19, 203:22, 203:24, 204:2, 204:8, 204:10, 204:22, 204:25, 205:2, 205:4, 205:11, 205:15, 261:15, 264:21, 264:22, 286:1, 286:16, 286:17
**PAGES** [24] - 37:21, 50:22, 51:6, 51:11, 54:9, 54:16, 57:11, 58:2, 58:3, 67:3, 71:4, 71:5, 88:7, 102:2, 109:10, 143:18, 174:3, 180:19, 193:2, 204:4, 204:6, 204:12, 204:15, 264:19
**PAID** [5] - 8:24, 73:17, 163:7, 164:1, 283:8
**PANDEMIC** [1] - 88:24
**PAPER** [6] - 21:12, 40:8, 46:16, 93:2, 231:14, 232:8
**PAPERWORK** [5] - 19:19, 32:15, 33:1, 40:10, 77:24
**PARAGRAPH** [16] - 6:1, 81:18, 105:23, 124:23, 184:11, 244:20, 245:12, 245:17, 245:18, 246:18, 246:24, 247:9, 247:15, 250:15, 264:24
**PARSE** [1] - 263:9
**PART** [57] - 5:8, 8:15, 8:25, 9:6, 10:3, 14:12, 30:15, 43:20, 46:24, 52:19, 52:23, 53:4, 53:6, 53:9, 53:14, 53:15, 65:1, 97:4, 127:21, 141:18, 148:17,

148:19, 148:21,
149:7, 149:18,
150:7, 150:8,
150:22, 151:15,
151:21, 151:24,
152:5, 154:18,
155:13, 155:19,
156:17, 156:18,
157:18, 157:21,
168:17, 188:21,
195:9, 207:25,
208:4, 217:23,
217:25, 218:1,
227:25, 241:20,
251:15, 255:1,
255:2, 257:24,
259:18, 260:2, 267:6
**PARTIAL** [2] - 87:5,
242:6
**PARTIALLY** [3] -
11:10, 133:19,
154:14
**PARTICIPATE** [4] -
74:10, 74:16, 261:8,
275:21
**PARTICIPATED** [1] -
74:19
**PARTICULAR** [8] -
5:22, 5:25, 175:17,
238:3, 257:9,
264:14, 264:19,
264:20
**PARTICULARLY** [7] -
11:20, 14:20, 14:22,
17:3, 165:10,
261:25, 265:20
**PARTIES** [14] - 7:16,
18:1, 20:25, 207:22,
207:24, 208:2,
208:10, 208:12,
210:2, 244:21,
244:22, 245:19,
247:19, 278:14
**PARTNER** [4] - 87:1,
90:19, 102:8, 106:18
**PARTY** [15] - 70:20,
79:17, 80:13, 80:16,
80:20, 104:12,
104:16, 105:3,
105:8, 106:20,
117:3, 162:21,
177:10, 177:11,
245:15
**PASSED** [3] - 257:23,
266:3, 266:12
**PAST** [2] - 135:10,
266:18
**PASTED** [1] - 231:11
**PATIO** [1] - 163:19
**PATTERN** [3] -

209:25, 263:17
**PAUSE** [4] - 67:7,
262:15, 265:23,
268:15
**PAY** [6] - 11:9, 26:25,
89:23, 98:20, 262:2,
269:17
**PAYING** [2] - 228:6,
263:19
**PAYMENT** [7] -
163:12, 228:11,
228:14, 229:17,
229:19, 262:21,
262:23
**PDF** [45] - 29:14,
29:15, 30:4, 31:9,
31:15, 45:18, 47:4,
47:7, 47:24, 51:12,
54:10, 54:17, 57:11,
58:4, 61:20, 67:4,
70:16, 71:6, 88:7,
129:16, 135:12,
143:19, 145:16,
156:15, 156:18,
161:9, 188:2, 193:3,
203:18, 203:20,
203:23, 203:25,
204:3, 204:5, 204:7,
204:9, 204:11,
204:13, 204:16,
204:23, 205:16,
234:5, 262:11,
264:21
**PDF'S** [1] - 86:6
**PENDING** [16] - 55:14,
73:10, 75:8, 138:7,
168:4, 186:19,
213:13, 233:20,
233:24, 241:18,
274:22, 279:8,
279:10, 280:12,
282:4, 282:16
**PENNSYLVANIA** [5] -
1:1, 3:7, 217:20,
233:14, 278:25
**PEOPLE** [9] - 3:17,
15:23, 28:12, 91:13,
155:22, 165:8,
226:2, 238:2, 271:12
**PER** [3] - 159:15,
217:18, 217:19
**PERCENT** [10] -
92:18, 92:21,
113:18, 144:13,
145:1, 145:4, 145:5,
163:18
**PERFECT** [3] -
131:17, 133:10,
144:24
**PERFECTED** [1] -

235:20
**PERHAPS** [3] - 103:6,
162:8, 170:4
**PERIOD** [12] - 19:3,
19:7, 20:7, 27:7,
37:24, 38:13, 38:24,
83:14, 84:24, 87:4,
89:8, 258:6
**PERIODS** [1] - 18:2
**PERMISSION** [3] -
217:12, 276:21,
278:20
**PERMIT** [2] - 202:20,
257:25
**PERSON** [6] - 136:23,
140:11, 141:1,
226:22, 232:10,
280:19
**PERSONAL** [2] -
137:12, 146:2
**PERSONALITY** [1] -
170:5
**PERSONALLY** [22] -
23:15, 43:9, 50:8,
53:19, 58:24, 70:2,
72:16, 72:19, 72:23,
73:2, 75:19, 76:11,
76:12, 80:22, 93:20,
93:23, 101:24,
213:12, 222:8,
225:22, 226:15,
272:1
**PERSPECTIVE** [7] -
40:7, 159:19,
254:22, 263:1,
270:9, 274:3, 279:1
**PERSUADED** [1] -
275:2
**PERTAINING** [6] -
23:22, 35:13, 40:2,
40:11, 98:9, 238:3
**PETITION** [10] - 33:5,
96:8, 96:13, 274:21,
280:12, 281:8,
281:20, 282:3,
283:10, 283:12
**PHILADELPHIA** [5] -
1:15, 1:21, 2:10,
269:15, 270:18
**PHONE** [78] - 19:4,
21:4, 27:5, 28:9,
28:25, 38:2, 38:12,
55:25, 56:2, 56:4,
56:24, 66:17, 67:6,
68:5, 68:8, 68:9,
85:20, 87:6, 89:5,
94:5, 94:7, 94:8,
96:16, 99:3, 99:11,
105:18, 105:20,
109:2, 111:25,

112:2, 113:4,
113:14, 113:16,
113:25, 115:19,
115:24, 116:3,
116:6, 116:22,
116:25, 117:4,
119:13, 122:7,
126:2, 128:24,
137:15, 139:12,
141:5, 141:8, 141:9,
141:13, 141:14,
141:17, 141:18,
154:21, 154:23,
158:4, 177:18,
179:2, 179:7,
207:25, 208:9,
215:5, 215:17,
215:20, 230:10,
230:11, 240:9,
240:20, 240:23,
241:9, 242:9,
242:23, 243:3,
243:4, 249:5, 251:3
**PHRASING** [3] -
124:8, 124:9, 124:11
**PHYSICAL** [1] - 18:8
**PHYSICALLY** [1] -
193:25
**PICKED** [1] - 280:21
**PICTURE** [1] - 34:13
**PIECE** [8] - 21:12,
46:16, 93:2, 141:3,
241:13, 274:1,
275:22, 282:14
**PIKE** [1] - 2:20
**PLACE** [6] - 56:1,
71:14, 101:9,
221:10, 231:8,
278:18
**PLACED** [1] - 116:18
**PLAINTIFF** [20] - 1:3,
2:17, 3:20, 3:22,
15:3, 23:25, 42:18,
44:4, 79:7, 79:11,
80:9, 81:1, 90:24,
91:1, 91:4, 93:12,
138:5, 141:3, 214:5,
245:13
**PLAINTIFF'S** [1] -
86:21
**PLAINTIFFS** [17] - 1:6,
6:20, 38:18, 43:13,
43:15, 167:17,
168:3, 168:21,
172:19, 173:7,
196:21, 197:6,
248:1, 260:7,
260:12, 260:21,
272:12
**PLAINTIFFS'** [1] -

244:14
**PLAN** [1] - 5:3
**PLANNING** [3] -
39:22, 42:20, 276:15
**PLAY** [1] - 256:22
**PLAYED** [1] - 14:6
**PLAYS** [1] - 14:2
**PLEADING** [7] - 245:2,
245:3, 245:15,
255:11, 255:12,
276:15, 278:22
**PLEADINGS** [7] -
8:15, 151:9, 198:24,
207:17, 211:25,
215:6, 276:21
**PLEAS** [1] - 270:18
**PLEASE** [21] - 25:7,
25:8, 36:18, 85:7,
87:24, 91:23, 107:4,
128:15, 131:13,
138:4, 148:9,
156:23, 181:6,
193:13, 194:23,
197:11, 223:4,
240:2, 242:14,
245:21, 261:21
**PLED** [1] - 243:10
**PLUGGED** [1] -
137:15
**PO** [1] - 2:3
**POINT** [64] - 13:19,
24:13, 25:1, 25:14,
26:9, 26:23, 32:13,
36:9, 39:3, 39:25,
60:7, 61:20, 77:1,
80:8, 84:8, 85:2,
92:3, 104:20, 105:2,
105:12, 106:11,
107:22, 110:3,
111:2, 119:11,
120:16, 120:19,
130:19, 160:23,
163:16, 164:6,
166:18, 168:6,
169:14, 188:25,
189:6, 201:16,
203:7, 208:14,
216:19, 225:6,
249:5, 252:7,
253:14, 254:5,
255:19, 256:21,
259:2, 259:12,
261:19, 264:4,
265:15, 265:25,
266:18, 267:1,
267:9, 269:5,
269:14, 270:17,
274:4, 276:14,
280:12, 281:23,
282:18

**POINTED** [1] - 261:13
**POINTS** [1] - 126:16
**PORTRAY** [1] - 124:8
**POSITION** [4] - 150:6, 169:13, 206:3, 260:25
**POSITIONED** [1] - 3:18
**POSITIVE** [4] - 207:5, 238:17, 241:22, 242:1
**POSSESSION** [1] - 239:14
**POSSIBILITY** [6] - 126:24, 168:7, 169:24, 174:11, 200:17, 282:23
**POSSIBLE** [14] - 167:4, 169:16, 169:24, 186:21, 186:22, 213:6, 223:15, 231:17, 232:19, 259:13, 272:8, 273:23, 276:11, 276:20
**POSSIBLY** [3] - 127:15, 184:8, 211:10
**POST** [35] - 24:23, 24:24, 25:1, 25:2, 25:6, 25:18, 27:16, 31:14, 31:24, 32:1, 32:12, 35:22, 64:24, 74:13, 74:14, 74:22, 89:11, 89:18, 90:6, 92:7, 102:19, 121:24, 124:22, 124:24, 125:1, 125:8, 125:9, 221:21, 221:23, 223:18, 234:5, 250:19, 250:24, 265:1, 273:4
**POST-JUDGEMENT** [1] - 74:13
**POST-JUDGMENT** [31] - 24:23, 24:24, 25:1, 25:2, 25:6, 25:18, 27:16, 31:14, 31:24, 32:1, 32:12, 35:22, 64:24, 74:14, 74:22, 89:11, 89:18, 90:6, 92:7, 102:19, 124:22, 124:24, 125:8, 125:9, 221:21, 221:23, 223:18, 250:19, 250:24, 265:1, 273:4
**POSTED** [3] - 75:9, 92:17, 145:7

**POSTING** [3] - 75:16, 75:21, 234:2
**POT** [3] - 270:12, 275:4, 283:2
**POTENTIAL** [6] - 68:16, 68:17, 166:25, 267:11, 273:18, 276:25
**POTENTIALLY** [6] - 12:18, 113:3, 201:21, 208:6, 251:9, 277:12
**PRACTICAL** [1] - 16:2
**PRACTICALLY** [1] - 213:17
**PRACTICE** [11] - 7:22, 50:16, 88:24, 167:11, 176:14, 190:10, 209:25, 224:24, 232:11, 232:14, 269:16
**PRACTICED** [1] - 230:13
**PRACTICING** [1] - 270:2
**PRACTITIONER** [1] - 271:22
**PRECEDE** [1] - 79:25
**PRECEDED** [1] - 112:8
**PRECIPITATED** [1] - 175:14
**PREDATES** [1] - 273:15
**PREDICATE** [1] - 138:8
**PREFER** [1] - 226:16
**PRELIMINARY** [6] - 132:4, 132:7, 132:11, 162:14, 162:20, 209:13
**PREOCCUPIED** [2] - 199:9, 199:12
**PREPARATION** [2] - 74:10, 274:20
**PREPARE** [3] - 95:12, 99:8, 188:11
**PREPARED** [2] - 158:20, 265:6
**PRESENT** [13] - 22:3, 32:7, 32:9, 32:10, 33:9, 73:8, 86:19, 109:9, 141:16, 200:14, 210:2, 257:13, 263:16
**PRESENTATIONS** [1] - 7:9
**PRESENTED** [8] - 9:7, 9:11, 52:9, 64:5, 100:5, 132:14,

215:19, 245:6
**PRESENTLY** [1] - 233:19
**PRESERVE** [1] - 57:22
**PRESIDING** [1] - 3:8
**PRESUME** [1] - 277:14
**PRETTY** [4] - 186:9, 271:12, 271:13
**PREVAIL** [1] - 124:6
**PREVENTED** [1] - 72:4
**PREVIOUS** [2] - 24:18, 215:12
**PREVIOUSLY** [12] - 30:11, 63:6, 69:1, 82:14, 104:25, 127:24, 145:2, 151:12, 212:5, 228:15, 276:23
**PRIMARILY** [1] - 273:7
**PRINCIPALS** [2] - 14:17, 258:25
**PRINT** [4] - 144:20, 151:11, 180:3, 194:22
**PRINTED** [3] - 127:12, 129:16, 231:11
**PRINTING** [2] - 180:5, 195:2
**PRINTOUT** [1] - 155:1
**PRIOR** [42] - 52:1, 54:2, 62:22, 69:15, 79:3, 94:19, 106:5, 108:1, 111:21, 112:18, 115:19, 123:11, 123:24, 170:24, 171:4, 171:8, 171:15, 171:17, 172:12, 172:15, 172:25, 175:17, 182:14, 192:13, 195:18, 195:24, 197:23, 198:9, 203:6, 215:10, 215:25, 216:1, 229:17, 239:6, 240:10, 243:21, 244:4, 244:21, 245:20, 245:25, 246:12, 278:6
**PRIVATELY** [1] - 141:15
**PRIVILEGE** [3] - 9:9, 9:21, 72:15
**PRIVY** [3] - 110:7, 137:6, 139:16
**PROACTIVE** [1] -

51:23
**PROBABLY** [15] - 9:19, 9:21, 17:14, 44:24, 86:7, 125:11, 159:1, 165:8, 187:9, 187:13, 195:14, 206:12, 275:3, 276:24, 280:4
**PROBLEM** [8] - 47:11, 78:23, 90:5, 109:16, 118:7, 228:6, 262:18
**PROBLEMATIC** [1] - 272:23
**PROBLEMS** [6] - 88:23, 120:14, 151:3, 235:6, 261:12, 262:20
**PROCEDURAL** [1] - 279:6
**PROCEDURALLY** [1] - 235:20
**PROCEDURE** [4] - 44:19, 164:9, 235:25, 244:16
**PROCEED** [4] - 134:24, 202:24, 215:13, 222:20
**PROCEEDED** [3] - 52:7, 216:6, 230:23
**PROCEEDING** [16] - 7:1, 7:13, 9:23, 11:18, 11:22, 40:25, 159:20, 162:7, 174:20, 191:10, 218:12, 218:19, 244:22, 266:3, 277:22
**PROCEEDINGS** [20] - 1:24, 5:18, 6:23, 7:3, 81:19, 84:25, 103:12, 103:15, 108:21, 160:18, 218:13, 218:17, 218:21, 227:9, 227:12, 227:17, 277:10, 277:12, 284:2
**PROCESS** [5] - 15:5, 227:20, 265:7, 265:11, 268:17
**PROCESSOR** [1] - 269:13
**PRODUCE** [4] - 42:8, 42:12, 101:19, 121:19
**PRODUCED** [4] - 1:24, 87:21, 88:2, 97:20
**PRODUCING** [2] - 34:11, 97:10

**PRODUCTION** [1] - 15:18
**PROGRESS** [3] - 15:4, 172:16, 172:17
**PROMISE** [1] - 165:21
**PROMPTED** [2] - 41:7, 77:4
**PROMPTLY** [1] - 156:7
**PROOF** [5] - 56:18, 56:24, 57:15, 138:8, 185:15
**PROOFS** [1] - 211:12
**PROPER** [2] - 236:6, 277:9
**PROPERLY** [3] - 213:25, 235:20, 235:24
**PROPOSE** [2] - 12:15, 14:10
**PROPOSED** [3] - 172:13, 220:10, 220:16
**PROTECT** [2] - 75:15, 275:16
**PROTECTED** [1] - 9:9
**PROTECTIVE** [8] - 7:21, 68:17, 68:19, 68:22, 126:24, 127:3, 127:9, 127:14
**PROVE** [1] - 94:11
**PROVIDE** [11] - 32:16, 36:8, 49:24, 75:1, 77:6, 77:24, 92:24, 100:1, 102:2, 103:25, 230:23
**PROVIDED** [16] - 17:24, 21:10, 21:13, 21:19, 26:20, 32:21, 33:1, 39:10, 55:23, 56:7, 66:17, 87:7, 92:25, 102:9, 108:1, 235:10
**PROVIDING** [1] - 61:6
**PUBLIC** [6] - 7:19, 91:13, 144:7, 152:17, 154:19, 167:10
**PUBLICLY** [1] - 21:1
**PULL** [15] - 12:6, 31:6, 81:9, 105:17, 105:20, 124:10, 127:8, 128:24, 130:4, 132:1, 133:8, 149:6, 152:17, 152:22, 268:23
**PULLED** [5] - 93:24, 107:16, 111:25, 112:1, 112:2
**PURCHASE** [1] -

93:25
**PURPOSE** [11] - 5:6, 5:7, 5:15, 13:5, 25:10, 75:5, 75:6, 160:17, 162:2, 170:3, 190:12
**PURPOSES** [4] - 16:2, 61:19, 223:23, 276:2
**PURSUANT** [4] - 244:14, 244:15, 245:14, 264:3
**PURSUE** [18] - 33:15, 52:16, 52:17, 99:7, 106:10, 144:19, 145:18, 167:3, 208:7, 213:12, 216:8, 216:13, 216:18, 217:8, 217:11, 224:23, 273:18
**PURSUED** [2] - 216:21, 224:18
**PURSUING** [3] - 91:10, 208:13, 208:15
**PUSHED** [2] - 71:21, 216:15
**PUT** [31] - 7:17, 9:14, 9:19, 9:24, 12:2, 12:23, 14:16, 40:14, 67:7, 81:12, 92:22, 95:1, 101:1, 106:2, 111:24, 115:15, 115:17, 130:1, 154:24, 159:9, 165:25, 174:18, 181:23, 197:7, 206:4, 221:10, 228:15, 237:25, 252:13, 278:18
**PUTS** [2] - 12:3, 261:23
**PUTTING** [5] - 91:14, 97:14, 117:1, 263:3, 263:8
**PUZZLED** [1] - 151:5

**Q**

**QUALIFY** [1] - 183:8
**QUESTION** [77] - 7:12, 7:13, 9:18, 13:2, 14:8, 21:21, 37:4, 38:9, 41:10, 43:14, 43:16, 43:17, 50:3, 55:6, 56:8, 63:8, 63:11, 65:10, 76:10, 76:18, 76:24, 81:2, 83:12, 85:1, 87:24, 113:22, 114:3,

124:12, 131:9, 147:18, 161:20, 161:24, 164:18, 171:16, 176:7, 178:7, 179:10, 185:1, 189:4, 197:24, 206:14, 217:5, 217:21, 218:4, 218:15, 219:16, 219:24, 220:15, 220:20, 222:3, 222:5, 223:25, 224:2, 226:11, 230:18, 233:4, 234:12, 234:13, 234:21, 236:12, 236:23, 237:3, 237:5, 237:6, 237:7, 237:9, 237:17, 240:2, 240:13, 240:22, 242:11, 242:13, 242:24, 243:1, 244:2, 246:22, 247:8
**QUESTIONED** [2] - 30:11, 30:20
**QUESTIONING** [3] - 88:1, 88:14, 164:12
**QUESTIONS** [53] - 7:18, 9:10, 10:10, 11:5, 12:5, 27:23, 31:21, 36:16, 40:14, 46:15, 46:18, 70:6, 70:8, 72:14, 76:20, 83:7, 83:16, 84:16, 84:20, 87:17, 96:5, 104:8, 107:11, 111:7, 121:23, 127:17, 142:3, 142:17, 147:16, 153:10, 158:10, 158:20, 159:2, 166:3, 172:2, 172:4, 172:5, 172:8, 175:2, 183:24, 194:6, 198:11, 199:21, 201:25, 219:22, 227:3, 227:5, 236:22, 238:12, 252:1, 252:2, 279:7
**QUICK** [4] - 84:20, 198:13, 199:22, 279:6
**QUICKER** [2] - 87:3, 128:11
**QUICKLY** [6] - 42:3, 134:22, 213:18, 231:17, 231:22, 232:18
**QUITE** [1] - 165:21

**R**

**RAISE** [2] - 15:10, 96:18
**RAISED** [10] - 11:2, 43:16, 169:24, 174:10, 187:12, 244:5, 256:1, 256:4, 272:2, 282:23
**RAN** [1] - 255:5
**RATHER** [10] - 11:23, 15:3, 18:10, 18:11, 18:13, 51:5, 84:6, 177:16, 178:15, 226:13
**RCS** [1] - 186:14
**RE** [2] - 35:11, 159:3
**RE-CROSS** [1] - 159:3
**REACH** [6] - 177:25, 178:2, 178:4, 178:16, 178:18
**REACHED** [1] - 265:20
**READ** [24] - 62:7, 62:9, 62:11, 64:18, 65:3, 65:24, 73:23, 81:22, 84:15, 102:9, 123:5, 131:17, 161:21, 171:7, 181:2, 181:5, 199:1, 199:5, 222:13, 226:25, 245:5, 249:7, 261:24, 262:5
**READING** [7] - 33:21, 73:25, 123:6, 123:8, 131:12, 181:5, 186:5
**READY** [1] - 107:8
**REAL** [4] - 42:3, 254:17, 272:16, 275:3
**REALIZATION** [1] - 67:9
**REALIZED** [1] - 143:22
**REALLY** [22] - 11:19, 14:11, 19:17, 44:5, 44:11, 65:2, 65:8, 77:7, 93:18, 173:21, 173:21, 175:16, 259:8, 265:12, 267:7, 272:17, 274:2, 274:7, 276:2, 281:24, 282:2, 282:5
**REAMS** [2] - 231:13, 231:14
**REASON** [27] - 5:15, 8:25, 13:2, 13:8, 24:16, 56:4, 66:7, 66:9, 71:2, 79:12, 85:25, 110:9, 117:4,

131:21, 131:23, 185:20, 214:9, 215:13, 215:15, 225:25, 237:23, 238:18, 242:6, 252:19, 253:22, 274:14, 275:1
**REASONING** [2] - 44:10, 146:8
**REASONS** [12] - 8:13, 10:4, 21:20, 52:5, 52:8, 200:3, 213:7, 213:8, 273:17, 273:18, 274:10, 280:5
**REASSURED** [1] - 195:25
**RECALL** [31] - 21:8, 21:12, 27:13, 32:9, 33:17, 34:15, 37:20, 52:3, 56:2, 61:5, 68:7, 70:2, 94:21, 101:13, 111:5, 114:6, 117:18, 119:7, 177:22, 178:14, 179:6, 233:12, 235:7, 235:15, 235:16, 235:17, 235:22, 236:2, 236:4, 236:5, 251:1
**RECEIPT** [3] - 228:9, 248:18, 249:17
**RECEIVE** [27] - 22:12, 25:1, 87:22, 88:4, 133:21, 145:14, 147:23, 148:20, 154:15, 154:25, 155:1, 171:13, 171:22, 171:24, 173:24, 173:25, 174:2, 197:20, 210:24, 225:24, 226:1, 226:4, 235:7, 235:11, 235:13, 235:25, 281:3
**RECEIVED** [51] - 23:16, 25:5, 25:21, 27:15, 32:12, 32:15, 35:22, 38:6, 41:9, 44:25, 59:22, 63:15, 65:6, 65:7, 68:16, 69:22, 90:9, 92:6, 97:21, 98:2, 119:3, 119:4, 119:5, 124:20, 131:22, 150:14, 155:21, 156:2, 192:22, 197:22, 197:25, 211:17, 225:13,

225:20, 226:2, 226:5, 226:21, 226:22, 232:21, 239:9, 239:17, 242:9, 243:3, 249:11, 249:19, 249:20, 249:22, 249:25, 250:4, 251:9, 262:22
**RECEIVING** [31] - 11:3, 24:20, 36:5, 37:20, 64:20, 69:20, 69:21, 71:17, 82:1, 88:11, 115:7, 115:9, 118:23, 124:19, 130:8, 131:10, 131:18, 131:19, 155:2, 155:18, 155:20, 155:23, 156:3, 181:13, 184:14, 191:25, 197:19, 197:21, 235:9, 250:8, 273:9
**RECENT** [3] - 125:1, 225:14, 265:1
**RECENTLY** [1] - 254:17
**RECESS** [7] - 36:17, 83:2, 83:8, 85:5, 86:11, 107:5
**RECOGNIZE** [1] - 260:22
**RECOLLECT** [1] - 233:12
**RECOLLECTION** [15] - 61:4, 169:21, 174:18, 176:15, 178:10, 178:19, 178:22, 179:7, 181:12, 181:18, 195:18, 197:21, 200:18, 201:17, 233:15
**RECOLLECTIONS** [1] - 196:15
**RECOMMENDATION** [1] - 278:1
**RECONSIDER** [37] - 23:5, 23:7, 23:10, 58:20, 58:23, 61:3, 61:6, 64:14, 65:12, 73:21, 74:7, 114:8, 115:8, 115:9, 115:10, 115:13, 115:17, 115:20, 117:25, 123:3, 123:10, 123:13, 123:17, 123:22, 124:13, 124:15, 183:5, 219:14,

220:9, 220:11, 220:24, 221:13, 223:16, 239:16, 239:25, 240:18, 247:24
**RECONSIDERATION** [38] - 13:9, 13:11, 22:25, 23:2, 25:24, 65:15, 87:19, 87:22, 88:1, 88:3, 89:2, 89:13, 89:16, 89:22, 95:10, 159:14, 159:15, 159:25, 160:3, 160:17, 209:6, 216:2, 221:5, 221:8, 221:14, 222:9, 222:12, 223:10, 223:12, 223:14, 224:6, 241:2, 244:4, 246:14, 246:15, 247:19, 252:8, 254:11
**RECONSIDERATION /PRELIMINARY** [1] - 26:4
**RECONSTRUCT** [1] - 111:10
**RECORD** [53] - 3:13, 7:20, 7:24, 9:24, 12:9, 12:10, 12:19, 13:2, 13:3, 20:4, 28:1, 36:25, 54:6, 54:15, 65:3, 69:14, 73:23, 85:2, 85:6, 85:9, 86:19, 89:7, 107:9, 114:20, 128:2, 128:4, 135:10, 142:24, 152:17, 153:5, 154:19, 160:25, 165:23, 166:11, 167:10, 171:16, 193:17, 222:14, 222:22, 225:21, 239:8, 240:21, 248:16, 256:24, 257:2, 257:18, 258:8, 259:2, 260:18, 271:18, 273:12, 275:23, 284:2
**RECORDED** [2] - 1:24, 3:4
**RECORDING** [3] - 17:4, 119:23, 255:6
**RECORDINGS** [48] - 12:12, 13:1, 13:3, 13:21, 13:24, 13:25, 52:1, 59:3, 59:6,

59:7, 59:8, 60:20, 60:25, 61:2, 61:7, 118:10, 118:11, 123:22, 125:17, 155:23, 155:25, 156:2, 209:2, 209:3, 209:7, 209:8, 209:22, 209:23, 209:25, 239:5, 239:9, 239:10, 240:25, 241:6, 241:24, 243:25, 252:6, 252:14, 253:13, 254:6, 254:12, 254:14, 255:21, 257:13, 257:14, 258:7, 272:22
**RECORDS** [17] - 17:25, 19:3, 26:12, 27:6, 28:25, 31:7, 36:3, 67:21, 87:6, 89:5, 89:24, 111:25, 113:1, 115:22, 116:2, 139:12, 230:11
**RECOVER** [1] - 275:5
**RECOVERY** [1] - 283:1
**RECROSS** [5] - 83:10, 84:20, 199:23, 200:24, 285:2
**REDACT** [5] - 32:22, 93:7, 102:25, 142:18, 146:1
**REDACTED** [3] - 11:8, 154:17, 192:5
**REDIRECT** [5] - 57:5, 57:6, 78:9, 84:20, 285:2
**REDO** [1] - 111:17
**REDUCED** [2] - 161:9, 209:8
**REDUCTION** [1] - 228:16
**REFER** [22] - 28:3, 46:19, 50:20, 54:5, 54:19, 58:8, 61:22, 61:25, 69:17, 72:6, 77:11, 114:10, 114:16, 118:5, 120:21, 127:23, 137:18, 144:22, 177:15, 224:11, 281:20
**REFERENCE** [12] - 49:15, 67:7, 69:12, 84:4, 102:4, 132:2, 174:6, 189:5, 217:6, 255:4, 259:7, 259:12

**REFERENCED** [8] - 76:25, 139:6, 141:6, 151:8, 199:2, 239:17, 239:25, 280:11
**REFERENCES** [1] - 125:7
**REFERENCING** [8] - 23:23, 76:25, 85:3, 133:6, 151:13, 190:25, 208:2, 283:11
**REFERRED** [10] - 12:24, 31:25, 54:5, 79:2, 152:13, 152:14, 173:17, 246:24, 247:14, 249:2
**REFERRING** [14] - 5:20, 21:24, 46:23, 47:3, 50:22, 51:17, 66:15, 67:14, 74:4, 142:25, 246:1, 246:5, 246:8, 246:19
**REFERS** [1] - 105:23
**REFLECT** [1] - 113:5
**REFRAIN** [1] - 142:10
**REFRESH** [1] - 178:22
**REFRESHED** [1] - 254:17
**REFUND** [4] - 163:25, 164:3, 164:4, 164:5
**REGARD** [13] - 79:16, 99:8, 126:25, 166:20, 167:17, 169:13, 171:17, 185:5, 213:7, 246:20, 249:16, 249:17, 258:16
**REGARDING** [26] - 8:17, 9:4, 26:14, 32:4, 34:13, 48:15, 51:22, 54:1, 55:9, 59:2, 127:2, 136:19, 176:25, 178:25, 200:17, 209:14, 231:22, 240:18, 240:22, 240:24, 251:9, 255:21, 261:22
**REGARDS** [32] - 8:21, 17:21, 24:2, 24:3, 33:12, 35:13, 53:3, 53:21, 71:12, 71:18, 72:6, 72:8, 72:22, 73:4, 95:22, 96:3, 111:17, 111:20, 111:21, 126:22, 136:1, 139:12, 144:9, 148:12,

148:16, 149:17, 156:9, 177:17, 179:23, 214:18, 214:19, 219:15
**REGISTRATION** [1] - 217:17
**REGULAR** [5] - 103:11, 103:14, 162:6, 173:25, 240:5
**REGULARLY** [2] - 77:18, 77:21
**REINFORCES** [1] - 261:4
**REITERATE** [1] - 57:14
**RELATE** [3] - 7:9, 56:25, 83:19
**RELATED** [5] - 137:11, 137:12, 229:24, 268:21, 269:1
**RELATEDNESS** [1] - 268:18
**RELATES** [3] - 17:19, 57:1, 57:16
**RELATING** [2] - 24:15, 42:12
**RELATIONSHIP** [3] - 170:2, 184:5, 260:23
**RELATIVELY** [4] - 7:22, 165:11, 282:6
**RELEVANCE** [3] - 59:11, 232:25, 234:13
**RELEVANCY** [2] - 57:23, 70:22
**RELEVANT** [23] - 9:10, 10:8, 13:14, 18:1, 37:24, 38:12, 59:9, 67:6, 84:24, 86:17, 112:8, 164:15, 200:3, 225:8, 225:11, 227:11, 227:19, 227:23, 228:1, 236:12, 236:23, 237:3, 238:25
**RELIEF** [2] - 7:11, 7:12
**RELYING** [2] - 175:9, 199:12
**REMAINS** [1] - 189:7
**REMEDIAL** [1] - 276:5
**REMEDIED** [1] - 231:4
**REMEDIES** [4] - 256:22, 266:9, 277:6, 280:4
**REMEDY** [10] - 231:1, 267:12, 267:15, 269:5, 271:15,

272:7, 272:8, 275:9, 276:25, 277:4
**REMEMBER** [168] - 21:14, 21:23, 21:25, 22:20, 26:10, 33:11, 34:25, 35:2, 35:3, 35:4, 38:3, 43:22, 43:23, 44:18, 44:22, 44:23, 48:20, 53:5, 53:7, 53:12, 53:25, 58:24, 59:2, 59:5, 59:7, 61:6, 63:10, 64:20, 66:8, 68:9, 68:11, 68:14, 68:20, 68:21, 68:24, 69:5, 69:9, 69:11, 69:14, 69:17, 69:20, 69:21, 69:23, 71:16, 71:20, 72:10, 75:5, 76:3, 76:9, 76:14, 76:15, 76:16, 77:3, 80:3, 80:5, 81:5, 81:25, 82:1, 82:9, 82:10, 84:12, 88:11, 88:12, 93:15, 96:23, 97:22, 97:23, 99:15, 101:8, 101:12, 106:6, 110:13, 114:1, 115:7, 115:9, 115:23, 115:25, 116:24, 116:25, 117:23, 118:2, 118:3, 118:4, 118:9, 118:11, 118:23, 119:13, 120:22, 122:6, 123:6, 123:8, 123:14, 124:13, 124:15, 124:16, 124:17, 124:19, 125:22, 126:2, 126:5, 126:10, 126:23, 127:2, 127:4, 131:10, 131:18, 131:19, 132:12, 135:25, 136:6, 136:9, 136:11, 136:14, 139:5, 141:5, 142:15, 144:13, 144:17, 145:9, 146:6, 154:19, 155:2, 155:18, 155:20, 155:23, 156:3, 157:1, 176:23, 178:21, 178:23, 179:2, 179:3, 181:8, 181:10, 181:14, 181:16, 182:13, 182:17, 182:18, 184:14, 194:10,

194:15, 195:7, 197:19, 201:15, 201:19, 214:6, 214:21, 215:22, 228:18, 233:17, 235:3, 236:7, 244:13, 244:17, 244:19, 244:23, 253:22, 253:24, 253:25, 254:7, 254:17, 254:21, 255:21, 280:14

**REMEMBERED** [1] - 73:25

**REMIND** [1] - 122:13

**REMINDER** [1] - 3:4

**REMOTE** [2] - 11:21, 27:25

**REMOTELY** [1] - 244:11

**REMOVE** [6] - 44:15, 53:23, 172:24, 173:6, 189:1, 195:20

**REMOVED** [8] - 44:13, 44:17, 44:21, 45:1, 104:21, 104:24, 105:3, 247:6

**REMOVING** [5] - 54:1, 244:21, 245:19, 246:23, 246:25

**RENEWED** [1] - 209:11

**REO** [119] - 2:2, 2:2, 3:21, 20:2, 24:23, 27:4, 33:6, 36:14, 36:16, 36:20, 37:1, 37:3, 40:12, 40:24, 51:7, 57:22, 70:18, 71:1, 78:12, 78:14, 83:5, 83:6, 83:11, 83:15, 83:19, 83:22, 84:13, 92:1, 92:25, 96:9, 96:21, 97:25, 100:17, 100:19, 102:15, 102:23, 104:5, 107:9, 110:15, 145:24, 153:20, 153:24, 154:1, 158:18, 158:19, 159:1, 159:4, 159:9, 159:12, 160:8, 160:12, 160:14, 160:23, 161:1, 161:4, 161:8, 161:10, 161:23, 162:1, 163:21, 163:23, 163:24, 164:15, 164:17, 164:22, 165:18,

166:2, 172:7, 172:9, 172:11, 175:1, 199:20, 199:21, 199:24, 200:20, 203:14, 208:15, 219:1, 219:4, 227:4, 227:6, 227:10, 228:3, 228:5, 231:21, 232:4, 236:12, 236:21, 237:12, 237:14, 237:16, 237:18, 238:10, 252:1, 253:9, 266:19, 267:25, 270:4, 270:6, 271:24, 272:6, 272:8, 272:15, 273:1, 273:12, 274:8, 274:18, 280:11, 282:9, 282:20, 282:21, 282:22, 283:6, 283:14, 285:5, 285:10, 285:15, 285:20

**REO'S** [3] - 93:10, 270:8, 281:14

**REO@REOLAW. ORG** [1] - 2:4

**REOPEN** [3] - 196:19, 216:3, 244:14

**REPEAT** [9] - 20:16, 75:18, 76:18, 87:24, 91:23, 158:24, 160:19, 245:21, 246:22

**REPEATEDLY** [2] - 265:15, 273:3

**REPHRASE** [4] - 160:20, 161:24, 242:11, 242:13

**REPLIED** [1] - 56:9

**REPLOW** [1] - 160:10

**REPLY** [1] - 242:6

**REPORT** [8] - 93:24, 107:16, 107:19, 154:24, 193:1, 194:13, 205:19, 230:21

**REPORTER** [6] - 1:20, 3:5, 17:4, 136:25, 245:21, 284:6

**REPRESENT** [16] - 5:3, 18:20, 18:23, 176:24, 177:7, 177:13, 198:4, 201:24, 207:2, 207:3, 207:7, 207:10, 213:25, 228:21, 236:8, 249:3

**REPRESENTATION** [8] - 5:1, 100:12, 176:16, 176:25, 184:10, 184:13, 201:9, 262:21

**REPRESENTATIONS** [2] - 168:20, 233:9

**REPRESENTATIVE** [1] - 267:2

**REPRESENTED** [3] - 103:19, 201:12, 231:9

**REPRESENTING** [10] - 4:2, 4:4, 4:6, 4:12, 90:17, 183:10, 184:20, 211:13, 214:2, 264:1

**REPRESENTS** [1] - 163:17

**REPUTATION** [3] - 91:15, 271:22, 273:19

**REPUTATIONAL** [1] - 276:13

**REQUEST** [19] - 8:16, 46:25, 53:16, 83:2, 83:7, 99:22, 101:5, 146:5, 146:9, 173:6, 207:13, 215:16, 215:17, 216:20, 217:22, 218:3, 257:24, 271:11, 275:1

**REQUESTED** [8] - 33:2, 208:20, 208:23, 213:19, 215:19, 219:18, 228:16, 238:23

**REQUESTING** [3] - 116:15, 148:22, 163:12

**REQUESTS** [15] - 7:11, 7:12, 8:19, 32:12, 108:9, 245:14, 256:2, 256:5, 256:7, 256:12, 256:13, 257:19, 258:5, 259:10, 267:22

**REQUIRED** [11] - 151:17, 170:18, 210:8, 210:11, 224:12, 231:10, 231:15, 232:10, 238:9, 248:7, 267:23

**REQUIREMENT** [2] - 218:9, 249:3

**REQUIREMENTS** [4] - 219:19, 221:1, 224:8, 224:14

**REQUIRING** [5] - 37:7, 41:15, 221:2, 232:1, 232:7

**RES** [4] - 101:3, 246:20, 247:3, 247:9

**RESCHEDULED** [3] - 34:24, 110:12, 110:14

**RESEND** [1] - 128:11

**RESERVE** [2] - 10:6, 13:16

**RESISTING** [1] - 264:8

**RESOLVE** [2] - 266:21, 267:10

**RESOLVED** [2] - 231:18, 271:25

**RESOLVING** [1] - 267:10

**RESPECT** [14] - 8:1, 40:20, 140:12, 152:4, 169:22, 170:1, 181:20, 181:24, 183:11, 184:23, 186:18, 196:20, 198:16, 257:10

**RESPECTS** [1] - 14:13

**RESPOND** [16] - 34:21, 99:12, 178:5, 210:15, 217:11, 220:23, 242:3, 245:19, 253:19, 256:2, 256:5, 280:20, 281:7, 281:10, 281:15, 282:10

**RESPONDED** [13] - 55:7, 56:11, 56:13, 62:25, 63:23, 141:22, 148:23, 184:19, 198:24, 221:24, 222:1, 222:5, 241:8

**RESPONDING** [6] - 63:14, 63:24, 63:25, 116:14, 140:22, 140:23

**RESPONSE** [34] - 8:15, 27:4, 27:9, 37:10, 55:19, 65:9, 140:13, 153:25, 173:10, 185:15, 201:10, 219:9, 220:20, 220:22, 221:12, 221:15, 224:20, 225:4, 225:18, 238:21, 239:2, 239:7, 239:22, 240:7, 241:7, 241:12,

241:21, 243:8, 243:12, 243:22, 244:9, 264:1, 265:4, 280:13

**RESPONSES** [7] - 143:1, 221:25, 256:7, 256:14, 265:15, 265:16, 265:17

**RESPONSIBLE** [1] - 146:13

**RESPONSIVE** [2] - 74:11, 160:10

**RESTART** [1] - 85:23

**RESTARTED** [1] - 86:3

**RESTARTING** [2] - 85:22, 86:4

**RESTRICTIONS** [1] - 278:15

**RESUBMIT** [1] - 96:4

**RESULT** [4] - 104:13, 169:18, 224:19, 225:3

**RESULTED** [3] - 32:23, 240:19, 246:9

**RESUME** [3] - 36:23, 86:13, 86:18

**RETAINED** [3] - 34:18, 98:22, 98:25

**RETAINER** [1] - 73:1

**RETIREMENT** [1] - 25:8

**RETRACT** [1] - 147:10

**RETROSPECT** [1] - 243:20

**RETURNS** [2] - 25:3, 32:18

**REVEALS** [1] - 37:23

**REVIEW** [13] - 46:12, 46:18, 69:25, 72:11, 81:24, 106:2, 112:12, 114:17, 138:4, 169:9, 169:11, 193:14, 255:22

**REVIEWED** [14] - 46:16, 63:6, 81:18, 82:8, 108:20, 145:7, 145:8, 169:5, 169:9, 183:14, 209:22, 250:3, 250:7, 250:10

**REVIEWING** [3] - 81:25, 105:23, 207:3

**REVISED** [3] - 172:21, 196:1, 196:7

**REVISIT** [1] - 272:13

**RICO** [3] - 252:7, 273:20, 274:13

**RIGHT** [94] - 4:10,

4:14, 4:23, 5:13,
10:7, 10:14, 10:24,
14:9, 16:11, 17:6,
29:4, 29:21, 30:1,
30:13, 31:17, 31:20,
36:13, 40:22, 41:20,
51:13, 54:10, 57:19,
60:6, 65:1, 65:22,
67:1, 76:22, 78:6,
78:16, 82:23, 84:25,
85:4, 86:1, 97:18,
103:17, 104:1,
107:10, 107:24,
108:7, 109:25,
110:17, 111:6,
118:17, 125:20,
128:4, 129:14,
134:16, 135:1,
135:15, 139:22,
146:4, 152:7,
152:19, 155:18,
157:14, 157:15,
163:3, 165:17,
173:13, 176:2,
176:7, 176:19,
180:19, 183:21,
190:12, 192:20,
193:6, 194:1, 202:1,
202:11, 203:15,
204:23, 206:10,
206:11, 216:22,
219:4, 227:17,
228:25, 230:15,
238:6, 242:4,
252:21, 253:22,
254:3, 254:6,
254:12, 255:18,
256:3, 277:5,
281:25, 283:13,
283:16
**RIGHTLY** [1] - 269:1
**ROAD** [3] - 268:6,
271:1, 271:8
**ROBERT** [11] - 37:9,
63:25, 90:11, 91:8,
91:9, 91:11, 135:21,
140:8, 166:8,
166:12, 285:13
**ROLE** [3] - 12:8,
184:22, 268:12
**ROOM** [5] - 15:25,
17:9, 17:11, 17:13,
17:14
**ROUND** [2] - 221:21,
221:24
**ROVING** [2] - 6:25,
218:10
**RPR** [1] - 1:19
**RUINOUS** [1] - 224:24
**RULE** [28] - 64:14,

64:16, 123:3,
159:15, 164:9,
174:23, 219:19,
221:1, 222:16,
228:1, 231:25,
232:5, 232:13,
232:15, 235:8,
235:11, 235:19,
235:21, 236:1,
244:14, 244:15,
267:23, 268:7,
268:23, 269:15,
274:21, 278:22
**RULED** [4] - 241:18,
254:2, 274:22,
283:12
**RULES** [4] - 257:25,
264:3, 267:24,
268:18
**RULING** [4] - 124:4,
257:24, 276:6,
282:16
**RULINGS** [1] - 12:14
**RUN** [5] - 11:14,
107:3, 163:15,
203:9, 269:19
**RUNNING** [1] - 51:5
**RUNS** [2] - 59:15,
202:9

# S

**SAID** [121] - 13:5, 14:6,
15:16, 29:8, 29:18,
39:14, 42:16, 42:18,
42:24, 51:1, 53:18,
56:14, 61:16, 63:6,
63:7, 65:11, 68:11,
69:1, 82:11, 82:14,
85:19, 91:9, 91:12,
92:14, 92:17, 92:19,
92:20, 93:16, 94:11,
94:18, 94:21, 96:6,
97:5, 97:15, 98:5,
98:15, 99:12, 101:1,
104:24, 106:5,
106:7, 107:14,
108:8, 108:20,
109:15, 109:16,
109:21, 110:8,
110:9, 110:10,
110:19, 110:22,
115:16, 116:24,
119:1, 119:19,
119:21, 119:22,
122:3, 123:10,
123:24, 125:3,
125:18, 126:18,
126:20, 136:13,
137:5, 137:19,
138:4, 140:22,

143:13, 144:24,
145:5, 145:8,
147:24, 148:3,
157:21, 157:22,
157:23, 157:24,
159:18, 162:10,
173:24, 176:10,
182:6, 183:2,
183:16, 184:10,
186:11, 201:9,
201:20, 211:10,
211:16, 211:23,
213:1, 214:3, 214:5,
215:20, 216:5,
218:9, 228:6,
229:20, 230:1,
231:6, 233:15,
239:24, 252:10,
252:16, 253:17,
256:23, 257:11,
260:15, 262:6,
265:13, 267:16,
271:6, 283:1
**SALARY** [1] - 191:23
**SAME** [34] - 17:9,
17:10, 17:14, 20:2,
30:8, 47:23, 63:24,
64:4, 69:7, 87:1,
91:19, 97:13,
110:24, 127:24,
128:18, 133:23,
134:3, 152:12,
157:6, 176:10,
176:17, 188:21,
191:14, 205:2,
217:4, 221:10,
232:6, 232:19,
236:5, 253:9,
253:20, 261:1,
279:15
**SANCTION** [8] - 5:9,
97:1, 182:11, 222:6,
228:7, 228:16,
228:21, 229:11
**SANCTIONABLE** [1] -
276:1
**SANCTIONED** [13] -
37:15, 38:14, 102:3,
103:18, 174:9,
174:12, 174:16,
174:17, 222:2,
222:7, 233:14,
233:16, 233:17
**SANCTIONING** [3] -
37:6, 275:14, 275:25
**SANCTIONS** [53] -
6:5, 6:7, 6:16, 15:13,
15:17, 27:4, 32:4,
33:7, 33:24, 34:6,
34:7, 34:24, 35:13,

37:14, 38:1, 41:3,
91:21, 91:25, 95:23,
96:10, 96:14, 96:20,
96:22, 98:9, 109:20,
153:25, 164:9,
169:16, 170:11,
174:11, 174:14,
174:23, 181:24,
182:4, 182:7,
182:10, 182:16,
182:18, 183:11,
200:15, 200:17,
201:16, 235:21,
244:17, 258:15,
261:11, 262:8,
262:19, 263:19,
266:6, 267:12,
268:4, 272:9
**SANCTITY** [1] - 7:13
**SAT** [2] - 99:5, 146:14
**SATISFY** [1] - 278:22
**SAVE** [1] - 232:8
**SAVING** [1] - 263:3
**SAW** [17] - 8:8, 26:18,
32:1, 39:14, 43:3,
60:8, 61:16, 73:12,
77:8, 77:9, 91:3,
93:25, 97:2, 97:3,
122:18, 168:12,
273:18
**SAY** [71] - 5:19, 13:18,
40:3, 40:6, 41:1,
43:16, 46:3, 46:21,
49:7, 53:8, 53:9,
61:13, 62:9, 62:20,
64:10, 72:2, 82:8,
84:17, 86:7, 95:19,
98:12, 99:24,
103:10, 119:3,
119:6, 119:10,
119:13, 126:20,
141:2, 142:1, 147:1,
149:20, 161:2,
163:15, 169:1,
170:14, 174:20,
174:21, 178:3,
186:6, 186:8,
186:10, 187:9,
188:23, 195:14,
197:1, 200:5, 206:4,
207:23, 207:24,
208:2, 221:23,
228:10, 229:24,
234:20, 243:20,
249:24, 250:3,
250:8, 250:9, 253:4,
256:6, 259:20,
263:15, 267:22,
271:15, 271:17,
272:6, 276:24,

277:14, 278:24
**SAYING** [35] - 22:13,
24:8, 25:7, 38:2,
41:11, 58:22, 65:11,
97:12, 97:13, 108:2,
112:17, 114:16,
123:6, 127:13,
139:20, 141:19,
142:5, 144:17,
151:19, 178:12,
178:18, 189:20,
189:23, 189:24,
194:13, 195:20,
206:19, 215:1,
226:7, 241:8, 244:5,
252:21, 269:6,
270:13, 279:14
**SAYS** [28] - 55:13,
58:23, 62:15, 63:19,
66:5, 68:1, 90:12,
94:6, 114:5, 115:5,
124:20, 133:18,
137:25, 139:23,
140:1, 140:4, 178:1,
184:13, 194:19,
212:15, 245:24,
247:13, 249:19,
250:2, 250:9,
261:18, 261:21,
264:25
**SCATTERED** [2] -
23:11, 111:18
**SCENARIO** [1] -
169:17
**SCENES** [1] - 200:8
**SCHEDULE** [1] -
66:16
**SCHEDULED** [3] -
3:12, 5:15, 268:7
**SCHEDULING** [2] -
6:21, 96:22
**SCHEME** [1] - 119:24
**SCOPE** [2] - 164:13,
218:11
**SCORE** [1] - 107:21
**SCRATCH** [1] - 125:22
**SCREEN** [12] - 11:23,
11:24, 16:4, 16:21,
18:5, 18:11, 85:21,
130:4, 131:14,
159:10
**SCROLL** [2] - 130:23,
138:12
**SEARCH** [2] - 255:6,
259:6
**SECOND** [57] - 25:16,
25:23, 27:19, 34:3,
35:8, 35:12, 59:12,
68:13, 72:18, 85:15,
89:13, 89:22, 96:9,

96:14, 111:11, 115:21, 118:3, 118:5, 121:11, 123:16, 123:21, 124:23, 125:21, 125:24, 126:6, 126:22, 127:8, 127:10, 129:21, 132:6, 133:5, 135:14, 137:21, 139:7, 144:20, 146:11, 150:16, 153:8, 155:10, 156:9, 157:15, 179:24, 180:3, 181:6, 198:10, 209:11, 219:2, 222:9, 222:11, 223:14, 224:5, 250:23, 252:22, 264:24, 268:25, 283:12

**SECTION** [1] - 223:13

**SEE** [121] - 7:25, 10:14, 14:2, 16:21, 18:12, 19:3, 21:1, 29:12, 32:5, 33:7, 33:23, 33:25, 47:13, 48:12, 48:14, 49:11, 54:25, 55:3, 55:8, 55:13, 55:15, 55:17, 55:19, 55:21, 56:6, 56:25, 57:4, 58:10, 58:12, 58:15, 58:17, 58:22, 60:15, 60:16, 60:21, 60:23, 61:15, 62:5, 62:6, 62:7, 62:15, 62:17, 62:24, 63:3, 64:2, 64:4, 64:10, 67:13, 68:2, 68:4, 77:2, 87:6, 87:7, 88:14, 89:2, 94:7, 95:5, 96:12, 96:22, 119:9, 124:6, 127:21, 129:2, 129:4, 129:13, 131:14, 131:15, 132:7, 132:22, 133:5, 133:18, 134:22, 137:25, 139:17, 139:23, 140:1, 154:2, 157:6, 159:10, 170:24, 171:4, 172:13, 172:14, 172:15, 172:16, 173:3, 178:1, 178:13, 178:20, 183:15, 184:9, 184:11, 187:2, 187:24, 188:6, 188:9,

188:14, 188:16, 188:17, 188:23, 190:3, 190:6, 194:6, 195:10, 197:17, 201:10, 202:22, 230:4, 250:2, 253:16, 255:3, 255:8, 258:8, 261:22, 268:23, 272:23, 273:21, 274:1, 278:4, 279:11, 282:9

**SEEING** [2] - 24:9, 73:6

**SEEK** [3] - 164:8, 275:5, 278:20

**SEEKING** [3] - 159:14, 252:19, 283:1

**SEEKS** [1] - 12:4

**SEEM** [7] - 100:7, 151:3, 179:18, 235:6, 242:2, 253:23, 260:14

**SEEMED** [3] - 221:18, 232:21, 282:24

**SEEMINGLY** [1] - 211:11

**SEEMS** [9] - 13:7, 18:22, 36:6, 211:18, 214:1, 214:21, 233:11, 265:7, 271:19

**SEEN** [15] - 13:4, 15:24, 100:12, 101:6, 104:25, 134:25, 135:21, 154:6, 154:16, 190:11, 234:10, 256:6, 260:17, 267:24, 274:15

**SELF** [2] - 271:11, 276:10

**SELF-EXECUTING** [1] - 271:11

**SELF-INFLICTED** [1] - 276:10

**SEMANTICS** [1] - 220:18

**SEND** [54] - 25:19, 46:17, 50:1, 50:7, 50:8, 50:9, 50:10, 55:13, 76:12, 94:13, 98:2, 99:14, 103:25, 123:12, 127:23, 128:12, 128:16, 138:6, 140:19, 142:16, 146:25, 147:23, 149:22, 150:12, 150:23, 150:24, 151:2,

151:11, 152:16, 153:1, 156:23, 190:20, 195:19, 208:5, 210:11, 211:5, 225:22, 225:25, 226:9, 226:17, 226:24, 231:6, 231:8, 239:14, 239:19, 240:4, 248:13, 248:17, 252:14, 277:25, 278:4, 278:10

**SENDING** [19] - 21:8, 48:24, 50:4, 99:16, 118:3, 118:4, 118:9, 118:11, 120:7, 133:15, 140:25, 141:3, 141:23, 146:8, 194:10, 194:15, 210:12, 211:16, 231:1

**SENDS** [2] - 55:15, 149:22

**SENSE** [1] - 226:17

**SENT** [138] - 8:18, 8:20, 13:25, 26:24, 30:4, 43:12, 46:8, 46:11, 46:20, 46:22, 46:24, 47:24, 48:18, 49:4, 51:21, 52:2, 53:3, 55:10, 55:17, 55:20, 55:21, 56:7, 58:17, 59:7, 60:25, 63:4, 63:7, 63:10, 64:12, 67:17, 70:3, 70:10, 70:24, 84:4, 94:10, 99:11, 99:16, 99:21, 100:4, 100:6, 103:2, 112:21, 116:7, 116:15, 118:18, 119:1, 121:12, 122:3, 127:13, 128:18, 128:21, 129:3, 130:16, 133:19, 133:25, 134:7, 140:13, 140:14, 140:15, 140:16, 140:18, 140:19, 142:22, 143:1, 143:7, 144:8, 144:17, 144:18, 146:5, 149:19, 149:24, 149:25, 150:1, 150:3, 150:4, 150:23, 151:14, 152:11, 155:14, 155:24, 156:5, 156:6, 157:16, 163:10, 163:13,

163:14, 181:11, 184:4, 189:25, 192:3, 192:9, 192:10, 193:19, 194:18, 194:19, 195:13, 196:11, 197:11, 210:7, 211:20, 212:1, 212:8, 212:9, 213:3, 213:4, 225:19, 226:4, 226:7, 229:20, 229:21, 230:24, 231:12, 231:14, 231:17, 231:23, 232:6, 232:8, 232:9, 232:19, 232:20, 235:4, 235:12, 235:17, 240:8, 241:3, 248:4, 249:1, 249:6, 249:21, 249:23, 262:23, 262:25, 277:16, 279:16

**SENTENCE** [1] - 55:16

**SEPARATE** [7] - 11:22, 19:10, 21:23, 39:24, 216:19, 217:25, 261:5

**SEPARATELY** [7] - 16:3, 16:10, 140:5, 150:3, 279:2, 281:4, 281:6

**SEPTEMBER** [32] - 8:9, 18:19, 19:1, 19:15, 33:14, 33:24, 34:1, 34:3, 34:5, 34:10, 34:20, 34:22, 70:14, 71:10, 71:11, 71:14, 96:20, 96:21, 96:23, 97:9, 97:10, 97:11, 97:12, 97:20, 97:21, 98:24, 110:11, 155:24, 228:13, 229:18, 283:9

**SEQUENCE** [1] - 178:14

**SERIAL** [2] - 138:5, 141:2

**SERIES** [4] - 22:16, 169:10, 186:11, 201:11

**SERIOUS** [2] - 11:5, 271:13

**SERIOUSLY** [1] - 271:12

**SERIOUSNESS** [1] - 174:13

**SERVE** [1] - 37:13

**SERVED** [9] - 37:11, 171:20, 235:20, 235:24, 256:2, 256:8, 263:23, 263:24, 275:17

**SERVES** [1] - 176:15

**SERVICE** [3] - 231:22, 236:6, 263:20

**SERVICES** [4] - 163:6, 163:8, 163:11, 163:14

**SESSION** [1] - 3:7

**SET** [16] - 67:12, 70:8, 74:12, 86:6, 118:21, 123:22, 145:1, 153:10, 178:8, 184:16, 184:17, 201:14, 233:3, 251:19, 251:21, 281:10

**SETTING** [2] - 34:11, 97:10

**SETTLEMENT** [1] - 267:9

**SEVEN** [5] - 96:16, 234:5, 257:23, 258:6, 264:7

**SEVERAL** [15] - 35:25, 36:16, 79:19, 96:12, 97:8, 173:1, 173:9, 195:22, 214:22, 221:17, 225:13, 239:23, 252:12, 257:15, 258:21

**SEVERALLY** [1] - 283:4

**SEVERE** [2] - 179:15, 278:2

**SEVERITY** [3] - 169:16, 182:11, 182:23

**SHALL** [2] - 61:13, 153:22

**SHARE** [6] - 11:23, 16:4, 18:2, 18:5, 18:13, 128:19

**SHARGEL** [169] - 4:7, 8:17, 9:13, 10:1, 10:15, 13:10, 13:22, 19:6, 19:9, 19:10, 19:17, 20:5, 20:10, 22:1, 22:8, 22:12, 22:17, 22:18, 22:20, 23:12, 26:8, 27:5, 32:5, 33:8, 33:11, 34:16, 34:17, 37:8, 38:6, 38:18, 40:19, 41:21, 44:23, 46:4, 46:6, 46:9, 46:10, 46:11, 46:15, 46:17,

48:18, 48:24, 49:15, 50:3, 53:13, 53:20, 55:18, 55:20, 55:22, 56:7, 56:13, 58:16, 58:18, 59:22, 60:3, 61:1, 61:23, 64:12, 70:25, 71:8, 72:20, 73:17, 74:8, 75:20, 76:4, 76:10, 77:14, 77:16, 80:23, 81:3, 83:3, 85:10, 85:13, 86:20, 86:21, 86:25, 104:11, 107:12, 111:14, 128:13, 128:15, 128:21, 129:17, 131:2, 131:9, 131:11, 135:20, 136:22, 137:2, 137:14, 138:16, 139:20, 140:12, 141:25, 144:4, 147:21, 149:17, 151:14, 152:22, 153:7, 154:6, 154:7, 154:9, 154:10, 154:15, 156:22, 158:3, 158:13, 159:5, 161:21, 161:23, 165:2, 165:4, 167:20, 168:9, 172:18, 173:7, 176:9, 177:8, 177:13, 178:9, 178:16, 178:24, 182:15, 186:15, 189:1, 189:5, 192:7, 195:15, 206:5, 207:2, 207:23, 208:1, 208:4, 209:18, 210:25, 211:9, 211:13, 211:23, 212:15, 213:4, 214:25, 215:11, 216:8, 221:19, 222:18, 234:17, 238:16, 240:12, 246:10, 246:21, 247:1, 248:8, 250:20, 251:2, 251:18, 252:11, 258:24, 260:7, 260:20, 261:4, 261:19, 261:25, 263:22, 265:18, 267:2, 272:17, 274:6, 285:8

**SHARGEL'S** [6] - 26:13, 60:6, 212:12, 221:25, 259:4, 266:24

**SHARING** [1] - 18:11
**SHE** [1] - 166:7
**SHED** [1] - 264:17
**SHEET** [1] - 226:20
**SHEETS** [1] - 225:19
**SHELTON** [96] - 1:2, 1:8, 2:5, 3:19, 3:22, 3:23, 3:25, 5:10, 5:19, 5:22, 6:4, 6:7, 6:11, 14:23, 15:6, 15:16, 17:22, 23:25, 37:6, 38:17, 38:22, 39:11, 39:16, 39:17, 39:20, 40:2, 40:9, 40:21, 41:25, 42:8, 43:1, 44:18, 52:16, 52:22, 57:1, 59:3, 60:20, 78:3, 83:13, 90:23, 91:11, 92:25, 94:5, 94:16, 94:23, 100:21, 100:24, 101:18, 102:23, 103:19, 103:20, 109:8, 118:12, 119:2, 119:23, 126:16, 138:6, 154:1, 156:15, 161:8, 162:12, 164:7, 166:21, 172:13, 173:3, 174:9, 174:16, 174:22, 174:24, 175:7, 177:1, 186:7, 193:3, 208:7, 208:13, 209:5, 210:1, 215:14, 216:8, 216:13, 255:25, 260:11, 261:2, 261:18, 261:20, 266:12, 267:9, 269:12, 272:10, 273:4, 273:6, 274:16, 274:17

**SHELTON'S** [2] - 52:6, 207:6
**SHIFT** [1] - 42:3
**SHIP** [1] - 97:18
**SHORT** [9] - 22:16, 147:19, 158:13, 175:15, 190:10, 227:20, 253:17, 260:3, 261:6
**SHORT-CIRCUIT** [2] - 190:10, 227:20
**SHORTLY** [1] - 33:1
**SHOULD** [46] - 13:11, 11:20, 50:23, 52:6, 53:13, 55:12, 90:21, 93:8, 93:15, 95:19,

96:4, 96:5, 96:6, 100:6, 101:2, 101:3, 103:1, 106:17, 106:18, 110:9, 112:21, 119:3, 137:15, 139:16, 143:23, 144:19, 148:4, 150:23, 167:8, 190:7, 206:4, 206:11, 206:12, 222:20, 229:6, 230:16, 243:7, 268:5, 268:17, 270:4, 270:16, 277:15, 279:15, 279:17

**SHOW** [32] - 5:23, 13:5, 13:6, 13:8, 13:9, 14:7, 14:15, 25:12, 37:10, 54:4, 55:22, 63:21, 70:24, 76:1, 82:15, 88:6, 127:16, 149:6, 152:22, 170:19, 173:21, 210:5, 223:11, 226:24, 232:23, 234:4, 248:7, 250:4, 265:24, 265:25, 266:4, 266:5

**SHOWED** [5] - 137:9, 198:1, 207:5, 209:25, 249:1
**SHOWING** [9] - 10:19, 48:19, 87:21, 93:10, 176:3, 215:19, 225:19, 226:20, 278:21
**SHOWN** [1] - 89:24
**SHOWS** [7] - 132:20, 152:10, 190:20, 190:21, 192:15, 196:13, 225:20
**SHUFFLE** [1] - 280:17
**SHUT** [3] - 95:21, 269:11, 275:17
**SIDE** [3] - 75:7, 75:23, 108:4
**SIDES** [1] - 236:17
**SIGHT** [2] - 11:24, 18:13
**SIGN** [15] - 21:10, 21:14, 21:25, 41:10, 72:23, 73:2, 90:12, 90:17, 134:8, 134:11, 134:12, 156:6, 237:20, 238:2, 238:4
**SIGNATURE** [10] - 21:14, 37:12, 39:11,

39:14, 40:4, 41:19, 42:2, 106:3, 143:4, 169:1
**SIGNATURES** [2] - 173:14, 206:8
**SIGNED** [27] - 41:5, 72:25, 81:5, 90:17, 100:6, 106:19, 108:16, 109:15, 126:2, 133:25, 134:7, 134:8, 134:9, 134:13, 134:14, 134:23, 142:20, 142:24, 143:6, 144:7, 156:7, 169:6, 207:3, 232:7, 249:9, 250:10
**SIGNIFICANCE** [3] - 259:24, 263:2, 275:23
**SIGNIFICANT** [1] - 5:16
**SIGNING** [11] - 39:17, 40:8, 41:23, 82:1, 90:20, 106:16, 170:24, 171:5, 171:8, 171:17, 176:9
**SILENCE** [8] - 31:2, 45:15, 51:9, 54:14, 203:20, 203:25, 258:4, 258:5
**SILVESTRO** [53] - 4:9, 4:11, 36:22, 78:18, 78:19, 78:23, 79:1, 81:11, 81:17, 82:21, 104:6, 104:10, 106:22, 108:17, 129:25, 130:1, 130:5, 130:7, 130:14, 130:23, 156:10, 156:12, 164:24, 165:1, 165:19, 165:20, 165:25, 166:14, 166:15, 166:17, 172:1, 180:11, 180:13, 185:5, 185:10, 185:12, 185:14, 189:3, 190:9, 191:22, 191:24, 193:16, 194:24, 199:16, 199:17, 238:11, 238:14, 275:8, 275:11, 285:7, 285:11, 285:14, 285:21
**SILVESTRO'S** [1] - 14:20
**SIMPLE** [2] - 243:1,

244:1
**SIMPLICITY** [1] - 11:20
**SIMPLIFY** [2] - 7:20, 191:10
**SIMPLY** [16] - 43:11, 210:22, 211:5, 211:21, 211:23, 212:4, 212:7, 212:9, 215:20, 215:25, 216:15, 226:10, 232:3, 253:17, 259:20, 259:25
**SINCE** [16] - 3:11, 3:19, 8:7, 20:23, 36:9, 41:25, 91:13, 113:22, 144:16, 163:8, 191:15, 212:12, 230:14, 266:12, 266:15, 275:17
**SINGLE** [10] - 136:10, 137:10, 139:9, 152:13, 187:7, 211:19, 231:8, 232:7, 235:4, 251:17
**SIR** [40] - 102:18, 103:13, 105:14, 108:6, 108:15, 109:22, 111:5, 112:14, 116:1, 117:13, 154:10, 159:8, 159:17, 159:23, 160:7, 162:16, 164:23, 200:21, 225:10, 230:14, 233:23, 234:3, 234:7, 240:2, 240:17, 241:1, 241:21, 242:6, 243:1, 243:11, 244:12, 246:18, 247:7, 247:13, 248:4, 248:15, 249:6, 249:7, 250:8, 250:13
**SISTER** [2] - 167:14, 246:7
**SIT** [1] - 262:4
**SITTING** [1] - 176:1
**SITUATION** [1] - 217:19
**SIX** [5] - 35:23, 96:15, 102:16, 257:23, 258:5
**SIZE** [1] - 262:12
**SKIP** [4] - 192:25, 193:1, 194:13, 205:19
**SLOW** [7] - 125:2,

161:11, 161:15, 162:10, 265:2, 265:7, 273:3
**SLOWING** [1] - 160:17
**SMALL** [1] - 14:11
**SMS** [6] - 17:25, 29:16, 30:4, 31:8, 45:18, 203:17
**SNEEZE** [1] - 47:1
**SO** [323] - 3:12, 3:16, 4:20, 5:1, 5:2, 5:14, 6:21, 7:7, 7:20, 8:10, 9:22, 11:10, 11:12, 11:13, 11:25, 12:4, 12:8, 13:1, 13:3, 14:7, 14:9, 14:15, 15:22, 16:3, 16:20, 19:11, 19:23, 22:4, 22:19, 23:22, 24:1, 24:2, 24:12, 25:21, 26:9, 26:19, 28:1, 28:2, 28:8, 29:5, 29:20, 29:25, 30:3, 30:21, 31:19, 32:15, 32:21, 34:4, 34:23, 36:17, 38:2, 38:25, 39:7, 39:19, 39:25, 40:3, 40:7, 40:15, 40:18, 40:24, 41:9, 42:11, 43:3, 45:15, 45:19, 47:5, 47:13, 48:10, 48:20, 49:2, 49:20, 50:12, 50:21, 50:24, 52:14, 53:22, 55:24, 57:10, 59:22, 62:19, 62:21, 63:16, 63:18, 64:15, 64:19, 65:11, 65:22, 66:4, 66:19, 67:1, 67:11, 67:22, 71:3, 71:23, 73:3, 73:12, 73:21, 74:1, 74:24, 75:4, 75:16, 76:16, 77:7, 77:14, 84:10, 85:7, 85:12, 85:23, 86:4, 86:7, 86:17, 86:18, 94:7, 102:13, 103:10, 104:2, 105:4, 105:20, 107:6, 107:22, 109:11, 109:24, 111:2, 111:18, 112:10, 112:15, 112:25, 113:4, 113:12, 114:3, 114:9, 114:16, 116:2, 119:3, 119:16, 119:25, 120:3, 120:4, 121:12, 122:7,

122:8, 122:17, 123:4, 123:12, 123:16, 127:10, 127:12, 127:23, 128:11, 128:23, 128:25, 130:14, 131:5, 132:11, 134:12, 134:14, 134:22, 134:24, 135:11, 135:14, 135:19, 137:2, 141:19, 142:23, 143:5, 143:9, 143:12, 143:17, 144:18, 147:6, 150:9, 151:2, 151:8, 152:15, 152:21, 153:20, 154:18, 155:4, 156:24, 158:13, 158:20, 159:19, 160:9, 160:24, 161:14, 161:22, 162:8, 163:19, 165:12, 165:23, 166:7, 172:23, 176:1, 177:7, 179:7, 179:12, 180:19, 182:3, 183:20, 184:4, 184:19, 185:22, 187:11, 189:10, 189:12, 190:1, 190:21, 192:1, 192:8, 192:10, 193:21, 195:14, 196:25, 197:20, 197:25, 198:22, 199:11, 200:3, 200:5, 202:4, 202:14, 202:22, 203:15, 204:14, 205:1, 205:11, 206:23, 208:1, 208:5, 212:10, 213:11, 213:17, 213:18, 214:7, 215:3, 215:9, 216:14, 217:10, 217:23, 217:24, 218:14, 220:8, 224:17, 224:22, 228:10, 228:15, 228:18, 229:1, 229:11, 230:3, 231:13, 231:15, 231:19, 232:7, 232:10, 232:11, 233:16, 234:23, 235:24, 235:25, 236:4, 237:13, 238:2, 238:9,

240:13, 240:22, 241:19, 244:6, 244:8, 247:22, 249:24, 251:10, 252:15, 252:17, 252:20, 252:22, 252:23, 253:2, 253:13, 254:5, 254:14, 256:17, 256:18, 256:23, 257:1, 257:5, 258:18, 261:5, 263:1, 264:6, 264:7, 264:11, 264:18, 265:5, 265:16, 265:19, 267:4, 267:13, 268:16, 269:1, 269:4, 270:4, 270:13, 272:15, 272:22, 273:7, 273:15, 275:6, 275:15, 276:9, 277:11, 278:20, 279:25, 280:3, 280:21, 281:7, 282:1, 283:17
**SO..** [1] - 234:22
**SOLELY** [2] - 213:11, 273:22
**SOLO** [1] - 271:21
**SOLUTIONS** [2] - 2:5, 6:12
**SOME** [115] - 3:10, 3:13, 3:14, 5:7, 6:19, 7:15, 10:3, 11:5, 11:12, 12:4, 12:19, 13:2, 19:19, 26:12, 27:23, 36:7, 52:1, 59:7, 59:8, 59:10, 72:3, 77:1, 77:8, 79:2, 79:3, 80:8, 80:24, 81:4, 87:1, 87:17, 89:6, 104:7, 104:20, 105:2, 105:12, 110:3, 115:15, 117:6, 119:11, 127:11, 134:20, 135:11, 137:11, 141:1, 155:4, 158:14, 159:20, 162:6, 166:18, 166:19, 167:4, 167:16, 168:8, 168:23, 169:5, 169:12, 169:15, 171:19, 175:16, 176:14, 182:21, 183:24, 187:15, 193:24, 194:5, 203:2, 208:8,

209:2, 210:6, 210:21, 212:3, 214:23, 218:18, 226:9, 227:6, 252:7, 255:19, 256:14, 257:5, 257:6, 259:6, 259:12, 260:19, 260:24, 262:6, 263:6, 263:19, 264:8, 264:15, 264:17, 265:14, 266:2, 268:15, 270:6, 270:10, 271:19, 273:20, 274:4, 275:5, 276:6, 276:20, 277:3, 277:4, 277:15, 278:5, 278:7, 278:14, 278:17, 280:12, 280:16, 281:12, 281:19, 282:7
**SOMEBODY** [4] - 68:25, 106:7, 109:5, 182:1
**SOMEONE** [2] - 13:17, 119:9
**SOMETHING** [57] - 12:9, 21:7, 21:13, 23:9, 25:5, 39:17, 39:22, 39:24, 41:13, 42:23, 45:8, 46:14, 52:24, 62:21, 64:10, 71:20, 72:1, 75:15, 76:2, 77:10, 77:18, 77:19, 80:2, 80:6, 82:15, 83:20, 90:4, 90:20, 91:9, 92:24, 97:4, 101:3, 111:4, 122:3, 125:4, 126:12, 147:10, 155:7, 160:25, 165:9, 173:12, 178:3, 191:8, 194:21, 218:7, 223:5, 226:13, 258:7, 259:7, 259:21, 262:3, 263:4, 271:10, 280:20, 281:21, 282:4
**SOMETIME** [8] - 37:18, 80:11, 98:23, 101:11, 110:18, 201:18, 228:11, 259:8
**SOMETIMES** [6] - 77:17, 79:20, 215:1, 226:2, 226:3, 271:3
**SOMEWHAT** [2] -

169:13, 170:4
**SOMEWHERE** [1] - 81:8
**SOON** [8] - 36:22, 157:24, 197:4, 207:9, 209:8, 239:15, 255:12, 255:20
**SOPHISTICATED** [1] - 103:7
**SORRY** [43] - 45:10, 52:5, 54:19, 54:20, 56:10, 60:15, 60:22, 61:12, 70:8, 71:10, 72:2, 74:19, 75:18, 78:18, 78:21, 84:17, 88:21, 111:17, 116:11, 118:3, 121:11, 122:11, 131:7, 133:1, 133:2, 142:13, 153:15, 156:15, 162:24, 163:23, 177:4, 180:16, 186:10, 186:23, 191:16, 192:23, 193:6, 195:6, 201:5, 204:20, 232:25, 245:16, 245:22
**SORT** [19] - 3:17, 7:13, 7:25, 12:8, 14:2, 15:17, 25:3, 40:19, 254:20, 260:19, 261:23, 263:14, 266:2, 270:2, 271:20, 276:6, 276:20, 277:4, 278:17
**SOUGHT** [3] - 174:22, 257:10, 257:12
**SOUNDS** [5] - 9:15, 15:8, 15:11, 64:20, 118:17
**SOURCE** [1] - 167:6
**SPACE** [2] - 19:14, 96:17
**SPEAK** [16] - 19:16, 24:2, 34:13, 34:16, 49:15, 55:20, 98:4, 117:20, 122:2, 126:11, 136:8, 136:13, 136:16, 137:10, 157:9, 213:9
**SPEAKING** [13] - 33:11, 44:22, 53:12, 56:21, 56:23, 69:11, 112:9, 134:4, 136:7, 136:11, 162:24, 167:13, 209:18
**SPECIAL** [1] - 225:24

**SPECIFIC** [33] - 9:18,
32:10, 48:15, 48:18,
49:17, 64:2, 66:8,
103:4, 103:5,
111:20, 150:24,
170:19, 174:17,
177:22, 178:10,
178:18, 181:9,
181:12, 183:15,
188:15, 191:4,
196:10, 196:15,
197:3, 197:21,
200:18, 201:15,
201:17, 221:20,
236:22, 237:2,
241:9, 255:4
**SPECIFICALLY** [64] -
33:18, 34:9, 38:16,
40:2, 50:6, 52:20,
53:9, 53:11, 53:16,
55:4, 62:19, 68:14,
68:21, 69:10, 72:9,
73:5, 74:1, 74:14,
75:4, 77:19, 77:21,
82:7, 82:9, 105:23,
113:14, 125:7,
141:6, 146:4,
147:24, 150:23,
152:10, 167:24,
171:16, 173:16,
177:12, 177:17,
178:8, 178:11,
178:23, 181:16,
182:15, 184:10,
192:4, 192:8,
192:13, 192:22,
192:23, 196:18,
201:8, 232:5,
232:10, 233:1,
236:7, 239:4, 240:7,
242:19, 244:19,
244:20, 246:1,
248:25, 249:16,
256:15, 283:2
**SPECIFICS** [1] - 73:13
**SPENT** [3] - 257:4,
264:8, 280:7
**SPIRIT** [1] - 263:12
**SPOKE** [37] - 19:9,
22:19, 24:2, 33:13,
34:1, 34:2, 34:15,
35:15, 48:21, 80:5,
96:12, 96:22, 97:8,
98:12, 99:10, 110:7,
113:17, 116:9,
116:10, 116:17,
121:18, 122:1,
126:4, 126:7, 127:1,
133:24, 136:10,
141:15, 144:25,

146:19, 157:8,
157:16, 158:8,
176:25, 178:24,
251:18
**SPOKEN** [3] - 42:23,
209:1, 215:10
**SPONTE** [1] - 12:7
**SPRING** [1] - 101:11
**STAND** [5] - 9:15,
9:25, 10:9, 86:11,
283:19
**STANDARD** [2] -
50:16, 72:25
**STANDING** [2] -
231:25, 263:14
**STANDPOINT** [1] -
193:25
**STANDS** [2] - 280:15,
280:21
**START** [21] - 3:14,
3:16, 3:19, 4:3, 4:20,
16:6, 16:8, 28:3,
32:25, 44:3, 58:12,
62:19, 120:24,
121:10, 121:11,
199:16, 202:14,
203:5, 218:10,
257:7, 267:14
**STARTED** [10] - 7:16,
25:20, 52:10, 60:12,
77:1, 121:24,
121:25, 154:20,
186:9, 186:11
**STARTING** [1] -
256:11
**STARTS** [4] - 112:16,
120:23, 121:5
**STATE** [20] - 13:22,
64:13, 118:14,
145:12, 166:10,
188:20, 188:25,
192:24, 202:18,
217:20, 217:25,
225:6, 226:16,
227:15, 230:17,
230:22, 230:24,
231:19, 251:5,
277:18
**STATED** [31] - 12:21,
37:11, 52:20, 75:5,
75:9, 76:11, 125:25,
135:24, 145:2,
149:18, 151:9,
179:1, 186:25,
194:20, 211:7,
211:9, 212:14,
215:21, 224:10,
224:12, 224:17,
225:12, 228:20,
236:7, 236:9,

238:23, 239:13,
246:25, 251:6,
251:18
**STATEMENT** [7] -
20:22, 153:23,
188:24, 231:3,
238:2, 249:9, 258:18
**STATEMENTS** [4] -
20:23, 203:2,
216:10, 216:16
**STATES** [5] - 1:1, 3:6,
192:24, 221:19,
245:15
**STATING** [11] - 39:11,
61:7, 65:6, 88:2,
97:24, 109:3,
142:16, 148:20,
224:2, 245:1, 249:11
**STATUS** [3] - 99:1,
110:4, 280:24
**STAY** [11] - 25:11,
25:24, 32:19, 41:13,
68:23, 75:10, 82:16,
132:9, 224:8,
224:14, 251:10
**STEMS** [1] - 132:23
**STENOTYPE** [1] -
1:24
**STENOTYPE-
COMPUTER** [1] -
1:24
**STEP** [8] - 16:16,
17:15, 34:19, 52:4,
90:8, 201:21,
267:10, 270:9
**STEPPED** [1] - 210:14
**STEPPING** [1] -
280:17
**STEPS** [1] - 229:16
**STICK** [1] - 263:4
**STILL** [38] - 15:9,
24:13, 63:23, 75:11,
84:9, 98:19, 99:2,
101:6, 120:13,
125:15, 125:16,
127:14, 139:8,
140:9, 144:15,
144:19, 159:22,
162:24, 163:5,
168:5, 178:7,
202:19, 209:2,
214:8, 214:11,
214:13, 216:7,
216:11, 216:12,
222:20, 226:1,
232:23, 246:14,
254:5, 256:22,
274:20, 280:25,
283:9
**STOP** [19] - 7:17, 17:8,

25:16, 27:25, 75:1,
83:15, 92:13, 122:9,
130:11, 144:14,
163:20, 202:7,
206:9, 209:14,
228:11, 228:14,
229:17, 229:19,
239:1
**STOPPED** [1] - 31:13
**STRAIGHTFORWAR
D** [1] - 7:23
**STRATEGIC** [2] -
243:19, 260:1
**STRATEGIZING** [1] -
270:3
**STRATEGY** [1] -
160:22
**STRAW** [1] - 99:21
**STREET** [5] - 1:21,
2:9, 2:14, 103:8,
142:21
**STRETCH** [1] - 165:8
**STRICT** [1] - 263:11
**STRIKE** [3] - 82:3,
248:4, 251:25
**STRING** [2] - 180:25,
264:23
**STRONG** [4] - 9:21,
52:5, 52:14, 216:7
**STRONGER** [2] -
120:17, 242:5
**STRONGEST** [1] -
223:15
**STRUCK** [4] - 20:1,
115:16, 253:4, 253:7
**STUDIED** [1] - 12:1
**STUFF** [12] - 93:16,
127:11, 128:1,
130:8, 145:24,
145:25, 158:25,
191:9, 191:18,
269:17, 272:1
**SUA** [1] - 12:7
**SUBJECT** [4] - 58:23,
60:20, 60:24, 247:2
**SUBMISSION** [6] -
41:15, 131:6,
203:12, 246:18,
246:24, 264:20
**SUBMISSIONS** [4] -
14:14, 130:19,
130:21, 223:17
**SUBMIT** [28] - 57:8,
59:10, 64:23, 66:22,
96:3, 96:4, 102:25,
112:6, 124:24,
124:25, 125:4,
128:3, 156:24,
157:1, 157:2, 157:4,
189:14, 189:21,

191:9, 191:18,
191:20, 206:6,
213:21, 241:20,
242:6, 249:8, 264:25
**SUBMITTED** [67] - 8:4,
11:13, 11:16, 11:18,
12:12, 13:4, 13:6,
14:5, 37:23, 58:15,
65:16, 68:17, 88:8,
108:22, 112:5,
112:10, 112:11,
112:12, 115:20,
115:24, 123:16,
125:16, 130:6,
151:17, 151:22,
151:25, 152:1,
156:16, 180:2,
183:13, 190:2,
191:12, 192:15,
197:12, 206:6,
206:25, 207:4,
207:7, 207:8,
207:13, 207:14,
207:15, 207:20,
208:24, 209:17,
210:8, 211:1, 215:6,
218:7, 219:13,
221:15, 222:17,
223:15, 236:21,
240:11, 242:20,
245:1, 248:11,
250:11, 250:14,
253:21, 255:20,
255:23, 257:18,
274:11
**SUBMITTING** [6] -
70:23, 127:9,
189:16, 192:19,
192:21, 209:21
**SUBSTANTIAL** [3] -
207:4, 209:24,
266:16
**SUBSTITUTION** [2] -
210:22, 211:14
**SUCH** [6] - 24:16,
103:6, 221:7,
229:10, 245:13,
251:2
**SUED** [3] - 93:20,
175:7, 270:19
**SUGGEST** [3] -
273:22, 275:25,
276:9
**SUGGESTED** [2] -
105:6, 179:4
**SUGGESTING** [3] -
181:14, 263:20,
282:24
**SUGGESTIONS** [1] -
276:9

**SUIT** [3] - 17:21, 41:25, 186:7
**SUITE** [2] - 2:9, 2:20
**SUITED** [1] - 169:25
**SUMMARILY** [2] - 232:2, 264:2
**SUMMARY** [79] - 14:23, 17:24, 18:16, 19:2, 19:4, 19:21, 19:24, 20:2, 20:3, 20:13, 21:11, 28:6, 28:7, 28:9, 28:22, 28:24, 29:3, 29:6, 35:20, 37:22, 49:8, 49:25, 67:21, 84:3, 84:7, 87:5, 87:11, 95:13, 95:16, 112:11, 112:15, 113:1, 208:19, 208:21, 209:11, 215:8, 219:9, 219:15, 219:17, 219:24, 220:2, 220:5, 220:23, 221:3, 221:6, 221:13, 224:20, 225:4, 238:21, 239:2, 239:7, 239:11, 239:22, 240:7, 241:7, 241:12, 242:4, 243:8, 243:12, 243:18, 243:22, 244:9, 247:5, 252:19, 252:25, 254:2, 254:24, 256:1, 257:11, 257:24, 257:25, 258:4, 258:23, 259:21, 260:4, 264:11, 266:14, 273:22
**SUMMER** [2] - 101:11, 259:9
**SUPERVISING** [1] - 278:17
**SUPPLEMENTAL** [2] - 209:10, 220:21
**SUPPLIED** [1] - 11:7
**SUPPLYING** [1] - 120:15
**SUPPORT** [1] - 276:16
**SUPPORTS** [1] - 273:12
**SUPPOSED** [14] - 39:23, 43:20, 44:11, 53:14, 71:21, 80:4, 99:4, 100:1, 110:10, 139:17, 170:20, 239:11, 248:25,

278:10
**SUPREME** [2] - 217:16, 227:15
**SURE** [35] - 28:1, 30:7, 36:19, 47:12, 47:23, 48:21, 49:10, 49:19, 61:15, 64:4, 65:17, 71:15, 72:14, 81:2, 101:16, 118:17, 125:9, 127:15, 128:13, 156:12, 171:15, 179:13, 180:10, 203:10, 205:2, 206:18, 212:6, 222:24, 229:8, 230:2, 230:9, 242:12, 245:22, 280:1, 280:24
**SURFACE** [1] - 8:9
**SURROUNDING** [2] - 26:6, 39:8
**SUSPECT** [2] - 212:18, 212:20
**SUSTAIN** [1] - 189:13
**SUSTAINED** [1] - 164:14
**SUZANNE** [2] - 1:19, 284:7
**SWEAR** [5] - 16:7, 16:24, 166:7, 206:13, 206:20
**SWIFTLY** [1] - 104:23
**SWORE** [1] - 217:16
**SWORN** [9] - 17:1, 86:22, 98:6, 98:13, 110:2, 110:20, 157:23, 166:9, 206:21
**SYLVESTRO** [1] - 2:13
**SYMPATHIZE** [1] - 268:9
**SYSTEMS** [1] - 51:5

**T**

**TABLE** [2] - 11:11, 15:8
**TABLET** [1] - 64:7
**TACKLE** [2] - 7:5, 7:24
**TAD** [1] - 256:11
**TAKE** [46] - 3:13, 4:4, 18:19, 28:15, 29:4, 31:2, 31:12, 45:15, 51:9, 52:4, 54:14, 70:7, 85:5, 86:10, 90:8, 105:20, 107:5, 142:12, 153:13, 158:13, 165:6, 165:7, 165:13,

168:15, 173:11, 179:15, 179:23, 182:1, 184:7, 198:9, 200:7, 201:1, 203:20, 203:25, 224:8, 229:16, 231:7, 240:15, 245:4, 256:18, 256:24, 258:4, 271:12, 272:1, 280:8, 282:3
**TAKEN** [10] - 36:21, 44:25, 85:8, 86:15, 101:5, 107:7, 135:4, 165:16, 168:14, 256:25
**TAKING** [2] - 16:21, 86:2
**TALK** [24] - 5:6, 5:14, 19:11, 22:18, 30:6, 34:21, 44:14, 50:17, 108:17, 108:25, 121:13, 130:12, 136:22, 157:24, 166:7, 229:17, 251:20, 256:21, 260:21, 262:9, 262:10, 270:4, 282:9
**TALKED** [9] - 12:14, 14:19, 15:7, 23:19, 42:4, 266:13, 273:3, 277:6, 277:7
**TALKING** [18] - 35:9, 75:3, 76:7, 118:12, 128:1, 136:23, 138:9, 148:15, 155:4, 168:23, 219:11, 233:23, 235:16, 241:1, 245:7, 245:9, 271:10, 281:24
**TALKS** [4] - 23:4, 191:4, 199:3, 262:11
**TARNISH** [1] - 91:14
**TASK** [1] - 271:24
**TAX** [2] - 25:3, 32:18
**TECHNICAL** [3] - 52:13, 136:20, 151:3
**TECHNICALLY** [1] - 199:3
**TELEPHONE** [6] - 17:25, 49:25, 50:1, 50:4, 67:21, 113:1
**TELL** [48] - 10:13, 12:15, 23:20, 38:25, 39:15, 48:24, 49:22, 60:18, 65:8, 71:16, 71:15, 71:16, 72:7, 79:23, 84:23, 102:21, 110:18,

118:6, 126:7, 133:9, 135:2, 157:14, 157:15, 157:20, 160:15, 167:24, 168:14, 173:10, 175:12, 191:7, 191:18, 200:13, 202:23, 213:2, 221:16, 223:17, 225:14, 226:8, 227:19, 236:22, 241:12, 254:16, 254:22, 255:5, 260:6, 262:12, 262:13, 264:7
**TELLING** [9] - 146:11, 182:13, 187:23, 213:5, 236:17, 239:20, 240:7, 263:22, 264:12
**TEMPORARY** [1] - 276:20
**TEN** [11] - 66:13, 83:2, 85:5, 86:5, 86:7, 86:11, 96:16, 144:9, 256:18, 256:24, 271:22
**TEN-MINUTE** [1] - 83:2
**TEND** [2] - 9:17, 9:18
**TERM** [1] - 179:8
**TERMINATED** [1] - 163:17
**TERMINOLOGY** [2] - 162:9, 259:20
**TERMS** [6] - 13:19, 28:16, 61:11, 75:24, 257:12, 273:16
**TERRIBLY** [1] - 261:23
**TEST** [1] - 268:23
**TESTIFIED** [8] - 182:6, 185:19, 190:10, 234:24, 235:2, 252:18, 260:13, 273:17
**TESTIFY** [13] - 59:24, 147:16, 149:4, 149:11, 161:21, 189:10, 202:16, 202:24, 203:5, 206:12, 206:14, 212:23, 212:24
**TESTIFYING** [3] - 50:24, 192:20, 236:11
**TESTIMONIAL** [1] - 193:24
**TESTIMONY** [38] - 10:7, 35:21, 40:18,

47:13, 60:6, 77:24, 79:3, 86:25, 90:19, 108:2, 142:8, 165:11, 171:19, 176:2, 187:6, 189:7, 191:17, 196:8, 198:6, 202:20, 202:23, 206:1, 215:21, 223:24, 234:18, 236:15, 236:16, 238:15, 248:12, 250:13, 250:19, 251:1, 251:24, 257:3, 257:9, 259:4, 266:24, 273:13
**TESTS** [1] - 231:7
**TEXT** [15] - 21:5, 38:12, 53:17, 89:3, 112:1, 116:4, 116:7, 116:15, 144:17, 144:21, 147:23, 157:17, 195:20, 196:9
**TEXTED** [2] - 11:9, 89:24
**THAN** [24] - 9:23, 11:23, 18:11, 18:13, 51:5, 83:6, 86:5, 99:15, 127:6, 202:10, 212:3, 214:9, 224:11, 226:13, 229:6, 234:25, 236:10, 239:3, 254:1, 271:2, 271:3, 271:8, 276:12, 278:3
**THANK** [24] - 8:13, 16:18, 36:20, 45:23, 48:8, 86:14, 88:22, 107:6, 111:9, 114:23, 121:3, 156:24, 164:22, 165:4, 165:15, 166:15, 180:16, 194:8, 196:3, 200:20, 206:2, 216:25, 282:12, 283:19
**THANKS** [4] - 58:6, 121:8, 165:3, 279:23
**THAT** [2148] - 3:4, 3:23, 3:25, 4:9, 4:11, 4:17, 4:23, 5:3, 5:6, 5:9, 5:10, 5:16, 5:23, 6:1, 6:2, 6:3, 6:4, 6:5, 6:7, 6:9, 6:11, 6:13, 6:14, 6:15, 6:16, 6:17, 6:18, 6:22, 6:23, 7:3, 7:4,

7:6, 7:7, 7:8, 7:9,
7:11, 7:12, 7:16,
7:17, 7:19, 7:22, 8:1,
8:4, 8:13, 8:14, 8:17,
8:22, 8:23, 8:24,
8:25, 9:1, 9:8, 9:10,
9:13, 9:15, 9:19,
9:20, 10:1, 10:2,
10:4, 10:5, 10:6,
10:7, 10:8, 10:14,
10:17, 10:19, 10:20,
11:2, 11:4, 11:8,
11:9, 11:10, 11:13,
11:18, 11:19, 11:20,
12:6, 12:7, 12:11,
12:12, 12:24, 13:1,
13:3, 13:5, 13:10,
13:11, 13:12, 13:19,
13:20, 13:21, 13:23,
14:1, 14:4, 14:5,
14:7, 14:10, 14:24,
15:2, 15:3, 15:4,
15:8, 15:9, 15:16,
15:17, 15:18, 15:19,
15:20, 16:2, 16:3,
16:5, 16:21, 17:9,
17:20, 17:21, 17:25,
18:2, 18:16, 18:22,
19:3, 19:12, 19:19,
20:16, 21:1, 21:8,
21:13, 21:14, 21:15,
21:16, 21:18, 21:19,
22:12, 22:13, 22:22,
22:23, 23:1, 23:3,
23:4, 23:5, 23:6,
23:7, 23:8, 23:9,
23:18, 23:21, 24:1,
24:5, 24:8, 24:9,
24:10, 24:11, 24:14,
24:16, 24:18, 24:19,
24:20, 24:21, 25:1,
25:3, 25:9, 25:11,
25:12, 25:17, 25:20,
25:22, 26:6, 26:9,
26:18, 26:23, 26:24,
27:14, 27:17, 27:18,
27:22, 27:23, 28:2,
28:8, 28:10, 28:11,
28:13, 28:16, 28:19,
28:21, 29:4, 29:9,
29:12, 29:20, 29:21,
29:22, 29:25, 30:6,
30:15, 30:16, 31:3,
31:4, 31:6, 31:15,
31:17, 31:18, 31:19,
32:5, 32:7, 32:9,
32:11, 32:16, 32:19,
32:22, 33:12, 33:13,
33:16, 33:17, 33:18,
33:19, 34:13, 34:17,
34:18, 35:2, 35:4,

35:6, 35:11, 35:14,
35:16, 35:21, 35:22,
36:4, 36:5, 36:7,
36:9, 37:7, 37:9,
37:11, 37:14, 37:20,
38:8, 38:13, 38:19,
38:23, 38:25, 39:2,
39:8, 39:11, 39:13,
39:15, 39:16, 39:19,
39:20, 39:21, 39:22,
39:24, 39:25, 40:1,
40:3, 40:4, 40:6,
40:10, 40:14, 40:19,
40:21, 40:22, 40:25,
41:1, 41:3, 41:8,
41:9, 41:11, 41:12,
41:15, 41:23, 41:24,
42:1, 42:5, 42:6,
42:7, 42:9, 42:11,
42:12, 42:15, 42:16,
42:17, 42:18, 42:20,
42:24, 43:2, 43:3,
43:4, 43:7, 43:12,
43:13, 43:15, 43:19,
43:21, 43:22, 44:12,
44:13, 44:16, 44:19,
44:20, 44:24, 44:25,
45:2, 45:8, 45:12,
45:14, 45:16, 46:3,
46:7, 46:16, 46:20,
46:22, 47:2, 47:4,
47:9, 47:15, 47:25,
48:12, 48:17, 48:19,
48:22, 48:24, 49:3,
49:4, 49:7, 49:8,
49:12, 49:16, 49:17,
49:20, 49:22, 50:3,
50:4, 50:16, 50:25,
51:6, 51:8, 51:15,
51:22, 51:24, 51:25,
52:4, 52:8, 52:11,
52:14, 52:15, 52:21,
52:24, 53:1, 53:3,
53:8, 53:9, 53:13,
53:14, 53:15, 53:18,
53:20, 53:21, 54:4,
54:5, 55:9, 55:15,
55:17, 55:19, 55:21,
55:23, 55:24, 55:25,
56:2, 56:6, 56:16,
56:25, 57:4, 57:6,
57:12, 57:15, 57:16,
57:20, 58:2, 58:15,
58:19, 58:22, 58:23,
58:24, 59:7, 59:10,
60:4, 60:6, 60:8,
60:10, 60:25, 61:2,
61:7, 61:15, 61:16,
62:5, 62:6, 62:7,
62:9, 62:12, 62:19,
62:20, 62:23, 62:24,

62:25, 63:8, 63:9,
63:13, 63:17, 64:1,
64:6, 64:13, 64:17,
64:21, 64:22, 64:24,
65:1, 65:2, 65:6,
65:8, 65:9, 65:11,
65:13, 65:15, 65:16,
65:21, 65:24, 66:3,
66:4, 66:5, 66:7,
66:8, 66:9, 66:11,
66:16, 66:17, 66:19,
67:1, 67:6, 67:9,
67:11, 68:2, 68:4,
68:5, 68:6, 68:9,
68:14, 68:15, 68:24,
68:25, 69:5, 69:7,
69:15, 69:22, 70:3,
70:7, 70:13, 70:18,
70:20, 70:24, 71:1,
71:8, 71:13, 71:14,
71:19, 71:21, 71:23,
72:1, 72:2, 72:3,
72:4, 72:14, 72:23,
73:9, 73:14, 73:18,
73:21, 73:22, 73:24,
74:1, 74:6, 74:7,
74:17, 74:22, 74:23,
74:25, 75:7, 75:11,
75:12, 75:13, 75:14,
75:18, 75:24, 75:25,
76:1, 76:3, 76:4,
76:9, 77:1, 77:3,
77:4, 77:8, 77:9,
77:10, 77:19, 77:25,
78:5, 78:6, 79:3,
79:4, 79:6, 79:7,
79:10, 79:12, 79:15,
79:17, 79:24, 80:2,
80:6, 80:7, 80:8,
80:9, 80:11, 80:12,
80:15, 80:17, 80:18,
81:2, 81:5, 81:22,
82:3, 82:4, 82:6,
82:8, 82:11, 82:12,
82:13, 82:15, 82:18,
83:4, 83:18, 83:20,
83:24, 84:5, 84:8,
84:11, 84:17, 84:22,
84:23, 85:3, 85:19,
85:24, 85:25, 86:8,
86:9, 87:2, 87:8,
87:11, 87:21, 87:22,
88:3, 88:4, 88:7,
89:8, 89:19, 89:24,
90:2, 90:5, 90:10,
90:12, 90:13, 90:16,
90:17, 90:19, 90:20,
90:24, 91:1, 91:3,
91:6, 91:10, 91:12,
91:13, 91:23, 91:25,
92:7, 92:9, 92:12,

92:17, 92:19, 92:23,
92:25, 93:1, 93:2,
93:8, 93:10, 93:11,
93:25, 94:4, 94:5,
94:6, 94:8, 94:9,
94:10, 94:11, 94:12,
94:13, 94:15, 94:18,
94:19, 94:21, 95:15,
95:24, 96:1, 96:3,
96:5, 96:16, 96:18,
96:23, 96:25, 97:1,
97:3, 97:4, 97:5,
97:7, 97:13, 97:15,
97:22, 97:23, 97:24,
97:25, 98:1, 98:2,
98:5, 98:7, 98:8,
98:11, 98:17, 98:18,
98:19, 99:3, 99:4,
99:5, 99:8, 99:10,
99:13, 99:17, 99:21,
99:23, 100:3, 100:5,
100:6, 100:7, 100:8,
101:1, 101:2, 101:3,
101:4, 101:5, 101:7,
101:8, 101:11,
101:14, 101:17,
101:21, 101:23,
102:6, 102:7,
102:16, 102:21,
102:23, 103:1,
103:2, 103:6,
103:10, 103:17,
103:24, 104:11,
104:12, 104:16,
104:18, 104:20,
104:21, 104:23,
104:24, 105:2,
105:11, 105:12,
105:18, 105:25,
106:4, 106:5, 106:7,
106:8, 106:10,
106:13, 106:14,
106:16, 106:17,
106:20, 107:14,
107:17, 107:22,
107:23, 107:25,
108:2, 108:3, 108:4,
108:11, 108:14,
108:16, 108:21,
108:22, 108:23,
109:1, 109:3, 109:8,
109:9, 109:15,
109:17, 109:18,
109:21, 109:23,
110:1, 110:2, 110:4,
110:8, 110:11,
110:12, 110:14,
110:22, 110:24,
111:1, 111:4, 111:5,
111:20, 111:23,
112:3, 112:5, 112:6,

112:7, 112:8,
112:10, 112:11,
112:15, 112:21,
112:23, 113:2,
113:5, 113:7,
113:22, 113:23,
114:3, 114:4, 114:5,
114:6, 114:17,
114:20, 114:25,
115:5, 115:11,
115:15, 115:16,
115:17, 115:24,
116:3, 117:2,
117:10, 117:11,
117:22, 118:15,
118:19, 118:21,
118:24, 118:25,
119:1, 119:6,
119:13, 119:24,
120:2, 120:3, 120:4,
120:8, 120:14,
120:17, 120:18,
120:23, 121:10,
121:11, 121:13,
121:16, 121:18,
121:20, 121:21,
121:22, 121:24,
122:1, 122:3, 122:6,
122:7, 122:12,
122:17, 122:18,
123:6, 123:11,
123:12, 123:15,
123:16, 123:21,
123:24, 124:1,
124:2, 124:5, 124:7,
124:9, 124:10,
124:11, 124:13,
124:14, 125:2,
125:3, 125:6,
125:13, 125:15,
125:16, 125:18,
125:22, 125:23,
125:25, 126:1,
126:2, 126:5,
126:12, 126:15,
126:18, 126:19,
127:1, 127:5,
127:11, 127:24,
128:12, 128:17,
128:18, 129:3,
129:4, 129:7,
129:14, 129:24,
130:1, 130:7,
130:12, 130:19,
130:24, 130:25,
131:3, 131:7,
131:18, 131:21,
131:23, 131:25,
132:3, 132:5, 132:8,
132:12, 132:16,
132:23, 133:6,

133:21, 133:23,
134:3, 134:4, 134:6,
134:10, 134:13,
134:16, 135:2,
135:3, 135:5, 135:7,
135:24, 136:10,
136:17, 136:18,
138:7, 138:24,
139:13, 139:16,
139:23, 140:2,
140:3, 140:4, 140:7,
140:8, 140:9,
140:14, 140:15,
141:1, 141:2, 141:3,
141:5, 141:6, 141:8,
141:9, 141:10,
141:17, 141:18,
141:19, 141:20,
141:24, 141:25,
142:16, 142:19,
142:24, 142:25,
143:3, 143:6,
143:10, 143:12,
143:17, 144:1,
144:2, 144:7,
144:16, 144:17,
144:19, 144:20,
144:24, 145:2,
145:3, 145:4, 145:5,
145:6, 145:9,
145:18, 145:22,
145:24, 146:6,
146:8, 146:10,
146:11, 146:12,
146:13, 146:18,
146:21, 147:4,
147:10, 147:11,
147:21, 147:24,
148:3, 148:5,
148:18, 148:22,
148:24, 149:6,
149:7, 149:11,
149:17, 149:18,
149:19, 149:20,
150:7, 150:9,
150:10, 150:12,
150:13, 150:18,
150:19, 150:21,
150:22, 150:24,
151:2, 151:4, 151:6,
151:10, 151:11,
151:14, 151:15,
151:16, 151:17,
151:22, 151:25,
152:1, 152:5,
152:10, 152:11,
152:19, 152:22,
153:1, 153:4,
153:19, 153:21,
154:18, 154:20,
154:22, 154:23,

155:2, 155:7,
155:14, 155:19,
155:22, 156:3,
156:12, 156:15,
157:1, 157:3, 157:4,
157:6, 157:10,
157:11, 157:16,
157:18, 157:25,
158:2, 158:3, 158:6,
158:7, 158:8,
158:14, 158:20,
158:25, 159:14,
159:16, 159:17,
159:20, 160:3,
160:4, 160:5,
160:11, 160:15,
160:19, 160:22,
161:6, 161:11,
161:13, 161:14,
161:15, 161:17,
161:18, 162:2,
162:7, 162:10,
162:20, 162:21,
162:23, 163:1,
163:2, 164:7, 164:8,
164:11, 165:21,
167:2, 167:8,
167:12, 167:13,
167:22, 167:24,
168:4, 168:5, 168:6,
168:11, 168:13,
168:16, 168:17,
168:19, 168:20,
169:1, 169:5, 169:6,
169:7, 169:9,
169:12, 169:15,
169:17, 170:6,
170:11, 170:14,
170:15, 170:17,
170:18, 170:19,
170:21, 170:24,
171:1, 171:3, 171:4,
171:9, 171:10,
171:15, 171:20,
172:20, 172:24,
173:4, 173:6, 173:7,
173:12, 173:18,
173:20, 173:21,
174:8, 174:10,
174:11, 174:15,
174:22, 175:16,
175:18, 176:3,
176:4, 176:5, 176:8,
176:11, 176:13,
176:16, 176:24,
177:3, 177:9,
177:10, 177:14,
177:17, 177:22,
177:23, 177:25,
178:3, 178:14,
178:19, 179:1,

179:2, 179:3, 179:4,
179:10, 179:24,
180:1, 181:14,
181:21, 182:3,
182:4, 182:5, 182:6,
182:7, 182:10,
182:11, 182:12,
182:13, 182:17,
182:18, 182:20,
182:21, 182:22,
183:3, 183:4, 183:5,
183:9, 183:10,
183:12, 183:16,
183:21, 184:7,
184:9, 184:11,
184:19, 184:20,
184:21, 184:22,
184:23, 185:5,
185:17, 185:19,
185:20, 185:24,
186:8, 186:10,
186:13, 186:19,
186:20, 186:22,
186:25, 187:2,
187:6, 187:11,
187:12, 188:6,
188:9, 188:10,
188:13, 188:14,
188:18, 188:19,
188:20, 188:21,
188:22, 188:23,
188:24, 188:25,
189:4, 189:7,
189:15, 189:16,
189:17, 189:20,
189:23, 189:24,
189:25, 190:1,
190:5, 190:7,
190:10, 190:11,
190:14, 190:20,
190:21, 190:22,
190:24, 191:1,
191:4, 191:5, 191:8,
191:11, 191:14,
191:18, 192:1,
192:4, 192:7, 192:8,
192:13, 192:14,
192:15, 192:16,
192:22, 192:23,
193:7, 193:8,
193:14, 193:15,
194:11, 194:14,
194:16, 194:18,
194:19, 194:24,
195:9, 195:12,
195:15, 195:22,
195:23, 195:24,
195:25, 196:6,
196:7, 196:10,
196:12, 196:13,
196:15, 196:17,

196:18, 196:20,
196:21, 196:22,
196:23, 196:24,
197:1, 197:5,
197:10, 197:17,
197:19, 197:23,
197:25, 198:1,
198:2, 198:10,
198:19, 198:22,
199:1, 199:2, 199:4,
199:14, 200:1,
200:4, 200:5, 200:6,
200:7, 200:9,
200:13, 200:16,
200:19, 201:3,
201:4, 201:12,
201:16, 201:18,
201:20, 201:22,
201:23, 202:7,
202:9, 202:11,
202:19, 203:3,
203:6, 203:7,
203:11, 203:13,
203:20, 203:25,
204:1, 204:19,
205:4, 205:6, 205:7,
205:8, 205:11,
205:12, 205:13,
205:18, 205:20,
206:3, 206:7, 206:8,
206:18, 207:5,
207:10, 207:13,
207:17, 207:18,
207:19, 207:22,
208:2, 208:4, 208:5,
208:6, 208:7,
208:10, 208:16,
208:22, 209:2,
209:5, 209:9,
209:12, 209:19,
209:23, 209:24,
209:25, 210:2,
210:4, 210:7,
210:10, 210:12,
210:16, 210:17,
210:18, 210:21,
211:1, 211:5, 211:7,
211:8, 211:9,
211:12, 211:15,
211:16, 211:18,
211:20, 211:23,
211:24, 211:25,
212:5, 212:9,
212:12, 212:13,
212:14, 212:16,
212:18, 212:19,
212:20, 212:24,
213:2, 213:3, 213:5,
213:6, 213:9,
213:10, 213:11,
213:13, 213:14,

213:20, 213:21,
213:23, 213:25,
214:1, 214:2, 214:3,
214:4, 214:5,
214:11, 214:12,
214:17, 214:18,
214:20, 214:25,
215:3, 215:4, 215:6,
215:9, 215:10,
215:11, 215:13,
215:17, 215:19,
215:21, 215:22,
215:24, 216:1,
216:3, 216:5, 216:6,
216:7, 216:11,
216:12, 216:15,
216:16, 216:17,
216:20, 217:5,
217:9, 217:10,
217:11, 217:17,
217:21, 217:23,
217:25, 218:13,
218:17, 220:9,
220:13, 220:22,
220:23, 221:6,
221:19, 222:17,
222:18, 222:19,
223:8, 223:10,
223:16, 223:17,
223:22, 223:24,
224:2, 224:13,
224:16, 224:18,
224:19, 224:21,
224:22, 224:25,
225:1, 225:7, 225:8,
225:12, 225:17,
225:19, 225:20,
226:4, 226:9,
226:10, 226:13,
226:17, 226:19,
226:20, 226:24,
227:1, 227:8,
227:10, 227:15,
227:18, 227:22,
228:2, 228:7, 228:9,
228:11, 228:15,
228:17, 228:20,
228:21, 228:22,
229:5, 229:7, 229:9,
229:11, 229:22,
229:24, 230:1,
230:2, 230:5, 230:7,
230:10, 230:11,
230:20, 230:24,
231:2, 231:9,
231:13, 231:15,
231:16, 232:1,
232:3, 232:4, 232:6,
232:8, 232:13,
232:15, 232:21,
233:1, 233:5, 233:6,

233:7, 233:11,
233:13, 233:17,
233:19, 233:20,
233:21, 233:24,
233:25, 234:12,
234:16, 234:19,
235:3, 235:10,
235:13, 235:15,
235:17, 235:19,
235:21, 235:22,
235:24, 236:2,
236:5, 236:7, 236:9,
236:12, 236:19,
236:23, 236:25,
237:3, 237:13,
237:16, 237:19,
237:20, 237:24,
238:2, 238:4, 238:9,
238:16, 238:17,
238:20, 238:24,
239:1, 239:3, 239:5,
239:8, 239:11,
239:13, 239:15,
239:16, 239:20,
239:21, 239:22,
239:25, 240:5,
240:6, 240:10,
240:11, 240:16,
240:19, 240:20,
240:22, 240:24,
241:3, 241:4, 241:5,
241:8, 241:10,
241:14, 241:15,
241:16, 241:18,
241:20, 242:1,
242:2, 242:7, 242:9,
242:11, 242:14,
242:18, 242:20,
242:22, 242:23,
243:1, 243:2, 243:4,
243:6, 243:7,
243:11, 243:13,
243:17, 243:18,
243:19, 243:21,
243:24, 244:2,
244:8, 244:17,
244:19, 244:21,
244:22, 244:24,
245:2, 245:5,
245:14, 245:20,
245:21, 245:24,
246:4, 246:6, 246:9,
246:12, 246:23,
247:2, 247:6, 247:8,
247:11, 247:13,
247:14, 247:15,
247:23, 248:4,
248:5, 248:6,
248:11, 248:13,
248:19, 248:20,
248:25, 249:2,

249:3, 249:5,
249:10, 249:11,
249:16, 249:17,
249:22, 249:24,
249:25, 250:2,
250:5, 250:9,
250:10, 250:13,
250:14, 250:19,
250:21, 250:23,
250:24, 251:2,
251:4, 251:5, 251:6,
251:7, 251:8,
251:11, 251:15,
251:22, 251:24,
251:25, 252:6,
252:18, 252:20,
252:21, 252:22,
253:1, 253:2,
253:13, 253:18,
253:19, 253:22,
253:23, 253:24,
253:25, 254:1,
254:3, 254:5, 254:8,
254:9, 255:1, 255:2,
255:10, 255:12,
255:19, 255:20,
256:1, 256:2, 256:3,
256:5, 256:8, 256:9,
256:13, 256:16,
256:21, 257:8,
257:9, 257:12,
257:16, 257:17,
257:18, 257:21,
257:23, 257:24,
258:5, 258:6, 258:7,
258:9, 258:10,
258:11, 258:12,
258:13, 258:14,
258:18, 258:19,
258:21, 258:22,
258:23, 259:4,
259:7, 259:8, 259:9,
259:15, 259:16,
259:19, 259:23,
260:1, 260:2, 260:3,
260:6, 260:7, 260:8,
260:9, 260:10,
260:11, 260:13,
260:17, 260:18,
260:21, 260:25,
261:5, 261:7, 261:8,
261:10, 261:13,
261:16, 261:19,
261:22, 261:24,
262:3, 262:7,
262:13, 262:14,
262:15, 262:17,
262:19, 262:21,
263:1, 263:4,
263:14, 263:15,
263:17, 263:21,

263:23, 263:24,
264:1, 264:4, 264:7,
264:9, 264:12,
264:13, 264:14,
264:16, 265:2,
265:3, 265:5, 265:8,
265:9, 265:10,
265:13, 265:14,
265:19, 265:21,
266:3, 266:11,
266:15, 266:18,
266:20, 266:22,
266:23, 266:24,
266:25, 267:6,
267:7, 267:11,
267:19, 268:1,
268:5, 268:8,
268:12, 268:14,
268:15, 268:17,
268:20, 268:23,
268:24, 269:2,
269:4, 269:7, 269:9,
269:20, 269:23,
269:25, 270:1,
270:3, 270:4, 270:5,
270:12, 270:17,
271:6, 271:10,
271:11, 271:18,
272:2, 272:11,
272:12, 272:16,
272:18, 272:19,
272:20, 272:22,
272:23, 273:1,
273:6, 273:9,
273:12, 273:13,
273:15, 273:17,
273:18, 273:22,
273:23, 273:24,
274:1, 274:2, 274:5,
274:7, 274:11,
274:15, 274:21,
274:23, 275:2,
275:13, 275:14,
275:17, 275:19,
275:25, 276:12,
276:13, 276:14,
276:18, 276:19,
276:22, 276:23,
277:6, 277:9,
277:12, 277:14,
277:24, 278:1,
278:3, 278:4, 278:5,
278:6, 278:12,
278:17, 278:18,
278:21, 278:22,
279:1, 279:7,
279:14, 279:20,
280:1, 280:3,
280:12, 280:15,
280:19, 280:20,
280:21, 280:22,

280:23, 281:11,
281:13, 281:21,
281:22, 282:4,
282:7, 282:17,
282:18, 282:24,
282:25, 283:1,
283:5, 283:7, 283:8,
283:9, 283:10,
283:11, 283:12,
283:15, 283:16,
283:17, 284:1
**THAT'S** [27] - 4:24,
5:1, 10:6, 21:18,
40:10, 40:23, 42:19,
49:6, 56:8, 56:11,
61:21, 66:4, 71:2,
73:19, 90:22,
102:15, 128:2,
180:19, 187:25,
193:4, 202:12,
203:1, 237:22,
244:11, 245:16,
262:3, 283:13
**THE** [2441] - 1:1, 1:1,
1:16, 2:8, 3:1, 3:6,
3:7, 3:9, 3:11, 3:13,
3:20, 3:23, 3:24,
3:25, 4:8, 4:9, 4:14,
4:17, 4:18, 5:2, 5:5,
5:6, 5:7, 5:8, 5:10,
5:13, 5:14, 5:15,
5:18, 5:19, 5:20,
5:21, 5:22, 6:3, 6:4,
6:5, 6:6, 6:7, 6:10,
6:23, 7:3, 7:10, 7:12,
7:13, 7:16, 7:18,
7:19, 7:24, 8:2, 8:3,
8:14, 8:17, 8:19,
8:21, 8:22, 8:25, 9:6,
9:10, 9:12, 9:15,
9:16, 9:19, 9:20,
9:24, 9:25, 10:3,
10:7, 10:9, 10:11,
10:12, 10:16, 10:17,
10:19, 10:24, 11:2,
11:4, 11:6, 11:7,
11:9, 11:11, 11:12,
11:13, 11:14, 11:19,
11:24, 12:9, 12:10,
12:11, 12:12, 12:13,
12:17, 12:19, 12:25,
13:1, 13:3, 13:5,
13:8, 13:9, 13:16,
13:18, 13:21, 13:23,
13:25, 14:2, 14:4,
14:9, 14:12, 14:13,
14:14, 14:15, 14:17,
14:21, 14:22, 14:23,
14:24, 14:25, 15:4,
15:5, 15:6, 15:7,
15:8, 15:10, 15:11,

15:13, 15:14, 15:15,
15:16, 15:17, 15:19,
15:20, 15:25, 16:4,
16:5, 16:10, 16:14,
16:17, 16:20, 16:21,
16:24, 17:2, 17:8,
17:9, 17:10, 17:12,
17:14, 17:16, 18:1,
18:2, 18:5, 18:6,
18:10, 18:11, 18:14,
19:1, 19:3, 19:4,
19:14, 19:18, 19:21,
20:1, 20:2, 20:13,
20:21, 20:24, 20:25,
21:3, 21:16, 21:20,
21:21, 21:22, 22:6,
22:8, 22:9, 22:25,
23:1, 23:5, 23:6,
23:8, 23:13, 23:17,
23:18, 23:19, 23:21,
23:22, 23:25, 24:11,
24:13, 24:18, 24:19,
24:22, 24:24, 25:6,
25:9, 25:10, 25:12,
25:13, 25:15, 25:17,
25:18, 25:21, 26:4,
26:7, 26:16, 26:17,
26:18, 26:21, 26:25,
27:1, 27:2, 27:8,
27:9, 27:13, 27:16,
27:22, 27:24, 28:2,
28:8, 28:9, 28:15,
28:17, 28:19, 28:20,
28:21, 28:22, 28:24,
28:25, 29:2, 29:3,
29:8, 29:9, 29:12,
29:14, 29:15, 29:18,
29:19, 29:20, 29:24,
30:3, 30:4, 30:8,
30:11, 30:12, 30:13,
30:14, 30:15, 30:16,
30:18, 30:21, 30:25,
31:5, 31:6, 31:8,
31:10, 31:13, 31:16,
31:19, 31:21, 31:23,
31:25, 32:3, 32:11,
32:13, 32:14, 32:20,
32:25, 33:1, 33:3,
33:8, 33:14, 33:19,
33:21, 34:1, 34:2,
34:7, 34:10, 34:11,
34:12, 34:19, 34:20,
34:22, 34:25, 35:9,
35:14, 35:20, 35:22,
35:23, 36:1, 36:4,
36:13, 36:18, 36:19,
36:22, 36:24, 37:5,
37:8, 37:10, 37:11,
37:13, 37:15, 37:18,
37:22, 37:24, 37:25,
38:1, 38:12, 38:13,

38:17, 38:21, 39:2,
39:3, 39:4, 39:5,
39:7, 39:8, 39:10,
39:11, 39:12, 39:14,
39:20, 39:24, 39:25,
40:4, 40:9, 40:10,
40:13, 40:15, 40:17,
40:19, 40:20, 40:21,
41:5, 41:6, 41:13,
41:15, 41:18, 41:19,
42:5, 42:7, 42:9,
42:10, 42:11, 42:12,
42:15, 43:6, 43:10,
43:14, 43:16, 44:4,
44:10, 44:19, 44:24,
45:4, 45:7, 45:8,
45:13, 45:17, 45:19,
46:3, 46:7, 46:10,
46:19, 46:21, 47:3,
47:5, 47:7, 47:8,
47:11, 47:16, 47:19,
47:20, 47:21, 47:22,
47:23, 47:24, 48:2,
48:6, 48:7, 48:22,
49:2, 49:8, 49:22,
49:23, 50:4, 50:16,
50:21, 51:4, 51:8,
51:11, 51:13, 51:22,
51:23, 51:25, 52:15,
52:18, 52:19, 53:2,
53:3, 53:4, 53:6,
53:18, 53:22, 53:23,
53:24, 54:1, 54:4,
54:6, 54:7, 54:9,
54:10, 54:12, 54:15,
54:16, 55:1, 55:8,
55:9, 55:14, 55:15,
55:19, 55:21, 55:22,
55:25, 56:8, 56:9,
56:11, 56:13, 56:19,
56:21, 57:1, 57:3,
57:10, 57:11, 57:16,
57:19, 57:25, 58:3,
58:19, 58:20, 59:9,
59:15, 59:18, 59:20,
59:21, 59:23, 59:24,
60:4, 60:10, 60:13,
60:20, 60:21, 60:23,
61:2, 61:3, 61:6,
61:8, 61:9, 61:14,
61:18, 61:20, 62:10,
62:14, 62:19, 62:20,
62:23, 62:24, 62:25,
63:10, 63:16, 63:18,
63:24, 64:4, 64:5,
64:10, 64:11, 64:13,
64:14, 64:18, 64:19,
64:22, 65:3, 65:9,
65:11, 65:12, 65:18,
66:1, 66:3, 66:16,
66:17, 66:24, 67:1,

67:3, 67:5, 67:8,
67:18, 67:22, 67:24,
68:6, 68:7, 68:15,
68:16, 68:19, 68:23,
69:2, 69:4, 69:6,
69:14, 69:22, 69:25,
70:10, 70:15, 70:16,
70:18, 70:20, 70:23,
71:2, 71:3, 71:5,
71:13, 71:16, 71:17,
71:18, 72:8, 72:23,
72:25, 73:4, 73:5,
73:10, 73:16, 73:17,
73:19, 73:23, 74:2,
74:4, 74:10, 74:11,
74:12, 74:13, 74:14,
74:16, 74:19, 74:21,
74:25, 75:4, 75:5,
75:6, 75:7, 75:10,
75:12, 75:13, 75:14,
75:16, 75:21, 75:22,
75:23, 75:25, 76:1,
76:5, 76:13, 76:17,
76:18, 76:22, 76:23,
77:1, 77:2, 77:6,
77:8, 77:9, 77:11,
77:15, 77:23, 78:1,
78:2, 78:3, 78:6,
78:12, 78:16, 78:21,
79:6, 79:10, 79:15,
79:20, 79:22, 79:23,
79:25, 80:3, 80:8,
80:17, 80:20, 81:1,
81:7, 81:12, 81:15,
82:1, 82:5, 82:10,
82:12, 82:15, 82:16,
82:19, 82:23, 83:4,
83:9, 83:15, 83:21,
83:23, 83:24, 84:4,
84:10, 84:14, 84:17,
84:22, 84:24, 85:1,
85:2, 85:4, 85:6,
85:9, 85:11, 85:15,
85:18, 85:22, 85:24,
86:1, 86:3, 86:9,
86:16, 86:17, 86:18,
86:25, 87:1, 87:18,
87:24, 88:3, 88:5,
88:7, 88:10, 88:11,
88:12, 88:13, 88:18,
88:22, 88:23, 89:1,
89:11, 89:13, 89:18,
89:21, 89:22, 89:24,
89:25, 90:2, 90:5,
90:9, 90:13, 90:14,
90:15, 90:18, 90:20,
90:21, 90:22, 90:23,
91:3, 91:6, 91:10,
91:12, 91:19, 92:4,
92:9, 92:14, 92:18,
92:21, 93:1, 93:5,

93:12, 93:22, 94:5,
94:8, 94:15, 94:16,
94:17, 94:20, 95:9,
95:10, 95:11, 95:16,
95:20, 96:1, 96:2,
96:13, 96:14, 96:17,
96:22, 97:3, 97:6,
97:13, 97:16, 97:18,
97:24, 98:4, 98:7,
98:9, 98:13, 98:15,
98:16, 98:23, 98:25,
99:1, 99:2, 99:3,
99:11, 99:16, 99:17,
99:18, 99:19, 99:20,
99:21, 99:22, 99:25,
100:5, 100:7, 100:8,
100:17, 100:20,
100:23, 101:4,
101:11, 101:17,
101:19, 101:21,
101:25, 102:2,
102:3, 102:4, 102:6,
102:7, 102:13,
102:16, 102:21,
102:22, 103:11,
103:12, 103:15,
103:25, 104:6,
104:12, 104:25,
105:1, 105:6,
105:15, 106:3,
106:4, 106:5, 106:8,
106:9, 106:13,
106:17, 106:19,
106:24, 107:1,
107:4, 107:5, 107:6,
107:8, 107:9,
107:13, 107:20,
107:24, 108:4,
108:9, 108:10,
108:13, 108:14,
108:16, 108:20,
108:21, 109:2,
109:4, 109:5, 109:6,
109:24, 110:4,
110:8, 110:10,
110:11, 110:13,
110:15, 110:16,
110:18, 110:19,
110:21, 110:25,
111:3, 111:6,
111:20, 112:5,
112:6, 112:8,
112:10, 112:13,
112:15, 112:20,
112:21, 113:1,
113:2, 113:3, 113:8,
113:14, 113:16,
113:17, 113:18,
113:20, 113:23,
113:24, 113:25,
114:3, 114:5, 114:9,

114:10, 114:13,
114:16, 114:18,
114:20, 114:24,
114:25, 115:5,
115:13, 115:16,
115:20, 115:23,
115:25, 116:10,
116:22, 116:25,
117:3, 117:4, 117:8,
117:12, 117:13,
117:20, 117:21,
117:23, 117:25,
118:1, 118:6, 118:8,
118:10, 118:16,
118:19, 119:8,
119:19, 119:20,
119:21, 119:22,
120:2, 120:5, 120:9,
120:10, 120:11,
120:13, 120:14,
120:16, 120:22,
120:23, 121:1,
121:5, 121:8,
121:10, 121:11,
121:20, 121:21,
121:23, 122:3,
122:9, 122:13,
122:17, 122:19,
123:2, 123:3, 123:5,
123:8, 123:9,
123:13, 123:15,
123:20, 123:21,
123:22, 124:1,
124:2, 124:3, 124:4,
124:5, 124:7,
124:12, 124:21,
124:23, 124:24,
125:7, 125:12,
125:13, 125:14,
125:17, 125:19,
126:1, 126:2, 126:5,
126:7, 126:8,
126:10, 126:11,
126:12, 126:14,
126:15, 126:19,
126:24, 126:25,
127:14, 127:18,
127:21, 127:25,
128:1, 128:2, 128:3,
128:7, 128:9, 129:5,
129:7, 129:12,
129:17, 129:19,
129:22, 129:23,
130:1, 130:5, 130:8,
130:11, 130:15,
130:16, 130:17,
130:22, 131:1,
131:5, 131:9,
131:12, 131:14,
131:19, 131:20,
132:6, 132:9,

132:16, 132:20,
132:23, 133:11,
133:15, 133:19,
133:21, 133:23,
133:24, 134:3,
134:6, 134:17,
134:19, 134:23,
135:4, 135:9,
135:13, 135:15,
135:16, 135:18,
135:19, 136:8,
136:14, 136:21,
136:24, 137:1,
137:2, 137:4, 137:9,
137:11, 137:12,
137:22, 138:3,
138:4, 138:7,
138:12, 138:15,
138:19, 138:23,
138:25, 139:3,
139:8, 139:10,
139:17, 139:21,
139:25, 140:1,
140:4, 140:13,
140:16, 141:5,
141:7, 141:13,
141:14, 141:23,
142:2, 142:6,
142:12, 142:17,
142:21, 142:24,
142:25, 143:7,
143:11, 143:15,
143:18, 143:20,
143:24, 143:25,
144:1, 144:6, 144:8,
144:9, 144:13,
144:15, 144:17,
144:18, 144:19,
144:25, 145:1,
145:5, 145:6, 145:7,
145:8, 145:11,
145:13, 145:15,
145:22, 145:23,
145:25, 146:5,
146:11, 147:2,
147:3, 147:15,
147:22, 148:12,
148:16, 148:19,
148:21, 149:2,
149:6, 149:8,
149:12, 149:24,
150:2, 150:8,
150:14, 150:20,
150:25, 151:2,
151:16, 151:17,
151:19, 151:20,
151:21, 151:24,
151:25, 152:1,
152:2, 152:6, 152:8,
152:9, 152:10,
152:12, 152:15,

152:17, 152:21,
152:25, 153:3,
153:5, 153:6, 153:7,
153:10, 153:12,
153:14, 153:17,
153:21, 153:24,
153:25, 154:1,
154:7, 154:11,
154:18, 154:22,
154:23, 154:24,
155:1, 155:2, 155:3,
155:7, 155:8,
155:14, 155:16,
155:21, 156:1,
156:6, 156:11,
156:14, 156:17,
156:18, 156:19,
156:23, 157:8,
157:9, 157:11,
157:12, 157:19,
157:21, 157:22,
158:4, 158:12,
158:18, 158:22,
159:6, 159:9,
159:20, 159:21,
159:22, 159:25,
160:8, 160:16,
160:17, 160:18,
160:21, 160:23,
161:3, 161:6,
161:12, 161:15,
161:18, 161:20,
161:21, 161:24,
162:2, 162:3, 162:7,
162:11, 162:13,
162:22, 162:23,
163:1, 163:10,
163:21, 164:1,
164:6, 164:8,
164:12, 164:14,
164:19, 164:20,
164:24, 165:2,
165:6, 165:17,
165:22, 165:23,
166:10, 166:11,
166:12, 166:14,
166:21, 166:24,
167:6, 167:10,
167:12, 167:17,
167:22, 167:23,
167:25, 168:2,
168:5, 168:10,
168:12, 168:14,
168:17, 168:24,
169:2, 169:6, 169:7,
169:8, 169:9,
169:14, 169:16,
169:19, 169:21,
169:22, 170:1,
170:3, 170:5,
170:10, 170:20,

171:5, 171:7, 171:8,
171:10, 171:11,
171:12, 171:16,
172:3, 172:7,
172:12, 172:13,
172:15, 172:20,
172:25, 173:2,
173:3, 173:4, 173:5,
173:14, 173:16,
173:18, 173:20,
173:21, 173:24,
174:3, 174:5,
174:13, 174:21,
175:2, 175:5, 175:6,
175:8, 175:12,
175:13, 175:15,
176:1, 176:2, 176:3,
176:4, 176:7, 176:9,
176:10, 176:11,
176:12, 176:13,
176:14, 176:17,
176:19, 176:24,
176:25, 177:11,
178:3, 178:7,
178:13, 178:21,
178:23, 178:25,
179:6, 179:8, 179:9,
179:11, 179:14,
179:18, 180:1,
180:6, 180:9,
180:12, 180:16,
180:19, 180:22,
180:23, 181:5,
181:15, 181:20,
181:21, 181:22,
181:23, 182:1,
182:2, 182:4,
182:10, 182:14,
182:16, 182:18,
182:19, 182:23,
183:7, 183:9,
183:11, 183:12,
183:20, 183:23,
184:5, 184:7,
184:22, 184:25,
185:1, 185:11,
185:13, 185:14,
185:15, 185:19,
185:20, 185:21,
185:24, 186:9,
186:15, 186:18,
186:21, 187:11,
187:15, 187:16,
187:19, 187:22,
187:24, 188:1,
188:3, 188:10,
188:11, 188:12,
188:19, 188:21,
189:2, 189:6, 189:8,
189:11, 189:12,
189:19, 189:24,

189:25, 190:1,
190:3, 190:12,
190:14, 190:17,
190:20, 190:21,
190:23, 190:25,
191:8, 191:14,
191:16, 191:17,
191:20, 191:25,
192:4, 192:6,
192:10, 192:12,
192:13, 192:14,
192:17, 192:21,
192:24, 192:25,
193:2, 193:6,
193:10, 193:11,
193:14, 193:17,
193:18, 193:23,
194:2, 194:4,
194:11, 194:12,
194:14, 194:18,
194:19, 195:1,
195:5, 195:12,
195:18, 196:11,
196:12, 196:17,
196:21, 196:23,
196:25, 197:1,
197:6, 197:8,
197:10, 197:13,
197:14, 197:24,
198:13, 198:15,
198:17, 198:18,
198:19, 198:20,
198:22, 198:23,
199:2, 199:4, 199:5,
199:7, 199:9,
199:14, 199:18,
199:20, 200:1,
200:6, 200:8, 200:9,
200:10, 200:13,
200:14, 200:16,
200:17, 200:22,
201:4, 201:6,
201:10, 201:13,
201:16, 201:20,
201:21, 202:1,
202:4, 202:9,
202:12, 202:13,
202:14, 202:19,
202:21, 202:25,
203:4, 203:9,
203:11, 203:15,
203:17, 203:19,
203:22, 203:24,
204:2, 204:4, 204:6,
204:8, 204:10,
204:12, 204:13,
204:15, 204:17,
204:18, 204:22,
205:1, 205:2, 205:6,
205:8, 205:11,
205:15, 205:17,

205:19, 205:23,
206:9, 206:15,
206:17, 206:18,
206:22, 207:4,
207:16, 207:19,
207:25, 208:10,
208:12, 208:24,
209:1, 209:4,
209:14, 209:20,
209:22, 209:24,
209:25, 210:3,
210:5, 210:8,
210:16, 210:21,
210:22, 210:23,
210:25, 211:11,
211:19, 212:1,
212:11, 212:15,
212:18, 212:21,
212:22, 212:25,
213:2, 213:3, 213:4,
213:7, 213:8,
213:15, 213:19,
213:20, 213:22,
213:25, 214:3,
214:5, 214:6,
214:10, 214:11,
214:12, 214:13,
214:14, 214:15,
214:19, 215:5,
215:7, 215:12,
215:15, 215:16,
215:17, 215:20,
215:23, 215:25,
216:1, 216:3, 216:6,
216:12, 216:22,
217:4, 217:9,
217:13, 217:14,
217:16, 217:18,
217:20, 217:22,
217:24, 218:3,
218:4, 218:5, 218:7,
218:10, 218:11,
218:12, 218:15,
218:16, 218:20,
218:23, 218:25,
219:4, 219:9,
219:11, 219:12,
219:13, 219:15,
219:17, 219:19,
219:20, 219:24,
219:25, 220:1,
220:2, 220:3, 220:5,
220:9, 220:12,
220:13, 220:15,
220:16, 220:21,
220:22, 220:23,
220:24, 221:1,
221:2, 221:10,
221:11, 221:12,
221:14, 221:16,
221:18, 221:20,

221:21, 221:23,
221:24, 222:2,
222:5, 222:6, 222:7,
222:11, 222:13,
222:14, 222:17,
222:19, 222:20,
222:22, 223:6,
223:12, 223:15,
223:17, 223:18,
223:25, 224:4,
224:5, 224:7, 224:9,
224:10, 224:14,
224:15, 224:16,
224:19, 224:20,
224:21, 224:23,
225:4, 225:10,
225:14, 225:15,
225:17, 225:20,
226:4, 226:5,
226:12, 226:22,
226:25, 227:4,
227:7, 227:8, 227:9,
227:10, 227:11,
227:12, 227:13,
227:14, 227:18,
227:20, 227:25,
228:2, 228:7, 228:9,
228:12, 228:13,
228:15, 228:16,
229:2, 229:7, 229:9,
229:14, 229:16,
229:17, 230:2,
230:16, 230:17,
230:18, 230:21,
230:25, 231:1,
231:2, 231:4, 231:5,
231:7, 231:10,
231:12, 231:13,
231:17, 231:18,
231:19, 231:21,
232:6, 232:9,
232:17, 232:19,
232:25, 233:3,
233:4, 233:7,
233:10, 233:11,
233:12, 233:14,
233:19, 233:21,
233:24, 233:25,
234:2, 234:5, 234:9,
234:10, 234:17,
234:21, 234:24,
235:7, 235:9,
235:10, 235:11,
235:14, 235:15,
235:19, 235:21,
235:25, 236:2,
236:4, 236:6, 236:8,
236:9, 236:17,
236:21, 236:25,
237:1, 237:4, 237:6,
237:8, 237:11,

237:14, 237:19,
238:5, 238:8, 238:9,
238:11, 238:17,
238:21, 239:3,
239:5, 239:6, 239:8,
239:10, 239:11,
239:18, 239:22,
239:24, 240:1,
240:2, 240:9,
240:11, 240:13,
240:14, 240:17,
240:18, 240:21,
240:22, 240:24,
241:1, 241:11,
241:23, 242:3,
242:7, 242:9,
242:10, 242:12,
242:13, 242:15,
242:17, 242:19,
242:20, 242:23,
243:3, 243:4, 243:5,
243:22, 244:3,
244:6, 244:13,
244:15, 244:16,
244:21, 244:22,
244:25, 245:2,
245:6, 245:7, 245:9,
245:14, 245:16,
245:18, 245:19,
245:20, 245:23,
246:1, 246:6, 246:9,
246:12, 246:13,
246:15, 246:16,
246:19, 246:20,
246:22, 246:23,
247:4, 247:5, 247:6,
247:8, 247:14,
247:16, 247:18,
247:19, 247:21,
247:22, 247:23,
247:24, 248:3,
248:6, 248:9,
248:10, 248:11,
248:12, 248:15,
248:22, 248:24,
249:1, 249:3, 249:5,
249:8, 249:9,
249:11, 249:12,
249:15, 249:17,
249:19, 249:20,
249:21, 249:22,
249:24, 250:1,
250:2, 250:4, 250:7,
250:9, 250:11,
250:12, 250:13,
250:14, 250:18,
250:21, 250:23,
250:25, 251:7,
251:10, 251:11,
251:12, 251:13,
251:16, 251:17,

251:19, 251:22,
252:2, 252:4, 252:5,
252:6, 252:7, 252:8,
252:12, 252:13,
252:19, 252:22,
252:25, 253:1,
253:9, 253:13,
253:16, 253:17,
253:19, 253:20,
253:22, 253:23,
253:24, 253:25,
254:3, 254:5, 254:7,
254:10, 254:11,
254:12, 254:14,
255:4, 255:6,
255:14, 255:15,
255:16, 255:17,
255:25, 256:1,
256:2, 256:7,
256:10, 256:11,
256:16, 256:23,
256:24, 257:1,
257:2, 257:10,
257:11, 257:13,
257:14, 257:16,
257:18, 257:19,
257:21, 257:23,
257:25, 258:1,
258:2, 258:4, 258:5,
258:6, 258:7, 258:8,
258:11, 258:12,
258:13, 258:15,
258:17, 258:18,
258:19, 258:22,
258:25, 259:1,
259:2, 259:8,
259:14, 259:16,
259:22, 259:24,
260:4, 260:8,
260:10, 260:15,
260:18, 260:19,
260:25, 261:1,
261:2, 261:4,
261:11, 261:13,
261:16, 261:17,
261:20, 261:21,
261:22, 261:23,
261:24, 261:25,
262:2, 262:7, 262:9,
262:12, 262:15,
262:16, 262:17,
262:18, 262:19,
262:20, 262:21,
262:22, 262:23,
262:25, 263:2,
263:8, 263:11,
263:12, 263:14,
263:19, 263:21,
263:23, 264:2,
264:4, 264:5, 264:6,
264:8, 264:9,

264:10, 264:15,
264:16, 264:21,
264:22, 264:23,
264:24, 265:4,
265:5, 265:7,
265:11, 265:13,
265:17, 265:19,
265:20, 265:21,
265:22, 265:23,
266:4, 266:5, 266:8,
266:10, 266:11,
266:12, 266:16,
266:18, 266:21,
266:24, 267:1,
267:5, 267:9,
267:10, 267:12,
267:20, 267:24,
268:4, 268:6, 268:8,
268:9, 268:18,
268:19, 268:22,
268:23, 268:25,
269:1, 269:4, 269:6,
269:11, 269:12,
269:15, 269:18,
269:21, 269:22,
269:24, 269:25,
270:3, 270:7,
270:10, 270:11,
270:12, 270:14,
270:19, 270:22,
270:24, 271:1,
271:4, 271:8,
271:15, 271:18,
271:21, 272:1,
272:3, 272:4, 272:9,
272:12, 272:13,
272:15, 272:16,
272:18, 272:19,
272:21, 272:24,
272:25, 273:1,
273:8, 273:9,
273:11, 273:12,
273:17, 273:18,
273:22, 273:24,
273:25, 274:2,
274:5, 274:6,
274:10, 274:11,
274:12, 274:16,
274:17, 274:19,
274:23, 274:24,
275:1, 275:4, 275:7,
275:14, 275:19,
275:22, 275:23,
276:11, 276:12,
276:13, 276:19,
276:22, 276:24,
276:25, 277:2,
277:5, 277:7, 277:8,
277:9, 277:16,
277:17, 277:18,
277:22, 277:23,

277:25, 278:5,
278:8, 278:13,
278:18, 278:21,
278:23, 278:25,
279:1, 279:9,
279:13, 279:15,
279:17, 279:19,
279:21, 279:23,
280:4, 280:5, 280:8,
280:14, 280:17,
280:19, 280:24,
281:1, 281:3, 281:5,
281:8, 281:11,
281:12, 281:18,
281:19, 281:20,
281:21, 281:23,
281:24, 282:1,
282:2, 282:3, 282:8,
282:14, 282:17,
282:19, 282:21,
282:23, 282:25,
283:2, 283:5, 283:8,
283:10, 283:11,
283:13, 283:16,
284:1, 284:2
**THEIR** [27] - 6:5, 6:19,
7:9, 12:4, 154:3,
165:8, 168:19,
174:6, 181:19,
206:7, 213:7,
213:11, 214:1,
223:24, 239:14,
241:16, 241:19,
241:22, 248:18,
261:8, 262:5,
265:18, 269:10,
269:13, 276:16,
276:18, 278:3
**THEM** [154] - 6:4, 6:8,
7:24, 8:19, 8:20, 9:2,
10:5, 10:8, 10:17,
10:21, 11:15, 12:2,
12:3, 12:14, 12:15,
13:13, 13:17, 13:25,
14:1, 14:18, 15:10,
15:24, 16:3, 16:7,
28:17, 59:10, 59:11,
61:5, 61:7, 75:23,
76:2, 89:6, 93:19,
94:16, 96:4, 101:15,
102:4, 102:5, 102:9,
102:14, 114:14,
114:17, 117:16,
119:1, 119:3, 119:4,
120:7, 125:19,
129:9, 137:6,
156:24, 163:20,
167:22, 167:25,
168:3, 168:10,
168:13, 168:21,
171:24, 172:22,

172:24, 173:25,
174:6, 176:11,
177:14, 177:15,
177:16, 182:11,
182:12, 182:16,
182:21, 182:23,
183:2, 195:20,
196:1, 196:7, 197:7,
207:3, 207:4, 207:7,
208:16, 210:1,
210:15, 211:21,
211:22, 212:4,
212:8, 214:2, 214:7,
216:15, 223:19,
223:20, 223:22,
224:3, 225:22,
225:24, 225:25,
226:1, 226:8,
231:11, 234:2,
237:1, 238:4, 238:7,
238:18, 239:13,
239:14, 239:17,
239:18, 239:20,
239:24, 239:25,
240:1, 240:7,
240:10, 241:5,
241:15, 241:20,
242:22, 243:25,
247:6, 248:2,
248:18, 249:13,
250:8, 250:10,
250:12, 250:22,
251:3, 252:16,
253:1, 254:15,
255:22, 257:5,
257:15, 259:16,
259:17, 259:23,
260:14, 263:16,
263:20, 264:7,
264:10, 264:12,
271:3, 278:5, 278:7,
278:14, 279:11
**THEME** [1] - 36:4
**THEMSELVES** [2] -
13:21, 262:9
**THEN** [154] - 3:14,
3:15, 3:24, 4:8, 5:20,
6:10, 9:3, 10:11,
11:23, 14:9, 15:13,
16:6, 16:13, 17:20,
19:10, 23:23, 26:19,
28:17, 29:8, 30:6,
38:1, 46:17, 50:11,
50:17, 57:11, 61:22,
62:22, 63:23, 64:16,
68:22, 71:1, 75:9,
75:15, 75:17, 76:1,
77:7, 78:4, 80:11,
83:7, 84:5, 89:4,
91:12, 92:16, 99:12,
104:7, 106:25,

107:20, 108:21,
110:11, 110:14,
110:24, 113:19,
113:20, 113:24,
116:7, 116:9,
116:11, 116:15,
116:22, 117:1,
118:18, 118:22,
124:20, 125:5,
125:11, 131:4,
132:14, 134:1,
134:7, 135:16,
136:5, 138:21,
140:5, 140:9,
141:14, 144:16,
150:13, 151:14,
153:10, 154:20,
154:24, 155:1,
155:21, 156:5,
156:18, 157:17,
158:13, 165:12,
166:1, 166:4,
170:14, 175:3,
177:25, 179:15,
180:18, 183:23,
193:8, 194:6,
198:14, 201:9,
201:15, 201:19,
203:2, 203:4,
205:17, 205:23,
205:25, 207:14,
207:15, 207:19,
207:20, 208:1,
208:4, 208:23,
209:12, 210:14,
211:16, 212:1,
215:20, 221:5,
224:5, 225:17,
226:8, 230:23,
234:6, 236:18,
239:10, 239:25,
243:5, 246:16,
247:19, 247:20,
250:12, 251:21,
252:3, 252:7,
252:11, 252:25,
255:11, 256:21,
261:14, 263:21,
266:1, 268:3,
268:22, 269:19,
274:12, 278:12,
279:16, 279:18,
281:18, 282:7, 283:8
**THEORY** [1] - 273:5
**THERE** [287] - 3:15,
4:24, 5:16, 5:23,
5:25, 6:1, 7:4, 7:6,
7:15, 7:22, 7:25,
9:20, 11:5, 11:8,
11:25, 14:7, 14:8,
15:9, 15:11, 15:12,

19:4, 21:23, 21:25,
22:13, 22:21, 23:1,
23:4, 24:20, 25:16,
26:19, 27:3, 27:11,
27:14, 32:20, 33:5,
33:23, 35:2, 35:4,
35:12, 36:6, 36:8,
36:9, 37:25, 38:1,
39:4, 39:15, 39:19,
40:14, 42:2, 42:6,
44:5, 44:7, 44:17,
46:13, 46:15, 47:10,
47:12, 47:19, 47:20,
48:3, 49:11, 50:12,
52:1, 52:21, 53:1,
53:5, 54:22, 57:15,
58:22, 58:23, 59:25,
62:12, 62:22, 64:10,
67:12, 67:13, 68:1,
68:5, 69:18, 69:19,
71:13, 71:20, 71:25,
73:14, 74:7, 74:23,
76:1, 77:5, 79:7,
79:8, 81:4, 82:17,
87:17, 91:20, 91:24,
93:8, 95:15, 96:5,
96:8, 97:3, 97:9,
98:8, 101:2, 101:4,
103:1, 107:9,
107:14, 107:21,
107:23, 109:11,
109:12, 109:20,
110:8, 111:2,
112:17, 112:19,
112:20, 112:22,
115:24, 116:3,
116:6, 116:22,
118:21, 119:24,
120:14, 120:24,
121:19, 121:21,
124:1, 124:6,
124:13, 124:15,
125:5, 128:1, 128:2,
130:12, 131:25,
132:4, 132:18,
132:20, 134:10,
138:2, 138:10,
141:9, 143:2, 147:4,
147:5, 150:18,
150:19, 150:22,
154:19, 168:4,
169:15, 170:17,
170:22, 171:3,
171:19, 174:10,
175:25, 176:13,
177:18, 177:23,
178:8, 178:14,
179:4, 180:11,
180:13, 180:25,
181:21, 182:3,
182:7, 182:8,

182:10, 182:11,
183:15, 185:14,
186:19, 186:22,
188:12, 189:4,
190:4, 190:16,
192:1, 195:9,
195:11, 196:17,
200:16, 202:21,
203:2, 207:8,
207:13, 208:18,
208:19, 208:21,
209:6, 209:10,
209:16, 209:17,
210:5, 210:10,
213:14, 214:8,
214:24, 215:18,
216:7, 216:12,
218:8, 220:21,
221:19, 222:3,
225:24, 228:8,
228:14, 230:3,
231:16, 235:2,
237:15, 237:23,
238:24, 239:16,
239:23, 240:9,
240:10, 240:17,
240:21, 240:23,
241:2, 241:9, 242:5,
251:8, 252:15,
252:16, 254:18,
255:6, 256:13,
257:22, 259:4,
259:6, 259:9,
259:11, 259:12,
259:25, 260:8,
260:14, 261:6,
261:12, 261:25,
262:20, 264:1,
264:12, 265:23,
266:11, 266:15,
266:22, 266:23,
269:2, 269:23,
270:5, 270:14,
270:17, 271:15,
273:13, 274:20,
275:12, 275:13,
275:24, 275:25,
277:9, 277:20,
280:11, 280:16,
281:17, 282:4,
282:7, 282:15
**THERE'S** [15] - 5:24,
8:13, 13:2, 29:24,
41:20, 46:13, 64:9,
65:20, 77:8, 77:10,
114:8, 150:17,
154:21, 215:15,
226:25
**THEREAFTER** [3] -
104:1, 187:10,
257:16

**THEREFORE** [3] -
28:6, 247:25, 264:11
**THESE** [34] - 5:18,
6:24, 12:13, 26:9,
26:13, 32:1, 32:16,
56:25, 59:9, 61:2,
75:1, 114:12, 120:4,
123:24, 159:2,
168:8, 203:9, 206:6,
216:16, 218:17,
218:21, 223:23,
227:17, 231:7,
257:4, 263:13,
265:19, 266:9,
268:21, 268:24,
269:18, 271:25,
273:16, 282:19
**THEY** [190] - 8:22,
8:23, 8:24, 10:3,
11:4, 11:6, 11:9,
12:1, 12:13, 12:16,
12:17, 12:20, 12:21,
13:6, 13:10, 13:12,
13:14, 13:25, 14:5,
14:6, 14:7, 14:8,
15:25, 16:12, 16:15,
19:5, 32:2, 39:13,
46:5, 72:1, 79:25,
92:15, 92:20, 93:2,
93:18, 94:25,
107:24, 112:12,
119:5, 119:11,
119:12, 119:14,
119:18, 120:8,
120:17, 120:18,
124:6, 124:16,
124:18, 135:4,
142:21, 152:10,
166:3, 168:13,
168:16, 168:17,
168:22, 172:23,
180:5, 182:16,
182:19, 182:22,
183:3, 186:20,
195:24, 205:23,
207:4, 207:5,
207:15, 207:18,
209:2, 209:4, 209:5,
209:16, 209:19,
209:21, 209:22,
209:23, 210:2,
210:7, 210:11,
210:13, 212:8,
212:18, 213:6,
213:16, 213:19,
214:15, 215:13,
215:15, 215:16,
215:17, 216:6,
221:17, 221:25,
223:21, 224:17,
225:20, 226:4,

226:5, 226:8,
228:10, 229:8,
229:21, 231:13,
232:21, 234:21,
235:3, 235:20,
238:1, 238:18,
239:13, 239:14,
239:15, 239:21,
239:24, 239:25,
242:19, 249:19,
249:22, 249:25,
250:3, 250:7,
250:10, 251:5,
251:6, 251:7, 251:8,
251:9, 251:10,
251:18, 252:10,
255:11, 255:23,
257:19, 258:25,
260:7, 260:15,
260:22, 260:23,
260:25, 261:5,
261:7, 262:1, 262:3,
262:4, 262:9,
262:10, 262:22,
263:16, 264:17,
266:20, 267:25,
269:2, 269:11,
269:13, 270:20,
271:2, 273:9, 275:3,
276:14, 276:17,
277:14, 277:15,
278:1, 278:2, 278:4,
279:11, 283:11
**THEY'RE** [1] - 29:25
**THING** [27] - 12:11,
25:4, 30:8, 47:23,
64:22, 69:2, 73:23,
92:14, 92:18, 94:14,
97:13, 106:4,
122:13, 123:5,
124:1, 136:10,
147:9, 153:6, 153:8,
188:21, 222:13,
250:2, 262:15,
263:14, 276:11,
276:20, 280:8
**THINGS** [47] - 7:20,
10:15, 12:19, 15:18,
15:19, 25:9, 28:2,
28:3, 29:24, 32:17,
35:14, 36:7, 45:5,
52:11, 73:7, 75:25,
77:3, 82:8, 83:17,
94:23, 96:3, 105:24,
107:25, 117:6,
118:13, 125:5,
147:9, 148:22,
160:11, 161:15,
162:11, 169:5,
171:13, 176:18,
239:21, 248:8,

250:21, 252:15,
263:5, 269:17,
271:3, 271:25,
273:4, 277:21,
281:13, 281:19,
282:2
**THINK** [149] - 4:17,
4:21, 6:22, 7:17,
7:19, 7:22, 7:23, 8:6,
8:9, 8:13, 11:5,
11:10, 12:19, 14:10,
14:13, 15:19, 16:2,
28:1, 30:17, 34:1,
34:2, 34:12, 34:23,
38:8, 42:4, 42:16,
45:6, 50:23, 51:1,
53:2, 57:6, 57:15,
57:17, 60:7, 65:5,
66:10, 70:15, 73:12,
75:16, 75:21, 76:19,
76:25, 84:23, 85:2,
86:9, 86:17, 107:16,
110:19, 115:13,
121:10, 125:15,
125:16, 129:12,
130:14, 131:21,
134:11, 141:9,
147:3, 152:16,
153:12, 157:21,
165:8, 165:19,
165:23, 179:4,
179:10, 183:10,
184:8, 185:19,
185:20, 186:18,
187:11, 193:4,
193:21, 196:5,
197:11, 199:3,
201:11, 202:4,
202:9, 203:24,
206:15, 213:5,
218:15, 218:23,
219:2, 227:19,
227:22, 227:23,
234:5, 236:24,
242:11, 243:17,
243:19, 250:23,
251:13, 252:18,
253:15, 254:23,
258:11, 259:18,
260:1, 260:2,
260:12, 261:5,
262:2, 262:13,
263:10, 265:24,
266:3, 266:17,
267:4, 267:7,
267:11, 268:12,
268:17, 269:1,
269:4, 270:4, 270:6,
270:14, 271:5,
271:7, 271:24,
272:12, 272:16,

272:19, 272:22,
273:11, 274:9,
276:11, 276:13,
276:20, 277:3,
277:11, 278:12,
278:14, 278:17,
280:12, 281:5,
281:11, 281:19,
282:5, 282:7,
282:24, 283:17
**THINKING** [3] - 90:4,
255:10, 280:19
**THINKS** [1] - 32:22
**THIRD** [12] - 33:24,
45:7, 55:8, 96:20,
124:5, 124:23,
125:19, 159:1,
224:9, 224:14,
250:23, 264:22
**THIS** [367] - 3:3, 3:4,
3:12, 4:22, 6:21,
6:25, 8:2, 8:7, 10:12,
11:22, 14:11, 14:14,
17:19, 18:20, 18:24,
19:2, 19:7, 20:7,
20:21, 22:10, 23:13,
23:18, 23:22, 23:23,
23:24, 24:13, 25:10,
25:11, 25:14, 26:3,
26:19, 26:22, 26:23,
27:7, 27:22, 28:16,
28:21, 30:12, 32:6,
32:13, 32:15, 32:19,
32:23, 33:2, 33:15,
34:12, 34:25, 36:6,
36:8, 36:12, 40:12,
41:10, 43:24, 46:4,
48:15, 48:17, 48:19,
48:25, 49:3, 49:4,
49:7, 50:2, 51:18,
51:21, 52:1, 53:2,
54:25, 55:3, 55:17,
55:25, 56:6, 56:19,
56:22, 57:1, 57:4,
57:8, 57:15, 57:17,
58:10, 58:19, 58:25,
59:20, 59:22, 60:1,
60:7, 60:8, 60:13,
60:15, 60:16, 60:18,
61:12, 61:16, 61:20,
62:19, 62:21, 62:22,
63:5, 63:6, 63:18,
64:2, 64:22, 64:23,
65:7, 66:22, 69:20,
69:23, 70:7, 70:21,
72:8, 72:12, 73:4,
73:8, 73:11, 73:15,
74:6, 75:13, 78:14,
81:19, 81:21, 82:1,
82:11, 82:15, 82:18,
83:14, 83:16, 83:24,

84:3, 84:16, 84:21,
85:2, 85:6, 87:4,
87:19, 88:15, 90:12,
90:17, 90:19, 92:13,
93:11, 93:17, 93:20,
94:1, 94:7, 94:12,
95:2, 96:10, 97:15,
101:1, 101:6, 104:5,
104:25, 107:2,
107:18, 108:8,
109:10, 111:22,
112:25, 113:1,
113:4, 115:7,
115:10, 115:19,
116:20, 118:15,
119:1, 119:21,
119:22, 120:22,
121:20, 122:21,
124:14, 124:19,
127:21, 128:3,
128:8, 130:13,
131:10, 132:1,
133:2, 133:11,
133:15, 134:25,
135:21, 136:2,
136:3, 136:9,
136:16, 138:13,
139:6, 139:8,
139:11, 139:12,
139:13, 139:17,
140:10, 142:13,
142:15, 144:6,
144:8, 144:9,
144:10, 144:12,
144:14, 147:10,
147:15, 147:25,
149:3, 153:11,
154:1, 154:6,
154:15, 154:16,
154:17, 155:16,
155:20, 155:24,
156:17, 158:11,
158:24, 160:2,
160:4, 160:9, 163:4,
164:1, 164:12,
164:18, 165:9,
165:10, 167:14,
169:14, 170:24,
174:20, 175:11,
175:17, 180:6,
181:9, 183:7,
183:19, 184:2,
184:4, 185:6,
185:15, 186:6,
186:7, 186:12,
187:16, 187:22,
188:15, 188:17,
188:25, 189:17,
190:3, 190:10,
190:13, 191:7,
191:10, 192:12,

193:8, 193:18,
193:19, 195:7,
195:20, 196:4,
197:4, 197:25,
198:4, 198:9,
198:11, 198:16,
199:1, 199:7,
200:10, 201:10,
202:6, 202:15,
203:8, 204:21,
206:25, 208:11,
208:17, 208:18,
209:23, 211:20,
212:2, 212:6,
212:10, 213:8,
213:11, 213:12,
214:6, 216:16,
216:17, 216:19,
216:21, 217:10,
217:23, 218:7,
218:8, 220:14,
223:7, 224:10,
225:8, 225:11,
226:11, 227:3,
228:7, 229:23,
229:24, 230:20,
232:17, 233:1,
233:6, 233:7,
233:18, 234:13,
236:12, 240:22,
242:15, 242:24,
247:15, 249:11,
249:14, 250:15,
251:14, 254:23,
257:7, 265:3,
265:23, 265:25,
267:1, 267:6, 267:9,
267:21, 268:11,
269:5, 269:14,
271:1, 271:6, 272:1,
274:19, 274:20,
275:2, 275:15,
276:10, 276:12,
276:14, 276:15,
277:22, 278:4,
278:14, 278:16,
278:19, 278:24,
279:3, 280:7,
281:13, 281:23
**THOMAS** [505] - 1:11,
2:19, 2:19, 4:15,
4:16, 4:22, 4:24, 5:4,
5:11, 5:12, 6:2, 6:15,
6:18, 8:2, 8:12, 9:12,
10:2, 10:23, 11:9,
12:12, 12:16, 13:21,
14:4, 17:21, 18:20,
18:23, 19:7, 19:9,
19:11, 19:13, 19:16,
20:5, 20:7, 20:11,
20:12, 20:15, 20:19,

21:1, 21:4, 21:17,
22:2, 22:5, 22:9,
22:13, 22:17, 22:18,
22:24, 23:14, 23:17,
24:8, 24:16, 24:19,
25:5, 25:17, 25:23,
26:11, 27:6, 27:16,
32:4, 33:13, 33:22,
34:2, 34:13, 34:15,
34:22, 35:6, 35:15,
35:17, 35:24, 36:5,
37:6, 38:11, 38:17,
38:25, 40:1, 40:3,
40:7, 40:14, 40:20,
41:3, 41:6, 41:7,
41:11, 42:17, 42:20,
42:25, 43:7, 43:9,
43:18, 44:3, 44:23,
45:5, 45:21, 45:23,
45:25, 46:21, 46:24,
47:7, 47:14, 47:18,
47:22, 48:1, 48:7,
48:8, 48:9, 50:21,
51:1, 51:14, 51:15,
51:16, 52:3, 54:8,
54:11, 54:18, 57:7,
57:8, 58:5, 58:6,
58:7, 59:13, 59:17,
60:9, 60:10, 60:14,
61:12, 61:17, 61:21,
61:24, 66:22, 67:10,
67:19, 67:20, 67:23,
67:25, 70:6, 70:9,
70:23, 71:7, 76:20,
77:5, 77:11, 77:22,
80:20, 80:24, 81:20,
82:2, 82:4, 82:11,
82:19, 83:20, 83:24,
84:14, 84:15, 84:19,
85:1, 85:16, 85:17,
85:19, 85:20, 86:4,
86:14, 86:17, 87:8,
87:19, 87:25, 88:8,
89:8, 91:21, 92:1,
92:7, 92:12, 94:10,
95:1, 95:7, 95:11,
95:15, 95:23, 96:1,
96:12, 96:23, 97:1,
97:5, 97:8, 97:21,
97:24, 99:6, 99:7,
99:10, 99:11, 99:13,
99:17, 99:18, 99:23,
100:1, 101:16,
101:21, 102:2,
102:13, 102:19,
103:10, 103:22,
104:20, 104:24,
105:7, 105:25,
106:12, 106:25,
108:1, 108:22,
109:3, 109:11,

109:14, 109:24, 110:1, 111:1, 111:8, 111:9, 111:13, 111:16, 114:11, 114:15, 114:23, 115:2, 120:11, 120:20, 121:3, 121:7, 121:9, 122:9, 122:11, 122:16, 127:20, 128:3, 128:8, 128:16, 128:20, 129:10, 129:13, 129:15, 130:16, 131:3, 131:7, 131:8, 133:13, 133:17, 135:10, 135:13, 135:18, 135:23, 137:13, 138:13, 138:18, 138:21, 138:24, 139:2, 139:8, 139:19, 142:2, 142:4, 142:9, 142:11, 143:9, 143:14, 143:20, 143:22, 144:2, 144:3, 145:11, 145:17, 147:15, 147:17, 147:20, 148:9, 148:11, 149:2, 149:5, 149:14, 149:16, 150:16, 150:25, 151:8, 151:21, 152:2, 152:3, 152:8, 152:20, 152:25, 153:6, 153:14, 153:19, 154:3, 154:11, 154:13, 155:3, 155:6, 155:9, 155:11, 156:17, 156:21, 158:10, 159:13, 160:2, 160:15, 161:17, 162:10, 162:17, 163:5, 163:7, 163:10, 163:17, 163:25, 164:6, 164:11, 164:19, 165:12, 165:18, 166:5, 166:20, 167:17, 167:24, 168:20, 169:10, 169:12, 169:23, 170:12, 170:19, 171:20, 172:24, 173:6, 174:5, 174:8, 174:15, 174:23, 175:4, 175:12, 176:2, 176:8, 176:20, 176:22,

179:14, 179:17, 179:21, 179:22, 180:8, 180:10, 180:18, 180:21, 181:3, 183:18, 183:22, 184:1, 185:6, 185:8, 185:17, 185:23, 186:1, 186:2, 187:18, 187:21, 187:25, 188:4, 188:5, 189:14, 189:22, 189:23, 190:6, 190:11, 190:15, 190:19, 190:24, 191:7, 191:12, 191:19, 192:3, 192:11, 192:12, 192:21, 193:4, 193:10, 193:12, 193:19, 194:5, 194:8, 194:9, 195:3, 195:8, 196:3, 197:16, 198:11, 198:19, 199:25, 200:2, 200:3, 200:8, 200:9, 200:11, 200:13, 200:15, 200:17, 200:22, 200:23, 200:25, 201:5, 201:7, 201:25, 202:5, 202:10, 202:12, 202:16, 202:18, 202:25, 203:1, 203:6, 204:19, 204:24, 205:18, 205:25, 206:1, 206:2, 206:9, 206:17, 206:21, 206:22, 206:23, 212:23, 212:24, 216:24, 217:4, 217:16, 219:8, 219:23, 220:15, 220:19, 223:2, 226:11, 226:19, 228:6, 237:4, 237:6, 237:11, 237:19, 238:15, 240:15, 244:1, 245:22, 249:13, 249:14, 252:5, 254:22, 257:8, 258:7, 258:13, 258:22, 259:3, 260:3, 260:6, 260:9, 260:13, 260:19, 260:24, 261:2, 261:5, 261:13, 262:6, 262:17, 262:23,

263:22, 264:4, 264:23, 265:6, 265:10, 265:13, 266:1, 266:23, 266:25, 267:3, 268:25, 269:20, 270:19, 271:19, 272:9, 272:14, 273:3, 273:7, 276:4, 276:7, 277:21, 278:19, 279:5, 279:6, 279:13, 280:2, 280:18, 280:25, 282:16, 283:3, 285:6, 285:12, 285:16, 285:17, 285:18

**THOMAS'S** [17] - 5:17, 100:11, 129:23, 156:15, 161:2, 203:19, 203:25, 204:5, 204:9, 204:13, 204:23, 218:15, 261:10, 264:18, 264:20, 267:21, 278:15

**THOROUGHLY** [1] - 150:25

**THOSE** [97] - 9:6, 10:8, 10:10, 11:22, 12:1, 13:1, 13:3, 13:12, 13:15, 22:3, 25:25, 26:20, 33:9, 35:19, 35:23, 40:16, 41:13, 46:12, 46:18, 58:21, 59:6, 67:6, 74:17, 74:20, 79:24, 88:15, 91:22, 92:2, 100:12, 102:7, 102:10, 108:1, 111:6, 111:22, 112:4, 112:12, 113:10, 118:23, 118:24, 125:17, 135:11, 141:16, 142:24, 144:22, 152:13, 154:20, 154:25, 167:20, 169:18, 170:22, 171:13, 171:21, 171:22, 179:12, 181:8, 181:10, 187:8, 196:14, 209:3, 209:7, 212:7, 214:23, 215:3, 215:5, 215:6, 216:11, 225:19, 231:10, 231:14, 232:8, 234:18, 234:19, 235:5, 235:14, 236:18,

236:19, 236:22, 239:9, 239:21, 240:6, 240:24, 242:2, 243:25, 248:14, 248:19, 250:5, 252:14, 255:21, 258:3, 263:5, 265:16, 266:8, 266:21, 270:6, 277:3, 279:4

**THOUGH** [11] - 6:17, 13:19, 21:15, 49:2, 56:11, 65:2, 123:15, 134:23, 212:13, 227:10, 239:17

**THOUGHT** [21] - 11:14, 41:24, 98:5, 115:18, 117:10, 120:8, 126:17, 147:22, 152:7, 162:6, 191:13, 201:23, 214:5, 214:15, 229:25, 231:9, 231:15, 254:8, 260:10, 268:1, 269:24

**THOUGHTS** [3] - 267:15, 271:16, 276:5

**THREATENED** [1] - 167:9

**THREE** [34] - 7:25, 9:3, 41:19, 41:22, 87:7, 96:15, 113:21, 116:22, 118:14, 171:10, 177:20, 177:23, 178:9, 178:11, 178:19, 184:17, 191:25, 214:24, 215:2, 235:12, 236:18, 236:19, 241:5, 248:8, 248:10, 248:13, 249:2, 251:20, 251:21, 254:14, 265:5, 268:6, 277:21, 279:4

**THREE-WAY** [9] - 177:20, 178:9, 178:11, 178:19, 184:17, 214:24, 215:2, 251:20, 251:21

**THROUGH** [32] - 10:21, 26:8, 49:10, 56:23, 64:8, 65:18, 65:20, 65:24, 87:1, 87:2, 87:3, 88:13, 89:5, 115:22, 122:12, 123:20,

125:23, 138:23, 143:21, 146:16, 153:7, 153:10, 157:5, 170:22, 196:22, 203:9, 234:10, 258:2, 263:9, 265:11, 270:20

**THURSDAY** [1] - 181:1

**THUS** [1] - 164:1

**TIED** [2] - 7:12, 273:22

**TIGHTER** [1] - 252:24

**TIME** [198] - 14:19, 14:21, 18:2, 19:3, 19:8, 19:12, 19:14, 19:15, 20:7, 20:13, 20:16, 22:13, 22:23, 23:3, 24:20, 25:6, 25:9, 26:9, 27:7, 27:8, 27:14, 31:25, 32:11, 33:12, 33:13, 34:18, 35:3, 35:5, 36:6, 36:8, 37:16, 37:24, 38:12, 38:23, 40:12, 42:7, 42:10, 46:10, 53:7, 55:19, 56:14, 59:20, 60:2, 63:5, 69:7, 69:15, 70:7, 71:22, 71:23, 73:8, 74:21, 75:11, 75:18, 76:18, 78:14, 78:17, 83:14, 87:4, 89:9, 89:19, 92:9, 94:10, 95:11, 96:17, 98:25, 102:6, 104:5, 106:19, 108:14, 112:8, 113:17, 113:22, 116:21, 117:2, 117:20, 118:20, 119:24, 121:20, 123:7, 125:14, 126:16, 132:6, 133:21, 136:8, 136:14, 136:17, 136:21, 136:22, 136:23, 140:14, 140:17, 141:13, 145:18, 147:16, 149:3, 149:4, 152:13, 157:3, 157:14, 157:15, 158:11, 160:2, 161:25, 162:17, 162:24, 163:2, 163:10, 165:3, 168:14, 170:21, 171:9, 173:2, 173:18, 174:3, 177:10,

178:8, 179:11,
181:15, 182:4,
184:9, 186:8,
186:13, 187:12,
188:11, 191:8,
197:23, 198:3,
198:6, 198:9,
198:12, 199:7,
200:4, 202:2, 203:8,
207:17, 207:22,
208:5, 208:8,
208:17, 210:4,
210:13, 210:18,
210:23, 211:2,
212:6, 212:9,
212:10, 215:7,
216:16, 216:21,
217:11, 218:2,
219:18, 220:7,
220:13, 223:7,
224:21, 225:8,
230:7, 235:21,
238:17, 238:23,
239:4, 239:6,
239:11, 239:20,
240:8, 243:24,
245:4, 247:22,
250:18, 250:23,
251:18, 252:18,
252:22, 253:2,
253:18, 253:20,
253:23, 254:1,
254:7, 254:8, 257:4,
257:14, 258:6,
258:10, 258:14,
260:16, 264:8,
266:12, 269:21,
276:10, 280:7,
281:17, 283:18
**TIMELY** [6] - 103:11,
103:15, 109:16,
238:20, 239:2, 259:1
**TIMES** [24] - 35:25,
46:13, 46:14, 52:21,
79:21, 96:12, 97:8,
113:18, 123:25,
126:18, 126:20,
168:1, 173:1, 173:9,
177:24, 178:15,
187:10, 195:25,
196:15, 209:21,
221:17, 241:8, 275:2
**TIMING** [3] - 82:18,
140:13, 212:18
**TO** [1774] - 3:1, 3:14,
4:1, 4:22, 4:25, 5:2,
5:8, 5:20, 5:23, 6:12,
6:19, 6:22, 7:5, 7:9,
7:10, 7:12, 7:16,
7:17, 7:18, 7:19,
7:20, 8:1, 8:4, 8:5,

8:10, 8:15, 8:16,
8:21, 8:25, 9:2, 9:4,
9:6, 9:10, 9:14, 9:15,
9:16, 9:17, 9:18,
9:24, 10:5, 10:6,
10:8, 10:9, 10:12,
10:13, 10:16, 10:18,
10:19, 10:20, 10:21,
11:1, 11:4, 11:7,
11:8, 11:9, 11:12,
11:13, 11:15, 11:17,
11:18, 11:21, 12:6,
12:9, 12:12, 12:15,
12:19, 12:20, 12:22,
12:23, 12:24, 13:5,
13:6, 13:7, 13:8,
13:9, 13:17, 13:19,
13:20, 13:21, 13:24,
14:6, 14:7, 14:10,
14:15, 14:16, 14:17,
14:18, 14:22, 15:9,
15:10, 15:19, 15:20,
15:23, 16:1, 16:4,
16:6, 16:9, 16:13,
16:16, 17:3, 17:8,
17:12, 17:13, 17:19,
17:21, 18:2, 18:5,
18:12, 18:19, 18:20,
18:23, 19:3, 19:5,
19:11, 19:14, 19:16,
19:17, 19:19, 19:20,
20:13, 21:3, 21:10,
21:11, 21:17, 21:22,
21:24, 22:2, 22:18,
23:4, 23:6, 23:10,
23:12, 23:20, 23:22,
24:2, 24:3, 24:7,
24:9, 24:11, 24:15,
24:25, 25:2, 25:11,
25:13, 25:15, 25:24,
26:20, 26:25, 27:17,
27:18, 27:23, 27:25,
28:2, 28:3, 28:6,
28:10, 28:20, 28:21,
28:22, 28:23, 29:3,
30:5, 30:7, 30:25,
31:21, 31:25, 32:16,
32:17, 32:18, 32:19,
32:20, 33:7, 33:11,
33:12, 33:15, 33:22,
34:1, 34:2, 34:5,
34:6, 34:8, 34:13,
34:15, 34:16, 34:18,
34:21, 35:6, 35:13,
35:15, 35:16, 36:1,
36:6, 36:7, 37:10,
38:4, 38:13, 38:19,
39:5, 39:13, 39:17,
39:23, 40:2, 40:3,
40:6, 40:8, 40:11,
40:14, 40:18, 40:21,

41:3, 41:7, 41:10,
41:12, 42:3, 42:6,
42:8, 42:11, 42:12,
42:17, 42:20, 42:23,
42:24, 43:4, 43:14,
43:20, 44:7, 44:11,
44:14, 44:16, 44:20,
45:1, 45:5, 45:9,
45:12, 45:14, 45:21,
46:3, 46:5, 46:8,
46:11, 46:19, 46:23,
47:4, 47:9, 47:12,
47:19, 47:20, 47:23,
48:25, 49:3, 49:4,
49:7, 49:10, 49:15,
49:22, 50:1, 50:2,
50:13, 50:20, 50:22,
50:25, 51:8, 51:17,
51:21, 52:1, 52:15,
52:17, 52:21, 53:3,
53:8, 53:9, 53:15,
53:18, 53:21, 53:23,
54:2, 54:4, 54:5,
54:9, 54:13, 54:19,
55:5, 55:8, 55:17,
55:20, 55:21, 56:4,
56:7, 56:9, 56:11,
56:13, 56:17, 56:19,
56:25, 57:1, 57:3,
57:6, 57:8, 57:12,
57:16, 57:17, 57:19,
57:22, 57:23, 58:8,
58:16, 58:18, 58:20,
58:23, 59:5, 59:7,
59:9, 59:10, 59:13,
59:15, 59:16, 59:19,
59:25, 60:2, 60:3,
60:5, 60:10, 60:12,
60:24, 60:25, 61:3,
61:5, 61:6, 61:7,
61:8, 61:18, 61:20,
61:22, 61:25, 62:5,
62:7, 62:9, 62:11,
62:14, 62:20, 63:6,
63:8, 63:9, 63:13,
63:14, 63:17, 63:22,
63:23, 63:24, 63:25,
64:3, 64:12, 64:14,
64:15, 64:16, 64:18,
64:23, 65:12, 65:24,
66:5, 66:7, 66:9,
66:15, 66:22, 67:3,
67:7, 67:8, 67:11,
67:14, 69:11, 69:12,
69:13, 69:15, 69:17,
69:25, 70:2, 70:3,
70:10, 70:13, 70:17,
70:19, 70:20, 70:24,
71:3, 71:12, 71:21,
72:6, 72:7, 72:8,
72:11, 72:13, 72:23,

73:4, 73:18, 73:21,
73:23, 74:4, 74:7,
74:11, 74:25, 75:2,
75:3, 75:14, 75:15,
75:22, 76:1, 76:2,
76:12, 76:13, 77:1,
77:4, 77:6, 77:8,
77:11, 77:23, 78:1,
78:20, 79:2, 79:12,
79:16, 79:17, 80:3,
80:4, 80:20, 80:25,
82:12, 82:14, 82:15,
82:16, 83:17, 83:19,
84:23, 84:24, 85:5,
85:6, 85:13, 85:23,
85:24, 86:2, 86:5,
86:7, 86:13, 87:1,
87:7, 87:14, 87:15,
87:21, 88:6, 88:10,
89:23, 90:3, 90:4,
90:8, 90:12, 90:16,
90:17, 90:20, 90:24,
91:1, 91:16, 92:12,
92:16, 92:21, 92:22,
92:24, 93:4, 93:7,
93:9, 93:10, 93:17,
93:18, 93:19, 93:25,
94:1, 94:8, 94:11,
94:16, 94:23, 95:1,
95:6, 95:12, 95:16,
95:18, 95:20, 95:23,
95:24, 96:2, 96:3,
96:12, 96:22, 97:4,
97:8, 97:9, 97:17,
97:18, 97:24, 97:25,
98:4, 98:9, 98:12,
98:14, 98:20, 99:4,
99:6, 99:10, 99:15,
99:18, 99:23, 99:24,
100:1, 100:2, 100:4,
100:6, 101:4, 101:5,
101:6, 101:10,
101:14, 101:19,
102:9, 102:11,
102:16, 102:23,
102:25, 103:10,
103:11, 103:19,
103:24, 104:12,
104:25, 105:7,
105:11, 105:22,
105:23, 105:24,
106:7, 106:8,
106:15, 106:25,
107:3, 107:8,
107:15, 107:20,
108:1, 108:4,
108:17, 108:22,
109:4, 109:5, 109:6,
109:9, 109:21,
109:23, 110:4,
110:6, 110:7, 110:8,

110:10, 110:14,
110:18, 110:22,
111:10, 111:17,
111:20, 111:21,
112:5, 112:13,
112:18, 112:23,
113:20, 114:3,
114:8, 114:10,
114:14, 114:16,
115:7, 115:9,
115:10, 115:11,
115:13, 115:16,
115:17, 115:19,
115:20, 116:14,
117:3, 117:20,
117:25, 118:5,
118:14, 118:18,
118:20, 119:1,
119:6, 119:13,
119:14, 119:16,
119:18, 119:21,
120:2, 120:3, 120:7,
120:12, 120:16,
120:21, 121:13,
121:19, 121:22,
121:23, 121:24,
122:2, 122:3, 122:9,
122:12, 122:17,
122:23, 123:3,
123:4, 123:5, 123:9,
123:12, 123:17,
123:22, 123:24,
124:5, 124:6, 124:8,
124:13, 124:15,
124:17, 124:25,
125:1, 125:2, 125:4,
125:6, 125:10,
125:13, 125:19,
125:23, 126:8,
126:9, 126:13,
126:14, 126:22,
126:25, 127:7,
127:15, 127:16,
127:23, 128:11,
128:12, 128:14,
128:16, 128:21,
129:7, 129:8,
129:16, 129:17,
130:6, 130:12,
130:15, 130:16,
130:19, 130:24,
131:1, 131:9,
131:21, 131:23,
132:1, 132:9,
132:10, 132:14,
133:1, 133:9,
133:20, 133:25,
134:1, 134:22,
134:24, 135:7,
135:9, 135:17,
136:1, 136:7,

136:10, 136:11,
136:13, 137:5,
137:6, 137:18,
138:6, 138:12,
138:17, 139:1,
139:9, 139:12,
139:14, 139:16,
139:17, 140:3,
140:5, 140:16,
140:20, 140:21,
140:22, 140:23,
140:25, 141:1,
141:20, 141:22,
142:1, 142:7,
142:12, 142:16,
142:18, 142:21,
142:22, 142:23,
142:25, 143:3,
143:5, 143:7,
143:16, 143:23,
144:6, 144:9,
144:10, 144:11,
144:12, 144:14,
144:15, 144:22,
145:3, 145:6,
145:12, 145:21,
145:22, 145:24,
145:25, 146:5,
146:11, 146:17,
146:21, 147:3,
147:10, 147:13,
147:16, 147:17,
147:21, 148:1,
148:6, 148:12,
148:15, 148:16,
148:20, 148:23,
149:3, 149:4, 149:6,
149:11, 149:12,
149:17, 149:18,
149:19, 149:20,
149:22, 149:23,
149:24, 149:25,
150:1, 150:3, 150:4,
150:12, 151:2,
151:3, 151:5, 151:6,
151:10, 151:14,
151:25, 152:1,
152:13, 152:14,
152:16, 152:22,
153:3, 153:8,
153:11, 153:13,
153:25, 154:4,
156:6, 156:7, 156:9,
156:12, 156:19,
156:20, 157:1,
157:2, 157:8, 157:9,
158:8, 158:12,
158:13, 158:20,
158:21, 158:22,
158:23, 158:24,
159:5, 159:9,

159:17, 160:3,
160:4, 160:10,
160:16, 160:18,
160:22, 160:23,
160:24, 161:2,
161:11, 161:13,
161:15, 162:3,
162:10, 162:12,
162:17, 163:4,
163:5, 163:15,
164:11, 164:15,
164:19, 165:6,
165:7, 165:8, 165:9,
165:13, 165:14,
166:2, 166:6, 166:7,
166:20, 167:2,
167:3, 167:17,
167:22, 167:25,
168:6, 168:13,
168:20, 169:1,
169:7, 169:13,
169:16, 169:21,
169:22, 169:24,
169:25, 170:1,
170:4, 170:11,
170:14, 170:20,
170:22, 170:24,
171:4, 171:8,
171:15, 171:17,
171:19, 172:12,
172:15, 172:20,
172:21, 172:24,
172:25, 173:12,
173:17, 173:19,
173:20, 173:21,
174:13, 174:20,
175:3, 175:7,
175:15, 175:18,
175:19, 175:24,
176:9, 176:16,
176:17, 176:24,
177:5, 177:7,
177:10, 177:11,
177:13, 177:15,
177:17, 177:25,
178:1, 178:2, 178:3,
178:13, 178:16,
178:17, 178:18,
178:20, 179:1,
179:5, 179:14,
179:15, 179:16,
179:18, 179:23,
180:1, 180:3, 181:1,
181:11, 181:20,
181:24, 181:25,
182:1, 182:6,
182:14, 182:19,
182:21, 183:4,
183:6, 183:7, 183:8,
183:11, 183:18,
183:25, 184:7,

184:16, 184:17,
184:18, 184:23,
185:2, 185:6, 185:8,
185:16, 185:20,
186:6, 186:14,
186:18, 186:25,
187:1, 187:14,
187:15, 188:7,
188:11, 188:13,
188:15, 188:19,
188:22, 188:23,
189:1, 189:5, 189:7,
189:13, 189:14,
189:15, 189:16,
189:21, 189:25,
190:17, 190:22,
191:2, 191:3, 191:6,
191:8, 191:9,
191:10, 191:14,
191:17, 191:18,
191:20, 192:13,
192:17, 193:14,
193:15, 193:18,
193:22, 193:24,
194:5, 194:12,
194:22, 195:3,
195:5, 195:18,
195:20, 195:22,
195:24, 196:1,
196:7, 196:13,
196:18, 196:19,
196:20, 196:21,
196:23, 196:24,
196:25, 197:1,
197:7, 197:10,
197:23, 197:24,
198:3, 198:9,
198:16, 198:24,
199:4, 199:10,
199:12, 199:25,
200:3, 200:5, 200:7,
200:16, 201:1,
201:2, 201:12,
201:13, 201:14,
201:21, 201:23,
202:5, 202:6, 202:7,
202:16, 202:19,
202:20, 202:24,
203:2, 203:5, 203:6,
203:13, 204:4,
204:6, 204:15,
205:2, 205:7,
205:12, 205:20,
205:25, 206:5,
206:8, 206:12,
206:14, 206:16,
206:23, 207:2,
207:3, 207:4, 207:6,
207:7, 207:10,
207:12, 207:14,
207:18, 207:20,

208:5, 208:6, 209:3,
209:8, 209:14,
209:19, 209:22,
209:24, 210:2,
210:8, 210:11,
210:15, 210:20,
210:25, 211:9,
211:14, 211:17,
211:18, 211:20,
211:22, 212:1,
212:3, 212:4, 212:5,
212:6, 212:23,
213:2, 213:4, 213:7,
213:9, 213:10,
213:14, 213:16,
213:21, 214:10,
214:18, 214:19,
214:21, 215:2,
215:10, 215:13,
215:14, 215:16,
215:18, 215:23,
216:2, 216:3, 216:7,
216:9, 216:13,
216:18, 216:24,
217:4, 217:6, 217:8,
217:9, 217:10,
217:11, 217:12,
217:16, 217:21,
217:22, 217:24,
218:4, 218:6, 218:9,
218:12, 218:14,
218:23, 219:3,
219:9, 219:12,
219:14, 219:15,
219:22, 219:24,
220:5, 220:7, 220:8,
220:9, 220:10,
220:11, 220:16,
220:18, 220:19,
220:20, 220:23,
220:24, 221:2,
221:12, 221:13,
221:24, 222:5,
222:13, 222:14,
222:19, 223:1,
223:6, 223:11,
223:12, 223:15,
223:17, 223:22,
223:23, 224:2,
224:4, 224:9,
224:11, 224:20,
224:21, 224:23,
224:25, 225:1,
225:4, 225:7,
225:10, 225:15,
225:18, 225:25,
226:6, 226:10,
226:13, 226:16,
226:17, 226:24,
227:1, 227:7,
227:11, 227:12,

227:14, 227:16,
227:20, 227:21,
228:1, 228:13,
228:16, 229:8,
229:12, 229:13,
229:15, 229:16,
229:17, 229:22,
229:24, 230:4,
230:20, 230:21,
230:23, 230:24,
230:25, 231:1,
231:6, 231:8,
231:15, 231:17,
231:23, 232:3,
232:7, 232:8,
232:10, 232:12,
232:15, 232:16,
232:18, 232:19,
232:20, 232:21,
232:23, 232:25,
233:1, 233:6, 233:8,
233:10, 233:15,
234:1, 234:4, 234:5,
234:10, 234:13,
234:15, 234:16,
234:20, 234:24,
235:4, 235:6,
235:12, 236:8,
236:11, 236:12,
236:14, 236:20,
236:23, 236:24,
236:25, 237:3,
237:9, 237:14,
238:3, 238:7,
238:18, 238:21,
238:22, 238:24,
239:4, 239:6,
239:11, 239:14,
239:16, 239:20,
239:21, 239:22,
239:24, 239:25,
240:1, 240:3, 240:6,
240:8, 240:11,
240:12, 240:14,
240:16, 240:18,
241:3, 241:5, 241:6,
241:7, 241:8,
241:11, 241:12,
241:13, 241:15,
241:17, 241:18,
241:19, 242:3,
242:6, 242:12,
242:17, 242:18,
242:20, 242:21,
242:24, 243:8,
243:12, 243:15,
243:16, 243:18,
243:21, 243:22,
243:24, 243:25,
244:4, 244:6, 244:9,
244:14, 244:15,

244:16, 245:6,
245:14, 245:19,
246:1, 246:5, 246:8,
246:10, 246:12,
246:19, 246:20,
246:24, 247:2,
247:14, 247:18,
247:20, 247:21,
247:24, 247:25,
248:7, 248:13,
248:18, 248:25,
249:2, 249:5, 249:7,
249:9, 249:10,
249:13, 249:14,
249:16, 249:17,
250:12, 250:14,
250:22, 251:10,
252:3, 252:15,
253:15, 253:18,
253:19, 253:21,
253:23, 254:2,
254:16, 254:23,
254:24, 255:3,
255:14, 255:16,
256:2, 256:5, 256:6,
256:7, 256:9,
256:11, 256:12,
256:14, 256:17,
256:18, 256:19,
256:20, 257:2,
257:9, 257:10,
257:12, 257:13,
257:16, 257:18,
258:2, 258:8, 258:9,
258:14, 258:16,
258:17, 258:21,
258:23, 259:2,
259:6, 259:7,
259:12, 259:14,
259:20, 259:21,
259:22, 259:23,
259:24, 259:25,
260:4, 260:11,
260:13, 260:14,
260:16, 260:19,
260:20, 260:21,
260:25, 261:6,
261:7, 261:13,
261:15, 261:17,
261:24, 262:2,
262:4, 262:11,
262:17, 262:23,
262:25, 263:5,
263:9, 263:11,
263:12, 263:17,
263:18, 263:20,
264:2, 264:3, 264:5,
264:7, 264:12,
264:14, 264:20,
264:25, 265:1,
265:2, 265:6, 265:9,

265:13, 265:14,
265:16, 265:17,
265:18, 265:22,
265:24, 265:25,
266:1, 266:2, 266:4,
266:5, 266:10,
266:12, 266:16,
266:20, 266:22,
266:23, 267:1,
267:5, 267:6,
267:13, 267:15,
267:20, 267:23,
267:24, 267:25,
268:1, 268:2, 268:3,
268:10, 268:11,
268:13, 268:14,
268:16, 268:18,
268:19, 268:21,
268:22, 269:1,
269:11, 269:16,
269:17, 269:18,
269:19, 269:24,
269:25, 270:2,
270:4, 270:5, 270:9,
270:11, 270:14,
271:3, 271:14,
271:17, 271:19,
271:23, 271:25,
272:1, 272:2, 272:3,
272:6, 272:13,
272:21, 272:24,
273:1, 273:2, 273:3,
273:8, 273:18,
273:19, 273:20,
273:21, 273:22,
274:3, 274:4,
274:14, 274:15,
274:23, 274:25,
275:4, 275:5, 275:7,
275:8, 275:9,
275:10, 275:16,
275:19, 275:20,
275:25, 276:2,
276:4, 276:6, 276:8,
276:9, 276:16,
277:5, 277:9,
277:13, 277:14,
277:16, 277:20,
277:21, 277:22,
277:24, 277:25,
278:3, 278:7,
278:10, 278:11,
278:15, 278:16,
278:19, 278:20,
278:24, 279:15,
279:16, 279:19,
279:25, 280:6,
280:8, 280:13,
280:19, 280:20,
281:4, 281:5, 281:7,
281:8, 281:18,

281:20, 281:21,
282:1, 282:7, 282:8,
282:9, 282:10,
282:16, 282:18,
282:24, 283:3,
283:6, 283:11,
283:14
**TODAY** [44] - 3:5,
4:23, 6:14, 6:21, 7:8,
9:7, 11:5, 12:5,
12:15, 14:3, 55:6,
112:24, 139:15,
140:6, 198:7,
217:24, 218:10,
226:21, 227:1,
228:2, 234:18,
234:23, 235:1,
236:11, 236:18,
236:20, 248:12,
257:3, 258:20,
264:16, 265:20,
266:24, 272:11,
272:22, 274:15,
274:19, 274:24,
274:25, 275:7,
275:16, 280:3,
280:7, 282:24,
283:18
**TODAY'S** [1] - 282:6
**TOGETHER** [14] -
12:23, 14:19, 16:10,
20:10, 22:7, 72:20,
72:21, 77:17,
113:16, 238:1,
263:16, 266:20,
270:5, 280:13
**TOILET** [1] - 107:4
**TOLD** [66] - 6:3, 6:8,
9:2, 14:18, 14:24,
15:1, 27:1, 35:4,
44:12, 50:18, 79:10,
80:17, 82:17, 89:25,
90:11, 92:23, 93:3,
99:10, 99:13,
101:23, 103:24,
104:23, 106:5,
106:12, 109:7,
110:1, 110:14,
110:20, 110:24,
112:23, 121:19,
125:5, 126:11,
126:15, 130:15,
144:12, 145:3,
145:23, 146:13,
147:3, 148:1,
150:12, 157:10,
157:11, 157:18,
158:2, 161:14,
163:20, 171:1,
183:3, 191:9,

210:15, 210:20,
211:4, 211:7,
211:15, 230:5,
233:11, 252:12,
259:3, 260:13,
262:22, 264:4,
264:5, 264:10
**TOMORROW** [2] -
156:24, 267:19
**TOO** [12] - 7:11, 37:12,
86:7, 89:6, 128:14,
128:22, 130:12,
141:21, 161:21,
259:19, 279:18,
281:3
**TOOK** [10] - 40:19,
56:1, 71:14, 91:12,
101:9, 224:5,
229:13, 241:23,
264:6, 265:16
**TOOLS** [1] - 271:4
**TOP** [6] - 62:24,
115:23, 115:25,
117:25, 139:25,
257:21
**TOPIC** [2] - 79:20,
201:21
**TOTAL** [2] - 86:6,
145:6
**TOTALITY** [1] - 276:25
**TOUCHED** [1] - 4:22
**TOWARDS** [2] -
267:10, 271:19
**TRACE** [3] - 193:1,
194:13, 205:19
**TRACKING** [2] -
230:23, 235:10
**TRADED** [1] - 21:1
**TRANSACTIONS** [1] -
269:3
**TRANSCRIBED** [5] -
118:25, 119:11,
119:12, 119:14,
119:19
**TRANSCRIPT** [24] -
1:24, 40:25, 99:25,
130:13, 136:24,
151:20, 171:7,
171:12, 209:8,
248:10, 249:12,
262:5, 262:12,
277:22, 277:24,
278:4, 279:13,
280:5, 281:3,
281:18, 281:20,
282:8, 282:17, 284:2
**TRANSCRIPTION** [1] -
1:24
**TRANSCRIPTS** [21] -
37:7, 37:11, 37:13,

38:3, 38:7, 39:15,
102:3, 102:4, 102:7,
102:10, 102:13,
118:21, 118:23,
118:25, 173:24,
174:2, 174:5, 234:1,
234:16, 234:19,
237:1
**TRANSPIRED** [1] -
218:13
**TREAT** [2] - 217:12,
258:1
**TREATING** [2] -
219:21, 266:4
**TREES** [1] - 263:3
**TRIBUNAL** [3] - 7:2,
218:10, 233:10
**TRIBUNALS** [1] - 7:4
**TRIED** [8] - 12:22,
12:23, 53:8, 73:22,
93:25, 124:8, 195:3,
211:25
**TRIP** [2] - 97:25,
110:15
**TROUBLE** [1] - 82:19
**TROUBLED** [4] -
258:11, 258:12,
264:15, 265:3
**TRUE** [4] - 28:24,
142:19, 226:19,
239:5
**TRUSTED** [2] -
103:10, 117:9
**TRUTH** [2] - 126:19,
236:18
**TRY** [22] - 13:17,
15:10, 17:16, 59:10,
61:7, 86:13, 183:25,
201:14, 205:2,
206:6, 206:23,
209:14, 212:3,
213:12, 216:18,
236:8, 242:25,
243:25, 255:3,
263:9, 276:6, 276:16
**TRYING** [42] - 9:15,
72:13, 102:11,
107:15, 111:10,
122:12, 132:9,
142:1, 142:23,
143:3, 143:5,
177:25, 178:3,
178:15, 178:16,
184:16, 193:22,
194:22, 199:9,
207:12, 208:6,
216:9, 219:12,
220:8, 220:19,
225:1, 225:7,
225:10, 226:10,

227:20, 232:16,
232:18, 238:22,
238:24, 240:13,
251:10, 262:17,
268:10, 271:25,
276:8, 276:9
**TURN** [8] - 11:12,
18:5, 45:5, 52:16,
88:20, 175:3,
205:25, 276:4
**TURNED** [1] - 206:8
**TWICE** [4] - 104:18,
213:4, 272:8
**TWO** [45] - 3:16, 5:18,
6:24, 8:21, 19:4,
22:1, 23:11, 32:23,
37:25, 58:21, 66:13,
83:6, 84:16, 84:20,
89:2, 96:15, 99:11,
116:18, 124:13,
140:11, 142:24,
154:23, 192:6,
195:9, 198:13,
205:19, 211:20,
219:18, 225:18,
228:21, 233:21,
236:16, 247:25,
248:9, 250:5,
253:18, 258:25,
266:9, 270:12,
279:6, 280:9,
280:14, 282:22
**TWO-MINUTE** [1] -
37:25
**TWO-PERSON** [1] -
140:11
**TYPE** [7] - 24:10,
32:19, 75:8, 78:2,
103:9, 211:12, 218:1
**TYPICALLY** [2] -
50:19, 263:5

**U**

**U.S** [1] - 1:13
**ULTIMATELY** [10] -
13:9, 208:20,
208:23, 209:16,
215:15, 216:2,
247:5, 247:6, 259:7,
275:6
**UNABLE** [2] - 69:13,
232:15
**UNAWARE** [2] -
267:20, 267:21
**UNCERTAIN** [1] -
257:12
**UNDER** [19] - 6:17,
120:10, 139:21,
139:22, 164:9,

169:12, 222:15,
222:16, 222:17,
223:13, 228:1,
232:23, 242:2,
257:10, 258:13,
258:15, 267:23,
277:6
**UNDERMINED** [1] -
6:23
**UNDERSTAND** [68] -
5:5, 5:10, 13:13,
21:22, 30:16, 36:1,
42:5, 49:23, 63:1,
63:7, 65:13, 75:12,
76:16, 94:6, 122:6,
123:16, 123:19,
123:20, 132:16,
133:4, 135:1,
137:14, 138:9,
141:25, 142:5,
142:9, 143:2,
145:10, 147:21,
149:5, 149:14,
150:1, 161:24,
163:21, 179:17,
179:19, 179:21,
182:25, 189:19,
190:12, 201:20,
201:22, 206:19,
211:21, 214:12,
218:8, 219:2,
219:21, 223:10,
224:1, 224:7, 225:9,
227:21, 230:16,
230:18, 234:12,
252:17, 263:3,
267:8, 268:9, 269:8,
272:4, 274:25,
280:18, 281:12,
283:5
**UNDERSTANDING**
[33] - 55:24, 74:1,
81:20, 82:4, 82:6,
131:25, 132:3,
134:13, 147:6,
162:2, 169:9, 170:6,
172:20, 173:18,
179:8, 183:6, 183:9,
184:5, 186:13,
195:24, 200:6,
201:8, 208:10,
212:8, 212:12,
214:1, 214:9,
214:15, 215:9,
216:14, 223:8,
225:2, 266:18
**UNDERSTOOD** [23] -
10:23, 23:6, 24:7,
24:12, 50:6, 61:9,
74:22, 75:6, 105:9,
105:10, 107:19,

109:8, 112:7, 120:4,
125:13, 147:11,
147:13, 183:2,
184:19, 191:19,
195:3, 223:21, 228:3
**UNFOLDED** [1] -
146:16
**UNFORTUNATELY**
[1] - 199:8
**UNIT** [1] - 279:3
**UNITED** [2] - 1:1, 3:6
**UNIVERSE** [1] - 15:19
**UNLESS** [4] - 12:2,
13:17, 16:13, 62:21
**UNLIKELY** [1] - 262:4
**UNOPPOSED** [1] -
258:1
**UNSAVORY** [1] -
214:7
**UNTIL** [22] - 12:2,
33:25, 35:19, 60:3,
60:5, 93:24, 122:2,
123:25, 141:16,
196:5, 208:8,
214:14, 215:22,
229:14, 232:5,
239:18, 252:14,
264:6, 265:12,
268:6, 269:6, 282:17
**UNTIMELY** [1] -
160:16
**UP** [80] - 3:2, 12:13,
12:20, 17:3, 32:24,
32:25, 33:22, 35:12,
44:20, 60:10, 79:21,
80:6, 81:10, 82:24,
83:5, 83:7, 86:6,
92:22, 95:1, 96:2,
97:9, 105:17,
105:20, 116:21,
123:25, 124:10,
127:8, 128:24,
130:4, 132:1, 133:8,
141:16, 149:6,
152:22, 158:12,
158:16, 164:25,
178:8, 184:16,
184:17, 186:21,
187:16, 198:10,
198:14, 199:15,
201:14, 202:6,
204:22, 206:5,
210:7, 212:16,
217:24, 220:18,
222:25, 226:6,
231:5, 231:7,
231:10, 231:16,
232:5, 240:12,
243:7, 243:15,
243:16, 251:19,

251:21, 252:3,
252:16, 255:5,
255:7, 259:25,
269:19, 270:25,
280:8, 280:21,
281:13, 281:14,
282:10
**UPDATE** [2] - 19:18,
130:15
**UPDATES** [9] - 15:3,
15:4, 33:19, 33:23,
36:1, 77:5, 77:23,
103:11, 103:15
**UPON** [6] - 37:7,
196:7, 229:13,
274:22, 282:10,
283:12
**UPS** [4] - 106:25,
171:21, 171:22,
173:25
**URGENCY** [1] - 241:2
**URGENT** [1] - 239:20
**US** [92] - 3:5, 17:4,
23:20, 25:5, 25:11,
26:19, 32:16, 32:19,
32:20, 36:3, 43:1,
43:12, 43:13, 44:7,
44:12, 44:16, 48:23,
49:24, 52:12, 53:6,
53:13, 53:25, 59:2,
59:10, 60:10, 61:8,
65:6, 65:8, 67:7,
68:24, 72:21, 73:6,
74:24, 74:25, 75:15,
75:24, 75:25, 80:17,
82:10, 90:12, 90:17,
92:16, 92:20, 92:23,
93:3, 93:9, 95:7,
95:8, 97:16, 98:20,
100:6, 101:19,
101:23, 102:9,
102:21, 104:23,
106:5, 106:12,
109:7, 113:5,
115:12, 116:21,
116:22, 117:11,
119:21, 119:25,
121:19, 124:17,
126:15, 127:25,
142:15, 144:8,
144:12, 145:23,
146:13, 146:20,
149:25, 150:2,
155:4, 157:1, 157:2,
168:23, 176:3,
178:2, 227:7, 271:4,
273:2
**USE** [15] - 6:19, 11:19,
12:6, 13:17, 36:18,
61:7, 112:21, 124:9,

125:19, 162:9,
169:8, 176:17,
220:17, 259:20,
263:18
**USED** [15] - 12:17,
12:18, 19:21, 40:5,
64:14, 92:20, 93:11,
118:22, 120:18,
123:3, 173:19,
179:12, 223:18,
223:20, 224:4
**USES** [1] - 118:25
**USING** [4] - 61:5,
79:22, 124:11,
243:18
**USPS** [1] - 235:12
**USUALLY** [11] - 46:4,
46:8, 50:13, 177:21,
178:9, 207:25,
226:5, 238:1,
251:19, 251:21

**V**

**VACATE** [1] - 207:15
**VACATED** [5] - 83:24,
84:10, 84:11,
207:14, 246:16
**VALUED** [1] - 117:5
**VARIOUS** [14] - 12:14,
14:17, 15:17, 32:18,
33:20, 60:25, 78:4,
176:4, 259:25,
261:12, 277:5,
277:17, 277:18,
277:25
**VAST** [1] - 46:3
**VEHICLE** [1] - 93:25
**VERB** [1] - 263:18
**VERBALLY** [2] -
106:5, 196:14
**VERBIAGE** [2] -
105:25, 268:19
**VERDICT** [2] - 2:5,
6:12
**VERIFY** [1] - 63:9
**VERIZON** [1] - 111:25
**VERSION** [4] - 130:25,
190:22, 191:14,
192:25
**VERSUS** [15] - 1:3,
1:7, 1:10, 17:22,
40:2, 44:18, 78:4,
84:3, 90:23, 109:8,
126:16, 177:1,
261:2, 261:20,
266:13
**VERY** [38] - 7:2, 8:13,
11:5, 32:5, 61:9,
62:7, 62:14, 83:23,

84:15, 95:6, 102:9,
112:4, 124:11,
133:2, 134:22,
139:25, 142:24,
147:18, 175:15,
175:24, 182:9,
182:20, 199:22,
207:25, 212:7,
213:5, 217:9,
222:20, 223:22,
225:10, 229:22,
234:13, 237:7,
253:17, 255:12,
255:19, 263:11,
279:6
VIA [8] - 1:14, 21:7,
46:7, 84:6, 150:4,
150:5, 171:22, 240:5
VIABILITY [1] - 197:9
VIABLE [1] - 244:2
VIDEO [1] - 16:13
VIDEOCONFERENC
E [1] - 1:14
VIEW [9] - 5:17, 6:25,
7:19, 84:2, 84:5,
163:16, 258:19,
261:19, 266:25
VIEWS [1] - 267:4
VIVID [1] - 94:22
VIVIDLY [1] - 142:15
VOICE [2] - 17:2,
272:2
VOLUMINOUS [1] -
29:1
VOLUNTARILY [1] -
234:8
VS [1] - 154:1

**W**

WADE [1] - 268:13
WAIT [4] - 61:17,
136:23, 138:19,
153:11
WAITED [1] - 229:14
WAITING [4] - 241:17,
241:18, 241:19,
269:6
WALK [2] - 47:10,
47:12
WANT [126] - 3:1,
3:14, 4:1, 4:22, 7:11,
8:5, 10:20, 12:9,
14:16, 15:19, 16:2,
16:13, 27:25, 28:10,
30:7, 40:14, 41:12,
42:3, 47:12, 47:19,
47:23, 53:9, 75:14,
83:17, 85:6, 85:23,
85:24, 90:16, 92:16,

92:22, 92:23, 93:19,
117:4, 118:19,
121:23, 123:12,
127:15, 127:25,
133:9, 134:23,
135:9, 137:8,
138:16, 141:20,
149:9, 149:10,
149:11, 151:6,
153:3, 156:19,
157:9, 158:12,
158:13, 158:21,
158:23, 159:9,
161:2, 165:7, 165:8,
165:9, 167:22,
167:25, 173:21,
175:19, 176:11,
179:16, 189:16,
192:17, 193:24,
202:6, 202:24,
206:10, 206:14,
206:16, 209:19,
211:14, 212:23,
220:18, 222:13,
223:6, 226:13,
227:7, 227:21,
235:4, 237:9, 240:3,
240:16, 241:13,
242:12, 242:24,
252:3, 252:15,
256:12, 256:14,
256:17, 256:18,
256:20, 263:18,
264:14, 265:22,
267:13, 268:11,
268:13, 269:18,
269:19, 271:17,
272:13, 275:8,
275:10, 275:22,
277:5, 277:13,
277:21, 277:22,
278:16, 279:25,
280:8, 281:12,
281:20, 282:1,
282:18
WANTED [36] - 8:24,
9:3, 10:6, 11:1, 14:7,
21:16, 23:20, 24:11,
35:15, 39:13, 45:9,
52:15, 52:17, 67:11,
76:17, 109:21,
137:8, 139:1,
160:15, 162:10,
162:12, 167:2,
189:1, 200:14,
209:3, 210:2, 212:5,
212:16, 213:9,
215:13, 216:13,
220:23, 222:19,
273:17, 283:6,
283:14

WANTING [3] - 273:3,
274:19, 283:2
WANTS [7] - 16:9,
106:7, 161:11,
161:13, 175:18,
220:20, 249:13
WARN [1] - 179:14
WARNING [1] - 179:19
WARRANT [1] - 277:4
WAS [918] - 3:19, 4:24,
5:9, 5:24, 6:3, 8:7,
8:9, 8:14, 8:20, 9:1,
11:2, 11:6, 11:8,
12:20, 12:22, 12:24,
13:4, 13:6, 13:8,
14:17, 14:18, 15:2,
15:7, 15:12, 16:1,
17:8, 17:21, 19:2,
19:19, 21:12, 21:13,
21:15, 21:16, 21:18,
21:21, 21:22, 21:23,
21:25, 22:8, 22:13,
22:21, 23:3, 23:5,
23:6, 23:9, 23:18,
23:23, 23:24, 23:25,
24:1, 24:3, 24:6,
24:8, 24:14, 24:21,
25:6, 25:7, 25:10,
25:18, 25:20, 25:22,
26:8, 26:19, 27:1,
27:2, 27:3, 27:5,
27:8, 27:11, 27:14,
30:12, 31:13, 31:25,
32:9, 32:10, 32:13,
32:16, 33:5, 33:12,
33:17, 33:21, 33:25,
34:5, 34:7, 34:10,
34:16, 34:20, 34:24,
35:3, 35:4, 35:11,
35:14, 35:20, 35:21,
36:2, 36:8, 37:9,
37:20, 37:25, 38:1,
38:2, 38:23, 39:2,
39:4, 39:5, 39:6,
39:15, 39:19, 39:22,
39:24, 40:1, 40:4,
40:11, 41:10, 42:2,
42:5, 42:6, 42:11,
42:15, 42:20, 42:24,
43:1, 43:2, 43:3,
43:6, 43:11, 43:24,
43:25, 44:5, 44:6,
44:10, 44:14, 44:24,
44:25, 45:8, 46:8,
46:14, 46:16, 47:2,
48:18, 48:22, 48:24,
49:4, 49:8, 49:18,
49:20, 49:23, 50:4,
50:12, 50:16, 50:24,
51:21, 51:22, 51:24,

52:21, 52:23, 52:24,
53:3, 53:24, 55:3,
55:17, 55:20, 55:21,
56:7, 58:15, 58:17,
58:20, 58:25, 59:22,
61:6, 61:8, 62:22,
63:4, 63:8, 63:11,
63:14, 63:16, 63:21,
64:15, 65:9, 65:13,
66:1, 66:4, 66:12,
66:16, 67:12, 67:13,
67:17, 68:1, 68:5,
68:15, 68:25, 69:8,
70:3, 70:24, 71:13,
71:16, 71:18, 71:21,
71:24, 71:25, 72:1,
73:14, 73:18, 73:20,
74:1, 74:6, 74:7,
74:22, 74:23, 74:25,
75:5, 75:7, 75:13,
76:11, 77:12, 77:14,
77:16, 77:18, 79:7,
79:8, 79:9, 79:11,
79:12, 79:16, 79:17,
79:19, 79:20, 79:21,
79:23, 80:2, 80:3,
80:4, 80:6, 80:9,
80:10, 80:12, 80:17,
80:23, 80:25, 81:1,
81:4, 82:4, 82:6,
82:15, 82:17, 82:19,
83:14, 83:20, 83:24,
84:10, 85:24, 86:8,
87:6, 87:12, 87:13,
87:21, 88:1, 88:12,
89:11, 89:13, 89:17,
89:20, 89:24, 89:25,
90:1, 90:4, 90:6,
90:10, 90:19, 91:7,
91:19, 91:20, 91:24,
92:2, 92:9, 93:22,
94:4, 94:9, 94:19,
94:21, 95:25, 96:2,
96:8, 96:11, 96:21,
96:24, 96:25, 97:9,
97:11, 97:12, 97:13,
97:19, 97:22, 97:23,
98:6, 98:7, 98:8,
98:13, 98:15, 98:19,
98:23, 98:25, 99:2,
99:17, 99:20, 100:1,
100:3, 100:8,
101:23, 102:3,
102:11, 102:21,
103:18, 105:9,
105:10, 105:11,
105:12, 105:18,
105:19, 106:5,
106:16, 106:21,
107:14, 107:17,
107:18, 107:19,

107:23, 108:4,
108:11, 108:14,
109:2, 109:3,
109:11, 109:17,
109:18, 109:20,
110:2, 110:11,
110:12, 110:13,
110:16, 110:19,
111:2, 112:5, 112:6,
112:8, 112:19,
112:20, 112:22,
113:8, 115:10,
115:11, 115:13,
115:18, 115:24,
116:3, 116:6, 117:3,
117:4, 117:5,
117:11, 118:1,
118:14, 118:15,
118:21, 119:25,
120:1, 120:7,
120:13, 120:22,
121:20, 121:21,
122:12, 122:13,
122:14, 123:9,
123:10, 123:11,
123:14, 123:15,
123:21, 123:22,
123:25, 124:1,
124:2, 125:11,
125:13, 125:14,
125:17, 126:1,
126:4, 126:5, 126:7,
126:15, 126:17,
128:8, 128:9, 129:1,
129:3, 130:5,
131:22, 131:23,
131:25, 132:4,
132:5, 132:8,
132:16, 132:18,
132:20, 133:23,
134:3, 135:3, 137:6,
139:13, 139:14,
139:15, 140:7,
140:9, 140:14,
140:16, 140:23,
140:25, 141:2,
141:4, 141:8, 141:9,
141:15, 141:17,
141:18, 142:13,
142:19, 142:25,
143:2, 143:6,
144:17, 144:25,
145:5, 146:8,
146:12, 147:6,
147:9, 147:17,
147:18, 148:1,
148:19, 148:24,
149:7, 149:18,
149:19, 150:8,
150:10, 150:18,
150:19, 150:22,

150:23, 151:10,
151:11, 151:14,
151:15, 151:21,
151:24, 152:4,
152:5, 154:19,
154:23, 157:10,
157:14, 157:16,
157:20, 157:21,
157:23, 159:14,
159:16, 159:22,
159:24, 159:25,
161:1, 161:2, 161:5,
161:14, 161:15,
162:2, 162:3, 162:5,
162:6, 164:7, 164:8,
167:6, 167:8, 167:9,
167:10, 168:2,
168:4, 168:5,
168:11, 168:20,
169:9, 169:12,
169:13, 169:15,
169:17, 169:21,
170:3, 170:13,
170:17, 170:18,
170:19, 170:23,
171:3, 172:20,
172:21, 172:24,
173:10, 173:18,
173:20, 173:22,
174:10, 174:11,
174:12, 174:25,
175:6, 175:9,
175:15, 175:23,
176:2, 176:8,
176:12, 176:13,
176:14, 176:16,
177:10, 177:25,
178:15, 178:16,
181:14, 181:18,
181:20, 181:22,
182:6, 182:7,
182:10, 182:11,
182:25, 183:2,
183:5, 183:6,
183:10, 183:15,
184:2, 184:4, 184:7,
184:16, 184:18,
184:20, 184:21,
184:23, 185:15,
185:16, 185:22,
186:12, 186:19,
186:20, 187:20,
188:12, 188:19,
188:20, 188:21,
189:24, 189:25,
190:1, 190:4,
190:22, 191:14,
192:8, 192:14,
192:22, 193:15,
194:25, 195:24,
196:5, 196:12,

196:17, 196:18,
196:21, 197:3,
197:5, 197:6, 197:7,
198:24, 199:2,
199:7, 199:8, 199:9,
199:10, 199:11,
199:12, 200:5,
200:6, 200:14,
201:8, 201:12,
201:16, 201:17,
201:23, 202:19,
203:1, 206:7,
206:14, 206:15,
206:18, 206:25,
207:8, 207:13,
207:14, 207:17,
207:19, 207:20,
207:21, 207:22,
207:24, 207:25,
208:3, 208:5, 208:7,
208:8, 208:9,
208:18, 208:19,
208:21, 208:22,
208:23, 209:6,
209:10, 209:12,
209:16, 209:17,
209:24, 210:5,
210:6, 210:8,
210:10, 210:12,
210:19, 211:2,
211:3, 211:8, 211:9,
211:11, 211:14,
211:18, 211:24,
212:5, 212:13,
212:15, 212:16,
212:19, 213:3,
213:10, 213:13,
213:18, 213:21,
213:23, 213:24,
214:1, 214:2, 214:6,
214:15, 214:20,
215:20, 215:24,
216:2, 216:7,
216:12, 218:6,
220:1, 220:2, 220:8,
220:21, 221:12,
221:13, 221:19,
221:24, 222:18,
223:24, 224:4,
224:22, 225:14,
225:24, 228:14,
229:5, 229:11,
230:3, 230:5, 231:9,
231:15, 232:3,
232:10, 232:12,
234:22, 235:19,
235:24, 236:6,
237:23, 238:9,
239:21, 240:1,
240:9, 240:11,
240:21, 240:23,

241:2, 241:6,
241:15, 241:17,
241:18, 241:19,
242:1, 242:7, 242:8,
242:20, 242:22,
243:2, 243:4,
243:10, 243:15,
243:19, 244:5,
244:8, 244:21,
245:20, 246:4,
246:12, 246:23,
246:25, 247:2,
247:4, 247:5, 247:9,
247:10, 247:18,
247:20, 247:24,
248:11, 248:15,
249:2, 249:5, 249:6,
249:21, 249:23,
250:11, 250:19,
251:8, 251:12,
251:14, 251:15,
251:17, 252:9,
252:11, 252:20,
252:22, 252:23,
252:24, 253:2,
253:3, 253:16,
253:17, 253:19,
253:20, 253:22,
253:24, 253:25,
254:8, 254:21,
254:23, 255:1,
255:2, 255:3,
255:19, 255:22,
256:1, 256:4,
257:22, 258:8,
259:1, 259:4, 259:5,
259:6, 259:7, 259:8,
259:12, 259:14,
259:15, 259:21,
260:8, 260:10,
260:25, 261:8,
261:11, 261:14,
261:15, 262:17,
262:20, 262:21,
263:10, 263:24,
264:19, 265:6,
265:12, 267:6,
268:2, 268:25,
270:3, 272:11,
272:18, 272:20,
273:2, 273:6,
273:14, 273:19,
273:23, 274:4,
274:13, 274:14,
274:15, 274:17,
275:12, 275:16,
275:20, 275:21,
275:24, 276:1,
276:15, 277:16,
280:19, 280:23,
280:24, 280:25,

281:21, 282:24,
283:2, 283:8
WASN'T [8] - 75:11,
143:5, 149:1, 221:9,
242:8, 242:22,
243:1, 246:13
WASTE [1] - 118:20
WATER [2] - 16:16,
107:3
WAVE [1] - 119:20
WAVING [1] - 165:19
WAY [46] - 7:18, 13:1,
14:7, 23:5, 23:6,
53:2, 61:9, 64:6,
70:1, 74:25, 75:6,
100:7, 113:21,
129:24, 130:12,
144:19, 147:9,
154:18, 164:12,
177:20, 177:23,
178:9, 178:11,
178:19, 184:17,
210:15, 214:12,
214:24, 215:2,
231:13, 232:19,
236:9, 241:20,
242:16, 247:15,
250:21, 251:20,
251:21, 259:1,
259:14, 263:1,
265:18, 268:13,
270:7, 279:15
WAYS [3] - 235:13,
235:14, 270:5
WE [523] - 3:5, 3:10,
3:12, 3:15, 3:16, 4:8,
4:21, 7:10, 7:20,
7:23, 10:11, 10:14,
11:21, 12:5, 12:11,
14:19, 15:7, 16:6,
17:10, 19:19, 19:20,
22:22, 23:8, 24:8,
24:11, 24:12, 24:13,
24:19, 24:20, 25:5,
25:9, 25:12, 25:14,
25:20, 25:21, 26:12,
26:16, 26:17, 26:20,
26:23, 26:24, 27:25,
28:1, 28:2, 28:8,
28:16, 28:21, 30:6,
30:7, 31:5, 31:12,
32:11, 32:15, 32:16,
32:21, 33:1, 33:19,
34:18, 35:9, 35:15,
35:25, 36:4, 36:17,
36:22, 36:23, 36:24,
39:3, 39:4, 39:19,
39:21, 39:22, 39:23,
39:25, 40:1, 40:11,
41:9, 41:10, 42:3,

42:14, 43:14, 43:18,
43:20, 44:11, 44:12,
44:16, 45:6, 45:15,
46:15, 46:17, 47:6,
47:23, 47:25, 48:20,
49:16, 49:24, 50:11,
50:23, 50:24, 51:2,
51:9, 52:8, 52:10,
52:11, 52:17, 52:20,
53:13, 53:14, 54:14,
55:13, 57:6, 57:10,
59:5, 59:7, 59:8,
60:5, 60:7, 61:2,
61:5, 63:1, 63:7,
63:9, 63:11, 64:16,
65:2, 65:3, 65:6,
65:7, 65:8, 65:10,
65:16, 66:18, 67:8,
67:9, 68:8, 68:9,
68:14, 68:21, 69:7,
69:12, 69:13, 70:20,
72:25, 73:7, 73:13,
73:19, 73:22, 74:2,
74:18, 74:21, 74:24,
74:25, 75:4, 75:11,
75:13, 75:14, 75:15,
76:1, 77:6, 77:10,
77:16, 77:21, 77:22,
77:23, 80:5, 81:18,
84:8, 85:4, 85:17,
85:23, 86:10, 86:11,
86:16, 86:17, 86:18,
86:25, 88:5, 88:5, 88:13,
90:16, 90:17, 91:1,
92:11, 92:12, 92:15,
92:16, 92:25, 93:3,
93:7, 93:8, 93:15,
94:3, 94:6, 94:10,
94:12, 94:14, 94:18,
95:5, 96:3, 96:4,
97:2, 97:3, 97:4,
97:18, 98:17, 99:4,
99:5, 99:6, 99:17,
99:23, 99:24, 100:6,
100:9, 102:25,
103:21, 104:23,
105:9, 106:4,
106:12, 107:8,
107:9, 107:18,
108:1, 110:18,
112:8, 112:20,
112:23, 112:25,
113:4, 114:16,
114:17, 114:24,
115:19, 116:9,
119:1, 119:3,
119:13, 119:15,
119:23, 119:25,
120:2, 120:15,
120:17, 120:24,
121:19, 121:20,

121:21, 121:22,
121:24, 121:25,
122:1, 122:2,
122:18, 122:19,
123:12, 123:16,
123:19, 123:21,
124:2, 124:5,
124:10, 125:12,
126:1, 126:4, 126:7,
126:10, 126:16,
126:23, 127:1,
127:9, 127:18,
128:7, 129:7,
129:24, 130:15,
130:19, 130:24,
132:8, 132:12,
132:14, 133:11,
133:25, 134:1,
134:3, 134:4,
134:21, 134:24,
135:2, 136:23,
137:14, 138:6,
138:13, 141:5,
141:14, 142:16,
142:17, 142:18,
142:19, 142:20,
142:22, 143:9,
143:17, 143:20,
143:24, 143:25,
144:1, 144:9,
144:11, 144:22,
145:2, 145:7,
145:14, 145:22,
145:25, 146:13,
146:14, 146:15,
146:16, 146:21,
148:7, 151:1, 151:2,
151:6, 152:16,
153:4, 153:21,
155:3, 155:4, 155:5,
156:6, 156:13,
156:14, 157:3,
157:4, 157:24,
158:14, 158:20,
158:21, 158:22,
160:8, 160:24,
162:13, 162:23,
163:1, 163:20,
164:8, 164:15,
165:6, 165:10,
165:12, 165:17,
165:21, 165:24,
166:4, 167:12,
169:10, 171:10,
171:15, 175:24,
179:1, 179:3,
179:15, 180:6,
180:8, 181:10,
181:17, 182:4,
183:4, 183:23,
183:25, 184:22,

186:6, 186:11,
186:18, 187:15,
187:16, 188:10,
193:9, 193:18,
194:6, 194:7,
195:22, 196:6,
196:14, 196:20,
198:1, 198:2,
198:14, 201:10,
201:13, 202:4,
202:21, 202:22,
205:2, 205:25,
206:12, 207:14,
207:15, 207:18,
207:20, 208:6,
208:20, 208:22,
210:4, 213:11,
214:13, 214:22,
215:2, 216:3, 216:6,
217:4, 217:5,
219:13, 219:14,
219:18, 220:7,
220:9, 220:17,
220:23, 221:14,
222:17, 222:19,
223:15, 223:16,
224:2, 224:18,
226:22, 227:18,
228:10, 233:3,
236:14, 236:15,
237:14, 238:22,
238:23, 238:24,
239:4, 242:5,
243:24, 246:14,
247:6, 247:20,
248:20, 249:20,
250:2, 250:8,
250:10, 250:12,
250:23, 250:25,
251:18, 251:20,
253:24, 255:20,
256:21, 256:24,
258:2, 261:13,
265:25, 266:13,
266:17, 266:19,
267:23, 271:2,
271:5, 271:9, 272:8,
272:12, 274:18,
274:23, 277:6,
277:7, 277:11,
277:20, 278:18,
280:7, 280:12,
281:23, 283:1,
283:18
**WE'LL** [1] - 120:3
**WE'RE** [3] - 97:16,
153:21, 185:22
**WE'VE** [7] - 24:18,
42:23, 43:18, 44:10,
69:6, 266:3, 272:11
**WEBSITES** [2] -

33:20, 78:4
**WEDNESDAY** [1] -
1:14
**WEEK** [13] - 7:17,
14:14, 21:3, 33:9,
34:2, 34:3, 34:22,
122:2, 146:2,
233:21, 258:6,
269:12, 280:14
**WEEKEND** [1] - 34:11
**WEEKS** [9] - 3:11,
102:17, 233:22,
253:19, 257:23,
259:11, 264:7,
265:5, 268:6
**WEIGH** [1] - 275:9
**WEIGHT** [2] - 106:15,
268:4
**WEIN** [2] - 169:22,
181:19
**WEINBERG** [1] -
126:13
**WEISBERG** [10] -
4:25, 126:13, 170:7,
181:19, 183:5,
183:6, 183:17,
184:6, 184:23,
185:16
**WELL** [113] - 4:1, 8:7,
9:5, 9:12, 10:9,
10:11, 13:16, 42:2,
43:19, 53:13, 55:19,
56:13, 56:15, 61:23,
63:16, 64:15, 64:25,
65:22, 68:16, 69:4,
70:24, 73:16, 75:20,
76:4, 83:8, 86:1,
90:11, 93:23, 98:15,
99:16, 100:5, 103:3,
113:10, 114:14,
115:15, 116:19,
119:10, 120:2,
124:11, 125:2,
127:11, 134:13,
135:22, 140:4,
140:14, 140:23,
141:4, 141:19,
141:22, 144:10,
147:3, 147:13,
150:6, 165:12,
177:21, 178:25,
179:18, 181:9,
183:8, 184:25,
189:19, 189:23,
190:20, 190:23,
202:14, 207:11,
207:23, 208:15,
209:12, 210:2,
214:16, 215:24,
217:4, 218:5,

218:22, 220:13,
223:4, 224:1,
229:22, 233:7,
233:19, 234:15,
235:4, 235:5, 235:6,
236:14, 239:1,
239:5, 239:10,
240:24, 242:1,
243:17, 243:25,
246:15, 249:7,
250:25, 251:10,
254:13, 258:16,
259:13, 260:3,
261:6, 265:2,
269:22, 269:24,
270:24, 277:2,
277:10, 277:19,
278:11, 279:2,
281:23, 283:17
**WEND** [1] - 265:18
**WENT** [11] - 26:18,
77:8, 77:14, 87:2,
89:5, 107:20,
142:20, 159:10,
171:3, 249:1, 258:2
**WERE** [284] - 7:15,
11:13, 13:6, 13:11,
13:12, 13:14, 14:5,
14:7, 14:8, 14:19,
14:21, 14:24, 15:1,
15:3, 15:5, 19:4,
21:10, 22:3, 22:25,
23:21, 24:15, 24:19,
25:14, 26:21, 27:1,
27:12, 27:23, 31:12,
32:2, 32:7, 33:9,
33:16, 33:19, 33:23,
34:6, 34:8, 36:4,
36:5, 39:17, 39:19,
39:21, 39:22, 39:23,
40:8, 40:9, 41:3,
41:22, 43:14, 43:18,
43:20, 44:11, 46:15,
48:17, 49:3, 50:22,
51:25, 52:19, 53:1,
53:14, 55:25, 58:19,
59:5, 60:25, 61:2,
61:3, 61:5, 63:16,
67:6, 69:13, 71:13,
71:19, 71:23, 73:7,
73:19, 73:23, 74:2,
74:24, 75:16, 75:21,
76:24, 77:22, 80:8,
80:11, 80:12, 80:16,
80:20, 82:17, 82:18,
83:13, 83:23, 83:25,
84:2, 84:6, 84:9,
87:11, 87:14, 87:17,
87:18, 89:15, 89:18,
89:21, 89:23, 89:25,
90:3, 90:24, 91:21,

91:25, 92:3, 93:22,
94:15, 95:24, 96:5,
96:10, 97:20, 98:5,
98:6, 99:4, 99:25,
104:12, 104:19,
104:21, 104:23,
105:8, 105:12,
106:19, 106:20,
107:15, 107:22,
108:3, 109:12,
109:23, 110:20,
112:9, 112:11,
112:12, 113:15,
113:25, 116:14,
118:22, 119:5,
119:11, 119:12,
119:25, 120:8,
120:14, 120:15,
120:17, 121:21,
122:2, 124:13,
124:15, 124:16,
124:18, 125:18,
132:8, 132:13,
135:4, 140:13,
141:13, 146:2,
146:13, 148:17,
148:25, 150:7,
150:9, 151:17,
152:11, 152:13,
154:23, 155:19,
157:3, 157:23,
158:7, 166:25,
168:16, 169:12,
169:15, 170:10,
170:17, 172:23,
174:22, 175:25,
177:18, 177:23,
178:7, 178:14,
179:6, 181:11,
181:21, 181:24,
182:4, 182:8,
182:12, 182:16,
182:18, 182:19,
182:21, 182:22,
183:4, 186:6,
186:22, 188:10,
195:9, 196:24,
199:11, 200:16,
201:10, 201:14,
207:18, 209:5,
209:8, 209:16,
209:21, 210:4,
210:11, 212:9,
213:6, 214:24,
214:25, 215:15,
220:7, 220:24,
222:11, 223:23,
225:20, 229:21,
230:20, 231:16,
232:2, 232:14,
234:15, 234:18,

234:21, 235:2,
238:22, 238:24,
239:9, 239:11,
239:14, 239:23,
240:23, 241:9,
242:15, 242:17,
242:18, 242:19,
246:1, 246:2,
246:19, 246:23,
248:21, 248:24,
248:25, 250:6,
252:19, 253:18,
255:11, 255:23,
256:2, 256:8,
256:14, 257:22,
258:7, 259:9, 260:7,
260:11, 260:15,
260:25, 261:12,
264:12, 266:23,
268:2, 271:5, 273:9,
274:6, 280:13,
280:17, 281:25

**WESNER** [1] - 2:14

**WEST** [1] - 2:20

**WHAT** [319] - 5:25,
8:20, 10:11, 11:6,
11:15, 11:16, 12:15,
12:20, 13:4, 13:7,
14:5, 14:7, 14:10,
14:17, 14:18, 16:21,
18:22, 19:18, 19:24,
21:12, 21:18, 21:24,
22:20, 23:21, 23:23,
24:1, 24:3, 24:5,
25:6, 25:10, 27:1,
33:12, 33:18, 33:21,
35:3, 37:16, 39:4,
39:5, 39:21, 40:7,
41:7, 42:18, 44:2,
44:10, 44:14, 44:19,
47:5, 47:25, 48:4,
48:12, 48:20, 49:23,
50:13, 50:18, 50:24,
54:25, 55:3, 55:9,
55:19, 56:7, 56:19,
57:4, 58:10, 58:12,
59:5, 59:25, 60:15,
60:16, 60:18, 60:21,
60:23, 62:10, 62:12,
63:6, 63:11, 64:5,
65:3, 66:15, 67:18,
69:1, 71:15, 72:7,
72:10, 73:7, 73:19,
74:2, 75:5, 75:16,
75:19, 75:20, 77:2,
77:4, 77:23, 81:20,
81:24, 82:14, 84:23,
85:2, 88:12, 89:25,
90:2, 90:10, 91:6,
92:12, 93:3, 93:15,
94:4, 94:6, 94:18,

94:19, 95:5, 95:6,
96:23, 97:12, 97:22,
98:15, 98:25, 99:20,
101:23, 102:19,
102:20, 102:21,
103:18, 105:9,
105:10, 106:4,
106:6, 106:12,
107:18, 108:19,
110:6, 110:19,
110:20, 112:23,
115:10, 115:13,
115:17, 118:1,
118:6, 118:12,
120:22, 121:5,
122:8, 122:13,
122:19, 123:9,
123:14, 123:19,
123:21, 124:16,
124:17, 125:9,
125:11, 126:4,
127:18, 127:20,
128:5, 130:16,
132:10, 133:5,
133:18, 136:5,
137:7, 137:8, 138:9,
138:25, 139:20,
140:14, 140:17,
140:22, 141:22,
141:25, 142:5,
143:2, 143:12,
144:8, 144:11,
145:6, 146:8, 147:6,
147:22, 148:5,
150:1, 150:10,
151:1, 151:5, 151:6,
151:13, 153:21,
155:3, 155:5,
156:19, 157:14,
157:15, 157:20,
158:1, 158:2,
159:17, 159:18,
161:4, 161:14,
162:14, 163:21,
164:13, 164:15,
165:10, 165:23,
166:24, 167:2,
167:6, 168:2, 170:4,
173:10, 173:16,
175:14, 179:8,
184:2, 184:4,
185:13, 187:20,
188:6, 188:9,
190:12, 192:18,
192:19, 193:25,
194:20, 197:23,
201:3, 201:4, 201:8,
201:15, 201:19,
202:21, 202:23,
205:9, 206:19,
211:1, 211:3,

213:23, 213:24,
214:6, 218:14,
222:11, 222:15,
223:1, 223:6, 223:7,
223:8, 223:20,
224:1, 224:4, 224:7,
224:25, 225:9,
225:11, 226:12,
231:5, 233:23,
235:16, 237:6,
240:8, 242:15,
242:17, 245:5,
245:6, 245:23,
245:24, 246:23,
247:13, 248:11,
250:3, 250:4,
250:24, 252:12,
252:21, 253:16,
254:21, 254:23,
255:2, 256:17,
256:22, 256:23,
257:12, 259:18,
259:22, 260:12,
263:10, 265:22,
267:6, 267:7,
267:12, 267:13,
267:16, 268:12,
268:13, 268:15,
269:5, 270:7,
270:13, 272:22,
274:3, 274:15,
275:23, 277:15,
277:16, 277:20,
278:2, 278:12,
281:23

**WHAT'S** [3] - 36:2,
178:4, 224:12

**WHATEVER** [26] -
19:20, 20:9, 47:16,
84:16, 94:20, 96:7,
97:14, 102:24,
110:15, 117:21,
119:20, 137:5,
141:4, 141:14,
142:16, 149:8,
162:9, 166:2,
175:24, 181:17,
216:20, 220:17,
232:17, 263:18,
271:8

**WHATSOEVER** [4] -
91:2, 106:14,
120:14, 234:14

**WHEN** [184] - 5:19,
8:7, 14:24, 15:1,
21:15, 25:9, 25:21,
26:20, 26:24, 31:12,
32:11, 32:25, 34:18,
35:20, 35:21, 38:21,
39:10, 39:13, 41:5,
41:9, 43:14, 43:16,

43:22, 43:23, 44:24,
46:8, 46:13, 46:14,
46:21, 50:12, 52:10,
54:22, 62:9, 63:5,
63:6, 63:7, 69:7,
69:18, 72:13, 73:17,
75:4, 77:7, 77:9,
79:22, 80:4, 84:10,
87:5, 88:1, 88:13,
90:8, 91:13, 92:25,
93:25, 94:18, 97:1,
97:2, 97:20, 98:1,
98:4, 98:11, 98:17,
98:22, 100:23,
100:25, 101:2,
101:5, 101:8,
101:16, 101:19,
102:8, 107:15,
107:17, 107:20,
107:22, 108:9,
109:3, 110:2,
112:20, 112:21,
113:17, 113:24,
116:14, 121:18,
121:24, 124:5,
124:14, 125:12,
126:4, 126:5, 126:7,
133:9, 140:16,
140:19, 142:17,
142:18, 143:25,
144:12, 146:12,
146:14, 146:25,
147:1, 147:3,
149:22, 150:1,
151:9, 152:10,
157:25, 163:10,
164:18, 168:12,
168:15, 172:21,
174:15, 175:11,
176:23, 177:2,
181:10, 182:25,
183:2, 184:21,
186:3, 186:6,
186:24, 187:7,
191:18, 192:11,
193:13, 196:11,
196:12, 197:1,
199:5, 201:8,
201:19, 207:23,
208:1, 210:13,
211:10, 221:23,
224:8, 225:14,
227:16, 229:1,
229:11, 229:21,
229:24, 230:3,
231:23, 233:17,
233:18, 234:9,
237:25, 240:15,
241:22, 241:23,
245:16, 245:25,
246:4, 247:16,

250:10, 251:6,
251:7, 252:5, 253:1,
253:4, 255:22,
257:17, 257:18,
259:5, 262:24,
263:16, 263:25,
264:19, 268:25,
270:3, 271:5,
278:24, 280:25,
282:23, 282:25

**WHENEVER** [2] -
25:20, 229:8

**WHERE** [79] - 23:19,
31:12, 32:13, 34:12,
35:15, 38:17, 39:3,
40:9, 43:13, 46:14,
52:20, 53:7, 53:11,
55:13, 62:15, 62:25,
64:13, 66:4, 67:13,
68:1, 70:21, 72:1,
73:22, 82:11, 86:8,
93:9, 97:11, 102:3,
102:11, 107:24,
108:20, 111:2,
113:8, 113:9,
113:15, 116:20,
134:4, 137:25,
140:13, 155:16,
176:3, 177:18,
177:19, 177:24,
178:8, 178:15,
178:23, 183:15,
183:16, 184:9,
190:11, 194:7,
194:12, 196:6,
202:22, 204:21,
208:20, 208:21,
214:23, 215:3,
215:16, 219:2,
219:12, 224:11,
230:22, 231:8,
240:9, 245:1,
249:15, 249:24,
250:5, 265:25,
266:9, 270:18,
270:25, 277:11,
280:15, 280:21

**WHEREAS** [1] -
226:21

**WHEREIN** [2] - 37:11,
236:4

**WHETHER** [25] - 8:19,
11:6, 14:24, 16:1,
20:25, 34:6, 34:7,
79:16, 79:24, 80:25,
84:2, 87:17, 102:22,
190:15, 219:24,
220:16, 220:17,
258:3, 259:6,
259:24, 268:20,

273:19, 276:5,
281:21
**WHICH** [82] - 5:19,
5:21, 6:11, 6:12,
14:22, 15:1, 20:23,
21:22, 23:24, 28:25,
29:15, 31:3, 31:13,
31:14, 41:2, 45:8,
50:23, 63:24, 64:15,
65:7, 69:8, 71:4,
74:12, 79:6, 87:6,
100:1, 104:21,
113:4, 116:7,
118:22, 120:1,
121:16, 123:4,
126:17, 136:18,
138:16, 155:13,
156:6, 170:18,
192:6, 196:4, 199:2,
203:12, 204:18,
211:17, 211:20,
217:6, 223:13,
227:8, 233:1,
234:12, 236:22,
237:2, 239:6, 241:4,
241:14, 245:15,
246:5, 246:8,
247:20, 251:2,
252:12, 255:17,
258:25, 259:3,
259:12, 260:15,
261:4, 261:14,
261:15, 262:11,
264:19, 264:21,
265:10, 267:5,
267:25, 268:21,
278:10, 279:2, 280:4
**WHICHEVER** [1] -
16:9
**WHILE** [12] - 16:15,
18:13, 47:22, 94:17,
143:20, 144:14,
162:13, 258:15,
263:19, 280:9,
282:5, 282:6
**WHITE** [5] - 1:19, 3:5,
165:18, 279:20,
284:7
**WHO** [33] - 4:1, 4:4,
4:18, 15:1, 15:23,
17:4, 20:24, 20:25,
22:8, 43:16, 56:21,
63:13, 63:20, 63:21,
77:14, 92:19, 99:15,
139:22, 140:19,
145:1, 149:21,
167:17, 169:25,
200:1, 208:2,
210:19, 211:2,
211:10, 236:10,

236:16, 267:20,
273:8, 279:10
**WHOEVER** [2] -
11:24, 16:6
**WHOLE** [7] - 13:24,
69:2, 73:23, 92:18,
123:5, 268:4, 269:21
**WHOLLY** [3] - 64:15,
123:4, 265:7
**WHOM** [1] - 4:2
**WHY** [81] - 3:12, 8:5,
8:10, 9:12, 9:14,
10:1, 10:6, 13:6,
16:5, 21:20, 39:5,
41:7, 41:10, 41:18,
41:22, 42:1, 43:14,
43:18, 44:3, 44:9,
52:5, 52:6, 76:5,
76:9, 76:15, 76:17,
80:20, 80:25, 82:2,
82:7, 94:14, 96:3,
99:19, 105:7, 110:9,
117:4, 119:18,
122:19, 130:23,
130:24, 135:5,
144:9, 176:8,
181:14, 183:23,
197:6, 209:5, 210:2,
210:25, 211:21,
212:3, 212:15,
215:4, 216:3, 216:6,
218:15, 220:9,
221:5, 222:5,
222:20, 223:24,
226:16, 227:21,
230:1, 234:23,
238:18, 238:20,
239:15, 243:24,
245:4, 247:6, 251:3,
251:16, 255:17,
257:10, 263:10,
265:16, 267:25,
268:24, 280:18,
282:3
**WILL** [201] - 3:15, 4:3,
4:12, 5:6, 7:4, 7:7,
7:8, 10:14, 12:5,
13:18, 15:9, 16:3,
16:7, 19:20, 28:8,
28:15, 29:4, 29:5,
31:2, 31:4, 31:5,
31:19, 36:23, 45:15,
47:21, 51:9, 51:10,
54:14, 57:5, 57:14,
57:20, 60:1, 60:4,
61:7, 61:17, 61:21,
61:22, 65:19, 67:2,
71:4, 75:20, 76:3,
78:19, 78:23, 85:1,
85:4, 86:10, 86:11,

86:18, 86:19, 87:24,
97:6, 98:1, 98:2,
99:14, 102:25,
103:25, 104:6,
105:20, 110:6,
110:16, 110:22,
113:4, 113:22,
114:16, 114:23,
115:21, 118:5,
118:6, 123:19,
124:23, 126:6,
126:20, 127:6,
127:8, 127:12,
128:3, 128:11,
128:13, 128:16,
128:24, 129:22,
131:3, 133:13,
138:7, 138:13,
140:3, 140:25,
142:10, 143:17,
144:1, 145:14,
149:10, 153:12,
153:14, 157:15,
157:24, 160:12,
161:20, 164:18,
165:11, 165:12,
165:21, 165:24,
165:25, 166:1,
166:4, 166:10,
168:15, 169:22,
173:11, 178:5,
178:6, 180:8, 180:9,
181:23, 185:21,
185:24, 187:20,
190:20, 191:7,
192:24, 193:2,
193:8, 194:6,
195:14, 196:1,
199:16, 199:22,
202:18, 203:4,
203:15, 203:20,
203:25, 204:1,
205:11, 205:23,
205:25, 206:23,
211:7, 212:24,
216:23, 217:11,
218:1, 218:24,
224:11, 225:6,
226:8, 227:19,
227:25, 232:2,
237:16, 245:18,
255:4, 255:5,
256:19, 256:24,
264:25, 267:13,
267:14, 268:17,
268:21, 268:22,
270:25, 271:7,
271:8, 271:14,
271:19, 275:17,
277:21, 278:4,
278:7, 278:10,

278:18, 278:22,
279:4, 279:11,
279:14, 279:18,
279:21, 279:23,
279:25, 280:3,
280:4, 281:3, 281:5,
281:9, 281:10,
281:14, 281:17,
283:18
**WILLFULLY** [1] -
234:8
**WILLING** [2] - 190:17,
191:6
**WILMINGTON** [1] -
2:20
**WILMINGTON-WEST**
[1] - 2:20
**WILSON** [1] - 119:5
**WIN** [1] - 94:15
**WIND** [1] - 270:25
**WINNOWING** [1] -
83:17
**WIRELESS** [1] - 112:1
**WISH** [1] - 283:11
**WITH** [361] - 3:5, 3:16,
3:17, 3:19, 4:3, 4:20,
4:25, 5:1, 5:8, 6:16,
7:21, 8:1, 8:18, 9:4,
9:5, 9:16, 9:17, 9:19,
10:15, 11:22, 12:15,
14:9, 14:16, 14:21,
15:13, 15:15, 15:17,
16:1, 16:6, 16:8,
17:4, 17:20, 17:24,
18:3, 19:7, 19:9,
19:10, 19:17, 19:20,
19:21, 20:7, 20:10,
20:15, 20:19, 21:4,
21:5, 21:7, 21:10,
21:19, 22:5, 22:8,
22:9, 22:18, 22:20,
23:14, 24:11, 24:19,
25:25, 26:2, 26:5,
26:7, 26:8, 26:10,
27:6, 33:8, 33:13,
33:22, 34:9, 34:17,
35:24, 36:1, 39:12,
39:24, 40:1, 40:10,
40:20, 41:6, 41:7,
42:9, 42:17, 42:25,
43:7, 43:9, 43:10,
43:12, 44:3, 44:8,
44:22, 44:23, 48:21,
49:2, 49:13, 49:15,
50:17, 51:25, 53:12,
55:6, 55:12, 56:19,
57:17, 59:6, 61:22,
62:25, 66:17, 68:25,
69:2, 69:9, 71:13,
71:19, 72:20, 73:11,

73:22, 73:24, 75:24,
79:3, 79:15, 79:16,
79:25, 80:19, 80:24,
81:19, 82:19, 84:22,
87:2, 87:8, 88:14,
89:8, 90:4, 90:6,
90:20, 91:8, 91:16,
92:11, 92:24, 93:3,
93:17, 94:16, 95:6,
96:1, 96:18, 97:17,
99:3, 99:4, 100:4,
100:11, 101:10,
102:2, 102:2,
104:13, 104:16,
105:7, 105:17,
105:25, 106:15,
109:1, 109:3, 109:4,
109:10, 109:11,
111:3, 111:21,
111:24, 112:3,
112:18, 112:19,
112:22, 113:3,
113:19, 113:25,
114:19, 115:11,
114:19, 115:11,
117:11, 117:14,
117:23, 120:15,
120:25, 121:18,
124:11, 125:24,
127:5, 127:6,
128:25, 130:15,
131:12, 132:10,
132:12, 134:19,
134:21, 135:8,
135:25, 136:8,
136:16, 137:6,
137:7, 137:19,
137:22, 138:2,
139:7, 140:12,
142:7, 142:13,
144:10, 144:25,
145:9, 146:19,
147:22, 148:2,
148:4, 148:12,
148:16, 149:9,
151:7, 152:3, 153:7,
154:20, 155:1,
155:15, 155:21,
158:7, 158:12,
159:18, 161:12,
166:19, 166:20,
167:16, 167:17,
168:8, 168:11,
169:10, 169:13,
169:15, 169:22,
170:1, 170:2, 170:5,
170:11, 171:4,
171:17, 173:14,
173:23, 174:5,
174:12, 175:13,
175:17, 175:19,

176:8, 176:12,
177:12, 178:24,
181:17, 181:18,
181:20, 181:24,
182:15, 183:11,
184:22, 185:5,
186:18, 187:3,
187:8, 187:19,
189:12, 189:21,
192:25, 196:16,
196:20, 197:6,
198:6, 198:14,
198:16, 198:19,
199:16, 200:16,
202:14, 202:22,
205:18, 205:21,
207:4, 208:24,
209:1, 209:13,
209:18, 209:20,
212:16, 212:19,
213:9, 214:19,
215:11, 220:23,
224:13, 228:10,
228:23, 229:13,
229:16, 229:20,
232:9, 233:6, 233:8,
233:9, 233:10,
233:18, 234:19,
235:6, 235:8,
235:14, 235:25,
240:20, 241:17,
244:22, 245:24,
246:19, 246:20,
248:6, 249:13,
249:16, 249:17,
250:15, 250:20,
256:10, 256:11,
257:3, 257:7,
257:10, 257:17,
258:16, 260:3,
261:10, 261:12,
262:19, 262:20,
263:5, 263:7,
263:11, 264:9,
264:16, 264:17,
265:7, 266:16,
266:19, 267:14,
273:4, 278:1,
278:13, 279:11,
282:10

**WITHDRAW** [21] -
53:18, 76:13, 85:1,
99:18, 99:19, 146:5,
147:3, 147:14,
210:20, 210:25,
213:2, 213:4,
213:10, 213:16,
213:21, 214:10,
229:7, 229:8,
229:22, 237:16,
267:1

**WITHDRAWAL** [3] -
76:5, 147:22, 282:15
**WITHDRAWING** [1] -
213:7
**WITHDRAWN** [9] -
9:1, 76:17, 207:18,
212:15, 212:17,
213:18, 215:15,
229:12, 230:3
**WITHDREW** [2] -
76:17, 207:16
**WITHHOLD** [3] -
59:20, 59:23, 60:5
**WITHHOLDING** [1] -
9:17
**WITHIN** [3] - 102:16,
240:8, 278:3
**WITHOUT** [14] - 64:8,
65:18, 72:22,
109:13, 148:10,
150:6, 224:23,
231:24, 232:2,
250:8, 262:7, 265:4,
276:21
**WITNESS** [53] - 8:3,
8:4, 17:1, 29:19,
31:21, 36:12, 47:8,
47:20, 48:6, 60:13,
67:5, 81:15, 86:21,
107:1, 107:6, 111:8,
114:13, 114:25,
120:13, 121:5,
121:8, 129:8, 131:1,
133:15, 137:1,
137:4, 138:25,
139:10, 156:19,
165:5, 166:8,
166:12, 176:20,
180:23, 187:22,
188:3, 189:6,
189:11, 194:2,
195:1, 195:5,
197:14, 201:6,
202:3, 202:12,
202:13, 217:13,
218:4, 218:23,
220:1, 227:3,
227:13, 285:2
**WITNESSES** [3] -
12:5, 15:21, 202:10
**WOLSON** [8] - 1:16,
3:8, 27:12, 200:10,
224:16, 233:25,
236:21, 248:7
**WONDER** [1] - 233:16
**WORD** [4] - 169:8,
214:6, 220:17, 255:6
**WORDS** [8] - 19:21,
108:10, 139:21,
169:8, 179:6,

179:12, 182:21,
244:8
**WORK** [18] - 56:14,
94:12, 106:9, 109:6,
126:14, 130:24,
136:24, 137:11,
140:4, 164:1,
172:16, 172:17,
200:9, 211:18,
213:14, 226:3, 270:5
**WORK-IN** [2] - 172:16,
172:17
**WORKED** [2] - 94:17,
208:7
**WORKING** [7] - 94:9,
127:14, 163:20,
182:2, 199:10,
245:13, 266:20
**WORKS** [8] - 55:7,
56:14, 140:14,
140:23, 141:19,
141:22, 163:22,
225:12
**WORRIES** [1] - 111:19
**WORRY** [7] - 93:18,
97:18, 126:13,
145:23, 168:14,
173:11, 269:6
**WORTH** [1] - 109:10
**WOULD** [229] - 3:25,
8:4, 8:10, 10:8,
10:17, 13:1, 15:20,
20:10, 22:7, 23:20,
24:8, 24:10, 24:16,
25:2, 25:11, 25:12,
25:13, 28:6, 28:18,
28:23, 30:23, 30:24,
32:19, 37:17, 40:5,
44:12, 44:16, 44:17,
44:19, 45:12, 46:10,
46:17, 47:8, 47:15,
50:4, 50:17, 50:18,
52:8, 52:12, 53:4,
55:20, 56:14, 56:17,
56:18, 56:24, 57:8,
57:23, 59:9, 59:10,
59:13, 59:19, 60:2,
62:22, 64:3, 66:22,
68:23, 70:13, 71:1,
75:9, 75:15, 76:2,
77:10, 78:2, 78:4,
79:12, 82:18, 83:2,
83:7, 84:3, 86:7,
90:2, 92:19, 93:11,
94:7, 100:11,
100:14, 101:11,
101:15, 102:16,
103:6, 103:7,
103:19, 103:21,
113:20, 113:21,

117:10, 117:22,
118:15, 120:4,
121:16, 125:11,
127:22, 129:7,
132:14, 135:2,
136:18, 140:10,
140:22, 141:12,
145:12, 149:6,
150:13, 151:2,
153:1, 153:9,
154:18, 154:24,
159:5, 163:14,
164:8, 165:13,
167:11, 167:18,
169:25, 172:17,
172:21, 174:21,
177:25, 178:2,
178:5, 178:13,
178:17, 178:18,
178:20, 179:4,
181:25, 182:1,
183:18, 184:23,
185:8, 186:8, 187:9,
188:14, 188:22,
188:23, 189:6,
190:16, 191:13,
195:24, 196:7,
197:8, 200:1, 200:2,
200:8, 203:3, 208:4,
208:12, 208:16,
209:4, 210:16,
211:5, 211:15,
211:16, 212:6,
213:2, 213:13,
213:14, 215:3,
216:16, 216:20,
218:3, 218:14,
219:16, 220:22,
221:14, 222:22,
223:6, 223:18,
223:20, 224:13,
224:15, 224:23,
226:13, 226:16,
228:10, 228:21,
229:7, 230:3, 230:6,
231:13, 234:16,
236:8, 236:14,
238:24, 239:24,
241:14, 242:2,
242:3, 243:13,
243:15, 246:16,
247:25, 248:2,
248:6, 251:16,
251:20, 251:21,
253:19, 254:24,
256:9, 260:18,
261:20, 264:21,
266:1, 267:18,
267:19, 267:22,
268:3, 268:7, 271:6,
272:2, 272:13,

272:20, 273:24,
274:9, 274:19,
276:7, 276:10,
276:23, 276:24,
280:18, 282:17,
283:1
**WOULDN'T** [4] -
224:21, 241:13,
243:6, 247:2
**WOUND** [1] - 276:10
**WRAP** [3] - 158:12,
198:14, 252:3
**WRIT** [1] - 218:11
**WRITE** [1] - 280:6
**WRITING** [6] - 53:17,
146:25, 147:23,
186:24, 228:15,
249:9
**WRITINGS** [1] -
260:14
**WRITTEN** [5] - 41:2,
43:12, 100:5, 102:7,
257:19
**WRONG** [5] - 41:12,
82:13, 181:19,
231:16, 254:23
**WRONGDOING** [1] -
275:12
**WROTE** [6] - 55:5,
70:21, 123:2,
139:14, 140:5, 229:1

**Y**

**YASHAYEV** [97] - 4:7,
8:18, 9:14, 10:1,
10:15, 13:10, 16:19,
16:22, 17:1, 17:2,
17:7, 17:19, 18:17,
18:21, 36:15, 37:4,
40:18, 45:22, 46:1,
47:17, 47:18, 48:3,
48:5, 48:10, 50:24,
51:17, 54:23, 58:8,
58:11, 60:8, 60:11,
61:16, 61:25, 64:18,
70:7, 70:24, 71:8,
78:9, 78:16, 78:20,
79:2, 83:12, 88:1,
88:14, 105:19,
105:20, 149:19,
151:15, 167:21,
168:9, 172:18,
173:7, 176:9, 177:8,
177:13, 177:21,
178:25, 182:15,
186:14, 189:1,
189:5, 192:8,
195:16, 206:4,
206:5, 207:2,

207:24, 208:3, 209:19, 210:24, 211:10, 211:13, 212:14, 215:11, 221:18, 221:25, 222:18, 234:17, 238:16, 246:10, 246:21, 246:25, 248:8, 250:20, 251:2, 258:24, 260:7, 260:11, 260:20, 261:4, 262:1, 263:22, 265:18, 267:2, 272:17, 274:6, 285:3

**YASHAYEV'S** [3] - 13:22, 56:24, 261:19

**YEAH** [15] - 48:6, 51:2, 60:24, 62:23, 108:1, 121:10, 121:11, 134:9, 137:20, 144:24, 163:1, 184:12, 185:12, 188:14, 225:13

**YEAR** [7] - 20:17, 20:18, 23:13, 43:24, 155:24, 266:14, 278:18

**YEARS** [1] - 271:21

**YES** [184] - 10:25, 16:17, 16:23, 18:22, 18:25, 28:14, 29:19, 30:2, 32:2, 33:4, 35:10, 39:9, 40:6, 45:11, 48:1, 48:11, 48:13, 49:1, 50:15, 50:19, 51:19, 54:8, 54:11, 55:15, 62:2, 62:4, 62:8, 64:22, 66:5, 66:21, 67:23, 68:4, 71:20, 74:5, 76:8, 76:14, 78:18, 79:5, 80:14, 81:6, 81:14, 82:6, 83:19, 84:22, 85:14, 87:10, 90:23, 92:8, 92:11, 93:7, 93:21, 94:3, 95:3, 99:10, 102:18, 103:13, 104:14, 105:4, 105:14, 106:1, 108:6, 108:15, 108:24, 109:22, 110:1, 112:14, 113:11, 115:6, 117:22, 118:11, 119:12, 119:15, 119:18, 120:6, 120:10, 121:15, 121:18, 123:1, 123:18,

124:20, 126:19, 129:4, 130:20, 131:16, 132:22, 133:13, 135:13, 135:15, 137:23, 138:1, 138:24, 140:3, 143:2, 143:8, 143:14, 144:8, 145:19, 146:7, 146:24, 151:21, 153:17, 154:10, 156:5, 156:11, 156:23, 157:8, 157:13, 157:22, 159:23, 160:12, 162:12, 164:14, 166:23, 167:1, 167:15, 167:23, 168:25, 169:8, 172:14, 172:22, 173:5, 177:4, 177:6, 177:10, 177:16, 180:8, 183:22, 184:3, 186:1, 186:8, 186:9, 186:12, 187:18, 188:4, 188:7, 193:11, 194:2, 195:7, 195:11, 195:14, 198:2, 200:12, 201:23, 205:6, 205:10, 206:15, 206:16, 206:17, 206:19, 221:4, 221:17, 221:20, 221:24, 221:25, 222:10, 225:23, 228:19, 235:23, 238:19, 239:23, 240:23, 243:5, 243:16, 244:1, 244:7, 244:18, 245:11, 245:24, 247:8, 247:12, 248:11, 248:23, 250:17, 250:22, 255:2, 256:4, 279:5, 281:6, 282:21, 283:16

**YESTERDAY** [2] - 145:7, 270:22

**YET** [12] - 107:19, 129:6, 164:3, 166:4, 182:22, 185:3, 185:4, 202:22, 206:10, 222:2, 274:21, 283:12

**YORK** [1] - 236:15

**YOU** [1796] - 3:1, 4:4, 4:23, 5:2, 5:5, 5:9, 5:10, 8:2, 8:4, 8:5,

8:10, 8:13, 9:13, 9:14, 9:15, 9:17, 9:19, 9:21, 9:25, 10:12, 10:14, 10:16, 10:17, 10:18, 10:20, 10:21, 11:14, 11:15, 11:18, 11:19, 11:23, 12:2, 12:3, 12:4, 12:6, 12:9, 12:12, 12:15, 13:17, 13:19, 13:25, 14:13, 14:16, 14:20, 14:21, 15:23, 16:1, 16:5, 16:6, 16:9, 16:10, 16:13, 16:18, 16:21, 16:24, 17:3, 17:8, 17:9, 17:13, 17:14, 17:20, 17:22, 17:24, 18:10, 18:13, 18:16, 18:19, 18:20, 18:23, 19:6, 19:11, 19:16, 19:20, 19:22, 19:24, 20:6, 20:14, 20:16, 20:18, 20:23, 21:5, 21:10, 21:16, 21:19, 21:24, 22:3, 22:5, 22:11, 22:12, 22:14, 22:17, 22:22, 22:25, 23:14, 23:16, 23:18, 23:19, 23:20, 24:5, 24:15, 24:16, 24:25, 25:14, 25:16, 25:19, 25:25, 26:5, 26:14, 26:22, 27:1, 27:7, 27:12, 27:15, 27:18, 27:23, 27:25, 28:11, 28:15, 28:21, 29:8, 29:10, 29:18, 30:4, 30:5, 30:15, 30:17, 30:21, 31:23, 31:25, 32:1, 32:7, 32:13, 32:21, 33:9, 33:16, 34:1, 34:2, 34:6, 34:7, 34:8, 34:13, 34:17, 34:18, 34:21, 34:25, 35:6, 35:12, 35:16, 35:21, 35:22, 35:24, 35:25, 36:3, 36:5, 36:7, 36:14, 36:15, 36:20, 37:4, 37:7, 37:14, 38:2, 38:4, 38:6, 38:11, 38:16, 38:17, 38:18, 38:21, 38:25, 39:1, 39:14, 39:15, 39:17, 40:4, 40:8, 40:9, 40:15, 40:22, 40:24, 41:1, 41:5, 41:6, 41:12, 41:18, 41:21, 41:22, 42:5, 42:7, 42:8, 42:11, 42:12, 42:16,

42:17, 42:18, 42:20, 43:3, 43:6, 43:7, 43:11, 43:16, 43:22, 43:24, 44:2, 44:3, 44:8, 44:9, 44:14, 44:15, 44:20, 44:21, 45:1, 45:7, 45:8, 45:10, 45:21, 45:23, 46:1, 46:2, 46:5, 46:9, 46:12, 46:21, 46:22, 47:1, 47:11, 47:12, 47:18, 47:19, 47:24, 48:3, 48:4, 48:5, 48:8, 48:10, 48:12, 48:14, 48:17, 48:24, 49:2, 49:3, 49:12, 49:17, 49:20, 49:21, 49:22, 50:1, 50:6, 50:7, 50:9, 50:13, 50:16, 50:17, 50:22, 50:25, 51:13, 51:25, 52:4, 52:5, 52:6, 52:8, 52:11, 52:14, 52:15, 52:19, 52:25, 53:1, 53:3, 53:7, 53:8, 53:9, 53:11, 53:16, 53:18, 53:23, 53:25, 54:1, 54:4, 54:7, 54:22, 54:25, 55:3, 55:4, 55:5, 55:7, 55:8, 55:10, 55:11, 55:13, 55:17, 55:25, 56:4, 56:9, 56:11, 57:4, 58:8, 58:10, 58:12, 58:15, 58:17, 58:18, 58:19, 58:24, 59:2, 59:5, 59:7, 59:8, 59:9, 59:10, 59:24, 60:15, 60:16, 60:18, 60:21, 60:23, 60:25, 61:7, 61:15, 61:25, 62:5, 62:6, 62:9, 62:10, 62:14, 62:24, 62:25, 63:1, 63:7, 63:9, 63:10, 63:13, 63:16, 63:18, 63:21, 63:23, 63:25, 64:4, 64:12, 64:13, 64:18, 64:19, 64:20, 65:1, 65:2, 65:4, 65:5, 65:9, 65:12, 65:19, 65:23, 65:24, 66:5, 66:7, 66:15, 66:19, 67:12, 67:13, 67:18, 68:2, 68:5, 68:9, 68:14, 68:21, 69:4, 69:5, 69:9, 69:12, 69:14, 69:17, 69:18, 69:20, 69:25, 70:4, 70:10, 71:8, 71:9,

71:13, 71:15, 71:16, 71:19, 71:23, 72:7, 72:13, 72:16, 72:18, 72:19, 72:23, 72:25, 73:2, 73:4, 73:10, 73:14, 73:17, 73:22, 73:23, 74:4, 74:10, 74:16, 74:19, 75:3, 75:4, 75:16, 75:18, 75:19, 75:21, 76:3, 76:5, 76:7, 76:11, 76:12, 76:16, 76:17, 76:18, 76:19, 76:24, 76:25, 77:1, 77:3, 77:4, 77:9, 77:14, 77:18, 77:19, 78:1, 78:4, 78:8, 79:2, 79:3, 79:6, 79:10, 79:11, 79:12, 79:15, 79:16, 79:23, 79:24, 80:4, 80:5, 80:8, 80:9, 80:11, 80:12, 80:15, 80:16, 80:19, 80:20, 80:23, 81:5, 81:7, 81:8, 81:10, 81:12, 81:23, 81:24, 82:2, 82:7, 82:12, 82:14, 82:17, 82:18, 83:13, 83:15, 83:23, 83:25, 84:2, 84:4, 84:5, 84:8, 84:11, 84:17, 84:23, 85:12, 86:1, 86:3, 86:10, 86:14, 86:19, 87:6, 87:8, 87:11, 87:14, 87:18, 87:21, 87:22, 87:24, 88:4, 88:14, 88:19, 88:20, 88:22, 89:5, 89:7, 89:15, 89:18, 89:21, 89:23, 89:24, 89:25, 90:2, 90:9, 90:10, 90:24, 91:3, 91:4, 91:6, 91:16, 91:21, 91:23, 92:3, 92:6, 92:9, 92:14, 92:21, 92:22, 92:23, 93:11, 93:17, 93:20, 93:22, 94:1, 94:2, 94:11, 94:12, 95:1, 95:6, 95:12, 95:20, 95:24, 96:7, 96:10, 96:12, 96:18, 96:22, 96:23, 97:6, 97:8, 97:13, 97:14, 97:15, 97:17, 97:21, 97:22, 98:5, 98:6, 98:8, 98:11, 98:12, 98:14, 98:16, 98:22, 98:25, 99:8, 99:9, 99:10, 99:11, 99:12, 99:13, 99:14, 99:15,

| | | | | |
|---|---|---|---|---|
| 99:16, 99:18, 99:19, 99:21, 99:23, 99:24, 99:25, 100:2, 100:4, 100:11, 100:12, 100:20, 100:23, 101:1, 101:8, 101:10, 101:12, 101:14, 101:16, 101:17, 101:21, 101:24, 102:2, 102:13, 102:14, 102:24, 103:4, 103:6, 103:7, 103:10, 103:11, 103:14, 103:17, 103:19, 103:22, 104:2, 104:6, 104:7, 104:11, 104:12, 104:15, 104:19, 104:21, 105:2, 105:5, 105:6, 105:7, 105:8, 105:12, 105:15, 105:16, 105:17, 105:19, 105:22, 105:23, 105:24, 105:25, 106:2, 106:10, 106:15, 106:19, 106:20, 107:4, 107:6, 107:11, 107:14, 107:15, 107:16, 107:22, 108:2, 108:3, 108:8, 108:9, 108:16, 108:17, 108:20, 108:21, 108:25, 109:5, 109:11, 109:13, 109:21, 109:23, 109:24, 110:3, 110:6, 110:9, 110:16, 110:19, 110:20, 110:22, 110:25, 111:2, 111:9, 111:14, 111:15, 111:21, 111:22, 111:25, 112:3, 112:4, 112:12, 112:15, 112:17, 112:19, 112:20, 112:21, 113:2, 113:9, 113:12, 113:14, 113:15, 113:17, 113:19, 113:21, 113:24, 114:2, 114:7, 114:13, 114:23, 115:7, 115:13, 115:15, 115:16, 115:21, 115:23, 116:2, 116:7, 116:8, | 116:12, 116:13, 116:14, 116:15, 116:17, 116:19, 117:1, 117:7, 117:9, 117:10, 117:12, 117:13, 117:16, 117:21, 118:1, 118:3, 118:4, 118:6, 118:9, 118:11, 118:14, 118:15, 118:18, 118:23, 119:1, 119:3, 119:8, 119:13, 119:18, 119:19, 119:21, 119:22, 120:1, 120:4, 120:7, 120:15, 121:3, 121:12, 121:13, 121:18, 121:19, 122:3, 122:6, 122:8, 122:10, 122:17, 122:18, 122:19, 123:2, 123:5, 123:6, 123:8, 123:9, 123:10, 123:16, 123:19, 123:20, 123:24, 124:3, 124:8, 124:11, 124:12, 124:14, 124:17, 124:19, 125:3, 125:4, 125:5, 125:6, 125:10, 125:13, 125:15, 125:16, 125:18, 125:22, 125:25, 126:2, 126:5, 126:7, 126:9, 126:11, 126:14, 126:23, 127:2, 127:6, 127:12, 127:16, 127:20, 127:23, 128:14, 129:3, 129:4, 129:8, 129:13, 129:14, 129:21, 129:22, 130:15, 130:18, 130:23, 130:25, 131:10, 131:14, 131:15, 131:18, 131:21, 131:22, 132:10, 132:12, 132:16, 133:8, 133:9, 133:15, 133:18, 133:21, 133:23, 134:1, 134:6, 134:7, 134:8, 134:11, 134:12, 134:22, 134:23, 135:2, 135:5, 135:6, 135:10, 135:21, 135:24, 136:3, | 136:4, 136:6, 136:11, 136:13, 136:16, 136:22, 137:2, 137:5, 137:9, 137:14, 137:17, 137:18, 137:19, 137:25, 138:2, 138:3, 138:9, 138:12, 138:16, 138:25, 139:5, 139:13, 139:14, 139:17, 139:18, 139:20, 139:21, 139:25, 140:1, 140:3, 140:5, 140:8, 140:12, 140:13, 140:16, 140:18, 140:19, 140:21, 140:22, 140:25, 141:1, 141:3, 141:5, 141:9, 141:13, 141:14, 141:17, 141:19, 141:20, 141:23, 141:25, 142:3, 142:5, 142:7, 142:14, 142:15, 142:16, 142:18, 142:19, 142:22, 142:23, 142:24, 142:25, 143:1, 143:5, 143:7, 143:12, 143:13, 143:21, 144:7, 144:8, 144:10, 144:12, 144:17, 144:19, 144:20, 145:3, 145:4, 145:5, 145:8, 145:9, 145:18, 145:20, 145:21, 145:23, 145:24, 145:25, 146:1, 146:5, 146:6, 146:11, 146:12, 146:18, 146:20, 146:22, 146:23, 146:25, 147:1, 147:3, 147:4, 147:8, 147:10, 147:11, 147:16, 147:22, 147:23, 147:24, 147:25, 148:2, 148:3, 148:4, 148:6, 148:7, 148:8, 148:10, 148:12, 148:15, 148:17, 148:20, 148:22, 148:25, 149:3, 149:8, 149:9, 149:10, 149:11, 149:12, 149:18, 149:19, 149:24, | 150:1, 150:3, 150:4, 150:6, 150:9, 150:12, 150:13, 150:14, 151:1, 151:3, 151:6, 151:19, 151:25, 152:1, 152:13, 152:15, 152:18, 152:22, 154:8, 154:11, 154:14, 154:15, 154:19, 154:25, 155:2, 155:16, 155:18, 155:21, 155:23, 155:24, 156:3, 156:5, 156:7, 156:19, 156:25, 157:1, 157:2, 157:6, 157:8, 157:9, 157:11, 157:12, 157:13, 157:14, 157:15, 157:16, 157:17, 157:18, 157:20, 157:22, 157:23, 158:3, 158:7, 158:15, 158:23, 159:5, 159:10, 159:11, 159:18, 159:22, 159:24, 160:3, 160:4, 160:6, 160:9, 160:15, 160:19, 160:22, 160:23, 160:25, 161:11, 161:14, 161:24, 162:9, 162:12, 162:14, 162:18, 162:24, 163:4, 163:5, 163:6, 163:10, 163:16, 163:17, 163:19, 163:20, 163:25, 164:4, 164:6, 164:18, 164:22, 164:24, 165:2, 165:4, 165:15, 165:21, 165:25, 166:6, 166:7, 166:10, 166:15, 166:19, 166:24, 167:2, 167:6, 167:16, 167:24, 167:25, 168:8, 168:19, 168:23, 169:5, 169:12, 169:18, 170:10, 170:14, 170:17, 170:19, 170:24, 171:4, 171:7, 171:12, 171:20, 171:21, 171:24, | 172:4, 172:7, 172:13, 172:15, 172:16, 172:23, 173:3, 173:6, 173:10, 173:16, 173:21, 173:24, 173:25, 174:3, 174:6, 174:8, 174:15, 174:22, 174:23, 175:6, 175:7, 175:11, 175:12, 175:13, 175:17, 175:19, 176:1, 176:5, 176:7, 176:8, 176:10, 176:11, 176:23, 176:24, 177:2, 177:5, 177:7, 177:12, 177:15, 177:18, 177:20, 177:25, 178:1, 178:2, 178:4, 178:8, 178:12, 178:16, 178:18, 178:20, 178:21, 178:22, 178:23, 178:24, 179:2, 179:3, 179:4, 179:10, 179:15, 179:16, 179:18, 179:19, 180:16, 181:8, 181:10, 181:11, 181:14, 181:23, 181:25, 182:1, 182:3, 182:9, 182:12, 182:13, 182:17, 182:18, 182:20, 182:24, 183:2, 183:3, 183:10, 183:15, 183:16, 184:2, 184:4, 184:9, 184:10, 184:11, 184:14, 184:17, 184:18, 184:19, 186:3, 186:4, 186:14, 186:24, 187:3, 187:5, 187:7, 187:11, 187:12, 188:6, 188:7, 188:9, 188:12, 188:16, 188:22, 188:25, 189:1, 189:10, 189:20, 190:16, 190:24, 191:2, 191:5, 191:7, 191:8, 191:9, 191:10, 191:16, 191:18, 192:1, 192:10, 192:17, 192:19, 193:6, 193:9, 193:13, 193:19, |

193:23, 193:25,
194:5, 194:8,
194:10, 194:12,
194:15, 194:19,
195:10, 195:13,
195:19, 195:25,
196:3, 196:6, 196:9,
196:11, 196:16,
196:17, 196:23,
196:24, 197:4,
197:5, 197:7,
197:10, 197:17,
197:19, 197:23,
197:25, 198:1,
198:3, 198:4, 198:6,
198:18, 198:22,
199:1, 199:5,
199:16, 200:1,
200:13, 200:20,
201:12, 201:14,
201:19, 201:22,
202:6, 202:7,
202:16, 202:23,
202:24, 203:5,
205:3, 205:9, 206:2,
206:9, 206:12,
206:13, 206:14,
206:16, 206:19,
206:20, 211:7,
211:11, 211:14,
212:4, 212:22,
212:23, 214:5,
214:12, 216:23,
216:25, 217:6,
217:10, 217:16,
217:17, 217:19,
217:21, 217:25,
218:7, 218:15,
219:8, 219:11,
219:12, 219:16,
219:19, 219:21,
219:24, 220:5,
220:10, 220:16,
221:1, 221:7,
221:10, 221:11,
221:16, 221:21,
221:23, 222:2,
222:5, 222:6, 222:9,
222:13, 222:15,
222:22, 222:24,
223:1, 223:6,
223:10, 223:11,
223:13, 223:17,
223:20, 223:25,
224:5, 224:7, 224:8,
224:13, 224:23,
224:25, 225:3,
225:6, 225:9,
225:12, 225:14,
225:17, 225:19,
225:22, 225:25,

226:7, 226:9,
226:10, 226:15,
226:16, 226:24,
227:4, 227:19,
227:21, 227:23,
227:24, 228:6,
228:11, 228:15,
228:20, 229:1,
229:5, 229:13,
229:14, 229:15,
230:7, 230:13,
230:15, 230:18,
230:20, 230:22,
230:23, 230:24,
231:1, 231:5,
231:23, 232:3,
232:5, 232:13,
232:14, 232:16,
232:17, 232:23,
232:25, 233:7,
233:11, 233:12,
233:13, 233:15,
233:16, 233:17,
233:19, 233:20,
233:23, 233:25,
234:4, 234:5, 234:6,
234:8, 234:9,
234:15, 234:16,
234:19, 235:4,
235:6, 235:7, 235:8,
235:9, 235:10,
235:11, 235:12,
235:13, 235:14,
235:15, 235:16,
235:17, 235:21,
235:25, 236:4,
236:5, 236:11,
236:17, 236:22,
237:1, 237:9,
237:13, 237:19,
237:23, 238:2,
238:7, 238:11,
238:15, 238:18,
238:20, 239:1,
239:5, 239:6,
239:10, 239:11,
239:19, 239:21,
240:2, 240:4, 240:6,
240:8, 240:14,
240:15, 240:16,
241:1, 241:2, 241:3,
241:5, 241:11,
241:12, 241:13,
241:14, 241:15,
241:16, 241:22,
241:23, 242:1,
242:3, 242:7,
242:11, 242:13,
242:18, 243:4,
243:7, 243:11,
243:17, 243:19,

243:21, 243:23,
244:1, 244:2,
244:13, 244:17,
244:19, 244:20,
244:23, 245:4,
245:6, 245:7,
245:23, 245:25,
246:1, 246:2, 246:5,
246:8, 246:19,
246:23, 246:24,
247:9, 247:14,
247:16, 247:22,
247:23, 247:25,
248:2, 248:4, 248:6,
248:7, 248:13,
248:17, 248:21,
248:24, 248:25,
249:3, 249:8,
249:17, 250:1,
250:4, 250:18,
251:3, 252:5,
252:16, 252:18,
252:19, 252:20,
252:24, 253:4,
253:10, 253:13,
253:17, 253:18,
253:19, 253:20,
254:5, 254:11,
254:16, 254:22,
254:24, 255:5,
255:16, 256:1,
256:5, 256:6, 258:1,
261:12, 262:12,
262:13, 263:18,
265:14, 267:14,
267:22, 268:10,
268:16, 268:17,
268:18, 268:20,
269:5, 269:16,
269:22, 270:4,
270:5, 270:12,
270:13, 270:25,
271:5, 271:6, 271:7,
271:8, 271:9,
271:14, 271:16,
271:22, 272:6,
272:15, 272:16,
272:24, 273:16,
273:19, 273:24,
275:8, 275:9, 276:4,
276:5, 277:12,
277:21, 277:22,
279:11, 279:14,
279:16, 279:17,
279:21, 280:1,
280:9, 280:17,
280:21, 280:22,
281:5, 281:15,
282:3, 282:4, 282:5,
282:8, 282:9,
282:12, 282:25,

283:10, 283:19
**YOU'D** [1] - 217:8
**YOU'RE** [9] - 17:12,
65:11, 125:25,
144:16, 177:11,
192:18, 245:1,
252:21, 275:5
**YOU'VE** [4] - 39:14,
126:18, 234:18,
246:25
**YOUNG** [1] - 181:15
**YOUR** [351] - 4:4, 4:5,
4:11, 4:16, 5:1, 5:3,
5:4, 5:12, 8:12, 8:15,
9:8, 10:3, 10:23,
12:16, 13:13, 13:20,
14:5, 14:12, 14:16,
16:1, 16:15, 16:19,
17:2, 17:20, 17:22,
18:4, 21:22, 22:11,
25:3, 27:20, 28:5,
29:11, 29:14, 29:22,
30:2, 30:10, 30:19,
31:12, 34:18, 35:20,
36:12, 36:17, 37:1,
39:14, 40:7, 40:18,
40:23, 41:4, 41:17,
41:24, 42:10, 42:14,
42:17, 42:19, 44:5,
45:7, 45:11, 45:23,
46:24, 47:8, 47:13,
47:15, 48:1, 48:8,
50:23, 51:2, 51:9,
54:8, 55:24, 56:18,
57:16, 57:22, 58:6,
59:17, 60:2, 60:11,
61:4, 64:6, 70:16,
72:6, 74:1, 76:20,
78:10, 78:14, 78:17,
79:3, 81:13, 82:4,
82:21, 83:1, 84:1,
84:5, 84:21, 85:10,
85:25, 86:2, 86:8,
86:10, 86:14, 86:25,
87:6, 87:8, 88:13,
88:18, 89:5, 93:16,
93:17, 95:21,
100:16, 102:7,
106:2, 106:22,
107:16, 107:25,
108:2, 108:11,
108:19, 111:8,
111:9, 114:11,
115:5, 115:23,
116:2, 117:12,
118:1, 120:7,
120:21, 121:3,
122:6, 122:11,
127:22, 128:4,
128:5, 128:21,

129:11, 129:18,
129:20, 129:25,
130:10, 130:15,
130:19, 130:20,
131:25, 132:3,
132:15, 133:14,
134:13, 135:12,
135:14, 137:1,
137:3, 137:7,
138:18, 142:9,
142:12, 143:3,
143:14, 144:4,
146:8, 147:6, 147:7,
147:18, 148:3,
149:3, 149:4,
150:13, 150:24,
152:3, 152:20,
153:9, 154:3,
154:17, 154:25,
156:10, 158:11,
158:17, 159:19,
160:12, 162:2,
163:16, 163:23,
164:11, 165:1,
165:3, 165:4,
165:15, 165:20,
166:10, 166:15,
167:17, 168:2,
168:3, 169:1, 169:4,
170:2, 170:8,
170:24, 171:17,
172:1, 172:5, 175:7,
175:9, 175:21,
176:20, 177:19,
179:6, 179:8,
179:17, 179:21,
179:23, 179:25,
180:8, 180:14,
180:21, 182:21,
184:4, 184:13,
184:14, 185:2,
185:5, 185:9,
185:13, 185:17,
185:23, 186:1,
186:13, 187:14,
187:18, 187:21,
189:3, 189:11,
190:8, 190:9,
191:13, 191:17,
191:19, 193:3,
193:5, 193:21,
194:2, 194:8, 195:6,
195:18, 198:6,
198:18, 198:21,
199:7, 199:17,
200:5, 201:1, 201:8,
202:2, 202:17,
202:22, 203:14,
204:24, 205:5,
206:2, 206:15,
212:10, 214:12,

216:5, 216:10,
216:20, 216:25,
217:17, 218:22,
219:23, 220:10,
221:7, 223:13,
224:2, 224:19,
224:21, 224:22,
225:3, 225:12,
225:18, 225:21,
226:15, 227:6,
228:3, 228:10,
228:12, 228:22,
229:2, 229:5,
233:15, 234:10,
236:2, 236:19,
236:24, 237:19,
238:15, 239:20,
240:6, 241:3, 241:6,
241:12, 243:2,
243:18, 243:22,
244:4, 244:8,
246:18, 246:24,
247:9, 248:1,
248:12, 249:21,
250:13, 250:18,
251:24, 252:1,
253:10, 253:23,
254:15, 254:23,
254:24, 261:22,
262:6, 267:15,
267:17, 268:2,
268:3, 269:8, 269:9,
269:17, 270:7,
270:11, 271:18,
271:20, 272:18,
274:3, 274:4, 275:4,
275:6, 275:12,
276:22, 279:21,
281:2, 281:7, 281:9,
282:12, 282:20,
282:24, 283:18

**YOURSELF** [12] - 5:3,
103:7, 141:10,
221:10, 226:11,
229:13, 230:21,
234:23, 234:25,
236:10, 273:24,
279:18

**YUP** [1] - 133:18

# Z

**ZOOM** [5] - 97:6, 98:2,
98:3, 109:24, 128:24