## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FCS CAPITAL, LLC, | : | |
| BARRY SHARGEL and | : | |
| EMIL YASHAYEV, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | Case No. 20-5580 |
| | : | |
| JOSHUA L. THOMAS, ESQUIRE, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 4th day of January, 2021, it is hereby **ORDERED** that Plaintiff's Motion to Strike (ECF No. 14) is **DENIED**.

BY THE COURT

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**