IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FCS CAPITAL LLC, et al.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA L THOMAS, ESQUIRE,** | : | |
| *Defendant.* | : | NO. 20-cv-05580 |

## NOTICE

**AND NOW**, this 19th day of January 2021, it is **NOTICED** that the Initial Pretrial Conference (Rule 16) scheduled, via telephone, for Tuesday, January 19, 2021 at 10:30 a.m. before the Hon. Chad F. Kenney, is hereby **CANCELED** because Defendant failed to comply with the Court's Rule in that the Defendant completely ignored the Court's clear instructions to provide information regarding malpractice insurance, its existence, whether it is in dispute, and to provide all identifying information.

Defendant's reference to Plaintiffs, indicating that they will no longer need any more discovery seems to be the basis for this blatant and obvious resistance to complying with the Court's order and that is totally unacceptable. One could conclude that Defendant is determined to play fast and loose with the Court's instructions from the very outset of this litigation and to follow Defendant's own path as he sees convenient to suit his ends and purposes.

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**