# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FCS CAPITAL, LLC, | : | |
| BARRY SHARGEL and | : | |
| EMIL YASHAYEV, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | Case No. 20-5580 |
| | : | |
| JOSHUA L. THOMAS, ESQUIRE, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 19th day of January, 2021, it is hereby **ORDERED** that a **RULE** is directed upon Defendant to **SHOW CAUSE** on or by Thursday, January 21, 2021, and explain why he ignored the Court's directions set forth in its Notice (ECF No. 16) for the parties' joint 26(f) report, and why the Court should not enter judgment for Defendant's failure to comply with the Court's order.

In his filing, Defendant shall attach as an exhibit the information required by the Court's Notice (ECF No. 16).

BY THE COURT

/s/ Chad F. Kenney
_____

**CHAD F. KENNEY, JUDGE**