IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FCS CAPITAL LLC, et al.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA L THOMAS, ESQUIRE,** | : | |
| *Defendant.* | : | NO. 20-cv-05580 |

## NOTICE

**AND NOW**, this 19th day of January 2021, having today received a bevy of emails from counsel, the parties are advised that the Court does not conduct litigation by email or by letter.

The Court reiterates that the information it required in the parties' 26(f) report must now be supplied in Defendant's response to the Rule to Show Cause (ECF No. 19) which he shall file using Electronic Case Filing, and to which he shall attach as an exhibit a supplemental filing that contains all the information required by the Court's Notice (ECF No. 16).

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**