IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FCS CAPITAL LLC, et al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSHUA L THOMAS, ESQUIRE, | : | |
| *Defendant*. | : | NO. 20-cv-05580 |

## ORDER

**AND NOW**, this 22nd day of January 2021, it is **ORDERED** that an Initial Pretrial Conference (Rule 16) is scheduled, **via telephone**, for **Monday, February 1, 2021 at 10:00 a.m.** before the Hon. Chad F. Kenney.

**Counsel is directed to call into the conference a few minutes before it is to start. The dial-in number is 888-398-2342 and the access code is 7624030.**

It is furthered **ORDERED**:

1. The discovery period, regardless of any pending motion(s), begins with this Order and the parties shall exchange written discovery requests immediately;

2. The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before **January 25, 2021**;

3. After consultation with all counsel for all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating, at a minimum, all the information required in this Court's form Rule 26(f) Report (found on the Court's website) on or before **January 27, 2021**;

4. Lead trial counsel is required to appear at the Rule 16 Conference. If lead counsel is absolutely unable to attend, the conference will be rescheduled;

5. Lead trial counsel must be prepared to speak on every subject, including settlement, liability, remedies, and damages and have authority from their clients to do so; and

6. Counsel are instructed to refer to Judge Kenney's Practices and Procedures which are found at: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney.

                    **BY THE COURT:**

                    **/s/ Chad F. Kenney**
                    _____
                    **CHAD F. KENNEY, JUDGE**