IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FCS CAPITAL LLC, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOSHUA L THOMAS, ESQUIRE,** | : | |
| *Defendant*. | : | **NO. 20-cv-05580** |

## ORDER

**AND NOW**, this 1st day of February 2021, it is **ORDERED** that the Initial Pretrial Conference (Rule 16) scheduled, **via telephone**, for Monday, February 1, 2021 at 10:00 a.m. is now scheduled for **Monday, February 8, 2021 at 10:00 a.m.** before the Hon. Chad F. Kenney.

**Counsel is directed to call into the conference a few minutes before it is to start. The dial-in number is 888-398-2342 and the access code is 7624030.**

1. Lead trial counsel must be prepared to speak on every subject, including settlement, liability, remedies, and damages and have authority from their clients to do so; and

2. Counsel are instructed to refer to Judge Kenney's Practices and Procedures which are found at: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**