IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FCS CAPITAL LLC et al.,** | : | **CIVIL NO. 20-5580** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOSHUA L. THOMAS, ESQ.** | : | |
| *Defendant* | | |

## ORDER

**AND NOW**, this **11th** day of **January 2022**, it is hereby **ORDEDED** that for reasons outlined in the accompanying Memorandum (ECF No. 37), Plaintiffs' Motion for Summary Judgement (ECF No. 30) is **GRANTED**. Accordingly, judgment in the amount of $61,584.08 will be entered on behalf of the Plaintiffs.

BY THE COURT:

/**s**/ *Chad F. Kenney*

_____
**CHAD F. KENNEY, J.**