## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FCS CAPITAL LLC, ET AL.<br><br>        Plaintiff,<br><br>        v.<br><br>Joshua L Thomas<br>        Defendant. | CIVIL ACTION NO. 2:20-cv-05580-CFK<br><br>*Civil Action* |

**NOTICE OF APPEAL**

Notice is hereby given that Joshua L Thomas, hereby appeals to the U.S Court of Appeals for the Third Circuit from the order signed on 1/11/22. The order has been entered on the docket as evidenced by the attached order.

Date:  February 2, 2022        By:  /s/ Joshua L. Thomas
                                                                            Joshua L. Thomas
                                                                           Joshua L. Thomas & Associates
                                                                           225 Wilmington-West Chester Pike
                                                                           Suite 200
                                                                           Chadds Ford, PA 19317
                                                                           Phone: (215) 806-1733
                                                                           Fax: (888) 314-8910
                                                                           Email: JoshuaLThomas@gmail.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FCS CAPITAL LLC, ET AL.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Joshua L Thomas<br>　　　　Defendant. | CIVIL ACTION NO. 2:20-cv-05580-CFK<br><br>*Civil Action* |

### *PROOF OF SERVICE*

I hereby certify that I am this day serving true and correct copies of the within **Notice of Appeal and this Proof of Service** upon all parties in this case via e-filing and/or regular mail.

Date:  February 2, 2022　　　　By:  /s/ Joshua L. Thomas, Esq.
　　　　　　　　　　　　　　　　　　　Joshua L. Thomas, Esq.