# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1260

FCS Capital LLC, et al v. Joshua Thomas

(U.S. District Court No.: 2-20-cv-05580)

**ORDER**

Pursuant to Fed. R. App. P. 3(a)(2) and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file case opening forms. It is

FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 04, 2022

kr/cc:   Lionel C. Artom-Ginzburg, Esq.
        Joshua L. Thomas, Esq.
        Ms. Kate Barkman, Clerk

A True Copy:

Patricia A. Dodszuweit

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate